E-FILED
Tuesday, 02 November, 2004  08:55:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                                              Case No.  CR 04-20031

DENNY R. PATRIDGE

### MOTION TO DISMISS COUNTS ONE THROUGH SEVEN FOR PERJURY AND PROSECUTORIAL MISCONDUCT BEFORE GRAND JURY

Denny Patridge by and through his attorney, Jerold W. Barringer, files this Motion to Dismiss Counts One through Seven of the September 1, 2004 Grand Jury "Superceding" Indictment on the basis that it was obtained by prosecutorial misconduct in the proceedings before the Grand Jury of deliberate and intentional presentation of perjured testimony, false testimony, and misleading testimony, resulted in an indictment in violation of Defendant's Fifth Amendment Right to be indicted by a Grand Jury as to each element of the alleged crime (finding probable cause) and in violation of the due process safe- guards the Fifth Amendment mandates.   A memorandum is filed simultaneously herewith in support of this motion.

1

                    Denny Patridge, Defendant,

By:  /s/ <u>Jerold W. Barringer</u>
      Jerold W. Barringer
      Attorney at Law
      102 S. Pine St.
      P.O. Box 213
      Nokomis, IL 62075
      (217) 563-2646

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of this Motion to Dismiss Counts 1 through 7 for finding of Prosecutorial Misconduct was electronically delivered through the Clerk's ECF system on November 2, 2004 to:


Hilary W. Frooman
201 S. Vine, Suite 226
Urbana, Illinois 61802
hilary.frooman@usdoj.gov


                                                    /s/ Jerold W. Barringer
                                                   Server