E-FILED
Friday, 19 November, 2004  03:45:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.  CR 04-20031

DENNY R. PATRIDGE

MOTION TO UNSEAL DOCKET ENTRIES #4,5 AND 6,

Defendant Denny Patridge by and through one of his attorneys Jerold W. Barringer, moves the Court to order docket entry numbers 4, 5 and 6, unsealed and made a public record in this case. See *In Re Associated Press*, 162 F.3d 503, 509-510 (7th Cir. 1998).

Defendant has filed a memorandum simultaneously herewith.

Respectfully Submitted

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646

1

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT a true and correct copy of this Motion to Unseal docket entries # 4,5 and 6 has been mailed through electronic entry through the Clerk's Office on November 19, 2004 to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

                /s/ Jerold Barringer