E-FILED
Friday, 19 November, 2004 03:50:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                                        Case No.   CR 04-20031

DENNY R. PATRIDGE

MEMORANDUM IN SUPPORT OF MOTION TO UNSEAL
DOCKET ENTRY 4,5 AND 6

Defendant Denny Patridge by and through one of his attorneys Jerold W. Barringer, files this Memorandum in Support of his Motion to Unseal docket entry number 4, 5 and 6, and made a public record in this case. See *In Re Associated Press*, 162 F.3d 503, 509-510 (7th Cir. 1998) where the 7th Circuit said:

> Writing for the court, Judge Bauer noted that "[t]he Supreme Court has stated that when a court finds that the presumption of access has been rebutted by some countervailing interest, that `interest is to be articulated along with findings specific enough that a reviewing court can determine whether the closure order was properly entered.'" *Grove Fresh*, 24 F.3d at 898 (quoting *Press-Enterprise,* 464 U.S. at 510). "Appellate courts have on several occasions emphasized that upon entering orders which inhibit the flow of information between the courts and the public, district courts should articulate on the record their reasons for doing so." Id. (citing *In re Continental Illinois Sec. Litig*., 732 F.2d 1302, 1313 n.17 (7th Cir. 1984); *United States v. Edwards*, 672 F.2d 1289, 1294 (7th Cir. 1982); *In re State-Record*

1

*Co.*, 917 F.2d 124 (4th Cir. 1990)).

There is no legitimate basis for docket entry numbers 4,5 and 6 to remain sealed indefinitely. On the other hand, the Defendant has an undeniable need for the contents of dockets # 4, 5 and 6. If the Court decides dockets # 4, 5 and 6 are to remain sealed, then Defendant requests this Court make a record as to why sealing remains, what the titles of the documents are, and why it is not in the best interests of the Defendant and his right to a public trial to have access to each entry the Government has filed in this case against the Defendant.

THEREFORE, Defendant respectfully requests this Court to direct the Clerk's Office to unseal docket entries # 4, 5 and 6 in the case herein.

Respectfully Submitted

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT a true and correct copy of this Memorandum in Support of Defendant's Motion to Unseal docket entry # 4,5 and 6 has been mailed through electronic entry through the Clerk's Office on November 19, 2004 to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

                                               /s/ Jerold Barringer