**E-FILED**
Friday, 19 November, 2004  03:55:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                          Case No.   CR 04-20031

DENNY R. PATRIDGE


MOTION TO ORDER  RELEASE OF GRAND JURY TRANSCRIPT
REGARDING CERTAIN TESTIMONY RELEVANT  TO
SEPTEMBER 1, 2004 RETURN OF SUPERCEDING INDICTMENT


Defendant Denny Patridge by and through one of his attorneys Jerold W.

Barringer, moves the Court to order the Government to make available the Grand

Jury Transcript (Transcript of Proceedings) dated September 1, 2004, regarding

testimony of the "Special Findings" added on page 21 and 22 of the Superceding

Indictment.

Defendant has filed a memorandum simultaneously herewith.

Respectfully Submitted

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Motion to Order release of Grand Jury Transcript from September 1, 2004 regarding Superceding Indictment has been mailed through electronic entry through the Clerk's Office  on November 19, 2004 to:


Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875


/s/ Jerold Barringer