E-FILED
Friday, 03 December, 2004  03:03:54 PM
Clerk, U.S. District Court, ILCD

FILED
DEC 03 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 04-20031 |
| DENNY PATRIDGE, | ) |
| Defendant. | ) |

**MOTION TO SEAL RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR PERJURY AND PROSECUTORIAL MISCONDUCT**

Now comes, the United States of America, through Jan Paul Miller, United States Attorney for the Central District of Illinois, by and through Hilary W. Frooman, Assistant United States Attorney, and moves that its Response to Defendant's Motion to Dismiss for Perjury and Prosecutorial Misconduct be **SEALED**. In support of this motion, the government states:

Our judicial system consistently has recognized that the proper functioning of grand jury proceedings depends upon their absolute secrecy. Matter of Grand Jury Proceedings, Special September 1986, 942 F.2d 1195, 1198 (7th Cir.1991). The rule of grand jury secrecy is an integral part of our criminal justice system. Fed.R.Crim.P. 6(e) codifies the requirement that grand jury proceedings generally be kept secret. Id.

The defendant was provided certain grand jury transcripts to comply with 18, U.S.C. §3500. The witnesses have not yet testified, however, and the witnesses grand jury testimony may never be made public. To do so at this time would violate Federal Rule of Criminal Procedure 6E.

The government response to the defendant's Motion discusses which witnesses appeared before the grand jury and even includes direct quotations from grand jury transcripts. In fact, the majority of the government response is a discussion of witnesses

1

before the grand jury.

To release the government response for public review would be a violation of Federal Rule of Criminal Procedure 6E.

The government requests that its response be **SEALED**

Respectfully Submitted,
JAN PAUL MILLER
United States Attorney

s/Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2004, I mailed by the United States Postal Service, the foregoing Motion to Seal Response to Defendant's Motion to Dismiss for Perjury and Prosecutorial Misconduct to the following: Carol Dison, Attorney at Law, 508 S. Broadway, Urbana, Illinois 61801; Jerold Barringer, Attorney at Law, 102 S. Pine, P.O. Box 213, Nokomis, IL 62075; Michael L. Minns, Michael Louis Minns PLC, Suite One, 9119 S. Gressner, Houston, TX 77074 and Enid Williams, Michael Louis Minns PLC, Suite One, 9119 S. Gressner, Houston, TX 77074.

s/Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov