E-FILED
Friday, 03 December, 2004  03:46:00 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Cause No. 04-20031 |
| DENNY PATRIDGE, ) | |
| Defendant. ) | |

## MOTION TO SEAL FOOTNOTES

Now comes, the United States of America, through Jan Paul Miller, United States Attorney for the Central District of Illinois, by and through Hilary W. Frooman, Assistant United States Attorney, and moves that Footnotes one and two in Government Response to Defendant's Motion to Unseal Docket Entries # 4, 5, and 6 be sealed and reviewed *in camera*. In support of this motion, the government states:

1. The footnotes to the government response to defendant's Motion to Unseal Docket Entries #4, 5, and 6 include grand jury information and should therefore not be released for public review pursuant to Federal Rule of Criminal Procedure 6E. The information in the footnotes was obtained during Rule to Show Cause hearings, which were closed, as they were held to enforce compliance with grand jury subpoenas.

2. The government has requested that the Court review the footnotes *in camera*, as they provide the Court with information regarding how the government learned certain information about the defendant's activities. The government has been very liberal with discovery, but how and when the government learned this information is not discoverable under Federal Rule of Criminal Procedure 16.

3. Our judicial system consistently has recognized that the proper functioning of grand jury proceedings depends upon their absolute secrecy. Matter of Grand Jury Proceedings, Special September 1986, 942 F.2d 1195, 1198 (7th Cir.1991). Id. The rule of

1

grand jury secrecy is an integral part of our criminal justice system. Fed.R.Crim.P. 6(e) codifies the requirement that grand jury proceedings generally be kept secret. Id.

    4. Admittedly, not every case docket includes sealed record entries. The defendant has shown nothing other than curiosity as his reason for requesting disclosure of Record 4, 5, and 6. Actually, the defendant has all relevant information and it is available to him from other sources.

    5. The defendant was present at the Rule to Show Cause hearings, so he has full knowledge of what transpired. The Rule to Show Cause hearings were held because documents were not provided when grand jury subpoenas were served upon the defendant as representative of a variety of entities. As of December, 2004, the Letter Rogatory has not received a response. Should the defendant learn the contents of the Letter Rogatory, any possibility of receiving documents in response to the Letter Rogatory may evaporate. As a result of these concerns, the government is taking the unusual request of providing ceratin limited information which will assist the Court in its understanding of the government position, but which information the Federal Rules of Evidence do not require be made available to the defendant.

    Wherefore, the government moves that the footnotes to its Response to Defendant's Motion to Unseal Docket Entries # 4, 5, and 6 be **SEALED** and reviewed *IN CAMERA*.

Respectfully Submitted,

JAN PAUL MILLER
United States Attorney

s/Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2004, I electronically filed the foregoing Response to defendant's Motion to Seal Footnotes with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Carol Dison, 508 S. Broadway, Urbana, Illinois 61801 and Jerold Barringer, ,102 S. Pine, P.O. Box 213, Nokomis, IL 62075 and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Michael L. Minns, Michael Louis Minns PLC, Suite One, 9119 S. Gressner, Houston, TX 77074 and Enid Williams, Michael Louis Minns PLC, Suite One, 9119 S. Gressner, Houston, TX 77074.

Respectfully Submitted,

JAN PAUL MILLER
United States Attorney

 s/Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov