E-FILED
Monday, 06 December, 2004  11:28:22 AM
Clerk, U.S. District Court, ILCD

SEALED FOOTNOTES
for In Camera Review

1.  Said information was included in the Letter Rogatory only after the Court determined that the government had shown a compelling and particularized need justifying limited disclosure and that such need outweighed the need for grand jury secrecy. (In RE Grand Jury Proceedings Empaneled 6/03; USAO# 2001R00426, NO. 03-GJ-45, 2/17/04).

2.  To assist the Court, the government provides the following additional information protected under Federal Rule of Criminal Procedure 6E.

The government learned about The Big Apple Program and its location in Costa Rica Rule to Show Cause hearings held to enforce grand jury subpoenas. On September 16, 200, a hearing held before Chief District Judge Joe Billy McDade, In Re: Grand Jury Proceedings Empaneled, 6/03; USAO 2001R00426, No. 03-GJ-45. The defendant took the stand and made statements about the Big Apple Program. Documents for the Big Apple annuity program were provided pursuant to grand jury subpoena. The defendant's acknowledgment that he created Sultan Services was also made during the 9/16/03 Rule to Show Cause hearing.

The Letter Rogatory, memorandum, and order, i.e. R. 4, 5, and 6, includes information about the Big Apple Program and the defendant's association with the program. This information was obtained in the September 16, 2003 Rule to Show Cause hearing and is therefore protected by Federal Rule of Criminal Procedure 6E.

A transcript of the September 16, 2003 Rule to Show Cause hearing is available to the Court and the defendant has the same access to transcripts as does the government.

The defendant has received all the grand jury information to which he is entitled; this information is for *in camera* review and is not being provided to the defendant.

6