E-FILED
Thursday, 13 January, 2005  02:28:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§ | |
| VS. | § | Criminal Case No: 2:04-CR-~~20031~~ 20031-MPM |
| DENNY R. PATRIDGE,<br>Defendant. | §<br>§<br>§<br>§ | |

## MOTION TO WITHDRAW

FILED
JAN 13 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Michael Louis Minns and Enid Monique Williams, Attorneys of record in the above referenced cause of action, requesting permission to withdraw and in support of same would show this honorable Court the following:

I.

The undersigned counsel of record have been fired by the Defendant, Denny R. Patridge.

II.

It is the undersigned's personal, and professional opinion that the Defendant has too many attorneys sitting at counsel table, and too many advisors assisting the attorneys at counsel table. The potential negative effect is two-fold: (1) There is disagreement about methods of proceeding.[1] (2) A jury is likely to draw the unfavorable inference that the Defendant has unlimited means.

---

[1] In particular, the Defendant's "legal assistant" recommends different approaches than those the undersigned believes constitutes effective representation.

1

III.

The Defendant, Denny R. Patridge, agrees with the conclusion that there are too many attorneys and advisors at counsel table, but does not agree with the undersigned on who those advisors should be.

IV.

Defendant's remaining counsel[2] is licensed in this Court and has announced his ability to move forward on behalf of Defendant on the scheduled trial date of February 7, 2005.

V.

Choice of counsel by a competent citizen paying his own way in the system is an absolute right under the Constitution of the United States of America, subject only to qualification limitations of counsel.

VI.

Since the undersigned has been fired by the client, the undersigned has no alternative except to seek this Court's permission to withdraw from this case.

VII.

This Motion is not filed for the purpose of gaining any delay and in fact will not gain any delay, but only for the purpose of obtaining leave of the Court to honor the lawful constitutional wishes of the Defendant in his selection of trial counsel.

---

[2] Defendant has utilized several counsel to file various motions. Jerold Barringer is currently of record and will become lead counsel.

VIII.

The Defendant has recently stated a fundamental disagreement with the undersigned concerning the theory of defense. Remaining counsel, Jerold Barringer, has informed the undersigned that he has been preparing all along and is comfortable taking over as lead counsel.

IX.

After discharging the undersigned, the Defendant sent an extremely strong written personal attack against the undersigned and co-counsel which creates a conflict. No Defendant should be forced to go to trial with a lawyer he does not like and a defense strategy he does not have confidence in, if the situation can reasonably be reminded. In the instant case the client's preferred counsel is already aboard and in charge.

X.

In that letter the Defendant unequivocally revoked the undersigned's power of attorney, so the undersigned currently has no authority to act on behalf of the Defendant.

XI.

The government does not oppose this motion.

WHEREFORE PREMISES CONSIDERED, Michael Louis Minns and Enid Monique Williams request that this honorable Court allow them to withdraw as attorneys of record.

Respectfully submitted,

MICHAEL LOUIS MINNS, P.L.C.

_____
MICHAEL LOUIS MINNS
9119 South Gessner, Suite 1
Houston, Texas 77074
(713) 777-0772 (Phone)
(713) 777-0453 (Fax)

_____
ENID MONIQUE WILLIAMS
9119 South Gessner, Suite 1
Houston, Texas 77074
(713) 777-0772 (Phone)
(713) 777-0453 (Fax)

4

## CERTIFICATE OF CONFERENCE

On January 7, 2005, Enid Monique Williams called Hilary Frooman, Assistant United States Attorney. Ms. Frooman returned the call and informed Michael Louis Minns that the Government did not oppose the withdrawal of Michael Louis Minns and Enid Monique Williams.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served on all counsel and parties of record via certified mail, return receipt requested, on this the 12th day of January, 2005, as follows:

Ms. Hilary Frooman
Assistant United States Attorney
Central District of Illinois
201 South Vine Street, Room 226
Urbana, Illinois 61802-3369

Mr. Denny R. Patridge
108 W. South 1st St.
Strasburg, Illinois 62645

Ms. Carol A. Dison
Beckett & Webber, P.C.
508 S. Broadway
Urbana, Illinois 61801

Mr. Jerold Barringer
P.O. Box 213
Nokomis, Illinois 62075

_____
ENID MONIQUE WILLIAMS