E-FILED
Friday, 14 January, 2005  03:33:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DENNY PATRIDGE**, )<br>)<br>Defendant. ) | Cause No. 04-20031 |

**GOVERNMENT'S MOTION TO STRIKE**

Comes now, the United States of America, through Jan Paul Miller, United States Attorney for the Central District of Illinois, by and through Hilary W. Frogman, Assistant United States Attorney, and hereby moves to strike certain the "Special Findings" from the Superseding Indictment for the following reasons:

Not every fact contained within an indictment is essential to the charge. The government may delete matter that does not materially change the elements of the charge or cause prejudice to the defendant. *United States v. Mankarious*, 151 F.3d 694, 700-01 (7th Cir. 1998). A deletion may not: 1) strike any portion of the charging paragraph; 2) change the charged offense; 3) must be definite and certain; 4) may not take the defendant by surprise; and 5) may not prevent the defendant from introducing evidence available before the change. *Id.*; *United States v. Cook*, 745 F.2d 1311, 1316-17 (10th Cir. 1984).

The superseding indictment against the defendant included certain "Special Findings" which, following the recent Supreme Court decision *United States v. Booker*, 2005 WL 50108 (U.S.) are irrelevant.

WHEREFORE, the government moves to strike the "Special Findings" from the

1

Superseding Indictment.

                                    Respectfully Submitted,

                                    JAN PAUL MILLER
                                    United States Attorney

                                    s/HilaryW. Frooman
                                    By: Hilary W. Frooman
                                     Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on January 14, 2005, I electronically filed the foregoing Motion to Amend on behalf of the United States of America by using the CM/ECF system which will send notification of such filing to the following: Carol Dison, 508 S. Broadway, Urbana, Illinois 61801 and Jerold Barringer, 102 S. Pine, P.O. Box 213, Nokomis, IL 62075.

    s/Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov