E-FILED
Tuesday, 18 January, 2005  04:38:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:04-CR-20031 |
| ) | |
| DENNY R. PATRIDGE, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Now Comes CAROL DISON of BECKETT & WEBBER, P.C., and hereby request leave to withdraw as counsel of record in the above referenced matter.

1. Counsel has served in the capacity of local counsel in this case.

2. Attorneys Michael Minns and Enid M. Williams have also sought leave to withdraw as attorneys of record in this case.

3. If the motions are granted, Defendant Patridge would continue to be represented by Attorney Jerod Barringer.

4. Defendant Patridge has no objections to Counsel request for leave to withdraw as attorney of record in this case.

5. The granting of Counsel's request would not cause any delay in the trial of this matter.

Wherefore, CAROL DISON of BECKETT & WEBBER, P. C., respectfully requests that she be allowed to withdraw as attorney of record in the above captioned case.

    Respectfully submitted,

    DENNY PATRIDGE, Defendant,

    BECKETT & WEBBER, P.C.

    s/ Carol Dison
    CAROL DISON, His Attorney

**CAROL DISON**
**BECKETT & WEBBER, P.C.**
508 South Broadway
P.O. Box 17160
Urbana IL 61803-7160
(217) 328-0263
(217) 328-0290 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on JANUARY 18, 2005, I electronically filed **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Hilary Frooman, Assistant United States Attorney**

and I hereby certify that on JANUARY 18, 2005, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

Respectfully submitted,

s/Carol Dison
Carol Dison
Beckett & Webber, P.C.
508 S. Broadway Ave.
P. O. Box 17160
Urbana, IL  61803-7160
Phone: (217) 328-0263
Fax: (217) 328-0290
E-mail: carol@beckettwebber.com