UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CR04-20031 |
| DENNY R. PATRIDGE, | ) ) ) |
| Defendant. | ) ) |

## GOVERNMENT'S PROPOSED VOIR DIRE

Comes now the United States of America, by and through its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Hilary W. Frooman and provides the following proposed voir dire questions to supplement the Court's voir dire questions:

1. Have any of you read or heard any publicity, news, or other information relating to this trial or to any other trials involving violations of income tax laws?

2. Is there anything that you have read or heard that has caused you to form an opinion in this case as to the guilt or innocence of the defendant or that might influence the performance of your duty as a juror?

3. Do any of you have any personal knowledge of the facts in this case other than what you have heard in this courtroom today?

4. Have you or a close family member or a business with which you were closely associated ever been the subject of an Internal Revenue Service or state tax authority audit, or assessed a penalty by the IRS or a state tax authority?

5. Was there anything about that experience that would make it difficult for you to listen in a fair and impartial manner to evidence in a case involving the Internal Revenue Service?

6. Do you hold any strong personal or philosophical beliefs regarding the tax code or the Internal Revenue Service which would make it difficult to judge evidence involving the Internal Revenue Service in a fair and impartial manner? If so, what are those feelings?

7. Do any of you believe that the income tax laws of the United States are unconstitutional?

8. Do any of you believe it is wrong for the government to try to make its citizens pay taxes?

9. Do any of you disagree with the idea that it is the duty of all persons to obey the income tax laws, as well as all other laws of this country?

10. Do any of you feel that violations of federal income tax laws should not be prosecuted as crimes by the United States?

11. Are you, or is a close friend or relative, a member of, or affiliated with, any group or organization, whether formal or informal, which is engaged in the study of or protest against the tax laws of the United States?

      (a)      If so, what is the name of the organization?

      (b)      What position does the organization take about income taxes?

12.     Have you or a close family member ever been the subject of an audit or examination by a federal or state agency other than the Internal Revenue Service? Was there anything about that experience which might make it difficult for you to judge the evidence in a fair and impartial manner if that evidence includes evidence that a state or federal agency performed an audit or examination in this case?

13.     Do you have any association with a trust and if so, what is your relation to the trust?

14.     Do you have an association with a trust, limited liability corporation or any other entity whose purpose is to protect funds from taxes?

15.     Would you be willing to listen impartially to a representative of the Internal Revenue Service, even if his explanation of the income tax laws differs from your own understanding of those laws?

                                        Respectfully submitted,

                                        JAN PAUL MILLER
United States Attorney

                                        s/ Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Carol A. Dison  
Attorney at Law  
P.O. Box 17160  
Urbana, IL 61803-7160

Mr. Jerold W. Barringer  
Attorney at Law  
P.O. Box 213  
Nokomis, IL 62075

s/ Hilary W. Frooman  
HILARY W. FROOMAN  
Assistant United States Attorney  
United States Attorney  
201 S. Vine, Suite 226  
Urbana, Illinois 61802  
217/373-5875  
FAX: 217/373-5891  
hilary.frooman@usdoj.gov