**E-FILED**
Wednesday, 19 January, 2005  09:46:32 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CR04-20031 |
| | ) | |
| DENNY R. PATRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF THE CASE

This is a criminal case brought by way of indictment.  The defendant, Denny R. Patridge, is charged with one count of filing a false income tax return, two counts of tax evasion, two counts of wire fraud and two counts of money laundering.  The defendant has denied that he is guilty of the charges.

According to the indictment, the allegations against the defendant stem from his use of entities he termed "trusts."  The indictment alleges that the defendant placed funds in a bank account which bore the name of one of his trusts and he then transferred funds from that bank account to an offshore bank account and claimed the funds had been "distributed" to an offshore entity.  The defendant used the "trusts" to conceal income, but he retained full control over the funds and enjoyed the beneficial use of the funds, thus making the funds taxable to him personally.  The indictment alleges that the defendant used his "trusts" to conceal income and he failed to report income for the 1996, 1997, 1998 and 1999 tax years.

The indictment further alleges, in counts four and five, that after the defendant was aware that the IRS could make efforts to collect deficient taxes, the defendant wired funds offshore to an entity he controlled, but which was not under his name.  He then caused the funds to be wired back to the United States to another entity he controlled, which was not under his name.  Finally, in counts six and seven, the indictment alleges that the defendant took of the funds which he had caused to be wired back to the United States, and he wired them offshore once again, so he might conceal the funds from the IRS.

Respectfully submitted,

JAN PAUL MILLER
United States Attorney

s/ Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 19, 2005, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the following:

|  |  |
|---|---|
| Ms. Carol A. Dison | Mr. Jerold W. Barringer |
| Attorney at Law | Attorney at Law |
| P.O. Box 17160 | P.O. Box 213 |
| Urbana, IL 61803-7160 | Nokomis, IL 62075 |

s/ Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov

3