# GOVERNMENT'S WITNESS LIST

| UNITED STATES v. Denny Patridge | | DISTRICT COURT Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | DEFENDANT'S ATTY.<br>Jerold W. Barringer<br>Local Counsel: Carol Dison | DOCKET NUMBER 04-20031 |
| | | TRIAL DATE(S) |
| PRESIDING JUDGE<br>Hon. Michael J.. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| 1. | | | | | 1995 Denny Patridge 1040 |
| 2. | | | | | 1995 Patridge Asset Management Trust- Form 1041 |
| 3. | | | | | 1995 Ebba International Trust - Form 1040NR |
| 4. | | | | | 1995 Conventus Global-Form 3050 Certification of Lack of Record |
| 5. | | | | | 1996 Denny Patridge 1040 |
| 6. | | | | | 1996 Denny Patridge -Form 4340 Certification of Assessments and Payments |
| 7. | | | | | 1996 Patridge Asset Management Trust - Form 1041 |
| 8. | | | | | 1996 Patridge Asset Management Trust - Form 4340 Certification of Assessments and Payments |
| 9. | | | | | 1996 Ebba International Trust - Form 1040NR |
| 10. | | | | | 1996 Ebba International Trust - Form 4340 Certification of Assessments and Payments |
| 11. | | | | | 1996 Conventus Global Trust - Form 3050 Certification of Lack of Record |
| 12. | | | | | 1996 Conventus Global Trust - Form 4340 Certification of Assessments and Payments |

# GOVERNMENT'S WITNESS LIST

| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | | | DEFENDANT'S ATTY. Jerold W. Barringer Local Counsel: Carol Dison | | | DOCKET NUMBER 04-20031 |
| | | | | | | TRIAL DATE(S) |
| PRESIDING JUDGE Hon. Michael J.. McCuskey | | | COURT REPORTER Lisa Cosimini | | | COURTROOM DEPUTY |
| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | |
| 13. | | | | | 1997 Denny Patridge - Form 1040 | |
| 14. | | | | | 1997 Denny Patridge-Form 4340 Certification of Assessments and Payments | |
| 15. | | | | | 1997 Patridge Insurance Services - Form 1120 | |
| 16. | | | | | 1997 Patridge Insurance Services -Form 4340 Certification of Assessments and Payments | |
| 17. | | | | | 1997 Patridge Asset Management Trust - Form 1041 | |
| 18. | | | | | 1997 Patridge Asset Mgmt Trust - Form 4340 Certification of Assessments and Payments | |
| 19. | | | | | 1997 Ebba International Trust - 1040NR | |
| 20. | | | | | 1997 Ebba International Trust -Form 4340 Certificationof Assessments and Payments | |
| 21. | | | | | 1997 Conventus Global Trust - Form 3050 Certification of Lack of Record | |
| 22. | | | | | 1997 Conventus Global Trust - 4340 Certification of Assessments and Payments | |
| 23. | | | | | 1998 Denny Patridge Form -1040 | |
| 24. | | | | | 1998 Denny Patridge - Form 4340 Certification of Assessments and Payments | |
| 25. | | | | | 1998 Patridge Insurance Services - Form 1120 | |

**GOVERNMENT'S WITNESS LIST**

| UNITED STATES v. Denny Patridge | | | | | DISTRICT COURT Central District of Illinois |
|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | | | DEFENDANT'S ATTY. Jerold W. Barringer Local Counsel: Carol Dison | | DOCKET NUMBER 04-20031 |
| | | | | | TRIAL DATE(S) |
| PRESIDING JUDGE Hon. Michael J.. McCuskey | | | COURT REPORTER Lisa Cosimini | | COURTROOM DEPUTY |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** |
| 26. | | | | | 1998 Patridge Insurance Services - Form 4340 Certification of Assessments. |
| 27. | | | | | 1998 Patridge Asset Management Trust - Form 1041 |
| 28. | | | | | 1998 Patridge Asset Management Trust - Form 4340 Certification of Assessments and Payments |
| 29. | | | | | 1998 Ebba International Trust - Form 1040NR |
| 30. | | | | | 1998 Ebba International Trust -Form 4340 Certification of Assessments and Payments |
| 31. | | | | | 1998 Conventus Global Trust -Form 3050 Certification of Lack of Record |
| 32. | | | | | 1998 Conventus Global Trust - Form 4340 Certification of Assessments and Payments |
| 33. | | | | | 1999 Denny Patridge - Form 3050 Certification of Lack of Record |
| 34. | | | | | 1999 Denny Patridge - Form 4340 Certification of Assessments and Payments |
| 35. | | | | | 1999 Patridge Insurance Services - Form 1120 |
| 36. | | | | | 1999 Patridge Insurance Services - Form 4340 Certification of Assessments and Payments |

