**E-FILED**
Wednesday, 19 January, 2005 11:27:15 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT URBANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-20031 |
| ) | |
| DENNY R. PATRIDGE, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING JURY INSTRUCTIONS

NOW COMES the United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, and submits to this Court the government's proposed jury instructions.

Respectfully submitted,

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/Hilary W. Frooman
Hilary W. Frooman
Assistant United States Attorney
201 S. Vine Street
Urbana, Illinois 61802
Tel: (217) 373-5875

## CERTIFICATE OF SERVICE

It is hereby certified that on January 19, 2005, I electronically filed the foregoing **NOTICE OF FILING JURY INSTRUCTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below:

**Carol A Dison**
BECKETT & WEBBER PC
508 S Broadway
PO Box 17160
Urbana, IL 61803-7160

**Michael Louis Minns**
MICHAEL LOUIS MINNS PLC
Suite One
9119 S Gessner
Houston, TX 77074

**Enid M Williams**
MICHAEL LOUIS MINNS PLC
Suite One
9119 S Gessner
Houston, TX 77074

**Jerold W Barringer**
PO Box 213
Nokomis, IL 62075

<u>January 19, 2005</u>                          <u>s/Diane Hayes          </u>
Date                                                      Paralegal Specialist