IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                                          Case No.   CR 04-20031

DENNY R. PATRIDGE

DEFENDANT'S 2ND MOTION TO DISMISS COUNTS TWO AND THREE

Denny Patridge, by and through his attorney, Jerold W. Barringer, moves the Court to Dismiss Counts Two and Three of the "Superceding" Indictment filed by the Clerk on September 1, 2004, on the basis that it alleges two separate offenses within Count Two, raising the possibility that Defendant could be convicted for possibly evading payment of taxes for 1996 or 1997 when the alleged crime alleges the evasion was for payments for both years in the single count.   Likewise, Count Two does not allege what particular provision of the code required the payment of the taxes for years 1996 and 1997 together.

Count Three should be dismissed for its failure to identify the specific provision imposing the duty or the requirements according to the law that Defendant did not allegedly accomplish.

A memorandum in support of this Motion is filed simultaneously herewith.

Respectfully Submitted,

Denny Patridge, Defendant,

By: <u>/s/ Jerold W. Barringer</u>
Jerold W. Barringer
Attorney at Law
P.O. Box 213
102 South Pine St.
Nokomis, IL 62075
(217) 563-2646

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Motion to Dismiss Counts Two and Three have been mailed on March 1, 2005 electronically through the Court system to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/ Jerold W. Barringer