E-FILED
Tuesday, 01 March, 2005  04:42:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                          Case No.  CR 04-20031

DENNY R. PATRIDGE

DEFENDANT'S 2ND MOTION TO DISMISS
COUNTS FOUR THROUGH SEVEN

Denny Patridge by and through his attorney, Jerold W. Barringer, moves the Court to Dismiss Counts Four, Five, Six and Seven of the Superceding Indict filed on September 1, 2004 on grounds that Counts Four and Five (1) fail to allege a scheme to defraud the IRS reachable under 18 U.S.C. § 1343; (2) fail to allege materiality specifically as it relates to the alleged "scheme"; (3) fail to allege who was or intended to be misled at the IRS by the alleged actions of the Defendant; and that Counts Six and Seven (4) fail to allege what the State or Federal Law the Defendant violated which constituted a "felony" in which the property represented by the proceeds in the alleged laundering violated.  Counts Four, Five, Six and Seven should be dismissed because Count Two should be dismissed.   Counts Six and Seven should be dismissed because Counts Four and Five should be dismissed.

1

A memorandum in support of this Motion is filed simultaneously herewith along with a Motion to Dismiss Counts Two and Three and the supporting memorandum accompanying that Motion.

Respectfully Submitted,

Denny Patridge, Defendant,

By: _____
Jerold W. Barringer
Attorney at Law
P.O. Box 213
Nokomis, IL 62075
(217) 563-2646

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of Defendant's Motion to Dismiss Counts Four, Five, Six and Seven has been mailed on March 1, 2005 electronically through the Court system to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/   Jerold W. Barringer