IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.  CR 04-20031

DENNY R. PATRIDGE

MOTION TO RECONSIDER ORDER REGARDING
JURY TRIAL ON ALL FACTS

Denny Patridge by and through his attorney, Jerold W. Barringer, files this Memorandum in Support of his Motion For Reconsideration regarding Defendant's demand that all necessary facts required to state an offense punishable pursuant to the United States Sentencing Guidelines be alleged in the indictment and found specifically by the Jury at trial.   Defendant claims that the retroactive application of the Supreme Court's Judicial Construction of the criminal statute 18 U.S.C. § 3553(b) violates the ex post facto and due process clauses in the Constitution.

A memorandum in support of this Motion is filed simultaneously herewith.

Respectfully Submitted,

1

Denny Patridge, Defendant,

By:  /s/ Jerold W. Barringer
Jerold W. Barringer
Attorney at Law
P.O. Box 213
102 South Pine St.
Nokomis, IL 62075
(217) 563-2646

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of Defendant's Motion to Reconsider application of Booker/Fanfan has been mailed on March 1, 2005 electronically through the Court system to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/   Jerold W. Barringer