IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.  CR 04-20031

DENNY R. PATRIDGE

NOTICE TO THE COURT

PLEASE TAKE NOTICE THAT Defendant's Counsel has not received the file from the former attorney of Mr. Patridge after Counsel for Mr. Patridge made such request orally and in writing.  Defendant's Counsel recently received a letter informing Counsel that Mr. Minns had always sent copies to the Defendant, therefore, Mr. Minns would not be turning over the files to Defendant's Counsel.  Defendant's Counsel would wish to file this letter under seal or ex parte and at the Court's request will do so.   Counsel for the Defendant is seeking other alternatives and will advise the Court when appropriate.

1

Respectfully Submitted,

Denny Patridge, Defendant,

By: /s/ Jerold W. Barringer
Jerold W. Barringer
Attorney at Law
P.O. Box 213
Nokomis, IL 62075
(217) 563-2646

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Notice to the Court has been mailed on March 2, 2005 electronically through the Court system to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/   Jerold W. Barringer