UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.  04-20031 |
| ) | |
| DENNY PATRIDGE, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO AMEND
### FIRST AMENDED WITNESS LIST

Comes now, the United States of America, through Jan Paul Miller, United States Attorney for the Central District of Illinois, by and through Hilary W. Frooman, Assistant United States Attorney, and states as follows:

*United States v. Denny Patridge* is set to go to trial on June 13, 2005.  The government filed a witness list on January 19, 2005.  The government filed an amended witness list March 1, 2005.  The government now seeks to file a second amended witness list to add one possible additional witness to that list:

Richard Bressler, IRS, Champaign

The government apologizes for any inconvenience this amendment entails.

In support of this motion, the government states:

The defense has sufficient time prior to trial to amend its list in any way it desires, and the defendant has not yet filed a witness list.

1

WHEREFORE, the government respectfully requests that its Second Amended Witness List be accepted.

>Respectfully submitted,
>
>JAN PAUL MILLER
>United States Attorney
>
>s/ Hilary W. Frooman
>HILARY W. FROOMAN
>Assistant United States Attorney
>United States Attorney
>201 S. Vine, Suite 226
>Urbana, Illinois 61802
>217/373-5875
>FAX: 217/373-5891
>hilary.frooman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. Jerold W. Barringer
>Attorney at Law
>P.O. Box 213
>Nokomis, IL 62705
>E-mail: jwbarringer@consolidated.net

>s/ Hilary W. Frooman
>HILARY W. FROOMAN
>Assistant United States Attorney
>United States Attorney
>201 S. Vine, Suite 226
>Urbana, Illinois 61802
>217/373-5875
>FAX: 217/373-5891
>hilary.frooman@usdoj.gov