UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　) <br>　　　　Plaintiff,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　)　　Case No. CR 04-20031<br>　　　　　　　　　　　　　　　　)<br>DENNY PATRIDGE,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　　　) | |

**SECOND AMENDED
GOVERNMENT WITNESS LIST**

The government may call the following witnesses at the time of trial and/or hearing in the above matter:

1. Chad Agan, Charleston, Illinois

2. Donald Behl, or other representative, Raymond James, Shelbyville, Illinois

3. Custodian of Records, Bank of America, Reno, Nevada

4. Craig Bergschneider, Internal Revenue Service

5. Donna Lupton or other representative, Boarman's Auto Sales, Shelbyville, Illinois

6. Trudi Hostetler Hart, or other representative, Clay City Bank, Clay City, Illinois

7. Virgil Uphold, Clay City, Illinois

8. Christiana Cook, Hillsboro, Oregon

9. Jennifer Drake, Reno, Nevada

10. William Milbourn, or other representative, Edgar County Bank, Paris, Illinois

11. Becky Wiley or other representative, Clay City Bank, Clay City, Illinois

12. Brenda Baumann, or other representative, Fairfield National Bank,

    Fairfield, Illinois

13. David Dillon, Charleston, Illinois

14. Nicoli Ferrell D., Internal Revenue Service, Boise, Idaho

15. Kris Winegar or other representative, Hartford Life & Annuity Insurance Co., Simsbury, Connecticut

16. Ron Diepholtz or other representative, Ken Deipoltz Chevrolet, Charleston, Illinois

17. Audrey Evans or other representative, Keyport Life Insurance n/k/a, Sun Life Assurance Co. of Canada, Wellesley Hills, MA   02481-599

18. Representative, Liberty Bankers Life Insurance Co.

19. Representative, Locust Street Securities, Des Moines IA

20. Nellie McCullough-Witt, Vancouver, Washington

21. Bernard Coleman, Special Agent, Internal Revenue Service, Springfield, IL

22. Mike Helfer, Internal Revenue Service, Champaign, Illinois

23. Mark Miller, Internal Revenue Service, Champaign, Illinois

24. Mary Soma, Internal Revenue Service, Philadelphia, PA

25. Chris Thomsen, or other representative, Internal Revenue Service, Chicago, IL

26. David Schermann, Internal Revenue Service, Peoria, Illinois

27. Scott E. Emerson/Technical Advisor, Internal Revenue Service, Knoxville, Tennessee

28. Cathy Villano, Internal Revenue Service, Chicago, Illinois

29. James Pogue, Internal Revenue Service, Champaign Field Office, Champaign, IL

30. Representative, Olney Trust Bank, Olney, Illinois

31. Diane Friederich Representative, People's National Bank, Mt. Vernon, Illinois

32. Larry Phillips, Zephyrhilis, Florida

33. James Probst, Sigel, Illinois

34. Eva Heter, or other representative, Safeco Life Insurance, Seattle,

    Washington

35.  Representative, Shelby County Recorder, Shelbyville, Illinois

36.  Representative, Shelby County Supervisor of Assessments Office, Shelbyville, Illinois

37.  Representative, Shelby County State Bank, Shelbyville, Illinois

38.  Gary Scherer, Olney Illinois

39.  Laura Ungaro, Las Vegas, Nevada

40.  Craige Walker, IRS, Portland, Oregon

41.  Representative, Wells Fargo Bank, Phoenix, Arizona

42.  Representative of Internal Revenue Service Disclosure Office

43.  Richard Bressler, IRS, Champaign, Illinois

    Respectfully submitted,

    JAN PAUL MILLER
    United States Attorney

    s/ Hilary W. Frooman
    HILARY W. FROOMAN
    Assistant United States Attorney
    United States Attorney
    201 S. Vine, Suite 226
    Urbana, Illinois 61802
    217/373-5875
    FAX: 217/373-5891
    hilary.frooman@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on March 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Jerold W. Barringer
Attorney at Law
P.O. Box 213
Nokomis, IL 62075
E-mail: jwbarringer@consolidated.net

    s/ Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov