IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                                              Case No.   CR 04-20031

DENNY R. PATRIDGE

DEFENDANT'S VOIR DIRE

The Defendant, Denny Patridge, by and through his attorney Jerold Barringer, files his voir dire questions for the Court to ask the potential jurors.

1.   Do any of you believe that if you were to find the Defendant not guilty of the crimes alleged against him that the IRS would somehow retaliate against you?

2.   Do any of you know any of the named witnesses the Government or Defendant intend to call?   And the Court should then read all the names listed.

3.   Do any of you have any problem with holding the IRS accountable for the duties the law requires them to perform?

4.   Do you believe that it is OK for the IRS to break the law in order to claim they were enforcing the law?

5.   Do any of you believe the IRS is always right?

6.   How many of you prepare your own tax returns?

7.If you do not, why not?

8.How many of you rely upon tax advice?

9.How many of you believe that if the government claims you were given bad advice that you should be held criminally liable?

10.How many of you believe that simply because a person is indicted by a Grand Jury that this alone means he has done something wrong?

11.How many of you believe that the United States Government is always right even when they are clearly wrong?

                Respectfully Submitted

                /s/ Jerold Barringer
                Jerold Barringer
                Attorney at Law
                P.O. Box 213
                Nokomis Illinois 62075
                217-563-2646

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of Defendant's Voir Dire was electronically delivered through the Court's ECF system on April 1, 2005 to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/ Jerold Barringer