# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR 04-20031 |
| | ) | |
| DENNY PATRIDGE, | ) | **UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

### THE UNITED STATES OF AMERICA'S EX PARTE
### MOTION FOR PERMISSION TO FILE UNDER SEAL

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and hereby requests permission to file an *ex parte* disclosure of allegations concerning a witness for *in camera* review.

1. In support of this motion, the government states that there is certain information in the background of a witness the government will call against Denny R. Patridge which might possibly be considered discoverable under either *Brady v. Maryland*, 373 U.S. 83 (1963) or *Giglio v. United States*, 405 U.S. 150 (1972). However, the evidence is only arguably discoverable and if disclosed will certainly be a violation of the witness's privacy if such disclosure is not fully necessary.

2. The Seventh Circuit has approved *in camera* review of disputed evidence in various cases. *See, e.g., United States v. Hach,* 162 F.3d 937, 947 (7th Cir. 1998) (*in camera* review of witness's psychiatric records); *United States v. Tucker,* 773 F.2d 136, 141-

42 (7th Cir. 1985) (approving *in camera* submission by government); *United States v. Navarro,* 737 F.2d 625, 630-31 (7th Cir. 1984) (noting that *in camera* review by trial court may have solved appellate issue).  Furthermore, the Seventh Circuit has permitted a district court to review such allegations *ex parte*. *United States v. Rodriguez,* 62 F.3d 948, 954 (7th Cir. 1995).

WHEREFORE, the government seeks permission to file the request for *in camera* review UNDER SEAL and have the facts reviewed *ex parte* without revealing those facts to defense unless the Court deems it fully necessary.

    Respectfully submitted,

    JAN PAUL MILLER
    UNITED STATES ATTORNEY

    s/ Hilary W. Frooman
    HILARY W. FROOMAN
    Assistant United States Attorney
    United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    217/373-5875
    FAX: 217-373-5891
    hilary.frooman@usdoj.gov