IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                                          Case No.   CR 04-20031

DENNY R. PATRIDGE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of Defendant's Exhibit and Witness List was mailed by U.S. Mail on April 1, 2005, to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

                        By:   /s/ Jerold W. Barringer
                              Jerold W. Barringer
                              Attorney at Law
                              P.O. Box 213
                              Nokomis, IL 62075
                              (217) 563-2646

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Certificate of Service has been mailed on April 12, 2005 electronically through the Court system to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/   Jerold W. Barringer