**E-FILED**
Thursday, 14 April, 2005  01:45:16 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR 04-20031 |
| | ) | |
| DENNY PATRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADDITIONAL TIME
## TO RESPOND TO DEFENDANT'S EXHIBIT LIST

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and requests additional time to respond to the defendant's exhibit list.

### Background

1.      The defendant was required by the Court to provide the government with an exhibit and witness list and to file same with the Court on April 1, 2005.   Under the new electronic court filing system (ECF), witness lists are not public record and must be mailed to opposing counsel.  The new ECF rules are certainly different and require some caution for full compliance.  Because the defendant filed his exhibit and witness lists as a single list, the government did not receive the exhibit list through the ECF system.

2.  On April 1, 2005, an administrative assistant with the United States Attorney's Office contacted Jerold Barringer's office to inquire about whether the

defendant had filed a witness and/or exhibit list. She left a message requesting service to the government. On Wednesday, April 6, 2005, the government became truly curious about whether the defense had filed or had not filed any witness list or exhibit list at all. The government inquired of the clerk's office whether the defense had filed such lists; the clerk's office could not reveal or release such an item, as it was not public, but the government was promised that the clerk's office would attempt to inquire. Normally the exhibit list would be available through the ECF system, so the government believed that the defense had not filed such a list.

3. On April 11, 2005, the government received an envelope through the United States mail, postmarked April 6, 2005. It contained a combined exhibit and witness list for defendant Denny Patridge. As the witness and exhibit lists were combined and had been filed through the ECF system as a combined list, neither was provided to the government through the on-line filing system. Perhaps the defendant simply did not realize that for a witness list, the parties must mail the list directly to opposing counsel. The error was understandable given the newness of the on-line filing system.

4. However, the result is that the government did not have access to defendant's exhibit list until April 11, 2005, and the government's objections, if any, are to be on file by April 22, 2005.

**Discovery**

5. On July 28, 2004, the government responded to defense requests for discovery and requested reciprocal discovery. Jerold Barringer had not entered his appearance as

of July 28, 2004, but the government reminded the defense on more than one occasion and specifically in writing on September 7, 2005 and on March 2, 2005, that the government had received no discovery from the defendant.

6.  To this date, the government has received no discovery from the defendant. The government has reviewed the defendant's exhibit list and is unfamiliar with some of the items on the list.  The government is certain that there are items on the list that were not provided to the defense through government discovery.  The defense lists some tapes which the government is certain were not provided to defense through government discovery.

7.  The government contacted Mr. Barringer on April 11, 2005 by phone, email and United States mail and left messages that an agent could meet Mr. Barringer at his office on either Tuesday, April 12 or Thursday, April 14, 2005 to review defense exhibits.  On April 13, 2005, Mr. Barringer responded and indicated that the discovery was in the defendant's control and the defendant was out of the area.   Mr. Barringer stated that he could have the defense exhibits to the government on Tuesday, April 19, 2005, but that the tapes that were on the defense exhibit list would take longer to reproduce.  The defense did not provide a specific date on which it would have the tapes to the government, but the government is offering to the defense the opportunity to bring the tapes to the United States Attorney's Office and they can be copied in the government office perhaps more efficiently.

**Request for Continuance**

8.  Because the defendant failed to provide discovery to the government and failed to provide his exhibit list to the government in a timely fashion and because the defendant cannot give a precise date on which he will make the tapes listed on the exhibit list available to the government, the government requests additional time in which to file objections, if any, to those exhibits.   The trial in the above-entitled case is set for June 13, 2005, with a final pretrial conference date on May 27, 2005.  Therefore, allowing the government additional time in which to file objections to the defendant's exhibits would not delay the trial.

9.   The government requests an additional two weeks in which to file responses, or, if the defendant has not provided the tapes he has listed on his exhibit list, the government requests permission to request additional time to respond.

10.  The government and defense have communicated and defense counsel has no objection to the government request for additional time to respond.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

s:/ Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891

4

hilary.frooman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Jerold Barringer
        Attorney at Law
        P.O. Box 213
        Nakomis, iL 62705

                              s/ Hilary W. Frooman
                              HILARY W. FROOMAN
                              Assistant United States Attorney
                              United States Attorney
                              201 S. Vine, Suite 226
                              Urbana, Illinois 61802
                              217/373-5875
                              FAX: 217/373-5891
                              hilary.frooman@usdoj.gov