TO SUSTAIN A CHARGE OF ATTEMPTING TO EVADE OR DEFEAT THE DEFENDANT'S INDIVIDUAL TAX, AS CHARGED IN COUNT TWO OF THE SUPERSEDING INDICTMENT, THE GOVERNMENT MUST PROVE THE FOLLOWING PROPOSITIONS:

FIRST, ON APRIL 15 OF THE YEAR FOLLOWING TAX YEARS 1996 AND 1997, FEDERAL INCOME TAX WAS DUE AND OWING BY THE DEFENDANT;

SECOND, THE DEFENDANT INTENDED TO EVADE OR DEFEAT THE ASCERTAINMENT, ASSESSMENT, COMPUTATION OR PAYMENT OF TAXES FOR 1996 AND 1997; AND

THIRD, THE DEFENDANT WILLFULLY DID SOME ACT IN FURTHERANCE OF THE INTENT TO EVADE TAX OR PAYMENT OF THE TAX.

IF YOU FIND FROM YOUR CONSIDERATION OR OF ALL OF THE EVIDENCE THAT EACH OF THESE PROPOSITIONS HAS BEEN PROVED BEYOND A REASONABLE DOUBT, THEN YOU SHOULD FIND THE DEFENDANT GUILTY.

IF, ON THE OTHER HAND, YOU FIND FROM YOUR CONSIDERATION OF ALL THE EVIDENCE THAT ANY OF THESE PROPOSITIONS HAS NOT BEEN PROVED BEYOND A REASONABLE DOUBT, THEN YOU SHOULD FIND THE DEFENDANT NOT GUILTY.

GOVERNMENT JURY INSTRUCTION NO. _22_, 1st Amendment

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION, 26 U.S.C. §7201 (MODIFIED)