UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DENNY PATRIDGE, )<br>)<br>Defendant. ) | Case No. CR 04-20031 |

### MOTION FOR PERMISSION TO FILE UNDER SEAL

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and hereby requests permission to file its objections to the defendant's trial exhibits under seal.

1. In support of this motion, the government states that both the exhibits and the discussion of those exhibits reveals substantial information about possible trial witnesses, their names and background information and reveals substantial grand jury information which is protected by Federal Rule of Evidence 6E.

2. The defendant's exhibits also include communications between and among attorneys for the defendant and those attorneys and the government. Unless such exhibits are determined to have actual evidentiary value, it would be improper to reveal the content of these exhibits.

WHEREFORE, the government seeks permission to file its objections to the defendant's trial exhibits UNDER SEAL.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/ Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
hilary.frooman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. Jerold W. Barringer
>Attorney at Law
>P.O. Box 213
>Nokomis, IL 62075
>E-mail: jwbarringer@consolidated.net

>s/ Hilary W. Frooman
>HILARY W. FROOMAN, Reg # 6180241
>Assistant United States Attorney
>United States Attorney
>201 S. Vine, Suite 226
>Urbana, Illinois 61802
>217/373-5875
>FAX: 217/373-5891
>hilary.frooman@usdoj.gov