E-FILED
Thursday, 26 May, 2005 11:16:52 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR 04-20031 |
| | ) | |
| DENNY PATRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

### THE UNITED STATES OF AMERICA'S
### MOTION FOR PERMISSION TO FILE UNDER SEAL

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and Lea Carlisle, Department of Justice Tax Division, hereby requests permission to file a Motion to Quash Trial Subpoena Duces Tecum under seal.

1. In support of this motion, the government states that there is certain information in the government's motion which reveals trial and grand jury witness' names and reveals information presented to the grand jury. The information in question is protected by Federal Rule of Criminal Procedure 6E and should not be revealed to the public.

2. The government will provide the defense a copy of the Motion to Quash Trial Subpoena Duces Tecum.

WHEREFORE, the government seeks permission to file the Motion to Quash Trial Subpoena Duces Tecum **UNDER SEAL**.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/ Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
hilary.frooman@usdoj.gov

s/Lea Carlisle
LEA CARLISLE, TX Bar# 24031793
Trial Attorney, Tax Division
United States Department of Justice
lea.carlisle@usdoj.gov

2

CERTIFICATE OF SERVICE

      I hereby certify that on May 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jerold Barringer
>Attorney at Law
>P.O. Box 213
>Nokomis, IL 62075
>E-mail:  jwbarringer@consolidated.net

> s/Hilary W. Frooman
>HILARY W. FROOMAN, Reg # 6180241
>Assistant United States Attorney
>United States Attorney
>201 S. Vine, Suite 226
>Urbana, Illinois 61802
>217/373-5875
>FAX: 217/373-5891
>hilary.frooman@usdoj.gov