**E-FILED**
Thursday, 26 May, 2005  06:17:39 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  04-20031 |
| | ) | |
| DENNY PATRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT MOTION TO FILE AMENDED EXHIBIT LIST

Comes now, the United States of America, through Jan Paul Miller, United States Attorney for the Central District of Illinois, by and through Hilary W. Frooman, Assistant United States Attorney, and Lea A. Carlisle, Trial Attorney, Department of Justice Tax Division, and in move this Court to file a corrected exhibit list:

In support of this motion, the government states that the Exhibit List filed on March 1, 2005 requires a few minor amendments.  The amended list the government now seeks to file provides the bates stamp numbers in addition to exhibit numbers and exhibit descriptions.  As defense counsel is aware, almost all of the documents the government will use as exhibits have been numbered consecutively.  The documents the defendant received in discovery bore those numbers and it may assist the defendant in finding the government's documents if the defendant is able to associate those numbers with the document description.  At the time the government filed the exhibit list previously, the government had not had time to provide the bates stamp numbers for each exhibit.

In further explanation, the government has a number of large, multi-page exhibits, such as bank account records.  The government will produce the entire account record and may move it into evidence.  However, for those documents within that group for which the government anticipates individual reference, the government has provided

1

bates stamp numbers and document descriptions.  Again, this should assist both the defendant and the clerk in identifying the exhibits and tracking them.

There have been minimal changes to the exhibits on the government exhibit list since it was filed on March 1, 2005.

The Certifications of Lack of Record, found at Exhibit 4, 11, 21, 33 and 39 were handled with two separate certifications, one for a form 1040NR and one for a 1041.  This should avoid any confusion regarding to which tax form a witness may be referring.

The Notes regarding beneficial interest and IRS 1042 and 1042S have been combined as a single exhibit group Exhibit, 149.

The defendant's personal financial statements, the dates of which were very difficult to decipher, now read correctly and can be found at Exhibits 150, 151, 152 and 158.

The government acquired Exhibit 179A, CD11684 from Clay City Bank.

Summary exhibits, which are demonstrative exhibits and will be provided to the defense in draft form at the final pre-trial conference, now include 186D and 186E, which had not been broken out separately on the previous exhibit list.

The defendant has had access to all of the records.

WHEREFORE, the government moves that the Court allow the government to file its amended exhibit list.

Respectfully Submitted,

JAN PAUL MILLER
United States Attorney


s/ Hilary W. Frooman
HILARY W. FROOMAN, Reg # 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov


s/Lea Carlisle
LEA CARLISLE , TX Bar # 24031793
Trial Attorney, Tax Division
United States Department of Justice
lea.carlisle@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I hereby certify that I have mailed by United States Postal Service the document to the following:

Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis, IL 62075
E-mail: jwbarringer@consolidated.net

s/ Hilary W. Frooman
HILARY W. FROOMAN, Reg # 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov