E-FILED
Thursday, 26 May, 2005 06:29:05 PM
Clerk, U.S. District Court, ILCD

**GOVERNMENT'S EXHIBIT LIST**
**AMENDED**

| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | **EXHIBITS** |
|---|---|---|---|---|---|
| 1 | | | | | 1995 Denny Patridge 1040 |
| | | | | | |
| 2 | | | | | 1995 Patridge Asset Management Trust- Form 1041 |
| | | | | | |
| 3 | | | | | 1995 Ebba International Trust - Form 1040NR |
| | | | | | |
| 4 | | | | | 1995 Conventus Global-Form 3050 Certification of Lack of Record- 1040NR |
| 4A | | | | | 1995 Conventus Global-Form 3050 Certification of Lack of Record 1041 |
| 5 | | | | | 1996 Denny Patridge 1040 |
| | | | | | |
| 6 | | | | | 1996 Denny Patridge -Form 4340 Certification of Assessments and Payments |
| | | | | | |
| 7 | | | | | 1996 Patridge Asset Management Trust - Form 1041 |
| | | | | | |
| 8 | | | | | 1996 Patridge Asset Management Trust - Form 4340 Certification of Assessments and Payments |
| | | | | | |
| 9 | | | | | 1996 Ebba International Trust - Form 1040NR |
| | | | | | |
| 10 | | | | | 1996 Ebba International Trust - Form 4340 Certification of Assessments and Payments |
| | | | | | |
| 11 | | | | | 1996 Conventus Global Trust - Form 3050 Certification of Lack of Record 1040NR |
| 11A | | | | | 1996 Conventus Global Trust - Form 3050 Certification of Lack of Record 1041 |
| 12 | | | | | 1996 Conventus Global Trust - Form 4340 Certification of Assessments and Payments |

**GOVERNMENT'S EXHIBIT LIST**
**AMENDED**



| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| | | | | | |
| 13 | | | | | 1997 Denny Patridge - Form 1040 |
| 14 | | | | | 1997 Denny Patridge-Form 4340 Certification of Assessments and Payments |
| | | | | | |
| 15 | | | | | 1997 Patridge Insurance Services - Form 1120 |
| | | | | | |
| 16 | | | | | 1997 Patridge Insurance Services -Form 4340 Certification of Assessments and Payments |
| | | | | | |
| 17 | | | | | 1997 Patridge Asset Management Trust - Form 1041 |
| | | | | | |
| 18 | | | | | 1997 Patridge Asset Mgmt Trust - Form 4340 Certification of Assessments and Payments |
| | | | | | |
| 19 | | | | | 1997 Ebba International Trust - 1040NR |
| | | | | | |
| 20 | | | | | 1997 Ebba International Trust -Form 4340 Certification of Assessments and Payments |
| | | | | | |
| 21 | | | | | 1997 Conventus Global Trust - Form 3050 Certification of Lack of Record 1040NR |
| 21A | | | | | 1997 Conventus Global Trust - Form 3050 Certification of Lack of Record 1041 |
| 22 | | | | | 1997 Conventus Global Trust - 4340 Certification of Assessments and Payments |
| | | | | | |
| 23 | | | | | 1998 Denny Patridge Form -1040 |
| | | | | | |
| 24 | | | | | 1998 Denny Patridge - Form 4340 Certification of Assessments and Payments |

**GOVERNMENT'S EXHIBIT LIST**
**AMENDED**



| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY. Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE Hon. Chief Judge Michael J. McCuskey | | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| | | | | | |
| 25 | | | | | 1998 Patridge Insurance Services - Form 1120 |
| | | | | | |
| 26 | | | | | 1998 Patridge Insurance Services - Form 4340 Certification of Assessments. |
| | | | | | |
| 27 | | | | | 1998 Patridge Asset Management Trust - Form 1041 |
| | | | | | |
| 28 | | | | | 1998 Patridge Asset Management Trust - Form 4340 Certification of Assessments and Payments |
| | | | | | |
| 29 | | | | | 1998 Ebba International Trust - Form 1040NR |
| | | | | | |
| 30 | | | | | 1998 Ebba International Trust -Form 4340 Certification of Assessments and Payments |
| | | | | | |
| 31 | | | | | 1998 Conventus Global Trust -Form 3050 Certification of Lack of Record |
| | | | | | |
| 32 | | | | | 1998 Conventus Global Trust - Form 4340 Certification of Assessments and Payments |
| | | | | | |
| 33 | | | | | 1999 Denny Patridge - Form 3050 Certification of Lack of Record |
| 33A | | | | | 1999 Certification Information Return Transcript |
| 34 | | | | | 1999 Denny Patridge - Form 4340 Certification of Assessments and Payments |
| | | | | | |
| 35 | | | | | 1999 Patridge Insurance Services - Form 1120 |
| | | | | | |

GOVERNMENT'S EXHIBIT LIST
AMENDED



| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |
| Plf No | Def No | Date | Admit | Bates # | **EXHIBITS** | |
| 36 | | | | | 1999 Patridge Insurance Services - Form 4340 Certification of Assessments and Payments | |
| | | | | | | |
| 37 | | | | | 1999 Patridge Asset Management Trust - Form 3050 Certification of Lack of Record | |
| | | | | | | |
| 38 | | | | | 1999 Patridge Asset Management Trust - Form 4340 Certification of Assessments and Payments | |
| | | | | | | |
| 39 | | | | | 1999 Ebba International Trust - Form 3050 Certification of Lack of Record 1040NR | |
| 39A | | | | | 1999 Ebba International Trust - Form 3050 Certification of Lack of Record 1041 | |
| 40 | | | | | 1999 Ebba International Trust - Form 4340 Certification of Assessments and Payments | |
| | | | | | | |
| 41 | | | | | 1999 Conventus Global Trust - Form 3050 Certification of Lack of Record 1040NR | |
| 41A | | | | | 1999 Conventus Global Trust - Form 3050 Certification of Lack of Record 1041 | |
| 42 | | | | | 1999 Conventus Global Trust - Form 4340 Certification of Assessments and Payments | |
| | | | | | | |
| 43 | | | | | 2000 Denny Patridge - Form 3050 Certification of Lack of Record | |
| | | | | | | |
| 44 | | | | | 2000 Denny Patridge - Form 4340 Certification of Assessments and Payments | |
| | | | | | | |
| 45 | | | | | 2001 Denny Patridge - Form 3050 Certification of Lack of Record | |
| | | | | | | |

