**E-FILED**
Thursday, 02 June, 2005  12:54:40 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR 04-20031 |
| | ) | |
| DENNY PATRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PROTECTION OF DISCOVERED MATERIAL**

NOW COMES the United States of America, by Jan Paul Miller, United States

Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United

States Attorney, and Lea A. Carlisle, Trial Attorney, United States Department of Justice

Tax Division, and together move this Court for an order of protection with respect to

documents released to defense, documents to be released to the defense and, in

particular, the names and statements of witnesses which the government has provided

to the defense.

1.  Certainly, all information which the government has provided to the defense

and which was obtained through the use of the grand jury process, is protected by

Federal Rule of Criminal Procedure 6E.

2.  Many witness statements have liberally been provided to the defense.  These

witnesses have not testified, possibly will not testify, and if they do testify, will not

testify with respect to every point in every summary interview.  The summary

interviews have not been sworn to by the witnesses and have not been reviewed by the

witnesses.  To protect the witnesses, the government requests that the Court enter an

order that discovery provided by the government not be turned over by defense

counsel to anyone unless the purpose is specifically in preparation for defense

presentation of his case.  This order is solely to protect the witnesses and is not to limit

the defense use of discovery.

WHEREFORE, the government requests the Court to enter an order to protect.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/Hilary W. Frooman
HILARY W. FROOMAN, Reg.# 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
hilary.frooman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jerold W. Barringer
Attorney at Law
P.O. Box 213
Nokomis, IL 62075
E-mail: jwbarringer@consolidated.net

s/ Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov