## Defendant's Amended Exhibit List

| Def. # | Batestamp | |
|---|---|---|
| 1 | 6397-6400 | 6/4/99 1st contact ltr. |
| 2 | 6418-6419 | 9/15/99 2nd contact ltr. |
| 3 | | 10/8/99 Disclosure Office Chicago Office |
| 4 | | 5/10/00 Audit ltr 1998 |
| 5 | | 9/11/00 Personal CP-503 ltr. |
| 6 | | 10/16/00 Personal CP-504 |
| 7 | | 10/19/00 Ltr. To Phillips examination |
| 8 | | STRIKE |
| 9 | | 11/27/00 Filing tax lien |
| 10 | | 5/4/01 Schermann ltr. |
| 11 | | 9/10/01 Patridge Ins. ltr from IRS |
| 12 | | 10/15/01 CP-171 Patridge Asset |
| 13 | | STRIKE |
| 14 | | STRIKE |
| 15 | | 3/18/02 CP-171 Patridge Asset |
| 16 | | STRIKE |
| 17 | | 6/7/02 Ltr. From Dept. Treasury |
| 18 | | 6/7/02 Ltr. From Dept of Treasury IRS |
| 19 | | 7/15/02 Ltr. From Dept of Treasury Patridge Ins. |

FILED
JUN 0 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

12

| Def. # | Batestamp | |
|---|---|---|
| 20 | | 10/4/02 Answering FOIA |
| 21 | | 9/16/02 CP-518 |
| 22 | | STRIKE |
| 23 | | 5/26/03 Refund |
| 24 | | 12/12/03 Schermann Ltr. |
| 25 | 6881 | 1/6/04 Schermann Ltr. |
| 26 | | 2/10/04 Schermann Ltr. |
| 27 | | 9/17/99 Vallone Ltr. w/9/20/99 Ltr. From Patridge to Miller |
| 28 | | 6/15/99 Vallone Ltr. w/6/16/99 Ltr. From Patridge to Miller |
| 29 | | 2/7/00 Vallone Ltr. w/2/8/00 From Denny to V. Boyd |
| 30 | | 6/19/00 Aegis Ltr. About Parker |
| 31 | | 1/17/00  Ck #2293 to Parker Government has check |
| 32 | | STRIKE |
| 33 | | 3/6/00 Parker Bill |
| 34 | | 4/3/00 Parker Bill |
| 35 | | 6/2/00 Phillips Ltr. To Scherer |
| 36 | | 10/19/00 JK Harris Ltr. Late payment |
| 37 | | 11/7/00 Phillips notes |
| 38 | 146I | 1/28/03 Phillips transcript |
| 39 | | 1/28/03 Tape of Phillips/Winters Govt. has tape, Grand Jury |

13

| Def. # | Batestamp | |
|---|---|---|
| 40 | | 2/4/03 Phillips Fax |
| 41 | | This is Patridge's ltr. w/#28 |
| 42 | | 2/15/00 Patridge note to Parker |
| 43 | | 4/16/00 Form 4868 Patridge |
| 44 | | 4/16/00 Ck. #591 |
| 45 | | 4/16/00 Form 8736 Asset |
| 46 | | 5/16/00 Patridge's Fax to Phillips |
| 47 | | 7/28/00 Ck #073619 to Goldstein |
| 48 | | 8/10/00 Form 2688 Patridge |
| 49 | | 8/10/00 Form 8800 Asset |
| 50 | | 9/13/00 Creation of Private Annuity |
| 51 | 6912-6917 | 9/22/00 Form 2848 For Rivera on Patridge, Asset & Corp. |
| 52 | 5591-5593 | Lien on home |
| 53 | | 10/5/00 Ck to Goldstein $250.00 |
| 54 | | 10/23/00 Patridge ltr. To Rivera |
| 55 | | 1/15/01 Patridge ltr. To Rivera |
| 56 | | 8/24/01 Patridge ltr.to D. Gavey for Master File |
| 57 | 4094 | 7/16/01 Ck to Goldstein $1753.00 |
| 58 | | 3/8/02 FOIA |
| 59 | | STRIKE |

