**E-FILED**
Thursday, 09 June, 2005  11:36:10 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR 04-20031 |
| ) | |
| DENNY PATRIDGE, ) | |
| ) | |
| Defendant. ) | |

## NOTICE

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and Lea A. Carlisle, Trial Attorney, Department of Justice, Tax Division, and hereby notifies the Court that a previous government motion for *in camera* review of documents for discovery purposes is MOOT. (R. 103)  The government received documents from V. Boyd's attorney and all discoverable documents have been provided to the defense.

The government apologizes for filing the motion; said motion was filed before the Court's ban on additional motions. Nevertheless, the government is sorry for any annoyance.

        Respectfully submitted,

        JAN PAUL MILLER
        UNITED STATES ATTORNEY


        s/ Hilary W. Frooman
        HILARY W. FROOMAN
        Assistant United States Attorney
        United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        217/373-5875
        FAX: 217-373-5891
        hilary.frooman@usdoj.gov

        s/Lea Carlisle
        LEA CARLISLE
        Trial Attorney, Department of Justice
        lea.carlisle@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jerold Barringer
Attorney at Law
P.O. Box 213
Nakomis, IL 62705
jwbarringer@consolidated.net

s/ Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov