UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR 04-20031 |
| ) | |
| DENNY PATRIDGE, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR PROTECTIVE ORDER**

Now comes EDWARD BARTOLI, and hereby requests a protective order forgiving his inability to appear until such time as his doctor indicates that it is medically safe for him to travel — in response to the Subpeona In A Criminal Case issued by Attorney Jerold W. Barringer — and in support thereof states as follows:

1.  Mr. Edward Bartoli received a Subpoena from Attorney Jerold W. Barringer in the above-referenced case directing him to appear in court on June 13, 2005 at 9:00 am.

2.  Mr. Bartoli, through counsel, gave Attorney Barringer notice that he intends to assert his 5th Amendment rights should he be called to testify at trial.

3.  Mr. Bartoli lives in Florida.

4.  Mr. Bartoli has received a note written on the prescription pad of Dr. Carl Suchar, D.O. indicating that Mr. Bartoli has a "pending urology surgery and is unable to travel." *See Exhibit A*.

WHEREFORE, Mr. Bartoli requests that this Honorable Court give him a protective order forgiving his inability to appear until such time as his doctor indicates that it is medically

safe for him to travel.

          Respectfully Submitted,

          EDWARD BARTOLI, Defendant

          RICHARD H. PARSONS
          Federal Public Defender

              s/Tiffani D. Johnson
          BY:_____
              TIFFANI D. JOHNSON, Bar No. 6278909
              Assistant Federal Defender
              300 West Main Street
              Urbana, Illinois 61801
              Phone: (217) 373-0666
              Fax: (217) 373-0667
              Email: tiffani_johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the parties in this matter.

              s/Tiffani D. Johnson
              _____
              TIFFANI D. JOHNSON, Bar No. 6278909
              Assistant Federal Defender
              300 West Main Street
              Urbana, Illinois 61801
              Phone: (217) 373-0666
              Fax: (217) 373-0667
              Email:tiffani_johnson@fd.org

I:\Johnson\CLIENTS\Bartoli\protective order.wpd