Jun. 07 2005 10:02A **E-FILED**
Thursday, 09 June, 2005  12:42:14 PM
Clerk, U.S. District Court, ILCD

**CARL SUCHAR, D.O.**
613 S. MYRTLE AVENUE
CLEARWATER, FL 33756

(727) 441-1451    DEA # BS 1835099
    DIC. # 060000708
BATCH # MDI000200113561

NAME _Edulio Bartoli_    AGE _____    DATE _6-6-05_

ADDRESS

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND
RESISTS ERASURES AND ALTERATIONS
ILLEGAL APPEARS IF COPIED

**R**

_Pending urology_

_surgery and is_

_unable to travel_

Label

Refill _____ times

_____
(Signature)

In order for the brand name product to be dispensed, the prescriber
must write 'Medically Necessary' on the front of this prescription.

4IIM0113561