E-FILED
Monday, 23 May, 2005 10:56:03 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | 05-7221 |
| v. | ) | No. 04 CR 20031 |
| DENNY R. PATRIDGE | ) | Judge McCuskey |
| Defendant | ) | |

FILED MAY 23 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## MOTION FOR APPOINTMENT OF FEDERAL DEFENDER

Now comes EDWARD B. BARTOLI, by and through his attorney, Ralph J. Schindler, Jr., and does move this court to appoint counsel to represent him in the Central District of Illinois. In support of such Motion, Defendant does state the following:

1. Bartoli has been served with a Subpoena to appear before the court on June 13, 2005 at 9:00 a.m. in the United States District Court, Central District of Illinois, Danville, Urbana Division. A copy of such subpoena is attached.

2. Bartoli is currently a Defendant in the United States District Court, Northern District of Illinois before the Honorable Charles Norgle in the case of *United States v. Michael Vallone*, et al, 04 CR 372-2 which is scheduled for trial on February 1, 2005.

3. That the court has found Mr. Bartoli to be indigent and has appointed the undersigned, a member of the panel of attorneys of the Federal Defender Program, to represent Mr. Bartoli in the Northern District of Illinois matter.

4. That Mr. Bartoli is approximately 74 years of age and resides in the State of Florida. He has difficulty traveling and suffers from cardiac, prostrate and macular degeneration problems. His address is 1621 Gulf Blvd, Apt. 1006, Clearwater, Fl 33767. His phone number is 727 595 9368.

5. That the undersigned counsel has contacted Mr. Jerold Barringer in response to the

subpoena and has advised him that Mr. Bartoli will take the 5th Amendment in response to his questioning. Should Mr. Bartoli be granted immunity from prosecution before the Northern District of Illinois, he would be willing to cooperate. Further, Mr. Barringer was advised that the United States Attorney for the Northern District of Illinois and the Internal Revenue Service are in possession of the majority of the documents he requests in his subpoena in that their offices raided the offices of Aegis Co. 11018-11022 S.W. Highway, Palos Hills, IL, and seized all files and computers and shut down the operation of such offices. Most specifically, on or about March 30, 2000 a number of search warrants were requested based on the written affidavit of Special Agent Christopher Thomsen of the Criminal Investigation Division of the Internal Revenue Service. Based on such affidavit, Search Warrants 00M0131 and 00M0132 were issued authorizing the search of "The office of William Cover, 11018-11020-11022 Southwest Highway, Palos Hills, Illinois 60465" and "Business Property located at 11018-11020-11022 Southwest Highway, Palos Hills, Illinois 60465". Further, on or about March 6, 2003 a search warrant was requested based on the written affidavit of Special Agent Andrew J. Smyros, a Special Agent with the Internal Revenue Service. Based on such affidavit, Search Warrant 03M94 was issued authorizing the search of "Premises located at 11901 Brookshire Drive, Orland Park, Illinois ". Further, on or about March 6, 2003 a search warrant was requested based on the written affidavit of Special Agent Andrew J. Smyros, a Special Agent with the Internal Revenue Service. Based on such affidavit, Search Warrant 03M95 was issued authorizing the search of "Shurgard Storage Center of Oak Forest, 15359 S. Harlem Avenue, Orland Park, Illinois ". The application was filed "under Seal". Finally, on or about March 6, 2003 a search warrant was requested based on the written affidavit of Special Agent John Mark Burbridge of the Federal Bureau of Investigation. Based on such affidavit, Search Warrants 03M97 was issued

authorizing the search of "Premises located at 11022 Southwest Highway, Palos Hills, Illinois ". As a result of these searches, all files and computers were taken by the government.

6. The contents of such files and computers has been tendered to defense counsel by the United States Attorney's office for the Northern District of Illinois. Such documents are contained on approximately 370 CDs. Such files contain opinion letters from Mr. Bartoli regarding the Aegis trusts and the validity of such trusts. The undersigned counsel has not completed his review of such files.

7. The undersigned counsel is not authorized to represent Mr. Bartoli in the Central District of Illinois. The scope of his appointment is limited to the representation of Mr. Bartoli in the Northern District of Illinois.

WHEREFORE, it is respectfully requested that local counsel be appointed pursuant to the Criminal Justice Act to represent Mr. Bartoli in this matter.

Respectfully Submitted,

Ralph J. Schindler, Jr.
Attorney for EDWARD B. BARTOLI

Ralph J. Schindler, Jr.
111 W. Washington Street, Suite 1457
Chicago, Il. 60602
(312) 795-9300

RECEIVED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MAY 2 3 2005

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

UNITED STATES OF AMERICA )
    Plaintiff )
v. ) No. 04 CR 20031
DENNY R. PATRIDGE . ) Judge McCuskey
    Defendant )

### Notice of Motion

To:

Mr. Jerold W. Barringer
P.O. Box 213
Nokomis, IL 62075

Ms. Hilary Frooman
Assistant United States Attorney
201 S. Vine St.
Urbana, IL 61802

Please take notice that on Thursday, May 19, 2005 I did file with the Hon. Michael McCuskey, 201 S. Vine Street, Urbana, Illinois 61802 the following:

### MOTION FOR APPOINTMENT OF FEDERAL DEFENDER

A copy of which is hereby served upon you.

                          Respectfully submitted,

                          Ralph J. Schindler, Jr.
                          Attorney for EDWARD B. BARTOLI

Ralph J. Schindler, Jr.
111 W. Washington Street, Suite 1457
Chicago, IL. 60602
(312) 795-9300

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|    Plaintiff ) | |
| v. ) | No. 04 CR 20031 |
| DENNY R. PATRIDGE . ) | Judge McCuskey |
|    Defendant ) | |

### Certificate of Service

I, Ralph J. Schindler, Jr., an attorney do certify that I did serve a copy of

**MOTION FOR APPOINTMENT OF FEDERAL DEFENDER**

upon:

Mr. Jerold W. Barringer
P.O. Box 213
Nokomis, IL 62075

Ms. Hilary Frooman
Assistant United States Attorney
201 S. Vine St.
Urbana, IL 61802

By depositing a copy of such motion with postage prepaid in the United States Mail Receptacle located at 111 W. Washington St. at 5:00 p.m. this 19th day of May, 2005.

Respectfully submitted,

Ralph J. Schindler, Jr.
Attorney for EDWARD B. BARTOLI

Ralph J. Schindler, Jr.
111 W. Washington Street, Suite 1457
Chicago, IL. 60602
(312) 795-9300