05/13/2005  00:03  727-507-0357        THE UPS STORE                              PAGE  02

E-FILED
Monday, 23 May, 2005  10:58:20 AM
Clerk, U.S. District Court, ILCD

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Illinois__

UNITED STATES
v.

DENNY R. PATRIDGE

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 04-20031

TO: EDWARD BARTOLI

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, DANVILLE, URBANA DIVISION  Address: 201 SOUTH VINE, URBANA, ILLINOIS 61802 | A-3rd Floor |
| | DATE AND TIME |
| | June 13, 2005-9:00 AM |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):
(1) ANY AND ALL DOCUMENTS, PAPERS, NOTES, RECORDS, RECORDINGS, HELD IN EITHER PRINTED ORIGINAL FORM, BY YOU, REPRINTED FROM YOUR COMPUTER, OR OTHERWISE HELD IN YOU POSSESSION IN ANY OTHER READABLE, LEGIBLE OR OTHER FORMAT, REGARDING YOUR PARTICIPATION AND INVOLVEMENT IN THE MATTER OF THE FEDERAL TAX LIABILITY AND OTHER INTERNAL REVENUE SERVICE AND FINANCIAL ISSUES RELATED TO DENNY R. PATRIDGE, INDIVIDUALLY AND AS TRUSTEE. THE TIME PERIOD FOR THIS REQUEST IS FROM 1-1-1992 THROUGH 6-13-2005;
(2) ANY DOCUMENTS ESTABLISHING YOUR CREDENTIALS THAT DEMONSTRATE YOU WERE A QUALIFIED RELIABLE ADVISOR REGARDING INTERNAL REVENUE MATTERS BETWEEN 1-1-1991 THROUGH 12-31-2000.
(3) ANY DOCUMENTS TO WHICH YOUR ADVICE GIVEN TO DENNY R. PATRIDGE, INCLUDING YOUR LICENSE TO PRACTICE LAW, REGARDING INTERNAL REVENUE MATTERS FROM 1-1-1991 THROUGH 12-31-2000 EITHER DERIVED FROM OR SUPPORT THE TENDERED ADVICE YOU GAVE DENNY R. PATRIDGE;
(4) ANY DOCUMENT WHERE THE UNITED STATES INFORMED YOU THAT YOUR ADVICE GIVEN TO DENNY R. PATRIDGE AND ANY OTHERS WAS CONTRARY TO THE LAWS OF THE UNITED STATES;
(5) ANY BAR COMPLAINTS FILED AGAINST YOU BY ANY PERSON REGARDING YOUR ADVICE GIVEN INVOLVING INTERNAL REVENUE MATTERS FROM 1-1-1991 THROUGH 6-13-05.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| _[signature]_  (By) Deputy Clerk  S. Doan | 1-6-05 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
JEROLD W. BARRINGER, P.O. BOX 213, NOKOMIS, ILLINOIS 62075, 217-563-2646

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  _____            _____
                        DATE                                              SIGNATURE OF SERVER

                                                                          _____
                                                                          ADDRESS OF SERVER

ADDITIONAL INFORMATION

**Personal Money Order**

091003
70-469/711

DATE 5-9-05   $449.22

PAY TO THE ORDER OF Edward Bertoli

Nine hundred forty-nine 22/cts

ADDRESS P.O. Box 206
CITY/STATE Strasburg, IL
SIGNATURE OF REMITTER

SHELBY COUNTY STATE BANK
Your Community in Shelby County Since 1895
Shelbyville · West Main · Findlay · Strasburg · Windsor
Investment Center
Member FDIC

⑈091003⑈ ⑉071104711⑊ 2003806⑈

---

**WAL★MART Financial Services** (ISSUING AGENT)

05/06/2005
75-53/919

5416759310
MONEY ORDER

****$40.00****
FORTY DOLLARS *******
00 CENTS *******

NOT GOOD OVER

Pay to Edward Bertoli
Drawer Bertoli
P.O. Box 206, Strasburg, IL 62465

TRAVELERS EXPRESS COMPANY, INC.
ISSUER/DRAWER

5416759310