E-FILED
Thursday, 09 June, 2005 04:35:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR 05-MJ-7221 |
| ) | |
| EDWARD BARTOLI, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR PROTECTIVE ORDER**

Now comes EDWARD BARTOLI, and hereby requests a protective order forgiving his inability to appear as a witness in <u>United States v. Patridge</u>, Docket Number 04-CR-20031 until such time as his doctor indicates that it is medically safe for him to travel — in response to the Subpeona In A Criminal Case issued by Attorney Jerold W. Barringer — and in support thereof states as follows:

1. Mr. Edward Bartoli received a Subpoena from Attorney Jerold W. Barringer, counsel for Mr. Patridge, directing him to appear in court on June 13, 2005 at 9:00 am.

2. Mr. Bartoli, through counsel, gave Attorney Barringer notice that he intends to assert his 5th Amendment rights should he be called to testify at trial.

3. Mr. Bartoli lives in Florida.

4. Mr. Bartoli has received a note written on the prescription pad of Dr. Carl Suchar, D.O. indicating that Mr. Bartoli has a "pending urology surgery and is unable to travel." *See Exhibit A*.

WHEREFORE, Mr. Bartoli requests that this Honorable Court give him a protective

order forgiving his inability to appear until such time as his doctor indicates that it is medically safe for him to travel.

        Respectfully Submitted,

        EDWARD BARTOLI, Defendant

        RICHARD H. PARSONS
        Federal Public Defender

            s/Tiffani D. Johnson
BY:_____
        TIFFANI D. JOHNSON, Bar No. 6278909
        Assistant Federal Defender
        300 West Main Street
        Urbana, Illinois 61801
        Phone: (217) 373-0666
        Fax: (217) 373-0667
        Email: tiffani_johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the parties in this matter.

        s/Tiffani D. Johnson
        _____
        TIFFANI D. JOHNSON, Bar No. 6278909
        Assistant Federal Defender
        300 West Main Street
        Urbana, Illinois 61801
        Phone: (217) 373-0666
        Fax: (217) 373-0667
        Email:tiffani_johnson@fd.org

I:\Johnson\CLIENTS\Bartoli\protective order.wpd