2:04-cr-20031-MPM-DGB   # 108-2   Page 1 of 1

FROM : MAIL*PLUS*            FAX NO. : 727 585 0151        Jun. 07 2005 10:02AM   E-FILED
                                                           Friday, 09 June, 2005  04:36:02 AM
                                                           Clerk, U.S. District Court, ILCD

**CARL SUCHAR, D.O.**
613 S. MYRTLE AVENUE
CLEARWATER, FL 33756

(727) 441-1451

DEA # BS 1835055
LIC. # OS0004708

BATCH # MDI0...0113561

NAME: Eddie Bartoli   AGE: ___
ADDRESS: ___   DATE: 6-6-05

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND
RESISTS ERASURES AND ALTERATIONS
ILLEGAL APPEARS IF COPIED

℞

Pending urology
surgery and is
unable to travel

Label ___
Refill ___ times
_____
(Signature)

In order for the brand name product to be dispensed, the prescriber
must write "Medically Necessary" on the front of this prescription.

4IIM0113561