UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CR 04-20031 |
| DENNY PATRIDGE, ) | |
| Defendant. ) | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2005, I electronically filed the Government Witness List for Trial with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following:

Mr. Jerold W. Barringer
Attorney at Law
P.O. Box 213
Nokomis, IL 62075
E-mail: jwbarringer@consolidated.net

s/ Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov