IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.  CR 04-20031

DENNY R. PATRIDGE

DEFENDANT'S NOTICE TO COURT OF WITNESS LIST
FOR JURY SELECTION

Defendant gives notice to the Court of the following names and city/states each witness to be called by Defendant.  The names and city/states are as follows:

1. Larry Phillips La Follaetta, TN

2. Robert Hopper Gadsden, AL

3. Michael Vallone Palos Hills, IL

4. Edward Bartoli Clearwater, FL

5. Dennis Larson Melbourne, FL

6. Michael Helfer Savoy, IL

7. Mark Miller Champaign, IL

8. Vermita Boyd Chicago, IL

9. Bernard Coleman Springfield, IL

10. Craig Bergschneider Champaign, IL

11. Michael Priess Downers Grove, IL

1

12. Bobbie Mickey Cookeville, TN

13. David Parker Williamsville, NY

14. Brent Winters Charleston, IL

15. Eduardo Rivera Torrance, CA

16. David Schermann Peoria, IL

17. Kenton Tylman Charleston, IL

18. Karen Ritter Tinley, IL

19. Arnold Goldstein Boca Raton, FL

20. JK Harris & Co. Charleston, SC

21. James Probst Sigel, IL

22. Brent Lively Taylorville, IL

23. James Scott Findlay, IL

24. Dennis Anderson Paris, IL

25. Judy Patridge Strasburg, IL

> Respectfully Submitted
>
> /s/ Jerold Barringer
> Jerold Barringer
> Attorney at Law
> Bar # 06185092
> P.O. Box 213
> Nokomis, Illinois 62075
> jwbarringer@consolidated.net
> 217-563-2646 (fax also)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of Defendant's Notice to Court of names and city/states regarding Defendant's witness for jury selection has been electronically emailed on June 10, 2005 through the Court's Electronic Notification System to:

Hilary W. Frooman
hilary.frooman@usdoj.gov
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/ Jerold Barringer