E-FILED
Monday, 13 June, 2005 11:44:42 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR 04-20031 |
| | ) | |
| DENNY PATRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION OF THE UNITED STATES OF AMERICA
## FOR PERMISSION TO FILE PREVIOUSLY OMITTED
## <u>JURY INSTRUCTIONS</u>

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and Lea A. Carlisle, Trial Attorney, Department of Justice, Tax Division, and hereby, pursuant to Court ruling of June 6, 2005, request special permission to file a motion, attached, to provide the Court with several instructions which it is the duty of the government o provide.

The government believes that it will save time and confusion later if this error is corrected immediately.

WHEREFORE, the government asks special leave of Court to file a motion under the special circumstances.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/ Hilary W. Frooman
HILARY W. FROOMAN, IL Bar# 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
hilary.frooman@usdoj.gov

s/Lea A. Carlisle
LEA A. CARLISLE, TX Bar# 24031793
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 972
Washington, DC 20044
202/514-5762
FAX: 202-514-9623
lea.a.carlisle@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jerold W. Barringer
    PO Box 213
    Nokomis, IL 62075
    jwbarringer@consolidated.net

    s/ Hilary W. Frooman
    HILARY W. FROOMAN, Reg # 6180241
    Assistant United States Attorney
    United States Attorney
    201 S. Vine, Suite 226
    Urbana, Illinois 61802
    217/373-5875
    FAX: 217/373-5891
    hilary.frooman@usdoj.gov