E-FILED
Tuesday, 14 June, 2005  10:22:37 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR 04-20031 |
| ) | |
| DENNY PATRIDGE, ) | |
| ) | |
| Defendant. ) | |

**MOTION OF THE UNITED STATES OF AMERICA
TO CORRECT A PREVIOUSLY SUBMITTED JURY INSTRUCTION**

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and Lea A. Carlisle, Trial Attorney, Department of Justice, Tax Division, and moves to submit several instructions by tradition typed by the government, although the Court or defendant could also submit the instructions. Typically, the government accepts a large part of the burden for producing instruction and it is appropriate, as the government is the moving party.

In the present circumstances, the instruction the government is about to submit are "in the computer," but upon recent review, were obviously not submitted on the "e-file" system. The government respectfully asks permission to file the instructions at this time and apologizes for any confusion.

The government failed to submit a properly clean and correct draft of the indictment for the jurors review. The draft submitted to the jurors must include the

correct made by the government on January 19, 2005 without objection by the defense. This correction was as to Count Two and in Count Five. In both counts, a bank, referred to correctly in paragraph 17 of Count Two, as Bank of America, Reno, Nevada, had been referenced as First of America Bank. The correction was made in paragraphs 19 and 20 of Count Two and in paragraphs 11 and 12 of Count Five.

Further, the government had been allowed to strike a portion of the superseding indictment, the Special Findings. This motion also was granted in court on January 19, 2005. The instruction the government now submits as its number 38, is the proper superseding indictment for submission to the jury.

The government also failed to submit Seventh Circuit Pattern Jury Instructions 7.01, 7.05, and 7.06. The government submits these as instruction number 39, 40 and 41.

WHEREFORE, the government asks special leave of Court to file a motion under the special circumstances.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/ Hilary W. Frooman
HILARY W. FROOMAN, IL Bar. 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
hilary.frooman@usdoj.gov

s/Lea A. Carlisle
LEA A. CARLISLE, TX Bar# 24031793
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 972
Washington, DC 20044
202/514-5762
FAX: 202-514-9623
lea.a.carlisle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jerold W. Barringer
>PO Box 213
>Nokomis, IL 62075
>jwbarringer@consolidated.net

>s/ Hilary W. Frooman
>HILARY W. FROOMAN, Reg # 6180241
>Assistant United States Attorney
>United States Attorney
>201 S. Vine, Suite 226
>Urbana, Illinois 61802
>217/373-5875
>FAX: 217/373-5891
>hilary.frooman@usdoj.gov