## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF | ) |
| v. | ) Case No. 04 CR 20031 |
| | ) Judge McCuskey |
| DENNY R. PARTRIDGE, | ) |
| | ) |
| DEFENDANT | ) |

FILED
JUN 14 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### EMERGENCY MOTION FOR APPOINTMENT OF FEDERAL DEFENDER

Now comes Robert Hopper, by and through his attorney, Steven Saltzman, and moves this Court to appoint counsel to represent him in the Central District of Illinois. In support of this motion, Defendant states the following.

1. Robert Hopper has been served with a subpoena to appear before the Court in this case in the Danville, Urbana Division. A copy of the subpoena is attached hereto as Exhibit A.

2. Mr. Hopper is a defendant in the Northern District of Illinois in a case captioned *U.S. v. Vallone*, Case. No. 04 CR 372, which is set for trial in February 1, 2006. In that case the Government alleges that Mr. Hopper and his co-defendants engaged in a scheme and conspired to defraud the United States government of tax revenues through the use of common law trusts. It is the understanding of Mr. Hopper's attorney that the charges in this case flow from the same or a similar alleged scheme.

3. Judge Norgle found Mr. Hopper to be indigent and unable to

afford an attorney and appointed the undersigned, a member of the Federal Defender Panel, private attorneys who agree to take such appointments, to represent him in the Northern District of Illinois case.

4.	Mr. Hopper is 59 years old and lives in Gadsden, Alabama. He has been adjudged to be disabled by the United States Veterans Administration. *See* Ex. B attached hereto. Specifically, he is need of bed rest during 6 hours of day time and needs the help of another person to perform self-care functions. *Id*.

5.	Mr. Hopper was served with the subpoena on or about June 3, 2005. The undersigned began attempting to communicate with Mr. Barringer on that day but was unable to either speak to him or leave a message for him. He thereafter sent a letter to Mr. Barringer indicating that Mr. Hopper would assert his Fifth Amendment right against self-incrimination and that he was disabled and essentially unable to travel to cental Illinois and remain there for the trial.

6.	On June 7, 2005, the undersigned was finally able to talk to Mr. Barringer, who indicated that he had received the correspondence but was unlikely to withdraw the subpoena. He did indicate that the Court had said that persons need not be present until June 21, 2005. he further stated that he would contact the undersigned in a day or two to let him know what his final (Mr. Barringer's) position as to the subpoena would be. On June 9, the

undersigned contacted Mr. Barringer who said he was not withdrawing the subpoena.

7. Furthermore, Mr. Barringer is aware from his subpoena of Edward Bartoli that the United States Attorneys' Office has the documents that are responsive to his subpoena duces tecum as a result of the execution of searcdh warrants conducted on 11018-11022 S.W. Highway, Palos Hills, Illinois and 11901 Brookshire Drive, Orland Park, Illinois and other locations. See ¶5 of the Motion for Appointment of Federal Defender by Edward Bartoli.

8. The undersigned attorney is not authorized to represent Mr. Hopper in the Central District of Illinois. the scope of his appointment is limited to the representation of Mr. Hopper in the Northern District of Illinois.

9. Mr. Hopper needs an attorney to be appointed to represent him so that attorney can file a motion for protective order or motion to quash the subpoena because of Mr. Hopper's stated attention to assert the Fifth Amendment not to testify and due to his disability which prevents his travel to cental Illinois.

Wherefore, Robert Hopper prays that this Court grant his emergency motion and appoint counsel to represent him with respect to the subpoena issued to him in this case.

3

Respectfully submitted,

_____
Steven Saltzman
Attorney for Defendant Hopper

Steven Saltzman
122 South Michigan Avenue, Ste. 1850
Chicago, Illinois  60603
(312) 427-4500
Date: June 13, 2005