AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |

| UNITED STATES | SUBPOENA IN A CRIMINAL CASE |
| v. | |
| | Case Number: 04-20031 |
| DENNY R. PATRIDGE | |

TO:  ROBERT HOPPER

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
| --- | --- |
| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, DANVILLE, URBANA DIVISION | A-3rd Floor |
| | DATE AND TIME |
| Address: 201 SOUTH VINE, URBANA, ILLINOIS61802 | June 13, 2005-9:00AM |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):
(1) ANY AND ALL DOCUMENTS, PAPERS, NOTES, RECORDS, RECORDINGS, HELD IN EITHER PRINTED ORIGINAL FORM, BY YOU, REPRINTED FROM YOUR COMPUTER, OR OTHERWISE HELD IN YOU POSSESSION IN ANY OTHER READABLE, LEGIBLE OR OTHER FORMAT, REGARDING YOUR PARTICIPATION AND INVOLVEMENT IN THE MATTER OF THE FEDERAL TAX LIABILITY AND OTHER INTERNAL REVENUE SERVICE AND FINANCIAL ISSUES RELATED TO DENNY R. PATRIDGE, INDIVIDUALLY AND AS TRUSTEE. THE TIME PERIOD FOR THIS REQUEST IS FROM 1-1-1992 THROUGH 12-31-2004;
(2) ANY DOCUMENTS ESTABLISHING YOUR CREDENTIALS THAT DEMONSTRATE YOU WERE A QUALIFIED RELIABLE ADVISOR REGARDING INTERNAL REVENUE MATTERS BETWEEN 1-1-1992 THROUGH 12-31-2000.
(3) ANY DOCUMENTS TO WHICH YOUR ADVICE GIVEN TO DENNY R. PATRIDGE REGARDING INTERNAL REVENUE MATTERS FROM 1-1-1992 THROUGH 12-31-2000 EITHER DERIVED FROM OR SUPPORT THE TENDERED ADVICE YOU GAVE DENNY R. PATRIDGE.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
| s/John M. Waters | |
| (By) Deputy Clerk | 1-6-05 |
| s/S. Doan | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
JEROLD W. BARRINGER, P.O. BOX 213, NOKOMIS, ILLINOIS 62075, 217-563-2646



### DEPARTMENT OF VETERANS AFFAIRS
Department of Veterans Affairs
Regional Office
345 Perry Hill Rd
Montgomery, Al. 36109

**ROBERT w. HOPPER**

VA File Number
27 077 503 .

Represented by:
**AMERICAN LEGION**

Rating Decision
May 26, 2005

### INTRODUCTION

The records reflect that you are a veteran of the Vietnam Era and Peacetime. You served in the Marine Corps from June 3, 1964 to June 2, 1968. You filed an original disability claim that was received on May 24, 2005. Based on a review of the evidence listed below, we have made the following decision(s) on your claim.

### DECISION

1 . Entitlement to nonservice-connected pension is granted effective May 24, 2005, date of receipt of claim.

2 . Entitlement to special monthly pension based on the need for aid and attendance is established effective May 24, 2005, date of receipt of claim.

### EVIDENCE

*Exhibit A*

ROBERT w. HOPPER
27 077 503
Page 2

- Your application for pension benefits
- Report of your aid and attendance examination dated May 20, 2005, from Hilmon Holley, M. D.

### REASONS FOR DECISION

#### 1. Entitlement to nonservice-connected pension.

You are unable to secure and follow a substantially gainful occupation due to disability. You are 59 years old, has a level of education reported as high school graduate, and last worked in {2000} as {a laborer}. The evidence shows the veteran to be disabled due to his disability(ies) of { arthritis, residuals of hi fracture, residuals of fractured pelvis}.

#### 2. Entitlement to Special Monthly Pension based on the need for aid and attendance.

Report of your aid and attendance examination show you are 59 years old, weigh 203 pounds, is 5' 8" tall, have an unsteady gait, and have blood pressure reading of 120 \ 90. You are not bedridden but remain in bed approximately 6 hours during the day time. Examiner reports you require the aid and attendance of another person to perform usual self care functions.

Evidence show you need daily assistance in performing routine activities of daily life. Entitlement to special monthly pension because of the need for aid and attendance is established.

#### REFERENCES:

Title 38 of the Code of Federal Regulations, Pensions, Bonuses and Veterans' Relief contains the regulations of the Department of Veterans Affairs which govern entitlement to all veteran benefits. For additional information regarding applicable laws and regulations, please consult your local library, or visit us at our web site, www.va.gov.

WORKED WITHOUT CLAIMS FILE

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF | ) |
| v. | ) Case No. 04 CR 20031 |
| | ) Judge McCuskey |
| DENNY R. PARTRIDGE, | ) |
| DEFENDANT | ) |

### NOTICE OF FILING

TO:   Jerold W. Barringer          AUSA Hilary Frooman
      P.O. Box 213                 201 Vine. St.
      Nokomis, Illinois 62705      Urbana, Il. 61802

Please take notice that on Monday, June 13, 2005, I sent by U.P.S. the attached Motion to Appoint Federal Defender to the Clerk of the U.S. District Court for the Central District of Illinois, Urbana Division to filed with the Clerk at the Clerk's Office at 201 N. Vine, Urbana, Il. 61802.

Steven Saltzman

### PROOF OF SERVICE

I, Steven Saltzman, an attorney state that on Monday, June 13, 2005, I caused this Notice and the attached Motion to be served by U.P.S. Overnight Delivery on the attorney and AUSA listed above at the addresses listed above on this day on or before 5:00 p.m.

Steven Saltzman
122 S. Michigan Ave., Ste 1850
Chicago, IL  60603
312-427-4500