E-FILED
Wednesday, 15 June, 2005  11:55:02 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR 04 CR 20031 |
| ) | |
| DENNY PATRIDGE, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PROTECTIVE ORDER

Now comes Robert Hopper, and hereby requests a protective order forgiving his inability to appear as a witness in the above-referenced matter until such time as the Department of Veterans Affairs indicates that it is medically safe — in response to the Subpeona In A Criminal Case issued by Attorney Jerold W. Barringer — and in support thereof states as follows:

1. Mr. Robert Hopper received a Subpoena from Attorney Jerold W. Barringer, counsel for Mr. Hopper, directing him to appear in court on June 13, 2005 at 9:00 am.

2. Mr. Hopper, through counsel, gave Attorney Barringer notice that he intends to assert his 5th Amendment rights should he be called to testify at trial, due to being a defendant in a pending Northern District of Illinois case captioned *United States v. Vallone*, Case No. 04-CR-372 set for trial in February 1, 2006.

3. Mr. Hopper lives in Gadsden, Alabama.

4. Mr. Hopper is 59 years old and has been adjudged to be disabled by the united States Veterans Administration requiring bed rest during 6 daytime hours and requiring the help of another person to perform self-care functions. *See Exhibit A*.

WHEREFORE, Mr. Hopper requests that this Honorable Court give him a protective order forgiving his inability to appear until such time as the Department of Veterans Affairs indicates that it is medically safe.

>Respectfully Submitted,
>
>ROBERT HOPPER, witness
>
>RICHARD H. PARSONS
>Federal Public Defender
>
>      s/Tiffani D. Johnson
>BY:_____
>      TIFFANI D. JOHNSON, Bar No. 6278909
>      Assistant Federal Defender
>      300 West Main Street
>      Urbana, Illinois 61801
>      Phone: (217) 373-0666
>      Fax: (217) 373-0667
>      Email: tiffani_johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the parties in this matter.

>s/Tiffani D. Johnson
>_____
>TIFFANI D. JOHNSON, Bar No. 6278909
>Assistant Federal Defender
>300 West Main Street
>Urbana, Illinois 61801
>Phone: (217) 373-0666
>Fax: (217) 373-0667
>Email:tiffani_johnson@fd.org

I:\Johnson\CLIENTS\Hooper\protective order.wpd