

**DEPARTMENT OF VETERANS AFFAIRS**
Department of Veterans Affairs
Regional Office
345 Perry Hill Rd
Montgomery, Al. 36109

ROBERT w. HOPPER

VA File Number
27 077 503

Represented by:
AMERICAN LEGION

Rating Decision
May 26, 2005

## INTRODUCTION

The records reflect that you are a veteran of the Vietnam Era and Peacetime. You served in the Marine Corps from June 3, 1964 to June 2, 1968. You filed an original disability claim that was received on May 24, 2005. Based on a review of the evidence listed below, we have made the following decision(s) on your claim.

## DECISION

1. Entitlement to nonservice-connected pension is granted effective May 24, 2005, date of receipt of claim.

2. Entitlement to special monthly pension based on the need for aid and attendance is established effective May 24, 2005, date of receipt of claim.

## EVIDENCE

Exhibit A

ROBERT w. HOPPER
27 077 503
Page 2

- Your application for pension benefits
- Report of your aid and attendance examination dated May 20, 2005, from Hilmon Holley, M. D.

### REASONS FOR DECISION

1. **Entitlement to nonservice-connected pension.**

You are unable to secure and follow a substantially gainful occupation due to disability. You are 59 years old, has a level of education reported as high school graduate, and last worked in {2000} as {a laborer}. The evidence shows the veteran to be disabled due to his disability(ies) of { arthritis, residuals of hi fracture, residuals of fractured pelvis}.

2. **Entitlement to Special Monthly Pension based on the need for aid and attendance.**

Report of your aid and attendance examination show you are 59 years old, weigh 203 pounds, is 5' 8" tall, have an unsteady gait, and have blood pressure reading of 120 \ 90. You are not bedridden but remain in bed approximately 6 hours during the day time. Examiner reports you require the aid and attendance of another person to perform usual self care functions.

Evidence show you need daily assistance in performing routine activities of daily life. Entitlement to special monthly pension because of the need for aid and attendance is established.

**REFERENCES:**

Title 38 of the Code of Federal Regulations, Pensions, Bonuses and Veterans' Relief contains the regulations of the Department of Veterans Affairs which govern entitlement to all veteran benefits. For additional information regarding applicable laws and regulations, please consult your local library, or visit us at our web site, www.va.gov.

WORKED WITHOUT CLAIMS FILE