E-FILED
Wednesday, 15 June, 2005  03:01:23 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR 04-20031 |
| | ) | |
| DENNY PATRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

### SPECIAL MOTION OF THE UNITED STATES OF AMERICA
### FOR PERMISSION TO FILE MOTION
### REQUESTING THAT DEFENSE'S ATTACHMENT CONTAINING
### <u>GRAND JURY MATERIAL BE SEALED</u>

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and Lea A. Carlisle, Trial Attorney, Department of Justice, Tax Division, and hereby, pursuant to Court ruling of June 6, 2005, requests special permission to file a motion requesting that the Court seal an exhibit, containing secret grand jury material, which was attached to Defendant's Objection to Government's Objection Regarding Defense Exhibit #38 and 39, (R.112).

The government apologizes for filing any motions at all and is cognizant of the Court's ruling of June 6, 2005, with respect to any further motions by either counsel, but defense counsel unexpectedly made public a grand jury transcript, in violation of this Court's protective order of June 7, 2005, and the government is compelled by Federal Rule of Criminal Procedure 6(e) to attempt to protect the secrecy and sanctity of grand

jury information.

WHEREFORE, the government asks special leave of Court to file a motion under the special circumstances which the grand jury transcript attached unsealed to Defendant's Objection to Government's Objection Regarding Defense Exhibit #38 and 39 (R.112) has created.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/ Hilary W. Frooman
HILARY W. FROOMAN, IL Bar. 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
hilary.frooman@usdoj.gov

s/Lea A. Carlisle
LEA A. CARLISLE, TX Bar# 24031793
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 972
Washington, DC 20044
202/514-5762
FAX: 202-514-9623
lea.a.carlisle@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jerold W. Barringer
>PO Box 213
>Nokomis, IL 62075
>jwbarringer@consolidated.net

>s/ Hilary W. Frooman
>HILARY W. FROOMAN, Reg # 6180241
>Assistant United States Attorney
>United States Attorney
>201 S. Vine, Suite 226
>Urbana, Illinois 61802
>217/373-5875
>FAX: 217/373-5891
>hilary.frooman@usdoj.gov