E-FILED
Wednesday, 15 June, 2005  03:21:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR 04-20031 |
| | ) | |
| DENNY PATRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

**SPECIAL MOTION OF THE UNITED STATES OF AMERICA
FOR PERMISSION TO FILE MOTION
WITH RESPECT TO GRAND JURY INVESTIGATIONS AND
5TH AMENDMENT PRIVILEGE OF DEFENSE WITNESSES**

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and Lea A. Carlisle, Trial Attorney, Department of Justice, Tax Division, and hereby, pursuant to Court ruling of June 6, 2005, requests special permission to file a motion and a related Notice, which must be filed *ex parte, under seal*, informing the Court of certain facts regarding defense witnesses whom the government has now confirmed have been served with trial subpoenas.

The government apologizes for filing any motions at all and is cognizant of the Court's ruling of June 6, 2005, with respect to any further motions by either counsel, but the government has been diligently tracking the defense witnesses and has learned in the past week which ones have been served and that two are the subject of current grand jury investigations. The government wishes to provide the Court with full facts

regarding several defense witnesses, who, the government learned June 6, 2005 through defense counsel, have indeed received trial subpoenas, and to provide the Court with both information and guidance.

WHEREFORE, the government asks special leave of Court to file a motion under the special circumstances of which the government has learned through defense counsel within the last week.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/ Hilary W. Frooman
HILARY W. FROOMAN, IL Bar. 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
hilary.frooman@usdoj.gov

s/Lea A. Carlisle
LEA A. CARLISLE, TX Bar# 24031793
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 972
Washington, DC 20044
202/514-5762
FAX: 202-514-9623
lea.a.carlisle@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jerold W. Barringer
>PO Box 213
>Nokomis, IL 62075
>jwbarringer@consolidated.net

>s/ Hilary W. Frooman
>HILARY W. FROOMAN, Reg # 6180241
>Assistant United States Attorney
>United States Attorney
>201 S. Vine, Suite 226
>Urbana, Illinois 61802
>217/373-5875
>FAX: 217/373-5891
>hilary.frooman@usdoj.gov