E-FILED
Wednesday, 15 June, 2005  03:38:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR 04-20031 |
| ) | |
| DENNY PATRIDGE, ) | |
| ) | |
| Defendant. ) | |

### SPECIAL MOTION OF THE UNITED STATES OF AMERICA TO FILE GOVERNMENT NOTICE EX PARTE AND UNDER SEAL

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and Lea A. Carlisle, Trial Attorney, Department of Justice, Tax Division, and hereby, pursuant to Court ruling of June 6, 2005, requests special permission to file a notice, a portion of which must be filed *ex parte, under seal*, informing the Court of certain facts regarding defense witnesses whom the government has now confirmed have been served with trial subpoenas.

The government apologizes for filing any motions at all and is cognizant of the Court's ruling of June 6, 2005, with respect to any further motions by either counsel, but the government has been diligently tracking the defense witnesses and has learned in the past week that some have been served and that at least two, one of whom has definitely been served, are the subject of current grand jury investigations. The government wishes to provide the Court with full facts regarding several defense

witnesses, who, the government learned June 6, 2005 through defense counsel, have indeed received trial subpoenas, and to provide the Court with both information and guidance.

The government believes that the Notice, which actually discusses facts regarding current grand jury investigations, should be reviewed *in camera* and, therefore, must be filed *ex parte* and *under seal.*

WHEREFORE, the government asks special leave of Court to file the Notice under the special circumstances described herein because, until both parties filed their final witness lists for trial and heard opening statements, the government was not aware of which witnesses the defense intended to call.

Further, the government requests that the Notice remain **EX PARTE** and **UNDER SEAL**.

    Respectfully submitted,

    JAN PAUL MILLER
    UNITED STATES ATTORNEY

    s/ Hilary W. Frooman
    HILARY W. FROOMAN, IL Bar. 6180241
    Assistant United States Attorney
    United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    217/373-5875
    FAX: 217-373-5891
    hilary.frooman@usdoj.gov

        s/Lea A. Carlisle
        LEA A. CARLISLE, TX Bar# 24031793
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 972
        Washington, DC 20044
        202.514.5762
        Fax: 202.514.9623
        lea.a.carlisle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jerold W. Barringer
    PO Box 213
    Nokomis, IL 62075
    jwbarringer@consolidated.net

        s/ Hilary W. Frooman
        HILARY W. FROOMAN, Reg # 6180241
        Assistant United States Attorney
        United States Attorney
        201 S. Vine, Suite 226
        Urbana, Illinois 61802
        217/373-5875
        FAX: 217/373-5891
        hilary.frooman@usdoj.gov