UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR 04-20031 |
| | ) | |
| DENNY PATRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

SPECIAL MOTION OF THE UNITED STATES OF AMERICA
FOR PERMISSION TO FILE MOTION
REQUESTING THAT DEFENSE'S ATTACHMENT CONTAINING
GRAND JURY MATERIAL BE SEALED

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and Lea A. Carlisle, Trial Attorney, Department of Justice, Tax Division, and hereby, pursuant to Court ruling of June 6, 2005, requests special permission to file a motion requesting that the Court seal an exhibit, containing secret grand jury material, which was attached to Defendant's Objection to Government's Objection Regarding Defense Exhibit #38 and 39, (R.112).

The government apologizes for filing any motions at all and is cognizant of the Court's ruling of June 6, 2005, with respect to any further motions by either counsel, but defense counsel unexpectedly made public a grand jury transcript, in violation of this Court's protective order of June 7, 2005, and the government is compelled by Federal Rule of Criminal Procedure 6(e) to attempt to protect the secrecy and sanctity of grand

jury information.

WHEREFORE, the government asks special leave of Court to file a motion under the special circumstances which the grand jury transcript attached unsealed to Defendant's Objection to Government's Objection Regarding Defense Exhibit #38 and 39 (R.112) has created.

        Respectfully submitted,

        JAN PAUL MILLER
        UNITED STATES ATTORNEY


        s/ Hilary W. Frooman
        HILARY W. FROOMAN, IL Bar. 6180241
        Assistant United States Attorney
        United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        217/373-5875
        FAX: 217-373-5891
        hilary.frooman@usdoj.gov

        s/Lea A. Carlisle
        LEA A. CARLISLE, TX Bar# 24031793
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box  972
        Washington, DC 20044
        202/514-5762
        FAX: 202-514-9623
        lea.a.carlisle@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jerold W. Barringer
>PO Box 213
>Nokomis, IL 62075
>jwbarringer@consolidated.net

>s/ Hilary W. Frooman
>HILARY W. FROOMAN, Reg # 6180241
>Assistant United States Attorney
>United States Attorney
>201 S. Vine, Suite 226
>Urbana, Illinois 61802
>217/373-5875
>FAX: 217/373-5891
>hilary.frooman@usdoj.gov