**E-FILED**
Friday, 17 June, 2005  04:22:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | Case No. CR 04-20031 |
| ) | |
| DENNY PATRIDGE,   ) | |
| ) | |
| Defendant.   ) | |

**SPECIAL MOTION OF THE UNITED STATES OF AMERICA
FOR PERMISSION TO FILE NOTICE UNDER SEAL
WITH RESPECT TO DEFENSE WITNESS**

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and Lea A. Carlisle, Trial Attorney, Department of Justice, Tax Division, and hereby, pursuant to Court ruling of June 6, 2005, requests special permission to file a motion UNDER SEAL, informing the Court of certain facts regarding a defense witness who has communicated with the government regarding travel difficulties.

The government apologizes for filing any motions at all and is cognizant of the Court's ruling of June 6, 2005, with respect to any further motions by either counsel, but the government cannot solve whatever problems defense witnesses face, and as the Court ordered both government and defense to keep in close touch with witnesses, the government determined it should bring this matter to the Court's attention for whatever actions the Court deems appropriate.

WHEREFORE, the government asks special leave of Court to file a motion under these special circumstances.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/ Hilary W. Frooman
HILARY W. FROOMAN, IL Bar. 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
hilary.frooman@usdoj.gov

s/Lea A. Carlisle
LEA A. CARLISLE, TX Bar# 24031793
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 972
Washington, DC 20044
202/514-5762
FAX: 202-514-9623
lea.a.carlisle@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jerold W. Barringer
>PO Box 213
>Nokomis, IL 62075
>jwbarringer@consolidated.net

<u>s/ Hilary W. Frooman</u>
HILARY W. FROOMAN, Reg # 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov
