**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR 04-20031 |
| | ) | |
| DENNY PATRIDGE, | ) | **UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

**NOTICE**
**WITH RESPECT TO DEFENSE WITNESS**

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and Lea A. Carlisle, Trial Attorney, Department of Justice, Tax Division, and hereby provides the Court with Notice regarding communication of a defense witness regarding travel difficulties. Due to the fact that this Notice will reveal a witness' name and some personal information, the government requests that the Notice be **SEALED.**

1. On June 13, 2005, Vernita Boyd, who is named on the defendant's witness list, came to the United States Attorney's Office and asked to speak with counsel for the government. Over the lunch break she met briefly with government counsel. Boyd had been employed by the Internal Revenue Service and therefore, perhaps still feels a connection with the government.

2. Boyd reported that she had come to the Federal Courthouse in Urbana, Illinois, on June 13, 2005 because that was the date on her subpoena and she had received no instructions to the contrary. When asked, Boyd indicated she had been told to return to the courthouse and the government apologizes, but at the time, the government saw no necessity to take note of the date. Government counsel inquired of Boyd if her travel expenses were being reimbursed. As per the attached letter from Charles Reynolds, the Court will note that the question remains unanswered.

3. Charles Reynolds, Boyd's attorney on a separate civil case, has contacted the United States Attorney's Office, as the Court will note from the attachment, and has indicated that Boyd's expenses are possibly not being reimbursed. The government cannot assist with this problem as Boyd is not a government witness and is not under government subpoena. It appears that Reynolds is hopeful that the government will step in and solve the problem so he does not have to charge Boyd extra for handling this troubling matter. However, the government simply cannot directly intervene.

4. Boyd is not the sole witness who has complained to government counsel regarding failure of defense to remain in touch and/or to provide sufficient travel funds. Dennis Larson, Larry Phillips, and Bobbie Mickie have all commented on this difficulty. Larson in particular has complained because, as the Court well knows, he has been ordered to pay a substantial amount of restitution and he fears that his travel expenses will not be fully reimbursed. He reported being provided with $500 and told to buy two one way tickets, which cost $800.

5. Here again, the government is incapable of solving the problem, and is very reluctant to burden the Court, but sees no alternative.

WHEREFORE, the government provides this Notice to the Court and requests that this

Notice be SEALED.

        Respectfully submitted,

        JAN PAUL MILLER
        UNITED STATES ATTORNEY


        s/ Hilary W. Frooman
        HILARY W. FROOMAN, IL Bar. 6180241
        Assistant United States Attorney
        United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        217/373-5875
        FAX: 217-373-5891
        hilary.frooman@usdoj.gov

        s/Lea A. Carlisle
        LEA A. CARLISLE, TX Bar# 24031793
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 972
        Washington, DC 20044
        202/514-5762
        FAX: 202-514-9623
        lea.a.carlisle@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on June 17, 2005, I e-mailed the foregoing to Judge McCuskey's Office and mailed by United States Postal Service to the following:

>Jerold W. Barringer
>PO Box 213
>Nokomis, IL 62075
>jwbarringer@consolidated.net

>s/ Hilary W. Frooman
>HILARY W. FROOMAN, Reg # 6180241
>Assistant United States Attorney
>United States Attorney
>201 S. Vine, Suite 226
>Urbana, Illinois 61802
>217/373-5875
>FAX: 217/373-5891
>hilary.frooman@usdoj.gov