LAW OFFICE
CHARLES A REYNOLDS, P.C.
ATTORNEY AT LAW

PHONE: 630.579.8926                                         FAX: 630.428.4853

June 17, 2005

Office of United States Attorney
201 South Vine Street
Room 226
Urbana, IL 61802
ATTN: H. Frooman

Re: Expenses for Vernita Boyd, IRS I.D. #36-09217
    Subpoena - Criminal Case No. 04-20031

Dear Ms. Frooman:

The attached documents are provided in response to your earlier inquiries made of Vernita Boyd. These set out the procedural guidelines for the function of Statutory Notice Coordinator.

Ms. Boyd informed me that she had suggested to you the Internal Revenue Service would pay for her expenses for appearance and work involved in the matter of Denny R. Patridge and Judy Patridge and Patridge Asset Management and the taxable years at issue in his case, and/or Case No. 04-CR-20031.

The Service's Authorization to Testify did not make any such representation and, upon inquiry on that specific point, Bruce Hayes (IRS Disclosure Officer) declined comment. Moreover, no oral or written commitment was tendered by Defendant's Counsel.

Please advise us in writing whether Ms. Boyd will be reimbursed by IRS, the United States government or any other agency thereof for her incurred travel expenses at current government per diem rates and paid for time incurred on this case at her former employee pay grade, reduced, of course, by Illinois' statutory witness fees rate. Thank you for your assistance in this matter.

Very truly yours,

Charles Reynolds
Attorney

Page 1 of 1

800 West 5th Avenue        SUITE 211        NAPERVILLE, IL 60563