# United States District Court

DISTRICT OF ⎯⎯⎯⎯⎯⎯⎯⎯

US v. Patridge

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-20031

JUN 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael McCuskey | Frooman/Carlisle | Barringer |

Witness Atty Robert Sticht

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6-22-05 | LC | SJ |

Vallone Witness

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 6-22-05 | ✓ | ✓ | Important News & Update Letter 3/2005 |
| | 2 | 6-22-05 | ✓ | ✓ | Letter from Mr. Barringer to Mr. Sticht |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages