UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR 04-20031 |
| ) | |
| DENNY R. PATRIDGE, ) | |
| ) | |
| Defendant. ) | |

NOTICE BY WITNESS ROBERT W. HOPPER OF HIS
AVAILABILITY TO APPEAR TODAY VIA TELEPHONE

Now comes ROBERT W. HOPPER, a witness subpoenaed to testify in the above-captioned trial, by and through his attorney, Tiffani D. Johnson, Assistant Federal Defender for the Central District of Illinois, Urbana Division, hereby gives notice of his availability to appear today at 4:30 p.m. via telephone.

Respectfully Submitted,

ROBERT W HOPPER, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY: s/Tiffani D. Johnson
_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61801
Phone: (217) 373-0666
Fax: (217) 373-0667
Email: tiffani_johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the parties in this matter.

                                    s/Tiffani D. Johnson

                                    _____
                                    TIFFANI D. JOHNSON, Bar No. 6278909
                                    Assistant Federal Defender
                                    300 West Main Street
                                    Urbana, Illinois 61801
                                    Phone: (217) 373-0666
                                    Fax: (217) 373-0667
                                    Email:tiffani_johnson@fd.org

I:\Johnson\CLIENTS\Hooper\NOTICE.wpd