UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR 04-20031 |
| ) | |
| DENNY R. PATRIDGE, ) | |
| ) | |
| Defendant. ) | |

**NOTICE BY WITNESS EDWARD BARTOLI OF HIS
AVAILABILITY TO APPEAR TODAY VIA TELEPHONE
AND OF HIS SURGERY SCHEDULED FOR JUNE 28, 2005**

Now comes EDWARD BARTOLI, a witness subpoenaed to testify in the above-captioned trial, by and through his attorney, Tiffani D. Johnson, Assistant Federal Defender for the Central District of Illinois, Urbana Division, hereby gives notice of his availability to appear today at 4:30 p.m. via telephone. Additionally Mr. Bartoli has surgery scheduled on 28, 2005. *See Exhibit A*.

Respectfully Submitted,

EDWARD BARTOLI, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:  s/Tiffani D. Johnson
_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61801
Phone: (217) 373-0666
Fax: (217) 373-0667
Email: tiffani_johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the parties in this matter.

                                          s/Tiffani D. Johnson

                                          _____
                                          TIFFANI D. JOHNSON, Bar No. 6278909
                                          Assistant Federal Defender
                                          300 West Main Street
                                          Urbana, Illinois 61801
                                          Phone: (217) 373-0666
                                          Fax: (217) 373-0667
                                          Email:tiffani_johnson@fd.org

I:\Johnson\CLIENTS\Bartoli\NOTICE.wpd