OFFICES OF
## DRS. STAFFORD & KLAVANS, P.A.
1305-E - South Fort Harrison Avenue
Clearwater, Florida 33756

UROLOGY
TELEPHONE: (727) 446-6345
FAX: (727) 446-0196

WILLIAM T. STAFFORD, M.D., F.A.C.S.
M. SCOTT KLAVANS, M.D., F.A.C.S.

*Atty Tiffiny Johnson*
*Fed Defender*
*217 373-0667*

## Permission to Return to Work

Name: Edward Bartoli   Date: June 23.
Has been under my care from June 2005 to present.
And will be able to return to work on _____
☐ Restrictions  ☐ Light Work
Comments: having Surgical procedure 6/28/05. Cannot travel.
Dr. Scott Klavans   s/M. Scott Klavans
Address: WILLIAM STAFFORD, M.D.
M. SCOTT KLAVANS, M.D.
1305 S. Ft. Harrison Ave., Ste. E
CLEARWATER, FL 33756

446-6345

Mease Hospitals

045231-0904