UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 2:04-CR-20031-MPM-DGB-1 |
| | ) |
| DENNY R. PATRIDGE, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

Now comes H. KENT HELLER, of HELLER, HOLMES & ASSOCIATES, P.C., and hereby enters his appearance as attorney of record for BRENT WINTERS in the above-entitled cause and further requests that all notices of future hearings in this matter be sent to HELLER, HOLMES & ASSOCIATES, P.C., 1101 Broadway Avenue, P. O. Box 889, Mattoon, Illinois, 61938-0889.

HELLER, HOLMES & ASSOCIATES, P.C.


By   /s/   H. Kent Heller
     Attorneys for Brent Winters

H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue
P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
d:winters.entryofappearance/kjscd1/06232005
M:\docs\EntryApp.mis

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that a true and correct copy of the foregoing was either electronically served or mailed by U.S. Mail, postage fully paid, this 24th day of June, 2005, to the following:

    Hilary W. Frooman
    U.S. Attorney
    201 S. Vine
    Urbana, IL 61801

    Tiffany D. Johnson
    Federal Public Defender
    300 W. Main Street
    Urbana, IL 61801

    Jerold W. Barringer
    P.O. Box 213
    Nokomis, IL 62075

                                          /s/   H. Kent Heller

Subscribed and sworn to before me
this 24th day of June, 2005.

/s/   Katherine J. Storm
        Notary Public