E-FILED
Saturday, 25 June, 2005  08:44:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR 04-20031 |
| | ) | |
| DENNY PATRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT OBJECTION TO COURT'S INSTRUCTIONS**

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and Lea A. Carlisle, Trial Attorney, Department of Justice, Tax Division, and hereby, in response to the Court's preliminary jury instructions, presents the following objections:

OBJECTION ONE

Court Instruction 23 is Seventh Circuit Federal Jury Instruction No. 6.10; the Court's Instruction 24 is Seventh Circuit Federal Jury Instruction 6.11. The government objects to inclusion of both Instruction No. 23 and Instruction No. 24 as redundant, unnecessary and perhaps confusing.

Instruction No. 6.11 (Court's Instruction No. 24) is, as noted by the Committee Comment, an appropriate instruction for criminal tax cases. Cheek v. United States, 498 U.S. 192, 202, 204-06 (1991); United States v. Becker, 965 F.2d 383 (7th Cir. 1992). The

instruction is was specifically designed for tax cases.

Instruction No. 6.10 is a more general instruction for criminal cases in which "intent" in an element, but not for cases in which the defendant must "only" have acted "knowingly."

As Court's Instructions No. 23 and No. 24 are written, both apply to Counts One, Two and Three. The correct and most appropriate instruction for the first three counts is the instruction presented in Court's Instruction 24. The word "willfully" is also defined in Court's Instruction No. 18, Seventh Circuit Pattern Jury Instruction, 26, U.S.C. §7206 and in Court's Instruction No. 22, Seventh Circuit Pattern Jury Instruction 26 U.S.C. §7201. No further instruction is necessary for either the tax charges or for the wire fraud charge, which charges "intent to defraud." As "intent to defraud" is defined in the Court's Instruction No. 31, Seventh Circuit Pattern Jury Instruction 18 U.S.C. §1343, good faith is encompassed in the instruction. Therefore, no further definition is necessary. United States v. Chavin, 316 F.3d 666, 670 (7th Cir. 2002)( when the pattern instruction on good faith and a further instruction defines the term "willfully," no further instruction is necessary; United States v. Verkulien, 690 F.2d 648, 655 (7th Cir. 1982).

Assuming that the defendant does indeed present the defense he has suggested that he will present, then the instruciton of "good faith" would be appropriate, but both instructions on good faith are not necessary and may confuse the jury in deliberations.

OBJECTION TWO

The government objects to Court's Instruction 11, Seventh Circuit Federal Jury Instruction No. 3.16.  While the defendant indicated pretrial that he objected to the government summaries, cross examination of Revenue Agent James Pogue did not reveal such an objection.  Defense has made no challenge to the accuracy or the authenticity of the summaries.  Rather, it seems that defense position is more likely to be that the summaries are irrelevant, given the defendant's defense.  Of course, the defendant may still present an objection, but at the present time, the instruction appears to be inappropriate as worded.

The two objections noted constitute the government's only objections and unless the defendant's defense reveals an unexpected piece of evidence or defense, the government does not anticipate other objections.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/ Hilary W. Frooman
HILARY W. FROOMAN, IL Bar. 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
hilary.frooman@usdoj.gov

s/Lea A. Carlisle

        LEA A. CARLISLE, TX Bar# 24031793
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 972
        Washington, DC 20044
        202/514-5762
        FAX: 202-514-9623
        lea.a.carlisle@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jerold W. Barringer
> PO Box 213
> Nokomis, IL 62075
> jwbarringer@consolidated.net

> s/ Hilary W. Frooman
> HILARY W. FROOMAN, Reg # 6180241
> Assistant United States Attorney
> United States Attorney
> 201 S. Vine, Suite 226
> Urbana, Illinois 61802
> 217/373-5875
> FAX: 217/373-5891
> hilary.frooman@usdoj.gov