E-FILED
Monday, 27 June, 2005  12:00:11 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                    Case No.   CR 04-20031

DENNY R. PATRIDGE

DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S
OPPOSITION TO THE COURT'S PROPOSED JURY INSTRUCTIONS

Defendant, by and through his attorney Jerold Barringer, files his response in opposition to the Government's opposition to the Court's Proposed Jury Instructions.

The Government claims that instruction 23 and 24 should not both be given to the Jury.   The Defendant believes both 23 and 24 should be given to the Jury along with any other appropriate instructions arising from the remaining defense presented to the jury.

Respectfully Submitted

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
Bar # 06185192
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
Jwbarringer@consolidated.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of Defendant's Opposition to the Government's Opposition to the Court's Proposed Jury Instructions has been electronically delivered through the Court's ECF filing system on June 26, 2005 before midnight to:


Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
hilary.frooman@usdoj.gov
217-373-5875


                                      /s/ Jerold Barringer
                                      Server