# DISABILITY CERTIFICATE

JEFFERY C. FISHEL, M.S., D.C.
RICHARD K. GROVE, D.C.
130 WEST MAIN STREET
P.O. BOX 164
ARCOLA, IL 61910
TELEPHONE (217) 268-4999
FAX (217) 268-4999

Date 6-24-05

This is to certify that

Juror #148

has been under my professional care and was totally/partially incapacitated from _____ to _____.

As of this date he/she is
☐ Still unable to return to work/school
☐ Sufficiently recovered to resume a normal workload
☐ Sufficiently recovered to return to work/school with the following limitations:

NO WORK THROUGH 6-27-05 REEVALUATION NO JURY DUTY DUE TO SPINAL PAIN w/ (R) LEG/ANKLE SWELLING...

Dr.: R. Eccles