# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CR 04-20031 |
| DENNY PATRIDGE, | ) |
| Defendant. | ) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2005, I electronically filed the Government Objection to Court's Instructions with the Clerk of the Court using the CM/ECF system which contained an error of June 13, 2005, of which the Court sent notification of such filing to the following:

Jerold W. Barringer
PO Box 213
Nokomis, IL 62075
jwbarringer@consolidated.net

s/ Hilary W. Frooman
HILARY W. FROOMAN, Reg # 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov