We would like the legal definitions of the words "Avoid" & "Evade".

**FILED**
JUN 2 9 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

s/Juror