E-FILED
Thursday, 30 June, 2005  11:58:05 AM
FILED Clerk, U.S. District Court, ILCD

JUN 2 9 2005

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

6/29/05

The following definitions are taken from Black's Law Dictionary – Seventh Edition

**tax avoidance.** The act of taking advantage of legally available tax-planning opportunities in order to minimize one's tax liability. Cf. TAX EVASION.

**tax evasion.** The willful attempt to defeat or circumvent the tax law in order to illegally reduce one's tax liability. • Tax evasion is punishable by both civil and criminal penalties. — Also termed *tax fraud*. Cf. TAX AVOIDANCE.

s/Michael P. McCuskey
U.S. District Judge