E-FILED
Thursday, 30 June, 2005 03:01:01 PM
Clerk, U.S. District Court, ILCD

FILED
JUN 30 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO. CR 04-20031 |
| | ) | |
| VS. | ) | |
| | ) | |
| DENNY R. PATRIDGE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

### VERDICT FORM

1. WE, THE JURY, FIND THE DEFENDANT __Not Guilty__
   GUILTY/NOT GUILTY

OF THE OFFENSE OF WILLFULLY MAKING A FALSE U.S. INDIVIDUAL INCOME TAX RETURN, AS CHARGED IN COUNT ONE OF THE SUPERSEDING INDICTMENT.

2. WE, THE JURY, FIND THE DEFENDANT __Guilty__
   GUILTY/NOT GUILTY

OF THE OFFENSE OF ATTEMPTING TO EVADE OR DEFEAT THE DEFENDANT'S INDIVIDUAL TAX, AS CHARGED IN COUNT TWO OF THE SUPERSEDING INDICTMENT.

3. WE, THE JURY, FIND THE DEFENDANT __Guilty__
   GUILTY/NOT GUILTY

OF THE OFFENSE OF ATTEMPTING TO EVADE OR DEFEAT THE DEFENDANT'S INDIVIDUAL TAX, AS CHARGED IN COUNT THREE OF THE SUPERSEDING INDICTMENT.

4. WE, THE JURY, FIND THE DEFENDANT __Guilty__
   GUILTY/NOT GUILTY

OF THE OFFENSE OF WIRE FRAUD, AS CHARGED IN COUNT FOUR OF THE SUPERSEDING INDICTMENT.

5.   WE, THE JURY, FIND THE DEFENDANT __GUILTY__
                                       GUILTY/NOT GUILTY

OF THE OFFENSE OF WIRE FRAUD, AS CHARGED IN COUNT FIVE OF THE

SUPERSEDING INDICTMENT.

6.   WE, THE JURY, FIND THE DEFENDANT __GUILTY__
                                       GUILTY/NOT GUILTY

OF THE OFFENSE OF MONEY LAUNDERING, AS CHARGED IN COUNT SIX OF THE

SUPERSEDING INDICTMENT.

7.   WE, THE JURY, FIND THE DEFENDANT __GUILTY__
                                       GUILTY/NOT GUILTY

OF THE OFFENSE OF MONEY LAUNDERING, AS CHARGED IN COUNT SEVEN OF THE

SUPERSEDING INDICTMENT.

DATED: __June 30, 2005__

s/Juror                          s/Juror

s/Juror                          s/Juror

s/Juror                          s/Juror

s/Juror                          s/Juror

s/Juror                          s/Juror

s/Juror                          s/Foreperson