# United States District Court

DISTRICT OF _____

v.

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 04-20031

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P. McCuskey | Froosman/Carlisle | Barringer |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6-14-05 — | LC | SJ  mt |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 104 | 6-27-05 | ✓ | ✓ | File re Patridge from Vernita Boyd — obj — OR only p. 27 to go to jury — remainder adm generally not to jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

| | | US | vs. | Patridge | CASE NO. 04-20031 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 38 | 6-15-05 | ✓ | ✓ | 1/28/03 Phillips transcript — not to jury (Limited Purpose) |
| | 39 | 6-16-05 | ✓ | ✓ | 1/28/03 Tape of Phillips — not to jury |
| | 102J | 6-28-05 | ✓ | ✓ | Video Tape of Vallone — not to jury |
| | 103 | 6-21-05 | ✓ | ✓ | Handwritten note of Nellie McCullough — no ally |

Page ___ of ___ Pages