**E-FILED**
Tuesday, 12 July, 2005  04:24:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                          Case No.   CR 04-20031

DENNY R. PATRIDGE


### DEFENDANT'S MOTION FOR ORDER OF DISMISSAL OF INDICTMENT IN COUNTS 2,3,4,5,6,AND 7 PURSUANT TO 26 U.S.C. § 7201 FOR VIOLATING CONSTITUTION,  AND IN THE ALTERNATIVE, MOTION FOR JUDGEMENT OF ACQUITTAL, AND IN THE ALTERNATIVE, TO SET ASIDE THE VERDICT AS TO COUNTS 2, 3,4,5,6, AND 7 FOR INSUFFICIENT EVIDENCE,  AND IN THE ALTERNATIVE, MOTION FOR ORDER OF NEW TRIAL,  AND FINALLY, FOR ORDER DISMISSAL OF INDICTMENT AND VERDICT UPON RULE OF LENITY GROUNDS

The Defendant, by and through his attorney, Jerold Barringer, moves the

Court for an Order (1)  dismissing Counts 2,3, pursuant to 26 U.S.C. § 7201

violating the constitution of the United States of America as being vague and

ambiguous, and (2) dismissing Counts 4,5,6 and 7 for the same reason they are as a

matter of law relying upon Counts 2 (and 3); in the alternative, (3)  Motion for

Judgement of Acquittal as to Counts 2,4,5,6 and 7, and in the alternative, (4)

Motion for Judgement of Acquittal as to Count 3; and in the alternative,(5)  Motion

for Judgement of Acquittal as to Count 6 and 7; (6) the setting aside the Jury's

1

Verdict regarding Counts 2,3,4,5,6 and 7, and dismissing the charges for insufficient

evidence grounds, and in the alternative, (7) Motion for Order of New Trial, and

finally, in the alternative, (8) Motion to Dismiss Counts 2,3,4,5,6 and 7 both as to

the indictment and the Juries Verdict based upon the Rule of Lenity.


## QUESTIONS PRESENTED

1.    WHETHER 26 U.S.C. § 7201 REGARDING THE PHRASE "ATTEMPT
      IN ANY MANNER TO EVADE OR DEFEAT" IS
      UNCONSTITUTIONALLY VAGUE AND AMBIGUOUS?

2.    WHETHER COUNTS 2 AND 3 SHOULD BE DISMISSED BY THIS
      COURT BASED UPON SECTION 7201 BEING
      UNCONSTITUTIONALLY VAGUE AND AMBIGUOUS?  And if so,

      a.    WHETHER COUNTS 4,5,6 AND 7 SHOULD BE DISMISSED AS
            THEY RELY UPON COUNT 2 AND COUNT 2 SHOULD BE
            DISMISSED FOR BEING UNCONSTITUTIONALLY VAGUE
            AND AMBIGUOUS?

3.    WHETHER THIS COURT SHOULD DIRECT JUDGEMENT OF
      ACQUITTAL AS TO COUNTS 2,4,5,6 AND 7 ON GROUNDS THE
      GOVERNMENT ENTERED NO EVIDENCE FROM WHICH THE JURY
      COULD ASCERTAIN THE ELEMENT IN COUNT TWO THAT
      DEFENDANT OWED OR HAD DUE ANY AMOUNT OF TAXES TO
      THE UNITED STATES FOR CALENDER YEARS 1996 AND 1997?

4.    WHETHER THIS COURT SHOULD DIRECT JUDGEMENT OF
      ACQUITTAL AS TO COUNT 3, AS THE GOVERNMENT FAILED TO
      ESTABLISH ANY EVIDENCE THE DEFENDANT WAS REQUIRED TO
      FILE ANY TAX RETURN FOR CALENDER YEAR 1999?

5.     WHETHER THIS COURT SHOULD DIRECT JUDGMENT OF ACQUITTAL AS TO COUNTS 6 AND 7 AS NO EVIDENCE WAS ENTERED THAT ANY ILL-GOTTEN GAINS WAS RECEIVED BY THE DEFENDANT NOR THAT ANY GAINS WERE DERIVED FROM A FEDERAL OR STATE CRIME?

6.     WHETHER THE GOVERNMENT ENTERED EVIDENCE TO SUSTAIN THE JURY VERDICT AS TO EACH ELEMENT OF THE CRIMES ALLEGED IN THE INDICTMENT?

7.     WHETHER THE COURT SHOULD GRANT THE DEFENDANT A NEW TRIAL SINCE THE JURY WAS INCORRECTLY INSTRUCTED ON THE LAW AND ELEMENTS OF THE CRIMES ALLEGED IN THE INDICTMENT?

8.     WHETHER THE COURT SHOULD SET ASIDE THE JURY VERDICT AND DISMISS THE REMAINING PARTS OF THE INDICTMENT ON APPLICATION OF THE RULE OF LENITY GROUNDS?

Defendant has filed a Memorandum in Support of this Motion[s]

simultaneously herewith.


Respectfully Submitted

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646

3

CERTIFICATE OF SERVICE


I HEREBY CERTIFY THAT a true and correct copy of this Motion to Dismiss the  Indictment, For Judgement of Acquittal, New Trial, and Apply Rule of Lenity has been electronically delivered through the Court's ECF system on July 12, 2005 to



Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875



/s/ Jerold Barringer