**E-FILED**
Thursday, 18 August, 2005  03:00:50 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  04-20031 |
| | ) | |
| DENNY PATRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR RESTRAINT OF ASSETS

The United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and moves this Court for an Order pursuant to 28 U.S.C. §1651, known as the All Writs Act, to prevent the defendant from dissipating both monetary and real estate assets.

In support of said motion, the government files the attached Affidavit of Special Agent Bernard Coleman of the Internal Revenue Service, and Memorandum of Law. For reasons set forth in the Memorandum, the government requests that the Court not require a specific hearing or appearance of the parties prior to consideration of the Motion.

Respectfully submitted,
JAN PAUL MILLER
United States Attorney

s/ Hilary W. Frooman
HILARY W. FROOMAN, Reg # 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jerold W. Barringer, Attorney at Law, P.O. Box 213, Nakomis, IL 62075, jwbarringer@consolidated.net

s/ Hilary W. Frooman
HILARY W. FROOMAN, Reg # 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov

2