IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                                  Case No.  CR 04-20031

DENNY R. PATRIDGE

FIRST DECLARATION OF DENNY PATRIDGE

My name is Denny Patridge and I am the Defendant in the within case and I declare the following.

Except for $ 25,000.00 I am unable to retrieve any of the money from the offshore accounts as I was informed it has been frozen by the Government. *Exhibit 1 attached*.   The IRS has placed a lien on my name and this alone secures the Government with regard to any taxes the law concludes I owe according to it for purpose of any real estate including the home I live in.  *Exhibit 2 attached*.

My attorney was not paid any money to bring the action against Bobbie Mickey, Larry Phillips or J.K. Harris.   The action I and my wife filed is for Breach of Contract and Common Law Fraud.

I recently received a letter informing me that the civil side of the IRS was

1

moving forward with my CDP rights now that the Jury verdict was rendered. *Exhibit 3 attached*. Myself and my attorney attended the "hearing" where the "settlement officer" reported he was unaware of any specific code section which would support the whipsaw tax purportedly imposed through the Notice of Deficiencies dated January 27, 2000. I was informed, and it is tape recorded, that the IRS refused to address any issue arising from the liability.

    I am intending to appeal his final determination once it is issued. I have a right under section 6330 to appeal that decision and section 6330 "suspends" all collection action until such time as 90 days has lapsed after the final Court decision has been rendered.

    Recently, I was sent a letter sent by the U.S. Department of Justice to one of the Companies I sell insurance for claiming that I was ordered to pay 1.1 Million in "restitution" by this Court. *Exhibit 4 attached*.

    This caused me to lose my position with the Company. Also, recently, after the Government contacted the bank I currently then did business with, my account was closed and I could no longer make deposits at that bank.

    I have read the affidavit of Agent Coleman and I find he has made no new claims that were not already made prior to the indictment. It appears from his affidavit he may be interfering with my right and that of my wife to sue J.K.

Harris, Mickey and Phillips.  I am currently contemplating whether to seek further relief in this regard.

I have to admit I am a little confused about how the Government, on the one hand, reactivates my CDP hearing, where it seeks to collect on Notices which were not derived from any specific provision of the Internal Revenue Code, and while at the same time, the same Government, seeks an order of "restitution" in the criminal case brought against me for the same or different amounts.   Originally, when asked by my counsel, the Settlement Officer responded that the penalty provision is what authorized the whipsaw Notice of Deficiency.

I declare under penalty of perjury pursuant to  28 U.S.C. § 1746(1) that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 23 date of August 2005

/s/Denny Patridge
Denny Patrdige