SENT BY: ;    JUN-13-05 12:39PM;    PAGE 1/1

P O Box 120, Hunkins Jewels Main Street, Charlestown,
Nevis, West Indies Tel #(869)-469-0981/Fax# 469-9215
e-mail: kimsingh@caribsurf.com

**Morison Anderson Trust Company, Ltd.**



# FAX

| | | | |
|---|---|---|---|
| **To:** | Denny Partridge | **From:** | Kim Singh |
| **Fax:** | 217-544-3108 | **Date:** | June 13, 2005 |
| **Phone:** | | **Pages:** | 1 (Including Cover Sheet) |
| **Re:** | SULTAN SERVICES LTD. | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☑ Please Reply    ☐ Please Recycle

Hello Denny,

I am almost certain that you are aware of the situation with regards to your funds at Crowne Guardian Bank —Grenada. The Bank is presently under voluntary investigation/liquidation and all the assets are frozen which includes the funds in Sultan Services. Things have to be worked out legally and therefore we do not know when this process will be over. That is the reason why Vanessa was in touch with you in February of this year with regards to setting up a new bank account. I see no record of your response to her email.

We again apologize deeply for the inconvenience.

Sincerely,

Kim Singh
Internal Auditor