Form 668 (Y)(c)
(Rev. October 2000)

105

**Department of the Treasury - Internal Revenue Service**
**Notice of Federal Tax Lien**

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (800) 029-3903 | Serial Number 360068545 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

SHELBY COUNTY, ILLINOIS
NO. 00-4796
FILED Dec. 6, 2000
AT 3:05 P.m.
Marjorie J. Stall RECORDER

Name of Taxpayer DENNY & JUDY PATRIDGE

Residence    PO BOX 206
             STRASBURG, IL 62465-0206

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1996 | 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 | 05/07/2000 | 06/06/2010 | 130736.75 |
| 1040 | 12/31/1997 | 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 | 08/07/2000 | 09/06/2010 | 88675.47 |

Place of Filing    County Clerk and Recorder
                   Shelby County
                   Shelbyville, IL 62565

Total $ 219412.22

This notice was prepared and signed at    CHICAGO, IL    , on this,

the    17th    day of    November    , 2000.

Signature                                  Title ACS
for JEFFERY D. EPPLER                      (800) 829-3903          36-01-0008

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409).

Part 2 - Internal Revenue Service TDA Copy

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X