UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CR04-20031 |
| | ) | |
| DENNY R. PATRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

Now comes the United States by its attorneys, JAN PAUL MILLER, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, HILARY W. FROOMAN, and requests a continuance of 75 - 90 days of the previously scheduled sentencing hearing date.

Sentencing in *United States v. Denny Patridge* is currently set for November 21, 2005. For a variety of reasons, the government requests that the hearing be continued.

The government, and the government believes the defense also, has ordered certain trial transcripts. The court reporter who must complete the transcripts is unusually busy at the present time and has not had an opportunity to complete the transcripts ordered for the Denny Patridge sentencing hearing. She will require several weeks to complete the ordered transcripts and both prosecution and defense will require time to carefully review the transcripts. Therefore, additional time to prepare for the sentencing hearing is necessary.

2:04-cr-20031-MPM-DGB    # 161    Page 2 of 4

Vince Kistner, United States probation officer, has indicated that to gain full insight into the defendant's finances, he will require additional time to prepare the presentence report.

Further, while the United States Probation Officer assigned to any complex case may often consult a case agent to get information about either a victim's or a defendant's financial situation, in this particular case, brief contact between the government and the probation officer has revealed that substantial contact and discussion regarding the defendant's financial information will be necessary in order for the probation officer to determine facts relevant for the presentence report.  The additional time requested for the sentencing hearing is an estimate at the present time. The government may find it necessary to obtain information via subpoena if clarification or additional information is necessary for a the sentencing hearing.

WHEREFORE, the government respectfully requests:

1.  That the sentencing hearing of Denny R. Patridge be continued for 75 to 90 days;

2.  That the United States Probation Officer be allowed complete freedom of access to any and all information he believes should be included in the Presentence Report.  The United States Probation Officer should be given complete freedom to consult with the IRS case agent, IRS revenue agent and the Assistant United States

2

Attorney assigned to this case, in addition to the defendant and his counsel, with respect to any fact or information regarding the defendant's finances and any other fact on which the probation officer requires clarification.

        Respectfully submitted,

        JAN PAUL MILLER
        United States Attorney

        s/ Hilary W. Frooman
        HILARY W. FROOMAN
        Assistant United States Attorney
        United States Attorney
        201 S. Vine, Suite 226
        Urbana, Illinois 61802
        217/373-5875
        FAX: 217/373-5891
        hilary.frooman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. Jerold W. Barringer
>Attorney at Law
>P.O. Box 213
>Nokomis, IL 62075
>E-mail: jwbarringer@consolidated.net

>s/ Hilary W. Frooman
>HILARY W. FROOMAN
>Assistant United States Attorney
>United States Attorney
>201 S. Vine, Suite 226
>Urbana, Illinois 61802
>217/373-5875
>FAX: 217/373-5891
>hilary.frooman@usdoj.gov