**E-FILED**
Friday, 28 October, 2005  09:49:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                            Case No.   CR 04-20031

DENNY R. PATRIDGE

DEFENDANT'S RESPONSE TO GOVERNMENT'S EXTENSION REQUEST

Denny Patridge, by and through his attorney Jerold W. Barringer, files this response to the Government's request to extend the sentencing hearing.

Counsel for the Defendant merely points out to this Court that he believes the real reason for the extension concerns the Government's attempt to determine what the Defendant would owe, or what is "due and owing" at this time. Clearly, the Government, by its conduct, is attempting to have that determined at this time. Shortly after the Jury verdict was announced, CID Special Agent Coleman contacted the CDP officer to reactivate the CDP Hearing Procedures.

Those procedures were still ongoing at the time Assistant U.S. Attorney Frooman and Agent Coleman were in contact with CDP to obtain information from CDP to use in the prosecution of this case. Both necessarily interfered with Defendant's right to have the CDP concluded prior to any criminal prosecution. If there is still any question as to the amount "due" or "owing" then this Court should

1

hold that the convictions against this Defendant are defective, and reverse them immediately.

If the Government intends to introduce evidence that it did not introduce at trial, concerning tax loss or anything similar to that issue, then the Defendant clearly objects to this procedure as well. However, the Defendant does recognize the need for transcribed testimony for purposes of the sentencing hearing, and Defendant is well aware that no testimony has been transcribed to date, so on that basis no objection is raised.

Since this Court is well aware that the Defendant does not owe the amounts claimed owed by the Government in the indictment, and the evidence at trial proved the IRS violated section 7214 when it attempted to impose and now collect a whipsaw tax, and a doubled or greater tax not authorized by any federal law, this Court should grant the extension to the Government but with a cautionary directive that limits the evidence it seeks to introduce to only evidence (facts) the Government presented at trial.

WHEREFORE, Defendant files this Response and Limited Objection to the Motion to Continue the Sentencing Hearing, and for such other relief as the Court deems appropriate.

Respectfully Submitted,

By:    /s/ Jerold W. Barringer

Jerold W. Barringer

Counsel for Denny Patridge

Bar # 06185092

Attorney at Law

P.O. Box 213

Nokomis, IL 62075

jwbarrginer@consolidated.net

(217) 563-2646

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of Defendant's

Response to Government's Extension Request has been electronically served this

28 day of October, 2005, through the Court ECF system  to:


Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875


/s/   Jerold W. Barringer
Server