UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                                )| |
| Plaintiff,                     ) | |
|                                )| |
| -vs-                           ) | Case No. CR04-20031 |
|                                )| |
| DENNY R. PATRIDGE,             ) | |
|                                )| |
| Defendant.                     ) | |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

Defendant Denny Patridge is currently scheduled to be sentenced on April 24, 2006. Two days have been set aside, April 24, 2006 and April 25, 2006 for this sentencing.

The government asks the Court to continue the sentencing. Both parties requested portions of the transcript from the court reporter.

Both parties desire to review the transcripts in final form well before the sentencing hearing. Further, the United States Probation officer assigned to this case has indicated that he agreed with the defendant and his attorney that he would be available to review the transcript with them prior to sentencing.

The probation officer must furnish the Pre-sentence Report to the defendant, defendant's counsel, and counsel for the government not less than 35 days before the sentencing hearing unless the defendant waives this minimum period. (Fed.R.Crim.Pro. 32(6)(A).

The date is now April 7, 2006; the sentencing hearing is currently scheduled for April 24 and the defendant has not waived the minimum time period.  Further, the probation officer had agreed to review relevant trial transcripts with the defendant.  Finally, according to Rule 32(6)(A), 35 days is the *minimum* period that the Pre-sentence Report should be available prior to the sentencing hearing.

The undersigned contacted Jerold W. Barringer, counsel for defense, and he has no objection to this motion.

Respectfully submitted,

RODGER A. HEATON
United States Attorney

s/ Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. Jerold W. Barringer
>Attorney at Law
>P.O. Box 213
>Nokomis, IL 62075
>jwbarringer@dtnspeed.net

>s/ Hilary W. Frooman
>HILARY W. FROOMAN
>Assistant United States Attorney
>United States Attorney
>201 S. Vine, Suite 226
>Urbana, Illinois 61802
>217/373-5875
>FAX: 217/373-5891
>hilary.frooman@usdoj.gov