E-FILED
Wednesday, 31 May, 2006  02:14:46 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|     Plaintiff,   ) | |
|   v.   ) | CASE NO.**04-20031-001** |
|     ) | |
| **DENNY R. PATRIDGE,**   ) | |
|     Defendant.   ) | |

## RECEIPT

Per request, received from John M. Waters, Clerk, U.S. District Court for the Central District of Illinois, Transcripts #164 through #173 filed 5/30/06 in above cause (to be returned to Clerk's Office).

Date: 5/31/06

By:    s/  M. Broy
U.S. Attorney's Office
201 S. Vine Street
Urbana, IL 61802