IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CR 04-20031 |
| | ) | |
| DENNY R. PATRIDGE | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO CONTINUE SENTENCING HEARING

Comes Now Defendant, Denny R. Patridge, by and through his attorney, Jerold W. Barringer, and for his Motion to Continue the Sentencing Hearing, states as follows:

1. This matter is set for sentencing hearing on September 25 - 27, 2006, or as much time as needed, on the conviction of Defendant on June 30, 2005.

2. One of the main issues involved in the sentencing process is the calculation of tax loss attributable to the Defendant. As the Court has previously noted on several occasions, the whipsaw Notice of Deficiencies are not an accurate amount for assessing the tax loss against the Defendant.

3. Defendant was found not guilty of Count I, the indictment provided no specific numbers concerning tax loss for Count II, the tax loss listed in count III the jury was not required to find, and there was no specific testimony in trial on the tax loss except as reference to the Notices of Deficiencies.

4. Defendant, through counsel, has previously advised the Court that there are civil proceedings pending concerning the Civil Due Process hearing which was part of the allegations of the indictment, and which Defendant is pursuing in attempt to correct the Notices of Deficiencies at this date.

5. Currently, the status of the civil proceedings are that oral arguments are scheduled at the 7th Circuit on October 4, 2006, and the Commissioner of the Internal Revenue Service is required to produce a valid proof of assessment by September 5, 2006 with the Patridges then to respond in the tax court proceedings.

6. According to Probation Officer Vincent Kistner, the prosecution has produced a tentative tax loss calculation different from anything previously produced, though such calculations have not yet been given to the defense. The Pre-Sentencing Report is due to be issued on August 22, 2006.

7. Probation Officer Kistner suggested, and Defendant agrees, that a continuance would be appropriate considering all the various actions and hearings that are taking place in the near future in these other cases. Probation Officer Kistner has no objection to a continuance of sentencing hearings.

8. Counsel for Defendant advised Assistant U.S. Attorney Hillary Frooman that a continuance may be sought, as a result of just concluding a meeting with Probation Officer Kistner, which both counsel were in Court on a different matter.

9. It is believed that a four month continuance from the September 25, 2006 date

would give the various courts an opportunity to focus, limit and resolve several issues concerning the correct tax loss, and the appropriateness of the Notice of Deficiencies.

    10.   Therefore, Defendant is requesting the Court continue the Sentencing Hearing for these reasons, believing that a continuance is in the best interest of all parties involved, and most capable of efficiently utilizing the Court's valuable time.

    WHEREFORE, Denny R. Patridge, respectfully requests this Honorable Court continue the sentencing hearing to a time convenient to all parties, based upon the representations in this motion.

Respectfully Submitted,

Denny Patridge, Defendant,

By: /s/ Jerold W. Barringer
Jerold W. Barringer
Attorney at Law
IL Bar # 06185092
P.O. Box 213
102 South Pine St.
Nokomis, IL 62075
(217) 563-2646
Jwbarringer@dtnspeed.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Motion for Continuance has been mailed on August 18, 2006 electronically through the Court ECF system to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/   Jerold W. Barringer
Jerold W. Barringer
Attorney at Law
IL Bar # 06185092
P.O. Box 213
102 South Pine St.
Nokomis, IL 62075
(217) 563-2646
Jwbarringer@dtnspeed.net
