E-FILED
Wednesday, 30 August, 2006  03:23:36 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CR 04-20031 |
| DENNY PATRIDGE, | ) |
| Defendant. | ) |

### GOVERNMENT RESPONSE TO DEFENDANT'S
### MOTION TO CONTINUE SENTENCING HEARING

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and answer the defendant's Motion to Continue Sentencing Hearing.

1. The defendant moves to continue his sentencing hearing currently set for September 25-27, 2006. The defendant's reasons are related to the issue of restitution.

2. The defense not only provides several legal reasons for his motion, but he also asserts that Probation Officer Vincent Kistner ("Kistner") "suggested" a continuance. The term "suggests" indicates Kistner proposed and agreed with a continuance to the hearing. This AUSA questioned Kistner regarding his "suggestion" and learned that Kistner had not suggested a continuance. During a meeting with the defendant, Kistner inquired whether Patridge intended to request a continuance. Such inquiry is not a "suggestion." Rather, the defendant has twisted both Kistner's words and Kistner's intent.

3.    The defendant complains that the tax loss figure is a figure not before cited to the defendant. Such an allegation hardly influences the date of a sentencing hearing. Any loss figure on which the defendant previously relied is known only to him. The government includes not only the loss figures on the counts of conviction, but also includes figures from relevant conduct. Therefore, the defendant, indeed, may not previously have seen the loss figure of which he complains.

4.    The defendant supports his motion with the argument that he is "pursuing" correction of the Notices of Deficiency. The defendant fails to explain why his pursuit of a civil remedy should result in a continuance of his criminal sentencing. While the defendant does not state why and/or how a decision in tax court will or may influence the outcome of his sentencing hearing, after a three-week trial, the government can proffer a guess. Based upon the evidence produced and the testimony presented, the government proffers that the defendant may see the outcome of this his tax court hearing as a possible change to the amount of loss for which the defendant will be held responsible.

If it was not clear from the trial, a taxpayer cannot challenge the amount of his tax assessment in a CDP hearing. Once a statutory notice of deficiency has been issued, a taxpayer is barred from presenting argument on the determination of amount owed. *Kindred v. Commissioner of Internal Revenue Service*, 454 F. 3d 688, 699 (7th Cir. 2006). ("The proper time to challenge the amount, existence or timeliness of the IRS' proposed assessment would have been to file a petition with the Tax Court within 90 days of receipt of the statutory notice of deficiency." *See* IRC §6213(a).

For the reasons stated, the government urges the Court to deny the Motion to Continue Sentencing Hearing.

Respectfully submitted,

RODGER A. HEATON
United States Attorney

s/ Hilary W. Frooman
HILARY W. FROOMAN
Assistant United States Attorney
United States Attorney
Southern District of Illinois
9 Executive Drive, Suite 300
Fairview Heights, IL 62208
Tel: 618/628-3708
Fax: 618/628-3730
hilary.frooman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. Jerold W. Barringer
>Attorney at Law
>P.O. Box 213
>Nokomis, IL 62075
>jwbarringer@dtnspeed.net

>s/ Hilary W. Frooman
>HILARY W. FROOMAN
>Assistant United States Attorney
>United States Attorney
>Southern District of Illinois
>9 Executive Drive, Suite 300
>Fairview Heights, IL 62208
>Tel: 618/628-3708
>Fax: 618/628-3730
>hilary.frooman@usdoj.gov