E-FILED
Wednesday, 30 August, 2006 05:21:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                            Case No.   CR 04-20031

DENNY R. PATRIDGE

MOTION TO COMPEL DISCOVERY

The Defendant, by and through his attorney, Jerold W. Barringer, moves the Court for an Order directing the United States Government turn over to Defendant and his Counsel the information the United States Government turned over to the Pre-Sentence Investigator, regarding the proposed loss calculations submitted by the Probation Office. Counsel for Defendant has asked both Mrs. Frooman and the Probation Office for the information.. Probation said it could not turn over the information, and Mrs. Frooman has not tendered that information to Counsel.

Respectfully Submitted

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092
Jwbarringer@dtnspeed.net

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Motion to Compel Discovery, have been electronically delivered through the Court's ECF system on August 30, 2006 to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092
Jwbarringer@dtnspeed.net