IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                                                Case No.   CR 04-20031

DENNY R. PATRIDGE


MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY

The Defendant, by and through his attorney, Jerold W. Barringer, files this memorandum in support of his Motion for Court Order directing the United States Government turn over to Defendant and his Counsel the information the United States Government turned over to the Pre-Sentence Investigator, regarding the "proposed" loss calculations submitted by the Probation Office.  Counsel for Defendant has asked both Mrs. Frooman and the Probation Office, and both have refused to tender that information to Counsel.

This Court has repeatedly stated to the Government that it was not going to rely upon illegal whipsaw numbers propounded by the Government to calculate a tax loss for sentencing.  It is impossible to know the source of the "proposed" numbers, but it appears the Government is in fact using the Notice of Deficiency numbers.  The directive this Court has given has fallen on reluctant and deaf ears.

As this Court knows, the Defendant and this Court have been waiting for over a

1

year to review the loss numbers the Government intends this Court to rely upon to impose a sentence within the United States Sentencing Guidelines.[1]  Now, the "report" finally is delivered to the Defendant and Counsel is at a loss as to how these numbers were derived.  The report even states that the final numbers will only be available when the final report is issued.[2]

The report suggests the burden is on Defendant to object to these numbers yet not even Probation has seen these numbers or knows how they were derived.  Therefore, Probation is putting forth numbers that he cannot support or substantiate himself, but he expects the Defendant to challenge with supporting facts the propounded numbers .  This mystery needs to end.   This Court told the Government that if they did not come in with actual numbers supported by the tax law, and not the whipsaw numbers,  that it would find no loss and let the Government appeal that decision.   No new numbers and no explanation of those numbers exists.

---

[1]  Something that will not be necessary if this Court decides to Grant the Defendant's Motion to Dismiss filed simultaneously herewith.   This case is likely to be returned to this Court by the Seventh Circuit on issues too numerous to mention.

[2]  Defendant is also this date filing a Motion to Continue the time period to respond to the "report" issued by Probation until such time as the Government decides to make public to this Defendant and his Counsel how they arrived at their suggested loss.

        Respectfully Submitted

        <u>/s/ Jerold Barringer</u>
        Jerold Barringer
        Attorney at Law
        P.O. Box 213
        Nokomis Illinois 62075
        217-563-2646
        IL Bar # 06185092
        Jwbarringer@dtnspeed.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Memorandum in Support of Motion to Compel Discovery, have been electronically delivered through the Court's ECF system on August 30, 2006 to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875


/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092
Jwbarringer@dtnspeed.net