E-FILED
Wednesday, 30 August, 2006  05:28:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.   Case No.   CR 04-20031

DENNY R. PATRIDGE

MOTION FOR EXTENSION/CONTINUANCE OF TIME
FOR OBJECTION TO SENTENCING REPORT

The Defendant, by and through his attorney, Jerold W. Barringer, REQUESTS an EXTENSION or CONTINUANCE in which to file objections to the Probation "report" recommending a sentence of imprisonment for Defendant based upon "loss" that neither Mrs. Frooman nor the Probation Office have agreed to tender.  Probation said it could not tender the information, and Mrs. Frooman has not tendered the information.  That information and the theory employed must be given to Counsel so that proper objections can be raised.

As this Court has repeatedly stated to the Government that it was not going to rely upon illegal whipsaw numbers propounded by the Government to calculate a loss for sentencing, that directive this Court has given has fallen on reluctant and deaf ears.

As this Court knows, the Defendant and this Court have been waiting for over a year to review the loss numbers the Government intends this Court to rely upon to impose

1

a sentence within the United States Sentencing Guidelines.[1] Now, the "report" finally has been delivered to the Defendant and Counsel is at a loss as to how these numbers were derived. The report even states that the final numbers will be available only when the final report is issued.[2]

The report suggests the burden is on Defendant to object to these numbers yet not even Probation has seen these numbers or how they were derived. This mystery needs to end. This Court told the Government that if they did not come in with actual numbers supported by the law, and not the whipsaw numbers, that it would find no loss and let the Government appeal that decision. No new numbers and no explanation of those numbers exists.

THEREFORE, Defendant respectfully request this Court issue an Order continuing or extending the time period Defendant is to respond to the "report" for sentencing until 14 days after either Probation or the Government tenders to Counsel for Defendant the calculations and the theory on how those loss numbers were derived.

---

[1] Something that will not be necessary if this Court decides to Grant the Defendant's Motion to Dismiss filed simultaneously herewith. This case is likely to be returned to this Court by the Seventh Circuit on issues too numerous to mention.

[2] Defendant is also this date filing a Motion to Continue the time period to respond to the "report" issued by Probation until such time as the Government decides to make public to this Defendant and his Counsel how they arrived at their suggested loss.

        Respectfully Submitted

        <u>/s/ Jerold Barringer</u>
        Jerold Barringer
        Attorney at Law
        P.O. Box 213
        Nokomis Illinois 62075
        217-563-2646
        IL Bar # 06185092
        Jwbarringer@dtnspeed.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Motion to Continue/Extension, has been electronically delivered through the Court's ECF system on August 30, 2006 to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092
Jwbarringer@dtnspeed.net