IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.  CR 04-20031

DENNY R. PATRIDGE

MOTION TO DISMISS
SUPERCEDING INDICTMENT

The Defendant, by and through his attorney, Jerold W. Barringer, files his Post Trial Motion to Dismiss ("pending") the Superceding Indictment based upon the indictment being brought, and the process causing and accomplishing ongoing violations of Denny Patridge's Fifth and Sixth Amendment Rights pursuant to Fed.R.Cr.Pr. 12(b)(3)(B).  This Motion is brought in part due to the recent revelation by Prosecution that this Court was the complainant against Defense witness Brent Winters prior to July 9, 2002 and that this Court refused to allow Mr. Winters to testify because of that investigation began at the request of this Court.   The denial of Mr.  Patridge's right to confront witnesses, and to put on a complete good faith defense denied Denny Patridge the due process involved in a Criminal Indictment, and his Sixth Amendment Right to call witnesses in aid of his defense, and denied his Right to present to the jury a Good Faith Reliance defense.  The denial of these rights has always appeared to be the plan of the

1

prosecution, and now it is disclosed that the process began with the aid of this Court.

Dismissal is therefore warranted.

Respectfully Submitted

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092
Jwbarringer@dtnspeed.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Motion to Dismiss the Superceding Indictment, have been electronically delivered through the Court's ECF system on August 30, 2006 to:


Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875


/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092
Jwbarringer@dtnspeed.net