E-FILED
 Wednesday, 30 August, 2006 09:40:53 PM
 Thursday, 17 August, 2006 05:12:53 PM
 Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KENTON W. TYLMAN, | ) | Case No. CR06-20023 |
| BRENT A. WINTERS, | ) | |
| DEBRA J. HILLS a/k/a "DEB" HILLS, | ) | |
| | ) | |
| Defendants. | ) | |

**INFORMATIONAL NOTICE**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Hilary W. Frooman, files this Notice to inform the Court, all counsel and parties information potentially relevant to this case, and to allow any party to address the matters herein with the Court.

1. Jan Paul Miller, the former United States Attorney for the Central District of Illinois informed the undersigned Assistant U.S. Attorney, that Chief Judge Michael P. McCuskey had provided him background information regarding Defendant Brent A. Winters, and recommended an investigation of Winters' possible criminal conduct.

2. Additionally, on or about July 9, 2002, following the sentencing of Dwight D. Larson, *United States v. Dwight D. Larson*, 01-cr-20041, Chief Judge Michael P. McCuskey inquired of AUSA Hilary W. Frooman regarding the progress of any investigation of Brent Winters. The AUSA informed the Court that she had no

information to provide at that time.

      3. On July 13, 2000, following a hearing with respect to a search of 913 17th Street, Charleston, Illinois, this Court concluded that:

> . . .the testimony of Brent Winters was deceptive and contradictory. The testimony of Mr. Winters was conflicting and impeached in many ways, as set forth on page 10 of the Government's Response. Moreover, the testimony of Mr. Winters is disturbing to this Court because he is a licensed attorney and, as an officer of the Court, he should have testified in a more truthful manner.

Order, 00-U-13, 00-U-14 and 00-U-15.

      4.    Title 28, United States Code, Sections 455(a) and 455(e) governs the standards under which a Judge may consider recusal in a case where his impartiality might reasonably be questioned unless waived based on a full disclosure on the record of the basis for disqualification. The government is not seeking recusal in this instance, and does not believe it is required. However, due to the nature of the self-representation by Mr. Winters, and the difficulty this has made in communicating relevant information and seeking a response in a non-adversarial manner, the

government respectfully requests that this Court set a date certain prior to the trial for the defense to file any motion based on this information, after which it be deemed waived.

    Respectfully submitted,

    RODGER A. HEATON
    United States Attorney

    s/ Hilary W. Frooman
    HILARY W. FROOMAN, Reg # 6180241
    Assistant United States Attorney
    201 S. Vine, Suite 226
    Urbana, Illinois 61802
    217/373-5875
    FAX: 217/373-5891
    hilary.frooman@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on August 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Brent A. Winters | John C. Taylor |
| Attorney at Law | Federal Defender's Ofc |
| 11318 Via Vista | 300 W. Main St. |
| Nevada City, CA 95959 | Urbana, IL 61801 |
| commonlawyer@infostations.net | john_taylor@fd.org |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Debra J. Hills, a/k/a Deb Hills, 913 17th Street, Charleston, IL 61920

                      s/ Hilary W. Frooman  
                        HILARY W. FROOMAN, Reg # 6180241  
                        Assistant United States Attorney  
                        201 S. Vine, Suite 226  
                        Urbana, Illinois 61802  
                        217/373-5875  
                        FAX: 217/373-5891  
                        hilary.frooman@usdoj.gov