IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.  CR 04-20031

DENNY R. PATRIDGE

NOTICE TO SUPPLY EXHIBITS TO ATTACH TO MEMORANDUM IN
IN SUPPORT OF MOTION TO DISMISS ON 5TH AND 6TH AMENDMENT
VIOLATIONS

The Defendant, by and through his attorney, Jerold W. Barringer, gives notice to the Government and of the supplying Exhibits listed in Memorandum in Support of Motion to Dismiss for violation of 5th and 6th Amendment Rights of Denny Patridge.

Respectfully Submitted

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092
Jwbarringer@dtnspeed.net

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Notice to Supply Exhibits Attached to Memorandum in Support of Defendant's Motion to Dismiss on 5th and 6th Amendment Rights Violations has been electronically delivered through the Court's ECF system on September 1, 2006 to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092
Jwbarringer@dtnspeed.net