**AP**
2 Suits Claim Company Failed on Tax Help
Tuesday June 6, 6:27 pm ET
By David B. Caruso, Associated Press Writer

2 NYC Lawsuits Claim Company Failed to Deliver Promised Tax Help

NEW YORK (AP) -- A company whose nationwide advertising offered tax delinquents a chance to settle with the IRS for "pennies on the dollar" collected hefty fees but often couldn't deliver on its promises, according to a pair of lawsuits.

New York City's Department of Consumer Affairs filed a lawsuit Monday accusing American Tax Relief of bombarding households with junk mail that exaggerated what it could do for clients with big tax debts.

Separately, a Brooklyn woman filed a class action lawsuit June 1 claiming she and other clients paid thousands of dollars to the Los Angeles firm and wound up with the same debts with which they'd started.

"They never helped me at all," said Willie Mae Brown, a retiree who says she paid the company $5,000 to help resolve what was then a $50,000 tax debt.

Brown, 53, said she later learned she didn't qualify for the Internal Revenue Service settlement program the company was pitching to its clients. She eventually had to pay the IRS about $80,000.

"They lied to me, up until the very end," Brown said.

An attorney for American Tax Relief, Charles L. Kreindler, defended the truthfulness of the company's advertising. He said the firm has saved "millions of dollars for thousands of taxpayers since 1998" but never claimed it could save money for everyone.

Kreindler blamed complaints about the company's performance on the frustrations of desperate delinquents.

"In any business like this, you are naturally going to get disgruntled clients," he said. "These people are in big trouble, and they are looking for a way out."

Tax settlement businesses have come under scrutiny across the country.

The Internal Revenue Service warned in 2004 that it was seeing unscrupulous companies charge excessive fees to people who had no real chance of having debts reduced under the government's "offer-in-compromise" program.

Under the plan, some taxpayers can have their debts reduced, but only if there is no likelihood they could ever pay the full amount. Of the 74,000 applications to the program in 2005, the IRS accepted 19,000.

Several states have filed lawsuits against JK Harris & Co., of North Charleston, S.C., which also had advertised that it could negotiate tax settlements for "pennies on the dollar."

The company has since dropped the phrase from marketing materials and settled complaints by state officials in Missouri and Kansas. Talks with other states are under way. Company spokesman Josh Baker said he is confident the firm conducts business in an ethical fashion.

New York's Department of Consumer Affairs filed a complaint in October against the Law Offices of Roni Lynn Deutch, a California attorney who ran television commercials offering customers a chance to "Resolve your back taxes without paying anything to the IRS."

That case is pending. An attorney for Deutch did not immediately return a phone message Tuesday.

In its complaint against American Tax Relief, filed in state court in Manhattan, the city took aim at mailings in which the company said it could use "recently passed NEW laws" to "eliminate suffocating IRS payment plans."

"Our staff of tax professionals has helped thousands settle their taxes for only Pennies-on-the-Dollar," the flier said.

Brown, who sued in state court in Brooklyn, said she got the same promise on the phone.

"They told me, 'That money is yours. You worked for it. You just relax and stick with us,'" Brown said. "It was exactly what I wanted to hear."

But after sending in her payment check and reams of paperwork, Brown said, she heard little from the company except requests for more documentation. She eventually went to another lawyer, Randall Newman, who explained that her retirement savings made her ineligible for an IRS settlement.

Newman and class action attorney Stephen DeNittis are handling Brown's suit against the company.

The Better Business Bureau of the Southland, which serves Los Angeles and three other counties in Southern California, said it had received 161 complaints about American Tax Relief over the past 36 months. It gave the company its lowest rating: a grade of F.