# Attorney General's News Release

June 30, 2005

## Nationwide company offering deceptive 'debt relief' services to pay $43,000 in agreement with Nixon

**Kansas City, Mo.** — J.K. Harris Holding Co., a company that advertised it would settle delinquent tax debt for "pennies on the dollar," will fully reimburse $18,118 to nine consumers and pay the state $25,000 in costs under an agreement with Attorney General Jay Nixon.

In a consent judgment filed in Jackson County Circuit Court, J.K. Harris Holding of North Charleston, S.C., will cease deceptive sales practices and will refund the fees paid for services to negotiate lower tax liabilities. Individuals paid from $390 to $2,700 for services that either were not delivered or were not delivered as promised.

"This company told Missouri consumers that it could reduce their tax debt to practically nothing, but for several consumers, that was not the case," Nixon said. "Companies need to know that deceptive sales pitches are against the law in Missouri, and we will zealously protect the rights of the consumer in these matters."

In a lawsuit filed in January, Nixon alleged that J.K. Harris conducted business in Missouri without being registered with the Secretary of State, and made misleading claims that the company could settle tax debt for "pennies on the dollar." The company also made claims that tax professionals and former IRS agents were available to consult with clients. In reality, consumers only talked to sales representatives.

In addition to the monetary restitution and payment to the state, J.K. Harris must provide a full listing of all complaints it has received from consumers located in Missouri. Under the consent judgment, for the next 90 days J.K. Harris will remain liable for any new verifiable complaints it might receive related to allegations in the lawsuit.

---

A class action lawsuit was recently filed against the nation's largest tax resolution company, JK Harris & Company LLC, for breach of fiduciary duty and breach of contract including the covenant of good faith and fair dealing. The lawsuit seeks to stop JK Harris & Company from continuing unacceptable business practices.

1. The action is brought on behalf of all persons or entities that entered into contracts with JK Harris & Company LLC to supply tax services where fees were charged for JK Harris &

Company's Offer In Compromise services.

"JK Harris & Company told our clients they could help them out of an already difficult financial situation," said the attorney representing the plaintiffs. "Instead they had them pay for services they didn't need, nor qualify for, ignored their case for almost a year and offered advice which made them incur penalties and interest from the IRS. Consumers deserve better than this." On February 3, 2004, the Internal Revenue Service issued a consumer alert warning taxpayers about businesses claiming that taxdebts can be settled for "pennies on the dollar" through the Offer In Compromise program. According to the Better BusinessBureau (BBB) serving South Carolina, JK Harris & Company LLC has an "unsatisfactory record with the Bureau due to a pattern of complaints." The BBB processed more than three hundred complaints against JKHC in the past year.