IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                              Case No.   CR 04-20031

DENNY R. PATRIDGE


MOTION TO DISMISS INVOLVING GOVERNMENT'S FAILURE TO PROVE DEFENDANT WAS AWARE OF 26 U.S.C. § 7201 AS REQUIRED BY SUPREME COURT HOLDING *Bryan v. U.S.* 524 U.S. 184, 194 (1998).

The Defendant, Denny Patridge, by and through his attorney, Jerold Barringer, moves the Court to Dismiss Counts II through VII of the Superceding Indictment on grounds the Government failed to present and prove any evidence Defendant was specifically aware of 26 U.S.C. § 7201, regarding the element of willfulness, which required the Government prove the Defendant was aware of the specific provision of the law he was charged with violating pursuant to *Bryan v. U.S.* 524 U.S. 184, 194 (1998).

QUESTIONS PRESENTED

1.  DID THE GOVERNMENT ALLEGE THE PROPER ELEMENT OF WILLFUL IN THE INDICTMENT?

2.  DID THE GOVERNMENT PROVE THE DEFENDANT HAD SPECIFIC KNOWLEDGE OF SECTIONS 7201, 7206?

3.  DID THE GOVERNMENT PROVE THE DEFENDANT WAS AWARE OF HOW STATE LAW GOVERNED THE TAX CONSEQUENCES OF HIS ACTIONS?

THEREFORE, Defendant respectfully request this Court Dismiss the Superceding Indictment for the reasons stated herein and as more fully set forth in the Memorandum filed in supporter thereof filed simultaneously herewith.

        Respectfully Submitted

        /s/ Jerold Barringer
        Jerold Barringer
        Attorney at Law
        P.O. Box 213
        Nokomis Illinois 62075
        217-563-2646
        IL Bar # 06185092
        Jwbarringer@dtnspeed.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of Defendant's Motion to Dismiss the Superceding Indictment regarding Government's failure to prove Defendant was aware of 26 U.S.C. § 7201, has been electronically delivered through the Court's ECF system on September 5, 2006 to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092
Jwbarringer@dtnspeed.net