# Form 1040 — U.S. Individual Income Tax Return 1990

Department of the Treasury—Internal Revenue Service

For the year Jan.–Dec. 31, 1990, or other tax year beginning _____, 1990, ending _____, 19__ (0) OMB No. 1545-0074

E-FILED
Tuesday, 05 September, 2006 03:29:18 PM
Clerk, U.S. District Court, ILCD

**Label** (See Instructions on page 8.)
Use IRS label. Otherwise, please print or type.

- Your first name and initial | Last name | Your social security number
- If a joint return, spouse's first name and initial | Last name | Spouse's social security number
- Home address (number and street) (If you have a P O box, see page 9.) | Apt no.
- City, town or post office, state, and ZIP code. (If you have a foreign address, see page 9)

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign** (See page 9.)
- Do you want $1 to go to this fund? — Yes / No
- If joint return, does your spouse want $1 to go to this fund? — Yes / No

Note: Checking 'Yes' will not change your tax or reduce your refund.

**Filing Status** — Check only one box.
1. Single. (See page 10 to find out if you can file as head of household.)
2. Married filing joint return (even if only one had income)
3. Married filing separate return. Enter spouse's social security no. above and full name here. ▶ _____
4. Head of household (with qualifying person). (See page 10.) If the qualifying person is your child but not your dependent, enter this child's name here. ▶ _____
5. Qualifying widow(er) with dependent child (year spouse died ▶ 19__). (See page 10.)

**Exemptions** (See Instructions on page 10.)

6a. ☐ Yourself  If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2
b. ☐ Spouse

c. Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1990 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than 6 dependents, see Instructions on page 11.

- No. of boxes checked on 6a and 6b: ____
- No. of your children on 6c who:
  - lived with you ____
  - didn't live with you due to divorce or separation (see page 11) ____
- No. of other dependents on 6c ____

d. If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐
e. Total number of exemptions claimed ......

Add numbers entered on lines above ▶ ____

**Income**

Attach Copy B of your Forms W-2, W-2G, and W-2P here

If you do not have a W-2, see page 8.

Attach check or money order on top of any Forms W-2, W-2G, or W-2P.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | |
| 8a | **Taxable** interest income (also attach Schedule B if over $400) | |
| 8b | **Tax-exempt** interest income (see page 13). DON'T include on line 8a | |
| 9 | Dividend income (also attach Schedule B if over $400) | |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 14 | |
| 11 | Alimony received | |
| 12 | Business income or (loss) (attach Schedule C) | |
| 13 | Capital gain or (loss) (attach Schedule D) | |
| 14 | Capital gain distributions not reported on line 13 (see page 14) | |
| 15 | Other gains or (losses) (attach Form 4797) | |
| 16a | Total IRA distributions | |
| 16b | Taxable amount (see page 14) | |
| 17a | Total pensions and annuities | |
| 17b | Taxable amount (see page 14) | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | |
| 19 | Farm income or (loss) (attach Schedule F) | |
| 20 | Unemployment compensation (insurance) (see page 16) | |
| 21a | Social security benefits | |
| 21b | Taxable amount (see page 16) | |
| 22 | Other income (list type and amount—see page 16) | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | |

**Adjustments to Income** (See Instructions on page 17.)

| Line | Description | Amount |
|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 17 or 18 | |
| 24b | Spouse's IRA deduction, from applicable worksheet on page 17 or 18 | |
| 25 | One-half of self-employment tax (see page 18) | |
| 26 | Self-employed health insurance deduction, from worksheet on page 18 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | |
| 28 | Penalty on early withdrawal of savings | |
| 29 | Alimony paid. Recipient's SSN ▶ | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | |

**Adjusted Gross Income**

31. Subtract line 30 from line 23. This is your **adjusted gross income.** If this amount is less than $20,264 and a child lived with you, see page 23 to find out if you can claim the "Earned Income Credit" on line 57 ▶

