**E-FILED**
Tuesday, 05 September, 2006  05:32:48 PM
Clerk, U.S. District Court, ILCD

# PAPERWORK REDUCTION ACT SUBMISSION

Please read the instructions before completing this form. For additional forms or assistance in completing this form, contact your agency's Paperwork Clearance Officer. Send three copies of this form, the collection instrument to be reviewed, the Supporting Statement, and any additional documentation to Office of Information and Regulatory Affairs, Office of Management and Budget, Docket Library, Room 10102, 725 17th Street NW, Washington, DC 20503.

**1. Agency/Subagency originating request**
**Department of the Treasury/IRS**

**2. OMB control number**
a. <u>1545</u> -<u>0074</u>        b. ___ None

**3. Type of information collection (check one)**
a. ___ New collection
b. _X_ Revision of a currently approved collection
c. ___ Extension of a currently approved collection
d. ___ Reinstatement, without change, of a previously
    approved collection for which approval has expired
e. ___ Reinstatement, with change, of a previously approved
    collection for which approval has expired
f. ___ Existing collection in use without an OMB control number

For b-f, note item A2 of Supporting Statement instructions

**4. Type of review requested (check one)**
a. _X_ Regular submission
b. ___ Emergency - approval requested by:<u>10</u>/ <u>01</u> / <u>98</u>
c. ___ Delegated

**5. Small entities**
Will this information collection have a significant economic impact on a substantial number of small entities?
___ Yes    _X_ No

**6. Requested expiration date**
a. ___ Three years from approval date
b. _X_ Other  Specify: <u>12 / 00</u>    SEP 1 6 1998


OIRA DOCKET LIBRARY

**7. Title:**  U.S. Individual Income Tax Return

**8. Agency form number (s) (if applicable):**  Form 1040 and Schedules A, B, C, C-EZ, D, D-1, E, EIC, F, H, J, R, and SE

**9. Keywords:** Personal Income Taxes, Tax Return

**10. Abstract:** These forms are used by individuals to report their income tax liability. The data is used to verify that the items reported on the forms are correct, and also for general statistical use.

**11. Affected public** (Mark primary with "P" and all others that apply with "X")
a. _P_ Individuals or households
b. ___ Business or other for-profit
c. ___ Not-for-profit institutions
d. ___ Farms
e. ___ Federal Gov.
f. ___ State, Local or Tribal Gov.

**12. Obligation to respond** (Mark primary with "P" and all that apply with "X")
a. ___ Voluntary
b. ___ Required to obtain or retain benefits
c. _P_ Mandatory

**13. Annual reporting and recordkeeping hour burden**
a. Number of respondents                             71,877,464
b. Total annual responses                           276,493,973
   1. Percentage of these responses
      collected electronically       6%
c. Total annual hours requested                   1,211,582,312
d. Current OMB inventory                          1,143,129,008
e. Difference                                       +68,453,304
f. Explanation of difference
   1. Program change (+, -)                         +38,595,728
   2. Adjustment (+, -)                             +29,857,576

**14. Annual reporting and recordkeeping cost burden** (in thousands of dollars)
a. Total annualized capital/startup costs     _____
b. Total annual costs (O&M)                   _____
c. Total annualized cost requested            _____
d. Current OMB inventory                      _____
e. Difference                                 _____
f. Explanation of difference
   1. Program change                          _____
   2. Adjustment                              _____

**15. Purpose of information collection** (Mark primary with "X")
a. ___ Application for benefits
b. ___ Program evaluation
c. ___ General purpose statistics
d. ___ Audit
e. ___ Program planning or Mgmt
f. ___ Research
g. _P_ Regulatory or compliance

**16. Frequency of recordkeeping or reporting** (check all that apply)
a. _X_ Recordkeeping    b. ___ Third party disclosure
c. _X_ Reporting
   1. ___ On occasion    2. ___ Weekly        3. ___ Monthly
   4. ___ Quarterly      5. ___ Semi-annually  6. _X_ Annually
   7. ___ Biennially     8. ___ Other (describe)_____

**17. Statistical methods**

Does this information collection employ statistical methods?

_____ Yes      _X_ No

**18. Agency contact** (person who can best answer questions regarding the content of this submission)
Name:  **Martha Brinson**
Phone:  202-622-5200

OMB 83-I

10/95

# Certification for Paperwork Reduction Act Submissions

On behalf of this Federal agency, I certify that the collection of information encompassed by this request complies with 5 CFR 1320.9.