GOVERNMENT'S WITNESS LIST

| UNITED STATES v. Denny Patridge | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | DEFENDANT'S ATTY. Jerold W. Barringer Local Counsel: Carol Dison | DOCKET NUMBER 04-20031 | |
| | | TRIAL DATE(S) | |
| PRESIDING JUDGE Hon. Michael J.. McCuskey | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| 37. | | | | | 1999 Patridge Asset Management Trust - Form 3050 Certification of Lack of Record |
| 38. | | | | | 1999 Patridge Asset Management Trust - Form 4340 Certification of Assessments and Payments |
| 39. | | | | | 1999 Ebba International Trust - Form 3050 Certification of Lack of Record |
| 40. | | | | | 1999 Ebba International Trust - Form 4340 Certification of Assessments and Payments |
| 41. | | | | | 1999 Conventus Global Trust - Form 3050 Certification of Lack of Record |
| 42. | | | | | 1999 Conventus Global Trust - Form 4340 Certification of Assessments and Payments |
| 43. | | | | | 2000 Denny Patridge - Form 3050 Certification of Lack of Record |
| 44. | | | | | 2000 Denny Patridge - Form 4340 Certification of Assessments and Payments |
| 45. | | | | | 2001 Denny Patridge - Form 3050 Certification of Lack of Record |
| 46. | | | | | 2001 Denny Patridge - Form 4340 Certification of Lack of Assessments and Payments |
| 47. | | | | | 2002 Denny Patridge Form - 1040 |

# GOVERNMENT'S WITNESS LIST

| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | | | | DEFENDANT'S ATTY. Jerold W. Barringer Local Counsel: Carol Dison | | DOCKET NUMBER 04-20031 |
| | | | | | | TRIAL DATE(S) |
| PRESIDING JUDGE Hon. Michael J.. McCuskey | | | | COURT REPORTER Lisa Cosimini | | COURTROOM DEPUTY |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 48. | | | | | | |
| | | | | | | |
| 49 | | | | | Revenue Agent Admin File–Trust 96, 97 | |
| 49A | | | | 6348-6350 | Appt Ltr & attachments | |
| 49B | | | | 6348A,B | Pub 1, Rights as TAxpayer | |
| 49C | | | | 6348C,D | Privacy Act, Notice 609 | |
| 49D | | | | | Trust Response | |
| 49E | | | | | Exam Report Trust & Explanation of Items | |
| 49F | | | | | Statutory Notice of Deficiency | |
| | | | | | | |
| 50 | | | | | Revenue Agent Admin File-Taxpayer 96, 97 | |
| 50A | | | | 6397-6400 | Appt. Ltr & Attachments, Taxpayer | |
| 50B | | | | | Taxpayer REsponse | |
| 50C | | | | 6418-6419 6419A-P | Revenue Agent Contact #2 & Publication 556 | |
| 50D | | | | 6420-6438 | Taxpayer Response #2 | |
| 50E | | | | 6490-6500; | Exam Rept Taxpayer & Explanation of Items | |
| 50F | | | | | Statutory Notice of Deficiency | |
| | | | | | | |
| 52 | | | | 6631-6887 | IRS Appeals File | |
| | | | | | | |
| 53 | | | | | Minetta Inc. Tax Transcript | |
| | | | | | | |
| 54 | | | | | Minetta Inc Tax Return | |