**GOVERNMENT'S EXHIBIT LIST AMENDED**



| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |
| Plf No | Def No | Date | Admit | Bates # | **EXHIBITS** | |
| 46 | | | | | 2001 Denny Patridge - Form 4340 Certification of Lack of Assessments and Payments | |
| | | | | | | |
| 47 | | | | | 2002 Denny Patridge Form - 1040 | |
| | | | | | | |
| 48 | | | | | Certification Lack of Record Blue Mountain LLC | |
| | | | | | | |
| 49 | | | | | Revenue Agent Admin File–Trust 96, 97 | |
| 49A | | | | 6348-6350 | Appt Ltr & attachments | |
| 49B | | | | 6348A,B | Pub 1, Rights as Taxpayer | |
| 49C | | | | 6348C,D | Privacy Act, Notice 609 | |
| 49D | | | | | Trust Response | |
| 49E | | | | | Exam Report Trust & Explanation of Items | |
| 49F | | | | | Statutory Notice of Deficiency | |
| | | | | | | |
| 50 | | | | | Revenue Agent Admin File-Taxpayer 96, 97 | |
| 50A | | | | 6397-6400 | Appt. Ltr & Attachments, Taxpayer | |
| 50B | | | | | Taxpayer Response | |
| 50C | | | | 6418-6419 6419A-P | Revenue Agent Contact #2 & Publication 556 | |
| 50D | | | | 6420-6438 | Taxpayer Response #2 | |
| 50E | | | | 6490-6500; | Exam Rept Taxpayer & Explanation of Items | |
| 50F | | | | | Statutory Notice of Deficiency | |
| | | | | | | |
| 51 | | | | | | |
| | | | | | | |

**GOVERNMENT'S EXHIBIT LIST AMENDED**



| UNITED STATES v. Denny Patridge | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| 52 | | | | 6631-6887 | Schermann IRS Appeals File |
| 52A | | | | 6631-6632 | Case Activity Record |
| 52B | | | | 6533-36 | Case Control sheet closing records |
| | | | | | |
| 52C | | | | 6637 | IRS Transaction record for 1997 |
| 52D | | | | 6638-41 | Revenue Agent Report 96, 97 |
| 52E | | | | 6642-6651 | 1040 1996 |
| 52F | | | | 6652-6665 | 1040 1997 |
| 52G | | | | 6666-6692 | Statutory Notice 5/11/00 |
| 52H | | | | 6693-95 | Tax Mod Transcript 96, 97 |
| 52I | | | | 6696-6700 | 96 Ebba 1040NR |
| 52J | | | | 6701-05 | Rivera ltr 10-31-00 |
| 52K | | | | 6706 | Rsp. to 10/31/00 ltr |
| 52L | | | | 6707 | 11/23/00 Final Notice Intent to Levy & Attachments: :Publication 594 and Collection Appeal Right & Admin. Collection Appeal Rights |
| | | | | | |
| 52M | | | | 6708-17 | Rivera ltr 11/28/00 Freedom Info Act |
| 52N | | | | 6718-6727 | Rqst Collect Due Process 12/1/00 |
| 52O | | | | 6734 | Acknowledgment Collection Due Process Rqst 2/28/01 |
| 52P | | | | 6735-38 | 3/19/01 Rivera ltr demands |
| 52Q | | | | 6739-6746 | 3/19/01 Rivera ltr demands |
| 52R | | | | 6747-6756 | Patridge Transcript |

# GOVERNMENT'S EXHIBIT LIST AMENDED



| UNITED STATES v. Denny Patridge | | DISTRICT COURT Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | DEFENDANT'S ATTY. Jerold W. Barringer | DOCKET NUMBER 04-20031 |
| | | TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE Hon. Chief Judge Michael J. McCuskey | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| 52S | | | | 6757-61 | Notes |
| 52T | | | | 6762-63 | Referral by Collection Due Process to Schermann |
| 52U | | | | 6764 | Ltr to Rivera to schedule 5/4/01 |
| | | | | | |
| 52V | | | | 6766-6783 | 5/24/01 Rivera to IRS, Kansas City, MO |
| 52W | | | | 6784 | Fax with subpoena 2/18/02 |
| 52X | | | | 6787 | 4/8/02 Ltr Schermann Ltr to Rivera scheduling |
| 52Y | | | | 6788-6822 | Internal Research Patridge |
| 52Z | | | | 6823-6831 | 7/1/02 Ltr from Denny & Judy Patridge to Commissioner |
| 52AA | | | | 6823-6835 | More IRS transcripts |
| 52BB | | | | 6836- | Case summary card |
| 52CC | | | | 6837-6846 | Case against Rivera |
| 52DD | | | | 6847-51 | Ed Rivera.Com |
| 52EE | | | | 6852-55 | Copy Power Atty |
| 52FF | | | | 6856-69 | Info to Coleman |
| 52GG | | | | 6870-71 | Los Angeles Times 7/23/03 |
| 52HH | | | | 6872-74 | 12/12/03 Lr to Winters |
| 52II | | | | 68756880 | FAX & hard copy ltr to Schermann |
| 52JJ | | | | 6881 | Schermann to Patridges 1/6/04 |
| 52KK | | | | 6882-85 | Request to postpone due process hearing 1/12/04 |
| 52LL | | | | 6886 | Agreement to place CDP hearing on hold 2/10/04 |
| 52MM | | | | 6887 | Case closing 8/2/04 |
| | | | | | |
| 53 | | | | 3701-3707 | Minetta Inc. Tax Transcript |

# GOVERNMENT'S EXHIBIT LIST AMENDED



| UNITED STATES v. Denny Patridge | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| | | | | | |
| 54 | | | | | Minetta Inc Tax Return |
| | | | | | |
| | | | | | |
| 55 | | | | 146A-K; 147-290; 3920-3978 | Phillips' Documents |
| 55A | | | | | Handwritten list of dates Phillips worked on Patridge matter-3921 |
| 55B | | | | | Power of Atty 148-149 (personal) |
| 55C | | | | 149-150 | Power of Attorney - Asset Mgt Trust |
| 55D | | | | 151 | Power of Atty Pat.Ins Serv |
| 55E | | | | 3960,3943, 3949 | Emergency Mgt Team Notification |
| 55F. | | | | 3950 | Engagement Ltr 4/20/00 |
| 55G | | | | 3959 | Patridge check to JKH 3947B |
| 55H | | | | 3945 | Notes from Client mtg |
| 55I | | | | 3967-3969 | Parker & Assoc Ltr to IRS |
| 55J | | | | 3971-73 | 6/29/99 IRS ltr |
| 55K | | | | 185a-207; 3947-48 | 1/27/00 Not. Deficiency to Patridge personally |
| 55L | | | | 208-14 | 1/27/00 Not. Deficiency to Patridge Asst Mgt Tr |
| 55M | | | | 3942-43a | Helpful Contacts Notice Deficiency |
| 55N | | | | 279-80 | Patridge Asset Mgt Tr EIN # |
| 55O | | | | 3946b | JK Harris/Patridge Promissory Installment Note |
| 55P | | | | 215-274a | Ltr to JK Harris re trust docs |
| 55Q | | | | 146B-146B-6 | 6/16/99 Patridge Ltr to IRS re rights |
| 55R | | | | 176 | 7/11/00 Ltr to Tax Ct |
| 55S | | | | 175 | 7/14/00 Ltr from Tax Ct. |