14

| Def. # | Batestamp | |
|---|---|---|
| 60 | | FOIA 4/2/02 |
| 61 | | FOIA 4/2/02 |
| 62 | | FOIA 8/20/02 |
| 63 | | 9/22/00 Cks to Rivera |
| 64 | 6912-6917 | 10/5/00 Rivera signs POA |
| 65 | | 10/5/00 E-Mail from Liberty to Patridge |
| 66 | | STRIKE |
| 67 | | 10/17/00 E-Mail from Liberty to Patridge |
| 68 | 4196-4204 | 10/31/00 CP-504 Patridge |
| 69 | | 11/3/00 Rivera ltr. To Helfer |
| 70 | | 11/28/00 Rivera ltr. For CDPH |
| 71 | | STRIKE |
| 72 | | 3/6/01 thru 5/24/01 7 ltrs. from Rivera |
| 73 | | 11/1/01 Rivera ltr. Answering CP-171 |
| 74 | | 2/28/02 Rivera answering subpoena |
| 75 | | 3/13/02 Rivera ltr. To Jan Paul Miller |
| 76 | | 8/22/02 Rivera ltr. To Frooman |
| 77 | | 11/14/02 Winters ltr. To MacPherson |
| 78 | 146J | 1/29/03 Winters fax to Phillips w/affidavit |

15

| Def. # | Batestamp | |
|---|---|---|
| 79 | 6875-6879 | 1/5/04 Winters ltr. To Schermann |
| 80 | 6882-6885 | 1/12/04 Winters ltr. To Schermann |
| 81 | | 8/11/00 Endorsement certificate Sultan |
| 82 | | 8/11/00 Deed of Settlement Sultan & Steller |
| 83 | | 8/11/00 Articles of Incorporation Sultan |
| 84 | | 8/11/00 Certificate of Incorporation Sultan |
| 85 | | 8/31/00 Nevis Am. Trust over Sultan |
| 86 | | 8/16/00 Clay City Bank ltr. |
| 87 | | 9/13/00 Nevis Private Annuity ltr. "legal" |
| 88 | | 8/21/00 Confirmation of Sultan |
| 89 | | 8/22/00 Goldstein ltr. Regarding Sultan |
| 90 | | 8/11/00 Bylaws of Sultan |
| 91 | | 9/13/00 "Secret Ltr." |
| 92 | | 9/20/00 Private Annuity Contract between Sultan |
| 93 | | 10/23/00 2nd Knaupp Ltr. |
| 94 | | How to Protect your money off shore |
| 95 | | Asset Protection Secrets |

| Def. # | Batestamp | |
|---|---|---|
| 96 | 879-884, 892, 4171-4188, 4254-4261, 6031-6034, 6071, 5865-5867, 5881-5883, 5889-5890, 5899, 5905-5907, 5917-5919 | Boston Life Annuity & other annuities |
| 97 | | Aegis Training Manual |
| 98 | | 3/28/00 Affidavit of Coleman |
| 99 | | Vallone ltrs. |
| 100 | | Summary Charts |
| 101 | | Larson/Coleman/Pogue audio tape |
| 102 | | Video Tapes 1-9, Aegis Training St. Louis, MO 4/99 (Govt.) |
| 102A | | Video tape 10, Parker St. Louis, MO 4/99 (Govt.) |
| 102B | | Video tapes 11-12, Aegis Training Oak Lawn, IL 5/97 (Govt.) |
| 102C | | Video tapes 13, 17-20, Aegis Training Oak Lawn, IL 8/95 (Govt.) |
| 102D | | Video tape 14, Aegis Training St. Louis, MO 2/99 (Govt.) |
| 102E | | Video tape 15, Aegis Training Orlando, FL 12/96 (Govt.) |
| 102F | | Video tape 16, Aegis Training Oak Lawn, IL 5/97 (Govt.) |
| 102G | | Video tapes 21-28, Aegis Training Oak Lawn, IL 2/98 (Org.) |
| 102H | | Video tapes 31-38, Aegis Training Oak Lawn, IL 2/98 (Govt.) |
| 102I | | Video tapes 40-46, Aegis Training Oak Lawn, IL 6/96 (Govt.) |
| 102J | | Video tapes 47-53, Aegis Training Oak Lawn, IL 2/96 (Govt.) |