**Tax Computation**

*If you want IRS to figure your tax, see Instructions on page 19*

| | | |
|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 32 |
| 33a | Check if: ☐ **You** were 65 or older ☐ Blind; ☐ **Spouse** was 65 or older ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a ☐ | |
| b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | |
| c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 19 and check here ▶ 33c ☐ | |
| 34 | Enter the larger of: • Your **standard deduction** (from the chart (or worksheet) on page 20 that applies to you), OR • Your **itemized deductions** (from Schedule A, line 27). If you itemize, attach Schedule A and check here. ▶ ☐ | 34 |
| 35 | Subtract line 34 from line 32 | 35 |
| 36 | Multiply $2,050 by the total number of exemptions claimed on line 6e | 36 |
| 37 | **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | 37 |
| 38 | Enter tax. Check if from: **a** ☐ Tax Table, **b** ☐ Tax Rate Schedules, or **c** ☐ Form 8615 (see page 21) (If any is from Form(s) 8814, enter that amount here ▶ **d** _____) | 38 |
| 39 | Additional taxes (see page 21). Check if from: **a** ☐ Form 4970  **b** ☐ Form 4972 | 39 |
| 40 | Add lines 38 and 39 ▶ | 40 |

**Credits**

*(See Instructions on page 21.)*

| | | | |
|---|---|---|---|
| 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 | |
| 42 | Credit for the elderly or the disabled (attach Schedule R) | 42 | |
| 43 | Foreign tax credit (attach Form 1116) | 43 | |
| 44 | General business credit. Check if from: **a** ☐ Form 3800 or **b** ☐ Form (specify) _____ | 44 | |
| 45 | Credit for prior year minimum tax (attach Form 8801) | 45 | |
| 46 | Add lines 41 through 45 | | 46 |
| 47 | Subtract line 46 from line 40. (If line 46 is more than line 40, enter -0-.) ▶ | | 47 |

**Other Taxes**

| | | |
|---|---|---|
| 48 | Self-employment tax (attach Schedule SE) | 48 |
| 49 | Alternative minimum tax (attach Form 6251) | 49 |
| 50 | Recapture taxes (see page 22). Check if from: **a** ☐ Form 4255  **b** ☐ Form 8611 | 50 |
| 51 | Social security tax on tip income not reported to employer (attach Form 4137) | 51 |
| 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | 52 |
| 53 | Advance earned income credit payments from Form W-2 | 53 |
| 54 | Add lines 47 through 53. This is your **total tax** ▶ | 54 |

**Payments**

*Attach Forms W-2, W-2G, and W-2P to front.*

| | | | |
|---|---|---|---|
| 55 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐ ) | 55 | |
| 56 | 1990 estimated tax payments and amount applied from 1989 return | 56 | |
| 57 | **Earned income credit** (see page 23) | 57 | |
| 58 | Amount paid with Form 4868 (extension request) | 58 | |
| 59 | Excess social security tax and RRTA tax withheld (see page 24) | 59 | |
| 60 | Credit for Federal tax on fuels (attach Form 4136) | 60 | |
| 61 | Regulated investment company credit (attach Form 2439) | 61 | |
| 62 | Add lines 55 through 61. These are your **total payments** ▶ | | 62 |

**Refund or Amount You Owe**

| | | |
|---|---|---|
| 63 | If line 62 is more than line 54, enter amount **OVERPAID** ▶ | 63 |
| 64 | Amount of line 63 to be **REFUNDED TO YOU** ▶ | 64 |
| 65 | Amount of line 63 to be **APPLIED TO YOUR 1991 ESTIMATED TAX** ▶ 65 | |
| 66 | If line 54 is more than line 62, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to 'Internal Revenue Service.' Write your name, address, social security number, daytime phone number, and '1990 Form 1040' on it | 66 |
| 67 | Estimated tax penalty (see page 25) | 67 |

**Sign Here**

*Keep a copy of this return for your records.*

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Your signature | Date | Your occupation

▶ Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address | | E I No | |
| | | ZIP code | |