**NOTE:** The text of 5 CFR 1320.9, and the related provisions of 5 CFR 1320.8 (b) (3), appear at the end of the instructions. *The certification is to be made with reference to those regulatory provisions as set forth in the instructions.*

The following is a summary of the topics, regarding the proposed collection of information, that the certification covers:

**(a)** It is necessary for the proper performance of agency functions;

**(b)** It avoids unnecessary duplication;

**(c)** It reduces burden on small entities;

**(d)** It uses plain, coherent, and unambiguous terminology that is understandable to respondents;

**(e)** Its implementation will be consistent and compatible with current reporting and recordkeeping practices;

**(f)** It indicates the retention periods for recordkeeping requirements;

**(g)** It informs respondents of the information called for under 5 CFR 1320.8 (b) (3):

    **(i)** Why the information is being collected;

    **(ii)** Use of information;

    **(iii)** Burden estimate;

    **(iv)** Nature of response (voluntary, required for a benefit, or mandatory);

    **(v)** Nature and extent of confidentiality; and

    **(vi)** Need to display currently valid OMB control number;

**(h)** It was developed by an office that has planned and allocated resources for the efficient and effective management and use of the information to be collected (see note in Item 19 of the instructions);

**(i)** It uses effective and efficient statistical survey methodology; and

**(j)** It makes appropriate use of information technology;

*If you are unable to certify compliance with any of these provisions, identify the item below and explain the reason in Item 18 of the Supporting Statement.*

| Signature of Program Official _G. Shear_ <br> Garrick R. Shear, IRS Reports Clearance Officer | Date 9/15/98 |
|---|---|
| Signature of Senior Official or designee <br> _Dale Quinn Morgan_ | Departmental Reports Management Officer. | Date 9/16/98 |

OMB 83-I        10/95

**DEPARTMENT OF THE TREASURY**

Submission for OMB review; comment request

**September 16, 1998**

The Department of Treasury has submitted the following public information collection

requirement(s) to OMB for review and clearance under the **Paperwork Reduction Act of 1995,**

**Public Law 104-13.** Copies of the submission(s) may be obtained by calling the Treasury Bureau

Clearance Officer listed. Comments regarding this information collection should be addressed to

the OMB reviewer listed and to the Treasury Department Clearance Officer, Department of the

Treasury, Room 2110, 1425 New York Avenue, NW., Washington, DC 20220.

**DATES:** Written comments should be received on or before **[insert date 30 days after**

**publication in the Federal Register]** to be assured of consideration.

**INTERNAL REVENUE SERVICE (IRS)**

OMB Number:  1545-0074

Form Number:    IRS Form 1040 and Schedules A, B, C, C-EZ, D, D-1, E, EIC, F,

H, J, R, and SE

Type of Review:  Revision

Title:        U.S. Individual Income Tax Return

Description:  These forms are used by individuals to report their income tax liability. The data is

used to verify that the items reported on the forms are correct, and also for general

statistical use.

Respondents:  Individuals or households

Estimated Number of Respondents/Recordkeepers:   71,877,464

Estimated Burden Hours Per Respondent/Recordkeeper:   Varies

2

<u>Frequency of Response</u>: Annually

<u>Estimated Total Reporting/Recordkeeping Burden</u>:  1,211,582,312 hours

| | |
|---|---|
| Clearance Officer: | Garrick Shear (202) 622-3869 |
| | Internal Revenue Service |
| | Room 5571 |
| | 1111 Constitution Avenue, N.W. |
| | Washington, DC  20224 |
| OMB Reviewer: | Alexander T. Hunt  (202) 395-7860 |
| | Office of Management and Budget |
| | Room 10226, New Executive Office Building |
| | Washington, DC  20503 |

Dale A. Morgan

Departmental Reports

Management Officer

**BILLING CODE:  4830-01**

**Supporting Statement for Form 1040**

**IRS Forms 1040 and 1040-V, and Schedules A, B, C, C-EZ, D, D-1, E, EIC, F, H, J, R, and SE**

1.    CIRCUMSTANCES NECESSITATING COLLECTION OF INFORMATION
IRC sections 6011 & 6012 of the Internal Revenue Code require individuals to prepare and file income tax returns annually. **Form 1040**, and related schedules, are used by individuals to report their income subject to tax and compute their correct tax liability.

**Form 1040-V** is used by taxpayers making a payment with their return.

**Schedule A** is used to claim itemized deductions (medical and dental expenses, taxes, interest, contributions, casualty or theft losses, and miscellaneous deductions) allowed by IRC sections 67, 163, 164, 165, 170, 211, 212, 213, 217, and 222, and to figure the overall limitation on itemized deductions required by IRC section 68.

**Schedule B** is used to report interest and/or ordinary dividend income over $400 and ownership or signature authority for foreign accounts and trusts. (Public law 91-508, IRC section 61.)