# GOVERNMENT'S WITNESS LIST

| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | | | | DEFENDANT'S ATTY. Jerold W. Barringer Local Counsel: Carol Dison | | DOCKET NUMBER 04-20031 |
| | | | | | | TRIAL DATE(S) |
| PRESIDING JUDGE Hon. Michael J.. McCuskey | | | | COURT REPORTER Lisa Cosimini | | COURTROOM DEPUTY |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 55 | | | | 146A-K; 147-290; 3920-3978 | Phillips' Documents | |
| 56 | | | | 2133-36 | Nevada Records Ofc | |
| 57 | | | | | Winters Tape | |
| 57A | | | | | Transcript of Winters Tape | |
| 58 | | | | 1991 | Nevada Corp for Patridge | |
| 59 | | | | 1967; 7214-15 | 8/9/00 memo re: starting Minetta Inc | |
| 60 | | | | 1990 | 8/15/00 Ltr to Patridge | |
| 61 | | | | 1989 | Bk American Acct opened 8/2/00 | |
| 62 | | | | 1968 | 9/12/000 FAX to Patridge | |
| 63 | | | | 1983 | 10/3/00 Ltr re acct Minetta Balance | |
| 64 | | | | 2131 | Note to Christian from Patridge | |
| 65 | | | | 1969-70 | FAX to Cook re wiring instructions | |
| 66 | | | | 1973 | 10/24/00 re $100,000 wrie | |
| 67 | | | | 1971-72 | 10/24/00 Re: minimin acct balance | |
| 68 | | | | 1985-88 | 1/25/01 Insurance Home owners policy secured party: Minetta | |
| 69 | | | | 1974 | Authorization to close Bank Amer. Acct 2/10/01 | |
| 70 | | | | 2019 | Open Wells Fargo Acct. Feb. 01 | |
| 71 | | | | 2018 | 1st deposit Wells Fargo | |
| 72 | | | | 2095 | Resolution Minetta, Inc. 5/1/01 | |
| 73 | | | | 1975-77 | Insurance on 108 W. S. 1st. Secured: Minetta 5/29/01 | |
| 74 | | | | 1978-80 | Renewal Nevada Corp 6/1/01 | |
| 75 | | | | 1981 | Defendant Response to Renewal | |
| 76 | | | | 2110 | Patridge deposit instruction 6/27/01 | |

# GOVERNMENT'S WITNESS LIST

| UNITED STATES v. Denny Patridge | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY. Jerold W. Barringer Local Counsel: Carol Dison | DOCKET NUMBER 04-20031 |
| | | | | | | TRIAL DATE(S) |
| PRESIDING JUDGE Hon. Michael J.. McCuskey | | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 77 | | | | 2113-14; 7235 | deposit to Minetta 6/29/01 | |
| 78 | | | | 2012 | deposit to Minetta for mort int 7/6/01 | |
| 79 | | | | 2010-11 | deposit Patridge checks to Minetta 7/13/01 | |
| 80 | | | | 2111 | 9/26/01 FAX | |
| 81 | | | | 7227-7229 | Nevada Corp data sheet | |
| 82 | | | | 7217-7219 | Minetta, Inc. Bank summary | |
| 83 | | | | 2101-03 | Mortgage 9/26/01 FAX | |
| 84 | | | | 2097-2100 | Prom Note 9/26/01 | |
| 85 | | | | 2104-07 | Lee Morgan Prom Note Btwn Minetta & Sultan 9/28/01FAX | |
| 86 | | | | 2001 | Invoice for prom Note 10/3/01 | |
| 87 | | | | 2112-13 | Wire to Sultan Serve $8,000 12/19/01 | |
| 88 | | | | 1999-2000 | $8,000 Wire to Sultan Service 12/20/01 | |
| 89 | | | | 2115 | Diepholz Chev Car Purch | |
| 90 | | | | 2117 | Patridge Request for Loan from Minetta | |
| 91 | | | | 2118 | Patridge Loan arrangement Sultan to Minetta | |
| 92 | | | | 2090 | Handwritten note 1/7/02 | |
| 93 | | | | 2009 | Wire of $24,600 Sultan to Wells Fargo 1/7/02 | |
| 94 | | | | 1997-98 | 1/7/02 wire $24,600 Wells Fargo Ken Diepholz Chevrolet | |
| 95 | | | | 2128-29 | Wire for Beneficiary Deipholz Chev | |
| 96 | | | | 2109 | Payment of Mort int 1/30/02 | |
| 97 | | | | 2007-08 | Deposit from Patridge to Minetta 2/13/02 | |
| 98 | | | | 1994-95 | Trans funds Minetta to Sultan3/15/02 | |
| 99 | | | | 2081-83 | Fax Boarman's to Minetta re Patridge Purch | |
| 100 | | | | 2091-94 | Boarman's Auto Purch | |
| 101 | | | | 2088 | Handwritten note Terms of Loan | |