GOVERNMENT'S EXHIBIT LIST
AMENDED



| UNITED STATES v. Denny Patridge | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| 55T | | | | 3978A | 7/14/00 Notes of Meetings w/ Phillips |
| 55U | | | | 179-184 | 7/18/00 Fax Phillips to Patridge |
| 55V | | | | 168 | Request for audit reconsideration |
| 55W | | | | 3928-3935 | 7/31/00 Statement adjust acct: 1996, 1997 Patridge Asset Mgt Trust |
| 55X | | | | 164-165 | 8/7/00 Notice of Acct Change 1996, 1997 |
| 55Y | | | | 174 | 8/23/00 Ltr to Patridge |
| 55Z | | | | 172 | 8/30/00 Ltr to Patridge |
| 55AA | | | | 169-171, 3936-3937 | 9/6/00 FAX w/notices of intent to levy |
| 55BB | | | | 159-160 | 9/8/00 Fax to Patridge w/offer to prepare corrected rtns |
| 55CC | | | | 161 | Fax to Phillips w. Notes re contacts w/ gr mgr |
| 55DD | | | | 153-154 | 9/12/00 FAX to Phillips criticizing JK Harris |
| 55EE | | | | 155-156 | JK Harris response |
| 55FF | | | | 157-158 | 9/13/00 Rqust for 96, 97 data |
| 55GG | | | | 152 | Fax fr Phillips re 96, 97 data |
| 55HH | | | | 7552-7554 | 10/23/00 Ltr from Patridge to Rivera |
| 55II | | | | 3925 | 11/00 adjst. Form 3925 |
| 55JJ | | | | 3926 | Ackn. Cancellation JK H K 3926 |
| 55KK | | | | 3927 | closed Case 11/20/00 3927 |
| 55LL | | | | 3920 | Case Closing Sheet |
| 55MM | | | | 177 | Phillips handwritten list |
| 55NN | | | | 3924 | Proposed Affidavit |
| 55OO | | | | | 2/18/03 Fax Phillips to Coleman |
| | | | | | |
| | | | | | |
| | | | | | |
| 56 | | | | | |

**GOVERNMENT'S EXHIBIT LIST**
**AMENDED**



| UNITED STATES v. Denny Patridge | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | **EXHIBITS** |
|---|---|---|---|---|---|
| 57 | | | | 2136 | Nevada Records Ofc. |
| 58 | | | | 1991 | Nevada Corp for Patridge |
| 59 | | | | 1967; 7214-15 | 8/9/00 memo re: starting Minetta Inc |
| 60 | | | | 1990 | 8/15/00 Ltr to Patridge |
| 61 | | | | 1989 | Bk American Acct opened 8/2/00 |
| 62 | | | | 1968 | 9/12/000 FAX to Patridge |
| 63 | | | | 1983 | 10/3/00 Ltr re acct Minetta Balance |
| 64 | | | | 2131 | Note to Christian from Patridge |
| 65 | | | | 1969-70 | FAX to Cook re wiring instructions |
| 66 | | | | 1973 | 10/24/00 re $100,000 wrie |
| 67 | | | | 1971-72 | 10/24/00 Re: minimum acct balance |
| 68 | | | | 1985-88 | 1/25/01 Insurance Home owners policy secured party: Minetta |
| 69 | | | | 1974 | Authorization to close Bank Amer. Acct 2/10/01 |
| 70 | | | | 2019 | Open Wells Fargo Acct. Feb. 01 |
| 71 | | | | 2018 | 1st deposit Wells Fargo |
| 72 | | | | 2095 | Resolution Minetta, Inc. 5/1/01 |
| 73 | | | | 1975-77 | Insurance on 108 W. S. 1st. Secured: Minetta 5/29/01 |
| 74 | | | | 1978-80 | Renewal Nevada Corp 6/1/01 |
| 75 | | | | 1981-1982 | Patridge Response to Renewal |
| 76 | | | | 2110 | Patridge deposit instruction 6/27/01 |
| 77 | | | | 2013-14 | deposit to Minetta 6/29/01 |
| 78 | | | | 2012 | deposit to Minetta for mort int 7/6/01 |
| 79 | | | | 2010-11; 7231-32 | deposit Patridge checks to Minetta 7/13/01 |
| 80 | | | | 2111 | 9/26/01 FAX |
| 81 | | | | 7227-7229 | Nevada Corp data sheet |
| 82 | | | | 7217-7219 | Minetta, Inc. Bank summary 1/1/01-4/16/03 |

**GOVERNMENT'S EXHIBIT LIST AMENDED**



| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |
| Plf No | Def No | Date | Admit | Bates # | **EXHIBITS** | |
| 83 | | | | 2101-03 | Mortgage 9/26/01 FAX | |
| 84 | | | | 2097-2100 | Prom Note 9/26/01 2097, 2098, 2099, | |
| 85 | | | | 2104-07 | Lee Morgan Prom Note Between Minetta & Sultan 9/28/01FAX | |
| 86 | | | | 2001 | Invoice for prom Note 10/3/01 | |
| 87 | | | | 2112-13 | Wire to Sultan Serve $8,000 12/19/01 | |
| 88 | | | | 1999-2000 | $8,000 Wire to Sultan Service 12/20/01 | |
| 89 | | | | 2114-2115 | Diepholz Chev Car Purchase | |
| 90 | | | | 2117 | Patridge Request for Loan from Minetta | |
| 91 | | | | 2118 | Patridge Loan arrangement Sultan to Minetta | |
| 92 | | | | 2090 | Handwritten note 1/7/02 | |
| 93 | | | | 2009 | Wire of $24,600 Sultan to Wells Fargo 1/7/02 | |
| 94 | | | | 1997-98 | 1/7/02 wire $24,600 Wells Fargo Ken Diepholz Chevrolet | |
| 95 | | | | 2128-29 | Fee for drafting notes | |
| 96 | | | | 2109 | Payment of Mort int 1/30/02 | |
| 97 | | | | 2007-08 | Deposit from Patridge to Minetta 2/13/02 | |
| 98 | | | | 1994-95 | Trans funds Minetta to Sultan3/15/02 | |
| 99 | | | | 2081-83 | Fax Boarman's to Minetta re Patridge Purchase | |
| 100 | | | | 2091-94 | Boarman's Auto Purchase | |
| 101 | | | | 2088 | Handwritten note Terms of Loan | |
| 102 | | | | 2076-79; 7230 | UCC Filing for 2 vehicles by Minetta | |
| 103 | | | | 2029-2030 | Bank reconciliation showing car payment 6/28/02-7/29/02 | |
| 104 | | | | | | |
| 105 | | | | | | |
| 106 | | | | 2151-2176 | Bank of America Minetta Account | |