**Schedules C and C-EZ** are used to report gross income, expenses, and net profit or loss from operating a business or profession as a sole proprietorship. (IRC section 61.)

**Schedules D** and D-1 are used to report and summarize capital gains and losses. (IRC sections 1201-1233.)

**Schedule E** is used to report and summarize income from rents, royalties, partnerships, S corporations, estates, trusts, REMICS, etc. (IRC section 61.)

**Schedule EIC** is used to identify qualifying children for the earned income credit. The form is required by Congress in the committee reports for section 11111 of OBRA 90, amending IRC section 32. The form will allow IRS to determine that valid qualifying children are being claimed, and will also be used for statistical purposes.

**Schedule F** is used to report gross income, expenses, and net profit or loss from farming. (IRC section 61.)

**Schedule H** is used by household employers to report household employment taxes.  (IRC section 3510.)

**Schedule J** is used by taxpayers with farm income to figure their tax using income averaging. (IRC section 1301.)

**Schedule R** is used to help verify that the taxpayer is entitled to the credit for the elderly or the disabled, that it is properly computed, and also for general statistical use.

**Supporting Statement for Form 1040**

**Schedule SE** is used by self-employed individuals and employees of electing churches and qualified church-controlled organizations to figure any self-employment tax. (IRC sections 1404 and 1402.)

**2.   USE OF DATA**
The data on Form 1040 and its schedules will be used in computing the tax liability and in determining that the items claimed are properly allowable. It is also used for general statistical use.

**3.   USE OF IMPROVED INFORMATION TECHNOLOGY TO REDUCE BURDEN**
Approximately 6% of Forms 1040 are filed electronically.

**4.   EFFORTS TO IDENTIFY DUPLICATION**
We have attempted to eliminate duplication within the agency wherever possible.

**5.   METHODS TO MINIMIZE BURDEN ON SMALL BUSINESSES OR OTHER SMALL ENTITIES**
Not applicable.

**6.   CONSEQUENCES OF LESS FREQUENT COLLECTION ON FEDERAL PROGRAMS OR POLICY ACTIVITIES**
Not applicable.

**7.   SPECIAL CIRCUMSTANCES REQUIRING DATA COLLECTION TO BE INCONSISTENT WITH GUIDELINES IN 5 CFR 1320.5(d)(2)**
Not applicable.

**8.   CONSULTATION WITH INDIVIDUALS OUTSIDE OF THE AGENCY ON AVAILABILITY OF DATA, FREQUENCY OF COLLECTION, CLARITY OF INSTRUCTIONS AND FORMS, AND DATA ELEMENTS**
Periodic meetings are held between IRS personnel and representatives of the American Bar Association, the National Society of Public Accountants, the American Institute of Certified Public Accountants, and other professional groups to discuss tax law and tax forms. During these meetings, there is an opportunity for those attending to make comments regarding Form 1040. In addition, we receive comments from other interested outside groups and from individuals. In response to the Federal Register Notice dated July 7, 1998, we received no comments during the comment period regarding Form 1040 and its schedules.

**9.   EXPLANATION OF DECISION TO PROVIDE ANY PAYMENT OR GIFT TO RESPONDENTS**
Not applicable.

**10.   ASSURANCE OF CONFIDENTIALITY OF RESPONSES**
Generally, tax returns and tax return information are confidential as required by 26 U.S.C. 6103.