# GOVERNMENT'S WITNESS LIST

| UNITED STATES v. Denny Patridge | | DISTRICT COURT Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | DEFENDANT'S ATTY. Jerold W. Barringer Local Counsel: Carol Dison | DOCKET NUMBER 04-20031 |
| | | TRIAL DATE(S) |
| PRESIDING JUDGE Hon. Michael J.. McCuskey | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| 102 | | | | 2076-79; 7230 | UCC Filing for 2 vehicles by Minetta |
| 103 | | | | 2029-2030 | Bank reconciliation showing car payment 6/28/02-7/29/02 |
| | | | | | |
| 106 | | | | 2151-2176 | Bank of America Minetta Account |
| 106A | | | | | Certification |
| 106B | | | | 2151 | Signature Card |
| 106C | | | | 2155-56 | 10/1/00-10/31/00 statement |
| | | | | | |
| 107 | | | | | Wells Fargo Minetta Account |
| 107A | | | | | Certification |
| 107B | | | | | Signature Card |
| 107C | | | | 3528-90 | Statement 5/22/01-6/22/01 $3,000 Shelby to Wells Fargo |
| 107D | | | | 3538, 3566 | Statement 12/1/01-12/31/01 $8,000 wire to Sultan |
| 107E | | | | 3540, 3567 | Monthly statement for Jan 1 02-Jn 30, 02 Wire of 24, 6000 and wire out of 24,600 |
| 107F | | | | 3544, 3565 | 3/1/02-3/28/02 Wire $5,000 to St. Kitts Nevis Bank, Credit Sultan Serv. |
| 107G | | | | 3552, 3563 | 7/1/02-7/29/02 Wire deposit from SKNA Nat's Bk $22,500 |
| 107H | | | | 3546-47 3583 | 3/29/02-4/26/02 Ck 5031 $21, 037.50 Boarman's Auto Sales |
| | | | | | |
| | | | | | |
| 108 | | | | 1925-1943; 1945-1964; 7389-7402 | Edgar County Bank Records |
| | | | | | |

# GOVERNMENT'S WITNESS LIST

| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | | | | DEFENDANT'S ATTY. Jerold W. Barringer Local Counsel: Carol Dison | | DOCKET NUMBER 04-20031 |
| | | | | | | TRIAL DATE(S) |
| PRESIDING JUDGE  Hon. Michael J.. McCuskey | | | | COURT REPORTER Lisa Cosimini | | COURTROOM DEPUTY |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 109 | | | | 6888-6987 | 98-99 Helfer audit file D&J Patridge; includes fraud referral | |
| 110 | | | | 7139-7119 | Patridge Insurance Serv. 98 & 99 audit file | |
| 111 | | | | 6988-7116 | Patridge Asset Mgmt Co., 98 & 99 audit file | |
| 112 | | | | 7117-38 | Ebba International Trust audit file 98 & 99 | |
| 113 | | | | | | |
| 114 | | | | 4250-61 5366-5462 5863-6309 | Hartford Life Insurance Co. File | |
| 115 | | | | 871-893 | Safeco Life Insurance Co. File | |
| 116 | | | | 558 - 577 | Keyport Life Insurance Co File | |
| 117 | | | | | Patridge Insurance Services Articles of Incorp 3636; 3636a; 3637 | |
| 120 | | | | 4278-4359 | Cert authenticity Island Nevis and Sultan Services documents | |
| 121 | | | | 1080-4133 | Fairfield National Bank Records | |

# GOVERNMENT'S WITNESS LIST

| UNITED STATES v. Denny Patridge | | DISTRICT COURT Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | DEFENDANT'S ATTY. Jerold W. Barringer Local Counsel: Carol Dison | DOCKET NUMBER 04-20031 |
| | | TRIAL DATE(S) |
| PRESIDING JUDGE Hon. Michael J.. McCuskey | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| 121A | | | | | Certification |
| 121B | | | | 4080-81 | Purchase $2,500 cashier's check 9/13/2000 |
| 122 | | | | 3979-3983 | Trust Bank, Olney IL |
| 122A | | | | 3979 | certification |
| 122B | | | | 3981-3983 | 9/13/00 purchase of cashier's check 81510 |
| 123 | | | | 3708-3710A | People's National Bank, Fairfield, IL |
| 123a | | | | 3708 | certification |
| 123b | | | | 3709-10 | Cashier's Check $2,500 purchased 9/13/00 |
| 124 | | | | 914-936 | Shelby County State Bank |
| 125 | | | | 5603-5848 | Antigua Global Bank of Commerce, Ltd, formerly Swiss American Bank |
| 125A | | | | | Certification |
| 125B | | | | 5615-5640 | Exempt Services Company, Ltd Trust (Belize) |
| 125C | | | | 5641-5702 5717-5736 | Exempt Services Co., Ltd as trustee for Ebba Intern'l Trust ; Acct 15528-01   (7/31/96-11/30/99: 5641-5702) (12/31/99-10/31/00:5717-5736) |
| 125D | | | | 5737-5848 | Exempt Services Co. Account 15529:01    7/12/96- 10/31/00 |