**GOVERNMENT'S EXHIBIT LIST AMENDED**



| UNITED STATES v. Denny Patridge | | DISTRICT COURT Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | DEFENDANT'S ATTY. Jerold W. Barringer | DOCKET NUMBER 04-20031 |
| | | TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE Hon. Chief Judge Michael J. McCuskey | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| 106A | | | | | Certification |
| 106B | | | | 2151 | Signature Card |
| 106C | | | | 2155-56 | 10/1/00-10/31/00 statement |
| | | | | | |
| 107 | | | | | Wells Fargo Minetta Account |
| 107A | | | | | Certification |
| 107B | | | | | Signature Card |
| 107C | | | | 3528-90 | Statement 5/22/01-6/22/01 $3,000 Shelby to Wells Fargo |
| 107D | | | | 3538, 3566 | Statement 12/1/01-12/31/01 $8,000 wire to Sultan |
| 107E | | | | 3540, 3567 | Monthly statement for Jan 1 02-Jn 30, 02 Wire of 24, 6000 and wire out of 24,600 |
| 107F | | | | 3544, 3565 | 3/1/02-3/28/02 Wire $5,000 to St. Kitts Nevis Bank, Credit Sultan Serv. |
| 107G | | | | 3552, 3563 | 7/1/02-7/29/02 Wire deposit from SKNA Nat's Bk $22,500 |
| 107H | | | | 3546-47 3583 | 3/29/02-4/26/02 Ck 5031 $21, 037.50 Boarman's Auto Sales |
| | | | | | |
| | | | | | |
| 108 | | | | 1925-1943; 1945-1964 | Edgar County Bank |
| 108A | | | | 1925 | Certification |
| 108B | | | | 1926 | Signature Card |
| 108C | | | | 1927-28 | Bank Wire listing |
| 108D | | | | 1945 | 9/19/00 statement |
| 108E | | | | 1945 | 10/18/00 monthly statement |
| 108F | | | | 1930-31 | Wire Trans Instruct 10/3/00 $200,000 to SKNA |
| 108G | | | | 1933 | Patridge 10/3/00 deposit $196,350; withdrawal |

GOVERNMENT'S EXHIBIT LIST
AMENDED



| UNITED STATES v. Denny Patridge | | | | | DISTRICT COURT Central District of Illinois |
|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | | | | DEFENDANT'S ATTY. Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE Hon. Chief Judge Michael J. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| 108H | | | | 1935 | Deposit $195,450 |
| 108I | | | | 1936-1939 | Deposit $4,000, 2,500, 2,500, $15,000, $171,350, 1,000 |
| 108J | | | | 1932 | 10/3/00 bank corresponding credit;debit |
| 108K | | | | 1933A | Transfer Fee |
| 108L | | | | 1946-47 | 10/11/00 Wire Transfer to Minetta $265.00 |
| 108M | | | | 1940 | Wire Trans Insruct. 10/25/00 |
| 108N | | | | 1941, 1949 | Debit $100,000 Wire trans to Sultan Services 10/25/00 |
| 108O | | | | 1948 | Nov. 00 monthly statement |
| | | | | | |
| 108P | | | | 1950 | Dec. 00 monthly statement |
| 108Q | | | | 1953-54 | 11/24/00 deposit $9,840.45 from Swiss Amer. Bank |
| 108R | | | | 1951-52 | December 00 Checks |
| 108S | | | | 1955 | January ‘01statement Wire to Bk of Amer, credit Minetta |
| 108T | | | | 1942 | Wire Trans Instruct. $200.00 to Minetta 01/02/01 |
| 108U | | | | 1943 | Wire instruct Edgar Cty to Minetta |
| 108V | | | | 1956 | Feb 01 Statement w/ Deposit |
| 108W | | | | 1957A | 3/01 statement Cash withdrawal |
| | | | | | |
| 109 | | | | 6888-6987 | 98-99Helfer audit file D&J Patridge personal taxes; |
| 109A | | | | 6888-6889 | Index |
| 109B | | | | 6945-6953 | Tax return |
| 109C | | | | 6890-6891 | Appointment Letter |
| 109D | | | | 6902-6903 | Power of Attorney , Larry Philips |

GOVERNMENT'S EXHIBIT LIST
AMENDED



| UNITED STATES v. Denny Patridge | | | | | DISTRICT COURT Central District of Illinois |
|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | | | | DEFENDANT'S ATTY. Jerold W. Barringer | DOCKET NUMBER 04-20031 / TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE Hon. Chief Judge Michael J. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| 109E | | | | 6934-6944 | Income/workpapers |
| 109F | | | | 6960-6976 | 1998 Referral |
| 109G | | | | 6892 | notes: phone call Phillips and Patridge |
| 109H | | | | 6893-6895 | 1999 Appt ltr sent to Patridge & Phillips 10/19/00 |
| 109I | | | | 6896-6898 | 11/2/00 Faxed Ltr & POA |
| 109J | | | | 6905, 6904, 6910-6917 | Ltr fr Rivera w/POA FAX (11/3/00 ltr) Rc'd 11/21/00 |
| 109K | | | | 6899-6901 | Revoked POA |
| 109L | | | | 6918-19 | Request for audit reconsideration 7/20/00 |
| 109M | | | | 6977-87; 6954-56 | 1998, 99 Referral |
| 109N | | | | 6957-59 | Ltr suspending action on file |
| | | | | | |
| 110 | | | | 7139-7199 | Patridge Insurance Serv. 98 & 99 audit file |
| 110A | | | | 7147 | Cover Sheet |
| 110B | | | | 7139-44 | Tax Return, Form 1120, 1998 |
| 110C | | | | 7156 | Power Attorney |
| 110D | | | | 7168-7187 | Workpapers Income Analysis |
| 110E | | | | 7190-99 | Workpapers Expense Analysis |
| 110F | | | | 7162 | Research to determine filing return '99 |
| 110G | | | | 7148 | Appointment 99 return |
| 110H | | | | 7149-50, 7153-54 | POA and Letter new rep |

# GOVERNMENT'S EXHIBIT LIST
## AMENDED



| UNITED STATES v. Denny Patridge | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | **EXHIBITS** |
|---|---|---|---|---|---|
| 110I | | | | 7152, 7155 | Sent revoked Phillips POA to KS Cty. |
| 110J | | | | 7151 | Helfer Response to new POA |
| 110K | | | | 7157; 7188-89 | Response from Patridge new POA |
| | | | | | |
| | | | | | |
| | | | | | |
| 111 | | | | 6988-7112 | Patridge Asset Mgmt Co., 98 & 99 audit file |
| 111A | | | | 6998 | Case History 98 and 99 |
| 111B | | | | 6988-6994 | 1998 1041 Return |
| 111C | | | | 6999-7001 | 5/10/00, 98 Appointment Letter/Document Request |
| 111D | | | | | |
| 111E | | | | 7002,7012, 7013 | Power of Atty 5/30/00 |
| 111F | | | | 7015-7073 | Copy Trust Agreement, Patridge Asset Mgmt Trust and Trust papers 7048-7051 distribution of funds to Ebba |
| 111G | | | | 7076-7106 | Income analysis workpapers; |
| 111H | | | | 7107-7109 | Analysis of Expenses re Schedule C attached to Trust Return |
| 111I | | | | 7003 | Appointment Letter for 1999 |
| 111J | | | | 7004-07 | New Power of Atty and Letter |
| 111K | | | | 7008 | IRS response to POA |
| 111L | | | | 7009-11 | Transmittal revoked POA to KS City |
| 111M | | | | 7014 | Rivera response re new POA |
| | | | | | |
| | | | | | |