## Supporting Statement for Form 1040

**11.** <u>JUSTIFICATION OF SENSITIVE QUESTIONS</u>
Not applicable.

**12.** <u>ESTIMATED BURDEN OF INFORMATION COLLECTION</u>

| Form | Responses | Time per Response | Adjustments | Program Change | Burden |
|---|---|---|---|---|---|
| 1040 | 71,877,464 | 8.75 | 21,092,598 | 20,844,465 | 628,927,810 |
| Student Loan W/S | 4,000,000 | 0.60 | 0 | 2,400,000 | 2,400,000 |
| Child credit W/S | 10,000,000 | 1.63 | 0 | 16,300,000 | 16,300,000 |
| Exemption W/S | 3,679,650 | 0.32 | 0 | 0 | 1,177,488 |
| AMT Worksheet | 4,000,000 | 0.42 | 0 | 0 | 1,680,000 |
| EIC Worksheet | 7,185,349 | 1.46 | 637,568 | 0 | 10,490,610 |
| Form 1040-V OTC | 7,000,000 | 0.21 | 0 | 0 | 1,470,000 |
| pre-printed | 13,000,000 | 0.13 | 0 | 0 | 1,690,000 |
| Sch A | 34,007,717 | 4.23 | 4,187,544 | 0 | 143,852,643 |
| Worksheet | 3,432,289 | 0.36 | 0 | 0 | 1,235,624 |
| Sch B | 31,725,690 | 1.22 | (1,192,262) | (2,855,312) | 38,705,342 |
| Sch C | 16,421,458 | 9.75 | 2,629,800 | 0 | 160,109,216 |
| Part IV | 5,155,718 | 0.56 | 76,693 | 0 | 2,887,202 |
| Sch C-EZ | 2,187,621 | 1.72 | 392,101 | 0 | 3,762,708 |
| Sch D | 15,792,487 | 4.43 | 2,183,334 | 0 | 69,960,717 |
| Part IV--CGDs | 4,671,253 | 1.41 | 43,411 | (93,425) | 6,586,467 |
| Loss Worksht | 2,298,088 | 0.43 | 0 | 0 | 988,178 |
| Sch. D (line 25) Worksheet | 500,000 | .89 | 0 | 445,000 | 445,000 |
| Sch D-1 | 2,542,402 | 1.01 | 0 | 0 | 2,567,826 |
| Sch E | 14,472,883 | 5.82 | 967,552 | 0 | 84,232,179 |
| Sch EIC | 5,471,614 | 0.46 | 99,708 | 0 | 2,516,942 |
| Sch F--Parts 1&2 | 2,244,008 | 6.22 | (128,878) | 0 | 13,957,730 |
| Sch F--Parts 2&3 | 12,035 | 6.44 | 19,481 | 0 | 77,505 |
| Schedule H | 288,680 | 2.64 | (1,138,685) | 0 | 762,115 |
| Schedule J | 1,000,000 | 1.31 | 0 | 1,310,000 | 1,310,000 |
| Schedule J (95 Gapital Gain Worksheet) | 250,000 | .49 | 0 | 122,500 | 122,500 |

## Supporting Statement for Form 1040

--------------------  -----------  ------  -----------  ------------  -----------

| | | | | | |
|---|---|---|---|---|---|
| Schedule J (96 Capital Gain Worksheet | 250,000 | .49 | 0 | 122,500 | 122,500 |
| Schedule R | 137,223 | 1.53 | (139,975) | 0 | 209,951 |
| Sch SE--Short | 12,011,238 | 0.96 | 56,934 | 0 | 11,530,788 |
| Sch SE--Long | 879,106 | 1.71 | 70,652 | 0 | 1,503,271 |
| TOTALS | 276,493,973 | | 29,857,576 | 38,595,728 | 1,211,582,312 |

Estimates of the annualized cost to respondents for the hour burdens shown above are not available at this time.

**12. Burden Estimation** (continued).  We are asking for continued approval of these regulations that are associated with Form 1040. Please continue to assign OMB number 1545-0074 to these regulations:

1.23-5
1.31.2
1.37-2 and 3
1.41-4
1.41-4A
1.43-2
1.44A-3
1.52-4
1.61-15
1.63-1
1.64(c)6
1.71-1
1.72
1.79-2 and 3
1.83-2 thru 5
1.105
1.151-1
1.152-4 and 4T
1.162-24
1.163-10T
1.166-10
1.170
1.170A
1.172
1.180-2
1.182-6
1.190-3
1.213-1
1.215-1

## Supporting Statement for Form 1040

1.254-1
1.265-1
1.274-5T and 6T
1.280A-3
1.280F-3T
1.302-4
1.307-2
1.333-1
1.351-3
1.383-1
1.442-1
1.446-1
1.451-5 thru 7
1.454-1
1.461-1
1.466-1
1.551-4
1.612-4
1.642(c)-5 and 6
1.702-1
1.706-1
1.736-1
1.743-1
1.751-1
1.852-7 and 9
1.931-1
1.935-1
1.1012-1
1.1041-1T
1.1081-11
1.1101-4
1.1211-1
1.1212-1
1.1231-2
1.1232-3
1.1248-7
1.1251-2
1.1254-1 and 3
1.1304-1 thru 5
1.1311(a)-1
1.1383-1
1.1385-1
1.1402(a)-2,5,11,15,
1 6 1.1402(c)-2
1.1402(e)-(2)-1
1.1402(f)-1
1.6001-1
1.6060-1
1.6072-1
1.6107-1
1.6109-1 and 2

## Supporting Statement for Form 1040

```
1.6011-1
1.6012-1
1.6013-1, 6, 7
1.6017-1
1.6060-1
1.6072-1
1.6107-1
1.6109-1
1.6151-1
1.6695-1
1.6696-1
1.9100-1
5c.0
7.0
16A.126-2
18.1-7
31.6011(a)-1 and 7
301.6110-3 and 5
301.6316-4 thru 6
301.6361-1 and 3
301.6501
301.6501(d)
301.6905-1
301.7216-2
```