# GOVERNMENT'S WITNESS LIST

| UNITED STATES v. Denny Patridge | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | DEFENDANT'S ATTY. Jerold W. Barringer Local Counsel: Carol Dison | DOCKET NUMBER 04-20031 | |
| | | TRIAL DATE(S) | |
| PRESIDING JUDGE Hon. Michael J.. McCuskey | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| 126 | | | | 632-784 | Raymond James Behl File |
| 127 | | | | 7240-7268; 7403-7426 | Investment purchase1099 |
| 128 | | | | | |
| 129 | | | | 7269-7368 | Larson Accounting Records, 1999 ref: Patridge Personal, Patridge Asset Management Trust, Patridge Insurance Services, Ebba International Trust |
| 130 | | | | | Patridge Asset Mgmt Original Trust notebook w/ quitclaim deeds |
| 130A | | | | | 8/21/95 Quitclaim deed Patridge Family Trust to Patridge Asset Mgmt Trust |
| 130B | | | | | 8/24/95 Assignment EIN to Patridge Asset Mgmt Tr |
| 130C | | | | | Quitclaim deed to Denny Patridge 9/11/00 |
| 131 | | | | | Ebba International Trust copy and unsigned attachments |
| 132 | | | | | Conventus Global Trust copy and unsigned attachments |
| 133 | | | | | Unsigned trust-associated documents |
| 134 | | | | | Documents returning Ebba and Conventus to Belize |
| 135 | | | | | Patridge Asset Management Trust subpoenaed Records, 2000, 1999, 1998 |

# GOVERNMENT'S WITNESS LIST

| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | | | | DEFENDANT'S ATTY. Jerold W. Barringer Local Counsel: Carol Dison | | DOCKET NUMBER 04-20031 |
| | | | | | | TRIAL DATE(S) |
| PRESIDING JUDGE Hon. Michael J.. McCuskey | | | | COURT REPORTER Lisa Cosimini | | COURTROOM DEPUTY |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 135A | | | | 7240-7268; 7403-7426 | 2000   1099 R's | |
| 135B | | | | | 1999---Clay City Bank records, acct 5006665: check register, cancelled checks, deposit slips, | |
| 135C | | | | | 1099's received | |
| 135D | | | | | K-1 global Music | |
| 135E | | | | | Cert deposit, 20212 | |
| 135F | | | | | 1998—Bank statements, 5006665 | |
| 135G | | | | | cancelled checks, check register, deposit slips | |
| 135H | | | | | 1099's received | |
| 135I | | | | | Itemized category report, quickbooks | |
| 135J | | | | | CD 11684 | |
| 135K | | | | | Phillips worksheet | |
| | | | | | | |
| 136 | | | | 7369-7388 | Patridge Insurance Services subpoenaed records, 1998, 1999 | |
| | | | | | | |
| | | | | | | |
| 138 | | | | | CLAY CITY BANK | |
| 138A | | | | 2787-2889 | Patridge Personal #3202357 1999 | |
| 138B | | | | 2890-3011 | Patridge acct 3116887 1999 | |
| 138C | | | | 3332-3428 | Patridge acct 3116887 2000 | |
| 138D | | | | 3632-33 | Release of Mortgage by Clay City Banking Co. | |
| | | | | | Purchase of Offshore Trust System 27725 | |
| | | | | | | |
| 139 | | | | 5515-5522 | Supervisor of Assessments documents | |

**GOVERNMENT'S WITNESS LIST**

| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | | | DEFENDANT'S ATTY. Jerold W. Barringer Local Counsel: Carol Dison | | | DOCKET NUMBER  04-20031 |
| | | | | | | TRIAL DATE(S) |
| PRESIDING JUDGE Hon. Michael J.. McCuskey | | | COURT REPORTER Lisa Cosimini | | | COURTROOM DEPUTY |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 140 | | | | | Summary Witness Exhibits - Coleman | |
| | | | | | | |
| 141 | | | | | Summary Witness Exhibits - Pogue | |
| | | | | | | |
| 142 | | | | | Disclosure office letter | |
| | | | | | | |
| 143 | | | | | Demonstrative exhibit - map | |