**GOVERNMENT'S EXHIBIT LIST AMENDED**



| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| 112 | | | | 8300-8325 | Letter to Rivera re: Frivolous Tax Arguments |
| | | | | | |
| | | | | | |
| 113 | | | | 6113-6120 | Transamerica Life Insurance Co. File |
| | | | | | |
| | | | | | |
| 114 | | | | 4250-61<br>5366-5462<br>5863-6309 | Hartford Life Insurance Co. File |
| | | | | 6005 | Resignation Director |
| | | | | 6016-17 | 10/22/99 Annuity held as PAMT licensed rep–Denny Ptridge, Locust Street Securities |
| | | | | 5974 | Acct Transactions as of 12/31/99 |
| | | | | 6019 | Surrender Request 7/17/00 |
| | | | | 6003 | Fed Ex Patridge to Hartford, 7/17/00 |
| | | | | 5953 | $11,894, 7/18/00 full termination of acct. 710704703 |
| | | | | 6001 | Full Termination of acct request 7/18/00 |
| | | | | 5899 | $10,000 purchase check |
| | | | | 5900-01;5904 | Partial Surrender Request |
| | | | | 561 | Keyport check $13,477.61 |
| | | | | 573-74 | 1099-R $13,477.61 |
| | | | | | Annuity 7700721 |
| | | | | 5913-14 | Surrender Request 7/11/00 |
| | | | | | |
| 115 | | | | 871-873 | Safeco Life Insurance Co. File |
| 115A | | | | 883-4 | Annuity Application |

GOVERNMENT'S EXHIBIT LIST
AMENDED



| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |
| Plf No | Def No | Date | Admit | Bates # | **EXHIBITS** | |
| 115B | | | | 878 | Patridge Check 8/10/98 | |
| 115C | | | | 879 | Confirmation of Payment 8/13/98 | |
| 115D | | | | 873,882 | Cash Surrender | |
| | | | | | | |
| 116 | | | | 558-577 | Keyport Life Insurance Co File | |
| | | | | 5863-5936 | Keyport Life Documents received from Sun Life | |
| 116A | | | | 5872-73 | Financial Profile | |
| | | | | | | |
| 116B | | | | 5881-82 | Keyport Annuity App KA00709236 | |
| | | | | 5883 | $5,000 purchase check | |
| | | | | 5584-87 | Partial Surrender Request | |
| | | | | 570-71 | 1099-R for $8,456.84 | |
| 116C | | | | 5918-5919 | Application for Keyport Annuity KA00709253 | |
| | | | | 5917 | Check for $10,000 | |
| | | | | 5931-32, 5935 | Partial Surrender Request | |
| | | | | 560 | Keyport check for $16, 913.68 | |
| | | | | 567-568 | 2000 1099-R for $16,913.68 | |
| 116D | | | | 5889-5890 | Keyport Annuity Application KA 00723749 | |
| | | | | 5899 | Check for $10,000 | |
| | | | | 5900-01, 5904 | Partial Surrender Request | |
| | | | | 561 | Keyport Check $13,477.61 | |
| | | | | 573-574 | 2000 1099-R for $13,477.61 | |
| 116E | | | | 5906-5912, 5915 | Keyport Annuity Application KA00770077 | |
| | | | | 5905 | Check for $10,000 | |
| | | | | 5913-5914, 5916 | Surrender Request | |

**GOVERNMENT'S EXHIBIT LIST AMENDED**



| UNITED STATES v. Denny Patridge | | DISTRICT COURT Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | DEFENDANT'S ATTY. Jerold W. Barringer | DOCKET NUMBER 04-20031 / TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE Hon. Chief Judge Michael J. McCuskey | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | **EXHIBITS** |
|---|---|---|---|---|---|
| | | | | 562 | Keyport Check for $10,084.28 |
| | | | | 576-77 | 2000 1099-R for $10,084.28 |
| 116F | | | | 5866-5871 | Keyport Annuity Application KA00200905641 |
| | | | | 5865 | Check for $21,000 |
| | | | | 5873-74 | Surrender Request |
| | | | | 559 | Keyport Check for $22,509.11 |
| | | | | 564-65 | 2000 1099-R for $22,509.11 |
| 117 | | | | | |
| 118 | | | | | |
| 119 | | | | | |
| 120 | | | | 4278-4365 | Cert authenticity Island Nevis and documents supplied by Nevis |
| | | | | | |
| 120A | | | | 4278 | Cert Incorp Sultan Serv |
| | | | | | |
| 120B | | | | 4281-4285 | Art Incorp Sultan Serv |
| 120C | | | | 4286-88 | SKNA Bank app'd as banker for US accts |
| 120D | | | | 4295 | Copy Patridge DLN |
| | | | | | |
| 120E | | | | 4299 | Wiring instructions 10/11/00 |
| | | | | | |
| 120F | | | | 4336-4359 | Monthly statements, acct 18153, 9/30/00-8/19/00 |
| | | | | | |
| 120G | | | | 4289 | cashier's check $1,000 from Shelby Cty Bk to Sultan Serv. 8/31/00 |
| | | | | | |
| 120H | | | | 4313 | Source of incoming Funds 10/16/00 $200,000 |
| | | | | | |

**GOVERNMENT'S EXHIBIT LIST AMENDED**

| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |
| Plf No | Def No | Date | Admit | Bates # | **EXHIBITS** | |
| 120I | | | | 4335 | 3 wires note: $1,000 to Sultan, $199,987.50 from Edgar County | |
| | | | | | | |
| 120J | | | | 4301 | 10/20/00 Wire from Sultan to Minetta 100,000 | |
| | | | | | | |
| 120K | | | | 4304 | 10-26-00 $100,000 wire to Sultan | |
| | | | | | | |
| 120L | | | | 4305 | Credit to Sultan acct 10/00 $199,987.50 | |
| | | | | | | |
| 120M | | | | 4321 | Policy Specifications Big Apple Program 1/12/01 | |
| | | | | | | |
| 120N | | | | 4291 | Note from Patridge w/ directions to Mills 3/13/01 | |
| | | | | | | |
| 120 O | | | | 4303 | 12/21/01 $8,000 from Minetta (2nd wire on the page $3,000 to sultan from Minetta on 6/13/02 | |
| | | | | | | |
| 120P | | | | 4294 | 1-2-01 Note to wire $25,200 to Minetta | |
| | | | | | | |
| 120Q | | | | 4293 | 1/4/02 Change in wire request | |
| | | | | | | |
| 120R | | | | 4290 | Wire Rqst Sultan to Inglewood CA $180,000 | |
| | | | | | | |
| 120S | | | | 4292 | Change to Wells Fargo Bk 1/4/02 | |
| | | | | | | |
| 120T | | | | 4323 | 3/22/02 $5,000 payment Mortgage Minetta to Sultan | |
| | | | | | | |
| 120U | | | | 4319 | 7/12/02 $22,500 to Minetta source of funds to purchase motor vehicle | |
| | | | | | | |
| 120V | | | | 4322 | 7/12/02 $15,000 from Annuity | |