**The following are citations to 26 U.S.C.:**

```
61
72
79
83
126
162(h)
170
172(b), (c), (h)
180
182
265
301
307
317
318
331
332
351
403
454
518(c)(18) 551
613(g)
642(c)
735
736
```

## Supporting Statement for Form 1040

852
857
1012
1034(i)
1037
1081
1101
1232A
6011
6012
6061
6107
7216

Supporting Statement for Form 1040

13. <u>ESTIMATED TOTAL ANNUAL COST BURDEN TO RESPONDENTS</u>
As suggested by OMB, our Federal Register Notice dated July 7, 1998, requested public comments on estimates of cost burden that are not captured in the estimates of burden hours, i.e., estimates of capital or start-up costs and costs of operation, maintenance, and purchase of services to provide information. However, we did not receive any response from taxpayers on this subject. As a result, estimates of these cost burdens are not available at this time.

14. <u>ESTIMATED ANNUALIZED COSTS TO THE FEDERAL GOVERNMENT</u>
The primary cost to the government consists of the cost of printing these forms. We estimate that the cost of printing Form 1040 and its schedules, including the tax packages, is $15,000,000.

15. <u>REASONS FOR CHANGE IN BURDEN</u>

**Major Changes to Form 1040**

a. We added line 24 for the student loan interest deduction to reflect new Internal Revenue Code section 221. To make room for this line, we removed the extra blank line on line 21. We will not create a new form for figuring this deduction; it will be figured in a worksheet in the instructions.

b. We added line 44 for education credits (the Hope and lifetime learning credits) allowed by section 25A, figured on Form 8863.

c. We added line 43 for the child tax credit allowed by new section 24. It will be figured in a worksheet in the instructions. We added line 60, in the payments section, for the additional (refundable) amount of the credit, which is figured on Form 8812. The supplemental credit is allowed by section 32(n).

We revised line 6c, column (4), to allow taxpayers to indicate which dependents qualify for the child tax credit (one of the requirements is that the child **must** be a dependent). This will prevent taxpayers from having to enter again on Form 8812 the name and SSN of the dependent children. This removes the information previously in column (4) regarding the number of months the dependent lived in the taxpayer's home. However, this information is still collected on Schedule EIC, and we therefore believe that the benefits from revising column (4) outweigh the loss of the number of months information for non-EIC dependents. This change will not affect the burden.

d. To make room for the three new lines on page 2, we moved the standard deduction amounts to the margin.

e. We added "if required" on line 46 to reflect that Form 1116 is not required in all cases for 1998 (new section 904(j)).

Supporting Statement for Form 1040

Instructions for Form 1040

**GENERAL CHANGES**
We increased the point size and leading of the text in the
instructions.  We held several focus groups, and this was the most
common suggestion we received about our instructions.  The number of
pages has increased substantially, but we believe this has made the
instructions much easier for taxpayers to use.

Deletions from the Instructions
(using old page numbers of the 1040 instructions)

**Page 6**
We deleted **What's New for 1997?** and **What To Look for in 1998** and
replaced it with a more detailed **What's New for 1998?**.

**Page 9**
We removed the information about the old 1099-DIV.

**Page 11**
We deleted instructions for old line 6c, column (4).

**Page 16**
We deleted the old IRA worksheet, and the text on Married filing
separately to reflect changes made to section 219(g).

**Page 17**
We deleted the TIP on long-term care insurance for the self-employed
health insurance deduction because it is no longer new and is
uncommon.

**Page 18**
We deleted the requirement to attach a statement if completely blind,
partially blind, or permanently partially blind, to reduce taxpayer
burden.  We found we were not making much use of these statements.

**Page 19**
We revised instructions for the Tax Table and Tax Rate to reflect new
Schedule J (section 1301).

Additions to the Instructions
(using new page numbers of the 1040 instructions)

**Page 6**
We deleted information on 1997 and 1998, and replaced it with more
detailed information about new items for 1998.

**Page 10**
We added information about new Form 1098-E and revised Form 1099-DIV.

## Supporting Statement for Form 1040

**Page 12**
We added text telling taxpayers to enter their SSNs on a joint return
in the same order as they did the previous year.  This prevents
possible processing errors when the SSNs are reversed from one year
to the next.  We also added text telling taxpayers that their SSN(s)
are no longer on the mailing label, and therefore must be entered on
the return.  We also relocated ATIN text from old page 6 here.

**Page 13**
We added instructions for revised line 6c, column (4).

**Page 16**
We added text on Roth IRA rollovers, new for 1998, and excess
contributions to an IRA, based on information that such contributions
are now occurring more frequently.

**Page 19**
We added a bullet item to state that Roth and Education IRAs are not
eligible for a deduction (only traditional IRAs are eligible).