**GOVERNMENT'S EXHIBIT LIST AMENDED**



| UNITED STATES v. Denny Patridge | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| | | | | | |
| 120W | | | | 4306 | 7/6/02 Revised wire instructions |
| | | | | | |
| 120X | | | | 4318 | acct closed 8/19/02 |
| | | | | | |
| 121 | | | | 1080-4133 | Fairfield National Bank Records |
| 121A | | | | | Certification |
| | | | | | |
| 121B | | | | 4080-81 | Purchase $2,500 cashier's check 9/13/2000 |
| | | | | | |
| 122 | | | | 3979-3983 | Trust Bank, Olney IL |
| 122A | | | | 3979 | certification |
| | | | | | |
| 122B | | | | 3981-3983 | 9/13/00 purchase of cashier's check 81510 |
| | | | | | |
| 123 | | | | 3708-3710A | People's National Bank, Fairfield, IL |
| 123A | | | | 3708 | Certification |
| 123B | | | | 3709-10 | Cashier's Check $2,500 purchased 9/13/00 |
| | | | | | |
| 124 | | | | 914-936 | Shelby County State Bank |
| | | | | | |
| 125 | | | | 5603-5848 | Antigua Global Bank of Commerce, Ltd, formerly Swiss American Bank |
| 125A | | | | | Certification |
| 125B | | | | 5615-5640 | Exempt Services Company, Ltd Trust (Belize) |

GOVERNMENT'S EXHIBIT LIST
AMENDED



| UNITED STATES v. Denny Patridge | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| 125C | | | | 5611-13 | Swiss America Bank signature card, Exempt Services Co as trustee of Ebba International Trust, appointment of Swiss America Bank, Specimen signatures |
| 125D | | | | 5614 | Authorization to accept faxed instructions for Acct 15528:01, Ebba International Trust |
| 125E | | | | 5641-5702 5717-5736 | Exempt Services Co., Ltd as trustee for Ebba Intern'l Trust acct 15528-01 (7/31/96-11/30/99: 5641-5702) (12/31/99-10/31/00:5717-5736) |
| | | | | 5665 | 1/31/98 bank statement |
| | | | | 5666 | deposit $10,000 less fees 1/7/98 orig. Clay City |
| 125F | | | | 5605-10 | Signature Card, Exempt Services Co. Ltd. Trustee of Conventus Global Trust, sign, cd., acct #'s 15529:11; 15529:01 |
| 125G | | | | 5703-5716 | 15529:11 statements 7/12/96-3/31/01 |
| | | | | 5715-16 | Check 2083 |
| | | | | 5707 | 6/13/97 deposit for credit card |
| 125H | | | | 5737-5848 | Exempt Services Co. 15529:01 statements 7/12/96- 10/31/00 |
| | | | | 5805 | 2/15/99 debit $3,850.05 |
| | | | | 5807 | 3/16/99 debit $3,089.99 |
| | | | | 5809 | 4/13/99 debit $3,396.52 |
| | | | | 5813 | 6/4/99 debit $3,517.91 |
| | | | | 5817 | 7/14/99 debit $3,764.90 |
| | | | | 5821 | 9/14/99 debit $4,852.46 |
| | | | | 5825 | 11/15/99 debit $2,576.21 |
| | | | | 5827 | 12/15/99 debit $2,180.67 |
| | | | | 5750-53 | wire $500 to Clay City with instructions |
| | | | | 5757-58 | 5/6/97 wire $5,050 to Clay City payable to Patridge |
| | | | | 5764, 5765 | 7/10/97 $6,200 to Clay City payable to Patridge |

**GOVERNMENT'S EXHIBIT LIST AMENDED**



| UNITED STATES v. Denny Patridge | | | | | DISTRICT COURT Central District of Illinois |
|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | | | | DEFENDANT'S ATTY. Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE Hon. Chief Judge Michael J. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| | | | | 5770-71 | 8/6/97 wire $10,000 to Nations Bank |
| 125I | | | | 5603 | FAX cover sheet payment of balance on statement |
| 125J | | | | 5604 | 1/23/98 note re payment of statement balance |
| 125K | | | | 5732 | 8/4/00 Auth to close all three accts |
| | | | | | |
| | | | | | |
| 126 | | | | 632-784; 5499-5514 | Raymond James Investment |
| 126A | | | | 659 | Tax information document |
| 126B | | | | 650 | W-8 Cert foreign status |
| 126C | | | | 633 | Receipt Exempt Services Trustee Conventus Global |
| 126D | | | | 663A | Transfer Conventus Global funds to Exempt Services |
| 126E | | | | 664 | Note re check 49616 $21,255.19 |
| 126F | | | | 671, 673- 74 | Documentation of stock sales |
| 126G | | | | 675-76 | 1099 1999 |
| 126H | | | | 779-784 | Exempt Services Trust |
| | | | | | |
| 127 | | | | 370-557 | Locust Street Securities |
| 127A | | | | 374 | 1099, 1999 |
| 127B | | | | 375-390 | 1999 Payments to Patridge |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Larson Accounting Records, |
| 128 | | | | | ------1999 Patridge Personal Taxes-------: |
| 128A | | | | 7307-08 | -4868 1999 Automatic extension of time |

**GOVERNMENT'S EXHIBIT LIST**
**AMENDED**



| UNITED STATES v. Denny Patridge | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | **EXHIBITS** |
|---|---|---|---|---|---|
| 128B | | | | 7309-10 | -2688 Add'l extension |
| 128C | | | | 7311-15 | -Patridge 1999 1040 draft |
| 128C | | | | 7316-26 | -Patridge 1999 1040 typed |
| 128D | | | | 7318 | -1040V Payment Voucher |
| | | | | | |
| 129 | | | | | -- Patridge Asset Management Trust--------: |
| | | | | 7327-30 | 1999 1096 & 1099 |
| | | | | 7365 | 8736 automatic extension of time to file |
| | | | | 7376 | 8800 Add'l extension of time to file |
| | | | | 7269-75 | 1999 1041 Draft- Patridge Asset Mgmt Trust |
| | | | | 7276-90 | 1999 1041 typed |
| | | | | 7291-95 | 1999 Tax Preparation Documents P A M T |
| | | | | 7296-99 | 1096 Summary & Trans US Inc Tax Returns |
| | | | | | |
| 130 | | | | 7300-04 | 1040 NR Ebba International Trust 1999 |
| | | | | | |
| 131 | | | | | ---- Patridge Insurance Services----: |
| 131A | | | | 7331-36 | 1999: 1120 Pat Insur Serv Draft |
| 131B | | | | 7337-44 | 1999:1120 Pat Isr Serv typed |
| 131C | | | | 7345-48 | Dept Employment Security Rept |
| 131D | | | | 7349-52 | 1999: Pat Insr. Serv. Inc 1096 w/1099's attached |
| 131E | | | | 7353-55 | 1999 Sum list Inc & Exp Pat. Insur. Serv. |
| 131F | | | | 7356-57 | 1999:Sum list Patridge Insurance Services 1099's Paid |
| | | | | | |
| 131G | | | | | --1099's Received: |
| | | | | 7358 | Asso Inv. Mgmt Inc. 1999 |
| | | | | 7359-60 | Conesco |
| | | | | 7361-62 | Employees Life |