**Page 20**
We added a new IRA worksheet to reflect the fact that a taxpayer who
does not participate in an employer retirement plan but whose spouse
does can now take an IRA deduction at higher income levels (section
219(g)).

**Page 21**
We added instructions and a worksheet for new line 24, student loan
interest deduction (section 221).

**Page 22**
We revised the blindness instructions to remove the requirement to
attach a statement if completely blind, partially blind, or
permanently partially blind, to reduce taxpayer burden.  We found we
were not making much use of these statements.

**Page 23**
We added 1 line to the Standard Deduction Worksheet for Dependents  to
reflect the change to section 63(c)(5).  We also pre-printed the new
additional standard deduction amount.

**Page 24**
We added revised instructions for the Tax Table and Tax Rate
Schedules, and new instructions for Schedule J, to reflect new
Schedule J (section 1301).

**Pages 25, 26, and 27**
We added text and two worksheets for new line 43 to reflect the child
tax credit allowed by new section 24.

## Supporting Statement for Form 1040

**Page 27**
We added instructions for new line 44, to reflect Form 8863 (section 25A). We added instructions for line 46 to reflect the new de minimis rule for filing Form 1116 (new section 904(j)).

The above changes will result in a program change increase of 39,544,465 hours for Form 1040.

We received better filing figures and we are requesting an adjustment increase of 21,730,166 hours for Form 1040.

### Schedules A&B and Instructions

There are no changes to Schedule A.

We removed lines 7 through 10 of Schedule B. The amount of ordinary dividends from box 1 of Form 1099-DIV will be entered on line 5 instead of the amount of gross dividends from the 1997 Form 1099-DIV, box 1a. It will therefore no longer be necessary to enter the amount of capital gain distributions and nontaxable distributions and subtract the total of those amounts from the total gross dividends. Capital gain distributions will be reported only on Schedule D. Nontaxable distributions will not be reported on the return, as we do not need them to compute tax.

**Page A-1**
We added text on long-term care premiums, as suggested by the AICPA.

**Page A-2**
We added text on real estate taxes shown on a settlement statement, as suggested by the AICPA.

**Page B-1**
We revised the text on tax-exempt interest and amortizable bond premium, for consistency with other text and to reduce the amount of text. We also revised the first paragraph of the line 5 instructions to reflect the changes made to Schedule B.

The above change will result in a program change decrease of 2,855,312 hours for Schedule B.

We received better filing figures and we are requesting an adjustment increase of 4,187,544 hours for Schedule A and an adjustment decrease of 1,192,262 hours for Schedule B.

**Supporting Statement for Form 1040**

**Schedules C and C-EZ and Instructions**

We revised line **B** on both forms to accommodate a new six-digit
business code, requested by SOI.

We added the new codes to pages C-8 and C-9 of the instructions for
Schedule C and also added information under **A Change To Note** alerting
taxpayers to the new codes.

We received better filing figures and we are requesting an adjustment
increase of 2,706,493 hours for Schedule C and an adjustment increase
of 392,101 hours for  Schedule C-EZ.

**Schedules D and D-1 and Instructions**

We revised the footnote on page 1 of Schedule D and page 2 of
Schedule D-1, to remove references to the 1997 effective date.  We
also revised the text on Schedule D, line 29, for clarity, based on
taxpayer feedback.

We deleted the instructions for line 25 and replaced them with a
worksheet, at the suggestion of the AICPA.  We added a chart (page 7)
to show taxpayers who receive only capital gain distributions (about 5
million taxpayers) how to report the amounts reported to them on  Form
1099.

   The above changes will result in a program change increase of
351,575 hours for Schedule D due to the worksheet.  We received
better filing figures and we are requesting an adjustment increase of
2,226,745 hours for Schedule D.

**Schedule E Instructions**

We added a note on page E-6, at the request of Chief Counsel.  There
were no major changes to Schedule E.

We received better filing  figures and we are requesting an adjustment
increase of 967,552 hours for Schedule E.

### Supporting Statement for Form 1040

### Schedule F

We revised line **B** to accommodate a new six-digit code, requested by SOI. We also added information under **Changes To Note** alerting taxpayers to the new codes and giving them information about new Schedule J, Farm Income Averaging.

We received better filing figures and we are requesting an adjustment decrease of 109,397 hours for Schedule F.

### Schedule J

We created new Schedule J to implement section 1301 of the Code, as added by section 933(a) of Public Law 105-34.

This will result in a program change increase of 1,555,000 hours for Schedule J.

### Schedule R

We deleted the physician's statement from the form and moved it to the instructions, because we are no longer using it. This will not affect the burden.