**GOVERNMENT'S EXHIBIT LIST**
**AMENDED**



| UNITED STATES v. Denny Patridge | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| | | | | 7363 | United American Insurance Co. |
| | | | | | |
| 131H | | | | 7306 | -W-3 Patridge Insurance Services |
| 132 | | | | 7427-7529 | Patridge Asset Mgmt Original Trust notebook w/quitclaim deeds |
| | | | | | |
| 132A | | | | | —Quitclaim Deeds in burgundy folder: |
| 132B | | | | 7427-28 | 8/21/95 Quitclaim deed Patridge Family Trust to Patridge Asset Mgmt Trust |
| | | | | | |
| 132C | | | | 7429-30 | 8/24/95 Assignment EIN to Patridge Asset Mgmt Tr |
| | | | | | |
| 132D | | | | 7431 | Quitclaim deed to Denny Patridge 9/11/00 |
| | | | | | |
| 133 | | | | 7851-7914 | Ebba International Trust copy and unsigned attachments |
| | | | | | |
| 134 | | | | 7809-7850 | Conventus Global Trust copy and unsigned attachments |
| | | | | | |
| | | | | | |
| 135 | | | | 7915-7920 | Documents returning Ebba and Conventus to Belize |
| | | | | | |
| | | | | | |
| 136 | | | | 7687-7808 | Patridge Asset Management Trust bank records from defendant |
| 137 | | | | | |
| 138 | | | | | |
| 139 | | | | 7403-26 | 2000 1099 R's 2000 |

GOVERNMENT'S EXHIBIT LIST
AMENDED



| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| 140 | | | | 7557-7664 | 1999Clay City Bank Records acct 5006665 |
| 140A | | | | 7653-64 | Monthly statements |
| 140B | | | | 7615-43 | check register |
| 140C | | | | 7557-7614 | cancelled checks |
| 140D | | | | 7644-52 | deposit slips |
| 140E | | | | 7676-86 | 1099's received |
| 140F | | | | 7670-72 | K-1 Global music |
| 140G | | | | 7665-69 | Cert Deposit 20212 |
| | | | | | |
| 141 | | | | 7797-7808 | 1998 Clay City Bank Acct 5006665 Monthly Statements |
| 141A | | | | 7687-7750 | cancelled checks |
| 141B | | | | 7751-81 | check register |
| | | | | | |
| 141C | | | | 7782, 7796 | 1099's received |
| 141D | | | | 7786-94 | Itemized category report- quick books |
| 141E | | | | 7783-85 | CD 11684 |
| 141F | | | | 7795 | Phillips worksheet |
| | | | | | |
| 143 | | | | | ----Patridge Insurance Services-1998---- Clay City Bank Acct.5007160 |
| 143A | | | | 7369-80 | 1998 cancelled checks to PAMT |
| 143B | | | | 7381-82 | 1998 Inc. & Exp summary sheet |
| 143C | | | | 7383-88; 7530-33 | 1998 Itemized category rept |
| 143D | | | | 7535 | W-3--1998 |
| 143E | | | | 7534 | W-2's–1998 |

**GOVERNMENT'S EXHIBIT LIST**
**AMENDED**



| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY. Jerold W. Barringer | DOCKET NUMBER 04-20031 |
| | | | | | | TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE Hon. Chief Judge Michael J. McCuskey | | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| | | | | | ----Patridge Insurance Services-1999---- |
| 144A | | | | 7541-48 | 1999 cancelled checks to PAMT |
| 144B | | | | 7537-40 | 1099's received |
| 144C | | | | 7306 | W-3 |
| 144E | | | | 7549-50 | W-2 |
| | | | | | CLAY CITY BANK |
| 145 | | | | 2649-58; 2722 | 500679-7 Ebba International Trust Acct |
| 145A | | | | 2649 | Signature Card |
| 145B | | | | 2722 | W-8 |
| 145C | | | | 4063-4067 | Trust documentation trust director |
| | | | | | |
| 146 | | | | 1065; 4058 | 6466 Conventus Global Trust Savings |
| 146A | | | | 2664 | Signature Card |
| 146B | | | | 2723 | W-8 |
| 146C | | | | 2724-32 | Trust documentation trust director |
| | | | | | |
| 147 | | | | 2660-62 | 5006863 Conventus Global Checking Acct |
| 147A | | | | 2659 | Signature Card |
| | | | | | |
| 148 | | | | | |
| | | | | | |
| 149 | | | | 4059, 4061, 4062 | Notes re beneficial interest and IRS 1042 and 1042S |
| | | | | | |
| 150 | | | | 2736, 37 | Personal Financial Statement, 4/24/98 |
| | | | | | |

**GOVERNMENT'S EXHIBIT LIST**
**AMENDED**



| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |
| Plf No | Def No | Date | Admit | Bates # | **EXHIBITS** | |
| 151 | | | | 2746-47 | Personal financial 1/27/00 | |
| | | | | | | |
| 152 | | | | 2757a-2763 d | 8/21/01 Loan documentation and financial statement 7/31/00 | |
| | | | | | | |
| 153 | | | | 1919, 2707 | Loan documents #024563 | |
| | | | | | | |
| 154 | | | | 1920, 2708 | Loan documents # 025816 | |
| | | | | | | |
| 155 | | | | 1921, 2709 | Loan documents, #026055 | |
| | | | | | | |
| 156 | | | | 1914, 1922, 2710 | Loan documents #26226 | |
| | | | | | | |
| 157 | | | | 1916, 1918 | Loan documents #026511 | |
| | | | | | | |
| 158 | | | | 2737-37; 2710A-2711 | Loan documents #27385 submitted with 4/24/98 Financial Statement | |
| | | | | | | |
| 159 | | | | | | |
| 160 | | | | 1924, 2713; 2746-7 | Loan Documents 29456 | |
| 161 | | | | 1923, 2712 | Loan documents # 028346 | |
| 162 | | | | 1917a | Loan documents 20937 | |
| | | | | | | |

**GOVERNMENT'S EXHIBIT LIST**
**AMENDED**



| UNITED STATES v. Denny Patridge | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| 163 | | | | 22-26; 2574-77 | Acct. 500-716-0 Patridge Insurance Services Inc 9/1/97-2/28/01: monthly statements, checks, deposit slips |
| 163A | | | | | signature card |
| 163B | | | | 2733-35 | Patridge Insurance Services Articles of Incorporation |
| | | | | | |
| 164 | | | | 1-28 121-24 126-42 144-45 402; 2607-47 4032-33 4048-51 | Patridge Asset Management Co. # 500-666-5 Monthly Statements, checks, deposits slips 2/2/97-10/31/00 |
| 164A | | | | 2666 | Signature Card |
| | | | | | |
| 164B | | | | 125a | 10/1/00 (Sept) 2000 monthly statement |
| 164C | | | | 7931-39 | Deposit 9/11/00 with detail $171,391.47 |
| | | | | | |
| 165 | | | | 2770-2768 | Outgoing wire transfer records |
| 166 | | | | 3984-4019a | Incoming wire transfer records |
| | | | | | |
| 167 | | | | | Acct 320235-7 Patridge Personal account |
| 167A | | | | 2705-06 | Signature card |
| 167B | | | | 2787-88 | 1999 Monthly statements, deposits and checks |
| 167C | | | | 2704A, 3012-3328; 78A-112 | 2000 and 2001 monthly statements, checks and deposits |
| | | | | | |