We received better filing figures and we are requesting and adjustment decrease of 139,975 hours.

**Supporting Statement for Form 1040**

**All other Schedules and Instructions**

**Form 1040-V** and **Schedules A, E, EIC, H,** and **SE,** and the instructions for **Schedules B, H,** and **SE** have no major changes.

We received better filing figures for Schedule EIC and we are requesting an adjustment increase of 99,708 hours.

We received better filing figures for Schedule H and we are requesting and adjustment decrease of 1,138,685 hours.

We received better filing figures for Schedule SE and we are requesting an adjustment increase of 127,586 hours for Schedule SE.

**TOTAL PROGRAM CHANGE AND NET ADJUSTMENT FOR ALL FORMS AND SCHEDULES:**

The above changes for Form 1040, schedules, and payment voucher and their instructions will result in a net program change increase of 38,595,728 hours.

We received better filing figures and we are requesting a net adjustment increase of 29,857,576 hours.

**16.** PLANS FOR TABULATION, STATISTICAL ANALYSIS, AND PUBLICATION
Not applicable.

**17.** REASONS WHY DISPLAYING THE OMB EXPIRATION DATE IS INAPPROPRIATE
See attachment.

**18.** EXCEPTIONS TO THE CERTIFICATION STATEMENT ON OMB FORM 83-I
Not applicable.

Note: The following paragraph applies to all collections of information in this submission:

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection of information displays a valid OMB control number. Books or records relating to a collection of information must be retained as long as their contents may become material in the administration of any internal revenue law. Generally, tax returns and tax return information are confidential, as required by 26 U.S.C. 6103.

37943

# Corrections

Federal Register

Vol. 63, No. 134

Tuesday, July 14, 1998

**DEPARTMENT OF THE TREASURY**

**Internal Revenue Service**

**Proposed Collection; Comment Request for Form 1040 and Schedules A, B, C, C–EZ, D, D–1, E, EIC, F, H, J, R and SE**

*Correction*

In notice document 98–17824 beginning on page 36737 in the issue of Tuesday, July 7, 1998, make the following correction:

On page 36737, in the second column, in the DATES section, in the second line, "July 8, 1998" should read "September 8, 1998".

BILLING CODE 1505-01-D

**Federal Register** / Vol. 63, No. 129 / Tuesday, July 7, 1998 / Notices         36737

# DEPARTMENT OF THE TREASURY

## Internal Revenue Service

**Proposed Collection; Comment Request for Form 1040 and Schedules A, B, C, C–EZ, D, D–1, E, EIC, F, H, J, R and SE**

**AGENCY:** Internal Revenue Service (IRS), Treasury.

**ACTION:** Notice and request for comments.

**SUMMARY:** The Department of the Treasury, as part of its continuing effort to reduce paperwork and respondent burden, invites the general public and other Federal agencies to take this opportunity to comment on proposed and/or continuing information collections, as required by the Paperwork Reduction Act of 1995, Pub. L. 104–13 (44 U.S.C. 3506(c)(2)(A)). Currently, the IRS is soliciting comments concerning Form 1040, U.S. Individual Income Tax Return, and Schedules A, B, C, C–EZ, D, D–1, E, EIC, F, H, J, R, and SE.

**DATES:** Written comments should be received on or before July 8, 1998 to be assured of consideration.

**ADDRESSES:** Direct all written comments to Garrick R. Shear, Internal Revenue Service, room 5571, 1111 Constitution Avenue NW., Washington, DC 20224.

**FOR FURTHER INFORMATION CONTACT:** Requests for additional information or copies of the form and instructions should be directed to Martha R. Brinson, (202) 622–3869, Internal Revenue Service, room 5571, 1111 Constitution Avenue NW., Washington, DC 20224.

**SUPPLEMENTARY INFORMATION:**

*Title:* U.S. Individual Income Tax Return.

*OMB Number:* 1545–0074.

*Form Number:* 1040 and Schedules A, B, C, C–EZ, D, D–1, E, IC, F, H, J, R, and SE.

*Abstract:* These forms are used by individuals to report their income tax liability. The data is used to verify that the items reported on the forms are correct, and also for general statistical use.

*Current Actions:* The major changes are as follows: Form 1040.

(1) Line 6c, column (4), was revised to allow taxpayers to indicate which dependents qualify for the child tax credit (one of the requirements is that the child must be a dependent). The information previously in column (4) regarding the number of months the dependent lived in the taxpayer's home is removed.

(2) New line 24 was added for the student loan interest deduction to reflect new Internal Revenue Code section 221. The deduction will be computed on a new worksheet in the instructions.

(3) New line 43 was added for the child tax credit to reflect new Code section 24. The credit will be computed on a new worksheet in the instructions. Also, line 60 was added for the additional (refundable) amount of the child tax credit. The additional credit is allowed by Code section 32(n), and it will be computed on Form 8812.

(4) New line 44 was added for the education credits (the Hope and lifetime learning credits) allowed by Code section 25A, which will be computed on Form 8863.

### Schedule B

Lines 7 through 10 were removed. The amount of ordinary dividends from box 1 of Form 1099–DIV will be entered on line 5 of Schedule B instead of the amount of gross dividends. It will no longer be necessary to enter the amount of capital gain distributions and nontaxable distributions and subtract the total of those amounts from the total gross dividends. Capital gain distributions will be reported only on Schedule D. Nontaxable distributions will not be reported at all, as they are not needed to compute the tax.

### Schedule J

New Schedule J, Farm Income Averaging, was created to implement Code section 1301, which was added by the Taxpayer Relief Act of 1997.

### Schedule R

The physician's statement was deleted from the form and moved to the

36738                    Federal Register / Vol. 63, No. 129 / Tuesday, July 7, 1998 / Notices

instructions because there is no need for it to be filed with the tax return.

*Type of Review:* Revision of a currently approved collection.

*Affected Public:* Individuals or households.

*Estimated Number of Respondents:* 69,384,249.

*Estimated Time Per Respondent:* Varies.

*Estimated Total Annual Burden Hours:* 1,143,129,008.

The following paragraph applies to all of the collections of information covered by this notice:

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection of information displays a valid OMB control number. Books or records relating to a collection of information must be retained as long as their contents may become material in the administration of any internal revenue law. Generally, tax returns and tax return information are confidential, as required by 26 U.S.C. 6103.

**Request for Comments**

Comments submitted in response to this notice will be summarized and/or included in the request for OMB approval. All comments will become a matter of public record. Comments are invited on: (a) Whether the collection of information is necessary for the proper performance of the functions of the agency, including whether the information shall have practical utility; (b) the accuracy of the agency's estimate of the burden of the collection of information; (c) ways to enhance the quality, utility, and clarity of the information to be collected; (d) ways to minimize the burden of the collection of information on respondents, including through the use of automated collection techniques or other forms of information 5 technology; and (e) estimates of capital or start-up costs and costs of operation, maintenance, and purchase of services to provide information.

Approved: June 26, 1998.

**Garrick R. Shear,**

*IRS Reports Clearance Officer.*

[FR Doc. 98–17824 Filed 7–6–98; 8:45 am]

**BILLING CODE 4830–01–P**

We believe the public interest will be better served by not printing an expiration date on the form(s) in this package.

Printing the expiration date on the form will result in increased costs because of the need to replace inventories that become obsoleted by passage of the expiration date each time OMB approval is renewed. Without printing the expiration date, supplies of the form could continue to be used.

The time period during which the current edition of the form(s) in this package will continue to be usable cannot be predicted. It could easily span several cycles of review and OMB clearance renewal. In addition, usage fluctuates unpredictably. This makes it necessary to maintain a substantial inventory of forms in the supply line at all times. This includes supplies owned by both the Government and the public. Reprinting of the form cannot be reliably scheduled to coincide with an OMB approval expiration date. This form may be privately printed by users at their own expense. Some businesses print complex and expensive marginally punched continuous versions, at their expense, for use in their computers. The form may be printed by commercial printers and stocked for sale. In such cases, printing the expiration date on the form could result in extra costs to the users.

Not printing the expiration date on the form(s) will also avoid confusion among taxpayers who may have identical forms with different expiration dates in their possession.

For the above reasons we request authorization to omit printing the expiration date on the form(s) in this package.

We are requesting OMB approval for continued use of the prior version of the form(s) in this clearance package, so that late filers will have the previous versions available to them in future years.

*Approval Needed By 10/28/98*

EXPEDITE

**AMENDMENT**
**Form 1040 and Schedule R Instructions**
**(1545-0074)**

The Tax Relief Extension Act of 1998 contains a provision that allows the nonrefundable personal credits to offset the individual's regular tax in full for taxable periods beginning in 1998 (as opposed to only the amount by which the regular tax exceeds the tentative minimum tax, as under present law). Therefore, we have shortened both the Child Tax Credit Worksheet in the Form 1040 instructions and the Credit Limit Worksheet in the Schedule R instructions to reflect this new provision. These changes will result in a program change decrease of 2,605,489 hours.

The new total burden for Form 1040 and schedules is 1,211,962,396 hours.

Please associate this submission with our OMB 83-I dated September 15, 1998, and our previous Amendment dated 10/8/98.

G. Shea
10/22/98

RECEIVED
OCT 23 1998
OIRA DOCKET LIBRARY