**GOVERNMENT'S EXHIBIT LIST AMENDED**



| UNITED STATES v. Denny Patridge | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | **EXHIBITS** |
|---|---|---|---|---|---|
| 168 | | | | 37a-40;43-44;50-60 2667-85 2687;4034 4023-25 3332-3518 | Acct Patridge 3116887 |
| 168A | | | | 49-49a;3406-09;4076-78 | 10/1/00, (Sept 00) monthly statement: deposit $171,391.47 and counter check for $171,350 and cashier's check 154612 |
| 168B | | | | 2686-87; 2898-3011; 4028-29 | 1999 monthly statements deposits and checks |
| | | | | | |
| 170 | | | | 1910-13 | Account #6254 Patridge Savings 1997--2000 |
| | | | | | |
| 171 | | | | | CTR filed 9/00 $20,000 |
| | | | | | |
| 172 | | | | 1901-02; 1893-94 | Cashier's check 154167 $30,000 |
| | | | | | |
| 173 | | | | 1895-96- | check 2334, $20,000 7/19/000 |
| | | | | | |
| 174 | | | | 1897-98 | 7/18/00 counter check $2,000 |
| | | | | | |
| 175 | | | | 1899-00 | check 642 7/18/00, $8,000 |
| | | | | | |
| 176 | | | | 1903-04; 1908-09 | cashier's check 154518, $15,000 |
| | | | | | |

GOVERNMENT'S EXHIBIT LIST
AMENDED



| UNITED STATES v. Denny Patridge | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| 177 | | | | 1905-06 | Cash out ticket $15,000 9/11/00 |
| | | | | | |
| 178 | | | | 1891 | Demonstrative aid, transaction history, $30,000 cashier's check |
| | | | | | |
| 179A | | | | 8296-8297 | CD 11684 $14,000 |
| 179B | | | | 8298-8299 | CD 20146 $25,000 |
| | | | | | |
| 180 | | | | 8284-8285 | CD 20212 $15,000 |
| | | | | | |
| 181 | | | | 8286-8289 | CD 12392 $15,506.04 |
| | | | | | |
| 182 | | | | 8290-8295 | Deposit to 500666-5 |
| | | | | | |
| 183 | | | | 1892 | Demonstrative aid History CD's Clay city |
| | | | | | |
| 185 | | | | | Demonstrative exhibits Flow of Funds and Summaries |
| 185A | | | | | Flow of Funds 1996-1999 |
| 185B | | | | | Summary Sheet, Consulting Fees, 1998, 1999 |
| 185C | | | | | Summary Sheet, Sources of Income 1998, 1999 |
| 185D | | | | | 1998 Expenses PAMT |
| 185E | | | | | 1999 Business Income Personal Account |
| 185F | | | | | 1999 Expenses, Personal Account |
| 185G | | | | | 1999 Expenses, PAMT Account |
| 185H | | | | | Summary, Deposits, Withdrawal, Swiss American Bank |

**GOVERNMENT'S EXHIBIT LIST**
**AMENDED**



| UNITED STATES v. Denny Patridge | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| | | | | | |
| 186 | | | | | Demonstrative Exhibits Tax Computation: |
| 186A | | | | | Tax Computation 7201 charges |
| 186B | | | | | Computation of Tax Corrected |
| 186C | | | | | Computation of Self-Employment Tax |
| 186D | | | | | 1998 Adjusted Gross Income Corrected |
| 186E | | | | | 1998 Tax Computation |
| | | | | | |
| 187 | | | | | Demonstrative Exhibits, Wires |
| 187A | | | | | 200,000 Wire Funds Flow |
| 187B | | | | | 100,000 Wire Funds Flow |
| | | | | | |
| | | | | | |
| 188 | | | | | Demonstrative Exhibits- Deficiency Notices |
| 188A | | | | | Explanation of IRS Deficiency Notices - 1040 |
| 188B | | | | | Explanation of IRS Deficiency Notices - PAMT 1041 |
| | | | | | |
| 189 | | | | | '96, '97 Promissory Notes between Exempt Services and PAMT and Patridge personally |
| 189A | | | | | Summary of Promissory notes Demonstrative Exhibit |
| | | | | | |
| 190 | | | | | Demonstrative Exhibit–Map of Cent. IL Banks |
| | | | | | |
| 191 | | | | B27713-B27737 | Purchase of Offshore Trust System |
| | | | | | |
| | | | | | -CERTIFICATIONS- |
| 192 | | | | 5515-5522 | Shelby County Supervisor of Assessments Property Record, Blue Mountain LLC |

**GOVERNMENT'S EXHIBIT LIST
AMENDED**



| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Admit | Bates # | EXHIBITS |
|---|---|---|---|---|---|
| | | | | | |
| 193 | | | | | Patridge Insurance Services |
| | | | | | |
| 194 | | | | 5580 | L90-1278 Notice Federal Tax Lien, 3/29/90 |
| 195 | | | | 5579 | 92-2553 Release of Federal Tax Lien |
| 196 | | | | 5577-78 | 94-2990, Warranty Deed to Patridge |
| | | | | | |
| 197 | | | | 5581-82 | 94-2991, Mortgage |
| 198 | | | | 5574 | 94-2992 Quitclaim deed to Patridge Family Trust |
| 199 | | | | 5585-86 | 95-3341Quitclaim to PAMT |
| 200 | | | | 5883-84 | 96-2515 Release of Mortgage by Clay City |
| 201 | | | | 5587-89 | 97-1251 Articles Incorporation PAMT-- 3/26/97 |
| 202 | | | | 5590 | 00-3668 Quitclaim PAMT to Patridge 9/11/00 |
| 203 | | | | 5591-93 | 00-3966 Mortgage Patridge to Minetta, 10/4/00 |
| 204 | | | | 5594-97 | 00-3967 10/4/00 Promissory Note $100,000 Patridge to Minetta |
| 205 | | | | 5598 | 00-4724, Patridge Quitclaim to Blue Mountatin LLC 12/1/00 |
| 206 | | | | 5567 | 00-4796 Notice Federal Tax Lien 12/6/00 |
| 207 | | | | 8250-8252 | Probst Tax Court Decision |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**GOVERNMENT'S EXHIBIT LIST AMENDED**



| UNITED STATES v. Denny Patridge | | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|---|
| GOVERNMENT ATTORNEY<br>AUSA Hilary W. Frooman | | | | | DEFENDANT'S ATTY.<br>Jerold W. Barringer | DOCKET NUMBER 04-20031<br>TRIAL DATE(S) 6/13/05 |
| PRESIDING JUDGE<br>Hon. Chief Judge Michael J. McCuskey | | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |
| Plf No | Def No | Date | Admit | Bates # | **EXHIBITS** | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Respectfully submitted,

JAN PAUL MILLER
United States Attorney

s/ Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jerold Barringer, Attorney at Law, 102 S. Pine, P.O. Box 213, Nokomis, IL 62075, e-mail: jwbarringer@consolidated.net

s/ Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov