2:04-cr-20031-MPM-DGB    # 188-10    Page 1 of 117

Note. This booklet does not contain any tax forms.

E-FIL
Tuesday, 05 September, 2006  05:38:47
Clerk, U.S. District Court, Il



**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

# 1999 1040

## Instructions

Including Instructions for Schedules A, B, C, D, E, F, J, and SE



# Taxpayer News

See page 6 for details.

## Need Help?

Quick and easy access to tax help and forms. See page 7.

## Explore

**IRS e·file**

CLICK.ZIP.FAST ROUND TRIP

The *Fastest, Most Accurate* Way To File Your Taxes

# Increased Tax Benefits!

## Larger Child Tax Credits!

You may be able to claim credits of up to $500 for each child under 17. See page 13.



## More Student Loan Interest Deductible!

You may be able to deduct up to $1,500. See page 13.

## Self-Employed Health Insurance Deduction Goes Up!

You may be able to deduct up to 60% of your health insurance. See page 28.

Cat. No. 11325E

# Tax Return Page Reference

*Questions about what to put on a line? Help is on the page number in the circle.*

Form **1040**  Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **1999** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1999, or other tax year beginning , 1999, ending , OMB No. 1545-0074

## Label

(See instructions on page 18.)

Use the IRS label. Otherwise, please print or type.

**FOR REFERENCE ONLY—DO NOT FILE**

Your first name and initial | Last name | Your social security number

If a joint return, spouse's first name and initial | Last name | Spouse's social security number (18)

Home address (number and street). If you have a P.O. box, see page 18. | Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 18.

▲ **IMPORTANT!** ▲
You **must** enter your SSN(s) above.

## Presidential Election Campaign
(See page 18.) (18)

Do you want $3 to go to this fund? . . . . .
If a joint return, does your spouse want $3 to go to this fund? . . .

Note. Checking "Yes" will not change your tax or reduce your refund.  Yes | No

## Filing Status

Check only one box. (18)

1. ☐ Single
2. ☐ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

## Exemptions (18)

6a ☐ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a . . . . . .

b ☐ **Spouse** . . . . . . . . . . . . . . . . . . .

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| (19) | (19) | (19) | ☐ (19) |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

If more than six dependents, see page 19.

No. of boxes checked on 6a and 6b
No. of your children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 19)
Dependents on 6c not entered above
Add numbers entered on lines above ▶

d Total number of exemptions claimed . . . . . . . . . . . .

## Income (50)

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 20. (20)

Enclose, but do not staple, any payment. Also, please use Form 1040-V (49).

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | (20) |
| 8a | Taxable interest. Attach Schedule B if required | 8a | (20) |
| b | Tax-exempt interest. DO NOT include on line 8a | 8b (20) | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | (20) |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | 10 | (21) |
| 11 | Alimony received | 11 | (21) |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | (21) |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | (22) |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | (22) |
| 15a | Total IRA distributions | 15a | b Taxable amount (see page 22) | 15b | (22) |
| 16a | Total pensions and annuities | 16a (22) | b Taxable amount (see page 22) | 16b | (22) |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | (24) |
| 20a | Social security benefits | 20a (24) | b Taxable amount (see page 24) | 20b | (24) |
| 21 | Other income. List type and amount (see page 24) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | |

Line 12 note: **NEW**

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 26) | 23 | (26) |
| 24 | Student loan interest deduction (see page 26) | 24 | (26) |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | (28) |
| 26 | Moving expenses. Attach Form 3903 | 26 | (28) |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | (28) |
| 28 | Self-employed health insurance deduction (see page 28) | 28 | (28) |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | (29) |
| 30 | Penalty on early withdrawal of savings | 30 | (29) |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | (29) |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | (29) |

# Tax Return Page Reference
*Questions about what to put on a line? Help is on the page number in the circle.*

Form 1040 (1999) — Page **2**

## Tax and Credits

| | | | |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | |
| 35a | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 30 and check here ▶ (A-1) ☐ 35b | (30) | |

**Standard Deduction for Most People**

Single: $4,300
Head of household: $6,350
Married filing jointly or Qualifying widow(er): $7,200
Married filing separately: $3,600 (31)

| | | | |
|---|---|---|---|
| 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see page 30 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | (30) |
| 37 | Subtract line 36 from line 34 | 37 | |
| 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter | 38 | (31) |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 (31) | (31) |
| 40 | Tax (see page 31). Check if any tax is from **a** ☐ Form(s) 8814 **b** ☐ Form 4972 ▶ | 40 | (31) |
| 41 | Credit for child and dependent care expenses. Attach Form 2441 — 41 (32) | | (32) |
| 42 | Credit for the elderly or the disabled. Attach Schedule R — 42 (32) | | |
| 43 | Child tax credit (see page 33) — 43 | | (33) |
| 44 | Education credits. Attach Form 8863 — 44 (35) | | |
| 45 | Adoption credit. Attach Form 8839 — 45 | | (35) |
| 46 | Foreign tax credit. Attach Form 1116 if required — 46 (35) | | |
| 47 | Other. Check if from **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (specify) — 47 (35) | | |
| 48 | Add lines 41 through 47. These are your **total credits** | 48 | |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | 49 | |

## Other Taxes

| | | | |
|---|---|---|---|
| 50 | Self-employment tax. Attach Schedule SE | 50 | |
| 51 | Alternative minimum tax. Attach Form 6251 | 51 | (35) |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | (36) |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | (36) |
| 54 | Advance earned income credit payments from Form(s) W-2 | 54 | (37) |
| 55 | Household employment taxes. Attach Schedule H | 55 (37) | |
| 56 | Add lines 49 through 55. This is your **total tax** ▶ | 56 | (37) |

## Payments

| | | | |
|---|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 (37) | |
| 58 | 1999 estimated tax payments and amount applied from 1998 return | 58 (37) | |
| 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child | | |
| b | Nontaxable earned income: amount ▶ (40) and type ▶ | 59a (38) | |
| 60 | Additional child tax credit. Attach Form 8812 | 60 | (48) |
| 61 | Amount paid with request for extension to file (see page 48) | 61 (48) | |
| 62 | Excess social security and RRTA tax withheld (see page 48) | 62 | (48) |
| 63 | Other payments. Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 | 63 (48) | |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | 64 | |

## Refund

| | | | |
|---|---|---|---|
| 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | 65 | (48) |
| 66a | Amount of line 65 you want **REFUNDED TO YOU.** ▶ (48) | 66a | |
| ▶ b | Routing number — ▶ c Type: ☐ Checking ☐ Savings | | |
| ▶ d | Account number | | |
| 67 | Amount of line 65 you want APPLIED TO YOUR 2000 ESTIMATED TAX ▶ 67 | | (49) |

## Amount You Owe

| | | | |
|---|---|---|---|
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE**. For details on how to pay, see page 49. | 68 | (49) |
| 69 | Estimated tax penalty. Also include on line 68 — 69 (49) | | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 18. Keep a copy for your records.

Your signature / Date / Your occupation / Daytime telephone number (optional) (50) (50)

Spouse's signature. If a joint return, BOTH must sign. / Date / Spouse's occupation

## Paid Preparer's Use Only

Preparer's signature (50) / Date / Check if self-employed ☐ / Preparer's SSN or PTIN

Firm's name (or yours if self-employed) and address / EIN / ZIP code

Form **1040** (1999)

## A Message From the Commissioner

Dear Taxpayer,

As we begin the year 2000 tax filing season, the IRS continues to work to put service first for America's taxpayers. We want to build on the strong foundation we established last year and give you more support and help than ever before. Our goal is to provide the easiest and most efficient ways for you to get the information, service, and assistance you need not only during the tax filing season, but throughout the year.

Last year, we expanded our toll-free telephone hours to times that met your needs and busy schedules. More than 250 IRS offices across the nation also offered Saturday service on 13 weekends at times and locations convenient to you. We are also working to ensure that you receive complete and accurate service as well as correct information on your tax law questions and your account.

We now have a vigorous electronic tax filing program in place. On-line filing last year ran 161 percent ahead of the previous year's pace as more taxpayers discovered the advantages of electronically filing their returns. It is not only fast, safe, and virtually error free, but taxpayers filing by our *e-file* program receive refunds in half the time of paper returns—even faster with direct deposit.

If you used your personal computer to file last year, you may also have the opportunity for totally paperless filing. In addition, Form 1040 e-filers with a balance due can once again pay their taxes with a credit card.

We are also making it easier for taxpayers to get forms and information, whether it is by mail, toll-free telephone, our web site (www.irs.gov), fax machine, or CD-ROMs. In addition, we hope to be able to add even more services as we bring new technology online, and just as importantly, measure your satisfaction with our services.

As we enter the new millennium, the IRS is engaged in its most fundamental reorganization in almost a half century that will require change in almost every aspect of the agency. The modernized IRS will be built around serving taxpayer groups with specific needs such as yours. Through these changes we can succeed in producing an IRS that better serves America's taxpayers—both individually and collectively—but there are no quick fixes. This process will take years to accomplish, but we are convinced of the necessity and value to you of reaching this higher level of performance.

Thank you.

Sincerely,

Charles O. Rossotti

---

# The IRS Mission

Provide America's taxpayers top quality service by helping them understand and meet their tax responsibilities and by applying the tax law with integrity and fairness to all.

# IRS Customer Service Standards



At the IRS our goal is to continually improve the quality of our services. To achieve that goal, we have developed customer service standards in the following areas:

- **Easier filing and payment options**
- **Access to information**
- **Accuracy**

- **Prompt refunds**
- **Initial contact resolution**
- **Canceling penalties**
- **Resolving problems**
- **Simpler forms**

If you would like information about the IRS standards and a report of our accomplishments, see **Pub. 2183.**

# Help With Unresolved Tax Issues

## Office of the Taxpayer Advocate

### Contacting Your Taxpayer Advocate

If you have attempted to deal with an IRS problem unsuccessfully, you should contact your Taxpayer Advocate.

The Taxpayer Advocate independently represents your interests and concerns within the IRS by protecting your rights and resolving problems that have not been fixed through normal channels.

While Taxpayer Advocates cannot change the tax law or make a technical tax decision, they can clear up problems that resulted from previous contacts and ensure that your case is given a complete and impartial review.

### Handling Your Tax Problems

Your assigned personal advocate will listen to your point of view and will work with you to address your concerns. You can expect the advocate to provide you with:

- A "fresh look" at your problem
- Timely acknowledgment
- The name and phone number of the individual assigned to your case
- Updates on progress
- Timeframes for action
- Speedy resolution
- Courteous service

### Information You Should Be Prepared To Provide

- Your name, address, and social security number (or employer identification number)
- Your telephone number and hours you can be reached
- The type of tax return and year(s) involved
- A detailed description of your problem
- Your previous attempts to solve the problem and the office you contacted, and
- Description of the hardship you are facing (if applicable)

### How To Contact Your Taxpayer Advocate

- Call the Taxpayer Advocate's toll-free number: **1-877-777-4778**
- Call the general IRS toll-free number (1-800-829-1040) and ask for Taxpayer Advocate assistance
- Call, write, or fax the Taxpayer Advocate office in your area (see **Pub. 1546** for addresses and phone numbers)
- TTY/TDD help is available by calling 1-800-829-4059

# Filing Your Taxes Was Never Easier!

## Click into the 21st Century with



**CLICK.ZIP.FAST ROUND TRIP**

## Take advantage of the benefits of IRS *e-file!*

- Get your refund in half the time, even faster with Direct Deposit
- File now and pay later — you can pay your balance due with a credit card or Direct Debit up until April 17, 2000
- Reduce your chance of receiving an error notice from the IRS — IRS *e-file* is more accurate than a paper return
- File your Federal and state tax returns together
- Get proof within 48 hours that your return has been accepted
- Use free or low-cost alternatives — on the IRS Web Site click on "Electronic Services" and then on "IRS *e-file* Partners"
- Privacy and security are assured

## The *Fastest, Most Accurate* Way To File Your Taxes

**Get all the details on page 52 or check out the IRS Web Site at www.irs.gov.**

# Quick and Easy Access to Tax Help and Forms

**Note.** If you live outside the United States, see **Pub. 54** to find out how to get help and forms.



## PERSONAL COMPUTER

You can access the IRS's Internet Web Site 24 hours a day, 7 days a week, at **www.irs.gov** to:

- Download Forms, Instructions, and Publications
- See Answers to Frequently Asked Tax Questions
- Search Publications On-Line by Topic or Keyword
- Figure Your Withholding Allowances Using our W-4 Calculator
- Send Us Comments or Request Help by E-Mail
- Sign up to Receive Local and National Tax News by E-Mail

**You can also reach us using File Transfer Protocol at ftp.irs.gov**



## FAX

You can get over 100 of the most requested forms and instructions 24 hours a day, 7 days a week, by fax. Just call **703-368-9694** from the telephone connected to the fax machine. See pages 8 and 9 for a list of the items available.



## MAIL

You can order forms, instructions, and publications by completing the order blank on page 55. You should receive your order within 10 days after we receive your request.



## PHONE

You can get forms, publications, and automated information 24 hours a day, 7 days a week, by phone.

### Forms and Publications

Call **1-800-TAX-FORM** (1-800-829-3676) to order current and prior year forms, instructions, and publications. You should receive your order within 10 days.

### TeleTax Topics

Call **1-800-829-4477** to listen to pre-recorded messages covering about 150 tax topics. See pages 10 and 11 for a list of the topics.

### Refund Information

You can check the status of your 1999 refund using TeleTax's Refund Information service. See page 10.



## WALK-IN

You can pick up some of the most requested forms, instructions, and publications at many IRS offices, post offices, and libraries. Some IRS offices and libraries have an extensive collection of products available to photocopy or print from a CD-ROM.



## CD-ROM

Order **Pub. 1796,** Federal Tax Products on CD-ROM, and get:

- Current Year Forms, Instructions, and Publications
- Prior Year Forms, Instructions, and Publications
- Popular Tax Forms That May Be Filled in Electronically, Printed out for Submission, and Saved for Recordkeeping
- The Internal Revenue Bulletin

Buy the CD-ROM on the Internet at **www.irs.gov/cdorders** from the National Technical Information Service (NTIS) for $16 (plus a $5 handling fee), and save 30% or call **1-877-CDFORMS** (1-877-233-6767) toll free to buy the CD-ROM for $23 (plus a $5 handling fee).

**You can also get help in other ways**—See page 52 for information.

# Forms by Fax

The following forms and instructions are available through our **Tax Fax** service 24 hours a day, 7 days a week. Just call **703-368-9694** from the telephone connected to the fax machine. When you call, you will hear instructions on how to use the service. Select the option for getting forms. Then, enter the **Catalog No.** (Cat. No.) shown below for each item you want. When you hang up the phone, the fax will begin.

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|
| Form SS-4 | Application for Employer Identification Number | 16055 | 4 |
| Form SS-8 | Determination of Employee Work Status for Purposes of Federal Employment Taxes and Income Tax Withholding | 16106 | 4 |
| Form W-2c | Corrected Wage and Tax Statement | 61437 | 8 |
| Form W-3c | Transmittal of Corrected Wage and Tax Statements | 10164 | 2 |
| Instr. W-2c and W-3c | | 25978 | 4 |
| Form W-4 | Employee's Withholding Allowance Certificate | 10220 | 2 |
| Form W-4P | Withholding Certificate for Pension or Annuity Payments | 10225 | 4 |
| Form W-5 | Earned Income Credit Advance Payment Certificate | 10227 | 3 |
| Form W-7 | Application for IRS Individual Taxpayer Identification Number | 10229 | 3 |
| Form W-7A | Application for Taxpayer Identification Number for Pending U.S. Adoptions | 24309 | 2 |
| Form W-7P | Application for Preparer Tax Identification Number | 26781 | 1 |
| Form W-9 | Request for Taxpayer Identification Number and Certification | 10231 | 2 |
| Instr. W-9 | | 20479 | 2 |
| Form W-9S | Request for Student's or Borrower's Taxpayer Identification Number and Certification | 25240 | 2 |
| Form W-10 | Dependent Care Provider's Identification and Certification | 10437 | 1 |
| Form 709 | U.S. Gift (and Generation-Skipping Transfer) Tax Return | 16783 | 4 |
| Instr. 709 | | 16784 | 8 |
| Form 709A | U.S. Short Form Gift Tax Return | 10171 | 2 |
| Form 843 | Claim for Refund and Request for Abatement | 10180 | 1 |
| Instr. 843 | | 11200 | 2 |
| Form 940 | Employer's Annual Federal Unemployment (FUTA) Tax Return | 11234 | 2 |
| Instr. 940 | | 13660 | 6 |
| Form 940-EZ | Employer's Annual Federal Unemployment (FUTA) Tax Return | 10983 | 2 |
| Instr. 940-EZ | | 25947 | 4 |
| Form 941 | Employer's Quarterly Federal Tax Return | 17001 | 3 |
| Instr. 941 | | 14625 | 4 |
| Form 941c | Supporting Statement To Correct Information | 11242 | 4 |
| Form 990 | Return of Organization Exempt From Income Tax | 11282 | 6 |
| Instr. 990 & 990-EZ | General Instructions for Forms 990 and 990-EZ | 22386 | 14 |
| Instr. 990 | Specific Instructions for Form 990 | 50002 | 16 |

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|
| Schedule A (Form 990) | Organization Exempt Under Section 501(c)(3) | 11285 | 6 |
| Instr. Sch. A (Form 990) | | 11294 | 8 |
| Form 990-EZ | Short Form Return of Organization Exempt From Income Tax | 10642 | 2 |
| Instr. 990-EZ | Specific Instructions for Form 990-EZ | 50003 | 9 |
| Form 1040 | U.S. Individual Income Tax Return | 11320 | 2 |
| Instr. 1040 | Line Instructions for Form 1040 | 11325 | 33 |
| Instr. 1040 | General Information for Form 1040 | 24811 | 26 |
| Tax Table and Tax Rate Sch. | Tax Table and Tax Rate Schedules (Form 1040) | 24327 | 13 |
| Schedules A&B (Form 1040) | Itemized Deductions & Interest and Ordinary Dividends | 11330 | 2 |
| Instr. Sch. A&B | | 24328 | 8 |
| Schedule C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | 11334 | 2 |
| Instr. Sch. C | | 24329 | 9 |
| Schedule C-EZ (Form 1040) | Net Profit From Business (Sole Proprietorship) | 14374 | 2 |
| Schedule D (Form 1040) | Capital Gains and Losses | 11338 | 2 |
| Instr. Sch. D | | 24331 | 7 |
| Schedule D-1 (Form 1040) | Continuation Sheet for Schedule D | 10424 | 2 |
| Schedule E (Form 1040) | Supplemental Income and Loss | 11344 | 2 |
| Instr. Sch. E | | 24332 | 6 |
| Schedule EIC (Form 1040A or 1040) | Earned Income Credit | 13339 | 2 |
| Schedule F (Form 1040) | Profit or Loss From Farming | 11346 | 2 |
| Instr. Sch. F | | 24333 | 7 |
| Schedule H (Form 1040) | Household Employment Taxes | 12187 | 2 |
| Instr. Sch. H | | 21451 | 8 |
| Schedule J (Form 1040) | Farm Income Averaging | 25513 | 2 |
| Instr. Sch. J | | 25514 | 4 |
| Schedule R (Form 1040) | Credit for the Elderly or the Disabled | 11359 | 2 |
| Instr. Sch. R | | 11357 | 4 |
| Schedule SE (Form 1040) | Self-Employment Tax | 11358 | 2 |
| Instr. Sch. SE | | 24334 | 4 |
| Form 1040A | U.S. Individual Income Tax Return | 11327 | 2 |
| Schedule 1 (Form 1040A) | Interest and Ordinary Dividends for Form 1040A Filers | 12075 | 1 |
| Schedule 2 (Form 1040A) | Child and Dependent Care Expenses for Form 1040A Filers | 10749 | 2 |
| Schedule 3 (Form 1040A) | Credit for the Elderly or the Disabled for Form 1040A Filers | 12064 | 2 |
| Instr. Sch. 3 | | 12059 | 4 |
| Form 1040-ES | Estimated Tax for Individuals | 11340 | 7 |
| Form 1040EZ | Income Tax Return for Single and Joint Filers With No Dependents | 11329 | 2 |

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages | Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|---|---|---|---|
| Form 1040NR | U.S. Nonresident Alien Income Tax Return | 11364 | 5 | Form 6198 | At-Risk Limitations | 50012 | 1 |
| | | | | Instr. 6198 | | 50013 | 7 |
| Instr. 1040NR | | 11368 | 32 | Form 6251 | Alternative Minimum Tax—Individuals | 13600 | 2 |
| Form 1040NR-EZ | U.S. Income Tax Return for Certain Nonresident Aliens With No Dependents | 21534 | 2 | Instr. 6251 | | 64277 | 8 |
| | | | | Form 6252 | Installment Sale Income | 13601 | 2 |
| Instr. 1040NR-EZ | | 21718 | 12 | Instr. 6252 | | 64262 | 2 |
| Form 1040X | Amended U.S. Individual Income Tax Return | 11360 | 2 | Form 6781 | Gains and Losses From Section 1256 Contracts and Straddles | 13715 | 3 |
| Instr. 1040X | | 11362 | 6 | Form 8271 | Investor Reporting of Tax Shelter Registration Number | 61924 | 2 |
| Form 1116 | Foreign Tax Credit | 11440 | 2 | | | | |
| Instr. 1116 | | 11441 | 12 | Form 8283 | Noncash Charitable Contributions | 62299 | 2 |
| Form 1310 | Statement of Person Claiming Refund Due a Deceased Taxpayer | 11566 | 2 | Instr. 8283 | | 62730 | 4 |
| | | | | Form 8300 | Report of Cash Payments Over $10,000 Received in a Trade or Business | 62133 | 4 |
| Form 2106 | Employee Business Expenses | 11700 | 2 | | | | |
| Instr. 2106 | | 64188 | 4 | | | | |
| Form 2106-EZ | Unreimbursed Employee Business Expenses | 20604 | 2 | Form 8332 | Release of Claim to Exemption for Child of Divorced or Separated Parents | 13910 | 1 |
| Form 2120 | Multiple Support Declaration | 11712 | 1 | Form 8379 | Injured Spouse Claim and Allocation | 62474 | 2 |
| Form 2210 | Underpayment of Estimated Tax by Individuals, Estates, and Trusts | 11744 | 3 | Form 8582 | Passive Activity Loss Limitations | 63704 | 3 |
| | | | | Instr. 8582 | | 64294 | 11 |
| Instr. 2210 | | 63610 | 5 | Form 8586 | Low-Income Housing Credit | 63987 | 2 |
| Form 2290 | Heavy Highway Vehicle Use Tax Return | 11250 | 3 | Form 8606 | Nondeductible IRAs | 63966 | 2 |
| | | | | Instr. 8606 | | 25399 | 6 |
| Instr. 2290 | | 27231 | 8 | Form 8615 | Tax for Children Under Age 14 Who Have Investment Income of More Than $1,400 | 64113 | 2 |
| Form 2441 | Child and Dependent Care Expenses | 11862 | 2 | | | | |
| Instr. 2441 | | 10842 | 3 | | | | |
| Form 2553 | Election by a Small Business Corporation | 18629 | 2 | Form 8718 | User Fee for Exempt Organization Determination Letter Request | 64728 | 1 |
| Instr. 2553 | | 49978 | 2 | Form 8801 | Credit for Prior Year Minimum Tax—Individuals, Estates, and Trusts | 10002 | 4 |
| Form 2555 | Foreign Earned Income | 11900 | 3 | | | | |
| Instr. 2555 | | 11901 | 4 | Form 8809 | Request for Extension of Time To File Information Returns | 10322 | 2 |
| Form 2555-EZ | Foreign Earned Income Exclusion | 13272 | 2 | | | | |
| Instr. 2555-EZ | | 14623 | 3 | Form 8812 | Additional Child Tax Credit | 10644 | 2 |
| Form 2688 | Application for Additional Extension of Time To File U.S. Individual Income Tax Return | 11958 | 2 | Form 8814 | Parents' Election To Report Child's Interest and Dividends | 10750 | 2 |
| Form 2848 | Power of Attorney and Declaration of Representative | 11980 | 2 | Form 8815 | Exclusion of Interest From Series EE and I U.S. Savings Bonds Issued After 1989 | 10822 | 2 |
| Instr. 2848 | | 11981 | 3 | Form 8822 | Change of Address | 12081 | 2 |
| Form 3903 | Moving Expenses | 12490 | 2 | Form 8824 | Like-Kind Exchanges | 12311 | 4 |
| Form 4136 | Credit for Federal Tax Paid on Fuels | 12625 | 4 | Form 8829 | Expenses for Business Use of Your Home | 13232 | 1 |
| Form 4137 | Social Security and Medicare Tax on Unreported Tip Income | 12626 | 2 | | | | |
| | | | | Instr. 8829 | | 15683 | 4 |
| Form 4506 | Request for Copy or Transcript of Tax Form | 41721 | 2 | Form 8839 | Qualified Adoption Expenses | 22843 | 2 |
| | | | | Instr. 8839 | | 23077 | 4 |
| Form 4562 | Depreciation and Amortization | 12906 | 2 | Form 8850 | Pre-Screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits | 22851 | 2 |
| Instr. 4562 | | 12907 | 11 | | | | |
| Form 4684 | Casualties and Thefts | 12997 | 2 | | | | |
| Instr. 4684 | | 12998 | 4 | | | | |
| Form 4797 | Sales of Business Property | 13086 | 2 | Instr. 8850 | | 24833 | 2 |
| Instr. 4797 | | 13087 | 4 | Form 8853 | Medical Savings Accounts and Long-Term Care Insurance Contracts | 24091 | 2 |
| Form 4835 | Farm Rental Income and Expenses | 13117 | 2 | | | | |
| Form 4868 | Application for Automatic Extension of Time To File U.S. Individual Income Tax Return | 13141 | 4 | Instr. 8853 | | 24188 | 8 |
| | | | | Form 8857 | Request for Innocent Spouse Relief | 24647 | 4 |
| | | | | Form 8859 | District of Columbia First-Time Homebuyer Credit | 24779 | 2 |
| Form 4952 | Investment Interest Expense Deduction | 13177 | 2 | Form 8862 | Information To Claim Earned Income Credit After Disallowance | 25145 | 2 |
| Form 4972 | Tax on Lump-Sum Distributions | 13187 | 2 | | | | |
| Instr. 4972 | | 13188 | 4 | Instr. 8862 | | 25343 | 2 |
| Form 5329 | Additional Taxes Attributable to IRAs, Other Qualified Retirement Plans, Annuities, Modified Endowment Contracts, and MSAs | 13329 | 2 | Form 8863 | Education Credits | 25379 | 3 |
| | | | | Form 9465 | Installment Agreement Request | 14842 | 2 |
| Instr. 5329 | | 13330 | 4 | | | | |

# What Is TeleTax?

Call TeleTax at **1-800-829-4477** for:

**Refund Information.** Check the status of your **1999** refund.

**Recorded Tax Information.** There are about 150 topics that answer many Federal tax questions. You can listen to up to three topics on each call you make.

## How Do You Use Tele-Tax?

### Refund Information

Refund information is not available until at least 4 weeks after you file your return (3 weeks if you file electronically), and sometimes is not available for up to 6 weeks. Please wait at least 4 weeks from the date you filed before calling to check the status of your refund. Do not send in a copy of your return unless asked to do so.

Be sure to have a copy of your 1999 tax return available because you will need to know the first social security number shown on your return, the filing status, and the **exact** whole-dollar amount of your refund. Then, call **1-800-829-4477** and follow the recorded instructions.

 The IRS updates refund information every 7 days, over the weekend. Refunds are sent out weekly, on Fridays. If you call to check the status of your refund and are not given the date it will be issued, please wait until the next week before calling back.

### Recorded Tax Information

Recorded tax information is available 24 hours a day, 7 days a week. Select the number of the topic you want to hear. Then, call **1-800-829-4477.** Have paper and pencil handy to take notes.

### Topics by Personal Computer

TeleTax topics are also available using a personal computer and modem (connect to **www.irs.gov**).

## TeleTax Topics—All topics are available in Spanish

| Topic No. | Subject |
|---|---|
| | **IRS Help Available** |
| 101 | IRS services—Volunteer tax assistance, toll-free telephone, walk-in assistance, and outreach programs |
| 102 | Tax assistance for individuals with disabilities and the hearing impaired |
| 103 | Small Business Tax Education Program (STEP)—Tax help for small businesses |
| 104 | Taxpayer Advocate Service—Help for problem situations |
| 105 | Public libraries—Tax information tapes and reproducible tax forms |
| | **IRS Procedures** |
| 151 | Your appeal rights |
| 152 | Refunds—How long they should take |
| 153 | What to do if you haven't filed your tax return (Nonfilers) |
| 154 | Form W-2—What to do if not received |
| 155 | Forms and Publications—How to order |
| 156 | Copy of your tax return—How to get one |
| 157 | Change of address—How to notify IRS |
| 158 | Ensuring proper credit of payments |

| Topic No. | Subject |
|---|---|
| | **Collection** |
| 201 | The collection process |
| 202 | What to do if you can't pay your tax |
| 203 | Failure to pay child support and other Federal obligations |
| 204 | Offers in compromise |
| 205 | Innocent spouse relief |
| | **Alternative Filing Methods** |
| 251 | Form 1040PC tax return |
| 252 | Electronic filing |
| 253 | Substitute tax forms |
| 254 | How to choose a tax preparer |
| 255 | TeleFile |
| | **General Information** |
| 301 | When, where, and how to file |
| 302 | Highlights of tax changes |
| 303 | Checklist of common errors when preparing your tax return |
| 304 | Extensions of time to file your tax return |
| 305 | Recordkeeping |
| 306 | Penalty for underpayment of estimated tax |
| 307 | Backup withholding |
| 308 | Amended returns |
| 309 | Roth IRA contributions |
| 310 | Education IRA contributions |
| 311 | Power of attorney information |

| Topic No. | Subject |
|---|---|
| | **Filing Requirements, Filing Status, and Exemptions** |
| 351 | Who must file? |
| 352 | Which form—1040, 1040A, or 1040EZ? |
| 353 | What is your filing status? |
| 354 | Dependents |
| 355 | Estimated tax |
| 356 | Decedents |
| | **Types of Income** |
| 401 | Wages and salaries |
| 402 | Tips |
| 403 | Interest received |
| 404 | Dividends |
| 405 | Refunds of state and local taxes |
| 406 | Alimony received |
| 407 | Business income |
| 408 | Sole proprietorship |
| 409 | Capital gains and losses |
| 410 | Pensions and annuities |
| 411 | Pensions—The general rule and the simplified method |
| 412 | Lump-sum distributions |
| 413 | Rollovers from retirement plans |
| 414 | Rental income and expenses |
| 415 | Renting vacation property and renting to relatives |
| 416 | Farming and fishing income |
| 417 | Earnings for clergy |
| 418 | Unemployment compensation |
| 419 | Gambling income and expenses |
| 420 | Bartering income |

# TeleTax Topics

*(Continued)*

| Topic No. | Subject |
|---|---|
| 421 | Scholarship and fellowship grants |
| 422 | Nontaxable income |
| 423 | Social security and equivalent railroad retirement benefits |
| 424 | 401(k) plans |
| 425 | Passive activities—Losses and credits |
| 426 | Other income |
| 427 | Stock options |
| 428 | Roth IRA distributions |

## Adjustments to Income

| Topic No. | Subject |
|---|---|
| 451 | Individual retirement arrangements (IRAs) |
| 452 | Alimony paid |
| 453 | Bad debt deduction |
| 454 | Tax shelters |
| 455 | Moving expenses |
| 456 | Student loan interest deduction |

## Itemized Deductions

| Topic No. | Subject |
|---|---|
| 501 | Should I itemize? |
| 502 | Medical and dental expenses |
| 503 | Deductible taxes |
| 504 | Home mortgage points |
| 505 | Interest expense |
| 506 | Contributions |
| 507 | Casualty losses |
| 508 | Miscellaneous expenses |
| 509 | Business use of home |
| 510 | Business use of car |
| 511 | Business travel expenses |
| 512 | Business entertainment expenses |
| 513 | Educational expenses |
| 514 | Employee business expenses |
| 515 | Disaster area losses |

## Tax Computation

| Topic No. | Subject |
|---|---|
| 551 | Standard deduction |
| 552 | Tax and credits figured by the IRS |
| 553 | Tax on a child's investment income |
| 554 | Self-employment tax |
| 555 | Five- or ten-year tax options for lump-sum distributions |
| 556 | Alternative minimum tax |
| 557 | Tax on early distributions from traditional and Roth IRAs |
| 558 | Tax on early distributions from retirement plans |

## Tax Credits

| Topic No. | Subject |
|---|---|
| 601 | Earned income credit (EIC) |
| 602 | Child and dependent care credit |
| 603 | Credit for the elderly or the disabled |
| 604 | Advance earned income credit |
| 605 | Education credits |
| 606 | Child tax credits |
| 607 | Adoption credit |
| 608 | Excess social security and RRTA tax withheld |

## IRS Notices

| Topic No. | Subject |
|---|---|
| 651 | Notices—What to do |
| 652 | Notice of underreported income—CP 2000 |
| 653 | IRS notices and bills, penalty and interest charges |

## Basis of Assets, Depreciation, and Sale of Assets

| Topic No. | Subject |
|---|---|
| 701 | Sale of your home after May 6, 1997 |
| 702 | Sale of your home before May 7, 1997 |
| 703 | Basis of assets |
| 704 | Depreciation |
| 705 | Installment sales |

## Employer Tax Information

| Topic No. | Subject |
|---|---|
| 751 | Social security and Medicare withholding rates |
| 752 | Form W-2—Where, when, and how to file |
| 753 | Form W-4—Employee's Withholding Allowance Certificate |
| 754 | Form W-5—Advance earned income credit |
| 755 | Employer identification number (EIN)—How to apply |
| 756 | Employment taxes for household employees |
| 757 | Form 941—Deposit requirements |
| 758 | Form 941—Employer's Quarterly Federal Tax Return |
| 759 | Form 940 and 940-EZ—Deposit requirements |
| 760 | Form 940 and Form 940-EZ—Employer's Annual Federal Unemployment Tax Return |
| 761 | Tips—Withholding and reporting |
| 762 | Independent contractor vs. employee |

## Magnetic Media Filers—1099 Series and Related Information Returns

| Topic No. | Subject |
|---|---|
| 801 | Who must file magnetically |
| 802 | Applications, forms, and information |
| 803 | Waivers and extensions |
| 804 | Test files and combined Federal and State filing |
| 805 | Electronic filing of information returns |

## Tax Information for Aliens and U.S. Citizens Living Abroad

| Topic No. | Subject |
|---|---|
| 851 | Resident and nonresident aliens |
| 852 | Dual-status alien |
| 853 | Foreign earned income exclusion—General |
| 854 | Foreign earned income exclusion—Who qualifies? |
| 855 | Foreign earned income exclusion—What qualifies? |
| 856 | Foreign tax credit |
| 857 | Individual Taxpayer Identification Number—Form W-7 |
| 858 | Alien tax clearance |

## Tax Information for Puerto Rico Residents (in Spanish only)

| Topic No. | Subject |
|---|---|
| 901 | Who must file a U.S. income tax return in Puerto Rico |
| 902 | Deductions and credits for Puerto Rico filers |
| 903 | Federal employment taxes in Puerto Rico |
| 904 | Tax assistance for Puerto Rico residents |

**Topic numbers are effective January 1, 2000.**

# Calling the IRS

If you cannot answer your question by using one of the methods listed on page 7, please call us for assistance at **1-800-829-1040.** You will not be charged for the call unless your phone company charges you for local calls. This service is available 24 hours a day, 7 days a week, from January 3, 2000, through April 17, 2000. Beginning April 18, 2000, this service is available Monday through Saturday from 7:00 a.m. until 11:00 p.m. local time. Holiday hours may vary.

 If you want to check the status of your **1999 refund,** call **TeleTax** at **1-800-829-4477** (see page 10 for instructions).

## Before You Call

IRS representatives care about the quality of the service we provide to you, our customer. You can help us provide accurate, complete answers to your questions by having the following information available.

- The tax form, schedule, or notice to which your question relates.
- The facts about your particular situation. The answer to the same question often varies from one taxpayer to another because of differences in their age, income, whether they can be claimed as a dependent, etc.
- The name of any IRS publication or other source of information that you used to look for the answer.

To maintain your account security, you may be asked for the following information, which you should also have available.

- Your social security number.
- The amount of refund and filing status shown on your tax return.
- The "Caller ID Number" shown at the top of any notice you received.
- Your personal identification number (PIN) if you have one.
- Your date of birth.
- The numbers in your street address.
- Your ZIP code.

If you are asking for an installment agreement to pay your tax, you will be asked for the highest amount you can pay each month and the date on which you can pay it.

**Evaluation of Services Provided.** The IRS uses several methods to evaluate the quality of this telephone service. One method is for a second IRS representative to sometimes listen in on or record telephone calls. Another is to ask some callers to complete a short survey at the end of the call.

## Making the Call

Call **1-800-829-1040** (for TTY/TDD help, call 1-800-829-4059). If you have a pulse or rotary dial phone, stay on the line and one of our assisters will answer.

If you have a touch-tone phone, press **1** to enter our automated system. You can press the number for your topic as soon as you hear it. The system will direct you to the appropriate assistance. You may not need to speak to a representative to get your answer. You can do the following within the system.

- Order tax forms and publications.
- Find out the status of your refund or what you owe.
- Determine if we have adjusted your account or received payments you made.
- Request a transcript of your account.
- Find out where to send your tax return or payment.
- Request more time to pay or set up a monthly installment agreement.

## Before You Hang Up

If you do not fully understand the answer you receive, or you feel our representative may not fully understand your question, our representative needs to know this. He or she will be happy to take additional time to be sure your question is answered fully.

By law, you are responsible for paying your share of Federal income tax. If we should make an error in answering your question, you are still responsible for the payment of the correct tax. Should this occur, however, you will not be charged any penalty.

# Before You Fill In Form 1040

See **How To Avoid Common Mistakes** on page 50.

If you were in the Balkans or the Persian Gulf area (for example, you participated in Operation Joint Forge or Operation Allied Force), see **Pub. 3.**

 For details on these and other changes, see **Pub. 553** or see **What's Hot** at www.irs.gov.

## What's New for 1999?

### Capital Gain Distributions— No Schedule D for Many People!

You may not have to file Schedule D just to report your capital gain distributions. See the instructions for line 13 on page 22. If you do not have to file Schedule D, be sure you check the box on line 13.

### Child Tax Credits

If you have a child who was under age 17 at the end of 1999, you may be able to claim either or both of these credits:

- The Child Tax Credit.
- The Additional Child Tax Credit.

The total of these credits can be as much as $500 for each qualifying child. To find out if you have a qualifying child, see the instructions for line 6c, column (4), on page 19. Figure the **child tax credit** first. See the instructions for line 43 on page 33.

If you have three or more qualifying children and you are not able to claim the full $500 child tax credit for each child, you may be able to claim the **additional child tax credit.** See the instructions for line 60 on page 48. The additional child tax credit is refundable; that is, it may give you a refund even if you do not owe any tax. Use **Form 8812** to figure this credit.

### Student Loan Interest Deduction

If you paid interest on a qualified student loan, you may be able to deduct up to $1,500 of the interest on line 24. See the instructions for line 24 on page 26.

### Self-Employed Health Insurance Deduction

You may be able to deduct up to 60% of your health insurance. See the instructions for line 28 on page 28.

### Did You Convert Part or All of an IRA to a Roth IRA in 1998?

If you did and you chose to report the taxable amount over 4 years, you must report the amount that is taxable in 1999 on line 15b. See **1998 Roth IRA Conversions** on page 22.

### IRA Deduction Allowed to More People Covered by Retirement Plans

You may be able to take an IRA deduction if you were covered by a retirement plan and your modified adjusted gross income is less than the amount shown below that applies to you.

- Single, head of household, or married filing separately and you lived apart from your spouse for all of 1999—$41,000.
- Married filing jointly or qualifying widow(er)—$61,000.

See the instructions for line 23 on page 26.

### Tax From Recapture of Education Credits

You may owe this tax if you claimed an education credit on your 1998 tax return and, in 1999, you, your spouse if filing jointly, or your dependent received:

- A refund of qualified tuition and related expenses, or
- Tax-free educational assistance.

See **Form 8863** for details.

### Business Standard Mileage Rate

The rate for business use of a vehicle before April 1, 1999, is 32½ cents a mile. The rate for business use of a vehicle after March 31, 1999, is 31 cents a mile.

### Earned Income Credit (EIC)

You may be able to take this credit if you earned less than $30,580 (less than $10,200 if you do not have any qualifying children). See the instructions for lines 59a and 59b that begin on page 38.

### New Look for Child Tax Credit and EIC Instructions

You may notice that those instructions look different from the others in this booklet. We are trying this new approach as a way of simplifying our instructions to serve you better. To help us evaluate the effectiveness of the new instructions, we are interested in hearing your comments. See page 54 for details on how to send us your comments.

### Photographs of Missing Children

The IRS is a proud partner with the National Center for Missing and Exploited Children. Photographs of missing children selected by the Center may appear in this booklet on pages that would otherwise be blank. You can help bring these children home by looking at the photographs and calling **1-800-THE-LOST** (1-800-843-5678) if you recognize a child.

## What To Look for in 2000

### Student Loan Interest Deduction

You may be able to deduct up to $2,000 of the interest you pay on a qualified student loan.

### IRA Deduction Allowed to More People Covered by Retirement Plans

You may be able to take an IRA deduction if you are covered by a retirement plan and your 2000 modified adjusted gross income is less than the amount shown below that applies to you.

- Single, head of household, or married filing separately and you lived apart from your spouse for all of 2000—$42,000.
- Married filing jointly or qualifying widow(er)—$62,000.

# Filing Requirements

These rules apply to all U.S. citizens, regardless of where they live, and resident aliens.

## Do You Have To File?

Use **Chart A, B,** or **C** to see if you must file a return. U.S. citizens who lived in or had income from a U.S. possession should see *Pub. 570.* Residents of Puerto Rico can use TeleTax topic 901 (see page 10) to see if they must file.

 Even if you do not otherwise have to file a return, you should file one to get a refund of any Federal income tax withheld. You should also file if you are eligible for the earned income credit or the additional child tax credit.

### Exception for Children Under Age 14

If you are planning to file a return for your child who was under age 14 on January 1, 2000, and certain other conditions apply, you may elect to report your child's income on your return. But you must use **Form 8814** to do so. If you make this election, your child does not have to file a return. For details, use TeleTax topic 553 (see page 10) or see Form 8814.

### Nonresident Aliens and Dual-Status Aliens

These rules also apply to nonresident aliens and dual-status aliens who were married to U.S. citizens or residents at the end of 1999 and who have elected to be taxed as resident aliens. Other nonresident aliens and dual-status aliens have different filing requirements. They may have to file **Form 1040NR** or **Form 1040NR-EZ.** Specific rules apply to determine if you are a resident or nonresident alien. See *Pub. 519* for details, including the rules for students and scholars who are aliens.

## When Should You File?

Not later than **April 17, 2000.** If you file after this date, you may have to pay penalties and interest. See page 53.

### What if You Cannot File on Time?

You can get an automatic 4-month extension if, by April 17, 2000 you **either** file **Form 4868** or pay part or all of the tax you expect to owe for 1999 by phone using your credit card (American Express® Card, MasterCard®, or Discover® Card). For details on how to get an extension with your credit card, see Form 4868.

 Filing Form 4868 or paying by credit card does not extend the time to pay your income tax. See Form 4868.

If you are a U.S. citizen or resident, you may qualify for an automatic extension of time to file without filing Form 4868 or paying by credit card, if, on the due date of your return, you meet one of the following conditions:

● You live outside the United States and Puerto Rico, AND your main place of business or post of duty is outside the United States and Puerto Rico.

● You are in military or naval service on duty outside the United States and Puerto Rico.

This extension gives you an extra 2 months to file and pay the tax, but interest will be charged from the original due date of the return on any unpaid tax. You must attach a statement to your return showing that you meet the requirements.

## Where Do You File?

See the back cover of this booklet for filing instructions and addresses. For details on using a private delivery service to mail your return or payment, see page 17.

### Chart A—For Most People

| IF your filing status is . . . | AND at the end of 1999 you were* . . . | THEN file a return if your gross income** was at least . . . |
|---|---|---|
| Single | under 65<br>65 or older | $7,050<br>8,100 |
| Married filing jointly*** | under 65 (both spouses)<br>65 or older (one spouse)<br>65 or older (both spouses) | $12,700<br>13,550<br>14,400 |
| Married filing separately | any age | $2,750 |
| Head of household (see page 18) | under 65<br>65 or older | $9,100<br>10,150 |
| Qualifying widow(er) with dependent child (see page 18) | under 65<br>65 or older | $9,950<br>10,800 |

 * *If you turned 65 on January 1, 2000, you are considered to be age 65 at the end of 1999.*
 ** ***Gross income** means all income you received in the form of money, goods, property, and services that is not exempt from tax including any income from sources outside the United States (even if you may exclude part or all of it).* ***Do not*** *include social security benefits unless you are married filing a separate return and you lived with your spouse at any time in 1999.*
*** *If you did not live with your spouse at the end of 1999 (or on the date your spouse died) and your gross income was at least $2,750, you must file a return regardless of your age.*

**Chart B—For Children and Other Dependents** (See the instructions for line 6c on page 19 to find out if someone can claim you as a dependent.)

If your parent (or someone else) can claim you as a dependent, use this chart to see if you must file a return.

In this chart, **unearned income** includes taxable interest, ordinary dividends, and capital gain distributions. **Earned income** includes wages, tips, and taxable scholarship and fellowship grants. **Gross income** is the total of your unearned and earned income.

 If your gross income was $2,750 or more, you usually cannot be claimed as a dependent unless you were under age 19 **or** a student under age 24. For details, see **Pub. 501.**

**Single dependents.** Were you **either** age 65 or older **or** blind?

☐ **No.** You must file a return if **any** of the following apply.
- Your **unearned income** was over $700.
- Your **earned income** was over $4,300.
- Your **gross income** was more than the **larger** of—
  - $700, **or**
  - Your earned income (up to $4,050) plus $250.

☐ **Yes.** You must file a return if **any** of the following apply.
- Your unearned income was over $1,750 ($2,800 if 65 or older **and** blind).
- Your earned income was over $5,350 ($6,400 if 65 or older **and** blind).
- Your gross income was more than—

| The larger of: | PLUS | This amount: |
|---|---|---|
| • $700, **or** <br> • Your earned income (up to $4,050) plus $250 | } | $1,050 ($2,100 if 65 or older **and** blind) |

**Married dependents.** Were you **either** age 65 or older **or** blind?

☐ **No.** You must file a return if **any** of the following apply.
- Your unearned income was over $700.
- Your earned income was over $3,600.
- Your gross income was at least $5 and your spouse files a separate return and itemizes deductions.
- Your gross income was more than the **larger** of—
  - $700, **or**
  - Your earned income (up to $3,350) plus $250.

☐ **Yes.** You must file a return if **any** of the following apply.
- Your unearned income was over $1,550 ($2,400 if 65 or older **and** blind).
- Your earned income was over $4,450 ($5,300 if 65 or older **and** blind).
- Your gross income was at least $5 and your spouse files a separate return and itemizes deductions.
- Your gross income was more than—

| The larger of: | PLUS | This amount: |
|---|---|---|
| • $700, **or** <br> • Your earned income (up to $3,350) plus $250 | } | $850 ($1,700 if 65 or older **and** blind) |

## Chart C—Other Situations When You Must File

You must file a return if any of the four conditions below apply for 1999.

**1.** You owe any special taxes, such as:
- Social security and Medicare tax on tips you did not report to your employer,
- Uncollected social security and Medicare or RRTA tax on tips you reported to your employer or on group-term life insurance,
- Alternative minimum tax,
- Recapture taxes (see the instructions for line 40 on page 31 and line 56 on page 37), or
- Tax on an individual retirement arrangement (IRA), other retirement plan, or on a medical savings account (MSA). But if you are filing a return only because you owe this tax, you can file **Form 5329** by itself.

**2.** You received any advance earned income credit (EIC) payments from your employer. These payments are shown in box 9 of your W-2 form.

**3.** You had net earnings from self-employment of at least $400.

**4.** You earned wages of $108.28 or more from a church or qualified church-controlled organization that is exempt from employer social security and Medicare taxes.

# Where To Report Certain Items From 1999 Forms W-2, 1098, and 1099

Report on Form 1040, line 57, any amounts shown on these forms as **Federal income tax withheld.** If you itemize your deductions, report on Schedule A, line 5, any amounts shown on these forms as **state or local income tax withheld.**

| Form | Item and Box in Which it Should Appear | Where To Report if Filing Form 1040 |
|---|---|---|
| W-2 | Wages, salaries, tips, etc. (box 1) | Form 1040, line 7 |
| | Allocated tips (box 8) | See **Tip income** on page 20 |
| | Advance EIC payments (box 9) | Form 1040, line 54 |
| | Dependent care benefits (box 10) | Form 2441, line 10 |
| | Adoption benefits (box 13, code **T**) | Form 8839, line 22 |
| | Employer contributions to an MSA (box 13, code **R**) | Form 8853, line 3b |
| W-2G | Gambling winnings (box 1) | Form 1040, line 21 (Schedule C or C-EZ for professional gamblers) |
| 1098 | Mortgage interest (box 1) | Schedule A, line 10* |
| | Points (box 2) | |
| | Refund of overpaid interest (box 3) | Form 1040, line 21, but first see the instructions on Form 1098* |
| 1098-E | Student loan interest (box 1) | See the instructions for Form 1040, line 24, on page 26* |
| 1099-A | Acquisition or abandonment of secured property | See Pub. 544 |
| 1099-B | Stocks, bonds, etc. (box 2) | Schedule D |
| | Bartering (box 3) | See Pub. 525 |
| | Futures contracts (box 9) | Form 6781 |
| 1099-C | Canceled debt (box 2) | Form 1040, line 21, but first see the instructions on Form 1099-C* |
| 1099-DIV | Ordinary dividends (box 1) | Form 1040, line 9 |
| | Total capital gain distributions (box 2a) | Form 1040, line 13, or, if required, Schedule D, line 13, column (f) |
| | 28% rate gain (box 2b) | Schedule D, line 13, column (g) |
| | Unrecaptured section 1250 gain (box 2c) | See the worksheet for Schedule D, line 25, on page D-7 |
| | Section 1202 gain (box 2d) | See the instructions for Schedule D |
| | Nontaxable distributions (box 3) | See the instructions for Form 1040, line 9, on page 20 |
| | Investment expenses (box 5) | Schedule A, line 22 |
| | Foreign tax paid (box 6) | Form 1040, line 46, or Schedule A, line 8 |
| 1099-G | Unemployment compensation (box 1) | Form 1040, line 19. But if you repaid any unemployment compensation in 1999, see the instructions for line 19 on page 24 |
| | State or local income tax refund (box 2) | See the instructions for Form 1040, line 10, on page 21* |
| | Qualified state tuition program earnings (box 5) | Form 1040, line 21 |
| | Taxable grants (box 6) | Form 1040, line 21* |
| | Agriculture payments (box 7) | See the Schedule F instructions or Pub. 225 |

*\* If the item relates to an activity for which you are required to file Schedule C, C-EZ, E, or F, or Form 4835, report the taxable or deductible amount allocable to the activity on that schedule or form instead.*

*(continued)*

| Form | Item and Box in Which it Should Appear | Where To Report if Filing Form 1040 |
|------|------|------|
| 1099-INT | Interest income (box 1) | Form 1040, line 8a |
| | Early withdrawal penalty (box 2) | Form 1040, line 30 |
| | Interest on U.S. savings bonds and Treasury obligations (box 3) | See the instructions for Form 1040, line 8a, on page 20 |
| | Investment expenses (box 5) | Schedule A, line 22 |
| | Foreign tax paid (box 6) | Form 1040, line 46, or Schedule A, line 8 |
| 1099-LTC | Long-term care and accelerated death benefits | See the instructions for Form 8853 |
| 1099-MISC | Rents (box 1) | See the instructions for Schedule E |
| | Royalties (box 2) | Schedule E, line 4 (timber, coal, iron ore royalties, see Pub. 544) |
| | Other income (box 3) | Form 1040, line 21* |
| | Nonemployee compensation (box 7) | Schedule C, C-EZ, or F (Form 1040, line 7, if you were not self-employed) |
| | Other (boxes 5, 6, 8, 9, and 10) | See the instructions on Form 1099-MISC |
| 1099-MSA | Distributions from medical savings accounts | Form 8853 |
| 1099-OID | Original issue discount (box 1) | See the instructions on Form 1099-OID |
| | Other periodic interest (box 2) | |
| | Early withdrawal penalty (box 3) | Form 1040, line 30 |
| 1099-PATR | Patronage dividends and other distributions from a cooperative (boxes 1, 2, 3, and 5) | Schedule C, C-EZ, or F, or Form 4835, but first see the instructions on Form 1099-PATR |
| | Credits (boxes 7 and 8) | Form 3468 or Form 5884 |
| | Patron's AMT adjustment (box 9) | Form 6251, line 14j |
| 1099-R | Distributions from IRAs** | See the instructions for Form 1040, lines 15a and 15b, on page 22 |
| | Distributions from pensions, annuities, etc. | See the instructions for Form 1040, lines 16a and 16b, on page 22 |
| | Capital gain (box 3) | See the instructions on Form 1099-R |
| 1099-S | Gross proceeds from real estate transactions (box 2) | Form 4797, Form 6252, or Schedule D. But if the property was your home, see the instructions for Schedule D to find out if you must report the sale or exchange. |
| | Buyer's part of real estate tax (box 5) | See the instructions for Schedule A, line 6, on page A-2* |

*  *If the item relates to an activity for which you are required to file Schedule C, C-EZ, E, or F, or Form 4835, report the taxable or deductible amount allocable to the activity on that schedule or form instead.*

** *This includes distributions from Roth, SEP, SIMPLE, and education IRAs.*

## Private Delivery Services

You can use certain private delivery services designated by the IRS to meet the "timely mailing as timely filing/paying" rule for tax returns and payments. The most recent list of designated private delivery services was published by the IRS in August 1999. The list includes only the following:

● Airborne Express (Airborne): Overnight Air Express Service, Next Afternoon Service, and Second Day Service.

● DHL Worldwide Express (DHL): DHL "Same Day" Service, and DHL USA Overnight.

● Federal Express (FedEx): FedEx Priority Overnight, FedEx Standard Overnight, and FedEx 2Day.

● United Parcel Service (UPS): UPS Next Day Air, UPS Next Day Air Saver, UPS 2nd Day Air, and UPS 2nd Day Air A.M.

The private delivery service can tell you how to get written proof of the mailing date.



Private delivery services cannot deliver items to P.O. boxes. You must use the U.S. Postal Service to mail any item to an IRS P.O. box address.

# Line Instructions for Form 1040

## Name and Address

### Use the Peel-Off Label

Using your peel-off name and address label in this booklet will speed the processing of your return. It also prevents common errors that can delay refunds or result in unnecessary notices. Put the label on your return **after** you have finished it. Cross out any errors and print the correct information. Add any missing items, such as your apartment number.

### Address Change

If the address on your peel-off label is not your current address, cross out your old address and print your new address. If you plan to move after filing your return, see page 51.

### Name Change

If you changed your name, be sure to report the change to your local Social Security Administration office **before** filing your return. This prevents delays in processing your return and issuing refunds. It also safeguards your future social security benefits. If you received a peel-off label, cross out your former name and print your new name.

### What If You Do Not Have a Label?

Print or type the information in the spaces provided. If you are married filing a separate return, enter your husband's or wife's name on line 3 instead of below your name.

 If you filed a joint return for 1998 and you are filing a joint return for 1999 with the same spouse, be sure to enter your names and SSNs in the same order as on your 1998 return.

### P.O. Box

Enter your box number instead of your street address **only** if your post office does not deliver mail to your home.

### Foreign Address

Enter the information in the following order: city, province or state, and country. Follow the country's practice for entering the postal code. Please **do not** abbreviate the country name.

### Death of a Taxpayer

See page 51.

## Social Security Number (SSN)

An incorrect or missing SSN may increase your tax or reduce your refund. **To apply for an SSN,** get **Form SS-5** from your local Social Security Administration (SSA) office or call the SSA at 1-800-772-1213. Fill in Form SS-5 and return it to the SSA. It usually takes about 2 weeks to get an SSN.

Check that your SSN is correct on your Forms W-2 and 1099. See page 51 for more details.

### IRS Individual Taxpayer Identification Numbers (ITINs) for Aliens

The IRS will issue you an ITIN if you are a nonresident or resident alien and you do not have and are not eligible to get an SSN. **To apply for an ITIN,** file **Form W-7** with the IRS. It usually takes about 30 days to get an ITIN. **Enter your ITIN wherever your SSN is requested on your tax return.**

**Note.** An ITIN is for tax use only. It does not entitle you to social security benefits or change your employment or immigration status under U.S. law.

### Nonresident Alien Spouse

If your spouse is a nonresident alien and you file a joint or separate return, your spouse must have either an SSN or an ITIN.

## Presidential Election Campaign Fund

This fund helps pay for Presidential election campaigns. The fund reduces candidates' dependence on large contributions from individuals and groups and places candidates on an equal financial footing in the general election. If you want $3 to go to this fund, check the "Yes" box. If you are filing a joint return, your spouse may also have $3 go to the fund. If you check "Yes," your tax or refund will not change.

## Filing Status

Check **only** the filing status that applies to you. The ones that will usually give you the lowest tax are listed last.

- Married filing separately.
- Single.
- **Head of household.** This status is for unmarried people who paid over half the cost of keeping up a home for a qualifying person, such as a child or parent. Certain married people who lived apart from their spouse for the last 6 months of 1999 may also be able to use this status.
- Married filing jointly or Qualifying widow(er) with dependent child. The **Qualifying widow(er)** status is for certain people whose spouse died in 1997 or 1998 and who had a child living with them whom they can claim as a dependent.

**Joint and Several Tax Liability.** If you file a joint return, both you and your spouse are generally responsible for the tax and any interest or penalties due on the return. This means that if one spouse does not pay the tax due, the other may have to. However, see **Innocent Spouse Relief** on page 51.

 More than one filing status may apply to you. Choose the one that will give you the lowest tax. If you are not sure about your filing status, use TeleTax topic 353 (see page 10) or see **Pub. 501.**

## Exemptions

You usually can deduct $2,750 on line 38 for each exemption you can take.

### Line 6b

### Spouse

Check the box on line 6b if you file either (**1**) a joint return, or (**2**) a separate return and your spouse had no income and is not filing a return. However, **do not** check the

box if your spouse can be claimed as a dependent on another person's return.

# Line 6c

## Dependents

You can take an exemption for each of your dependents. The following is a brief description of the five tests that must be met for a person to qualify as your dependent. If you have **more than six** dependents, attach a statement to your return with the required information.

**Relationship Test.** The person must be either your relative or have lived in your home as a family member all year. If the person is not your relative, the relationship must not violate local law.

**Joint Return Test.** If the person is married, he or she cannot file a joint return. But the person can file a joint return if the return is filed only as a claim for refund **and** no tax liability would exist for either spouse if they had filed separate returns.

**Citizen or Resident Test.** The person must be a U.S. citizen or resident alien, or a resident of Canada or Mexico. There is an exception for certain adopted children. To find out who is a **resident alien**, use TeleTax topic 851 (see page 10) or see **Pub. 519.**

**Income Test.** The person's gross income must be less than $2,750. But your child's gross income can be $2,750 or more if he or she was either **under age 19** at the end of 1999 or **under age 24** at the end of 1999 and was a **student.**

**Support Test.** You must have provided over half of the person's total support in 1999. But there are two exceptions to this test: one for children of divorced or separated parents and one for persons supported by two or more taxpayers.

  For more details about the tests, including any exceptions that apply, see **Pub. 501.**

## Line 6c, Column (2)

You must enter each dependent's social security number (SSN). If you do not enter the correct SSN, at the time we process your return, we may disallow the exemption claimed for the dependent and reduce or disallow any other tax benefits (such as the child tax credit and the earned income credit) based on the dependent.

  For details on how your dependent can get an SSN, see page 18. If your dependent will not have a number by April 17, 2000, see **What if You Cannot File on Time?** on page 14.

If your dependent child was born and died in 1999 and you do not have an SSN for the child, you may attach a copy of the child's birth certificate instead and enter "DIED" in column (2).

**Adoption Taxpayer Identification Numbers (ATINs).** If you have a dependent who was placed with you by an authorized placement agency and you do not know his or her SSN, you must get an ATIN for the dependent from the IRS. See **Form W-7A** for details.

## Line 6c, Column (4)

Check the box in this column if your dependent is a qualifying child for the child tax credit (defined below). If you have at least one qualifying child, you may be able to take the child tax credit on line 43.

**Qualifying Child for Child Tax Credit.** A qualifying child for purposes of the child tax credit is a child who:

- Is claimed as your dependent on line 6c, **and**
- Was **under age 17** at the end of 1999, **and**
- Is your son, daughter, adopted child, grandchild, stepchild, or foster child, **and**
- Is a United States citizen or resident alien.

**Note.** The above requirements are not the same as the requirements to be a qualifying child for the earned income credit.

A child placed with you by an authorized placement agency for legal adoption is an **adopted child** even if the adoption is not final.

A **grandchild** is any descendant of your son, daughter, or adopted child and includes your great-grandchild, great-great-grandchild, etc.

A **foster child** is any child you cared for as your own child and who lived with you for all of 1999. A child who was born or died in 1999 is considered to have lived with you for all of 1999 if your home was the child's home for the entire time he or she was alive during 1999.

## Children Who Did Not Live With You Due to Divorce or Separation

If you are claiming a child who did not live with you under the rules in **Pub. 501** for children of divorced or separated parents, attach **Form 8332** or similar statement to your return. But see **Exception** below. If your divorce decree or separation agreement went into effect after 1984 and it states you can claim the child as your dependent without regard to any condition, such as payment of support, you may attach a copy of the following pages from the decree or agreement instead.

**1.** Cover page (put the other parent's SSN on that page),

**2.** The page that states you can claim the child as your dependent, and

**3.** Signature page with the other parent's signature and date of agreement.

**Note.** You must attach the required information even if you filed it in an earlier year.

**Exception.** You do not have to attach Form 8332 or similar statement if your divorce decree or written separation agreement went into effect before 1985 and it states that you can claim the child as your dependent.

## Other Dependent Children

Include the total number of children who did not live with you for reasons other than divorce or separation on the line labeled "Dependents on 6c not entered above." Include dependent children who lived in Canada or Mexico during 1999.

# Income

## Foreign-Source Income

You must report unearned income, such as interest, dividends, and pensions, from sources outside the United States unless exempt by law or a tax treaty. You must also report earned income, such as wages and tips, from sources outside the United States.

If you worked abroad, you may be able to exclude part or all of your earned income. For details, see **Pub. 54** and **Form 2555** or **2555-EZ.**

## Community Property States

Community property states are Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin. If you and your spouse lived in a community property state, you must usually

- 19 -

*Need more information or forms? See page 7.*

follow state law to determine what is community income and what is separate income. For details, see **Pub. 555**.

### Rounding Off to Whole Dollars

To round off cents to the nearest whole dollar on your forms and schedules, drop amounts under 50 cents and increase amounts from 50 to 99 cents to the next dollar. If you do round off, do so for all amounts. But if you have to add two or more amounts to figure the amount to enter on a line, include cents when adding and only round off the total.

# Line 7

## Wages, Salaries, Tips, etc.

Enter the total of your wages, salaries, tips, etc. If a joint return, also include your spouse's income. For most people, the amount to enter on this line should be shown in box 1 of their **Form(s) W-2**. But the following types of income must also be included in the total on line 7.

● Wages received as a **household employee** for which you did not receive a W-2 form because your employer paid you less than $1,100 in 1999. Also, enter "HSH" and the amount not reported on a W-2 form on the dotted line next to line 7.

● **Tip income** you did not report to your employer. Also include **allocated tips** shown on your W-2 form(s) unless you can prove that you received less. Allocated tips should be shown in box 8 of your W-2 form(s). They are not included as income in box 1. See **Pub. 531** for more details.

 You may owe social security and Medicare tax on unreported or allocated tips. See the instructions for line 52 on page 36.

● **Dependent care benefits,** which should be shown in box 10 of your W-2 form(s). But first complete **Form 2441** to see if you may exclude part or all of the benefits.

● **Employer-provided adoption benefits,** which should be shown in box 13 of your W-2 form(s) with code **T.** But first complete **Form 8839** to see if you may exclude part or all of the benefits.

● **Scholarship and fellowship grants** not reported on a W-2 form. Also, enter "SCH" and the amount on the dotted line next to line 7. **Exception.** If you were a degree candidate, include on line 7 **only** the amounts you used for expenses other than tuition and course-related expenses. For ex-

ample, amounts used for room, board, and travel must be reported on line 7.

● **Excess salary deferrals.** The amount deferred should be shown in box 13 of your W-2 form and the "Deferred compensation" box in box 15 should be checked. If the total amount you (or your spouse if filing jointly) deferred for 1999 under **all** plans was more than $10,000, include the excess on line 7. But a different limit may apply if amounts were deferred under a tax-sheltered annuity plan or an eligible plan of a state or local government or tax-exempt organization. See **Pub. 575** for details.

 You may **not** deduct the amount deferred. It is not included as income in box 1 of your W-2 form.

● **Disability pensions** shown on **Form 1099-R** if you have not reached the minimum retirement age set by your employer. Disability pensions received after you reach that age and other pensions shown on Form 1099-R (other than payments from an IRA*) are reported on lines 16a and 16b. Payments from an IRA are reported on lines 15a and 15b.

● **Corrective distributions** shown on **Form 1099-R** of **(1)** excess salary deferrals plus earnings and **(2)** excess contributions plus earnings to a retirement plan. But do not include distributions from an IRA* on line 7. Instead, report them on lines 15a and 15b.

*This includes a Roth, SEP, SIMPLE, or education IRA.

### Were You a Statutory Employee?

If you were, the "Statutory employee" box in box 15 of your W-2 form should be checked. Statutory employees include full-time life insurance salespeople, certain agent or commission drivers and traveling salespeople, and certain homeworkers. If you have related business expenses to deduct, report the amount shown in box 1 of your W-2 form on **Schedule C** or **C-EZ** along with your expenses.

### Missing or Incorrect Form W-2?

If you do not get a W-2 form from your employer by January 31, 2000, use TeleTax topic 154 (see page 10) to find out what to do. Even if you do not get a Form W-2, you must still report your earnings on line 7. If you lose your Form W-2 or it is incorrect, ask your employer for a new one.

# Line 8a

## Taxable Interest

Each payer should send you a **Form 1099-INT** or **Form 1099-OID**. Report **all** of your taxable interest income on line 8a. But you must fill in and attach **Schedule B** if the total is over $400 or any of the other conditions listed at the beginning of the Schedule B instructions (see page B-1) apply to you.

Interest credited in 1999 on deposits that you could not withdraw because of the bankruptcy or insolvency of the financial institution may not have to be included in your 1999 income. For details, see **Pub. 550**.

 If you get a 1999 Form 1099-INT for U.S. savings bond interest that includes amounts you reported before 1999, see Pub. 550.

# Line 8b

## Tax-Exempt Interest

If you received any tax-exempt interest, such as from municipal bonds, report it on line 8b. Include any exempt-interest dividends from a mutual fund or other regulated investment company. **Do not** include interest earned on your IRA.

# Line 9

## Ordinary Dividends

Each payer should send you a **Form 1099-DIV.** Report your total ordinary dividends on line 9. But you must fill in and attach **Schedule B** if your total ordinary dividends are over $400 or you received, as a nominee, dividends that actually belong to someone else.

### Capital Gain Distributions

If you received any capital gain distributions, see the instructions for line 13 on page 22.

### Nontaxable Distributions

Some distributions are nontaxable because they are a return of your cost. They will not be taxed until you recover your cost. You must reduce your cost (or other basis) by these distributions. After you get back all of your cost (or other basis), you must report these distributions as capital gains on **Schedule D**. For details, see **Pub. 550**.

 Dividends on insurance policies are a partial return of the premiums you paid. **Do not** report them as dividends. Include them in income only if they exceed the total of all net premiums you paid for the contract.

## Line 10

### Taxable Refunds, Credits, or Offsets of State and Local Income Taxes

 None of your refund is taxable if, in the year you paid the tax, you **did not** itemize deductions.

If you received a refund, credit, or offset of state or local income taxes in 1999, you may receive a **Form 1099-G.** If you chose to apply part or all of the refund to your 1999 estimated state or local income tax, the amount applied is treated as received in 1999. If the refund was for a tax year paid in 1998 and you itemized deductions for 1998, use the worksheet below to see if any of your refund is taxable.

**Exceptions.** See **Recoveries** in **Pub. 525** instead of using the worksheet below if **any** of the following apply.

● You received a refund in 1999 that is for a tax year other than 1998.

● You received a refund other than an income tax refund, such as a real property tax refund, in 1999 of an amount deducted or credit claimed in an earlier year.

● Your 1998 taxable income was less than zero.

● You made your last payment of 1998 estimated state or local income tax in 1999.

● You owed alternative minimum tax in 1998.

● You could not deduct the full amount of credits you were entitled to in 1998 because the total credits exceeded the tax shown on your 1998 Form 1040, line 40.

● You could be claimed as a dependent by someone else in 1998.

Also, see **Tax Benefit Rule** in Pub. 525 instead of using the worksheet below if **all three** of the following apply.

**1.** You had to use the Itemized Deductions Worksheet in the 1998 Schedule A instructions because your 1998 adjusted gross income was over: $124,500 if single, married filing jointly, head of household, or qualifying widow(er); $62,250 if married filing separately.

**2.** You could not deduct all of the amount on line 1 of the 1998 Itemized Deductions Worksheet.

**3.** The amount on line 8 of that 1998 worksheet would be more than the amount on line 4 of that worksheet if the amount on line 4 were reduced by 80% of the refund you received in 1999.

## Line 11

### Alimony Received

Enter amounts received as alimony or separate maintenance. You must let the person who made the payments know your social security number. If you do not, you may have to pay a $50 penalty. For more details, use TeleTax topic 406 (see page 10) or see **Pub. 504.**

## Line 12

### Business Income or (Loss)

If you operated a business or practiced your profession as a sole proprietor, report your income and expenses on **Schedule C** or **C-EZ.**

---

**State and Local Income Tax Refund Worksheet—Line 10**          *Keep for Your Records*

**1.** Enter the income tax refund from **Form(s) 1099-G** (or similar statement). But **do not** enter more than the amount on your 1998 Schedule A (Form 1040), line 5 . . . . . . . . . . . . . . . . . **1.** _____

**2.** Enter your total allowable itemized deductions from your 1998 Schedule A (Form 1040), line 28 . . . . . . . . . . . . . . . . . . . **2.** _____

**Note.** If the filing status on your 1998 Form 1040 was married filing separately and your spouse itemized deductions in 1998, skip lines 3, 4, and 5, and enter the amount from line 2 on line 6.

**3.** Enter the amount shown below for the filing status claimed on your **1998** Form 1040.
● Single—$4,250
● Married filing jointly or
  qualifying widow(er)—$7,100
● Married filing separately—$3,550
● Head of household—$6,250
. . . **3.** _____

**4.** Did you fill in line 35a on your 1998 Form 1040?
☐ **No.**  Enter -0-.
☐ **Yes.** Multiply the number on line 35a of your 1998 Form 1040 by: $850 if your 1998 filing status was married filing jointly or separately or qualifying widow(er); $1,050 if your 1998 filing status was single or head of household
. . **4.** _____

**5.** Add lines 3 and 4 . . . . . . . . . . . . . . . . . . . . **5.** _____

**6.** Subtract line 5 from line 2. If zero or less, enter -0- . . . . . . . . . . . . **6.** _____

**7.** **Taxable part of your refund.** Enter the **smaller** of line 1 or line 6 here and on Form 1040, line 10 . . . . . . . . . . . . . . . . . . . . . . . . **7.** _____

---

*Need more information or forms? See page 7.*

# Line 13

## Capital Gain or (Loss)

If you had a capital gain or loss, including any **capital gain distributions** from a mutual fund, you **must** complete and attach **Schedule D.**

**Exception.** You do not have to file Schedule D if **all three** of the following apply.

**1.** The only amounts you have to report on Schedule D are capital gain distributions from box 2a of **Forms 1099-DIV** or substitute statements.

**2.** None of the Forms 1099-DIV or substitute statements have an amount in box 2b (28% rate gain), box 2c (unrecaptured section 1250 gain), or box 2d (section 1202 gain).

**3.** If you are filing **Form 4952** (relating to investment interest expense deduction), the amount on line 4e of that form is not more than zero.

If all three of the above apply, enter your capital gain distributions on line 13 and check the box on that line. Also, be sure you use the **Capital Gain Tax Worksheet** on page 32 to figure your tax.

# Line 14

## Other Gains or (Losses)

If you sold or exchanged assets used in a trade or business, see the Instructions for **Form 4797.**

# Lines 15a and 15b

## IRA Distributions

**Note.** If you converted part or all of an IRA to a Roth IRA in 1998 and you chose to report the taxable amount over 4 years, see **1998 Roth IRA Conversions** on this page.

You should receive a **Form 1099-R** showing the amount of the distribution from your individual retirement arrangement (IRA). Unless otherwise noted in the line 15a and 15b instructions, an IRA includes a traditional IRA, Roth IRA, education (Ed) IRA, simplified employee pension (SEP) IRA, and a savings incentive match plan for employees (SIMPLE) IRA. Leave line 15a blank and enter the total distribution on line 15b.

**Exception. Do not** enter your total IRA distribution on line 15b if **any** of the following apply.

**1.** You made nondeductible contributions to any of your traditional or SEP IRAs for 1999 or an earlier year. Instead, use **Form 8606** to figure the amount to enter on line 15b; enter the total distribution on line 15a. If you made nondeductible contributions to these IRAs for 1999, also see **Pub. 590.**

**2.** You converted part or all of a traditional, SEP, or SIMPLE IRA to a Roth IRA in 1999. Instead, use Form 8606 to figure the amount to enter on line 15b; enter the total distribution on line 15a.

**3.** You made an excess contribution in 1999 to your IRA and withdrew it during the period of January 1, 2000, through April 17, 2000. Enter the total distribution on line 15a and the taxable part (the earnings) on line 15b.

**4.** You received a distribution from an Ed or Roth IRA and the total distribution was not rolled over into another IRA of the same type. Instead, use Form 8606 to figure the amount to enter on line 15b; enter the total distribution on line 15a.

**5.** You rolled your IRA distribution over into another IRA of the same type (for example, from one traditional IRA to another traditional IRA). Enter the total distribution on line 15a and put "Rollover" next to line 15b. If the total on line 15a was rolled over, enter zero on line 15b. If the total was not rolled over, enter the part not rolled over on line 15b. But if item **1** above also applies, use Form 8606 to figure the taxable part.

If you rolled over the distribution **(a)** in 2000 or **(b)** from a conduit IRA into a qualified plan, attach a statement explaining what you did.

 You may have to pay an additional tax if **(1)** you received an early distribution from your IRA and the total distribution was not rolled over, or **(2)** you were born before July 1, 1928, and received less than the minimum required distribution. See the instructions for line 53 that begin on page 36 for details.

**1998 Roth IRA Conversions.** If you converted an IRA to a Roth IRA in 1998 and chose to report the taxable amount over 4 years, leave line 15a blank and enter on line 15b the amount from your **1998 Form 8606,** line 17. **But** you may have to enter a different amount on line 15b if **either** of the following applies.

● You received a distribution from a Roth IRA in 1999 **or** the owner of the Roth IRA died in 1999. See **Pub. 590** to figure the amount to enter on line 15b.

● You received a distribution from a Roth IRA in 1999. Use Form 8606 to figure the amount to enter on line 15b.

**Note.** If you received a distribution from another type of IRA, figure the taxable amount of the distribution and enter the total of the taxable amounts on line 15b.

# Lines 16a and 16b

## Pensions and Annuities

You should receive a **Form 1099-R** showing the amount of your pension and annuity payments. See page 24 for details on rollovers and lump-sum distributions. **Do not** include the following payments on lines 16a and 16b. Instead, report them on line 7.

● Disability pensions received before you reach the minimum retirement age set by your employer.

● Corrective distributions of excess salary deferrals or excess contributions to retirement plans.

 Attach Form(s) 1099-R to Form 1040 if any Federal income tax was withheld.

### Fully Taxable Pensions and Annuities

If your pension or annuity is fully taxable, enter it on line 16b; **do not** make an entry on line 16a. Your payments are fully taxable if **either** of the following applies:

● You did not contribute to the cost (see page 24) of your pension or annuity, or

● You got your entire cost back tax free before 1999.

Fully taxable pensions and annuities also include military retirement pay shown on Form 1099-R. For details on military disability pensions, see **Pub. 525.** If you received a **Form RRB-1099-R,** see **Pub. 575** to find out how to report your benefits.

### Partially Taxable Pensions and Annuities

If your pension or annuity is partially taxable and your Form 1099-R does not show the taxable part, you must use the General Rule to figure the taxable part. The General Rule is explained in **Pub. 939.** However, if your annuity starting date (defined on page 23) was **after** July 1, 1986, you may be able to use the Simplified Method explained on page 23. But if your annuity starting date was **after** November 18, 1996, and items **1, 2,** and **3** under **Simplified Method** apply,

you **must** use the Simplified Method to figure the taxable part.

You can ask the IRS to figure the taxable part for you for an $80 fee. For details, see Pub. 939.

If your Form 1099-R shows a taxable amount, you may report that amount on line 16b. But you may be able to report a lower taxable amount by using the General Rule or the Simplified Method.

Once you have figured the taxable part of your pension or annuity, enter that amount on line 16b and the total on line 16a.

### Annuity Starting Date

Your annuity starting date is the later of the first day of the first period for which you received a payment, or the date the plan's obligations became fixed.

### Simplified Method

If your annuity starting date (defined earlier) was **after** July 1, 1986, and **all three** of the following apply, you can use this simpler method. But if your annuity starting date was **after** November 18, 1996, and **all three** of the following apply, you **must** use the Simplified Method.

**1.** The payments are for **(a)** your life or **(b)** your life and that of your beneficiary.

**2.** The payments are from a qualified employee plan, a qualified employee annuity, or a tax-sheltered annuity.

**3.** At the time the pension or annuity payments began, either you were under age 75 or the number of years of guaranteed payments was fewer than 5. See Pub. 575 for the definition of guaranteed payments.

If all three apply, use the worksheet below to figure the taxable part of your pension or annuity. For more details on the Simplified Method, see Pub. 575 or **Pub. 721** for U.S. Civil Service retirement.

*(Continued on page 24)*

## Simplified Method Worksheet—Lines 16a and 16b                                     *Keep for Your Records*

**Note.** If you had more than one partially taxable pension or annuity, figure the taxable part of each separately. Enter the total of the taxable parts on Form 1040, line 16b. Enter the total pension or annuity payments received in 1999 on Form 1040, line 16a.

**1.** Enter the total pension or annuity payments received this year. Also, enter this amount on Form 1040, line 16a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1.** _____

**2.** Enter your cost in the plan at the annuity starting date plus any death benefit exclusion (see page 24) . . . . . . . . . . . . . . . . . . . . . . . **2.** _____

**3.** Enter the appropriate number from **Table 1** below. **But** if your annuity starting date was **after** 1997 **and** the payments are for your life and that of your beneficiary, enter the appropriate number from **Table 2** below . . . . . . . . . . **3.** _____

**4.** Divide line 2 by the number on line 3 . . . . . . . . . . . . **4.** _____

**5.** Multiply line 4 by the number of months for which this year's payments were made. If your annuity starting date was **before** 1987, skip lines 6 and 7 and enter this amount on line 8. Otherwise, go to line 6 . . . . . . . . . . . . . **5.** _____

**6.** Enter the amount, if any, recovered tax free in years after 1986 . . . . . . . **6.** _____

**7.** Subtract line 6 from line 2 . . . . . . . . . . . . . . . . **7.** _____

**8.** Enter the **smaller** of line 5 or line 7. . . . . . . . . . . . . . . . . . **8.** _____

**9.** **Taxable amount.** Subtract line 8 from line 1. Enter the result, but not less than zero. Also, enter this amount on Form 1040, line 16b. If your Form 1099-R shows a larger amount, use the amount on this line instead of the amount from Form 1099-R . . . . . . . . . . . . . . . . . . . . . . . . **9.** _____

### TABLE 1 FOR LINE 3 ABOVE

| IF the age at annuity starting date (see page 24) was . . . | **before** November 19, 1996, enter on line 3 . . . | **after** November 18, 1996, enter on line 3 . . . |
|---|---|---|
| | **AND your annuity starting date was—** | |
| 55 or under | 300 | 360 |
| 56–60 | 260 | 310 |
| 61–65 | 240 | 260 |
| 66–70 | 170 | 210 |
| 71 or older | 120 | 160 |

### TABLE 2 FOR LINE 3 ABOVE

| IF the combined ages at annuity starting date (see page 24) were . . . | **THEN** enter on line 3 . . . |
|---|---|
| 110 or under | 410 |
| 111–120 | 360 |
| 121–130 | 310 |
| 131–140 | 260 |
| 141 or older | 210 |

Form 1040—Lines 16a Through 21

 If you received U.S. Civil Service retirement benefits and you chose the lump-sum credit option, use the worksheet in Pub. 721. **Do not** use the worksheet on page 23.

## Age (or Combined Ages) at Annuity Starting Date

If you are the retiree, use your age on the annuity starting date. If you are the survivor of a retiree, use the retiree's age on his or her annuity starting date. **But** if your annuity starting date was after 1997 and the payments are for your life and that of your beneficiary, use your combined ages on the annuity starting date.

If you are the beneficiary of an employee who died, see Pub. 575. If there is more than one beneficiary, see Pub. 575 or Pub. 721 to figure each beneficiary's taxable amount.

## Changing Methods

If your annuity starting date was **after** July 1, 1986, and **before** November 19, 1996, you may be able to change from the General Rule to the Simplified Method (or the other way around). For details, see Pub. 575 or Pub. 721.

## Cost

Your cost is generally your net investment in the plan as of the annuity starting date. It should be shown in box 9b of Form 1099-R for the first year you received payments from the plan.

**Death Benefit Exclusion.** If you are the beneficiary of a deceased employee or former employee who died **before** August 21, 1996, amounts paid to you by, or on behalf of, an employer because of the death of the employee may qualify for a death benefit exclusion of up to $5,000. If you are entitled to this exclusion, add it to the amount you enter on line 2 of the worksheet on page 23. Do this even if the Form 1099-R shows a taxable amount. The payer of the annuity cannot add the death benefit exclusion to your cost when figuring the taxable amount. Special rules apply if you are the survivor under a joint and survivor's annuity. For details, see Pub. 939.

## Rollovers

A rollover is a tax-free distribution of cash or other assets from one retirement plan that is contributed to another plan. Use lines 16a and 16b to report a rollover, including a direct rollover, from one qualified employer's plan to another or to an IRA or SEP.

Enter on line 16a the total distribution before income tax or other deductions were withheld. This amount should be shown in box 1 of **Form 1099-R**. From the total on line 16a, subtract any contributions (usually shown in box 5) that were taxable to you when made. From that result, subtract the amount that was rolled over either directly or within 60 days of receiving the distribution. Enter the remaining amount, even if zero, on line 16b. Also, put "Rollover" next to line 16b.

Special rules apply to partial rollovers of property. For more details on rollovers, including distributions under qualified domestic relations orders, see Pub. 575.

## Lump-Sum Distributions

If you received a lump-sum distribution from a profit-sharing or retirement plan, your Form 1099-R should have the "Total distribution" box in box 2b checked. You may owe an additional tax if you received an early distribution from a qualified retirement plan and the total amount was not rolled over. For details, see the instructions for line 53 that begin on page 36.

Enter the total distribution on line 16a and the taxable part on line 16b.

 You may be able to pay less tax on the distribution if you were at least age 59½ on the date of the distribution, you meet certain other conditions, and you choose to use **Form 4972** to figure the tax on any part of the distribution. You may also be able to use Form 4972 if you are the beneficiary of a deceased employee who was either age 59½ or older on the date of death or was born before 1936. For details, see Form 4972.

# Line 19

## Unemployment Compensation

You should receive a **Form 1099-G** showing the total unemployment compensation paid to you in 1999.

If you received an overpayment of unemployment compensation in 1999 and you repaid any of it in 1999, subtract the amount you repaid from the total amount you received. Enter the result on line 19. Also, enter "Repaid" and the amount you repaid on the dotted line next to line 19. If, in 1999, you repaid unemployment compensation that you included in gross income in an earlier year, you may deduct the amount repaid on Schedule A, line 22. But if you repaid more than $3,000, see **Repayments** in **Pub. 525** for details on how to report the repayment.

## Lines 20a and 20b

## Social Security Benefits

You should receive a **Form SSA-1099** showing in box 3 the total social security benefits paid to you. Box 4 will show the amount of any benefits you repaid in 1999. If you received railroad retirement benefits treated as social security, you should receive a **Form RRB-1099**.

Use the worksheet on page 25 to see if any of your benefits are taxable.

**Exceptions. Do not** use the worksheet on page 25 if **any** of the following apply.

● You made contributions to a traditional IRA for 1999 and you were covered by a retirement plan at work or through self-employment. Instead, use the worksheets in **Pub. 590** to see if any of your social security benefits are taxable and to figure your IRA deduction.

● You repaid any benefits in 1999 and your total repayments (box 4) were more than your total benefits for 1999 (box 3). **None** of your benefits are taxable for 1999. In addition, you may be able to take an itemized deduction for part of the excess repayments if they were for benefits you included in gross income in an earlier year. For more details, see **Pub. 915.**

● You file **Form 2555, 2555-EZ, 4563,** or **8815,** or you exclude employer-provided adoption benefits or income from sources within Puerto Rico. Instead, use the worksheet in Pub. 915.

# Line 21

## Other Income

Use this line to report any other income not reported on your return or other schedules. See examples that begin on page 25. List the type and amount of income. If necessary, show the required information on an attached statement. For more details, see **Miscellaneous Taxable Income** in **Pub. 525.**

 **Do not** report any nontaxable income on line 21, such as child support; money or property that was inherited, willed to you, or received as a gift; or life insurance proceeds received because of a person's death.

**Do not** report on this line any income from **self-employment** or fees received as a notary public. Instead, you **must** use Schedule C, C-EZ or F, even if you do not have any business expenses.

Examples of **income to report** on line 21 are:

● Prizes and awards.

● Gambling winnings, including lotteries, raffles, etc. For details on gambling losses, see the instructions for Schedule A, line 27, on page A-6.

● Jury duty fees. Also, see the instructions for line 32 on page 29.

● Alaska Permanent Fund dividends.

● Qualified state tuition program earnings.

● Reimbursements or other amounts received for items deducted in an earlier year, such as medical expenses, real estate taxes, or home mortgage interest. See **Recoveries** in Pub. 525 for details on how to figure the amount to report.

*(Continued on page 26)*

## Social Security Benefits Worksheet—Lines 20a and 20b

*Keep for Your Records*

---

*Before you begin:*

✓ Complete Form 1040, lines 21, 23, and 25 through 31a, if they apply to you.

✓ Figure any amount to be entered on the dotted line next to line 32 (see page 29).

✓ If you are married filing separately and you **lived apart** from your spouse for all of 1999, enter "D" to the left of line 20a.

✓ Be sure you have read the **Exceptions** on page 24 to see if you must use a publication instead of this worksheet to find out if any of your benefits are taxable.

---

1. Enter the total amount from **box 5** of **all** your **Forms SSA-1099** and **RRB-1099**   **1.** _____

2. Is the amount on line 1 more than zero?

   ☐ **No.**  (STOP)  None of your social security benefits are taxable.

   ☐ **Yes.**  Enter one-half of line 1   .   .   .   .   .   .   .   .   .   .   .   **2.** _____

3. Add the amounts on Form 1040, lines 7, 8a, 9 through 14, 15b, 16b, 17 through 19, and 21. Do not include amounts from box 5 of Forms SSA-1099 or RRB-1099  .   .   .   .   .   .   .   .   .   **3.** _____

4. Enter the amount, if any, from Form 1040, line 8b   .   .   .   .   .   .   .   .   .   **4.** _____

5. Add lines 2, 3, and 4   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   **5.** _____

6. Add the amounts on Form 1040, lines 23, and 25 through 31a, and any amount you entered on the dotted line next to line 32   .   .   .   .   .   .   .   .   .   .   .   .   .   .   **6.** _____

7. Subtract line 6 from line 5   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   **7.** _____

8. Enter: $25,000 if single, head of household, qualifying widow(er), or married filing separately and you **lived apart** from your spouse for all of 1999; $32,000 if married filing jointly; -0- if married filing separately and you lived with your spouse at any time in 1999 .   .   .   .   .   .   .   .   **8.** _____

9. Is the amount on line 8 less than the amount on line 7?

   ☐ **No.**  (STOP)  None of your social security benefits are taxable. You do not have to enter any amounts on lines 20a or 20b of Form 1040. **But** if you are married filing separately and you **lived apart** from your spouse for all of 1999, enter -0- on line 20b. Be sure you entered "D" to the left of line 20a.

   ☐ **Yes.**  Subtract line 8 from line 7   .   .   .   .   .   .   .   .   .   .   .   .   **9.** _____

10. Enter: $9,000 if single, head of household, qualifying widow(er), or married filing separately and you **lived apart** from your spouse for all of 1999; $12,000 if married filing jointly; -0- if married filing separately and you lived with your spouse at any time in 1999 .   .   .   .   .   .   .   **10.** _____

11. Subtract line 10 from line 9. If zero or less, enter -0-  .   .   .   .   .   .   .   .   **11.** _____

12. Enter the **smaller** of line 9 or line 10   .   .   .   .   .   .   .   .   .   .   .   **12.** _____

13. Enter one-half of line 12   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   **13.** _____

14. Enter the **smaller** of line 2 or line 13   .   .   .   .   .   .   .   .   .   .   .   **14.** _____

15. Multiply line 11 by 85% (.85). If line 11 is zero, enter -0-  .   .   .   .   .   .   .   **15.** _____

16. Add lines 14 and 15   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   **16.** _____

17. Multiply line 1 by 85% (.85)   .   .   .   .   .   .   .   .   .   .   .   .   .   .   **17.** _____

18. **Taxable social security benefits.** Enter the **smaller** of line 16 or line 17   .   .   .   .   **18.** _____

   ● Enter the amount from line 1 above on Form 1040, line 20a.

   ● Enter the amount from line 18 above on Form 1040, line 20b.

---

(TIP)   If part of your benefits are taxable for 1999 **and** they include benefits paid in 1999 that were for an earlier year, you may be able to reduce the taxable amount. See Pub. 915 for details.

*Need more information or forms? See page 7.*

● Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property. Also, see the instructions for line 32 on page 29.

● Income from an activity not engaged in for profit. See **Pub. 535.**

● Loss on certain corrective distributions of excess deferrals. See **Pub. 575.**

# Adjusted Gross Income

## Line 23

### IRA Deduction

 If you made any nondeductible contributions to a traditional IRA for 1999, you must report them on **Form 8606.**

If you made contributions to a traditional individual retirement arrangement (IRA) for 1999, you may be able to take an IRA deduction. But you, or your spouse if filing a joint return, must have earned income to do so. For IRA purposes, earned income includes certain alimony received. See **Pub. 590** for details. You should receive a statement by May 31, 2000, that shows all contributions to your traditional IRA for 1999.

Use the worksheet on page 27 to figure the amount, if any, of your IRA deduction. **But read the following list before you fill in the worksheet.**

● If you were age 70½ or older at the end of 1999, you **cannot** deduct any contributions made to your traditional IRA for 1999 or treat them as nondeductible contributions.

● **You cannot** deduct contributions to a Roth IRA or an education IRA.

 If you made contributions to both a traditional IRA and a Roth IRA for 1999, **do not** use the worksheet on page 27. Instead, use the worksheet in **Pub. 590** to figure the amount, if any, of your IRA deduction.

● **You cannot** deduct contributions to a 401(k) plan, SIMPLE plan, or the Federal Thrift Savings Plan. These amounts are not included as income in box 1 of your W-2 form.

● If you made contributions to your IRA in 1999 that you deducted for 1998, **do not** include them in the worksheet.

● If you received a distribution from a nonqualified deferred compensation plan or section 457 plan that is included in box 1 of your W-2 form, do not include that distribution on line 8 of the worksheet. The distribution should be shown in box 11 of your W-2 form.

● You must file a joint return to deduct contributions to your spouse's IRA. Enter the total IRA deduction for you and your spouse on line 23.

● Do not include rollover contributions in figuring your deduction. Instead, see the instructions for lines 15a and 15b on page 22.

● Do not include trustee's fees that were billed separately and paid by you for your IRA. These fees can be deducted only as an itemized deduction on Schedule A.

● If the total of your IRA deduction on Form 1040 plus any nondeductible contribution to your traditional IRAs shown on Form 8606 is less than your total traditional IRA contributions for 1999, see Pub. 590 for special rules.

 By April 1 of the year after the year in which you turn age 70½, you must start taking minimum required distributions from your traditional IRA. If you do not, you may have to pay a 50% additional tax on the amount that should have been distributed. For details, including how to figure the minimum required distribution, see Pub. 590.

### Were You Covered by a Retirement Plan?

If you were covered by a retirement plan (qualified pension, profit-sharing (including 401(k)), annuity, Keogh, SEP, SIMPLE, etc.) at work or through self-employment, your IRA deduction may be reduced or eliminated. But you can still make contributions to an IRA even if you cannot deduct them. In any case, the income earned on your IRA contributions is not taxed until it is paid to you.

The "Pension plan" box in box 15 of your W-2 form should be checked if you were covered by a plan at work even if you were not vested in the plan. You are also covered by a plan if you were self-employed and had a Keogh, SEP, or SIMPLE retirement plan.

If you were covered by a retirement plan and you file **Form 2555, 2555-EZ,** or **8815,** or you exclude employer-provided adoption benefits, see Pub. 590 to figure the amount, if any, of your IRA deduction.

**Married Persons Filing Separately.** If you were not covered by a retirement plan but your spouse was, **you** are considered covered by a plan unless you **lived apart** from your spouse for all of 1999.

## Line 24

### Student Loan Interest Deduction

Use the worksheet on page 28 to figure your student loan interest deduction if **all five** of the following apply.

**1.** You paid interest in 1999 on a qualified student loan (see below).

**2.** At least part of the interest paid in 1999 was paid during the first 60 months that interest payments were required to be made. See **Example** below.

**3.** Your filing status is any status **except** married filing separately.

**4.** Your modified adjusted gross income (AGI) is less than: $55,000 if single, head of household, or qualifying widow(er); $75,000 if married filing jointly. Most people can use lines 3 through 5 of the worksheet on page 28 to figure their modified AGI.

**5.** You are not claimed as a dependent on someone's (such as your parent's) 1999 tax return.

**Example.** You took out a qualified student loan in 1992 while in college. You had 6 years to repay the loan and your first monthly payment was due July 1994, after you graduated. You made a payment every month as required. If you meet items **3** through **5** listed above, you may use only the interest you paid for January through June 1999 to figure your deduction. June is the end of the 60-month period (July 1994–June 1999).

**Qualified Student Loan.** This is any loan you took out to pay the qualified higher education expenses for yourself, your spouse, or anyone who was your dependent when the loan was taken out. The person for whom the expenses were paid must have been an eligible student (see page 27). However, a loan is not a qualified student loan if **(1)** any of the proceeds were used for other purposes or **(2)** the loan was from either a related person or a person who borrowed the proceeds under a qualified employer plan or a contract purchased under such a plan. To find out who is a related person, see **Pub. 970.**

**Qualified higher education expenses** generally include tuition, fees, room and board, and related expenses such as books and supplies. The expenses must be for education in a degree, certificate, or similar program at an eligible educational institu-

tion. An eligible educational institution includes most colleges, universities, and certain vocational schools. You must reduce the expenses by the following nontaxable benefits.

● Employer-provided educational assistance benefits that are not included in box 1 of your W-2 form(s).

● Excludable U.S. series EE and I savings bond interest from **Form 8815.**

● Qualified distributions from an education IRA.

● Any scholarship, educational assistance allowance, or other payment (but **not** gifts, inheritances, etc.) excluded from income.

For more details on these expenses, see Pub. 970.

An **eligible student** is a person who:

● Was enrolled in a degree, certificate, or other program (including a program of study abroad that was approved for credit by the institution at which the student was enrolled) leading to a recognized educational credential at an eligible educational institution, **and**

## IRA Deduction Worksheet—Line 23    *Keep for Your Records*

**Before you begin:**  √  Complete Form 1040, lines 25 through 31a, if they apply to you.

√  Figure any amount to be entered on the dotted line next to line 32 (see page 29).

√  Be sure you have read the list on page 26.

|  |  | Your IRA | Spouse's IRA |
|---|---|---|---|
| **1a.** | Were you covered by a retirement plan (see page 26)? . . . . . . . . . | 1a. ☐ Yes ☐ No | |
| **1b.** | If married filing jointly, was your spouse covered by a retirement plan? . . . . . . . . . | | 1b. ☐ Yes ☐ No |
| | **Next.** If you checked "No" on line 1a, and, if married filing jointly, "No" on line 1b, skip lines 2–6, enter $2,000 on line 7a (and 7b if applicable), and go to line 8. Otherwise, go to line 2. | | |
| **2.** | Enter the amount shown below for your filing status.<br>● Single, head of household, or married filing separately and you **lived apart** from your spouse for all of 1999, enter $41,000<br>● Qualifying widow(er), enter $61,000<br>● Married filing jointly, enter $61,000 in both columns. But if you checked "No" on either line 1a or 1b, enter $160,000 for the person who was not covered by a plan<br>● Married filing separately and you lived with your spouse at any time in 1999, enter $10,000 | 2a. _____ | 2b. _____ |
| **3.** | Enter the amount from Form 1040, line 22 . . . . . . . 3. _____ | | |
| **4.** | Add amounts on Form 1040, lines 25 through 31a, and any amount you entered on the dotted line next to line 32 . . . . 4. _____ | | |
| **5.** | Subtract line 4 from line 3. Enter the result in both columns . . . . . . | 5a. _____ | 5b. _____ |
| **6.** | Is the amount on line 5 less than the amount on line 2?<br>☐ **No.** (STOP) None of your IRA contributions are deductible. For details on nondeductible IRA contributions, see Form 8606.<br>☐ **Yes.** Subtract line 5 from line 2 in each column. **If the result is $10,000 or more, enter $2,000 on line 7 for that column** . . . . | 6a. _____ | 6b. _____ |
| **7.** | Multiply lines 6a and 6b by 20% (.20). If the result is not a multiple of $10, increase it to the next multiple of $10 (for example, increase $490.30 to $500). If the result is $200 or more, enter the result. But if it is less than $200, enter $200 . . . | 7a. _____ | 7b. _____ |
| **8.** | Enter your wages, and your spouse's if filing jointly, and other earned income from Form 1040, lines 27 and 29. Do not reduce wages by any loss from self-employment . . . . . . . . . . . . . . . . 8. _____ | | |
| | (CAUTION) If married filing jointly and line 8 is less than $4,000, **stop here** and see **Pub. 590** to figure your IRA deduction. | | |
| **9.** | Enter traditional IRA contributions made, or that will be made by April 17, 2000, for 1999 to your IRA on line 9a and to your spouse's IRA on line 9b . . . . | 9a. _____ | 9b. _____ |
| **10.** | On line 10a, enter the **smallest** of line 7a, 8, or 9a. On line 10b, enter the **smallest** of line 7b, 8, or 9b. This is the most you can deduct. Add the amounts on lines 10a and 10b and enter the total on Form 1040, line 23. Or, if you want, you may deduct a smaller amount and treat the rest as a nondeductible contribution (see Form 8606) | 10a. _____ | 10b. _____ |

Form 1040—Lines 24 Through 28

• Carried at least half the normal full-time workload for the course of study he or she was pursuing.

# Line 25

## Medical Savings Account Deduction

If you made contributions to a medical savings account for 1999, you may be able to take this deduction. See **Form 8853.**

# Line 26

## Moving Expenses

If you moved in connection with your job or business or started a new job, you may be able to take this deduction. But your new workplace must be at least 50 miles farther from your old home than your old home was from your old workplace. If you had no former workplace, your new workplace must be at least 50 miles from your old home. Use TeleTax topic 455 (see page 10) or see **Form 3903.**

# Line 27

## One-Half of Self-Employment Tax

If you were self-employed and owe self-employment tax, fill in **Schedule SE** to figure the amount of your deduction.

# Line 28

## Self-Employed Health Insurance Deduction

You may be able to deduct part of the amount paid for health insurance for yourself, your spouse, and dependents if **either** of the following applies.

• You were self-employed and had a net profit for the year.

• You received wages in 1999 from an S corporation in which you were a more-than-2% shareholder. Health insurance benefits paid for you may be shown in box 14 of your W-2 form.

The insurance plan must be established under your business. But if you were also eligible to participate in any subsidized health plan maintained by your or your spouse's employer for any month or part of a month in 1999, amounts paid for health insurance coverage for that month cannot be used to figure the deduction. For example, if you were eligible to participate in a subsidized health plan maintained by your spouse's employer from September 30 through December 31, you cannot use amounts paid for health insurance coverage for September through December to figure your deduction. For more details, see **Pub. 535.**

If you qualify to take the deduction, use the worksheet on page 29 to figure the amount you can deduct.

**Exception.** Use Pub. 535 instead of the worksheet on page 29 to find out how to figure your deduction if **any** of the following apply.

• You had more than one source of income subject to self-employment tax.

• You file **Form 2555** or **2555-EZ.**

• You are using amounts paid for qualified long-term care insurance to figure the deduction.

---

**Student Loan Interest Deduction Worksheet—Line 24**                *Keep for Your Records*

**Before you begin:**
&check; Complete Form 1040, lines 25 through 31a, if they apply to you.
&check; Figure any amount to be entered on the dotted line next to line 32 (see page 29).
&check; See the instructions for line 24 that begin on page 26.

⚠ **CAUTION**  If you are filing **Form 2555, 2555-EZ,** or **4563,** or you are excluding income from sources within Puerto Rico, skip lines 3 and 4 below and see Pub. 970 to figure your modified AGI to enter on line 5 below.

| | |
|---|---|
| **1.** Enter the total interest you paid in 1999 on qualified student loans (defined on page 26). Do not include interest that was required to be paid after the first 60 months . . . . . . . . . . . . . . | **1.** _____ |
| **2.** Enter the **smaller** of line 1 or $1,500 . . . . . . . . . . . . . . . . . . . . . . . | **2.** _____ |
| **3.** Enter the amount from Form 1040, line 22 . . . . . . . . .   **3.** _____ | |
| **4.** Enter the total of the amounts from Form 1040, line 23, lines 25 through 31a, plus any amount you entered on the dotted line next to line 32 . . . . .   **4.** _____ | |
| **5.** Modified AGI. Subtract line 4 from line 3 . . . . . . . . .   **5.** _____ | |
| **6.** Enter the amount shown below for your filing status.<br>• Single, head of household, or qualifying widow(er)—$40,000<br>• Married filing jointly—$60,000 . . . . . . . . .   **6.** _____ | |
| **7.** Is line 5 more than line 6?<br>☐ **No.** Skip lines 7 and 8, enter -0- on line 9, and go to line 10.<br>☐ **Yes.** Subtract line 6 from line 5 . . . . . . . . . . . .   **7.** _____ | |
| **8.** Divide line 7 by $15,000. Enter the result as a decimal (rounded to at least three places). Do not enter more than "1.000" . . . . . . . . . . . . . . . . . . . . . . | **8.** __._____ |
| **9.** Multiply line 2 by line 8 . . . . . . . . . . . . . . . . . . . . . . . . | **9.** _____ |
| **10. Student loan interest deduction.** Subtract line 9 from line 2. Enter the result here and on Form 1040, line 24. **Do not** include this amount in figuring any other deduction on your return (such as on Schedule A, C, E, etc.) . . . . . . . . . . . . . . . . . . . . . . | **10.** _____ |

*Need more information or forms? See page 7.*

# Line 29

## Keogh and Self-Employed SEP and SIMPLE Plans

If you were self-employed or a partner, you may be able to take this deduction. See **Pub. 560.**

# Line 30

## Penalty on Early Withdrawal of Savings

The **Form 1099-INT** or **Form 1099-OID** you received will show the amount of any penalty you were charged.

# Lines 31a and 31b

## Alimony Paid

If you made payments to or for your spouse or former spouse under a divorce or separation instrument, you may be able to take this deduction. Use TeleTax topic 452 (see page 10) or see **Pub. 504.**

# Line 32

Include in the total on line 32 any of the following adjustments. To find out if you can take the deduction, see the form or publication indicated. On the dotted line next to line 32, enter the amount of your deduction and identify it as indicated.

- Performing-arts-related expenses (see **Form 2106** or **2106-EZ**). Identify as "QPA."
- Jury duty pay given to your employer (see **Pub. 525**). Identify as "Jury Pay."
- Deductible expenses related to income reported on line 21 from the rental of personal property engaged in for profit. Identify as "PPR."
- Reforestation amortization (see **Pub. 535**). Identify as "RFST."
- Repayment of supplemental unemployment benefits under the Trade Act of 1974 (see **Pub. 525**). Identify as "Sub-Pay TRA."
- Contributions to section 501(c)(18) pension plans (see **Pub. 575**). Identify as "501(c)(18)."
- Deduction for clean-fuel vehicles (see **Pub. 535**). Identify as "Clean-Fuel."
- Employee business expenses of fee-basis state or local government officials (see **Form 2106** or **2106-EZ**). Identify as "FBO."

# Line 33

If line 33 is less than zero, you may have a net operating loss that you can carry to another tax year. See **Pub. 536.**

# Tax and Credits

## Line 35a

If you were age 65 or older or blind, check the appropriate boxes on line 35a. If you were married and checked the box on line 6b of Form 1040 and your spouse was age 65 or older or blind, also check the appropriate boxes for your spouse. Be sure to enter the total number of boxes checked.

## Age

If you were age 65 or older on January 1, 2000, check the "65 or older" box on your 1999 return.

## Blindness

If you were partially blind as of December 31, 1999, you must get a statement certified by your eye doctor or registered optometrist that:

- You cannot see better than 20/200 in your better eye with glasses or contact lenses, or
- Your field of vision is 20 degrees or less.

If your eye condition is not likely to improve beyond the conditions listed above, you can get a statement certified by your eye doctor or registered optometrist to this effect instead.

You must keep the statement for your records.

---

### Self-Employed Health Insurance Deduction Worksheet—Line 28

*Keep for Your Records*

| | |
|---|---|
| **Before you begin:** | ✓ Be sure you have read the **Exception** on page 28 to see if you can use this worksheet instead of Pub. 535 to figure your deduction. |
| | ✓ Complete Form 1040, line 29, if it applies to you. |

1. Enter the total amount paid in 1999 for health insurance coverage established under your business for 1999 for you, your spouse, and dependents. But do not include amounts for any month you were eligible to participate in an employer-sponsored health plan . . . . . . . . . . . . . **1.** _____

2. Multiply line 1 by 60% (.60) . . . . . . . . . . . . . . . . . . . **2.** _____

3. Enter your net profit and any other earned income* from the business under which the insurance plan is established, minus any deductions you claim on Form 1040, lines 27 and 29 . . . . . . . . . **3.** _____

4. **Self-employed health insurance deduction.** Enter the **smaller** of line 2 or line 3 here and on Form 1040, line 28. **Do not** include this amount in figuring any medical expense deduction on Schedule A (Form 1040) . . . . . . . . . . . . . . . . . . . . . **4.** _____

*\* **Earned income** includes net earnings and gains from the sale, transfer, or licensing of property you created. It does not include capital gain income. If you were a more-than-2% shareholder in the S corporation under which the insurance plan is established, earned income is your wages from that corporation.*

## Line 35b

If your spouse itemizes deductions on a separate return or if you were a dual-status alien, check the box on line 35b. But if you were a dual-status alien and you file a joint return with your spouse who was a U.S. citizen or resident at the end of 1999 and you and your spouse agree to be taxed on your combined worldwide income, **do not** check the box.

## Line 36

### Itemized Deductions or Standard Deduction

In most cases, your Federal income tax will be less if you take the **larger** of:

- Your itemized deductions, or
- Your standard deduction.



If you checked the box on **line 35b,** your standard deduction is zero.

### Itemized Deductions

To figure your itemized deductions, fill in **Schedule A.**

## Standard Deduction Chart for People Age 65 or Older or Blind—Line 36

If someone can claim you (or your spouse if married filing jointly) as a dependent, use the worksheet below instead.

Enter the number from the box on line 35a of Form 1040 . . . . . . . . . . . . . ▶ [   ]  **CAUTION** Do not use the number of exemptions from line 6d.

| IF your filing status is . . . | AND the number in the box above is . . . | THEN your standard deduction is . . . |
|---|---|---|
| Single | 1 | $5,350 |
|  | 2 | 6,400 |
| Married filing jointly or Qualifying widow(er) | 1 | $8,050 |
|  | 2 | 8,900 |
|  | 3 | 9,750 |
|  | 4 | 10,600 |
| Married filing separately | 1 | $4,450 |
|  | 2 | 5,300 |
|  | 3 | 6,150 |
|  | 4 | 7,000 |
| Head of household | 1 | $7,400 |
|  | 2 | 8,450 |

## Standard Deduction Worksheet for Dependents—Line 36

*Keep for Your Records*

Use this worksheet **only** if someone can claim you (or your spouse if married filing jointly) as a dependent.

1. Add $250 to your **earned income\*.** Enter the total . . . . . . . . . . . . **1.** _____
2. Minimum standard deduction . . . . . . . . . . . **2.** __700.00__
3. Enter the **larger** of line 1 or line 2 . . . . . . . . . . . . . . . **3.** _____
4. Enter the amount shown below for your filing status.
   - Single—$4,300
   - Married filing separately—$3,600
   - Married filing jointly or qualifying widow(er)—$7,200 } . . . . . . . **4.** _____
   - Head of household—$6,350
5. **Standard deduction.**
   a. Enter the **smaller** of line 3 or line 4. If under 65 and not blind, **stop here** and enter this amount on Form 1040, line 36. **Otherwise,** go to line 5b . . . . . . . . . . . **5a.** _____
   b. If 65 or older or blind, multiply the number on Form 1040, line 35a, by: $1,050 if single or head of household; $850 if married filing jointly or separately or qualifying widow(er) . . . . . . . . **5b.** _____
   c. Add lines 5a and 5b. Enter the total here and on Form 1040, line 36 . . . . . . . . . . . **5c.** _____

***Earned income** includes wages, salaries, tips, professional fees, and other compensation received for personal services you performed. It also includes any amount received as a scholarship that you must include in your income. Generally, your earned income is the total of the amount(s) you reported on Form 1040, lines 7, 12, and 18, minus the amount, if any, on line 27.*

## Standard Deduction

Most people can find their standard deduction by looking at the instructions to the left of line 36 of Form 1040. But if you checked **any** box on **line 35a OR** you (or your spouse if filing jointly) can be claimed as a dependent, use the chart or worksheet on page 30 that applies to you to figure your standard deduction. Also, if you checked the box on **line 35b,** your standard deduction is zero, even if you were age 65 or older or blind.

## Electing To Itemize for State Tax or Other Purposes

If you itemize even though your itemized deductions are less than your standard deduction, enter "IE" next to line 36.

# Line 39

## Taxable Income

### If You Want, the IRS Will Figure Your Tax and Some of Your Credits

**Tax.** If you have paid too much, we will send you a refund. If you did not pay enough, we will send you a bill. For details, including who is eligible and what to do, see **Pub. 967.**

**Credit for the Elderly or the Disabled.** If you can take this credit and you want us to figure it for you, see the Instructions for **Schedule R.**

**Earned Income Credit (EIC).** Follow the steps that begin on page 38 to see if you can take this credit and, if you can, what to do if you want us to figure it for you.

# Line 40

## Tax

Use one of the following methods to figure your tax. Also include in the total on line 40 any of the following taxes.

● Tax from **Forms 4972** and **8814.** Be sure to check the appropriate box(es).

● Tax from recapture of an education credit (see page 13). Enter the amount and "ECR" on the dotted line next to line 40.

### Tax Table or Tax Rate Schedules

You must use the Tax Table or Tax Rate Schedules to figure your tax unless:

● You are required to use **Form 8615, Schedule D,** or the **Capital Gain Tax Worksheet** on page 32, **or**

● You use **Schedule J** (for farm income).

If your taxable income is less than $100,000, you **must** use the Tax Table, which starts on page 57. Be sure you use the correct column. If your taxable income is $100,000 or more, use the Tax Rate Schedules on page 69.

*(Continued on page 32)*

---

**Deduction for Exemptions Worksheet—Line 38**          *Keep for Your Records*

1. Is the amount on Form 1040, line 34, more than the amount shown on line 4 below for your filing status?

   ☐ **No.** (STOP) Multiply $2,750 by the total number of exemptions claimed on Form 1040, line 6d, and enter the result on line 38.

   ☐ **Yes.** *Continue*

2. Multiply $2,750 by the total number of exemptions claimed on Form 1040, line 6d . . . . . . . . **2.** _____

3. Enter the amount from Form 1040, line 34 . . . . . . . . . **3.** _____

4. Enter the amount shown below for your filing status.
   ● Single—$126,600
   ● Married filing jointly or qualifying widow(er)—$189,950
   ● Married filing separately—$94,975
   ● Head of household—$158,300    . . . **4.** _____

5. Subtract line 4 from line 3 . . . . . . . . . . . . . . . . **5.** _____

   **Note.** If line 5 is more than: $122,500 if single, married filing jointly, head of household, or qualifying widow(er); $61,250 if married filing separately, **stop here.** You **cannot** take a deduction for exemptions. Enter -0- on Form 1040, line 38.

6. Divide line 5 by: $2,500 if single, married filing jointly, head of household, or qualifying widow(er); $1,250 if married filing separately. If the result is not a whole number, increase it to the next higher whole number (for example, increase 0.0004 to 1) . . . . . . . . . . . . . . . . . . **6.** _____

7. Multiply line 6 by 2% (.02) and enter the result as a decimal amount . . . . . . . . . . . **7.** _____._____

8. Multiply line 2 by line 7 . . . . . . . . . . . . . . . . . **8.** _____

9. **Deduction for exemptions.** Subtract line 8 from line 2. Enter the result here and on Form 1040, line 38    **9.** _____

Form 1040—Lines 40 Through 42

## Form 8615

Form 8615 must generally be used to figure the tax for any child who was under age 14 on January 1, 2000, and who had more than $1,400 of investment income, such as taxable interest or dividends. But if neither of the child's parents was alive on December 31, 1999, do not use Form 8615 to figure the child's tax.

## Schedule D

If you had a net capital gain on Schedule D (both lines 16 and 17 of Schedule D are gains) and the amount on Form 1040, line 39, is more than zero, use Part IV of Schedule D to figure your tax.

## Capital Gain Tax Worksheet

If you received capital gain distributions but you are not required to file Schedule D, use the worksheet below to figure your tax.

## Schedule J

If you had income from farming, your tax may be less if you choose to figure it using income averaging on Schedule J.

# Line 41

## Credit for Child and Dependent Care Expenses

You may be able to take this credit if you paid someone to care for your child **under age 13** or your dependent or spouse who could not care for himself or herself. For details, use TeleTax topic 602 (see page 10) or see **Form 2441.**

# Line 42

## Credit for the Elderly or the Disabled

You may be able to take this credit if by the end of 1999 **(1)** you were age 65 or older, or **(2)** you retired on **permanent and total disability** and you had taxable disability income. But you usually **cannot** take the credit if the amount on Form 1040, line 34, is $17,500 or more ($20,000 if married filing jointly and only one spouse is eligible for the credit; $25,000 if married filing jointly and both spouses are eligible; $12,500 if married filing separately). See **Schedule R.**

---

**Capital Gain Tax Worksheet—Line 40**                                      *Keep for Your Records*

***Before you begin:*** √  Be sure you do not have to file Schedule D (see the instructions for Form 1040, line 13, on page 22).

√  Be sure you checked the box on line 13 of Form 1040.

1. Enter the amount from Form 1040, line 39 . . . . . . . . . .    **1.** _____
2. Enter the amount from Form 1040, line 13 . . . . . . . . . .    **2.** _____
3. Subtract line 2 from line 1. If zero or less, enter -0- . . . . . . .    **3.** _____
4. Figure the tax on the amount on line 3. Use the Tax Table or Tax Rate Schedules, whichever applies    **4.** _____
5. Enter the **smaller** of:
   - The amount on line 1, or
   - $25,750 if single; $43,050 if married filing jointly or qualifying widow(er); $21,525 if married filing separately; or $34,550 if head of household.  . . .    **5.** _____
6. Is the amount on line 3 equal to or more than the amount on line 5?
   ☐ **Yes.** Leave lines 6 through 8 blank; go to line 9.
   ☐ **No.** Enter the amount from line 3  . . . . . . . . . .    **6.** _____
7. Subtract line 6 from line 5 . . . . . . . . . . . .    **7.** _____
8. Multiply line 7 by 10% (.10) . . . . . . . . . .    **8.** _____
9. Are the amounts on lines 2 and 7 the same?
   ☐ **Yes.** Leave lines 9 through 12 blank; go to line 13.
   ☐ **No.** Enter the **smaller** of line 1 or line 2  . . . . . . .    **9.** _____
10. Enter the amount, if any, from line 7 . . . . . . . . . . .    **10.** _____
11. Subtract line 10 from line 9. If zero or less, enter -0-  . . . . . . .    **11.** _____
12. Multiply line 11 by 20% (.20) . . . . . . . . . .    **12.** _____
13. Add lines 4, 8, and 12 . . . . . . . . . . . . .    **13.** _____
14. Figure the tax on the amount on line 1. Use the Tax Table or Tax Rate Schedules, whichever applies    **14.** _____
15. **Tax on all taxable income (including capital gain distributions).** Enter the **smaller** of line 13 or line 14 here and on Form 1040, line 40 . . . . . . . .    **15.** _____

---

*Need more information or forms? See page 7.*                   - 32 -

# Line 43—Child Tax Credit

**Legislation affecting this credit was pending at the time of printing. To find out if you can use these instructions to figure your credit, visit our Web Site (www.irs.gov) or call us 24 hours a day, 7 days a week, at 1-800-829-3676.**

## What Is the Child Tax Credit?

This credit is for people who have a qualifying child as defined in the instructions for line 6c, column (4), on page 19. It is in addition to the credit for child and dependent care expenses on Form 1040, line 41, and the earned income credit on Form 1040, line 59a.

 If you only have one or two qualifying children and the amount on Form 1040, line 40, is zero, you cannot take this credit. You also cannot take the additional child tax credit on Form 1040, line 60.

## Four Steps To Take the Child Tax Credit!

**Step 1.**  Make sure you have a qualifying child for the child tax credit. See the instructions for line 6c, column (4), on page 19.

**Step 2.**  Make sure you checked the box in column (4) of line 6c on Form 1040 for each qualifying child.

**Step 3.**  If you are claiming an education credit (see the instructions for Form 1040, line 44, on page 35), complete Form 8863 and enter that credit on line 44.

**Step 4.**  Answer the questions on this page to see if you may use the worksheet on page 34 to figure your credit or if you must use Pub. 972, Child Tax Credit. If you need Pub. 972, see page 7.

**You Will Need:** 

**Questions**  Who Must Use Pub. 972 

**1.**  Are you excluding income from Puerto Rico OR are you filing any of the following forms?

- Form 2555 or 2555-EZ (relating to foreign earned income)
- Form 4563 (exclusion of income for residents of American Samoa)

☐ **No.** *Continue*    ☐ **Yes.** STOP
You must use Pub. 972 to figure your credit instead of the worksheet on page 34.

**2.**  Is the amount on Form 1040, line 34, more than the amount shown below for your filing status?

- Married filing jointly – $110,000
- Single, head of household, or qualifying widow(er) – $75,000
- Married filing separately – $55,000

☐ **No.** *Continue*    ☐ **Yes.** STOP
You must use Pub. 972 to figure your credit instead of the worksheet on page 34.

**3.**  Do you have three or more qualifying children for the child tax credit?

☐ **No.** STOP
Use the worksheet on page 34 to figure your credit.

☐ **Yes.** *Continue* 

**4.**  Are you claiming any of the following credits?

- Adoption credit, Form 8839 (see the instructions for Form 1040, line 45, on page 35)
- Mortgage interest credit, Form 8396 (see the instructions for Form 1040, line 47, on page 35)
- District of Columbia first-time homebuyer credit, Form 8859

☐ **No.** Use the worksheet on page 34 to figure your child tax credit.

☐ **Yes.** You must use Pub. 972 to figure your child tax credit instead of the worksheet on page 34. You will also need the form(s) listed above for any credit(s) you are claiming.

- 33 -

*Need more information or forms? See page 7.*

## Child Tax Credit Worksheet—Line 43                   *Keep for Your Records*

 

**Do not** use this worksheet if you answered "Yes" to question 1, 2, or 4 on page 33. Instead, use Pub. 972.

**Before you begin:**  ✓  If you are claiming an education credit, be sure you have completed Form 8863.

1. Number of qualifying children: _____ × $500. Enter the result. **1** [____]

2. Enter the amount from Form 1040, line 40. **2** [____]

3. Add the amounts from Form 1040:

   Line 41    _____

   Line 42  + _____

   Line 44  + _____    Enter the total. **3** [____]

4. Are the amounts on lines 2 and 3 the same?

   ☐ **Yes.** (STOP) You cannot take this credit because there is no tax to reduce. However, see the **TIP** below before completing the rest of your Form 1040.

   ☐ **No.** Subtract line 3 from line 2. **4** [____]

5. Is the amount on line 1 more than the amount on line 4?

   ☐ **Yes.** Enter the amount from line 4. See the **TIP** below.

   ☐ **No.** Enter the amount from line 1.

   **This is your child tax credit.**    **5** [____]

   *Enter this amount on Form 1040, line 43.*

   1040

**TIP** You may be able to take the **additional child tax credit** on Form 1040, line 60, only if you answered "Yes" on line 4 **or** line 5 above **AND** the amount on line 1 is $1,500 or more.

- First, complete your Form 1040 through line 59b.
- Then, use Form 8812 to figure any additional child tax credit.

# Line 44

## Education Credits

If you (or your dependent) paid expenses in 1999 for yourself, your spouse, or your dependent to enroll in or attend the first 2 years of post-secondary education, you may be able to take the Hope credit. For qualified expenses paid in 1999, you may be able to take the lifetime learning credit. See **Form 8863** for details. However, you **cannot** take either credit if:

- Your filing status is married filing separately, or

- You are claimed as a dependent on someone's (such as your parent's) 1999 tax return.

# Line 45

## Adoption Credit

You may be able to take this credit if you paid expenses after 1996 to adopt a child. See **Form 8839** for details.

# Line 46

## Foreign Tax Credit

If you paid income tax to a foreign country, you may be able to take this credit. But you must complete and attach **Form 1116** to do so.

**Exception.** You do not have to file Form 1116 to take this credit if **all five** of the following apply.

**1.** All of your gross foreign-source income is from interest and dividends and all of that income and the foreign tax paid on it is reported to you on **Form 1099-INT** or **Form 1099-DIV** (or substitute statement).

**2.** If you have dividend income from shares of stock, you held those shares for at least 16 days.

**3.** You are not filing **Form 4563** or excluding income from sources within Puerto Rico.

**4.** The total of your foreign taxes is not more than $300 (not more than $600 if married filing jointly).

**5.** All of your foreign taxes were:

- Legally owed and not eligible for a refund, and

- Paid to countries that are recognized by the United States and do not support terrorism.

If you meet all five requirements, enter your total foreign tax on line 46. If you do not, see Form 1116 to find out if you can take the credit and, if you can, if you have to file Form 1116. If you need more information about these requirements, see the Instructions for Form 1116.

# Line 47

## Other Credits

Include in the total on line 47 any of the following credits and check the appropriate boxes. If box **d** is checked, also enter the form number. To find out if you can take the credit, see the form or publication indicated.

- Mortgage interest credit. If a state or local government gave you a mortgage credit certificate, see **Form 8396.**

- Credit for prior year minimum tax. If you paid alternative minimum tax in a prior year, see **Form 8801.**

- Qualified electric vehicle credit. If you placed a new electric vehicle in service in 1999, see **Form 8834.**

- General business credit. This credit consists of a number of credits that usually apply only to individuals who are partners, shareholders in an S corporation, self-employed, or who have rental property. See **Form 3800** or **Pub. 334.**

- Empowerment zone employment credit. See **Form 8844.**

- District of Columbia first-time homebuyer credit. See **Form 8859.**

# Line 48

If you sold fuel produced from a nonconventional source, see Internal Revenue Code section 29 to find out if you can take the **nonconventional source fuel credit.** If you can, attach a schedule showing how you figured the credit. Include the credit in the total on line 48. Enter the amount and "FNS" on the dotted line next to line 48.

# Other Taxes

# Line 51

## Alternative Minimum Tax

Use the worksheet on page 36 to see if you should fill in **Form 6251.**

**Exception.** Fill in Form 6251 instead of using the worksheet on page 36 if you claimed or received any of the following items.

**1.** Accelerated depreciation.

**2.** Income from incentive stock options.

**3.** Tax-exempt interest from private activity bonds.

**4.** Intangible drilling, circulation, research, experimental, or mining costs.

**5.** Amortization of pollution-control facilities or depletion.

**6.** Income or (loss) from tax-shelter farm activities or passive activities.

**7.** Percentage-of-completion income from long-term contracts.

**8.** Interest paid on a home mortgage **not** used to buy, build, or substantially improve your home.

**9.** Investment interest expense reported on **Form 4952.**

**10.** Net operating loss deduction.

**11.** Alternative minimum tax adjustments from an estate, trust, electing large partnership, or a cooperative.

**12.** Section 1202 exclusion.

 Form 6251 should be filled in for a child under age 14 if the child's adjusted gross income from Form 1040, line 34, exceeds the child's earned income by more than $5,100.

# Line 52

## Social Security and Medicare Tax on Tip Income Not Reported to Employer

If you received tips of $20 or more in any month and you did not report the full amount to your employer, you must pay the social security and Medicare or railroad retirement (RRTA) tax on the unreported tips. You must also pay this tax if your W-2 form(s) shows allocated tips that you are including in your income on Form 1040, line 7.

To figure the tax, use **Form 4137.** To pay the RRTA tax, contact your employer. Your employer will figure and collect the tax.



You may be charged a penalty equal to 50% of the social security and Medicare tax due on tips you received but did not report to your employer.

# Line 53

## Tax on IRAs, Other Retirement Plans, and MSAs

If **any** of the following apply, see **Form 5329** and its instructions to find out if you owe this tax and if you must file Form 5329.

**1.** You received any early distributions from (**a**) an IRA or other qualified retirement plan, (**b**) an annuity, or (**c**) a modified endowment contract entered into after June 20, 1988.

**2.** You made excess contributions to your IRA or MSA.

---

### Worksheet To See if You Should Fill in Form 6251—Line 51
*Keep for Your Records*

***Before you begin:***  √  Be sure you have read the **Exception** on page 35 to see if you must fill in Form 6251 instead of using this worksheet.

**1.** Enter the amount from Form 1040, line 37 . . . . . . . . . . . . . . . . **1.** _____

**2.** Are you filing Schedule A?
☐ **Yes.** Leave line 2 blank and go to line 3.
☐ **No.** Enter your standard deduction from Form 1040, line 36, and go to line 5 . . . . . . . . . **2.** _____

**3.** Enter the **smaller** of the amount on Schedule A, line 4, or 2.5% (.025) of the amount on Form 1040, line 34 . . . . . . . . . . . **3.** _____

**4.** Add lines 9 and 26 of Schedule A and enter the total . . . . . . . . . . **4.** _____

**5.** Add lines 1 through 4 above . . . . . . . . . . . . . . . . . . . **5.** _____

**6.** Enter the amount shown below for your filing status.
● Married filing jointly or qualifying widow(er)—$45,000
● Married filing separately—$22,500  } . . . . . . . . . **6.** _____
● Single or head of household—$33,750

**7.** Is the amount on line 5 more than the amount on line 6?
☐ **No.** STOP  You do not need to fill in Form 6251.
☐ **Yes.** Subtract line 6 from line 5 . . . . . . . . . . **7.** _____

**8.** Enter the amount shown below for your filing status.
● Married filing jointly or qualifying widow(er)—$150,000
● Married filing separately—$75,000  } . . . . . . . . . **8.** _____
● Single or head of household—$112,500

**9.** Is the amount on line 5 more than the amount on line 8?
☐ **No.** Enter -0- here and on line 10 and go to line 11.  } . . . . . . . . . **9.** _____
☐ **Yes.** Subtract line 8 from line 5.

**10.** Multiply line 9 by 25% (.25) and enter the result but do not enter more than line 6 above . . . **10.** _____

**11.** Add lines 7 and 10 . . . . . . . . . . . . . . . . . . . . . . **11.** _____

**12.** Is the amount on line 11 more than the amount shown below for your filing status?
● Single, married filing jointly, head of household, or qualifying widow(er)—$175,000
● Married filing separately—$87,500
☐ **Yes.** STOP  Fill in Form 6251 to see if you owe the alternative minimum tax.
☐ **No.** Multiply line 11 by 26% (.26) . . . . . . . . . . . . . . . . **12.** _____

**13.** Enter the amount from Form 1040, line 40, minus the total of any tax from Form 4972 and any amount on Form 1040, line 46 . . . . . . . . . . . . . . . . . . . **13.** _____

**Next.** Is the amount on line 12 more than the amount on line 13?
☐ **Yes.** Fill in Form 6251 to see if you owe the alternative minimum tax.
☐ **No. Do not** fill in Form 6251.

---

**3.** You were born before July 1, 1928, and did not take the minimum required distribution from your IRA or other qualified retirement plan.

**Exception.** If **only** item **1** applies to you **and** distribution code 1 is shown in box 7 of your **Form 1099-R,** you do not have to file Form 5329. Instead, multiply the taxable amount of the distribution by 10% (.10) and enter the result on line 53. The taxable amount of the distribution is the part of the distribution you reported on line 15b or line 16b of Form 1040 or on Form 4972. Also, put "No" next to line 53 to indicate that you do not have to file Form 5329. **But** if distribution code 1 is incorrectly shown in box 7, you must file Form 5329.

# Line 54

## Advance Earned Income Credit Payments

Enter the total amount of advance earned income credit (EIC) payments you received. These payments are shown in box 9 of your W-2 form(s).

# Line 55

## Household Employment Taxes

If **any** of the following apply, see **Schedule H** and its instructions to find out if you owe these taxes.

**1.** You paid **any one** household employee (defined below) cash wages of $1,100 or more in 1999. Cash wages include wages paid by checks, money orders, etc.

**2.** You withheld Federal income tax during 1999 at the request of any household employee.

**3.** You paid **total** cash wages of $1,000 or more in **any** calendar **quarter** of 1998 or 1999 to household employees.

 For item **1,** do not count amounts paid to an employee who was under age 18 at any time in 1999 and was a student.

**Household Employee.** Any person who does household work is a household employee if you can control what will be done and how it will be done. Household work includes work done in or around your home by babysitters, nannies, health aides, maids, yard workers, and similar domestic workers.

# Line 56

## Total Tax

Include in the total on line 56 any of the following taxes. To find out if you owe the tax, see the form or publication indicated. On the dotted line next to line 56, enter the amount of the tax and identify it as indicated.

**Recapture of the Following Credits.**

● Investment credit (see **Form 4255**). Identify as "ICR."

● Low-income housing credit (see **Form 8611**). Identify as "LIHCR."

● Qualified electric vehicle credit (see **Pub. 535**). Identify as "QEVCR."

● Indian employment credit. Identify as "IECR."

**Recapture of Federal Mortgage Subsidy.** If you sold your home in 1999 and it was financed (in whole or in part) from the proceeds of any tax-exempt qualified mortgage bond or you claimed the mortgage interest credit, see **Form 8828.** Identify as "FMSR."

**Section 72(m)(5) Excess Benefits Tax** (see **Pub. 560**). Identify as "Sec. 72(m)(5)."

**Uncollected Social Security and Medicare or RRTA Tax on Tips or Group-Term Life Insurance.** This tax should be shown in box 13 of your Form W-2 with codes **A** and **B** or **M** and **N.** Identify as "UT."

**Golden Parachute Payments.** If you received an excess parachute payment (EPP), you must pay a 20% tax on it. This tax should be shown in box 13 of your W-2 form with code **K.** If you received a **Form 1099-MISC,** the tax is 20% of the EPP shown in box 13. Identify as "EPP."

**Tax on Accumulation Distribution of Trusts.** Enter the amount from **Form 4970** and identify as "ADT."

# Payments

# Line 57

## Federal Income Tax Withheld

Add the amounts shown as Federal income tax withheld on your **Forms W-2, W-2G,** and **1099-R.** Enter the total on line 57. The amount withheld should be shown in box 2 of Form W-2 or W-2G, and in box 4 of Form 1099-R. If line 57 includes amounts withheld as shown on Form 1099-R, attach the Form 1099-R to the front of your return.

If you received a 1999 Form 1099 showing Federal income tax withheld on dividends, interest income, unemployment compensation, social security benefits, or other income you received, include the amount withheld in the total on line 57. This should be shown in box 4 of the 1099 form or box 6 of Form 1099-SSA.

# Line 58

## 1999 Estimated Tax Payments

Enter any payments you made on your estimated Federal income tax (**Form 1040-ES**) for 1999. Include any overpayment from your 1998 return that you applied to your 1999 estimated tax.

If you and your spouse paid joint estimated tax but are now filing separate income tax returns, either of you can claim all of the amount paid. Or you can each claim part of it. See **Pub. 505** for details on how to report your payments. Be sure to show both social security numbers (SSNs) in the space provided on the separate returns. If you or your spouse paid separate estimated tax but you are now filing a joint return, add the amounts you each paid. Follow these instructions even if your spouse died in 1999 or in 2000 before filing a 1999 return.

### Divorced Taxpayers

If you got divorced in 1999 and you made joint estimated tax payments with your former spouse, put your former spouse's SSN in the space provided on the front of Form 1040. If you were divorced and remarried in 1999, put your present spouse's SSN in the space provided on the front of Form 1040. Also, under the heading "Payments" to the left of line 58, put your former spouse's SSN, followed by "DIV."

### Name Change

If you changed your name because of marriage, divorce, etc., and you made estimated tax payments using your former name, attach a statement to the front of Form 1040. On the statement, explain all the payments you and your spouse made in 1999 and the name(s) and SSN(s) under which you made them.

## Lines 59a and 59b—
## Earned Income Credit (EIC)

### What Is the EIC?

The EIC is a credit for certain people who work. The credit may give you a refund even if you do not owe any tax.

### To Take the EIC:

- Follow the steps below.
- Complete the worksheet that applies to you OR let the IRS figure the credit for you.
- If you have a qualifying child, complete and attach Schedule EIC.

**You Will Need:**

 



**CAUTION** — If you take the EIC even though you are not eligible and it is determined that your error is due to reckless or intentional disregard of the EIC rules, you will not be allowed to take the credit for 2 years even if you are otherwise eligible to do so. If you fraudulently take the EIC, you will not be allowed to take the credit for 10 years. You may also have to pay penalties.

### Step 1 — All Filers

1. Is the amount on Form 1040, line 34, less than $30,580 (or $10,200 if a child did not live with you in 1999)?

   ☐ **Yes.** *Continue*    ☐ **No.** (STOP) You cannot take the credit.

2. Do you, and your spouse if filing a joint return, have a social security number that allows you to work (see page 41)?

   ☐ **Yes.** *Continue*    ☐ **No.** (STOP) You cannot take the credit. *Put "No" directly to the right of line 59a.*

3. Is your filing status married filing separately?

   ☐ **Yes.** (STOP) You cannot take the credit.    ☐ **No.** *Continue*

4. Are you filing Form 2555 or 2555-EZ (relating to foreign earned income)?

   ☐ **Yes.** (STOP) You cannot take the credit.    ☐ **No.** *Continue*

5. Were you a nonresident alien for any part of 1999?

   ☐ **Yes.** *See Nonresident Aliens on page 41.*    ☐ **No.** *Go to Step 2.*

### Step 2 — Investment Income

1. Add the amounts from Form 1040:

   | | |
   |---|---|
   | Line 8a | _____ |
   | Line 8b | + _____ |
   | Line 9 | + _____ |
   | Line 13 | + _____ |
   | **Investment Income =** | |

2. Is your investment income more than $2,350?

   ☐ **Yes.** *Continue*    ☐ **No.** *Skip the next question; go to Step 3.*

3. Are you filing Form 4797 (relating to sales of business property)?

   ☐ **Yes.** *See Form 4797 Filers on page 41.*    ☐ **No.** (STOP) You cannot take the credit.

### Step 3 — Who Must Use Pub. 596

Some people must use Pub. 596, Earned Income Credit, to see if they can take the credit and how to figure it. To see if you must use Pub. 596, answer the following questions.

1. Are you filing Schedule E?

   ☐ **No.** *Continue*    ☐ **Yes.** →

2. Are you claiming a loss on Form 1040, line 12, 13, or 18?

   ☐ **No.** *Continue*    ☐ **Yes.** →

3. Are you reporting income or a loss from the rental of personal property not used in a trade or business?

   ☐ **No.** *Continue*    ☐ **Yes.** →

4. Did you, or your spouse if filing a joint return, receive a distribution from a pension, annuity, or IRA that is not fully taxable?

   ☐ **No.** *Continue*    ☐ **Yes.** →

5. Did you enter an amount other than zero on Form 1040, line 51?

   ☐ **No.** *Continue*    ☐ **Yes.** →

(STOP) You must use Pub. 596 to see if you can take the credit and how to figure it.

Pub. 596

To get Pub. 596, see page 7.

6. Did a child live with you in 1999?

   ☐ **Yes.** *Go to Step 4 on page 39.*    ☐ **No.** *Go to Step 5 on page 39.*

*(Continued on page 39)*

*Continued from page 38*

---

## Step 4 — Qualifying Child

### A qualifying child is a child who is your...

| | |
|---|---|
| Son | Grandchild |
| Daughter | Stepchild |
| Adopted child | Foster child (see page 41) |

If the child was married, see page 41.

---

**AND**

### was at the end of 1999...

Under age 19

**OR**

Under age 24 and a student (see page 41)

**OR**

Any age and permanently and totally disabled (see page 41)

---

**AND**

### who...

Lived with you in the United States for more than half of 1999 or, if a foster child, for all of 1999.
If the child did not live with you for the required time, see Exception to "Time Lived With You" Condition on page 41.

---

**1.** Look at the qualifying child conditions above. Could you, or your spouse if filing a joint return, be a qualifying child of another person in 1999?

☐ **Yes.**  You cannot take the credit. *Put "No" directly to the right of line 59a.*

☐ **No.** *Continue*

**2.** Do you have at least one child who meets the above conditions to be your qualifying child?

☐ **Yes.** *Continue*

☐ **No.** *Skip the next question; go to Step 5, question 2.*

**3.** Does the child meet the conditions to be a qualifying child of any other person (other than your spouse if filing a joint return) for 1999?

☐ **Yes.** *See Qualifying Child of More Than One Person on page 41.*

☐ **No.** This child is your qualifying child. The child must have a social security number as defined on page 41 unless the child was born and died in 1999. *Skip Step 5; go to Step 6.*

---

## Step 5 — Filers Without a Qualifying Child

**1.** Look at the qualifying child conditions in Step 4. Could you, or your spouse if filing a joint return, be a qualifying child of another person in 1999?

☐ **Yes.** STOP You cannot take the credit. *Put "No" directly to the right of line 59a.*

☐ **No.** *Continue*

**2.** Can you, or your spouse if filing a joint return, be claimed as a dependent on someone else's 1999 tax return?

☐ **Yes.** STOP You cannot take the credit.

☐ **No.** *Continue*

**3.** Were you, or your spouse if filing a joint return, at least age 25 but under age 65 at the end of 1999?

☐ **Yes.** *Continue*

☐ **No.** STOP You cannot take the credit. *Put "No" directly to the right of line 59a.*

**4.** Was your home, and your spouse's if filing a joint return, in the United States for more than half of 1999? Members of the military stationed outside the United States, see page 41 before you answer.

☐ **Yes.** *Go to Step 6.*

☐ **No.** STOP You cannot take the credit. *Put "No" directly to the right of line 59a.*

---

## Step 6 — Modified Adjusted Gross Income

**1.** Add the amounts from Form 1040:

| | | |
|---|---|---|
| | Line 8b | _____ |
| | Line 34 | + _____ |
| Modified Adjusted Gross Income | = Box A | _____ |

**2.** If you have:

● 2 or more qualifying children, is Box A less than $30,580?

● 1 qualifying child, is Box A less than $26,928?

● No qualifying children, is Box A less than $10,200?

☐ **Yes.** *Go to Step 7 on page 40.*

☐ **No.** STOP You cannot take the credit.

*(Continued on page 40)*

---

- 39 -

*Need more information or forms? See page 7.*

Form 1040—Lines 59a and 59b

**Continued from page 39**

## Step 7 — Nontaxable and Taxable Earned Income

1. Add all your nontaxable earned income, including your spouse's if filing a joint return. This includes anything of value (money, goods, or services) that is not taxable that you received from your employer for your work. Types of nontaxable earned income are listed below.

- Salary deferrals, such as a 401(k) plan or the Federal Thrift Savings Plan, shown in box 13 of your W-2 form. See page 41.
- Salary reductions, such as under a cafeteria plan, unless they are included in box 1 of your W-2 form. See page 41.
- Mandatory contributions to a state or local retirement plan.
- Military employee basic housing, subsistence, and combat zone compensation. These amounts are shown in box 13 of your W-2 form with code Q.
- Meals and lodging provided for the convenience of your employer.
- Housing allowances or rental value of a parsonage for clergy members. If filing Schedule SE, see Clergy on this page.
- Excludable dependent care benefits from Form 2441, line 18, employer-provided adoption benefits from Form 8839, line 30, and educational assistance benefits (these benefits may be shown in box 14 of your W-2 form).
- Certain amounts received by Native Americans. See Pub. 596.

**Note.** Nontaxable earned income does not include welfare benefits or workfare payments (see page 41), or qualified foster care payments.

Nontaxable Earned Income = [Box B] _____

*Enter the amount and type of your nontaxable earned income on Form 1040, line 59b.* 1040 ◄ . . . . .

2. Figure taxable earned income:

   Form 1040, line 7 _____

   Subtract:
   - Any taxable scholarship or fellowship grant not reported on a W-2 form
   - Any amount paid to an inmate in a penal institution for work (put "PRI" and the amount subtracted on the dotted line next to line 7 of Form 1040)
   – _____

   Taxable Earned Income = [Box C] _____

3. Were you self-employed or are you filing Schedule C or C-EZ as a statutory employee?

   ☐ **Yes.** *Skip Steps 8 and 9; go to Worksheet B on page 43.*  ☐ **No.** *Go to Step 8.*

## Step 8 — Total Earned Income

1. Nontaxable Earned Income (Step 7, Box B) _____

   Taxable Earned Income (Step 7, Box C)  + _____

   **Total Earned Income** = [Box D] _____

2. If you have:

   - 2 or more qualifying children, is Box D less than $30,580?
   - 1 qualifying child, is Box D less than $26,928?
   - No qualifying children, is Box D less than $10,200?

   ☐ **Yes.** *Go to Step 9.*  ☐ **No.** [STOP] You cannot take the credit. *Put "No" directly to the right of line 59a.*

## Step 9 — How To Figure the Credit

1. Do you want the IRS to figure the credit for you?

   ☐ **Yes.** *See Credit Figured by the IRS below.*  ☐ **No.** *Go to Worksheet A on page 42.*

## Definitions and Special Rules
*(listed in alphabetical order)*

**Adopted Child.** Any child placed with you by an authorized placement agency for legal adoption. The adoption does not have to be final.

**Clergy.** If you are filing Schedule SE and the amount on line 2 of that schedule includes an amount that was also reported on Form 1040, line 7:

1. Put "Clergy" directly to the right of line 59a of Form 1040.
2. Do not include any housing allowance or rental value of the parsonage as nontaxable earned income in Box B if it is required to be included on Schedule SE, line 2.
3. Determine how much of the amount on Form 1040, line 7, was also reported on Schedule SE, line 2.
4. Subtract that amount from the amount on Form 1040, line 7. Enter the result in the first space of Step 7, line 2.
5. Be sure to answer "Yes" on line 3 of Step 7.

**Credit Figured by the IRS.** To have the IRS figure the credit for you:

1. Put "EIC" directly to the right of line 59a of Form 1040.
2. Be sure you entered the amount and the type of any nontaxable earned income (Step 7, Box B, on this page) on Form 1040, line 59b.
3. If you have a qualifying child, complete and attach Schedule EIC. If your 1997 or 1998 EIC was reduced or disallowed, see Form 8862, Who Must File, on page 41.

*(Continued on page 41)*

*Need more information or forms? See page 7.*        - 40 -

*Continued from page 40*

**Exception to "Time Lived With You" Condition.** A child is considered to have lived with you for all of 1999 if the child was born or died in 1999 and your home was this child's home for the entire time he or she was alive in 1999. Temporary absences, such as for school, vacation, or medical care, count as time lived at home. If you were in the military stationed outside the United States, see Members of the Military below.

**Form 4797 Filers.** If the amount on Form 1040, line 13, includes an amount from Form 4797, you must use Pub. 596 to see if you can take the EIC and how to figure it. To get Pub. 596, see page 7. Otherwise, stop; you cannot take the EIC.

**Form 8862, Who Must File.** You must file Form 8862 if your 1997 or 1998 EIC was reduced or disallowed for any reason other than a math or clerical error. But do not file Form 8862 if, after your EIC was reduced or disallowed in an earlier year, you filed Form 8862 (or other documents) and your EIC was then allowed. Also do not file Form 8862 or take the credit if it was determined that your error was due to reckless or intentional disregard of the EIC rules or fraud.

**Foster Child.** Any child you cared for as your own child. For example, if you acted as the parent of your niece or nephew, this child is considered your foster child.

**Grandchild.** Any descendant of your son, daughter, or adopted child. For example, a grandchild includes your great-grandchild, great-great-grandchild, etc.

**Married Child.** A child who was married at the end of 1999 is a qualifying child only if **(1)** you can claim him or her as your dependent on Form 1040, line 6c, or **(2)** this child's other parent claims him or her as a dependent under the rules in Pub. 501 for children of divorced or separated parents.

**Members of the Military.** If you were on extended active duty outside the United States, your home is considered to be in the United States during that duty period. Extended active duty is military duty ordered for an indefinite period or for a period of more than 90 days. Once you begin serving extended active duty, you are considered to be on extended active duty even if you serve fewer than 90 days.

**Nonresident Aliens.** If your filing status is married filing jointly, go to Step 2 on page 38. Otherwise, stop; you cannot take the EIC.

**Permanently and Totally Disabled Child.** A child who cannot engage in any substantial gainful activity because of a physical or mental condition and a doctor has determined that this condition:

- Has lasted or can be expected to last continuously for at least a year, or
- Can lead to death.

**Qualifying Child of More Than One Person.** If the child meets the conditions to be a qualifying child of more than one person, only the person who had the **highest** modified AGI (adjusted gross income) for 1999 may treat that child as a qualifying child. The other person(s) cannot take the EIC for people who do not have a qualifying child. If the other person is your spouse and you are filing a joint return, this rule does not apply. If you have the highest modified AGI, this child is your qualifying child. The child must have a social security number as defined on this page unless the child was born and died in 1999. Skip Step 5; go to Step 6 on page 39. If you do not have the highest modified AGI, stop; you cannot take the EIC. Put "No" directly to the right of line 59a.

**Modified AGI** is the total of the amounts on Form 1040, lines 8b and 34, increased by:

- Any loss claimed on Form 1040, line 13,

- Any loss from the rental of personal property not used in a trade or business,
- 75% of any losses on Form 1040, lines 12 and 18,
- Certain nontaxable distributions from a pension, annuity, or IRA (see Pub. 596), and
- Certain amounts reported on Schedule E (see Pub. 596).

**Example.** You and your 5-year-old daughter moved in with your mother in April 1999. You are not a qualifying child of your mother. Your daughter meets the conditions to be a qualifying child for both you and your mother. Your modified AGI for 1999 was $8,000 and your mother's was $14,000. Because your mother's modified AGI was higher, your daughter is your mother's qualifying child. You **cannot** take any EIC, even if your mother does not claim the credit. You would put "No" directly to the right of line 59a.

**Salary Deferrals.** Contributions from your pay to certain retirement plans, such as a 401(k) plan or the Federal Thrift Savings Plan, shown in box 13 of your W-2 form. The "Deferred compensation" box in box 15 of your W-2 form should be checked.

**Salary Reductions.** Amounts you could have been paid but chose instead to have your employer contribute to certain benefit plans, such as a cafeteria plan. A cafeteria plan is a plan that allows you to choose to receive either cash or certain benefits that are not taxed (such as accident and health insurance).

**Social Security Number (SSN).** For purposes of taking the EIC, an SSN is a number issued by the Social Security Administration to a U.S. citizen or to a person who has permission from the Immigration and Naturalization Service to work in the United States. It does not include an SSN issued only to allow a person to apply for or receive Federally funded benefits. If your social security card, or your spouse's if filing a joint return, says "Not valid for employment," you cannot take the EIC.

To find out how to get an SSN, see page 18. If you will not have an SSN by April 17, 2000, see What if You Cannot File on Time? on page 14.

**Student.** A child who during any 5 months of 1999:

- Was enrolled as a full-time student at a school, or
- Took a full-time, on-farm training course given by a school or a state, county, or local government agency.

A **school** includes technical, trade, and mechanical schools. It does not include on-the-job training courses, correspondence schools, or night schools.

**Welfare Benefits, Effect of Credit on.** Any refund you receive as a result of taking the EIC will not be used to determine if you are eligible for the following programs, or how much you can receive from them.

- Temporary Assistance for Needy Families (TANF).
- Medicaid and supplemental security income (SSI).
- Food stamps and low-income housing.

**Workfare Payments.** Cash payments certain people receive from a state or local agency that administers public assistance programs funded under the Federal Temporary Assistance for Needy Families (TANF) program in return for certain work activities such as:

- Work experience activities (including work associated with remodeling or repairing publicly assisted housing) if sufficient private sector employment is not available, or
- Community service program activities.

## Worksheet **A**—Earned Income Credit (EIC)—Lines 59a and 59b

*Keep for Your Records*



| **Before you begin:** | Be sure you are using the correct worksheet. **Do not** use this worksheet if you were self-employed or you are filing Schedule C or C-EZ as a statutory employee. Instead, use Worksheet B on page 43. |

---

**Part 1**

**All Filers Using Worksheet A**

**1.** Enter your total earned income from Step 8, Box D, on page 40.

**1** [    ]

**2.** Look up the amount on line 1 above in the EIC Table on pages 45–47 to find the credit. Enter the credit here.

**2** [    ]

If line 2 is zero, ⬟STOP  You cannot take the credit.
*Put "No" directly to the right of line 59a.*

**3.** Enter your modified adjusted gross income from Step 6, Box A, on page 39.

**3** [    ]

**4.** Are the amounts on lines 3 and 1 the same?

☐ **Yes.** *Skip line 5; enter the amount from line 2 on line 6.*

☐ **No.** *Go to line 5.*

---

**Part 2**

**Filers Who Answered "No" on Line 4**

**5.** Is the amount on line 3 less than:

- $5,700 if you do not have a qualifying child, OR
- $12,500 if you have one or more qualifying children?

☐ **Yes.** *Leave line 5 blank; enter the amount from line 2 on line 6.*

☐ **No.** Look up the amount on line 3 in the EIC Table on pages 45–47 to find the credit. Enter the credit here.

**5** [    ]

*Look at the amounts on lines 5 and 2.*
*Then, enter the SMALLER amount on line 6.*

---

**Part 3**

**Your Earned Income Credit**

**6. This is your earned income credit.**

**6** [    ]

*Enter this amount on Form 1040, line 59a.*



**Reminder—**

✓ Be sure you entered the amount and the type of any nontaxable earned income (Step 7, Box B, on page 40) on Form 1040, line 59b.

✓ If you have a qualifying child, complete and attach Schedule EIC.



⚠ **CAUTION** If your 1997 or 1998 EIC was reduced or disallowed, see page 41 to find out if you must file Form 8862 to take the credit for 1999.

---

*Need more information or forms? See page 7.*    **- 42 -**

## Worksheet B—Earned Income Credit (EIC)—Lines 59a and 59b

*Keep for Your Records*



**Use this worksheet if you were self-employed or you are filing Schedule C or C-EZ as a statutory employee.**

√ Complete the parts below (Parts 1–3) that apply to you. Then, continue to Part 4.

√ If you are married filing a joint return, include your spouse's amounts, if any, with yours to figure the amounts to enter in Parts 1 through 3.

| | | | |
|---|---|---|---|
| **Part 1**<br><br>**Self-Employed Filing Schedule SE** | **1a.** Enter the amount from Schedule SE, Section A, line 3, or Section B, line 3, whichever applies. | **1a** | |
| | **b.** Enter the amount from Schedule SE, Section B, line 4b, if any. | + **1b** | |
| | **c.** Add lines 1a and 1b. | = **1c** | |
| | **d.** Enter the amount from Schedule SE, Section A, line 6, or Section B, line 13, whichever applies. | – **1d** | |
| | **e.** Subtract line 1d from 1c. | = **1e** | |
| **Part 2**<br><br>**Self-Employed NOT Filing Schedule SE**<br><br>For example, your net earnings from self-employment were less than $400. | **2.** Do not include on these lines any statutory employee income or any amount exempt from self-employment tax as the result of the filing and approval of Form 4029 or Form 4361. | | |
| | **a.** Enter any net farm profit from Schedule F, line 36, and from farm partnerships, Schedule K-1 (Form 1065), line 15a. | **2a** | |
| | **b.** Enter any net profit from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. | + **2b** | |
| | **c.** Add lines 2a and 2b. | = **2c** | |
| **Part 3**<br><br>**Statutory Employees Filing Schedule C or C-EZ** | **3.** Enter the amount from Schedule C, line 1, or Schedule C-EZ, line 1, that you are filing as a statutory employee. | **3** | |
| **Part 4**<br><br>**All Self-Employed and Statutory Employees**<br><br>**Note.** If line 4d includes income on which you should have paid self-employment tax but did not, we may reduce your credit by the amount of self-employment tax not paid. | **4a.** Add lines 1e, 2c, and 3. | **4a** | |
| | **b.** Enter your nontaxable earned income from Step 7, Box B, on page 40. | + **4b** | |
| | **c.** Enter your taxable earned income from Step 7, Box C, on page 40. | + **4c** | |
| | **d.** Add lines 4a, 4b, and 4c. **This is your total earned income.** | = **4d** | |

**5.** If you have:
- 2 or more qualifying children, is line 4d less than $30,580?
- 1 qualifying child, is line 4d less than $26,928?
- No qualifying children, is line 4d less than $10,200?

☐ **Yes.** If you want the IRS to figure your credit, see page 40. *If you want to figure the credit yourself, enter the amount from line 4d on line 6 (page 44).*

☐ **No.** ⬣STOP You cannot take the credit.
*Put "No" directly to the right of line 59a.*

*(Continued on page 44)*

- 43 -

*Need more information or forms? See page 7.*

## Worksheet **B**—*Continued from page 43*        *Keep for Your Records*

---

<table>
<tr><td><strong>Part 5</strong><br><br><strong>All Filers Using Worksheet B</strong></td><td>

**6.** Enter your total earned income from Part 4, line 4d, on page 43.    **6** [                    ]

**7.** Look up the amount on line 6 above in the EIC Table on pages 45–47 to find the credit. Enter the credit here.    **7** [                    ]

If line 7 is zero,  You cannot take the credit.
*Put "No" directly to the right of line 59a.*

**8.** Enter your modified adjusted gross income from Step 6, Box A, on page 39.    **8** [                    ]

**9.** Are the amounts on lines 8 and 6 the same?

☐ **Yes.** *Skip line 10; enter the amount from line 7 on line 11.*

☐ **No.**  *Go to line 10.*

**10.** Is the amount on line 8 less than:
- $5,700 if you do not have a qualifying child, OR
- $12,500 if you have one or more qualifying children?

☐ **Yes.** *Leave line 10 blank; enter the amount from line 7 on line 11.*

☐ **No.**  Look up the amount on line 8 in the EIC Table on pages 45–47 to find the credit. Enter the credit here.    **10** [                    ]

*Look at the amounts on lines 10 and 7.*
*Then, enter the SMALLER amount on line 11.*

</td></tr>
</table>

---

<table>
<tr><td><strong>Part 6</strong><br><br><strong>Your Earned Income Credit</strong></td><td>

**11.  This is your earned income credit.**    **11** [                    ]



*Enter this amount on Form 1040, line 59a.*

*Reminder—*

✓  Be sure you entered the amount and the type of any nontaxable earned income (Step 7, Box B, on page 40) on Form 1040, line 59b.

✓  If you have a qualifying child, complete and attach Schedule EIC.



 If your 1997 or 1998 EIC was reduced or disallowed, see page 41 to find out if you must file Form 8862 to take the credit for 1999.

</td></tr>
</table>

---

# 1999 Earned Income Credit (EIC) Table

 This is **not** a tax table.

**1.** To find your credit, read down the "At least – But less than" columns and find the line that includes the amount you were told to look up from your EIC Worksheet.

**2.** Then, read across to the column that includes the number of qualifying children you have. Enter the credit from that column on your EIC Worksheet.

**Example.** If you have one qualifying child and the amount you are looking up from your EIC Worksheet is $4,875, you would enter $1,658.

| If the amount you are looking up from the worksheet is— | | And you have— | | |
|---|---|---|---|---|
| | | No children | One child | Two children |
| At least | But less than | Your credit is— | | |
| 4,800 | 4,850 | 347 | 1,641 | 1,930 |
| 4,850 | 4,900 | 347 | 1,658 | 1,950 |
| 4,900 | 4,950 | 347 | 1,675 | 1,970 |
| 4,950 | 5,000 | 347 | 1,692 | 1,990 |

| At least | But less than | No children | One child | Two children |
|---|---|---|---|---|
| $1 | $50 | $2 | $9 | $10 |
| 50 | 100 | 6 | 26 | 30 |
| 100 | 150 | 10 | 43 | 50 |
| 150 | 200 | 13 | 60 | 70 |
| 200 | 250 | 17 | 77 | 90 |
| 250 | 300 | 21 | 94 | 110 |
| 300 | 350 | 25 | 111 | 130 |
| 350 | 400 | 29 | 128 | 150 |
| 400 | 450 | 33 | 145 | 170 |
| 450 | 500 | 36 | 162 | 190 |
| 500 | 550 | 40 | 179 | 210 |
| 550 | 600 | 44 | 196 | 230 |
| 600 | 650 | 48 | 213 | 250 |
| 650 | 700 | 52 | 230 | 270 |
| 700 | 750 | 55 | 247 | 290 |
| 750 | 800 | 59 | 264 | 310 |
| 800 | 850 | 63 | 281 | 330 |
| 850 | 900 | 67 | 298 | 350 |
| 900 | 950 | 71 | 315 | 370 |
| 950 | 1,000 | 75 | 332 | 390 |
| 1,000 | 1,050 | 78 | 349 | 410 |
| 1,050 | 1,100 | 82 | 366 | 430 |
| 1,100 | 1,150 | 86 | 383 | 450 |
| 1,150 | 1,200 | 90 | 400 | 470 |
| 1,200 | 1,250 | 94 | 417 | 490 |
| 1,250 | 1,300 | 98 | 434 | 510 |
| 1,300 | 1,350 | 101 | 451 | 530 |
| 1,350 | 1,400 | 105 | 468 | 550 |
| 1,400 | 1,450 | 109 | 485 | 570 |
| 1,450 | 1,500 | 113 | 502 | 590 |
| 1,500 | 1,550 | 117 | 519 | 610 |
| 1,550 | 1,600 | 120 | 536 | 630 |
| 1,600 | 1,650 | 124 | 553 | 650 |
| 1,650 | 1,700 | 128 | 570 | 670 |
| 1,700 | 1,750 | 132 | 587 | 690 |
| 1,750 | 1,800 | 136 | 604 | 710 |
| 1,800 | 1,850 | 140 | 621 | 730 |
| 1,850 | 1,900 | 143 | 638 | 750 |
| 1,900 | 1,950 | 147 | 655 | 770 |
| 1,950 | 2,000 | 151 | 672 | 790 |
| 2,000 | 2,050 | 155 | 689 | 810 |
| 2,050 | 2,100 | 159 | 706 | 830 |
| 2,100 | 2,150 | 163 | 723 | 850 |
| 2,150 | 2,200 | 166 | 740 | 870 |

| At least | But less than | No children | One child | Two children |
|---|---|---|---|---|
| 2,200 | 2,250 | 170 | 757 | 890 |
| 2,250 | 2,300 | 174 | 774 | 910 |
| 2,300 | 2,350 | 178 | 791 | 930 |
| 2,350 | 2,400 | 182 | 808 | 950 |
| 2,400 | 2,450 | 186 | 825 | 970 |
| 2,450 | 2,500 | 189 | 842 | 990 |
| 2,500 | 2,550 | 193 | 859 | 1,010 |
| 2,550 | 2,600 | 197 | 876 | 1,030 |
| 2,600 | 2,650 | 201 | 893 | 1,050 |
| 2,650 | 2,700 | 205 | 910 | 1,070 |
| 2,700 | 2,750 | 208 | 927 | 1,090 |
| 2,750 | 2,800 | 212 | 944 | 1,110 |
| 2,800 | 2,850 | 216 | 961 | 1,130 |
| 2,850 | 2,900 | 220 | 978 | 1,150 |
| 2,900 | 2,950 | 224 | 995 | 1,170 |
| 2,950 | 3,000 | 228 | 1,012 | 1,190 |
| 3,000 | 3,050 | 231 | 1,029 | 1,210 |
| 3,050 | 3,100 | 235 | 1,046 | 1,230 |
| 3,100 | 3,150 | 239 | 1,063 | 1,250 |
| 3,150 | 3,200 | 243 | 1,080 | 1,270 |
| 3,200 | 3,250 | 247 | 1,097 | 1,290 |
| 3,250 | 3,300 | 251 | 1,114 | 1,310 |
| 3,300 | 3,350 | 254 | 1,131 | 1,330 |
| 3,350 | 3,400 | 258 | 1,148 | 1,350 |
| 3,400 | 3,450 | 262 | 1,165 | 1,370 |
| 3,450 | 3,500 | 266 | 1,182 | 1,390 |
| 3,500 | 3,550 | 270 | 1,199 | 1,410 |
| 3,550 | 3,600 | 273 | 1,216 | 1,430 |
| 3,600 | 3,650 | 277 | 1,233 | 1,450 |
| 3,650 | 3,700 | 281 | 1,250 | 1,470 |
| 3,700 | 3,750 | 285 | 1,267 | 1,490 |
| 3,750 | 3,800 | 289 | 1,284 | 1,510 |
| 3,800 | 3,850 | 293 | 1,301 | 1,530 |
| 3,850 | 3,900 | 296 | 1,318 | 1,550 |
| 3,900 | 3,950 | 300 | 1,335 | 1,570 |
| 3,950 | 4,000 | 304 | 1,352 | 1,590 |
| 4,000 | 4,050 | 308 | 1,369 | 1,610 |
| 4,050 | 4,100 | 312 | 1,386 | 1,630 |
| 4,100 | 4,150 | 316 | 1,403 | 1,650 |
| 4,150 | 4,200 | 319 | 1,420 | 1,670 |
| 4,200 | 4,250 | 323 | 1,437 | 1,690 |
| 4,250 | 4,300 | 327 | 1,454 | 1,710 |
| 4,300 | 4,350 | 331 | 1,471 | 1,730 |
| 4,350 | 4,400 | 335 | 1,488 | 1,750 |

| At least | But less than | No children | One child | Two children |
|---|---|---|---|---|
| 4,400 | 4,450 | 339 | 1,505 | 1,770 |
| 4,450 | 4,500 | 342 | 1,522 | 1,790 |
| 4,500 | 4,550 | 347 | 1,539 | 1,810 |
| 4,550 | 4,600 | 347 | 1,556 | 1,830 |
| 4,600 | 4,650 | 347 | 1,573 | 1,850 |
| 4,650 | 4,700 | 347 | 1,590 | 1,870 |
| 4,700 | 4,750 | 347 | 1,607 | 1,890 |
| 4,750 | 4,800 | 347 | 1,624 | 1,910 |
| 4,800 | 4,850 | 347 | 1,641 | 1,930 |
| 4,850 | 4,900 | 347 | 1,658 | 1,950 |
| 4,900 | 4,950 | 347 | 1,675 | 1,970 |
| 4,950 | 5,000 | 347 | 1,692 | 1,990 |
| 5,000 | 5,050 | 347 | 1,709 | 2,010 |
| 5,050 | 5,100 | 347 | 1,726 | 2,030 |
| 5,100 | 5,150 | 347 | 1,743 | 2,050 |
| 5,150 | 5,200 | 347 | 1,760 | 2,070 |
| 5,200 | 5,250 | 347 | 1,777 | 2,090 |
| 5,250 | 5,300 | 347 | 1,794 | 2,110 |
| 5,300 | 5,350 | 347 | 1,811 | 2,130 |
| 5,350 | 5,400 | 347 | 1,828 | 2,150 |
| 5,400 | 5,450 | 347 | 1,845 | 2,170 |
| 5,450 | 5,500 | 347 | 1,862 | 2,190 |
| 5,500 | 5,550 | 347 | 1,879 | 2,210 |
| 5,550 | 5,600 | 347 | 1,896 | 2,230 |
| 5,600 | 5,650 | 347 | 1,913 | 2,250 |
| 5,650 | 5,700 | 347 | 1,930 | 2,270 |
| 5,700 | 5,750 | 342 | 1,947 | 2,290 |
| 5,750 | 5,800 | 339 | 1,964 | 2,310 |
| 5,800 | 5,850 | 335 | 1,981 | 2,330 |
| 5,850 | 5,900 | 331 | 1,998 | 2,350 |
| 5,900 | 5,950 | 327 | 2,015 | 2,370 |
| 5,950 | 6,000 | 323 | 2,032 | 2,390 |
| 6,000 | 6,050 | 319 | 2,049 | 2,410 |
| 6,050 | 6,100 | 316 | 2,066 | 2,430 |
| 6,100 | 6,150 | 312 | 2,083 | 2,450 |
| 6,150 | 6,200 | 308 | 2,100 | 2,470 |
| 6,200 | 6,250 | 304 | 2,117 | 2,490 |
| 6,250 | 6,300 | 300 | 2,134 | 2,510 |
| 6,300 | 6,350 | 296 | 2,151 | 2,530 |
| 6,350 | 6,400 | 293 | 2,168 | 2,550 |
| 6,400 | 6,450 | 289 | 2,185 | 2,570 |
| 6,450 | 6,500 | 285 | 2,202 | 2,590 |
| 6,500 | 6,550 | 281 | 2,219 | 2,610 |
| 6,550 | 6,600 | 277 | 2,236 | 2,630 |

| At least | But less than | No children | One child | Two children |
|---|---|---|---|---|
| 6,600 | 6,650 | 273 | 2,253 | 2,650 |
| 6,650 | 6,700 | 270 | 2,270 | 2,670 |
| 6,700 | 6,750 | 266 | 2,287 | 2,690 |
| 6,750 | 6,800 | 262 | 2,304 | 2,710 |
| 6,800 | 6,850 | 258 | 2,312 | 2,730 |
| 6,850 | 6,900 | 254 | 2,312 | 2,750 |
| 6,900 | 6,950 | 251 | 2,312 | 2,770 |
| 6,950 | 7,000 | 247 | 2,312 | 2,790 |
| 7,000 | 7,050 | 243 | 2,312 | 2,810 |
| 7,050 | 7,100 | 239 | 2,312 | 2,830 |
| 7,100 | 7,150 | 235 | 2,312 | 2,850 |
| 7,150 | 7,200 | 231 | 2,312 | 2,870 |
| 7,200 | 7,250 | 228 | 2,312 | 2,890 |
| 7,250 | 7,300 | 224 | 2,312 | 2,910 |
| 7,300 | 7,350 | 220 | 2,312 | 2,930 |
| 7,350 | 7,400 | 216 | 2,312 | 2,950 |
| 7,400 | 7,450 | 212 | 2,312 | 2,970 |
| 7,450 | 7,500 | 208 | 2,312 | 2,990 |
| 7,500 | 7,550 | 205 | 2,312 | 3,010 |
| 7,550 | 7,600 | 201 | 2,312 | 3,030 |
| 7,600 | 7,650 | 197 | 2,312 | 3,050 |
| 7,650 | 7,700 | 193 | 2,312 | 3,070 |
| 7,700 | 7,750 | 189 | 2,312 | 3,090 |
| 7,750 | 7,800 | 186 | 2,312 | 3,110 |
| 7,800 | 7,850 | 182 | 2,312 | 3,130 |
| 7,850 | 7,900 | 178 | 2,312 | 3,150 |
| 7,900 | 7,950 | 174 | 2,312 | 3,170 |
| 7,950 | 8,000 | 170 | 2,312 | 3,190 |
| 8,000 | 8,050 | 166 | 2,312 | 3,210 |
| 8,050 | 8,100 | 163 | 2,312 | 3,230 |
| 8,100 | 8,150 | 159 | 2,312 | 3,250 |
| 8,150 | 8,200 | 155 | 2,312 | 3,270 |
| 8,200 | 8,250 | 151 | 2,312 | 3,290 |
| 8,250 | 8,300 | 147 | 2,312 | 3,310 |
| 8,300 | 8,350 | 143 | 2,312 | 3,330 |
| 8,350 | 8,400 | 140 | 2,312 | 3,350 |
| 8,400 | 8,450 | 136 | 2,312 | 3,370 |
| 8,450 | 8,500 | 132 | 2,312 | 3,390 |
| 8,500 | 8,550 | 128 | 2,312 | 3,410 |
| 8,550 | 8,600 | 124 | 2,312 | 3,430 |
| 8,600 | 8,650 | 120 | 2,312 | 3,450 |
| 8,650 | 8,700 | 117 | 2,312 | 3,470 |
| 8,700 | 8,750 | 113 | 2,312 | 3,490 |
| 8,750 | 8,800 | 109 | 2,312 | 3,510 |

*(Continued)*

*Need more information or forms? See page 7.*

**1999 Earned Income Credit (EIC) Table** *Continued*    (**Caution:** *This is **not** a tax table.*)

**Panel 1**

| If the amount you are looking up from the worksheet is— | | And you have— | | |
|---|---|---|---|---|
| At least | But less than | No children | One child | Two children |
| | | Your credit is— | | |
| 8,800 | 8,850 | 105 | 2,312 | 3,530 |
| 8,850 | 8,900 | 101 | 2,312 | 3,550 |
| 8,900 | 8,950 | 98 | 2,312 | 3,570 |
| 8,950 | 9,000 | 94 | 2,312 | 3,590 |
| 9,000 | 9,050 | 90 | 2,312 | 3,610 |
| 9,050 | 9,100 | 86 | 2,312 | 3,630 |
| 9,100 | 9,150 | 82 | 2,312 | 3,650 |
| 9,150 | 9,200 | 78 | 2,312 | 3,670 |
| 9,200 | 9,250 | 75 | 2,312 | 3,690 |
| 9,250 | 9,300 | 71 | 2,312 | 3,710 |
| 9,300 | 9,350 | 67 | 2,312 | 3,730 |
| 9,350 | 9,400 | 63 | 2,312 | 3,750 |
| 9,400 | 9,450 | 59 | 2,312 | 3,770 |
| 9,450 | 9,500 | 55 | 2,312 | 3,790 |
| 9,500 | 9,550 | 52 | 2,312 | 3,816 |
| 9,550 | 9,600 | 48 | 2,312 | 3,816 |
| 9,600 | 9,650 | 44 | 2,312 | 3,816 |
| 9,650 | 9,700 | 40 | 2,312 | 3,816 |
| 9,700 | 9,750 | 36 | 2,312 | 3,816 |
| 9,750 | 9,800 | 33 | 2,312 | 3,816 |
| 9,800 | 9,850 | 29 | 2,312 | 3,816 |
| 9,850 | 9,900 | 25 | 2,312 | 3,816 |
| 9,900 | 9,950 | 21 | 2,312 | 3,816 |
| 9,950 | 10,000 | 17 | 2,312 | 3,816 |
| 10,000 | 10,050 | 13 | 2,312 | 3,816 |
| 10,050 | 10,100 | 10 | 2,312 | 3,816 |
| 10,100 | 10,150 | 6 | 2,312 | 3,816 |
| 10,150 | 10,200 | 2 | 2,312 | 3,816 |
| 10,200 | 12,500 | 0 | 2,312 | 3,816 |
| 12,500 | 12,550 | 0 | 2,302 | 3,802 |
| 12,550 | 12,600 | 0 | 2,294 | 3,792 |
| 12,600 | 12,650 | 0 | 2,286 | 3,781 |
| 12,650 | 12,700 | 0 | 2,278 | 3,771 |
| 12,700 | 12,750 | 0 | 2,270 | 3,760 |
| 12,750 | 12,800 | 0 | 2,262 | 3,750 |
| 12,800 | 12,850 | 0 | 2,254 | 3,739 |
| 12,850 | 12,900 | 0 | 2,246 | 3,729 |
| 12,900 | 12,950 | 0 | 2,238 | 3,718 |
| 12,950 | 13,000 | 0 | 2,230 | 3,708 |
| 13,000 | 13,050 | 0 | 2,222 | 3,697 |
| 13,050 | 13,100 | 0 | 2,214 | 3,686 |
| 13,100 | 13,150 | 0 | 2,206 | 3,676 |
| 13,150 | 13,200 | 0 | 2,198 | 3,665 |
| 13,200 | 13,250 | 0 | 2,190 | 3,655 |
| 13,250 | 13,300 | 0 | 2,182 | 3,644 |
| 13,300 | 13,350 | 0 | 2,174 | 3,634 |
| 13,350 | 13,400 | 0 | 2,166 | 3,623 |
| 13,400 | 13,450 | 0 | 2,158 | 3,613 |
| 13,450 | 13,500 | 0 | 2,150 | 3,602 |
| 13,500 | 13,550 | 0 | 2,142 | 3,592 |
| 13,550 | 13,600 | 0 | 2,134 | 3,581 |
| 13,600 | 13,650 | 0 | 2,126 | 3,571 |
| 13,650 | 13,700 | 0 | 2,118 | 3,560 |
| 13,700 | 13,750 | 0 | 2,110 | 3,550 |
| 13,750 | 13,800 | 0 | 2,102 | 3,539 |
| 13,800 | 13,850 | 0 | 2,094 | 3,529 |

**Panel 2**

| If the amount you are looking up from the worksheet is— | | And you have— | | |
|---|---|---|---|---|
| At least | But less than | No children | One child | Two children |
| | | Your credit is— | | |
| 13,850 | 13,900 | 0 | 2,086 | 3,518 |
| 13,900 | 13,950 | 0 | 2,078 | 3,507 |
| 13,950 | 14,000 | 0 | 2,070 | 3,497 |
| 14,000 | 14,050 | 0 | 2,062 | 3,486 |
| 14,050 | 14,100 | 0 | 2,054 | 3,476 |
| 14,100 | 14,150 | 0 | 2,046 | 3,465 |
| 14,150 | 14,200 | 0 | 2,038 | 3,455 |
| 14,200 | 14,250 | 0 | 2,030 | 3,444 |
| 14,250 | 14,300 | 0 | 2,022 | 3,434 |
| 14,300 | 14,350 | 0 | 2,014 | 3,423 |
| 14,350 | 14,400 | 0 | 2,006 | 3,413 |
| 14,400 | 14,450 | 0 | 1,998 | 3,402 |
| 14,450 | 14,500 | 0 | 1,990 | 3,392 |
| 14,500 | 14,550 | 0 | 1,982 | 3,381 |
| 14,550 | 14,600 | 0 | 1,974 | 3,371 |
| 14,600 | 14,650 | 0 | 1,966 | 3,360 |
| 14,650 | 14,700 | 0 | 1,958 | 3,350 |
| 14,700 | 14,750 | 0 | 1,950 | 3,339 |
| 14,750 | 14,800 | 0 | 1,942 | 3,328 |
| 14,800 | 14,850 | 0 | 1,934 | 3,318 |
| 14,850 | 14,900 | 0 | 1,926 | 3,307 |
| 14,900 | 14,950 | 0 | 1,918 | 3,297 |
| 14,950 | 15,000 | 0 | 1,910 | 3,286 |
| 15,000 | 15,050 | 0 | 1,902 | 3,276 |
| 15,050 | 15,100 | 0 | 1,894 | 3,265 |
| 15,100 | 15,150 | 0 | 1,886 | 3,255 |
| 15,150 | 15,200 | 0 | 1,878 | 3,244 |
| 15,200 | 15,250 | 0 | 1,870 | 3,234 |
| 15,250 | 15,300 | 0 | 1,862 | 3,223 |
| 15,300 | 15,350 | 0 | 1,854 | 3,213 |
| 15,350 | 15,400 | 0 | 1,846 | 3,202 |
| 15,400 | 15,450 | 0 | 1,838 | 3,192 |
| 15,450 | 15,500 | 0 | 1,830 | 3,181 |
| 15,500 | 15,550 | 0 | 1,822 | 3,171 |
| 15,550 | 15,600 | 0 | 1,814 | 3,160 |
| 15,600 | 15,650 | 0 | 1,806 | 3,149 |
| 15,650 | 15,700 | 0 | 1,798 | 3,139 |
| 15,700 | 15,750 | 0 | 1,790 | 3,128 |
| 15,750 | 15,800 | 0 | 1,782 | 3,118 |
| 15,800 | 15,850 | 0 | 1,774 | 3,107 |
| 15,850 | 15,900 | 0 | 1,766 | 3,097 |
| 15,900 | 15,950 | 0 | 1,758 | 3,086 |
| 15,950 | 16,000 | 0 | 1,750 | 3,076 |
| 16,000 | 16,050 | 0 | 1,742 | 3,065 |
| 16,050 | 16,100 | 0 | 1,734 | 3,055 |
| 16,100 | 16,150 | 0 | 1,726 | 3,044 |
| 16,150 | 16,200 | 0 | 1,718 | 3,034 |
| 16,200 | 16,250 | 0 | 1,710 | 3,023 |
| 16,250 | 16,300 | 0 | 1,702 | 3,013 |
| 16,300 | 16,350 | 0 | 1,694 | 3,002 |
| 16,350 | 16,400 | 0 | 1,686 | 2,992 |
| 16,400 | 16,450 | 0 | 1,678 | 2,981 |
| 16,450 | 16,500 | 0 | 1,670 | 2,970 |
| 16,500 | 16,550 | 0 | 1,662 | 2,960 |
| 16,550 | 16,600 | 0 | 1,654 | 2,949 |
| 16,600 | 16,650 | 0 | 1,646 | 2,939 |

**Panel 3**

| If the amount you are looking up from the worksheet is— | | And you have— | | |
|---|---|---|---|---|
| At least | But less than | No children | One child | Two children |
| | | Your credit is— | | |
| 16,650 | 16,700 | 0 | 1,638 | 2,928 |
| 16,700 | 16,750 | 0 | 1,630 | 2,918 |
| 16,750 | 16,800 | 0 | 1,622 | 2,907 |
| 16,800 | 16,850 | 0 | 1,614 | 2,897 |
| 16,850 | 16,900 | 0 | 1,606 | 2,886 |
| 16,900 | 16,950 | 0 | 1,598 | 2,876 |
| 16,950 | 17,000 | 0 | 1,591 | 2,865 |
| 17,000 | 17,050 | 0 | 1,583 | 2,855 |
| 17,050 | 17,100 | 0 | 1,575 | 2,844 |
| 17,100 | 17,150 | 0 | 1,567 | 2,834 |
| 17,150 | 17,200 | 0 | 1,559 | 2,823 |
| 17,200 | 17,250 | 0 | 1,551 | 2,812 |
| 17,250 | 17,300 | 0 | 1,543 | 2,802 |
| 17,300 | 17,350 | 0 | 1,535 | 2,791 |
| 17,350 | 17,400 | 0 | 1,527 | 2,781 |
| 17,400 | 17,450 | 0 | 1,519 | 2,770 |
| 17,450 | 17,500 | 0 | 1,511 | 2,760 |
| 17,500 | 17,550 | 0 | 1,503 | 2,749 |
| 17,550 | 17,600 | 0 | 1,495 | 2,739 |
| 17,600 | 17,650 | 0 | 1,487 | 2,728 |
| 17,650 | 17,700 | 0 | 1,479 | 2,718 |
| 17,700 | 17,750 | 0 | 1,471 | 2,707 |
| 17,750 | 17,800 | 0 | 1,463 | 2,697 |
| 17,800 | 17,850 | 0 | 1,455 | 2,686 |
| 17,850 | 17,900 | 0 | 1,447 | 2,676 |
| 17,900 | 17,950 | 0 | 1,439 | 2,665 |
| 17,950 | 18,000 | 0 | 1,431 | 2,655 |
| 18,000 | 18,050 | 0 | 1,423 | 2,644 |
| 18,050 | 18,100 | 0 | 1,415 | 2,633 |
| 18,100 | 18,150 | 0 | 1,407 | 2,623 |
| 18,150 | 18,200 | 0 | 1,399 | 2,612 |
| 18,200 | 18,250 | 0 | 1,391 | 2,602 |
| 18,250 | 18,300 | 0 | 1,383 | 2,591 |
| 18,300 | 18,350 | 0 | 1,375 | 2,581 |
| 18,350 | 18,400 | 0 | 1,367 | 2,570 |
| 18,400 | 18,450 | 0 | 1,359 | 2,560 |
| 18,450 | 18,500 | 0 | 1,351 | 2,549 |
| 18,500 | 18,550 | 0 | 1,343 | 2,539 |
| 18,550 | 18,600 | 0 | 1,335 | 2,528 |
| 18,600 | 18,650 | 0 | 1,327 | 2,518 |
| 18,650 | 18,700 | 0 | 1,319 | 2,507 |
| 18,700 | 18,750 | 0 | 1,311 | 2,497 |
| 18,750 | 18,800 | 0 | 1,303 | 2,486 |
| 18,800 | 18,850 | 0 | 1,295 | 2,476 |
| 18,850 | 18,900 | 0 | 1,287 | 2,465 |
| 18,900 | 18,950 | 0 | 1,279 | 2,454 |
| 18,950 | 19,000 | 0 | 1,271 | 2,444 |
| 19,000 | 19,050 | 0 | 1,263 | 2,433 |
| 19,050 | 19,100 | 0 | 1,255 | 2,423 |
| 19,100 | 19,150 | 0 | 1,247 | 2,412 |
| 19,150 | 19,200 | 0 | 1,239 | 2,402 |
| 19,200 | 19,250 | 0 | 1,231 | 2,391 |
| 19,250 | 19,300 | 0 | 1,223 | 2,381 |
| 19,300 | 19,350 | 0 | 1,215 | 2,370 |
| 19,350 | 19,400 | 0 | 1,207 | 2,360 |
| 19,400 | 19,450 | 0 | 1,199 | 2,349 |

**Panel 4**

| If the amount you are looking up from the worksheet is— | | And you have— | | |
|---|---|---|---|---|
| At least | But less than | No children | One child | Two children |
| | | Your credit is— | | |
| 19,450 | 19,500 | 0 | 1,191 | 2,339 |
| 19,500 | 19,550 | 0 | 1,183 | 2,328 |
| 19,550 | 19,600 | 0 | 1,175 | 2,318 |
| 19,600 | 19,650 | 0 | 1,167 | 2,307 |
| 19,650 | 19,700 | 0 | 1,159 | 2,297 |
| 19,700 | 19,750 | 0 | 1,151 | 2,286 |
| 19,750 | 19,800 | 0 | 1,143 | 2,275 |
| 19,800 | 19,850 | 0 | 1,135 | 2,265 |
| 19,850 | 19,900 | 0 | 1,127 | 2,254 |
| 19,900 | 19,950 | 0 | 1,119 | 2,244 |
| 19,950 | 20,000 | 0 | 1,111 | 2,233 |
| 20,000 | 20,050 | 0 | 1,103 | 2,223 |
| 20,050 | 20,100 | 0 | 1,095 | 2,212 |
| 20,100 | 20,150 | 0 | 1,087 | 2,202 |
| 20,150 | 20,200 | 0 | 1,079 | 2,191 |
| 20,200 | 20,250 | 0 | 1,071 | 2,181 |
| 20,250 | 20,300 | 0 | 1,063 | 2,170 |
| 20,300 | 20,350 | 0 | 1,055 | 2,160 |
| 20,350 | 20,400 | 0 | 1,047 | 2,149 |
| 20,400 | 20,450 | 0 | 1,039 | 2,139 |
| 20,450 | 20,500 | 0 | 1,031 | 2,128 |
| 20,500 | 20,550 | 0 | 1,023 | 2,118 |
| 20,550 | 20,600 | 0 | 1,015 | 2,107 |
| 20,600 | 20,650 | 0 | 1,007 | 2,096 |
| 20,650 | 20,700 | 0 | 999 | 2,086 |
| 20,700 | 20,750 | 0 | 991 | 2,075 |
| 20,750 | 20,800 | 0 | 983 | 2,065 |
| 20,800 | 20,850 | 0 | 975 | 2,054 |
| 20,850 | 20,900 | 0 | 967 | 2,044 |
| 20,900 | 20,950 | 0 | 959 | 2,033 |
| 20,950 | 21,000 | 0 | 951 | 2,023 |
| 21,000 | 21,050 | 0 | 943 | 2,012 |
| 21,050 | 21,100 | 0 | 935 | 2,002 |
| 21,100 | 21,150 | 0 | 927 | 1,991 |
| 21,150 | 21,200 | 0 | 919 | 1,981 |
| 21,200 | 21,250 | 0 | 911 | 1,970 |
| 21,250 | 21,300 | 0 | 903 | 1,960 |
| 21,300 | 21,350 | 0 | 895 | 1,949 |
| 21,350 | 21,400 | 0 | 887 | 1,939 |
| 21,400 | 21,450 | 0 | 879 | 1,928 |
| 21,450 | 21,500 | 0 | 871 | 1,917 |
| 21,500 | 21,550 | 0 | 863 | 1,907 |
| 21,550 | 21,600 | 0 | 855 | 1,896 |
| 21,600 | 21,650 | 0 | 847 | 1,886 |
| 21,650 | 21,700 | 0 | 839 | 1,875 |
| 21,700 | 21,750 | 0 | 831 | 1,865 |
| 21,750 | 21,800 | 0 | 823 | 1,854 |
| 21,800 | 21,850 | 0 | 815 | 1,844 |
| 21,850 | 21,900 | 0 | 807 | 1,833 |
| 21,900 | 21,950 | 0 | 799 | 1,823 |
| 21,950 | 22,000 | 0 | 792 | 1,812 |
| 22,000 | 22,050 | 0 | 784 | 1,802 |
| 22,050 | 22,100 | 0 | 776 | 1,791 |
| 22,100 | 22,150 | 0 | 768 | 1,781 |
| 22,150 | 22,200 | 0 | 760 | 1,770 |
| 22,200 | 22,250 | 0 | 752 | 1,759 |

*(Continued)*

*Need more information or forms? See page 7.*

## 1999 Earned Income Credit (EIC) Table Continued (Caution: This is **not** a tax table.)

| If the amount you are looking up from the worksheet is— At least | But less than | No children | One child | Two children |
|---|---|---|---|---|
| 22,250 | 22,300 | 0 | 744 | 1,749 |
| 22,300 | 22,350 | 0 | 736 | 1,738 |
| 22,350 | 22,400 | 0 | 728 | 1,728 |
| 22,400 | 22,450 | 0 | 720 | 1,717 |
| 22,450 | 22,500 | 0 | 712 | 1,707 |
| 22,500 | 22,550 | 0 | 704 | 1,696 |
| 22,550 | 22,600 | 0 | 696 | 1,686 |
| 22,600 | 22,650 | 0 | 688 | 1,675 |
| 22,650 | 22,700 | 0 | 680 | 1,665 |
| 22,700 | 22,750 | 0 | 672 | 1,654 |
| 22,750 | 22,800 | 0 | 664 | 1,644 |
| 22,800 | 22,850 | 0 | 656 | 1,633 |
| 22,850 | 22,900 | 0 | 648 | 1,623 |
| 22,900 | 22,950 | 0 | 640 | 1,612 |
| 22,950 | 23,000 | 0 | 632 | 1,602 |
| 23,000 | 23,050 | 0 | 624 | 1,591 |
| 23,050 | 23,100 | 0 | 616 | 1,580 |
| 23,100 | 23,150 | 0 | 608 | 1,570 |
| 23,150 | 23,200 | 0 | 600 | 1,559 |
| 23,200 | 23,250 | 0 | 592 | 1,549 |
| 23,250 | 23,300 | 0 | 584 | 1,538 |
| 23,300 | 23,350 | 0 | 576 | 1,528 |
| 23,350 | 23,400 | 0 | 568 | 1,517 |
| 23,400 | 23,450 | 0 | 560 | 1,507 |
| 23,450 | 23,500 | 0 | 552 | 1,496 |
| 23,500 | 23,550 | 0 | 544 | 1,486 |
| 23,550 | 23,600 | 0 | 536 | 1,475 |
| 23,600 | 23,650 | 0 | 528 | 1,465 |
| 23,650 | 23,700 | 0 | 520 | 1,454 |
| 23,700 | 23,750 | 0 | 512 | 1,444 |
| 23,750 | 23,800 | 0 | 504 | 1,433 |
| 23,800 | 23,850 | 0 | 496 | 1,423 |
| 23,850 | 23,900 | 0 | 488 | 1,412 |
| 23,900 | 23,950 | 0 | 480 | 1,401 |
| 23,950 | 24,000 | 0 | 472 | 1,391 |
| 24,000 | 24,050 | 0 | 464 | 1,380 |
| 24,050 | 24,100 | 0 | 456 | 1,370 |
| 24,100 | 24,150 | 0 | 448 | 1,359 |
| 24,150 | 24,200 | 0 | 440 | 1,349 |
| 24,200 | 24,250 | 0 | 432 | 1,338 |
| 24,250 | 24,300 | 0 | 424 | 1,328 |
| 24,300 | 24,350 | 0 | 416 | 1,317 |
| 24,350 | 24,400 | 0 | 408 | 1,307 |
| 24,400 | 24,450 | 0 | 400 | 1,296 |

| If the amount you are looking up from the worksheet is— At least | But less than | No children | One child | Two children |
|---|---|---|---|---|
| 24,450 | 24,500 | 0 | 392 | 1,286 |
| 24,500 | 24,550 | 0 | 384 | 1,275 |
| 24,550 | 24,600 | 0 | 376 | 1,265 |
| 24,600 | 24,650 | 0 | 368 | 1,254 |
| 24,650 | 24,700 | 0 | 360 | 1,244 |
| 24,700 | 24,750 | 0 | 352 | 1,233 |
| 24,750 | 24,800 | 0 | 344 | 1,222 |
| 24,800 | 24,850 | 0 | 336 | 1,212 |
| 24,850 | 24,900 | 0 | 328 | 1,201 |
| 24,900 | 24,950 | 0 | 320 | 1,191 |
| 24,950 | 25,000 | 0 | 312 | 1,180 |
| 25,000 | 25,050 | 0 | 304 | 1,170 |
| 25,050 | 25,100 | 0 | 296 | 1,159 |
| 25,100 | 25,150 | 0 | 288 | 1,149 |
| 25,150 | 25,200 | 0 | 280 | 1,138 |
| 25,200 | 25,250 | 0 | 272 | 1,128 |
| 25,250 | 25,300 | 0 | 264 | 1,117 |
| 25,300 | 25,350 | 0 | 256 | 1,107 |
| 25,350 | 25,400 | 0 | 248 | 1,096 |
| 25,400 | 25,450 | 0 | 240 | 1,086 |
| 25,450 | 25,500 | 0 | 232 | 1,075 |
| 25,500 | 25,550 | 0 | 224 | 1,065 |
| 25,550 | 25,600 | 0 | 216 | 1,054 |
| 25,600 | 25,650 | 0 | 208 | 1,043 |
| 25,650 | 25,700 | 0 | 200 | 1,033 |
| 25,700 | 25,750 | 0 | 192 | 1,022 |
| 25,750 | 25,800 | 0 | 184 | 1,012 |
| 25,800 | 25,850 | 0 | 176 | 1,001 |
| 25,850 | 25,900 | 0 | 168 | 991 |
| 25,900 | 25,950 | 0 | 160 | 980 |
| 25,950 | 26,000 | 0 | 152 | 970 |
| 26,000 | 26,050 | 0 | 144 | 959 |
| 26,050 | 26,100 | 0 | 136 | 949 |
| 26,100 | 26,150 | 0 | 128 | 938 |
| 26,150 | 26,200 | 0 | 120 | 928 |
| 26,200 | 26,250 | 0 | 112 | 917 |
| 26,250 | 26,300 | 0 | 104 | 907 |
| 26,300 | 26,350 | 0 | 96 | 896 |
| 26,350 | 26,400 | 0 | 88 | 886 |
| 26,400 | 26,450 | 0 | 80 | 875 |
| 26,450 | 26,500 | 0 | 72 | 864 |
| 26,500 | 26,550 | 0 | 64 | 854 |
| 26,550 | 26,600 | 0 | 56 | 843 |
| 26,600 | 26,650 | 0 | 48 | 833 |

| If the amount you are looking up from the worksheet is— At least | But less than | No children | One child | Two children |
|---|---|---|---|---|
| 26,650 | 26,700 | 0 | 40 | 822 |
| 26,700 | 26,750 | 0 | 32 | 812 |
| 26,750 | 26,800 | 0 | 24 | 801 |
| 26,800 | 26,850 | 0 | 16 | 791 |
| 26,850 | 26,900 | 0 | 8 | 780 |
| 26,900 | 26,950 | 0 | * | 770 |
| 26,950 | 27,000 | 0 | 0 | 759 |
| 27,000 | 27,050 | 0 | 0 | 749 |
| 27,050 | 27,100 | 0 | 0 | 738 |
| 27,100 | 27,150 | 0 | 0 | 728 |
| 27,150 | 27,200 | 0 | 0 | 717 |
| 27,200 | 27,250 | 0 | 0 | 706 |
| 27,250 | 27,300 | 0 | 0 | 696 |
| 27,300 | 27,350 | 0 | 0 | 685 |
| 27,350 | 27,400 | 0 | 0 | 675 |
| 27,400 | 27,450 | 0 | 0 | 664 |
| 27,450 | 27,500 | 0 | 0 | 654 |
| 27,500 | 27,550 | 0 | 0 | 643 |
| 27,550 | 27,600 | 0 | 0 | 633 |
| 27,600 | 27,650 | 0 | 0 | 622 |
| 27,650 | 27,700 | 0 | 0 | 612 |
| 27,700 | 27,750 | 0 | 0 | 601 |
| 27,750 | 27,800 | 0 | 0 | 591 |
| 27,800 | 27,850 | 0 | 0 | 580 |
| 27,850 | 27,900 | 0 | 0 | 570 |
| 27,900 | 27,950 | 0 | 0 | 559 |
| 27,950 | 28,000 | 0 | 0 | 549 |
| 28,000 | 28,050 | 0 | 0 | 538 |
| 28,050 | 28,100 | 0 | 0 | 527 |
| 28,100 | 28,150 | 0 | 0 | 517 |
| 28,150 | 28,200 | 0 | 0 | 506 |
| 28,200 | 28,250 | 0 | 0 | 496 |
| 28,250 | 28,300 | 0 | 0 | 485 |
| 28,300 | 28,350 | 0 | 0 | 475 |
| 28,350 | 28,400 | 0 | 0 | 464 |
| 28,400 | 28,450 | 0 | 0 | 454 |
| 28,450 | 28,500 | 0 | 0 | 443 |
| 28,500 | 28,550 | 0 | 0 | 433 |
| 28,550 | 28,600 | 0 | 0 | 422 |
| 28,600 | 28,650 | 0 | 0 | 412 |
| 28,650 | 28,700 | 0 | 0 | 401 |
| 28,700 | 28,750 | 0 | 0 | 391 |
| 28,750 | 28,800 | 0 | 0 | 380 |
| 28,800 | 28,850 | 0 | 0 | 370 |

| If the amount you are looking up from the worksheet is— At least | But less than | No children | One child | Two children |
|---|---|---|---|---|
| 28,850 | 28,900 | 0 | 0 | 359 |
| 28,900 | 28,950 | 0 | 0 | 348 |
| 28,950 | 29,000 | 0 | 0 | 338 |
| 29,000 | 29,050 | 0 | 0 | 327 |
| 29,050 | 29,100 | 0 | 0 | 317 |
| 29,100 | 29,150 | 0 | 0 | 306 |
| 29,150 | 29,200 | 0 | 0 | 296 |
| 29,200 | 29,250 | 0 | 0 | 285 |
| 29,250 | 29,300 | 0 | 0 | 275 |
| 29,300 | 29,350 | 0 | 0 | 264 |
| 29,350 | 29,400 | 0 | 0 | 254 |
| 29,400 | 29,450 | 0 | 0 | 243 |
| 29,450 | 29,500 | 0 | 0 | 233 |
| 29,500 | 29,550 | 0 | 0 | 222 |
| 29,550 | 29,600 | 0 | 0 | 212 |
| 29,600 | 29,650 | 0 | 0 | 201 |
| 29,650 | 29,700 | 0 | 0 | 191 |
| 29,700 | 29,750 | 0 | 0 | 180 |
| 29,750 | 29,800 | 0 | 0 | 169 |
| 29,800 | 29,850 | 0 | 0 | 159 |
| 29,850 | 29,900 | 0 | 0 | 148 |
| 29,900 | 29,950 | 0 | 0 | 138 |
| 29,950 | 30,000 | 0 | 0 | 127 |
| 30,000 | 30,050 | 0 | 0 | 117 |
| 30,050 | 30,100 | 0 | 0 | 106 |
| 30,100 | 30,150 | 0 | 0 | 96 |
| 30,150 | 30,200 | 0 | 0 | 85 |
| 30,200 | 30,250 | 0 | 0 | 75 |
| 30,250 | 30,300 | 0 | 0 | 64 |
| 30,300 | 30,350 | 0 | 0 | 54 |
| 30,350 | 30,400 | 0 | 0 | 43 |
| 30,400 | 30,450 | 0 | 0 | 33 |
| 30,450 | 30,500 | 0 | 0 | 22 |
| 30,500 | 30,550 | 0 | 0 | 12 |
| 30,550 | 30,580 | 0 | 0 | 3 |
| 30,580 or more | | 0 | 0 | 0 |

*If the amount you are looking up from the worksheet is at least $26,900 but less than $26,928, your credit is $2. Otherwise, you cannot take the credit.

*Need more information or forms? See page 7.*

# Line 60

## Additional Child Tax Credit

### What Is the Additional Child Tax Credit?

This credit is for certain people who have three or more qualifying children as defined in the instructions for line 6c, column (4), on page 19. The additional child tax credit may give you a refund even if you do not owe any tax.

### Two Steps To Take the Additional Child Tax Credit!

**Step 1.** Be sure you figured the amount, if any, of your child tax credit. See the instructions for Form 1040, line 43, that begin on page 33.

**Step 2.** Read the **TIP** at the end of your Child Tax Credit Worksheet. Use Form 8812 to see if you can take the additional child tax credit only if you meet the two conditions given in that TIP.

# Line 61

## Amount Paid With Request for Extension To File

If you either filed **Form 4868** or used your credit card to get an automatic extension of time to file Form 1040, enter any amount you paid with that form or credit card. If you paid by credit card, do not include on line 61 the convenience fee you were charged. Also, include any amounts paid with **Form 2688** or **2350.**

# Line 62

## Excess Social Security and RRTA Tax Withheld

If you, or your spouse if filing a joint return, had more than one employer for 1999 and total wages of more than $72,600, too much social security tax may have been withheld. You can take a credit on this line for the amount withheld in excess of $4,501.20. But if any one employer withheld more than $4,501.20, you must ask that employer to refund the excess to you. You cannot claim it on your return. Figure this amount separately for you and your spouse.

If you had more than one railroad employer for 1999 and your total compensation was over $53,700, too much railroad retirement (RRTA) tax may have been withheld.

For more details, see **Pub. 505.**

# Line 63

## Other Payments

Check the box(es) on line 63 to report any credit from **Form 2439** or **4136.**

# Refund

# Line 65

## Amount Overpaid

If line 65 is under $1, we will send a refund only on written request. If you want to check the status of your refund, please wait at least 4 weeks from the date you filed your return to do so. See page 10 for details.

 If the amount you overpaid is large, you may want to decrease the amount of income tax withheld from your pay. See **Income Tax Withholding and Estimated Tax Payments for 2000** on page 51.

### Refund Offset

If you owe past-due Federal tax, state income tax, child support, spousal support, or certain Federal nontax debts, such as student loans, all or part of the overpayment on line 65 may be used (offset) to pay the past-due amount. Offsets for Federal taxes are made by the IRS. All other offsets are made by the Treasury Department's Financial Management Service (FMS). You will receive a notice from FMS showing the amount of the offset and the agency receiving it. To find out if you may have an offset or if you have any questions about it, contact the agency(ies) you owe the debt to.

### Injured Spouse Claim

If you file a joint return and your spouse has not paid past-due Federal tax, state income tax, child support, spousal support, or a Federal nontax debt, such as a student loan, part or all of the overpayment on line 65 may be used (offset) to pay the past-due amount. But **your** part of the overpayment may be refunded to you after the offset occurs if certain conditions apply and you complete **Form 8379.** For details, use TeleTax topic 203 (see page 10) or see Form 8379.

# Lines 66b Through 66d

## Direct Deposit of Refund

Complete lines 66b through 66d if you want us to directly deposit the amount shown on line 66a into your account at a bank or other financial institution (such as a mutual fund, brokerage firm, or credit union) instead of sending you a check.

### Why Use Direct Deposit?

● You get your refund fast—even faster if you *e-file!*

● Payment is more secure—there is no check to get lost.

● More convenient. No trip to the bank to deposit your check.

● Saves tax dollars. A refund by direct deposit costs less than a check.

 You can check with your financial institution to make sure your deposit will be accepted and to get the correct routing and account numbers.

### Line 66b

The routing number **must** be **nine** digits. The first two digits must be 01 through 12 or 21 through 32. Otherwise, the direct deposit will be rejected and a check sent instead. On the sample check on page 49, the routing number is 250250025.

Your check may state that it is payable through a bank different from the financial institution at which you have your checking account. If so, do not use the routing number on that check. Instead, contact your financial institution for the correct routing number to enter on this line.

## Line 66d

The account number can be up to 17 characters (both numbers and letters). Include hyphens but omit spaces and special symbols. Enter the number from left to right and leave any unused boxes blank. On the sample check below, the account number is 20202086. Be sure **not** to include the check number.

 Some financial institutions will not allow a joint refund to be deposited into an individual account. The IRS is not responsible if a financial institution refuses a direct deposit.

## Line 67

### Applied to 2000 Estimated Tax

Enter on line 67 the amount, if any, of the overpayment on line 65 you want applied to your 2000 estimated tax. We will apply this amount to your account unless you attach a statement requesting us to apply it to your spouse's account. Include your spouse's social security number. This election to apply part or all of the amount overpaid to your 2000 estimated tax cannot be changed later.

# Amount You Owe

## Line 68

### Amount You Owe

 You do not have to pay if line 68 is under $1.

Include any estimated tax penalty from line 69 in the amount you enter on line 68.

You can pay by check, money order, or credit card (American Express® Card, MasterCard®, or Discover® Card).

To pay by check or money order, make it payable to the **"United States Treasury"** for the full amount due. **Do not** send cash. Write "1999 Form 1040" and your name, address, daytime telephone number, and social security number (SSN) on your payment. If you are filing a joint return, enter the SSN shown first on your tax return.

To help us process your payment, enter the amount on the right side of the check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX–" or "$ XXX $\frac{XX}{100}$").

Then, please complete **Form 1040-V** following the instructions on that form and enclose it in the envelope with your payment.

To pay by credit card, call **1-888-2PAY-TAX** (1-888-272-9829) toll-free and follow the instructions. A convenience fee will be charged by the credit card processor based on the amount you are paying. You will be told what the fee is when you call and you will have the option to either continue or cancel the call. You can also find out what the fee will be on the Internet at **www.8882paytax.com.** If you paid by credit card, enter the confirmation number you were given at the end of the call on page 1 of Form 1040 in the upper left corner.

**Do not** include any estimated tax payment in your check, money order, or amount you charge. Instead, make the estimated tax payment separately.

 You may need to **(a)** increase the amount of income tax withheld from your pay or **(b)** make estimated tax payments for 2000. See **Income Tax Withholding and Estimated Tax Payments for 2000** on page 51.

### What if You Cannot Pay?

If you cannot pay the full amount shown on line 68 when you file, you may ask to make monthly installment payments. You may have up to 60 months to pay. However, you will be charged interest and may be charged a late payment penalty on the tax not paid by April 17, 2000, even if your request to pay in installments is granted. You must also pay a fee. To limit the interest and penalty charges, pay as much of the tax as possible when you file. But before requesting an installment agreement, you should consider other less costly alternatives, such as a bank loan.

To ask for an installment agreement, use **Form 9465.** You should receive a response to your request for installments within 30 days. But if you file your return after March 31, it may take us longer to reply.

## Line 69

### Estimated Tax Penalty

 You must include household employment taxes reported on line 55 to see if you owe the penalty if line 57 is more than zero **or** you would owe the penalty even if you did not include those taxes. But if you entered an amount on Schedule H, line 7, include the total of that amount plus the amount on Form 1040, line 55.

*(Continued on page 50)*

### Sample Check



**Note.** The routing and account numbers may be in different places on your check.

You may owe this penalty if:

- Line 68 is at least $1,000 and it is more than 10% of the tax shown on your return, or

- You did not pay enough estimated tax by any of the due dates. This is true even if you are due a refund.

For most people, the "tax shown on your return" is the amount on line 56 minus the total of any amounts shown on lines 59a and 60 and Forms 8828, 4137, 4136, and 5329 (Parts III, IV, V, VI, and VII only).

**Exceptions.** You will not owe the penalty if your 1998 tax return was for a tax year of 12 full months AND **either** of the following applies.

**1.** You had no tax liability for 1998 and you were a U.S. citizen or resident for all of 1998, **or**

**2.** The total of lines 57, 58, and 62 on your 1999 return is at least as much as the tax liability shown on your 1998 return. Your estimated tax payments for 1999 must have been made on time and for the required amount.

 If your 1998 adjusted gross income was over $150,000 (over $75,000 if your 1999 filing status is married filing separately), item **2** above applies only if the total of lines 57, 58, and 62 on your 1999 return is at least 105% of the tax liability shown on your 1998 return. This rule does not apply to farmers and fishermen.

### Figuring the Penalty

If the **Exceptions** above do not apply and you choose to figure the penalty yourself, see **Form 2210** (or **2210-F** for farmers and fishermen) to find out if you owe the penalty. If so, you can use the form to figure the amount. In certain situations, you may be able to lower your penalty. For details, see the Instructions for Form 2210 (or 2210-F). Enter the penalty on Form 1040, line 69. Add the penalty to any tax due and enter the total on line 68. If you are due a refund, subtract the penalty from the overpayment you show on line 65. **Do not** file Form 2210 with your return unless Form 2210 indicates that you must do so. Instead, keep it for your records.

 Because Form 2210 is complicated, if you want to, you can leave line 69 blank and the IRS will figure the penalty and send you a bill. We will not charge you interest on the penalty if you pay by the date specified on the bill.

# Sign Your Return

Form 1040 is not considered a valid return unless you sign it. If you are filing a joint return, your spouse must also sign. If you have someone prepare your return, you are still responsible for the correctness of the return. If you are filing a joint return as a surviving spouse, see **Death of a Taxpayer** on page 51.

### Child's Return

If your child cannot sign the return, either parent may sign the child's name in the space provided. Then, add "By (your signature), parent for minor child."

### Daytime Telephone Number

Although providing your daytime telephone number is optional, doing so may help speed the processing of your return. We may have questions about items on your return, such as the earned income credit, credit for child and dependent care expenses, etc. By answering our questions over the telephone, we may be able to continue processing your return without mailing you a letter. If you are filing a joint return, you may enter either your or your spouse's daytime telephone number.

### Paid Preparer Must Sign Your Return

Generally, anyone you pay to prepare your return must sign it by hand in the space provided. Signature stamps or labels cannot be used. The preparer must give you a copy of the return for your records. Someone who prepares your return but does not charge you should not sign your return.

# Assemble Your Return

Assemble any schedules and forms behind Form 1040 in order of the "Attachment Sequence No." shown in the upper right corner of the schedule or form. If you have supporting statements, arrange them in the same order as the schedules or forms they support and attach them last. **Do not** attach correspondence or other items unless required to do so. Attach the first copy or Copy B of Forms W-2, W-2G, and 2439 to the front of Form 1040. Also attach Form(s) 1099-R if tax was withheld.

# How To Avoid Common Mistakes

Mistakes may delay your refund or result in notices being sent to you.

**1.** Be sure to enter your social security number (SSN) in the space provided on page 1 of Form 1040. If you are married filing a joint or separate return, also enter your spouse's SSN. Be sure to enter your SSN in the space next to your name.

**2.** Make sure you entered the correct name and SSN for each dependent you claim on line 6c. Also, make sure you check the box in column (4) of line 6c for each dependent who is also a qualifying child for the child tax credit.

**3.** Check your math, especially for the child tax credit, earned income credit, taxable social security benefits, total income, itemized deductions or standard deduction, deduction for exemptions, taxable income, total tax, Federal income tax withheld, and refund or amount you owe.

**4.** Be sure you use the correct method to figure your tax. See the instructions for line 40 that begin on page 31.

**5.** Make sure your name and address are correct on the peel-off label. If not, enter the correct information.

**6.** If you are taking the standard deduction and you checked any box on line 35a or you (or your spouse if filing jointly) can be claimed as a dependent on someone's return, see page 30 to be sure you entered the correct amount on line 36.

**7.** If you are married filing jointly and did not get a peel-off label, enter your and your spouse's name in the same order as shown on your last return.

**8.** If you received capital gain distributions but were not required to file Schedule D, make sure you check the box on line 13.

**9.** Remember to **sign** and date Form 1040 and enter your occupation.

**10.** Attach your W-2 form(s) and other required forms and schedules. Put all forms and schedules in the proper order. See **Assemble Your Return** on this page.

**11.** If you owe tax and are paying by check or money order, be sure to include all the required information on your payment. See the instructions for line 68 on page 49 for details.

*Need more information or forms? See page 7.*    - 50 -

# General Information

## What Are Your Rights as a Taxpayer?

You have the right to be treated fairly, professionally, promptly, and courteously by IRS employees. Our goal at the IRS is to protect your rights so that you will have the highest confidence in the integrity, efficiency, and fairness of our tax system. To ensure that you always receive such treatment, you should know about the many rights you have at each step of the tax process. For details, see **Pub. 1.**

## Innocent Spouse Relief

You may qualify for relief from liability for tax on a joint return if **(1)** there is an understatement of tax because your spouse omitted income or claimed false deductions or credits, **(2)** you are divorced, separated, or no longer living with your spouse, **or (3)** given all the facts and circumstances, it would be unfair to hold you liable for the tax. See **Form 8857** or **Pub. 971** for more details.

## Income Tax Withholding and Estimated Tax Payments for 2000

If the amount you owe or the amount you overpaid is large, you may want to file a new **Form W-4** with your employer to change the amount of income tax withheld from your 2000 pay. In general, you do not have to make estimated tax payments if you expect that your 2000 Form 1040 will show a tax refund or a tax balance due the IRS of less than $1,000. If your total estimated tax (including any household employment taxes or alternative minimum tax) for 2000 is $1,000 or more, see **Form 1040-ES.** It has a worksheet you can use to see if you have to make estimated tax payments. For more details, see **Pub. 505.**

## Do Both the Name and SSN on Your Tax Forms Agree With Your Social Security Card?

If not, your refund may be delayed or you may not receive credit for your social security earnings. If your Form W-2, Form 1099, or other tax document shows an incorrect SSN or name, notify your employer or the form-issuing agent as soon as possible to make sure your earnings are credited to your social security record. If the name or SSN on your social security card is incorrect, call the Social Security Administration at 1-800-772-1213.

## How Do You Make a Gift To Reduce the Public Debt?

If you wish to do so, make a check payable to "Bureau of the Public Debt." You can send it to: Bureau of the Public Debt, Department G, P.O. Box 2188, Parkersburg, WV 26106-2188. Or, you can enclose the check with your income tax return when you file. Do not add your gift to any tax you may owe. See page 49 for details on how to pay any tax you owe.

 If you itemize your deductions for 2000, you may be able to deduct this gift.

## Address Change

If you move after you file, always notify in writing the Internal Revenue Service Center where you filed your last return, or the Chief, Customer Service Division, at your local IRS district office. You can use **Form 8822** to notify us of your new address.

## How Long Should Records Be Kept?

Keep a copy of your tax return, worksheets you used, and records of all items appearing on it (such as W-2 and 1099 forms) until the statute of limitations runs out for that return. Usually, this is 3 years from the date the return was due or filed, or 2 years from the date the tax was paid, whichever is later. You should keep some records longer. For example, keep property records (including those on your home) as long as they are needed to figure the basis of the original or replacement property. For more details, see **Pub. 552.**

## Amended Return

File **Form 1040X** to change a return you already filed. Generally, Form 1040X must be filed within 3 years after the date the original return was filed, or within 2 years after the date the tax was paid, whichever is later. But you may have more time to file Form 1040X if you are physically or mentally unable to manage your financial affairs. See **Pub. 556** for details.

## Need a Copy of Your Tax Return?

If you need a copy of your tax return, use **Form 4506.** If you have questions about your account, call or write your local IRS office. If you want a printed copy of your account, it will be mailed to you free of charge.

## Death of a Taxpayer

If a taxpayer died before filing a return for 1999, the taxpayer's spouse or personal representative may have to file and sign a return for that taxpayer. A personal representative can be an executor, administrator, or anyone who is in charge of the deceased taxpayer's property. If the deceased taxpayer did not have to file a return but had tax withheld, a return must be filed to get a refund. The person who files the return should enter **"DECEASED,"** the deceased taxpayer's name, and the date of death across the top of the return.

*(Continued on page 52)*

If your spouse died in 1999 and you did not remarry in 1999, you can file a joint return. You can also file a joint return if your spouse died in 2000 before filing a 1999 return. A joint return should show your spouse's 1999 income before death and your income for all of 1999. Enter "Filing as surviving spouse" in the area where you sign the return. If someone else is the personal representative, he or she must also sign.

The surviving spouse or personal representative should promptly notify all payers of income, including financial institutions, of the taxpayer's death. This will ensure the proper reporting of income earned by the taxpayer's estate or heirs. A deceased taxpayer's social security number should not be used for tax years after the year of death, except for estate tax return purposes.

### Claiming a Refund for a Deceased Taxpayer

If you are filing a joint return as a surviving spouse, you only need to file the tax return to claim the refund. If you are a court-appointed representative, file the return **and** attach a copy of the certificate that shows your appointment. All other filers requesting the deceased taxpayer's refund must file the return and attach **Form 1310.**

For more details, use TeleTax topic 356 (see page 10) or see **Pub. 559.**



**CLICK. ZIP. FAST ROUND TRIP**

# Explore IRS *e-file!*
## ● Fast
### ● Accurate
### ● Secure

Millions of people just like you file their tax returns electronically using an IRS *e-file* option because of the many advantages:

● A fast refund in half the time—even faster with Direct Deposit

● File now, pay later—with a credit card or Direct Debit you can wait to pay up until April 17, 2000

● Less chance of receiving an error notice from the IRS because IRS *e-file* is more accurate than a paper return

● File your Federal and state tax returns together

● An acknowledgement of IRS receipt within 48 hours

● Free and low-cost alternatives available

● Privacy and security are assured

● Chance of an audit is not greater than a paper return

## Here's How You Can Participate With IRS *e-file*

### Use an Authorized IRS *e-file* Provider



Many tax professionals file tax returns electronically for their clients. You can prepare your own return and have a professional electronically transmit it to the IRS or you can have your return prepared and transmitted by the tax professional. Depending on the tax professional and the specific services requested, a fee may be charged. Look for the "Authorized IRS *e-file* Provider" sign.

### IRS *e-file* Through Your Personal Computer

You can file your tax return in a fast, convenient way through your personal computer right from home. Tax preparation software is available at your local computer retailer or through various web sites over the Internet. For a list of participating software companies, go to **www.irs.gov,** click on "Electronic Services" and then click on "On-Line Filing Companies." You can also find a list of IRS partners that provide free or low-cost IRS *e-file* options by clicking on "Electronic Services" and then on "IRS *e-file* Partners." Depending on which software program you use to file your taxes, you will need a modem and/or Internet access. You can file 24 hours a day, 7 days a week.

### IRS *e-file* Using a Telephone



For millions of eligible taxpayers, TeleFile is the easiest way to file. Tele-File allows you to file your simple Federal tax return using a touch-tone phone. Only taxpayers who receive the TeleFile Tax Package in the mail are eligible to use this IRS *e-file* option. Just fill in the tax record in the booklet, pick up a phone, and call the toll-free number any time day or night. TeleFile is completely paperless—there are no forms to mail. It usually takes about 10 minutes and is absolutely free. **Parents! If your children receive a TeleFile Tax Package, please encourage them to use TeleFile!**

### IRS *e-file* Through Employers and Financial Institutions

Some businesses offer free e-filing to their employees. Others offer it for a fee to customers. Ask your employer or financial institution if they offer IRS *e-file* to employees, members, or customers.

### Visit a VITA or TCE Site

Volunteer Income Tax Assistance (VITA) and Tax Counseling for the Elderly (TCE) sites are open to low-income individuals, others who need help with their tax returns, and the elderly. Both programs are free and can be found in community locations such as libraries, colleges, universities, shopping malls, and retirement and senior centers. Ask for IRS *e-file* at these sites.

### Electronic Payment Options

If you have a balance due, you can make your payment electronically. To pay by credit card, call **1-888-2PAY-TAX** (1-888-272-9829). You can also pay by authorizing a Direct Debit from your checking or savings account on the date you choose—any time up to April 17, 2000.

# Other Ways To Get Help

## Send Your Written Questions to the IRS

You may send your written tax questions to your IRS District Director. You should get an answer in about 30 days. If you do not have the address, call us. See page 12. Do not send questions with your return.

## Assistance With Your Return

IRS offices can help you prepare your return. An assister will explain a Form 1040EZ, 1040A, or 1040 with Schedules A and B to you and other taxpayers in a group setting. You may also be able to file your return electronically by computer free of charge at some IRS offices. To find the IRS office nearest you, look in the phone book under "United States Government, Internal Revenue Service" or call us. See page 12 for the number.

## VITA and TCE

These programs help older, disabled, low-income, and non-English-speaking people fill in their returns. For details, call us. See page 12 for the number. If you received a Federal income tax package in the mail, take it with you when you go for help. Also take a copy of your 1998 tax return if you have it. **Or** to find the nearest AARP Tax-Aide site, visit AARP's Internet Web Site at www.aarp.org/taxaide or call **1-877-227-7844.**

## On-Line Services

If you subscribe to an on-line service, ask about on-line filing or tax information.

## Large-Print Forms and Instructions

**Pub. 1614** has large-print copies of Form 1040, Schedules A, B, D, E, EIC, and R, and Form 1040-V, and their instructions. You can use the large-print forms and schedules as worksheets to figure your tax, but you cannot file on them. You can get Pub. 1614 by phone or mail. See pages 7 and 55.

## Help for People With Disabilities

Telephone help is available using TTY/TDD equipment. See page 12 for the number. Braille materials are available at libraries that have special services for people with disabilities.

# Interest and Penalties

 You do not have to figure the amount of any interest or penalties you may owe. Because figuring these amounts can be complicated, we will do it for you if you want. We will send you a bill for any amount due.

If you include interest or penalties (other than the estimated tax penalty) with your payment, identify and enter the amount in the bottom margin of Form 1040, page 2. Please **do not** include interest or penalties (other than the estimated tax penalty) in the **amount you owe** on line 68.

## Interest

We will charge you interest on taxes not paid by their due date, even if an extension of time to file is granted. We will also charge you interest on penalties imposed for failure to file, negligence, fraud, substantial valuation misstatements, and substantial understatements of tax. Interest is charged on the penalty from the due date of the return (including extensions).

## Penalties

### Late Filing

If you do not file your return by the due date (including extensions), the penalty is usually 5% of the amount due for each month or part of a month your return is late, unless you have a reasonable explanation. If you do, attach it to your return. The penalty cannot usually be more than 25% of the tax due. If your return is more than 60 days late, the minimum penalty will be $100 or the amount of any tax you owe, whichever is smaller.

### Late Payment of Tax

If you pay your taxes late, the penalty is usually ½ of 1% of the unpaid amount for each month or part of a month the tax is not paid. The penalty cannot be more than 25% of the unpaid amount. It applies to any unpaid tax on the return. This penalty is in addition to interest charges on late payments.

### Frivolous Return

In addition to any other penalties, the law imposes a penalty of $500 for filing a frivolous return. A frivolous return is one that does not contain information needed to figure the correct tax or shows a substantially incorrect tax because you take a frivolous position or desire to delay or interfere with the tax laws. This includes altering or striking out the preprinted language above the space where you sign.

### Other

Other penalties can be imposed for negligence, substantial understatement of tax, and fraud. Criminal penalties may be imposed for willful failure to file, tax evasion, or making a false statement. See **Pub. 17** for details on some of these penalties.

# Disclosure, Privacy Act, and Paperwork Reduction Act Notice

The IRS Restructuring and Reform Act of 1998, the Privacy Act of 1974, and Paperwork Reduction Act of 1980 require that when we ask you for information we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if we do not receive it and whether your response is voluntary, required to obtain a benefit, or mandatory under the law.

This notice applies to all papers you file with us, including this tax return. It also applies to any questions we need to ask you so we can complete, correct, or process your return; figure your tax; and collect tax, interest, or penalties.

Our legal right to ask for information is Internal Revenue Code sections 6001, 6011, and 6012(a) and their regulations. They say that you must file a return or statement with us for any tax you are liable for. Your response is mandatory under these sections. Code section 6109 requires that you provide your social security number or individual taxpayer identification number on what you file. This is so we know who you are, and can process your return and other papers. You must fill in all parts of the tax form that apply to you. But you do not have to check the boxes for the Presidential Election Campaign Fund or provide your daytime telephone number.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

We ask for tax return information to carry out the tax laws of the United States. We need it to figure and collect the right amount of tax.

If you do not file a return, do not provide the information we ask for, or provide fraudulent information, you may be charged penalties and be subject to criminal prosecution. We may also have to disallow the exemptions, exclusions, credits, deductions, or adjustments shown on the tax return. This could make the tax higher or delay any refund. Interest may also be charged.

Generally, tax returns and return information are confidential, as stated in Code section 6103. However, Code section 6103 allows or requires the Internal Revenue Service to disclose or give the information shown on your tax return to others as described in the Code. For example, we may disclose your tax information to the Department of Justice, to enforce the tax laws, both civil and criminal, and to cities, states, the District of Columbia, U.S. commonwealths or possessions, and certain foreign governments to carry out their tax laws. We may disclose your tax information to the Department of Treasury and contractors for tax administration purposes; and to other persons as necessary to obtain information which we cannot get in any other way in order to determine the amount of or to collect the tax you owe. We may disclose your tax information to the Comptroller General of the United States to permit the Comptroller General to review the Internal Revenue Service. We may also disclose your tax information to Committees of Congress; Federal, state, and local child support agencies; and to other Federal agencies for the purposes of determining entitlement for benefits or the eligibility for and the repayment of loans.

Please keep this notice with your records. It may help you if we ask you for other information. If you have questions about the rules for filing and giving information, please call or visit any Internal Revenue Service office.

## The Time It Takes To Prepare Your Return

We try to create forms and instructions that can be easily understood. Often this is difficult to do because our tax laws are very complex. For some people with income mostly from wages, filling in the forms is easy. For others who have businesses, pensions, stocks, rental income, or other investments, it is more difficult.

## We Welcome Comments on Forms

If you have comments concerning the accuracy of the time estimates shown below or suggestions for making these forms simpler, we would be happy to hear from you. You can e-mail us your suggestions and comments through the IRS Internet Home Page (www.irs.gov/help/email.html) or write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. **DO NOT** send your return to this address. Instead, see the back cover.

## Estimated Preparation Time

The time needed to complete and file Form 1040, its schedules, and accompanying worksheets will vary depending on individual circumstances. The estimated average times are:

| Form | Recordkeeping | Learning about the law or the form | Preparing the form | Copying, assembling, and sending the form to the IRS | Totals |
|---|---|---|---|---|---|
| Form 1040 | 3 hr., 15 min. | 2 hr., 39 min. | 6 hr., 22 min. | 35 min. | 12 hr., 51 min. |
| Sch. A | 3 hr., 5 min. | 40 min. | 1 hr., 34 min. | 20 min. | 5 hr., 39 min. |
| Sch. B | 33 min. | 8 min. | 24 min. | 20 min. | 1 hr., 25 min. |
| Sch. C | 6 hr., 26 min. | 1 hr., 11 min. | 2 hr., 7 min. | 35 min. | 10 hr., 19 min. |
| Sch. C-EZ | 46 min. | 4 min. | 34 min. | 20 min. | 1 hr., 44 min. |
| Sch. D | 1 hr., 4 min. | 2 hr., 16 min. | 1 hr., 39 min. | 35 min. | 5 hr., 34 min. |
| Sch. D-1 | 13 min. | 1 min. | 11 min. | 35 min. | 1 hr. |
| Sch. E | 2 hr., 52 min. | 1 hr., 7 min. | 1 hr., 16 min. | 35 min. | 5 hr., 50 min. |
| Sch. EIC | - - - - - | 2 min. | 14 min. | 20 min. | 36 min. |
| Sch. F: | | | | | |
| Cash Method | 4 hr., 2 min. | 36 min. | 1 hr., 14 min. | 20 min. | 6 hr., 12 min. |
| Accrual Method | 4 hr., 22 min. | 25 min. | 1 hr., 19 min. | 20 min. | 6 hr., 26 min. |
| Sch. H | 46 min. | 30 min. | 52 min. | 35 min. | 2 hr., 43 min. |
| Sch. J | 20 min. | 7 min. | 50 min. | 20 min. | 1 hr., 37 min. |
| Sch. R | 20 min. | 15 min. | 29 min. | 35 min. | 1 hr., 39 min. |
| Sch. SE: | | | | | |
| Short | 20 min. | 14 min. | 13 min. | 14 min. | 1 hr., 1 min. |
| Long | 13 min. | 20 min. | 34 min. | 20 min. | 1 hr., 27 min. |

# Order Blank for Forms and Publications

The most frequently ordered forms and publications are listed on the order blank below. See pages 8 and 9 for the titles of the forms. We will mail you two copies of each form and one copy of each publication you order. To help reduce waste, please order only the items you need to prepare your return.

 **TIP** For faster ways of getting the items you need, such as by computer or fax, see page 7.

## How To Use the Order Blank

Circle the items you need on the order blank below. Use the blank spaces to order items not listed. If you need more space, attach a separate sheet of paper.

Print or type your name and address accurately in the space provided below. An accurate address is necessary to ensure delivery of your order. Cut the order blank on the dotted line. Enclose the order blank in your own envelope and send it to the IRS address shown on this page that applies to you. You should receive your order within 10 days after we receive your request.

**Do not** send your tax return to any of the addresses listed on this page. Instead, see the back cover.



### Where To Mail Your Order Blank for Free Forms and Publications

| IF you live in the . . . | THEN mail to . . . | AT this address . . . |
|---|---|---|
| Western United States | Western Area Distribution Center | Rancho Cordova, CA 95743-0001 |
| Central United States | Central Area Distribution Center | P.O. Box 8903 Bloomington, IL 61702-8903 |
| Eastern United States or a foreign country | Eastern Area Distribution Center | P.O. Box 85074 Richmond, VA 23261-5074 |

*Detach at this line*

## Order Blank

**Fill in your name and address.**

Name

Number and street                                          Apt./Suite/Room

City                              State                    ZIP code

Foreign country                                           International postal code

Daytime telephone number (optional)
(          )

**The items in bold may be picked up at many IRS offices, post offices, and libraries. You may also download all these items from the Internet at www.irs.gov or place an electronic order for them.**

**Circle the forms and publications you need. The instructions for any form you order will be included.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1040** | Schedule F (1040) | Schedule 3 (1040A) | 2441 | 8812 | Pub. 463 | Pub. 527 | Pub. 910 |
| **Schedules A&B (1040)** | Schedule H (1040) | **1040EZ** | 3903 | 8822 | Pub. 501 | Pub. 529 | Pub. 926 |
| Schedule C (1040) | Schedule J (1040) | 1040-ES (2000) | 4562 | 8829 | Pub. 502 | Pub. 535 | Pub. 929 |
| Schedule C-EZ (1040) | Schedule R (1040) | 1040-V | 4868 | 8863 | Pub. 505 | Pub. 550 | Pub. 936 |
| Schedule D (1040) | Schedule SE (1040) | 1040X | 5329 | 9465 | Pub. 508 | Pub. 554 | Pub. 970 |
| Schedule D-1 (1040) | **1040A** | 2106 | 8283 | Pub. 1 | Pub. 521 | Pub. 575 | Pub. 972 |
| Schedule E (1040) | **Schedule 1 (1040A)** | 2106-EZ | 8582 | Pub. 17 | Pub. 523 | Pub. 590 | |
| **Schedule EIC (1040A or 1040)** | **Schedule 2 (1040A)** | 2210 | 8606 | Pub. 334 | Pub. 525 | Pub. 596 | |

N

# 1999 Tax Table

**Use if your taxable income is less than $100,000.**
**If $100,000 or more, use the Tax Rate Schedules.**

**Example.** Mr. and Mrs. Brown are filing a joint return. Their taxable income on line 39 of Form 1040 is $25,300. First, they find the $25,300–25,350 income line. Next, they find the column for married filing jointly and read down the column. The amount shown where the income line and filing status column meet is $3,799. This is the tax amount they should enter on line 40 of their Form 1040.

### Sample Table

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 25,200 | 25,250 | 3,784 | 3,784 | 4,265 | 3,784 |
| 25,250 | 25,300 | 3,791 | 3,791 | 4,279 | 3,791 |
| 25,300 | 25,350 | 3,799 | (3,799) | 4,293 | 3,799 |
| 25,350 | 25,400 | 3,806 | 3,806 | 4,307 | 3,806 |

### If line 39 (taxable income) is—  And you are—

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 0 | 5 | 0 | 0 | 0 | 0 |
| 5 | 15 | 2 | 2 | 2 | 2 |
| 15 | 25 | 3 | 3 | 3 | 3 |
| 25 | 50 | 6 | 6 | 6 | 6 |
| 50 | 75 | 9 | 9 | 9 | 9 |
| 75 | 100 | 13 | 13 | 13 | 13 |
| 100 | 125 | 17 | 17 | 17 | 17 |
| 125 | 150 | 21 | 21 | 21 | 21 |
| 150 | 175 | 24 | 24 | 24 | 24 |
| 175 | 200 | 28 | 28 | 28 | 28 |
| 200 | 225 | 32 | 32 | 32 | 32 |
| 225 | 250 | 36 | 36 | 36 | 36 |
| 250 | 275 | 39 | 39 | 39 | 39 |
| 275 | 300 | 43 | 43 | 43 | 43 |
| 300 | 325 | 47 | 47 | 47 | 47 |
| 325 | 350 | 51 | 51 | 51 | 51 |
| 350 | 375 | 54 | 54 | 54 | 54 |
| 375 | 400 | 58 | 58 | 58 | 58 |
| 400 | 425 | 62 | 62 | 62 | 62 |
| 425 | 450 | 66 | 66 | 66 | 66 |
| 450 | 475 | 69 | 69 | 69 | 69 |
| 475 | 500 | 73 | 73 | 73 | 73 |
| 500 | 525 | 77 | 77 | 77 | 77 |
| 525 | 550 | 81 | 81 | 81 | 81 |
| 550 | 575 | 84 | 84 | 84 | 84 |
| 575 | 600 | 88 | 88 | 88 | 88 |
| 600 | 625 | 92 | 92 | 92 | 92 |
| 625 | 650 | 96 | 96 | 96 | 96 |
| 650 | 675 | 99 | 99 | 99 | 99 |
| 675 | 700 | 103 | 103 | 103 | 103 |
| 700 | 725 | 107 | 107 | 107 | 107 |
| 725 | 750 | 111 | 111 | 111 | 111 |
| 750 | 775 | 114 | 114 | 114 | 114 |
| 775 | 800 | 118 | 118 | 118 | 118 |
| 800 | 825 | 122 | 122 | 122 | 122 |
| 825 | 850 | 126 | 126 | 126 | 126 |
| 850 | 875 | 129 | 129 | 129 | 129 |
| 875 | 900 | 133 | 133 | 133 | 133 |
| 900 | 925 | 137 | 137 | 137 | 137 |
| 925 | 950 | 141 | 141 | 141 | 141 |
| 950 | 975 | 144 | 144 | 144 | 144 |
| 975 | 1,000 | 148 | 148 | 148 | 148 |
| **1,000** | | | | | |
| 1,000 | 1,025 | 152 | 152 | 152 | 152 |
| 1,025 | 1,050 | 156 | 156 | 156 | 156 |
| 1,050 | 1,075 | 159 | 159 | 159 | 159 |
| 1,075 | 1,100 | 163 | 163 | 163 | 163 |
| 1,100 | 1,125 | 167 | 167 | 167 | 167 |
| 1,125 | 1,150 | 171 | 171 | 171 | 171 |
| 1,150 | 1,175 | 174 | 174 | 174 | 174 |
| 1,175 | 1,200 | 178 | 178 | 178 | 178 |
| 1,200 | 1,225 | 182 | 182 | 182 | 182 |
| 1,225 | 1,250 | 186 | 186 | 186 | 186 |
| 1,250 | 1,275 | 189 | 189 | 189 | 189 |
| 1,275 | 1,300 | 193 | 193 | 193 | 193 |
| 1,300 | 1,325 | 197 | 197 | 197 | 197 |
| 1,325 | 1,350 | 201 | 201 | 201 | 201 |
| 1,350 | 1,375 | 204 | 204 | 204 | 204 |
| 1,375 | 1,400 | 208 | 208 | 208 | 208 |
| 1,400 | 1,425 | 212 | 212 | 212 | 212 |
| 1,425 | 1,450 | 216 | 216 | 216 | 216 |
| 1,450 | 1,475 | 219 | 219 | 219 | 219 |
| 1,475 | 1,500 | 223 | 223 | 223 | 223 |
| 1,500 | 1,525 | 227 | 227 | 227 | 227 |
| 1,525 | 1,550 | 231 | 231 | 231 | 231 |
| 1,550 | 1,575 | 234 | 234 | 234 | 234 |
| 1,575 | 1,600 | 238 | 238 | 238 | 238 |
| 1,600 | 1,625 | 242 | 242 | 242 | 242 |
| 1,625 | 1,650 | 246 | 246 | 246 | 246 |
| 1,650 | 1,675 | 249 | 249 | 249 | 249 |
| 1,675 | 1,700 | 253 | 253 | 253 | 253 |
| 1,700 | 1,725 | 257 | 257 | 257 | 257 |
| 1,725 | 1,750 | 261 | 261 | 261 | 261 |
| 1,750 | 1,775 | 264 | 264 | 264 | 264 |
| 1,775 | 1,800 | 268 | 268 | 268 | 268 |
| 1,800 | 1,825 | 272 | 272 | 272 | 272 |
| 1,825 | 1,850 | 276 | 276 | 276 | 276 |
| 1,850 | 1,875 | 279 | 279 | 279 | 279 |
| 1,875 | 1,900 | 283 | 283 | 283 | 283 |
| 1,900 | 1,925 | 287 | 287 | 287 | 287 |
| 1,925 | 1,950 | 291 | 291 | 291 | 291 |
| 1,950 | 1,975 | 294 | 294 | 294 | 294 |
| 1,975 | 2,000 | 298 | 298 | 298 | 298 |
| **2,000** | | | | | |
| 2,000 | 2,025 | 302 | 302 | 302 | 302 |
| 2,025 | 2,050 | 306 | 306 | 306 | 306 |
| 2,050 | 2,075 | 309 | 309 | 309 | 309 |
| 2,075 | 2,100 | 313 | 313 | 313 | 313 |
| 2,100 | 2,125 | 317 | 317 | 317 | 317 |
| 2,125 | 2,150 | 321 | 321 | 321 | 321 |
| 2,150 | 2,175 | 324 | 324 | 324 | 324 |
| 2,175 | 2,200 | 328 | 328 | 328 | 328 |
| 2,200 | 2,225 | 332 | 332 | 332 | 332 |
| 2,225 | 2,250 | 336 | 336 | 336 | 336 |
| 2,250 | 2,275 | 339 | 339 | 339 | 339 |
| 2,275 | 2,300 | 343 | 343 | 343 | 343 |
| 2,300 | 2,325 | 347 | 347 | 347 | 347 |
| 2,325 | 2,350 | 351 | 351 | 351 | 351 |
| 2,350 | 2,375 | 354 | 354 | 354 | 354 |
| 2,375 | 2,400 | 358 | 358 | 358 | 358 |
| 2,400 | 2,425 | 362 | 362 | 362 | 362 |
| 2,425 | 2,450 | 366 | 366 | 366 | 366 |
| 2,450 | 2,475 | 369 | 369 | 369 | 369 |
| 2,475 | 2,500 | 373 | 373 | 373 | 373 |
| 2,500 | 2,525 | 377 | 377 | 377 | 377 |
| 2,525 | 2,550 | 381 | 381 | 381 | 381 |
| 2,550 | 2,575 | 384 | 384 | 384 | 384 |
| 2,575 | 2,600 | 388 | 388 | 388 | 388 |
| 2,600 | 2,625 | 392 | 392 | 392 | 392 |
| 2,625 | 2,650 | 396 | 396 | 396 | 396 |
| 2,650 | 2,675 | 399 | 399 | 399 | 399 |
| 2,675 | 2,700 | 403 | 403 | 403 | 403 |
| 2,700 | 2,725 | 407 | 407 | 407 | 407 |
| 2,725 | 2,750 | 411 | 411 | 411 | 411 |
| 2,750 | 2,775 | 414 | 414 | 414 | 414 |
| 2,775 | 2,800 | 418 | 418 | 418 | 418 |
| 2,800 | 2,825 | 422 | 422 | 422 | 422 |
| 2,825 | 2,850 | 426 | 426 | 426 | 426 |
| 2,850 | 2,875 | 429 | 429 | 429 | 429 |
| 2,875 | 2,900 | 433 | 433 | 433 | 433 |
| 2,900 | 2,925 | 437 | 437 | 437 | 437 |
| 2,925 | 2,950 | 441 | 441 | 441 | 441 |
| 2,950 | 2,975 | 444 | 444 | 444 | 444 |
| 2,975 | 3,000 | 448 | 448 | 448 | 448 |
| **3,000** | | | | | |
| 3,000 | 3,050 | 454 | 454 | 454 | 454 |
| 3,050 | 3,100 | 461 | 461 | 461 | 461 |
| 3,100 | 3,150 | 469 | 469 | 469 | 469 |
| 3,150 | 3,200 | 476 | 476 | 476 | 476 |
| 3,200 | 3,250 | 484 | 484 | 484 | 484 |
| 3,250 | 3,300 | 491 | 491 | 491 | 491 |
| 3,300 | 3,350 | 499 | 499 | 499 | 499 |
| 3,350 | 3,400 | 506 | 506 | 506 | 506 |
| 3,400 | 3,450 | 514 | 514 | 514 | 514 |
| 3,450 | 3,500 | 521 | 521 | 521 | 521 |
| 3,500 | 3,550 | 529 | 529 | 529 | 529 |
| 3,550 | 3,600 | 536 | 536 | 536 | 536 |
| 3,600 | 3,650 | 544 | 544 | 544 | 544 |
| 3,650 | 3,700 | 551 | 551 | 551 | 551 |
| 3,700 | 3,750 | 559 | 559 | 559 | 559 |
| 3,750 | 3,800 | 566 | 566 | 566 | 566 |
| 3,800 | 3,850 | 574 | 574 | 574 | 574 |
| 3,850 | 3,900 | 581 | 581 | 581 | 581 |
| 3,900 | 3,950 | 589 | 589 | 589 | 589 |
| 3,950 | 4,000 | 596 | 596 | 596 | 596 |
| **4,000** | | | | | |
| 4,000 | 4,050 | 604 | 604 | 604 | 604 |
| 4,050 | 4,100 | 611 | 611 | 611 | 611 |
| 4,100 | 4,150 | 619 | 619 | 619 | 619 |
| 4,150 | 4,200 | 626 | 626 | 626 | 626 |
| 4,200 | 4,250 | 634 | 634 | 634 | 634 |
| 4,250 | 4,300 | 641 | 641 | 641 | 641 |
| 4,300 | 4,350 | 649 | 649 | 649 | 649 |
| 4,350 | 4,400 | 656 | 656 | 656 | 656 |
| 4,400 | 4,450 | 664 | 664 | 664 | 664 |
| 4,450 | 4,500 | 671 | 671 | 671 | 671 |
| 4,500 | 4,550 | 679 | 679 | 679 | 679 |
| 4,550 | 4,600 | 686 | 686 | 686 | 686 |
| 4,600 | 4,650 | 694 | 694 | 694 | 694 |
| 4,650 | 4,700 | 701 | 701 | 701 | 701 |
| 4,700 | 4,750 | 709 | 709 | 709 | 709 |
| 4,750 | 4,800 | 716 | 716 | 716 | 716 |
| 4,800 | 4,850 | 724 | 724 | 724 | 724 |
| 4,850 | 4,900 | 731 | 731 | 731 | 731 |
| 4,900 | 4,950 | 739 | 739 | 739 | 739 |
| 4,950 | 5,000 | 746 | 746 | 746 | 746 |

Continued on next page

* This column must also be used by a qualifying widow(er).

**1999 Tax Table—Continued**

## 5,000

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |
| 5,000 | 5,050 | 754 | 754 | 754 | 754 |
| 5,050 | 5,100 | 761 | 761 | 761 | 761 |
| 5,100 | 5,150 | 769 | 769 | 769 | 769 |
| 5,150 | 5,200 | 776 | 776 | 776 | 776 |
| 5,200 | 5,250 | 784 | 784 | 784 | 784 |
| 5,250 | 5,300 | 791 | 791 | 791 | 791 |
| 5,300 | 5,350 | 799 | 799 | 799 | 799 |
| 5,350 | 5,400 | 806 | 806 | 806 | 806 |
| 5,400 | 5,450 | 814 | 814 | 814 | 814 |
| 5,450 | 5,500 | 821 | 821 | 821 | 821 |
| 5,500 | 5,550 | 829 | 829 | 829 | 829 |
| 5,550 | 5,600 | 836 | 836 | 836 | 836 |
| 5,600 | 5,650 | 844 | 844 | 844 | 844 |
| 5,650 | 5,700 | 851 | 851 | 851 | 851 |
| 5,700 | 5,750 | 859 | 859 | 859 | 859 |
| 5,750 | 5,800 | 866 | 866 | 866 | 866 |
| 5,800 | 5,850 | 874 | 874 | 874 | 874 |
| 5,850 | 5,900 | 881 | 881 | 881 | 881 |
| 5,900 | 5,950 | 889 | 889 | 889 | 889 |
| 5,950 | 6,000 | 896 | 896 | 896 | 896 |

## 6,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 6,000 | 6,050 | 904 | 904 | 904 | 904 |
| 6,050 | 6,100 | 911 | 911 | 911 | 911 |
| 6,100 | 6,150 | 919 | 919 | 919 | 919 |
| 6,150 | 6,200 | 926 | 926 | 926 | 926 |
| 6,200 | 6,250 | 934 | 934 | 934 | 934 |
| 6,250 | 6,300 | 941 | 941 | 941 | 941 |
| 6,300 | 6,350 | 949 | 949 | 949 | 949 |
| 6,350 | 6,400 | 956 | 956 | 956 | 956 |
| 6,400 | 6,450 | 964 | 964 | 964 | 964 |
| 6,450 | 6,500 | 971 | 971 | 971 | 971 |
| 6,500 | 6,550 | 979 | 979 | 979 | 979 |
| 6,550 | 6,600 | 986 | 986 | 986 | 986 |
| 6,600 | 6,650 | 994 | 994 | 994 | 994 |
| 6,650 | 6,700 | 1,001 | 1,001 | 1,001 | 1,001 |
| 6,700 | 6,750 | 1,009 | 1,009 | 1,009 | 1,009 |
| 6,750 | 6,800 | 1,016 | 1,016 | 1,016 | 1,016 |
| 6,800 | 6,850 | 1,024 | 1,024 | 1,024 | 1,024 |
| 6,850 | 6,900 | 1,031 | 1,031 | 1,031 | 1,031 |
| 6,900 | 6,950 | 1,039 | 1,039 | 1,039 | 1,039 |
| 6,950 | 7,000 | 1,046 | 1,046 | 1,046 | 1,046 |

## 7,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 7,000 | 7,050 | 1,054 | 1,054 | 1,054 | 1,054 |
| 7,050 | 7,100 | 1,061 | 1,061 | 1,061 | 1,061 |
| 7,100 | 7,150 | 1,069 | 1,069 | 1,069 | 1,069 |
| 7,150 | 7,200 | 1,076 | 1,076 | 1,076 | 1,076 |
| 7,200 | 7,250 | 1,084 | 1,084 | 1,084 | 1,084 |
| 7,250 | 7,300 | 1,091 | 1,091 | 1,091 | 1,091 |
| 7,300 | 7,350 | 1,099 | 1,099 | 1,099 | 1,099 |
| 7,350 | 7,400 | 1,106 | 1,106 | 1,106 | 1,106 |
| 7,400 | 7,450 | 1,114 | 1,114 | 1,114 | 1,114 |
| 7,450 | 7,500 | 1,121 | 1,121 | 1,121 | 1,121 |
| 7,500 | 7,550 | 1,129 | 1,129 | 1,129 | 1,129 |
| 7,550 | 7,600 | 1,136 | 1,136 | 1,136 | 1,136 |
| 7,600 | 7,650 | 1,144 | 1,144 | 1,144 | 1,144 |
| 7,650 | 7,700 | 1,151 | 1,151 | 1,151 | 1,151 |
| 7,700 | 7,750 | 1,159 | 1,159 | 1,159 | 1,159 |
| 7,750 | 7,800 | 1,166 | 1,166 | 1,166 | 1,166 |
| 7,800 | 7,850 | 1,174 | 1,174 | 1,174 | 1,174 |
| 7,850 | 7,900 | 1,181 | 1,181 | 1,181 | 1,181 |
| 7,900 | 7,950 | 1,189 | 1,189 | 1,189 | 1,189 |
| 7,950 | 8,000 | 1,196 | 1,196 | 1,196 | 1,196 |

## 8,000

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |
| 8,000 | 8,050 | 1,204 | 1,204 | 1,204 | 1,204 |
| 8,050 | 8,100 | 1,211 | 1,211 | 1,211 | 1,211 |
| 8,100 | 8,150 | 1,219 | 1,219 | 1,219 | 1,219 |
| 8,150 | 8,200 | 1,226 | 1,226 | 1,226 | 1,226 |
| 8,200 | 8,250 | 1,234 | 1,234 | 1,234 | 1,234 |
| 8,250 | 8,300 | 1,241 | 1,241 | 1,241 | 1,241 |
| 8,300 | 8,350 | 1,249 | 1,249 | 1,249 | 1,249 |
| 8,350 | 8,400 | 1,256 | 1,256 | 1,256 | 1,256 |
| 8,400 | 8,450 | 1,264 | 1,264 | 1,264 | 1,264 |
| 8,450 | 8,500 | 1,271 | 1,271 | 1,271 | 1,271 |
| 8,500 | 8,550 | 1,279 | 1,279 | 1,279 | 1,279 |
| 8,550 | 8,600 | 1,286 | 1,286 | 1,286 | 1,286 |
| 8,600 | 8,650 | 1,294 | 1,294 | 1,294 | 1,294 |
| 8,650 | 8,700 | 1,301 | 1,301 | 1,301 | 1,301 |
| 8,700 | 8,750 | 1,309 | 1,309 | 1,309 | 1,309 |
| 8,750 | 8,800 | 1,316 | 1,316 | 1,316 | 1,316 |
| 8,800 | 8,850 | 1,324 | 1,324 | 1,324 | 1,324 |
| 8,850 | 8,900 | 1,331 | 1,331 | 1,331 | 1,331 |
| 8,900 | 8,950 | 1,339 | 1,339 | 1,339 | 1,339 |
| 8,950 | 9,000 | 1,346 | 1,346 | 1,346 | 1,346 |

## 9,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 9,000 | 9,050 | 1,354 | 1,354 | 1,354 | 1,354 |
| 9,050 | 9,100 | 1,361 | 1,361 | 1,361 | 1,361 |
| 9,100 | 9,150 | 1,369 | 1,369 | 1,369 | 1,369 |
| 9,150 | 9,200 | 1,376 | 1,376 | 1,376 | 1,376 |
| 9,200 | 9,250 | 1,384 | 1,384 | 1,384 | 1,384 |
| 9,250 | 9,300 | 1,391 | 1,391 | 1,391 | 1,391 |
| 9,300 | 9,350 | 1,399 | 1,399 | 1,399 | 1,399 |
| 9,350 | 9,400 | 1,406 | 1,406 | 1,406 | 1,406 |
| 9,400 | 9,450 | 1,414 | 1,414 | 1,414 | 1,414 |
| 9,450 | 9,500 | 1,421 | 1,421 | 1,421 | 1,421 |
| 9,500 | 9,550 | 1,429 | 1,429 | 1,429 | 1,429 |
| 9,550 | 9,600 | 1,436 | 1,436 | 1,436 | 1,436 |
| 9,600 | 9,650 | 1,444 | 1,444 | 1,444 | 1,444 |
| 9,650 | 9,700 | 1,451 | 1,451 | 1,451 | 1,451 |
| 9,700 | 9,750 | 1,459 | 1,459 | 1,459 | 1,459 |
| 9,750 | 9,800 | 1,466 | 1,466 | 1,466 | 1,466 |
| 9,800 | 9,850 | 1,474 | 1,474 | 1,474 | 1,474 |
| 9,850 | 9,900 | 1,481 | 1,481 | 1,481 | 1,481 |
| 9,900 | 9,950 | 1,489 | 1,489 | 1,489 | 1,489 |
| 9,950 | 10,000 | 1,496 | 1,496 | 1,496 | 1,496 |

## 10,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 10,000 | 10,050 | 1,504 | 1,504 | 1,504 | 1,504 |
| 10,050 | 10,100 | 1,511 | 1,511 | 1,511 | 1,511 |
| 10,100 | 10,150 | 1,519 | 1,519 | 1,519 | 1,519 |
| 10,150 | 10,200 | 1,526 | 1,526 | 1,526 | 1,526 |
| 10,200 | 10,250 | 1,534 | 1,534 | 1,534 | 1,534 |
| 10,250 | 10,300 | 1,541 | 1,541 | 1,541 | 1,541 |
| 10,300 | 10,350 | 1,549 | 1,549 | 1,549 | 1,549 |
| 10,350 | 10,400 | 1,556 | 1,556 | 1,556 | 1,556 |
| 10,400 | 10,450 | 1,564 | 1,564 | 1,564 | 1,564 |
| 10,450 | 10,500 | 1,571 | 1,571 | 1,571 | 1,571 |
| 10,500 | 10,550 | 1,579 | 1,579 | 1,579 | 1,579 |
| 10,550 | 10,600 | 1,586 | 1,586 | 1,586 | 1,586 |
| 10,600 | 10,650 | 1,594 | 1,594 | 1,594 | 1,594 |
| 10,650 | 10,700 | 1,601 | 1,601 | 1,601 | 1,601 |
| 10,700 | 10,750 | 1,609 | 1,609 | 1,609 | 1,609 |
| 10,750 | 10,800 | 1,616 | 1,616 | 1,616 | 1,616 |
| 10,800 | 10,850 | 1,624 | 1,624 | 1,624 | 1,624 |
| 10,850 | 10,900 | 1,631 | 1,631 | 1,631 | 1,631 |
| 10,900 | 10,950 | 1,639 | 1,639 | 1,639 | 1,639 |
| 10,950 | 11,000 | 1,646 | 1,646 | 1,646 | 1,646 |

## 11,000

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |
| 11,000 | 11,050 | 1,654 | 1,654 | 1,654 | 1,654 |
| 11,050 | 11,100 | 1,661 | 1,661 | 1,661 | 1,661 |
| 11,100 | 11,150 | 1,669 | 1,669 | 1,669 | 1,669 |
| 11,150 | 11,200 | 1,676 | 1,676 | 1,676 | 1,676 |
| 11,200 | 11,250 | 1,684 | 1,684 | 1,684 | 1,684 |
| 11,250 | 11,300 | 1,691 | 1,691 | 1,691 | 1,691 |
| 11,300 | 11,350 | 1,699 | 1,699 | 1,699 | 1,699 |
| 11,350 | 11,400 | 1,706 | 1,706 | 1,706 | 1,706 |
| 11,400 | 11,450 | 1,714 | 1,714 | 1,714 | 1,714 |
| 11,450 | 11,500 | 1,721 | 1,721 | 1,721 | 1,721 |
| 11,500 | 11,550 | 1,729 | 1,729 | 1,729 | 1,729 |
| 11,550 | 11,600 | 1,736 | 1,736 | 1,736 | 1,736 |
| 11,600 | 11,650 | 1,744 | 1,744 | 1,744 | 1,744 |
| 11,650 | 11,700 | 1,751 | 1,751 | 1,751 | 1,751 |
| 11,700 | 11,750 | 1,759 | 1,759 | 1,759 | 1,759 |
| 11,750 | 11,800 | 1,766 | 1,766 | 1,766 | 1,766 |
| 11,800 | 11,850 | 1,774 | 1,774 | 1,774 | 1,774 |
| 11,850 | 11,900 | 1,781 | 1,781 | 1,781 | 1,781 |
| 11,900 | 11,950 | 1,789 | 1,789 | 1,789 | 1,789 |
| 11,950 | 12,000 | 1,796 | 1,796 | 1,796 | 1,796 |

## 12,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 12,000 | 12,050 | 1,804 | 1,804 | 1,804 | 1,804 |
| 12,050 | 12,100 | 1,811 | 1,811 | 1,811 | 1,811 |
| 12,100 | 12,150 | 1,819 | 1,819 | 1,819 | 1,819 |
| 12,150 | 12,200 | 1,826 | 1,826 | 1,826 | 1,826 |
| 12,200 | 12,250 | 1,834 | 1,834 | 1,834 | 1,834 |
| 12,250 | 12,300 | 1,841 | 1,841 | 1,841 | 1,841 |
| 12,300 | 12,350 | 1,849 | 1,849 | 1,849 | 1,849 |
| 12,350 | 12,400 | 1,856 | 1,856 | 1,856 | 1,856 |
| 12,400 | 12,450 | 1,864 | 1,864 | 1,864 | 1,864 |
| 12,450 | 12,500 | 1,871 | 1,871 | 1,871 | 1,871 |
| 12,500 | 12,550 | 1,879 | 1,879 | 1,879 | 1,879 |
| 12,550 | 12,600 | 1,886 | 1,886 | 1,886 | 1,886 |
| 12,600 | 12,650 | 1,894 | 1,894 | 1,894 | 1,894 |
| 12,650 | 12,700 | 1,901 | 1,901 | 1,901 | 1,901 |
| 12,700 | 12,750 | 1,909 | 1,909 | 1,909 | 1,909 |
| 12,750 | 12,800 | 1,916 | 1,916 | 1,916 | 1,916 |
| 12,800 | 12,850 | 1,924 | 1,924 | 1,924 | 1,924 |
| 12,850 | 12,900 | 1,931 | 1,931 | 1,931 | 1,931 |
| 12,900 | 12,950 | 1,939 | 1,939 | 1,939 | 1,939 |
| 12,950 | 13,000 | 1,946 | 1,946 | 1,946 | 1,946 |

## 13,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 13,000 | 13,050 | 1,954 | 1,954 | 1,954 | 1,954 |
| 13,050 | 13,100 | 1,961 | 1,961 | 1,961 | 1,961 |
| 13,100 | 13,150 | 1,969 | 1,969 | 1,969 | 1,969 |
| 13,150 | 13,200 | 1,976 | 1,976 | 1,976 | 1,976 |
| 13,200 | 13,250 | 1,984 | 1,984 | 1,984 | 1,984 |
| 13,250 | 13,300 | 1,991 | 1,991 | 1,991 | 1,991 |
| 13,300 | 13,350 | 1,999 | 1,999 | 1,999 | 1,999 |
| 13,350 | 13,400 | 2,006 | 2,006 | 2,006 | 2,006 |
| 13,400 | 13,450 | 2,014 | 2,014 | 2,014 | 2,014 |
| 13,450 | 13,500 | 2,021 | 2,021 | 2,021 | 2,021 |
| 13,500 | 13,550 | 2,029 | 2,029 | 2,029 | 2,029 |
| 13,550 | 13,600 | 2,036 | 2,036 | 2,036 | 2,036 |
| 13,600 | 13,650 | 2,044 | 2,044 | 2,044 | 2,044 |
| 13,650 | 13,700 | 2,051 | 2,051 | 2,051 | 2,051 |
| 13,700 | 13,750 | 2,059 | 2,059 | 2,059 | 2,059 |
| 13,750 | 13,800 | 2,066 | 2,066 | 2,066 | 2,066 |
| 13,800 | 13,850 | 2,074 | 2,074 | 2,074 | 2,074 |
| 13,850 | 13,900 | 2,081 | 2,081 | 2,081 | 2,081 |
| 13,900 | 13,950 | 2,089 | 2,089 | 2,089 | 2,089 |
| 13,950 | 14,000 | 2,096 | 2,096 | 2,096 | 2,096 |

* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—Continued**

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |
| **14,000** | | | | | |
| 14,000 | 14,050 | 2,104 | 2,104 | 2,104 | 2,104 |
| 14,050 | 14,100 | 2,111 | 2,111 | 2,111 | 2,111 |
| 14,100 | 14,150 | 2,119 | 2,119 | 2,119 | 2,119 |
| 14,150 | 14,200 | 2,126 | 2,126 | 2,126 | 2,126 |
| 14,200 | 14,250 | 2,134 | 2,134 | 2,134 | 2,134 |
| 14,250 | 14,300 | 2,141 | 2,141 | 2,141 | 2,141 |
| 14,300 | 14,350 | 2,149 | 2,149 | 2,149 | 2,149 |
| 14,350 | 14,400 | 2,156 | 2,156 | 2,156 | 2,156 |
| 14,400 | 14,450 | 2,164 | 2,164 | 2,164 | 2,164 |
| 14,450 | 14,500 | 2,171 | 2,171 | 2,171 | 2,171 |
| 14,500 | 14,550 | 2,179 | 2,179 | 2,179 | 2,179 |
| 14,550 | 14,600 | 2,186 | 2,186 | 2,186 | 2,186 |
| 14,600 | 14,650 | 2,194 | 2,194 | 2,194 | 2,194 |
| 14,650 | 14,700 | 2,201 | 2,201 | 2,201 | 2,201 |
| 14,700 | 14,750 | 2,209 | 2,209 | 2,209 | 2,209 |
| 14,750 | 14,800 | 2,216 | 2,216 | 2,216 | 2,216 |
| 14,800 | 14,850 | 2,224 | 2,224 | 2,224 | 2,224 |
| 14,850 | 14,900 | 2,231 | 2,231 | 2,231 | 2,231 |
| 14,900 | 14,950 | 2,239 | 2,239 | 2,239 | 2,239 |
| 14,950 | 15,000 | 2,246 | 2,246 | 2,246 | 2,246 |
| **15,000** | | | | | |
| 15,000 | 15,050 | 2,254 | 2,254 | 2,254 | 2,254 |
| 15,050 | 15,100 | 2,261 | 2,261 | 2,261 | 2,261 |
| 15,100 | 15,150 | 2,269 | 2,269 | 2,269 | 2,269 |
| 15,150 | 15,200 | 2,276 | 2,276 | 2,276 | 2,276 |
| 15,200 | 15,250 | 2,284 | 2,284 | 2,284 | 2,284 |
| 15,250 | 15,300 | 2,291 | 2,291 | 2,291 | 2,291 |
| 15,300 | 15,350 | 2,299 | 2,299 | 2,299 | 2,299 |
| 15,350 | 15,400 | 2,306 | 2,306 | 2,306 | 2,306 |
| 15,400 | 15,450 | 2,314 | 2,314 | 2,314 | 2,314 |
| 15,450 | 15,500 | 2,321 | 2,321 | 2,321 | 2,321 |
| 15,500 | 15,550 | 2,329 | 2,329 | 2,329 | 2,329 |
| 15,550 | 15,600 | 2,336 | 2,336 | 2,336 | 2,336 |
| 15,600 | 15,650 | 2,344 | 2,344 | 2,344 | 2,344 |
| 15,650 | 15,700 | 2,351 | 2,351 | 2,351 | 2,351 |
| 15,700 | 15,750 | 2,359 | 2,359 | 2,359 | 2,359 |
| 15,750 | 15,800 | 2,366 | 2,366 | 2,366 | 2,366 |
| 15,800 | 15,850 | 2,374 | 2,374 | 2,374 | 2,374 |
| 15,850 | 15,900 | 2,381 | 2,381 | 2,381 | 2,381 |
| 15,900 | 15,950 | 2,389 | 2,389 | 2,389 | 2,389 |
| 15,950 | 16,000 | 2,396 | 2,396 | 2,396 | 2,396 |
| **16,000** | | | | | |
| 16,000 | 16,050 | 2,404 | 2,404 | 2,404 | 2,404 |
| 16,050 | 16,100 | 2,411 | 2,411 | 2,411 | 2,411 |
| 16,100 | 16,150 | 2,419 | 2,419 | 2,419 | 2,419 |
| 16,150 | 16,200 | 2,426 | 2,426 | 2,426 | 2,426 |
| 16,200 | 16,250 | 2,434 | 2,434 | 2,434 | 2,434 |
| 16,250 | 16,300 | 2,441 | 2,441 | 2,441 | 2,441 |
| 16,300 | 16,350 | 2,449 | 2,449 | 2,449 | 2,449 |
| 16,350 | 16,400 | 2,456 | 2,456 | 2,456 | 2,456 |
| 16,400 | 16,450 | 2,464 | 2,464 | 2,464 | 2,464 |
| 16,450 | 16,500 | 2,471 | 2,471 | 2,471 | 2,471 |
| 16,500 | 16,550 | 2,479 | 2,479 | 2,479 | 2,479 |
| 16,550 | 16,600 | 2,486 | 2,486 | 2,486 | 2,486 |
| 16,600 | 16,650 | 2,494 | 2,494 | 2,494 | 2,494 |
| 16,650 | 16,700 | 2,501 | 2,501 | 2,501 | 2,501 |
| 16,700 | 16,750 | 2,509 | 2,509 | 2,509 | 2,509 |
| 16,750 | 16,800 | 2,516 | 2,516 | 2,516 | 2,516 |
| 16,800 | 16,850 | 2,524 | 2,524 | 2,524 | 2,524 |
| 16,850 | 16,900 | 2,531 | 2,531 | 2,531 | 2,531 |
| 16,900 | 16,950 | 2,539 | 2,539 | 2,539 | 2,539 |
| 16,950 | 17,000 | 2,546 | 2,546 | 2,546 | 2,546 |

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |
| **17,000** | | | | | |
| 17,000 | 17,050 | 2,554 | 2,554 | 2,554 | 2,554 |
| 17,050 | 17,100 | 2,561 | 2,561 | 2,561 | 2,561 |
| 17,100 | 17,150 | 2,569 | 2,569 | 2,569 | 2,569 |
| 17,150 | 17,200 | 2,576 | 2,576 | 2,576 | 2,576 |
| 17,200 | 17,250 | 2,584 | 2,584 | 2,584 | 2,584 |
| 17,250 | 17,300 | 2,591 | 2,591 | 2,591 | 2,591 |
| 17,300 | 17,350 | 2,599 | 2,599 | 2,599 | 2,599 |
| 17,350 | 17,400 | 2,606 | 2,606 | 2,606 | 2,606 |
| 17,400 | 17,450 | 2,614 | 2,614 | 2,614 | 2,614 |
| 17,450 | 17,500 | 2,621 | 2,621 | 2,621 | 2,621 |
| 17,500 | 17,550 | 2,629 | 2,629 | 2,629 | 2,629 |
| 17,550 | 17,600 | 2,636 | 2,636 | 2,636 | 2,636 |
| 17,600 | 17,650 | 2,644 | 2,644 | 2,644 | 2,644 |
| 17,650 | 17,700 | 2,651 | 2,651 | 2,651 | 2,651 |
| 17,700 | 17,750 | 2,659 | 2,659 | 2,659 | 2,659 |
| 17,750 | 17,800 | 2,666 | 2,666 | 2,666 | 2,666 |
| 17,800 | 17,850 | 2,674 | 2,674 | 2,674 | 2,674 |
| 17,850 | 17,900 | 2,681 | 2,681 | 2,681 | 2,681 |
| 17,900 | 17,950 | 2,689 | 2,689 | 2,689 | 2,689 |
| 17,950 | 18,000 | 2,696 | 2,696 | 2,696 | 2,696 |
| **18,000** | | | | | |
| 18,000 | 18,050 | 2,704 | 2,704 | 2,704 | 2,704 |
| 18,050 | 18,100 | 2,711 | 2,711 | 2,711 | 2,711 |
| 18,100 | 18,150 | 2,719 | 2,719 | 2,719 | 2,719 |
| 18,150 | 18,200 | 2,726 | 2,726 | 2,726 | 2,726 |
| 18,200 | 18,250 | 2,734 | 2,734 | 2,734 | 2,734 |
| 18,250 | 18,300 | 2,741 | 2,741 | 2,741 | 2,741 |
| 18,300 | 18,350 | 2,749 | 2,749 | 2,749 | 2,749 |
| 18,350 | 18,400 | 2,756 | 2,756 | 2,756 | 2,756 |
| 18,400 | 18,450 | 2,764 | 2,764 | 2,764 | 2,764 |
| 18,450 | 18,500 | 2,771 | 2,771 | 2,771 | 2,771 |
| 18,500 | 18,550 | 2,779 | 2,779 | 2,779 | 2,779 |
| 18,550 | 18,600 | 2,786 | 2,786 | 2,786 | 2,786 |
| 18,600 | 18,650 | 2,794 | 2,794 | 2,794 | 2,794 |
| 18,650 | 18,700 | 2,801 | 2,801 | 2,801 | 2,801 |
| 18,700 | 18,750 | 2,809 | 2,809 | 2,809 | 2,809 |
| 18,750 | 18,800 | 2,816 | 2,816 | 2,816 | 2,816 |
| 18,800 | 18,850 | 2,824 | 2,824 | 2,824 | 2,824 |
| 18,850 | 18,900 | 2,831 | 2,831 | 2,831 | 2,831 |
| 18,900 | 18,950 | 2,839 | 2,839 | 2,839 | 2,839 |
| 18,950 | 19,000 | 2,846 | 2,846 | 2,846 | 2,846 |
| **19,000** | | | | | |
| 19,000 | 19,050 | 2,854 | 2,854 | 2,854 | 2,854 |
| 19,050 | 19,100 | 2,861 | 2,861 | 2,861 | 2,861 |
| 19,100 | 19,150 | 2,869 | 2,869 | 2,869 | 2,869 |
| 19,150 | 19,200 | 2,876 | 2,876 | 2,876 | 2,876 |
| 19,200 | 19,250 | 2,884 | 2,884 | 2,884 | 2,884 |
| 19,250 | 19,300 | 2,891 | 2,891 | 2,891 | 2,891 |
| 19,300 | 19,350 | 2,899 | 2,899 | 2,899 | 2,899 |
| 19,350 | 19,400 | 2,906 | 2,906 | 2,906 | 2,906 |
| 19,400 | 19,450 | 2,914 | 2,914 | 2,914 | 2,914 |
| 19,450 | 19,500 | 2,921 | 2,921 | 2,921 | 2,921 |
| 19,500 | 19,550 | 2,929 | 2,929 | 2,929 | 2,929 |
| 19,550 | 19,600 | 2,936 | 2,936 | 2,936 | 2,936 |
| 19,600 | 19,650 | 2,944 | 2,944 | 2,944 | 2,944 |
| 19,650 | 19,700 | 2,951 | 2,951 | 2,951 | 2,951 |
| 19,700 | 19,750 | 2,959 | 2,959 | 2,959 | 2,959 |
| 19,750 | 19,800 | 2,966 | 2,966 | 2,966 | 2,966 |
| 19,800 | 19,850 | 2,974 | 2,974 | 2,974 | 2,974 |
| 19,850 | 19,900 | 2,981 | 2,981 | 2,981 | 2,981 |
| 19,900 | 19,950 | 2,989 | 2,989 | 2,989 | 2,989 |
| 19,950 | 20,000 | 2,996 | 2,996 | 2,996 | 2,996 |

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |
| **20,000** | | | | | |
| 20,000 | 20,050 | 3,004 | 3,004 | 3,004 | 3,004 |
| 20,050 | 20,100 | 3,011 | 3,011 | 3,011 | 3,011 |
| 20,100 | 20,150 | 3,019 | 3,019 | 3,019 | 3,019 |
| 20,150 | 20,200 | 3,026 | 3,026 | 3,026 | 3,026 |
| 20,200 | 20,250 | 3,034 | 3,034 | 3,034 | 3,034 |
| 20,250 | 20,300 | 3,041 | 3,041 | 3,041 | 3,041 |
| 20,300 | 20,350 | 3,049 | 3,049 | 3,049 | 3,049 |
| 20,350 | 20,400 | 3,056 | 3,056 | 3,056 | 3,056 |
| 20,400 | 20,450 | 3,064 | 3,064 | 3,064 | 3,064 |
| 20,450 | 20,500 | 3,071 | 3,071 | 3,071 | 3,071 |
| 20,500 | 20,550 | 3,079 | 3,079 | 3,079 | 3,079 |
| 20,550 | 20,600 | 3,086 | 3,086 | 3,086 | 3,086 |
| 20,600 | 20,650 | 3,094 | 3,094 | 3,094 | 3,094 |
| 20,650 | 20,700 | 3,101 | 3,101 | 3,101 | 3,101 |
| 20,700 | 20,750 | 3,109 | 3,109 | 3,109 | 3,109 |
| 20,750 | 20,800 | 3,116 | 3,116 | 3,116 | 3,116 |
| 20,800 | 20,850 | 3,124 | 3,124 | 3,124 | 3,124 |
| 20,850 | 20,900 | 3,131 | 3,131 | 3,131 | 3,131 |
| 20,900 | 20,950 | 3,139 | 3,139 | 3,139 | 3,139 |
| 20,950 | 21,000 | 3,146 | 3,146 | 3,146 | 3,146 |
| **21,000** | | | | | |
| 21,000 | 21,050 | 3,154 | 3,154 | 3,154 | 3,154 |
| 21,050 | 21,100 | 3,161 | 3,161 | 3,161 | 3,161 |
| 21,100 | 21,150 | 3,169 | 3,169 | 3,169 | 3,169 |
| 21,150 | 21,200 | 3,176 | 3,176 | 3,176 | 3,176 |
| 21,200 | 21,250 | 3,184 | 3,184 | 3,184 | 3,184 |
| 21,250 | 21,300 | 3,191 | 3,191 | 3,191 | 3,191 |
| 21,300 | 21,350 | 3,199 | 3,199 | 3,199 | 3,199 |
| 21,350 | 21,400 | 3,206 | 3,206 | 3,206 | 3,206 |
| 21,400 | 21,450 | 3,214 | 3,214 | 3,214 | 3,214 |
| 21,450 | 21,500 | 3,221 | 3,221 | 3,221 | 3,221 |
| 21,500 | 21,550 | 3,229 | 3,229 | 3,229 | 3,229 |
| 21,550 | 21,600 | 3,236 | 3,236 | 3,236 | 3,236 |
| 21,600 | 21,650 | 3,244 | 3,244 | 3,257 | 3,244 |
| 21,650 | 21,700 | 3,251 | 3,251 | 3,271 | 3,251 |
| 21,700 | 21,750 | 3,259 | 3,259 | 3,285 | 3,259 |
| 21,750 | 21,800 | 3,266 | 3,266 | 3,299 | 3,266 |
| 21,800 | 21,850 | 3,274 | 3,274 | 3,313 | 3,274 |
| 21,850 | 21,900 | 3,281 | 3,281 | 3,327 | 3,281 |
| 21,900 | 21,950 | 3,289 | 3,289 | 3,341 | 3,289 |
| 21,950 | 22,000 | 3,296 | 3,296 | 3,355 | 3,296 |
| **22,000** | | | | | |
| 22,000 | 22,050 | 3,304 | 3,304 | 3,369 | 3,304 |
| 22,050 | 22,100 | 3,311 | 3,311 | 3,383 | 3,311 |
| 22,100 | 22,150 | 3,319 | 3,319 | 3,397 | 3,319 |
| 22,150 | 22,200 | 3,326 | 3,326 | 3,411 | 3,326 |
| 22,200 | 22,250 | 3,334 | 3,334 | 3,425 | 3,334 |
| 22,250 | 22,300 | 3,341 | 3,341 | 3,439 | 3,341 |
| 22,300 | 22,350 | 3,349 | 3,349 | 3,453 | 3,349 |
| 22,350 | 22,400 | 3,356 | 3,356 | 3,467 | 3,356 |
| 22,400 | 22,450 | 3,364 | 3,364 | 3,481 | 3,364 |
| 22,450 | 22,500 | 3,371 | 3,371 | 3,495 | 3,371 |
| 22,500 | 22,550 | 3,379 | 3,379 | 3,509 | 3,379 |
| 22,550 | 22,600 | 3,386 | 3,386 | 3,523 | 3,386 |
| 22,600 | 22,650 | 3,394 | 3,394 | 3,537 | 3,394 |
| 22,650 | 22,700 | 3,401 | 3,401 | 3,551 | 3,401 |
| 22,700 | 22,750 | 3,409 | 3,409 | 3,565 | 3,409 |
| 22,750 | 22,800 | 3,416 | 3,416 | 3,579 | 3,416 |
| 22,800 | 22,850 | 3,424 | 3,424 | 3,593 | 3,424 |
| 22,850 | 22,900 | 3,431 | 3,431 | 3,607 | 3,431 |
| 22,900 | 22,950 | 3,439 | 3,439 | 3,621 | 3,439 |
| 22,950 | 23,000 | 3,446 | 3,446 | 3,635 | 3,446 |

* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—**Continued

### 23,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 23,000 | 23,050 | 3,454 | 3,454 | 3,649 | 3,454 |
| 23,050 | 23,100 | 3,461 | 3,461 | 3,663 | 3,461 |
| 23,100 | 23,150 | 3,469 | 3,469 | 3,677 | 3,469 |
| 23,150 | 23,200 | 3,476 | 3,476 | 3,691 | 3,476 |
| 23,200 | 23,250 | 3,484 | 3,484 | 3,705 | 3,484 |
| 23,250 | 23,300 | 3,491 | 3,491 | 3,719 | 3,491 |
| 23,300 | 23,350 | 3,499 | 3,499 | 3,733 | 3,499 |
| 23,350 | 23,400 | 3,506 | 3,506 | 3,747 | 3,506 |
| 23,400 | 23,450 | 3,514 | 3,514 | 3,761 | 3,514 |
| 23,450 | 23,500 | 3,521 | 3,521 | 3,775 | 3,521 |
| 23,500 | 23,550 | 3,529 | 3,529 | 3,789 | 3,529 |
| 23,550 | 23,600 | 3,536 | 3,536 | 3,803 | 3,536 |
| 23,600 | 23,650 | 3,544 | 3,544 | 3,817 | 3,544 |
| 23,650 | 23,700 | 3,551 | 3,551 | 3,831 | 3,551 |
| 23,700 | 23,750 | 3,559 | 3,559 | 3,845 | 3,559 |
| 23,750 | 23,800 | 3,566 | 3,566 | 3,859 | 3,566 |
| 23,800 | 23,850 | 3,574 | 3,574 | 3,873 | 3,574 |
| 23,850 | 23,900 | 3,581 | 3,581 | 3,887 | 3,581 |
| 23,900 | 23,950 | 3,589 | 3,589 | 3,901 | 3,589 |
| 23,950 | 24,000 | 3,596 | 3,596 | 3,915 | 3,596 |

### 24,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 24,000 | 24,050 | 3,604 | 3,604 | 3,929 | 3,604 |
| 24,050 | 24,100 | 3,611 | 3,611 | 3,943 | 3,611 |
| 24,100 | 24,150 | 3,619 | 3,619 | 3,957 | 3,619 |
| 24,150 | 24,200 | 3,626 | 3,626 | 3,971 | 3,626 |
| 24,200 | 24,250 | 3,634 | 3,634 | 3,985 | 3,634 |
| 24,250 | 24,300 | 3,641 | 3,641 | 3,999 | 3,641 |
| 24,300 | 24,350 | 3,649 | 3,649 | 4,013 | 3,649 |
| 24,350 | 24,400 | 3,656 | 3,656 | 4,027 | 3,656 |
| 24,400 | 24,450 | 3,664 | 3,664 | 4,041 | 3,664 |
| 24,450 | 24,500 | 3,671 | 3,671 | 4,055 | 3,671 |
| 24,500 | 24,550 | 3,679 | 3,679 | 4,069 | 3,679 |
| 24,550 | 24,600 | 3,686 | 3,686 | 4,083 | 3,686 |
| 24,600 | 24,650 | 3,694 | 3,694 | 4,097 | 3,694 |
| 24,650 | 24,700 | 3,701 | 3,701 | 4,111 | 3,701 |
| 24,700 | 24,750 | 3,709 | 3,709 | 4,125 | 3,709 |
| 24,750 | 24,800 | 3,716 | 3,716 | 4,139 | 3,716 |
| 24,800 | 24,850 | 3,724 | 3,724 | 4,153 | 3,724 |
| 24,850 | 24,900 | 3,731 | 3,731 | 4,167 | 3,731 |
| 24,900 | 24,950 | 3,739 | 3,739 | 4,181 | 3,739 |
| 24,950 | 25,000 | 3,746 | 3,746 | 4,195 | 3,746 |

### 25,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 25,000 | 25,050 | 3,754 | 3,754 | 4,209 | 3,754 |
| 25,050 | 25,100 | 3,761 | 3,761 | 4,223 | 3,761 |
| 25,100 | 25,150 | 3,769 | 3,769 | 4,237 | 3,769 |
| 25,150 | 25,200 | 3,776 | 3,776 | 4,251 | 3,776 |
| 25,200 | 25,250 | 3,784 | 3,784 | 4,265 | 3,784 |
| 25,250 | 25,300 | 3,791 | 3,791 | 4,279 | 3,791 |
| 25,300 | 25,350 | 3,799 | 3,799 | 4,293 | 3,799 |
| 25,350 | 25,400 | 3,806 | 3,806 | 4,307 | 3,806 |
| 25,400 | 25,450 | 3,814 | 3,814 | 4,321 | 3,814 |
| 25,450 | 25,500 | 3,821 | 3,821 | 4,335 | 3,821 |
| 25,500 | 25,550 | 3,829 | 3,829 | 4,349 | 3,829 |
| 25,550 | 25,600 | 3,836 | 3,836 | 4,363 | 3,836 |
| 25,600 | 25,650 | 3,844 | 3,844 | 4,377 | 3,844 |
| 25,650 | 25,700 | 3,851 | 3,851 | 4,391 | 3,851 |
| 25,700 | 25,750 | 3,859 | 3,859 | 4,405 | 3,859 |
| 25,750 | 25,800 | 3,870 | 3,866 | 4,419 | 3,866 |
| 25,800 | 25,850 | 3,884 | 3,874 | 4,433 | 3,874 |
| 25,850 | 25,900 | 3,898 | 3,881 | 4,447 | 3,881 |
| 25,900 | 25,950 | 3,912 | 3,889 | 4,461 | 3,889 |
| 25,950 | 26,000 | 3,926 | 3,896 | 4,475 | 3,896 |

### 26,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 26,000 | 26,050 | 3,940 | 3,904 | 4,489 | 3,904 |
| 26,050 | 26,100 | 3,954 | 3,911 | 4,503 | 3,911 |
| 26,100 | 26,150 | 3,968 | 3,919 | 4,517 | 3,919 |
| 26,150 | 26,200 | 3,982 | 3,926 | 4,531 | 3,926 |
| 26,200 | 26,250 | 3,996 | 3,934 | 4,545 | 3,934 |
| 26,250 | 26,300 | 4,010 | 3,941 | 4,559 | 3,941 |
| 26,300 | 26,350 | 4,024 | 3,949 | 4,573 | 3,949 |
| 26,350 | 26,400 | 4,038 | 3,956 | 4,587 | 3,956 |
| 26,400 | 26,450 | 4,052 | 3,964 | 4,601 | 3,964 |
| 26,450 | 26,500 | 4,066 | 3,971 | 4,615 | 3,971 |
| 26,500 | 26,550 | 4,080 | 3,979 | 4,629 | 3,979 |
| 26,550 | 26,600 | 4,094 | 3,986 | 4,643 | 3,986 |
| 26,600 | 26,650 | 4,108 | 3,994 | 4,657 | 3,994 |
| 26,650 | 26,700 | 4,122 | 4,001 | 4,671 | 4,001 |
| 26,700 | 26,750 | 4,136 | 4,009 | 4,685 | 4,009 |
| 26,750 | 26,800 | 4,150 | 4,016 | 4,699 | 4,016 |
| 26,800 | 26,850 | 4,164 | 4,024 | 4,713 | 4,024 |
| 26,850 | 26,900 | 4,178 | 4,031 | 4,727 | 4,031 |
| 26,900 | 26,950 | 4,192 | 4,039 | 4,741 | 4,039 |
| 26,950 | 27,000 | 4,206 | 4,046 | 4,755 | 4,046 |

### 27,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 27,000 | 27,050 | 4,220 | 4,054 | 4,769 | 4,054 |
| 27,050 | 27,100 | 4,234 | 4,061 | 4,783 | 4,061 |
| 27,100 | 27,150 | 4,248 | 4,069 | 4,797 | 4,069 |
| 27,150 | 27,200 | 4,262 | 4,076 | 4,811 | 4,076 |
| 27,200 | 27,250 | 4,276 | 4,084 | 4,825 | 4,084 |
| 27,250 | 27,300 | 4,290 | 4,091 | 4,839 | 4,091 |
| 27,300 | 27,350 | 4,304 | 4,099 | 4,853 | 4,099 |
| 27,350 | 27,400 | 4,318 | 4,106 | 4,867 | 4,106 |
| 27,400 | 27,450 | 4,332 | 4,114 | 4,881 | 4,114 |
| 27,450 | 27,500 | 4,346 | 4,121 | 4,895 | 4,121 |
| 27,500 | 27,550 | 4,360 | 4,129 | 4,909 | 4,129 |
| 27,550 | 27,600 | 4,374 | 4,136 | 4,923 | 4,136 |
| 27,600 | 27,650 | 4,388 | 4,144 | 4,937 | 4,144 |
| 27,650 | 27,700 | 4,402 | 4,151 | 4,951 | 4,151 |
| 27,700 | 27,750 | 4,416 | 4,159 | 4,965 | 4,159 |
| 27,750 | 27,800 | 4,430 | 4,166 | 4,979 | 4,166 |
| 27,800 | 27,850 | 4,444 | 4,174 | 4,993 | 4,174 |
| 27,850 | 27,900 | 4,458 | 4,181 | 5,007 | 4,181 |
| 27,900 | 27,950 | 4,472 | 4,189 | 5,021 | 4,189 |
| 27,950 | 28,000 | 4,486 | 4,196 | 5,035 | 4,196 |

### 28,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 28,000 | 28,050 | 4,500 | 4,204 | 5,049 | 4,204 |
| 28,050 | 28,100 | 4,514 | 4,211 | 5,063 | 4,211 |
| 28,100 | 28,150 | 4,528 | 4,219 | 5,077 | 4,219 |
| 28,150 | 28,200 | 4,542 | 4,226 | 5,091 | 4,226 |
| 28,200 | 28,250 | 4,556 | 4,234 | 5,105 | 4,234 |
| 28,250 | 28,300 | 4,570 | 4,241 | 5,119 | 4,241 |
| 28,300 | 28,350 | 4,584 | 4,249 | 5,133 | 4,249 |
| 28,350 | 28,400 | 4,598 | 4,256 | 5,147 | 4,256 |
| 28,400 | 28,450 | 4,612 | 4,264 | 5,161 | 4,264 |
| 28,450 | 28,500 | 4,626 | 4,271 | 5,175 | 4,271 |
| 28,500 | 28,550 | 4,640 | 4,279 | 5,189 | 4,279 |
| 28,550 | 28,600 | 4,654 | 4,286 | 5,203 | 4,286 |
| 28,600 | 28,650 | 4,668 | 4,294 | 5,217 | 4,294 |
| 28,650 | 28,700 | 4,682 | 4,301 | 5,231 | 4,301 |
| 28,700 | 28,750 | 4,696 | 4,309 | 5,245 | 4,309 |
| 28,750 | 28,800 | 4,710 | 4,316 | 5,259 | 4,316 |
| 28,800 | 28,850 | 4,724 | 4,324 | 5,273 | 4,324 |
| 28,850 | 28,900 | 4,738 | 4,331 | 5,287 | 4,331 |
| 28,900 | 28,950 | 4,752 | 4,339 | 5,301 | 4,339 |
| 28,950 | 29,000 | 4,766 | 4,346 | 5,315 | 4,346 |

### 29,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 29,000 | 29,050 | 4,780 | 4,354 | 5,329 | 4,354 |
| 29,050 | 29,100 | 4,794 | 4,361 | 5,343 | 4,361 |
| 29,100 | 29,150 | 4,808 | 4,369 | 5,357 | 4,369 |
| 29,150 | 29,200 | 4,822 | 4,376 | 5,371 | 4,376 |
| 29,200 | 29,250 | 4,836 | 4,384 | 5,385 | 4,384 |
| 29,250 | 29,300 | 4,850 | 4,391 | 5,399 | 4,391 |
| 29,300 | 29,350 | 4,864 | 4,399 | 5,413 | 4,399 |
| 29,350 | 29,400 | 4,878 | 4,406 | 5,427 | 4,406 |
| 29,400 | 29,450 | 4,892 | 4,414 | 5,441 | 4,414 |
| 29,450 | 29,500 | 4,906 | 4,421 | 5,455 | 4,421 |
| 29,500 | 29,550 | 4,920 | 4,429 | 5,469 | 4,429 |
| 29,550 | 29,600 | 4,934 | 4,436 | 5,483 | 4,436 |
| 29,600 | 29,650 | 4,948 | 4,444 | 5,497 | 4,444 |
| 29,650 | 29,700 | 4,962 | 4,451 | 5,511 | 4,451 |
| 29,700 | 29,750 | 4,976 | 4,459 | 5,525 | 4,459 |
| 29,750 | 29,800 | 4,990 | 4,466 | 5,539 | 4,466 |
| 29,800 | 29,850 | 5,004 | 4,474 | 5,553 | 4,474 |
| 29,850 | 29,900 | 5,018 | 4,481 | 5,567 | 4,481 |
| 29,900 | 29,950 | 5,032 | 4,489 | 5,581 | 4,489 |
| 29,950 | 30,000 | 5,046 | 4,496 | 5,595 | 4,496 |

### 30,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 30,000 | 30,050 | 5,060 | 4,504 | 5,609 | 4,504 |
| 30,050 | 30,100 | 5,074 | 4,511 | 5,623 | 4,511 |
| 30,100 | 30,150 | 5,088 | 4,519 | 5,637 | 4,519 |
| 30,150 | 30,200 | 5,102 | 4,526 | 5,651 | 4,526 |
| 30,200 | 30,250 | 5,116 | 4,534 | 5,665 | 4,534 |
| 30,250 | 30,300 | 5,130 | 4,541 | 5,679 | 4,541 |
| 30,300 | 30,350 | 5,144 | 4,549 | 5,693 | 4,549 |
| 30,350 | 30,400 | 5,158 | 4,556 | 5,707 | 4,556 |
| 30,400 | 30,450 | 5,172 | 4,564 | 5,721 | 4,564 |
| 30,450 | 30,500 | 5,186 | 4,571 | 5,735 | 4,571 |
| 30,500 | 30,550 | 5,200 | 4,579 | 5,749 | 4,579 |
| 30,550 | 30,600 | 5,214 | 4,586 | 5,763 | 4,586 |
| 30,600 | 30,650 | 5,228 | 4,594 | 5,777 | 4,594 |
| 30,650 | 30,700 | 5,242 | 4,601 | 5,791 | 4,601 |
| 30,700 | 30,750 | 5,256 | 4,609 | 5,805 | 4,609 |
| 30,750 | 30,800 | 5,270 | 4,616 | 5,819 | 4,616 |
| 30,800 | 30,850 | 5,284 | 4,624 | 5,833 | 4,624 |
| 30,850 | 30,900 | 5,298 | 4,631 | 5,847 | 4,631 |
| 30,900 | 30,950 | 5,312 | 4,639 | 5,861 | 4,639 |
| 30,950 | 31,000 | 5,326 | 4,646 | 5,875 | 4,646 |

### 31,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 31,000 | 31,050 | 5,340 | 4,654 | 5,889 | 4,654 |
| 31,050 | 31,100 | 5,354 | 4,661 | 5,903 | 4,661 |
| 31,100 | 31,150 | 5,368 | 4,669 | 5,917 | 4,669 |
| 31,150 | 31,200 | 5,382 | 4,676 | 5,931 | 4,676 |
| 31,200 | 31,250 | 5,396 | 4,684 | 5,945 | 4,684 |
| 31,250 | 31,300 | 5,410 | 4,691 | 5,959 | 4,691 |
| 31,300 | 31,350 | 5,424 | 4,699 | 5,973 | 4,699 |
| 31,350 | 31,400 | 5,438 | 4,706 | 5,987 | 4,706 |
| 31,400 | 31,450 | 5,452 | 4,714 | 6,001 | 4,714 |
| 31,450 | 31,500 | 5,466 | 4,721 | 6,015 | 4,721 |
| 31,500 | 31,550 | 5,480 | 4,729 | 6,029 | 4,729 |
| 31,550 | 31,600 | 5,494 | 4,736 | 6,043 | 4,736 |
| 31,600 | 31,650 | 5,508 | 4,744 | 6,057 | 4,744 |
| 31,650 | 31,700 | 5,522 | 4,751 | 6,071 | 4,751 |
| 31,700 | 31,750 | 5,536 | 4,759 | 6,085 | 4,759 |
| 31,750 | 31,800 | 5,550 | 4,766 | 6,099 | 4,766 |
| 31,800 | 31,850 | 5,564 | 4,774 | 6,113 | 4,774 |
| 31,850 | 31,900 | 5,578 | 4,781 | 6,127 | 4,781 |
| 31,900 | 31,950 | 5,592 | 4,789 | 6,141 | 4,789 |
| 31,950 | 32,000 | 5,606 | 4,796 | 6,155 | 4,796 |

* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—Continued**

Column headers for all sections below:

| If line 39 (taxable income) is— At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|

## 32,000

| At least | But less than | Single | MFJ * | MFS | HoH |
|---|---|---|---|---|---|
| 32,000 | 32,050 | 5,620 | 4,804 | 6,169 | 4,804 |
| 32,050 | 32,100 | 5,634 | 4,811 | 6,183 | 4,811 |
| 32,100 | 32,150 | 5,648 | 4,819 | 6,197 | 4,819 |
| 32,150 | 32,200 | 5,662 | 4,826 | 6,211 | 4,826 |
| 32,200 | 32,250 | 5,676 | 4,834 | 6,225 | 4,834 |
| 32,250 | 32,300 | 5,690 | 4,841 | 6,239 | 4,841 |
| 32,300 | 32,350 | 5,704 | 4,849 | 6,253 | 4,849 |
| 32,350 | 32,400 | 5,718 | 4,856 | 6,267 | 4,856 |
| 32,400 | 32,450 | 5,732 | 4,864 | 6,281 | 4,864 |
| 32,450 | 32,500 | 5,746 | 4,871 | 6,295 | 4,871 |
| 32,500 | 32,550 | 5,760 | 4,879 | 6,309 | 4,879 |
| 32,550 | 32,600 | 5,774 | 4,886 | 6,323 | 4,886 |
| 32,600 | 32,650 | 5,788 | 4,894 | 6,337 | 4,894 |
| 32,650 | 32,700 | 5,802 | 4,901 | 6,351 | 4,901 |
| 32,700 | 32,750 | 5,816 | 4,909 | 6,365 | 4,909 |
| 32,750 | 32,800 | 5,830 | 4,916 | 6,379 | 4,916 |
| 32,800 | 32,850 | 5,844 | 4,924 | 6,393 | 4,924 |
| 32,850 | 32,900 | 5,858 | 4,931 | 6,407 | 4,931 |
| 32,900 | 32,950 | 5,872 | 4,939 | 6,421 | 4,939 |
| 32,950 | 33,000 | 5,886 | 4,946 | 6,435 | 4,946 |

## 33,000

| At least | But less than | Single | MFJ * | MFS | HoH |
|---|---|---|---|---|---|
| 33,000 | 33,050 | 5,900 | 4,954 | 6,449 | 4,954 |
| 33,050 | 33,100 | 5,914 | 4,961 | 6,463 | 4,961 |
| 33,100 | 33,150 | 5,928 | 4,969 | 6,477 | 4,969 |
| 33,150 | 33,200 | 5,942 | 4,976 | 6,491 | 4,976 |
| 33,200 | 33,250 | 5,956 | 4,984 | 6,505 | 4,984 |
| 33,250 | 33,300 | 5,970 | 4,991 | 6,519 | 4,991 |
| 33,300 | 33,350 | 5,984 | 4,999 | 6,533 | 4,999 |
| 33,350 | 33,400 | 5,998 | 5,006 | 6,547 | 5,006 |
| 33,400 | 33,450 | 6,012 | 5,014 | 6,561 | 5,014 |
| 33,450 | 33,500 | 6,026 | 5,021 | 6,575 | 5,021 |
| 33,500 | 33,550 | 6,040 | 5,029 | 6,589 | 5,029 |
| 33,550 | 33,600 | 6,054 | 5,036 | 6,603 | 5,036 |
| 33,600 | 33,650 | 6,068 | 5,044 | 6,617 | 5,044 |
| 33,650 | 33,700 | 6,082 | 5,051 | 6,631 | 5,051 |
| 33,700 | 33,750 | 6,096 | 5,059 | 6,645 | 5,059 |
| 33,750 | 33,800 | 6,110 | 5,066 | 6,659 | 5,066 |
| 33,800 | 33,850 | 6,124 | 5,074 | 6,673 | 5,074 |
| 33,850 | 33,900 | 6,138 | 5,081 | 6,687 | 5,081 |
| 33,900 | 33,950 | 6,152 | 5,089 | 6,701 | 5,089 |
| 33,950 | 34,000 | 6,166 | 5,096 | 6,715 | 5,096 |

## 34,000

| At least | But less than | Single | MFJ * | MFS | HoH |
|---|---|---|---|---|---|
| 34,000 | 34,050 | 6,180 | 5,104 | 6,729 | 5,104 |
| 34,050 | 34,100 | 6,194 | 5,111 | 6,743 | 5,111 |
| 34,100 | 34,150 | 6,208 | 5,119 | 6,757 | 5,119 |
| 34,150 | 34,200 | 6,222 | 5,126 | 6,771 | 5,126 |
| 34,200 | 34,250 | 6,236 | 5,134 | 6,785 | 5,134 |
| 34,250 | 34,300 | 6,250 | 5,141 | 6,799 | 5,141 |
| 34,300 | 34,350 | 6,264 | 5,149 | 6,813 | 5,149 |
| 34,350 | 34,400 | 6,278 | 5,156 | 6,827 | 5,156 |
| 34,400 | 34,450 | 6,292 | 5,164 | 6,841 | 5,164 |
| 34,450 | 34,500 | 6,306 | 5,171 | 6,855 | 5,171 |
| 34,500 | 34,550 | 6,320 | 5,179 | 6,869 | 5,179 |
| 34,550 | 34,600 | 6,334 | 5,186 | 6,883 | 5,190 |
| 34,600 | 34,650 | 6,348 | 5,194 | 6,897 | 5,204 |
| 34,650 | 34,700 | 6,362 | 5,201 | 6,911 | 5,218 |
| 34,700 | 34,750 | 6,376 | 5,209 | 6,925 | 5,232 |
| 34,750 | 34,800 | 6,390 | 5,216 | 6,939 | 5,246 |
| 34,800 | 34,850 | 6,404 | 5,224 | 6,953 | 5,260 |
| 34,850 | 34,900 | 6,418 | 5,231 | 6,967 | 5,274 |
| 34,900 | 34,950 | 6,432 | 5,239 | 6,981 | 5,288 |
| 34,950 | 35,000 | 6,446 | 5,246 | 6,995 | 5,302 |

## 35,000

| At least | But less than | Single | MFJ * | MFS | HoH |
|---|---|---|---|---|---|
| 35,000 | 35,050 | 6,460 | 5,254 | 7,009 | 5,316 |
| 35,050 | 35,100 | 6,474 | 5,261 | 7,023 | 5,330 |
| 35,100 | 35,150 | 6,488 | 5,269 | 7,037 | 5,344 |
| 35,150 | 35,200 | 6,502 | 5,276 | 7,051 | 5,358 |
| 35,200 | 35,250 | 6,516 | 5,284 | 7,065 | 5,372 |
| 35,250 | 35,300 | 6,530 | 5,291 | 7,079 | 5,386 |
| 35,300 | 35,350 | 6,544 | 5,299 | 7,093 | 5,400 |
| 35,350 | 35,400 | 6,558 | 5,306 | 7,107 | 5,414 |
| 35,400 | 35,450 | 6,572 | 5,314 | 7,121 | 5,428 |
| 35,450 | 35,500 | 6,586 | 5,321 | 7,135 | 5,442 |
| 35,500 | 35,550 | 6,600 | 5,329 | 7,149 | 5,456 |
| 35,550 | 35,600 | 6,614 | 5,336 | 7,163 | 5,470 |
| 35,600 | 35,650 | 6,628 | 5,344 | 7,177 | 5,484 |
| 35,650 | 35,700 | 6,642 | 5,351 | 7,191 | 5,498 |
| 35,700 | 35,750 | 6,656 | 5,359 | 7,205 | 5,512 |
| 35,750 | 35,800 | 6,670 | 5,366 | 7,219 | 5,526 |
| 35,800 | 35,850 | 6,684 | 5,374 | 7,233 | 5,540 |
| 35,850 | 35,900 | 6,698 | 5,381 | 7,247 | 5,554 |
| 35,900 | 35,950 | 6,712 | 5,389 | 7,261 | 5,568 |
| 35,950 | 36,000 | 6,726 | 5,396 | 7,275 | 5,582 |

## 36,000

| At least | But less than | Single | MFJ * | MFS | HoH |
|---|---|---|---|---|---|
| 36,000 | 36,050 | 6,740 | 5,404 | 7,289 | 5,596 |
| 36,050 | 36,100 | 6,754 | 5,411 | 7,303 | 5,610 |
| 36,100 | 36,150 | 6,768 | 5,419 | 7,317 | 5,624 |
| 36,150 | 36,200 | 6,782 | 5,426 | 7,331 | 5,638 |
| 36,200 | 36,250 | 6,796 | 5,434 | 7,345 | 5,652 |
| 36,250 | 36,300 | 6,810 | 5,441 | 7,359 | 5,666 |
| 36,300 | 36,350 | 6,824 | 5,449 | 7,373 | 5,680 |
| 36,350 | 36,400 | 6,838 | 5,456 | 7,387 | 5,694 |
| 36,400 | 36,450 | 6,852 | 5,464 | 7,401 | 5,708 |
| 36,450 | 36,500 | 6,866 | 5,471 | 7,415 | 5,722 |
| 36,500 | 36,550 | 6,880 | 5,479 | 7,429 | 5,736 |
| 36,550 | 36,600 | 6,894 | 5,486 | 7,443 | 5,750 |
| 36,600 | 36,650 | 6,908 | 5,494 | 7,457 | 5,764 |
| 36,650 | 36,700 | 6,922 | 5,501 | 7,471 | 5,778 |
| 36,700 | 36,750 | 6,936 | 5,509 | 7,485 | 5,792 |
| 36,750 | 36,800 | 6,950 | 5,516 | 7,499 | 5,806 |
| 36,800 | 36,850 | 6,964 | 5,524 | 7,513 | 5,820 |
| 36,850 | 36,900 | 6,978 | 5,531 | 7,527 | 5,834 |
| 36,900 | 36,950 | 6,992 | 5,539 | 7,541 | 5,848 |
| 36,950 | 37,000 | 7,006 | 5,546 | 7,555 | 5,862 |

## 37,000

| At least | But less than | Single | MFJ * | MFS | HoH |
|---|---|---|---|---|---|
| 37,000 | 37,050 | 7,020 | 5,554 | 7,569 | 5,876 |
| 37,050 | 37,100 | 7,034 | 5,561 | 7,583 | 5,890 |
| 37,100 | 37,150 | 7,048 | 5,569 | 7,597 | 5,904 |
| 37,150 | 37,200 | 7,062 | 5,576 | 7,611 | 5,918 |
| 37,200 | 37,250 | 7,076 | 5,584 | 7,625 | 5,932 |
| 37,250 | 37,300 | 7,090 | 5,591 | 7,639 | 5,946 |
| 37,300 | 37,350 | 7,104 | 5,599 | 7,653 | 5,960 |
| 37,350 | 37,400 | 7,118 | 5,606 | 7,667 | 5,974 |
| 37,400 | 37,450 | 7,132 | 5,614 | 7,681 | 5,988 |
| 37,450 | 37,500 | 7,146 | 5,621 | 7,695 | 6,002 |
| 37,500 | 37,550 | 7,160 | 5,629 | 7,709 | 6,016 |
| 37,550 | 37,600 | 7,174 | 5,636 | 7,723 | 6,030 |
| 37,600 | 37,650 | 7,188 | 5,644 | 7,737 | 6,044 |
| 37,650 | 37,700 | 7,202 | 5,651 | 7,751 | 6,058 |
| 37,700 | 37,750 | 7,216 | 5,659 | 7,765 | 6,072 |
| 37,750 | 37,800 | 7,230 | 5,666 | 7,779 | 6,086 |
| 37,800 | 37,850 | 7,244 | 5,674 | 7,793 | 6,100 |
| 37,850 | 37,900 | 7,258 | 5,681 | 7,807 | 6,114 |
| 37,900 | 37,950 | 7,272 | 5,689 | 7,821 | 6,128 |
| 37,950 | 38,000 | 7,286 | 5,696 | 7,835 | 6,142 |

## 38,000

| At least | But less than | Single | MFJ * | MFS | HoH |
|---|---|---|---|---|---|
| 38,000 | 38,050 | 7,300 | 5,704 | 7,849 | 6,156 |
| 38,050 | 38,100 | 7,314 | 5,711 | 7,863 | 6,170 |
| 38,100 | 38,150 | 7,328 | 5,719 | 7,877 | 6,184 |
| 38,150 | 38,200 | 7,342 | 5,726 | 7,891 | 6,198 |
| 38,200 | 38,250 | 7,356 | 5,734 | 7,905 | 6,212 |
| 38,250 | 38,300 | 7,370 | 5,741 | 7,919 | 6,226 |
| 38,300 | 38,350 | 7,384 | 5,749 | 7,933 | 6,240 |
| 38,350 | 38,400 | 7,398 | 5,756 | 7,947 | 6,254 |
| 38,400 | 38,450 | 7,412 | 5,764 | 7,961 | 6,268 |
| 38,450 | 38,500 | 7,426 | 5,771 | 7,975 | 6,282 |
| 38,500 | 38,550 | 7,440 | 5,779 | 7,989 | 6,296 |
| 38,550 | 38,600 | 7,454 | 5,786 | 8,003 | 6,310 |
| 38,600 | 38,650 | 7,468 | 5,794 | 8,017 | 6,324 |
| 38,650 | 38,700 | 7,482 | 5,801 | 8,031 | 6,338 |
| 38,700 | 38,750 | 7,496 | 5,809 | 8,045 | 6,352 |
| 38,750 | 38,800 | 7,510 | 5,816 | 8,059 | 6,366 |
| 38,800 | 38,850 | 7,524 | 5,824 | 8,073 | 6,380 |
| 38,850 | 38,900 | 7,538 | 5,831 | 8,087 | 6,394 |
| 38,900 | 38,950 | 7,552 | 5,839 | 8,101 | 6,408 |
| 38,950 | 39,000 | 7,566 | 5,846 | 8,115 | 6,422 |

## 39,000

| At least | But less than | Single | MFJ * | MFS | HoH |
|---|---|---|---|---|---|
| 39,000 | 39,050 | 7,580 | 5,854 | 8,129 | 6,436 |
| 39,050 | 39,100 | 7,594 | 5,861 | 8,143 | 6,450 |
| 39,100 | 39,150 | 7,608 | 5,869 | 8,157 | 6,464 |
| 39,150 | 39,200 | 7,622 | 5,876 | 8,171 | 6,478 |
| 39,200 | 39,250 | 7,636 | 5,884 | 8,185 | 6,492 |
| 39,250 | 39,300 | 7,650 | 5,891 | 8,199 | 6,506 |
| 39,300 | 39,350 | 7,664 | 5,899 | 8,213 | 6,520 |
| 39,350 | 39,400 | 7,678 | 5,906 | 8,227 | 6,534 |
| 39,400 | 39,450 | 7,692 | 5,914 | 8,241 | 6,548 |
| 39,450 | 39,500 | 7,706 | 5,921 | 8,255 | 6,562 |
| 39,500 | 39,550 | 7,720 | 5,929 | 8,269 | 6,576 |
| 39,550 | 39,600 | 7,734 | 5,936 | 8,283 | 6,590 |
| 39,600 | 39,650 | 7,748 | 5,944 | 8,297 | 6,604 |
| 39,650 | 39,700 | 7,762 | 5,951 | 8,311 | 6,618 |
| 39,700 | 39,750 | 7,776 | 5,959 | 8,325 | 6,632 |
| 39,750 | 39,800 | 7,790 | 5,966 | 8,339 | 6,646 |
| 39,800 | 39,850 | 7,804 | 5,974 | 8,353 | 6,660 |
| 39,850 | 39,900 | 7,818 | 5,981 | 8,367 | 6,674 |
| 39,900 | 39,950 | 7,832 | 5,989 | 8,381 | 6,688 |
| 39,950 | 40,000 | 7,846 | 5,996 | 8,395 | 6,702 |

## 40,000

| At least | But less than | Single | MFJ * | MFS | HoH |
|---|---|---|---|---|---|
| 40,000 | 40,050 | 7,860 | 6,004 | 8,409 | 6,716 |
| 40,050 | 40,100 | 7,874 | 6,011 | 8,423 | 6,730 |
| 40,100 | 40,150 | 7,888 | 6,019 | 8,437 | 6,744 |
| 40,150 | 40,200 | 7,902 | 6,026 | 8,451 | 6,758 |
| 40,200 | 40,250 | 7,916 | 6,034 | 8,465 | 6,772 |
| 40,250 | 40,300 | 7,930 | 6,041 | 8,479 | 6,786 |
| 40,300 | 40,350 | 7,944 | 6,049 | 8,493 | 6,800 |
| 40,350 | 40,400 | 7,958 | 6,056 | 8,507 | 6,814 |
| 40,400 | 40,450 | 7,972 | 6,064 | 8,521 | 6,828 |
| 40,450 | 40,500 | 7,986 | 6,071 | 8,535 | 6,842 |
| 40,500 | 40,550 | 8,000 | 6,079 | 8,549 | 6,856 |
| 40,550 | 40,600 | 8,014 | 6,086 | 8,563 | 6,870 |
| 40,600 | 40,650 | 8,028 | 6,094 | 8,577 | 6,884 |
| 40,650 | 40,700 | 8,042 | 6,101 | 8,591 | 6,898 |
| 40,700 | 40,750 | 8,056 | 6,109 | 8,605 | 6,912 |
| 40,750 | 40,800 | 8,070 | 6,116 | 8,619 | 6,926 |
| 40,800 | 40,850 | 8,084 | 6,124 | 8,633 | 6,940 |
| 40,850 | 40,900 | 8,098 | 6,131 | 8,647 | 6,954 |
| 40,900 | 40,950 | 8,112 | 6,139 | 8,661 | 6,968 |
| 40,950 | 41,000 | 8,126 | 6,146 | 8,675 | 6,982 |

* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—*Continued***

### 41,000 / 42,000 / 43,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 41,000 | 41,050 | 8,140 | 6,154 | 8,689 | 6,996 |
| 41,050 | 41,100 | 8,154 | 6,161 | 8,703 | 7,010 |
| 41,100 | 41,150 | 8,168 | 6,169 | 8,717 | 7,024 |
| 41,150 | 41,200 | 8,182 | 6,176 | 8,731 | 7,038 |
| 41,200 | 41,250 | 8,196 | 6,184 | 8,745 | 7,052 |
| 41,250 | 41,300 | 8,210 | 6,191 | 8,759 | 7,066 |
| 41,300 | 41,350 | 8,224 | 6,199 | 8,773 | 7,080 |
| 41,350 | 41,400 | 8,238 | 6,206 | 8,787 | 7,094 |
| 41,400 | 41,450 | 8,252 | 6,214 | 8,801 | 7,108 |
| 41,450 | 41,500 | 8,266 | 6,221 | 8,815 | 7,122 |
| 41,500 | 41,550 | 8,280 | 6,229 | 8,829 | 7,136 |
| 41,550 | 41,600 | 8,294 | 6,236 | 8,843 | 7,150 |
| 41,600 | 41,650 | 8,308 | 6,244 | 8,857 | 7,164 |
| 41,650 | 41,700 | 8,322 | 6,251 | 8,871 | 7,178 |
| 41,700 | 41,750 | 8,336 | 6,259 | 8,885 | 7,192 |
| 41,750 | 41,800 | 8,350 | 6,266 | 8,899 | 7,206 |
| 41,800 | 41,850 | 8,364 | 6,274 | 8,913 | 7,220 |
| 41,850 | 41,900 | 8,378 | 6,281 | 8,927 | 7,234 |
| 41,900 | 41,950 | 8,392 | 6,289 | 8,941 | 7,248 |
| 41,950 | 42,000 | 8,406 | 6,296 | 8,955 | 7,262 |
| 42,000 | 42,050 | 8,420 | 6,304 | 8,969 | 7,276 |
| 42,050 | 42,100 | 8,434 | 6,311 | 8,983 | 7,290 |
| 42,100 | 42,150 | 8,448 | 6,319 | 8,997 | 7,304 |
| 42,150 | 42,200 | 8,462 | 6,326 | 9,011 | 7,318 |
| 42,200 | 42,250 | 8,476 | 6,334 | 9,025 | 7,332 |
| 42,250 | 42,300 | 8,490 | 6,341 | 9,039 | 7,346 |
| 42,300 | 42,350 | 8,504 | 6,349 | 9,053 | 7,360 |
| 42,350 | 42,400 | 8,518 | 6,356 | 9,067 | 7,374 |
| 42,400 | 42,450 | 8,532 | 6,364 | 9,081 | 7,388 |
| 42,450 | 42,500 | 8,546 | 6,371 | 9,095 | 7,402 |
| 42,500 | 42,550 | 8,560 | 6,379 | 9,109 | 7,416 |
| 42,550 | 42,600 | 8,574 | 6,386 | 9,123 | 7,430 |
| 42,600 | 42,650 | 8,588 | 6,394 | 9,137 | 7,444 |
| 42,650 | 42,700 | 8,602 | 6,401 | 9,151 | 7,458 |
| 42,700 | 42,750 | 8,616 | 6,409 | 9,165 | 7,472 |
| 42,750 | 42,800 | 8,630 | 6,416 | 9,179 | 7,486 |
| 42,800 | 42,850 | 8,644 | 6,424 | 9,193 | 7,500 |
| 42,850 | 42,900 | 8,658 | 6,431 | 9,207 | 7,514 |
| 42,900 | 42,950 | 8,672 | 6,439 | 9,221 | 7,528 |
| 42,950 | 43,000 | 8,686 | 6,446 | 9,235 | 7,542 |
| 43,000 | 43,050 | 8,700 | 6,454 | 9,249 | 7,556 |
| 43,050 | 43,100 | 8,714 | 6,465 | 9,263 | 7,570 |
| 43,100 | 43,150 | 8,728 | 6,479 | 9,277 | 7,584 |
| 43,150 | 43,200 | 8,742 | 6,493 | 9,291 | 7,598 |
| 43,200 | 43,250 | 8,756 | 6,507 | 9,305 | 7,612 |
| 43,250 | 43,300 | 8,770 | 6,521 | 9,319 | 7,626 |
| 43,300 | 43,350 | 8,784 | 6,535 | 9,333 | 7,640 |
| 43,350 | 43,400 | 8,798 | 6,549 | 9,347 | 7,654 |
| 43,400 | 43,450 | 8,812 | 6,563 | 9,361 | 7,668 |
| 43,450 | 43,500 | 8,826 | 6,577 | 9,375 | 7,682 |
| 43,500 | 43,550 | 8,840 | 6,591 | 9,389 | 7,696 |
| 43,550 | 43,600 | 8,854 | 6,605 | 9,403 | 7,710 |
| 43,600 | 43,650 | 8,868 | 6,619 | 9,417 | 7,724 |
| 43,650 | 43,700 | 8,882 | 6,633 | 9,431 | 7,738 |
| 43,700 | 43,750 | 8,896 | 6,647 | 9,445 | 7,752 |
| 43,750 | 43,800 | 8,910 | 6,661 | 9,459 | 7,766 |
| 43,800 | 43,850 | 8,924 | 6,675 | 9,473 | 7,780 |
| 43,850 | 43,900 | 8,938 | 6,689 | 9,487 | 7,794 |
| 43,900 | 43,950 | 8,952 | 6,703 | 9,501 | 7,808 |
| 43,950 | 44,000 | 8,966 | 6,717 | 9,515 | 7,822 |

### 44,000 / 45,000 / 46,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 44,000 | 44,050 | 8,980 | 6,731 | 9,529 | 7,836 |
| 44,050 | 44,100 | 8,994 | 6,745 | 9,543 | 7,850 |
| 44,100 | 44,150 | 9,008 | 6,759 | 9,557 | 7,864 |
| 44,150 | 44,200 | 9,022 | 6,773 | 9,571 | 7,878 |
| 44,200 | 44,250 | 9,036 | 6,787 | 9,585 | 7,892 |
| 44,250 | 44,300 | 9,050 | 6,801 | 9,599 | 7,906 |
| 44,300 | 44,350 | 9,064 | 6,815 | 9,613 | 7,920 |
| 44,350 | 44,400 | 9,078 | 6,829 | 9,627 | 7,934 |
| 44,400 | 44,450 | 9,092 | 6,843 | 9,641 | 7,948 |
| 44,450 | 44,500 | 9,106 | 6,857 | 9,655 | 7,962 |
| 44,500 | 44,550 | 9,120 | 6,871 | 9,669 | 7,976 |
| 44,550 | 44,600 | 9,134 | 6,885 | 9,683 | 7,990 |
| 44,600 | 44,650 | 9,148 | 6,899 | 9,697 | 8,004 |
| 44,650 | 44,700 | 9,162 | 6,913 | 9,711 | 8,018 |
| 44,700 | 44,750 | 9,176 | 6,927 | 9,725 | 8,032 |
| 44,750 | 44,800 | 9,190 | 6,941 | 9,739 | 8,046 |
| 44,800 | 44,850 | 9,204 | 6,955 | 9,753 | 8,060 |
| 44,850 | 44,900 | 9,218 | 6,969 | 9,767 | 8,074 |
| 44,900 | 44,950 | 9,232 | 6,983 | 9,781 | 8,088 |
| 44,950 | 45,000 | 9,246 | 6,997 | 9,795 | 8,102 |
| 45,000 | 45,050 | 9,260 | 7,011 | 9,809 | 8,116 |
| 45,050 | 45,100 | 9,274 | 7,025 | 9,823 | 8,130 |
| 45,100 | 45,150 | 9,288 | 7,039 | 9,837 | 8,144 |
| 45,150 | 45,200 | 9,302 | 7,053 | 9,851 | 8,158 |
| 45,200 | 45,250 | 9,316 | 7,067 | 9,865 | 8,172 |
| 45,250 | 45,300 | 9,330 | 7,081 | 9,879 | 8,186 |
| 45,300 | 45,350 | 9,344 | 7,095 | 9,893 | 8,200 |
| 45,350 | 45,400 | 9,358 | 7,109 | 9,907 | 8,214 |
| 45,400 | 45,450 | 9,372 | 7,123 | 9,921 | 8,228 |
| 45,450 | 45,500 | 9,386 | 7,137 | 9,935 | 8,242 |
| 45,500 | 45,550 | 9,400 | 7,151 | 9,949 | 8,256 |
| 45,550 | 45,600 | 9,414 | 7,165 | 9,963 | 8,270 |
| 45,600 | 45,650 | 9,428 | 7,179 | 9,977 | 8,284 |
| 45,650 | 45,700 | 9,442 | 7,193 | 9,991 | 8,298 |
| 45,700 | 45,750 | 9,456 | 7,207 | 10,005 | 8,312 |
| 45,750 | 45,800 | 9,470 | 7,221 | 10,019 | 8,326 |
| 45,800 | 45,850 | 9,484 | 7,235 | 10,033 | 8,340 |
| 45,850 | 45,900 | 9,498 | 7,249 | 10,047 | 8,354 |
| 45,900 | 45,950 | 9,512 | 7,263 | 10,061 | 8,368 |
| 45,950 | 46,000 | 9,526 | 7,277 | 10,075 | 8,382 |
| 46,000 | 46,050 | 9,540 | 7,291 | 10,089 | 8,396 |
| 46,050 | 46,100 | 9,554 | 7,305 | 10,103 | 8,410 |
| 46,100 | 46,150 | 9,568 | 7,319 | 10,117 | 8,424 |
| 46,150 | 46,200 | 9,582 | 7,333 | 10,131 | 8,438 |
| 46,200 | 46,250 | 9,596 | 7,347 | 10,145 | 8,452 |
| 46,250 | 46,300 | 9,610 | 7,361 | 10,159 | 8,466 |
| 46,300 | 46,350 | 9,624 | 7,375 | 10,173 | 8,480 |
| 46,350 | 46,400 | 9,638 | 7,389 | 10,187 | 8,494 |
| 46,400 | 46,450 | 9,652 | 7,403 | 10,201 | 8,508 |
| 46,450 | 46,500 | 9,666 | 7,417 | 10,215 | 8,522 |
| 46,500 | 46,550 | 9,680 | 7,431 | 10,229 | 8,536 |
| 46,550 | 46,600 | 9,694 | 7,445 | 10,243 | 8,550 |
| 46,600 | 46,650 | 9,708 | 7,459 | 10,257 | 8,564 |
| 46,650 | 46,700 | 9,722 | 7,473 | 10,271 | 8,578 |
| 46,700 | 46,750 | 9,736 | 7,487 | 10,285 | 8,592 |
| 46,750 | 46,800 | 9,750 | 7,501 | 10,299 | 8,606 |
| 46,800 | 46,850 | 9,764 | 7,515 | 10,313 | 8,620 |
| 46,850 | 46,900 | 9,778 | 7,529 | 10,327 | 8,634 |
| 46,900 | 46,950 | 9,792 | 7,543 | 10,341 | 8,648 |
| 46,950 | 47,000 | 9,806 | 7,557 | 10,355 | 8,662 |

### 47,000 / 48,000 / 49,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 47,000 | 47,050 | 9,820 | 7,571 | 10,369 | 8,676 |
| 47,050 | 47,100 | 9,834 | 7,585 | 10,383 | 8,690 |
| 47,100 | 47,150 | 9,848 | 7,599 | 10,397 | 8,704 |
| 47,150 | 47,200 | 9,862 | 7,613 | 10,411 | 8,718 |
| 47,200 | 47,250 | 9,876 | 7,627 | 10,425 | 8,732 |
| 47,250 | 47,300 | 9,890 | 7,641 | 10,439 | 8,746 |
| 47,300 | 47,350 | 9,904 | 7,655 | 10,453 | 8,760 |
| 47,350 | 47,400 | 9,918 | 7,669 | 10,467 | 8,774 |
| 47,400 | 47,450 | 9,932 | 7,683 | 10,481 | 8,788 |
| 47,450 | 47,500 | 9,946 | 7,697 | 10,495 | 8,802 |
| 47,500 | 47,550 | 9,960 | 7,711 | 10,509 | 8,816 |
| 47,550 | 47,600 | 9,974 | 7,725 | 10,523 | 8,830 |
| 47,600 | 47,650 | 9,988 | 7,739 | 10,537 | 8,844 |
| 47,650 | 47,700 | 10,002 | 7,753 | 10,551 | 8,858 |
| 47,700 | 47,750 | 10,016 | 7,767 | 10,565 | 8,872 |
| 47,750 | 47,800 | 10,030 | 7,781 | 10,579 | 8,886 |
| 47,800 | 47,850 | 10,044 | 7,795 | 10,593 | 8,900 |
| 47,850 | 47,900 | 10,058 | 7,809 | 10,607 | 8,914 |
| 47,900 | 47,950 | 10,072 | 7,823 | 10,621 | 8,928 |
| 47,950 | 48,000 | 10,086 | 7,837 | 10,635 | 8,942 |
| 48,000 | 48,050 | 10,100 | 7,851 | 10,649 | 8,956 |
| 48,050 | 48,100 | 10,114 | 7,865 | 10,663 | 8,970 |
| 48,100 | 48,150 | 10,128 | 7,879 | 10,677 | 8,984 |
| 48,150 | 48,200 | 10,142 | 7,893 | 10,691 | 8,998 |
| 48,200 | 48,250 | 10,156 | 7,907 | 10,705 | 9,012 |
| 48,250 | 48,300 | 10,170 | 7,921 | 10,719 | 9,026 |
| 48,300 | 48,350 | 10,184 | 7,935 | 10,733 | 9,040 |
| 48,350 | 48,400 | 10,198 | 7,949 | 10,747 | 9,054 |
| 48,400 | 48,450 | 10,212 | 7,963 | 10,761 | 9,068 |
| 48,450 | 48,500 | 10,226 | 7,977 | 10,775 | 9,082 |
| 48,500 | 48,550 | 10,240 | 7,991 | 10,789 | 9,096 |
| 48,550 | 48,600 | 10,254 | 8,005 | 10,803 | 9,110 |
| 48,600 | 48,650 | 10,268 | 8,019 | 10,817 | 9,124 |
| 48,650 | 48,700 | 10,282 | 8,033 | 10,831 | 9,138 |
| 48,700 | 48,750 | 10,296 | 8,047 | 10,845 | 9,152 |
| 48,750 | 48,800 | 10,310 | 8,061 | 10,859 | 9,166 |
| 48,800 | 48,850 | 10,324 | 8,075 | 10,873 | 9,180 |
| 48,850 | 48,900 | 10,338 | 8,089 | 10,887 | 9,194 |
| 48,900 | 48,950 | 10,352 | 8,103 | 10,901 | 9,208 |
| 48,950 | 49,000 | 10,366 | 8,117 | 10,915 | 9,222 |
| 49,000 | 49,050 | 10,380 | 8,131 | 10,929 | 9,236 |
| 49,050 | 49,100 | 10,394 | 8,145 | 10,943 | 9,250 |
| 49,100 | 49,150 | 10,408 | 8,159 | 10,957 | 9,264 |
| 49,150 | 49,200 | 10,422 | 8,173 | 10,971 | 9,278 |
| 49,200 | 49,250 | 10,436 | 8,187 | 10,985 | 9,292 |
| 49,250 | 49,300 | 10,450 | 8,201 | 10,999 | 9,306 |
| 49,300 | 49,350 | 10,464 | 8,215 | 11,013 | 9,320 |
| 49,350 | 49,400 | 10,478 | 8,229 | 11,027 | 9,334 |
| 49,400 | 49,450 | 10,492 | 8,243 | 11,041 | 9,348 |
| 49,450 | 49,500 | 10,506 | 8,257 | 11,055 | 9,362 |
| 49,500 | 49,550 | 10,520 | 8,271 | 11,069 | 9,376 |
| 49,550 | 49,600 | 10,534 | 8,285 | 11,083 | 9,390 |
| 49,600 | 49,650 | 10,548 | 8,299 | 11,097 | 9,404 |
| 49,650 | 49,700 | 10,562 | 8,313 | 11,111 | 9,418 |
| 49,700 | 49,750 | 10,576 | 8,327 | 11,125 | 9,432 |
| 49,750 | 49,800 | 10,590 | 8,341 | 11,139 | 9,446 |
| 49,800 | 49,850 | 10,604 | 8,355 | 11,153 | 9,460 |
| 49,850 | 49,900 | 10,618 | 8,369 | 11,167 | 9,474 |
| 49,900 | 49,950 | 10,632 | 8,383 | 11,181 | 9,488 |
| 49,950 | 50,000 | 10,646 | 8,397 | 11,195 | 9,502 |

* This column must also be used by a qualifying widow(er).

Continued on next page

## 1999 Tax Table—Continued

### 50,000

| If line 39 (taxable income is—) At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 50,000 | 50,050 | 10,660 | 8,411 | 11,209 | 9,516 |
| 50,050 | 50,100 | 10,674 | 8,425 | 11,223 | 9,530 |
| 50,100 | 50,150 | 10,688 | 8,439 | 11,237 | 9,544 |
| 50,150 | 50,200 | 10,702 | 8,453 | 11,251 | 9,558 |
| 50,200 | 50,250 | 10,716 | 8,467 | 11,265 | 9,572 |
| 50,250 | 50,300 | 10,730 | 8,481 | 11,279 | 9,586 |
| 50,300 | 50,350 | 10,744 | 8,495 | 11,293 | 9,600 |
| 50,350 | 50,400 | 10,758 | 8,509 | 11,307 | 9,614 |
| 50,400 | 50,450 | 10,772 | 8,523 | 11,321 | 9,628 |
| 50,450 | 50,500 | 10,786 | 8,537 | 11,335 | 9,642 |
| 50,500 | 50,550 | 10,800 | 8,551 | 11,349 | 9,656 |
| 50,550 | 50,600 | 10,814 | 8,565 | 11,363 | 9,670 |
| 50,600 | 50,650 | 10,828 | 8,579 | 11,377 | 9,684 |
| 50,650 | 50,700 | 10,842 | 8,593 | 11,391 | 9,698 |
| 50,700 | 50,750 | 10,856 | 8,607 | 11,405 | 9,712 |
| 50,750 | 50,800 | 10,870 | 8,621 | 11,419 | 9,726 |
| 50,800 | 50,850 | 10,884 | 8,635 | 11,433 | 9,740 |
| 50,850 | 50,900 | 10,898 | 8,649 | 11,447 | 9,754 |
| 50,900 | 50,950 | 10,912 | 8,663 | 11,461 | 9,768 |
| 50,950 | 51,000 | 10,926 | 8,677 | 11,475 | 9,782 |

### 51,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 51,000 | 51,050 | 10,940 | 8,691 | 11,489 | 9,796 |
| 51,050 | 51,100 | 10,954 | 8,705 | 11,503 | 9,810 |
| 51,100 | 51,150 | 10,968 | 8,719 | 11,517 | 9,824 |
| 51,150 | 51,200 | 10,982 | 8,733 | 11,531 | 9,838 |
| 51,200 | 51,250 | 10,996 | 8,747 | 11,545 | 9,852 |
| 51,250 | 51,300 | 11,010 | 8,761 | 11,559 | 9,866 |
| 51,300 | 51,350 | 11,024 | 8,775 | 11,573 | 9,880 |
| 51,350 | 51,400 | 11,038 | 8,789 | 11,587 | 9,894 |
| 51,400 | 51,450 | 11,052 | 8,803 | 11,601 | 9,908 |
| 51,450 | 51,500 | 11,066 | 8,817 | 11,615 | 9,922 |
| 51,500 | 51,550 | 11,080 | 8,831 | 11,629 | 9,936 |
| 51,550 | 51,600 | 11,094 | 8,845 | 11,643 | 9,950 |
| 51,600 | 51,650 | 11,108 | 8,859 | 11,657 | 9,964 |
| 51,650 | 51,700 | 11,122 | 8,873 | 11,671 | 9,978 |
| 51,700 | 51,750 | 11,136 | 8,887 | 11,685 | 9,992 |
| 51,750 | 51,800 | 11,150 | 8,901 | 11,699 | 10,006 |
| 51,800 | 51,850 | 11,164 | 8,915 | 11,713 | 10,020 |
| 51,850 | 51,900 | 11,178 | 8,929 | 11,727 | 10,034 |
| 51,900 | 51,950 | 11,192 | 8,943 | 11,741 | 10,048 |
| 51,950 | 52,000 | 11,206 | 8,957 | 11,755 | 10,062 |

### 52,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 52,000 | 52,050 | 11,220 | 8,971 | 11,769 | 10,076 |
| 52,050 | 52,100 | 11,234 | 8,985 | 11,784 | 10,090 |
| 52,100 | 52,150 | 11,248 | 8,999 | 11,800 | 10,104 |
| 52,150 | 52,200 | 11,262 | 9,013 | 11,815 | 10,118 |
| 52,200 | 52,250 | 11,276 | 9,027 | 11,831 | 10,132 |
| 52,250 | 52,300 | 11,290 | 9,041 | 11,846 | 10,146 |
| 52,300 | 52,350 | 11,304 | 9,055 | 11,862 | 10,160 |
| 52,350 | 52,400 | 11,318 | 9,069 | 11,877 | 10,174 |
| 52,400 | 52,450 | 11,332 | 9,083 | 11,893 | 10,188 |
| 52,450 | 52,500 | 11,346 | 9,097 | 11,908 | 10,202 |
| 52,500 | 52,550 | 11,360 | 9,111 | 11,924 | 10,216 |
| 52,550 | 52,600 | 11,374 | 9,125 | 11,939 | 10,230 |
| 52,600 | 52,650 | 11,388 | 9,139 | 11,955 | 10,244 |
| 52,650 | 52,700 | 11,402 | 9,153 | 11,970 | 10,258 |
| 52,700 | 52,750 | 11,416 | 9,167 | 11,986 | 10,272 |
| 52,750 | 52,800 | 11,430 | 9,181 | 12,001 | 10,286 |
| 52,800 | 52,850 | 11,444 | 9,195 | 12,017 | 10,300 |
| 52,850 | 52,900 | 11,458 | 9,209 | 12,032 | 10,314 |
| 52,900 | 52,950 | 11,472 | 9,223 | 12,048 | 10,328 |
| 52,950 | 53,000 | 11,486 | 9,237 | 12,063 | 10,342 |

### 53,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 53,000 | 53,050 | 11,500 | 9,251 | 12,079 | 10,356 |
| 53,050 | 53,100 | 11,514 | 9,265 | 12,094 | 10,370 |
| 53,100 | 53,150 | 11,528 | 9,279 | 12,110 | 10,384 |
| 53,150 | 53,200 | 11,542 | 9,293 | 12,125 | 10,398 |
| 53,200 | 53,250 | 11,556 | 9,307 | 12,141 | 10,412 |
| 53,250 | 53,300 | 11,570 | 9,321 | 12,156 | 10,426 |
| 53,300 | 53,350 | 11,584 | 9,335 | 12,172 | 10,440 |
| 53,350 | 53,400 | 11,598 | 9,349 | 12,187 | 10,454 |
| 53,400 | 53,450 | 11,612 | 9,363 | 12,203 | 10,468 |
| 53,450 | 53,500 | 11,626 | 9,377 | 12,218 | 10,482 |
| 53,500 | 53,550 | 11,640 | 9,391 | 12,234 | 10,496 |
| 53,550 | 53,600 | 11,654 | 9,405 | 12,249 | 10,510 |
| 53,600 | 53,650 | 11,668 | 9,419 | 12,265 | 10,524 |
| 53,650 | 53,700 | 11,682 | 9,433 | 12,280 | 10,538 |
| 53,700 | 53,750 | 11,696 | 9,447 | 12,296 | 10,552 |
| 53,750 | 53,800 | 11,710 | 9,461 | 12,311 | 10,566 |
| 53,800 | 53,850 | 11,724 | 9,475 | 12,327 | 10,580 |
| 53,850 | 53,900 | 11,738 | 9,489 | 12,342 | 10,594 |
| 53,900 | 53,950 | 11,752 | 9,503 | 12,358 | 10,608 |
| 53,950 | 54,000 | 11,766 | 9,517 | 12,373 | 10,622 |

### 54,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 54,000 | 54,050 | 11,780 | 9,531 | 12,389 | 10,636 |
| 54,050 | 54,100 | 11,794 | 9,545 | 12,404 | 10,650 |
| 54,100 | 54,150 | 11,808 | 9,559 | 12,420 | 10,664 |
| 54,150 | 54,200 | 11,822 | 9,573 | 12,435 | 10,678 |
| 54,200 | 54,250 | 11,836 | 9,587 | 12,451 | 10,692 |
| 54,250 | 54,300 | 11,850 | 9,601 | 12,466 | 10,706 |
| 54,300 | 54,350 | 11,864 | 9,615 | 12,482 | 10,720 |
| 54,350 | 54,400 | 11,878 | 9,629 | 12,497 | 10,734 |
| 54,400 | 54,450 | 11,892 | 9,643 | 12,513 | 10,748 |
| 54,450 | 54,500 | 11,906 | 9,657 | 12,528 | 10,762 |
| 54,500 | 54,550 | 11,920 | 9,671 | 12,544 | 10,776 |
| 54,550 | 54,600 | 11,934 | 9,685 | 12,559 | 10,790 |
| 54,600 | 54,650 | 11,948 | 9,699 | 12,575 | 10,804 |
| 54,650 | 54,700 | 11,962 | 9,713 | 12,590 | 10,818 |
| 54,700 | 54,750 | 11,976 | 9,727 | 12,606 | 10,832 |
| 54,750 | 54,800 | 11,990 | 9,741 | 12,621 | 10,846 |
| 54,800 | 54,850 | 12,004 | 9,755 | 12,637 | 10,860 |
| 54,850 | 54,900 | 12,018 | 9,769 | 12,652 | 10,874 |
| 54,900 | 54,950 | 12,032 | 9,783 | 12,668 | 10,888 |
| 54,950 | 55,000 | 12,046 | 9,797 | 12,683 | 10,902 |

### 55,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 55,000 | 55,050 | 12,060 | 9,811 | 12,699 | 10,916 |
| 55,050 | 55,100 | 12,074 | 9,825 | 12,714 | 10,930 |
| 55,100 | 55,150 | 12,088 | 9,839 | 12,730 | 10,944 |
| 55,150 | 55,200 | 12,102 | 9,853 | 12,745 | 10,958 |
| 55,200 | 55,250 | 12,116 | 9,867 | 12,761 | 10,972 |
| 55,250 | 55,300 | 12,130 | 9,881 | 12,776 | 10,986 |
| 55,300 | 55,350 | 12,144 | 9,895 | 12,792 | 11,000 |
| 55,350 | 55,400 | 12,158 | 9,909 | 12,807 | 11,014 |
| 55,400 | 55,450 | 12,172 | 9,923 | 12,823 | 11,028 |
| 55,450 | 55,500 | 12,186 | 9,937 | 12,838 | 11,042 |
| 55,500 | 55,550 | 12,200 | 9,951 | 12,854 | 11,056 |
| 55,550 | 55,600 | 12,214 | 9,965 | 12,869 | 11,070 |
| 55,600 | 55,650 | 12,228 | 9,979 | 12,885 | 11,084 |
| 55,650 | 55,700 | 12,242 | 9,993 | 12,900 | 11,098 |
| 55,700 | 55,750 | 12,256 | 10,007 | 12,916 | 11,112 |
| 55,750 | 55,800 | 12,270 | 10,021 | 12,931 | 11,126 |
| 55,800 | 55,850 | 12,284 | 10,035 | 12,947 | 11,140 |
| 55,850 | 55,900 | 12,298 | 10,049 | 12,962 | 11,154 |
| 55,900 | 55,950 | 12,312 | 10,063 | 12,978 | 11,168 |
| 55,950 | 56,000 | 12,326 | 10,077 | 12,993 | 11,182 |

### 56,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 56,000 | 56,050 | 12,340 | 10,091 | 13,009 | 11,196 |
| 56,050 | 56,100 | 12,354 | 10,105 | 13,024 | 11,210 |
| 56,100 | 56,150 | 12,368 | 10,119 | 13,040 | 11,224 |
| 56,150 | 56,200 | 12,382 | 10,133 | 13,055 | 11,238 |
| 56,200 | 56,250 | 12,396 | 10,147 | 13,071 | 11,252 |
| 56,250 | 56,300 | 12,410 | 10,161 | 13,086 | 11,266 |
| 56,300 | 56,350 | 12,424 | 10,175 | 13,102 | 11,280 |
| 56,350 | 56,400 | 12,438 | 10,189 | 13,117 | 11,294 |
| 56,400 | 56,450 | 12,452 | 10,203 | 13,133 | 11,308 |
| 56,450 | 56,500 | 12,466 | 10,217 | 13,148 | 11,322 |
| 56,500 | 56,550 | 12,480 | 10,231 | 13,164 | 11,336 |
| 56,550 | 56,600 | 12,494 | 10,245 | 13,179 | 11,350 |
| 56,600 | 56,650 | 12,508 | 10,259 | 13,195 | 11,364 |
| 56,650 | 56,700 | 12,522 | 10,273 | 13,210 | 11,378 |
| 56,700 | 56,750 | 12,536 | 10,287 | 13,226 | 11,392 |
| 56,750 | 56,800 | 12,550 | 10,301 | 13,241 | 11,406 |
| 56,800 | 56,850 | 12,564 | 10,315 | 13,257 | 11,420 |
| 56,850 | 56,900 | 12,578 | 10,329 | 13,272 | 11,434 |
| 56,900 | 56,950 | 12,592 | 10,343 | 13,288 | 11,448 |
| 56,950 | 57,000 | 12,606 | 10,357 | 13,303 | 11,462 |

### 57,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 57,000 | 57,050 | 12,620 | 10,371 | 13,319 | 11,476 |
| 57,050 | 57,100 | 12,634 | 10,385 | 13,334 | 11,490 |
| 57,100 | 57,150 | 12,648 | 10,399 | 13,350 | 11,504 |
| 57,150 | 57,200 | 12,662 | 10,413 | 13,365 | 11,518 |
| 57,200 | 57,250 | 12,676 | 10,427 | 13,381 | 11,532 |
| 57,250 | 57,300 | 12,690 | 10,441 | 13,396 | 11,546 |
| 57,300 | 57,350 | 12,704 | 10,455 | 13,412 | 11,560 |
| 57,350 | 57,400 | 12,718 | 10,469 | 13,427 | 11,574 |
| 57,400 | 57,450 | 12,732 | 10,483 | 13,443 | 11,588 |
| 57,450 | 57,500 | 12,746 | 10,497 | 13,458 | 11,602 |
| 57,500 | 57,550 | 12,760 | 10,511 | 13,474 | 11,616 |
| 57,550 | 57,600 | 12,774 | 10,525 | 13,489 | 11,630 |
| 57,600 | 57,650 | 12,788 | 10,539 | 13,505 | 11,644 |
| 57,650 | 57,700 | 12,802 | 10,553 | 13,520 | 11,658 |
| 57,700 | 57,750 | 12,816 | 10,567 | 13,536 | 11,672 |
| 57,750 | 57,800 | 12,830 | 10,581 | 13,551 | 11,686 |
| 57,800 | 57,850 | 12,844 | 10,595 | 13,567 | 11,700 |
| 57,850 | 57,900 | 12,858 | 10,609 | 13,582 | 11,714 |
| 57,900 | 57,950 | 12,872 | 10,623 | 13,598 | 11,728 |
| 57,950 | 58,000 | 12,886 | 10,637 | 13,613 | 11,742 |

### 58,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 58,000 | 58,050 | 12,900 | 10,651 | 13,629 | 11,756 |
| 58,050 | 58,100 | 12,914 | 10,665 | 13,644 | 11,770 |
| 58,100 | 58,150 | 12,928 | 10,679 | 13,660 | 11,784 |
| 58,150 | 58,200 | 12,942 | 10,693 | 13,675 | 11,798 |
| 58,200 | 58,250 | 12,956 | 10,707 | 13,691 | 11,812 |
| 58,250 | 58,300 | 12,970 | 10,721 | 13,706 | 11,826 |
| 58,300 | 58,350 | 12,984 | 10,735 | 13,722 | 11,840 |
| 58,350 | 58,400 | 12,998 | 10,749 | 13,737 | 11,854 |
| 58,400 | 58,450 | 13,012 | 10,763 | 13,753 | 11,868 |
| 58,450 | 58,500 | 13,026 | 10,777 | 13,768 | 11,882 |
| 58,500 | 58,550 | 13,040 | 10,791 | 13,784 | 11,896 |
| 58,550 | 58,600 | 13,054 | 10,805 | 13,799 | 11,910 |
| 58,600 | 58,650 | 13,068 | 10,819 | 13,815 | 11,924 |
| 58,650 | 58,700 | 13,082 | 10,833 | 13,830 | 11,938 |
| 58,700 | 58,750 | 13,096 | 10,847 | 13,846 | 11,952 |
| 58,750 | 58,800 | 13,110 | 10,861 | 13,861 | 11,966 |
| 58,800 | 58,850 | 13,124 | 10,875 | 13,877 | 11,980 |
| 58,850 | 58,900 | 13,138 | 10,889 | 13,892 | 11,994 |
| 58,900 | 58,950 | 13,152 | 10,903 | 13,908 | 12,008 |
| 58,950 | 59,000 | 13,166 | 10,917 | 13,923 | 12,022 |

* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—Continued**

### 59,000 / 60,000 / 61,000

| If line 39 (taxable income is—) At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 59,000 | 59,050 | 13,180 | 10,931 | 13,939 | 12,036 |
| 59,050 | 59,100 | 13,194 | 10,945 | 13,954 | 12,050 |
| 59,100 | 59,150 | 13,208 | 10,959 | 13,970 | 12,064 |
| 59,150 | 59,200 | 13,222 | 10,973 | 13,985 | 12,078 |
| 59,200 | 59,250 | 13,236 | 10,987 | 14,001 | 12,092 |
| 59,250 | 59,300 | 13,250 | 11,001 | 14,016 | 12,106 |
| 59,300 | 59,350 | 13,264 | 11,015 | 14,032 | 12,120 |
| 59,350 | 59,400 | 13,278 | 11,029 | 14,047 | 12,134 |
| 59,400 | 59,450 | 13,292 | 11,043 | 14,063 | 12,148 |
| 59,450 | 59,500 | 13,306 | 11,057 | 14,078 | 12,162 |
| 59,500 | 59,550 | 13,320 | 11,071 | 14,094 | 12,176 |
| 59,550 | 59,600 | 13,334 | 11,085 | 14,109 | 12,190 |
| 59,600 | 59,650 | 13,348 | 11,099 | 14,125 | 12,204 |
| 59,650 | 59,700 | 13,362 | 11,113 | 14,140 | 12,218 |
| 59,700 | 59,750 | 13,376 | 11,127 | 14,156 | 12,232 |
| 59,750 | 59,800 | 13,390 | 11,141 | 14,171 | 12,246 |
| 59,800 | 59,850 | 13,404 | 11,155 | 14,187 | 12,260 |
| 59,850 | 59,900 | 13,418 | 11,169 | 14,202 | 12,274 |
| 59,900 | 59,950 | 13,432 | 11,183 | 14,218 | 12,288 |
| 59,950 | 60,000 | 13,446 | 11,197 | 14,233 | 12,302 |
| 60,000 | 60,050 | 13,460 | 11,211 | 14,249 | 12,316 |
| 60,050 | 60,100 | 13,474 | 11,225 | 14,264 | 12,330 |
| 60,100 | 60,150 | 13,488 | 11,239 | 14,280 | 12,344 |
| 60,150 | 60,200 | 13,502 | 11,253 | 14,295 | 12,358 |
| 60,200 | 60,250 | 13,516 | 11,267 | 14,311 | 12,372 |
| 60,250 | 60,300 | 13,530 | 11,281 | 14,326 | 12,386 |
| 60,300 | 60,350 | 13,544 | 11,295 | 14,342 | 12,400 |
| 60,350 | 60,400 | 13,558 | 11,309 | 14,357 | 12,414 |
| 60,400 | 60,450 | 13,572 | 11,323 | 14,373 | 12,428 |
| 60,450 | 60,500 | 13,586 | 11,337 | 14,388 | 12,442 |
| 60,500 | 60,550 | 13,600 | 11,351 | 14,404 | 12,456 |
| 60,550 | 60,600 | 13,614 | 11,365 | 14,419 | 12,470 |
| 60,600 | 60,650 | 13,628 | 11,379 | 14,435 | 12,484 |
| 60,650 | 60,700 | 13,642 | 11,393 | 14,450 | 12,498 |
| 60,700 | 60,750 | 13,656 | 11,407 | 14,466 | 12,512 |
| 60,750 | 60,800 | 13,670 | 11,421 | 14,481 | 12,526 |
| 60,800 | 60,850 | 13,684 | 11,435 | 14,497 | 12,540 |
| 60,850 | 60,900 | 13,698 | 11,449 | 14,512 | 12,554 |
| 60,900 | 60,950 | 13,712 | 11,463 | 14,528 | 12,568 |
| 60,950 | 61,000 | 13,726 | 11,477 | 14,543 | 12,582 |
| 61,000 | 61,050 | 13,740 | 11,491 | 14,559 | 12,596 |
| 61,050 | 61,100 | 13,754 | 11,505 | 14,574 | 12,610 |
| 61,100 | 61,150 | 13,768 | 11,519 | 14,590 | 12,624 |
| 61,150 | 61,200 | 13,782 | 11,533 | 14,605 | 12,638 |
| 61,200 | 61,250 | 13,796 | 11,547 | 14,621 | 12,652 |
| 61,250 | 61,300 | 13,810 | 11,561 | 14,636 | 12,666 |
| 61,300 | 61,350 | 13,824 | 11,575 | 14,652 | 12,680 |
| 61,350 | 61,400 | 13,838 | 11,589 | 14,667 | 12,694 |
| 61,400 | 61,450 | 13,852 | 11,603 | 14,683 | 12,708 |
| 61,450 | 61,500 | 13,866 | 11,617 | 14,698 | 12,722 |
| 61,500 | 61,550 | 13,880 | 11,631 | 14,714 | 12,736 |
| 61,550 | 61,600 | 13,894 | 11,645 | 14,729 | 12,750 |
| 61,600 | 61,650 | 13,908 | 11,659 | 14,745 | 12,764 |
| 61,650 | 61,700 | 13,922 | 11,673 | 14,760 | 12,778 |
| 61,700 | 61,750 | 13,936 | 11,687 | 14,776 | 12,792 |
| 61,750 | 61,800 | 13,950 | 11,701 | 14,791 | 12,806 |
| 61,800 | 61,850 | 13,964 | 11,715 | 14,807 | 12,820 |
| 61,850 | 61,900 | 13,978 | 11,729 | 14,822 | 12,834 |
| 61,900 | 61,950 | 13,992 | 11,743 | 14,838 | 12,848 |
| 61,950 | 62,000 | 14,006 | 11,757 | 14,853 | 12,862 |

### 62,000 / 63,000 / 64,000

| If line 39 (taxable income is—) At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 62,000 | 62,050 | 14,020 | 11,771 | 14,869 | 12,876 |
| 62,050 | 62,100 | 14,034 | 11,785 | 14,884 | 12,890 |
| 62,100 | 62,150 | 14,048 | 11,799 | 14,900 | 12,904 |
| 62,150 | 62,200 | 14,062 | 11,813 | 14,915 | 12,918 |
| 62,200 | 62,250 | 14,076 | 11,827 | 14,931 | 12,932 |
| 62,250 | 62,300 | 14,090 | 11,841 | 14,946 | 12,946 |
| 62,300 | 62,350 | 14,104 | 11,855 | 14,962 | 12,960 |
| 62,350 | 62,400 | 14,118 | 11,869 | 14,977 | 12,974 |
| 62,400 | 62,450 | 14,132 | 11,883 | 14,993 | 12,988 |
| 62,450 | 62,500 | 14,146 | 11,897 | 15,008 | 13,002 |
| 62,500 | 62,550 | 14,162 | 11,911 | 15,024 | 13,016 |
| 62,550 | 62,600 | 14,177 | 11,925 | 15,039 | 13,030 |
| 62,600 | 62,650 | 14,193 | 11,939 | 15,055 | 13,044 |
| 62,650 | 62,700 | 14,208 | 11,953 | 15,070 | 13,058 |
| 62,700 | 62,750 | 14,224 | 11,967 | 15,086 | 13,072 |
| 62,750 | 62,800 | 14,239 | 11,981 | 15,101 | 13,086 |
| 62,800 | 62,850 | 14,255 | 11,995 | 15,117 | 13,100 |
| 62,850 | 62,900 | 14,270 | 12,009 | 15,132 | 13,114 |
| 62,900 | 62,950 | 14,286 | 12,023 | 15,148 | 13,128 |
| 62,950 | 63,000 | 14,301 | 12,037 | 15,163 | 13,142 |
| 63,000 | 63,050 | 14,317 | 12,051 | 15,179 | 13,156 |
| 63,050 | 63,100 | 14,332 | 12,065 | 15,194 | 13,170 |
| 63,100 | 63,150 | 14,348 | 12,079 | 15,210 | 13,184 |
| 63,150 | 63,200 | 14,363 | 12,093 | 15,225 | 13,198 |
| 63,200 | 63,250 | 14,379 | 12,107 | 15,241 | 13,212 |
| 63,250 | 63,300 | 14,394 | 12,121 | 15,256 | 13,226 |
| 63,300 | 63,350 | 14,410 | 12,135 | 15,272 | 13,240 |
| 63,350 | 63,400 | 14,425 | 12,149 | 15,287 | 13,254 |
| 63,400 | 63,450 | 14,441 | 12,163 | 15,303 | 13,268 |
| 63,450 | 63,500 | 14,456 | 12,177 | 15,318 | 13,282 |
| 63,500 | 63,550 | 14,472 | 12,191 | 15,334 | 13,296 |
| 63,550 | 63,600 | 14,487 | 12,205 | 15,349 | 13,310 |
| 63,600 | 63,650 | 14,503 | 12,219 | 15,365 | 13,324 |
| 63,650 | 63,700 | 14,518 | 12,233 | 15,380 | 13,338 |
| 63,700 | 63,750 | 14,534 | 12,247 | 15,396 | 13,352 |
| 63,750 | 63,800 | 14,549 | 12,261 | 15,411 | 13,366 |
| 63,800 | 63,850 | 14,565 | 12,275 | 15,427 | 13,380 |
| 63,850 | 63,900 | 14,580 | 12,289 | 15,442 | 13,394 |
| 63,900 | 63,950 | 14,596 | 12,303 | 15,458 | 13,408 |
| 63,950 | 64,000 | 14,611 | 12,317 | 15,473 | 13,422 |
| 64,000 | 64,050 | 14,627 | 12,331 | 15,489 | 13,436 |
| 64,050 | 64,100 | 14,642 | 12,345 | 15,504 | 13,450 |
| 64,100 | 64,150 | 14,658 | 12,359 | 15,520 | 13,464 |
| 64,150 | 64,200 | 14,673 | 12,373 | 15,535 | 13,478 |
| 64,200 | 64,250 | 14,689 | 12,387 | 15,551 | 13,492 |
| 64,250 | 64,300 | 14,704 | 12,401 | 15,566 | 13,506 |
| 64,300 | 64,350 | 14,720 | 12,415 | 15,582 | 13,520 |
| 64,350 | 64,400 | 14,735 | 12,429 | 15,597 | 13,534 |
| 64,400 | 64,450 | 14,751 | 12,443 | 15,613 | 13,548 |
| 64,450 | 64,500 | 14,766 | 12,457 | 15,628 | 13,562 |
| 64,500 | 64,550 | 14,782 | 12,471 | 15,644 | 13,576 |
| 64,550 | 64,600 | 14,797 | 12,485 | 15,659 | 13,590 |
| 64,600 | 64,650 | 14,813 | 12,499 | 15,675 | 13,604 |
| 64,650 | 64,700 | 14,828 | 12,513 | 15,690 | 13,618 |
| 64,700 | 64,750 | 14,844 | 12,527 | 15,706 | 13,632 |
| 64,750 | 64,800 | 14,859 | 12,541 | 15,721 | 13,646 |
| 64,800 | 64,850 | 14,875 | 12,555 | 15,737 | 13,660 |
| 64,850 | 64,900 | 14,890 | 12,569 | 15,752 | 13,674 |
| 64,900 | 64,950 | 14,906 | 12,583 | 15,768 | 13,688 |
| 64,950 | 65,000 | 14,921 | 12,597 | 15,783 | 13,702 |

### 65,000 / 66,000 / 67,000

| If line 39 (taxable income is—) At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 65,000 | 65,050 | 14,937 | 12,611 | 15,799 | 13,716 |
| 65,050 | 65,100 | 14,952 | 12,625 | 15,814 | 13,730 |
| 65,100 | 65,150 | 14,968 | 12,639 | 15,830 | 13,744 |
| 65,150 | 65,200 | 14,983 | 12,653 | 15,845 | 13,758 |
| 65,200 | 65,250 | 14,999 | 12,667 | 15,861 | 13,772 |
| 65,250 | 65,300 | 15,014 | 12,681 | 15,876 | 13,786 |
| 65,300 | 65,350 | 15,030 | 12,695 | 15,892 | 13,800 |
| 65,350 | 65,400 | 15,045 | 12,709 | 15,907 | 13,814 |
| 65,400 | 65,450 | 15,061 | 12,723 | 15,923 | 13,828 |
| 65,450 | 65,500 | 15,076 | 12,737 | 15,938 | 13,842 |
| 65,500 | 65,550 | 15,092 | 12,751 | 15,954 | 13,856 |
| 65,550 | 65,600 | 15,107 | 12,765 | 15,969 | 13,870 |
| 65,600 | 65,650 | 15,123 | 12,779 | 15,985 | 13,884 |
| 65,650 | 65,700 | 15,138 | 12,793 | 16,000 | 13,898 |
| 65,700 | 65,750 | 15,154 | 12,807 | 16,016 | 13,912 |
| 65,750 | 65,800 | 15,169 | 12,821 | 16,031 | 13,926 |
| 65,800 | 65,850 | 15,185 | 12,835 | 16,047 | 13,940 |
| 65,850 | 65,900 | 15,200 | 12,849 | 16,062 | 13,954 |
| 65,900 | 65,950 | 15,216 | 12,863 | 16,078 | 13,968 |
| 65,950 | 66,000 | 15,231 | 12,877 | 16,093 | 13,982 |
| 66,000 | 66,050 | 15,247 | 12,891 | 16,109 | 13,996 |
| 66,050 | 66,100 | 15,262 | 12,905 | 16,124 | 14,010 |
| 66,100 | 66,150 | 15,278 | 12,919 | 16,140 | 14,024 |
| 66,150 | 66,200 | 15,293 | 12,933 | 16,155 | 14,038 |
| 66,200 | 66,250 | 15,309 | 12,947 | 16,171 | 14,052 |
| 66,250 | 66,300 | 15,324 | 12,961 | 16,186 | 14,066 |
| 66,300 | 66,350 | 15,340 | 12,975 | 16,202 | 14,080 |
| 66,350 | 66,400 | 15,355 | 12,989 | 16,217 | 14,094 |
| 66,400 | 66,450 | 15,371 | 13,003 | 16,233 | 14,108 |
| 66,450 | 66,500 | 15,386 | 13,017 | 16,248 | 14,122 |
| 66,500 | 66,550 | 15,402 | 13,031 | 16,264 | 14,136 |
| 66,550 | 66,600 | 15,417 | 13,045 | 16,279 | 14,150 |
| 66,600 | 66,650 | 15,433 | 13,059 | 16,295 | 14,164 |
| 66,650 | 66,700 | 15,448 | 13,073 | 16,310 | 14,178 |
| 66,700 | 66,750 | 15,464 | 13,087 | 16,326 | 14,192 |
| 66,750 | 66,800 | 15,479 | 13,101 | 16,341 | 14,206 |
| 66,800 | 66,850 | 15,495 | 13,115 | 16,357 | 14,220 |
| 66,850 | 66,900 | 15,510 | 13,129 | 16,372 | 14,234 |
| 66,900 | 66,950 | 15,526 | 13,143 | 16,388 | 14,248 |
| 66,950 | 67,000 | 15,541 | 13,157 | 16,403 | 14,262 |
| 67,000 | 67,050 | 15,557 | 13,171 | 16,419 | 14,276 |
| 67,050 | 67,100 | 15,572 | 13,185 | 16,434 | 14,290 |
| 67,100 | 67,150 | 15,588 | 13,199 | 16,450 | 14,304 |
| 67,150 | 67,200 | 15,603 | 13,213 | 16,465 | 14,318 |
| 67,200 | 67,250 | 15,619 | 13,227 | 16,481 | 14,332 |
| 67,250 | 67,300 | 15,634 | 13,241 | 16,496 | 14,346 |
| 67,300 | 67,350 | 15,650 | 13,255 | 16,512 | 14,360 |
| 67,350 | 67,400 | 15,665 | 13,269 | 16,527 | 14,374 |
| 67,400 | 67,450 | 15,681 | 13,283 | 16,543 | 14,388 |
| 67,450 | 67,500 | 15,696 | 13,297 | 16,558 | 14,402 |
| 67,500 | 67,550 | 15,712 | 13,311 | 16,574 | 14,416 |
| 67,550 | 67,600 | 15,727 | 13,325 | 16,589 | 14,430 |
| 67,600 | 67,650 | 15,743 | 13,339 | 16,605 | 14,444 |
| 67,650 | 67,700 | 15,758 | 13,353 | 16,620 | 14,458 |
| 67,700 | 67,750 | 15,774 | 13,367 | 16,636 | 14,472 |
| 67,750 | 67,800 | 15,789 | 13,381 | 16,651 | 14,486 |
| 67,800 | 67,850 | 15,805 | 13,395 | 16,667 | 14,500 |
| 67,850 | 67,900 | 15,820 | 13,409 | 16,682 | 14,514 |
| 67,900 | 67,950 | 15,836 | 13,423 | 16,698 | 14,528 |
| 67,950 | 68,000 | 15,851 | 13,437 | 16,713 | 14,542 |

* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—Continued**

### 68,000 / 69,000 / 70,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 68,000 | 68,050 | 15,867 | 13,451 | 16,729 | 14,556 |
| 68,050 | 68,100 | 15,882 | 13,465 | 16,744 | 14,570 |
| 68,100 | 68,150 | 15,898 | 13,479 | 16,760 | 14,584 |
| 68,150 | 68,200 | 15,913 | 13,493 | 16,775 | 14,598 |
| 68,200 | 68,250 | 15,929 | 13,507 | 16,791 | 14,612 |
| 68,250 | 68,300 | 15,944 | 13,521 | 16,806 | 14,626 |
| 68,300 | 68,350 | 15,960 | 13,535 | 16,822 | 14,640 |
| 68,350 | 68,400 | 15,975 | 13,549 | 16,837 | 14,654 |
| 68,400 | 68,450 | 15,991 | 13,563 | 16,853 | 14,668 |
| 68,450 | 68,500 | 16,006 | 13,577 | 16,868 | 14,682 |
| 68,500 | 68,550 | 16,022 | 13,591 | 16,884 | 14,696 |
| 68,550 | 68,600 | 16,037 | 13,605 | 16,899 | 14,710 |
| 68,600 | 68,650 | 16,053 | 13,619 | 16,915 | 14,724 |
| 68,650 | 68,700 | 16,068 | 13,633 | 16,930 | 14,738 |
| 68,700 | 68,750 | 16,084 | 13,647 | 16,946 | 14,752 |
| 68,750 | 68,800 | 16,099 | 13,661 | 16,961 | 14,766 |
| 68,800 | 68,850 | 16,115 | 13,675 | 16,977 | 14,780 |
| 68,850 | 68,900 | 16,130 | 13,689 | 16,992 | 14,794 |
| 68,900 | 68,950 | 16,146 | 13,703 | 17,008 | 14,808 |
| 68,950 | 69,000 | 16,161 | 13,717 | 17,023 | 14,822 |
| 69,000 | 69,050 | 16,177 | 13,731 | 17,039 | 14,836 |
| 69,050 | 69,100 | 16,192 | 13,745 | 17,054 | 14,850 |
| 69,100 | 69,150 | 16,208 | 13,759 | 17,070 | 14,864 |
| 69,150 | 69,200 | 16,223 | 13,773 | 17,085 | 14,878 |
| 69,200 | 69,250 | 16,239 | 13,787 | 17,101 | 14,892 |
| 69,250 | 69,300 | 16,254 | 13,801 | 17,116 | 14,906 |
| 69,300 | 69,350 | 16,270 | 13,815 | 17,132 | 14,920 |
| 69,350 | 69,400 | 16,285 | 13,829 | 17,147 | 14,934 |
| 69,400 | 69,450 | 16,301 | 13,843 | 17,163 | 14,948 |
| 69,450 | 69,500 | 16,316 | 13,857 | 17,178 | 14,962 |
| 69,500 | 69,550 | 16,332 | 13,871 | 17,194 | 14,976 |
| 69,550 | 69,600 | 16,347 | 13,885 | 17,209 | 14,990 |
| 69,600 | 69,650 | 16,363 | 13,899 | 17,225 | 15,004 |
| 69,650 | 69,700 | 16,378 | 13,913 | 17,240 | 15,018 |
| 69,700 | 69,750 | 16,394 | 13,927 | 17,256 | 15,032 |
| 69,750 | 69,800 | 16,409 | 13,941 | 17,271 | 15,046 |
| 69,800 | 69,850 | 16,425 | 13,955 | 17,287 | 15,060 |
| 69,850 | 69,900 | 16,440 | 13,969 | 17,302 | 15,074 |
| 69,900 | 69,950 | 16,456 | 13,983 | 17,318 | 15,088 |
| 69,950 | 70,000 | 16,471 | 13,997 | 17,333 | 15,102 |
| 70,000 | 70,050 | 16,487 | 14,011 | 17,349 | 15,116 |
| 70,050 | 70,100 | 16,502 | 14,025 | 17,364 | 15,130 |
| 70,100 | 70,150 | 16,518 | 14,039 | 17,380 | 15,144 |
| 70,150 | 70,200 | 16,533 | 14,053 | 17,395 | 15,158 |
| 70,200 | 70,250 | 16,549 | 14,067 | 17,411 | 15,172 |
| 70,250 | 70,300 | 16,564 | 14,081 | 17,426 | 15,186 |
| 70,300 | 70,350 | 16,580 | 14,095 | 17,442 | 15,200 |
| 70,350 | 70,400 | 16,595 | 14,109 | 17,457 | 15,214 |
| 70,400 | 70,450 | 16,611 | 14,123 | 17,473 | 15,228 |
| 70,450 | 70,500 | 16,626 | 14,137 | 17,488 | 15,242 |
| 70,500 | 70,550 | 16,642 | 14,151 | 17,504 | 15,256 |
| 70,550 | 70,600 | 16,657 | 14,165 | 17,519 | 15,270 |
| 70,600 | 70,650 | 16,673 | 14,179 | 17,535 | 15,284 |
| 70,650 | 70,700 | 16,688 | 14,193 | 17,550 | 15,298 |
| 70,700 | 70,750 | 16,704 | 14,207 | 17,566 | 15,312 |
| 70,750 | 70,800 | 16,719 | 14,221 | 17,581 | 15,326 |
| 70,800 | 70,850 | 16,735 | 14,235 | 17,597 | 15,340 |
| 70,850 | 70,900 | 16,750 | 14,249 | 17,612 | 15,354 |
| 70,900 | 70,950 | 16,766 | 14,263 | 17,628 | 15,368 |
| 70,950 | 71,000 | 16,781 | 14,277 | 17,643 | 15,382 |

### 71,000 / 72,000 / 73,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 71,000 | 71,050 | 16,797 | 14,291 | 17,659 | 15,396 |
| 71,050 | 71,100 | 16,812 | 14,305 | 17,674 | 15,410 |
| 71,100 | 71,150 | 16,828 | 14,319 | 17,690 | 15,424 |
| 71,150 | 71,200 | 16,843 | 14,333 | 17,705 | 15,438 |
| 71,200 | 71,250 | 16,859 | 14,347 | 17,721 | 15,452 |
| 71,250 | 71,300 | 16,874 | 14,361 | 17,736 | 15,466 |
| 71,300 | 71,350 | 16,890 | 14,375 | 17,752 | 15,480 |
| 71,350 | 71,400 | 16,905 | 14,389 | 17,767 | 15,494 |
| 71,400 | 71,450 | 16,921 | 14,403 | 17,783 | 15,508 |
| 71,450 | 71,500 | 16,936 | 14,417 | 17,798 | 15,522 |
| 71,500 | 71,550 | 16,952 | 14,431 | 17,814 | 15,536 |
| 71,550 | 71,600 | 16,967 | 14,445 | 17,829 | 15,550 |
| 71,600 | 71,650 | 16,983 | 14,459 | 17,845 | 15,564 |
| 71,650 | 71,700 | 16,998 | 14,473 | 17,860 | 15,578 |
| 71,700 | 71,750 | 17,014 | 14,487 | 17,876 | 15,592 |
| 71,750 | 71,800 | 17,029 | 14,501 | 17,891 | 15,606 |
| 71,800 | 71,850 | 17,045 | 14,515 | 17,907 | 15,620 |
| 71,850 | 71,900 | 17,060 | 14,529 | 17,922 | 15,634 |
| 71,900 | 71,950 | 17,076 | 14,543 | 17,938 | 15,648 |
| 71,950 | 72,000 | 17,091 | 14,557 | 17,953 | 15,662 |
| 72,000 | 72,050 | 17,107 | 14,571 | 17,969 | 15,676 |
| 72,050 | 72,100 | 17,122 | 14,585 | 17,984 | 15,690 |
| 72,100 | 72,150 | 17,138 | 14,599 | 18,000 | 15,704 |
| 72,150 | 72,200 | 17,153 | 14,613 | 18,015 | 15,718 |
| 72,200 | 72,250 | 17,169 | 14,627 | 18,031 | 15,732 |
| 72,250 | 72,300 | 17,184 | 14,641 | 18,046 | 15,746 |
| 72,300 | 72,350 | 17,200 | 14,655 | 18,062 | 15,760 |
| 72,350 | 72,400 | 17,215 | 14,669 | 18,077 | 15,774 |
| 72,400 | 72,450 | 17,231 | 14,683 | 18,093 | 15,788 |
| 72,450 | 72,500 | 17,246 | 14,697 | 18,108 | 15,802 |
| 72,500 | 72,550 | 17,262 | 14,711 | 18,124 | 15,816 |
| 72,550 | 72,600 | 17,277 | 14,725 | 18,139 | 15,830 |
| 72,600 | 72,650 | 17,293 | 14,739 | 18,155 | 15,844 |
| 72,650 | 72,700 | 17,308 | 14,753 | 18,170 | 15,858 |
| 72,700 | 72,750 | 17,324 | 14,767 | 18,186 | 15,872 |
| 72,750 | 72,800 | 17,339 | 14,781 | 18,201 | 15,886 |
| 72,800 | 72,850 | 17,355 | 14,795 | 18,217 | 15,900 |
| 72,850 | 72,900 | 17,370 | 14,809 | 18,232 | 15,914 |
| 72,900 | 72,950 | 17,386 | 14,823 | 18,248 | 15,928 |
| 72,950 | 73,000 | 17,401 | 14,837 | 18,263 | 15,942 |
| 73,000 | 73,050 | 17,417 | 14,851 | 18,279 | 15,956 |
| 73,050 | 73,100 | 17,432 | 14,865 | 18,294 | 15,970 |
| 73,100 | 73,150 | 17,448 | 14,879 | 18,310 | 15,984 |
| 73,150 | 73,200 | 17,463 | 14,893 | 18,325 | 15,998 |
| 73,200 | 73,250 | 17,479 | 14,907 | 18,341 | 16,012 |
| 73,250 | 73,300 | 17,494 | 14,921 | 18,356 | 16,026 |
| 73,300 | 73,350 | 17,510 | 14,935 | 18,372 | 16,040 |
| 73,350 | 73,400 | 17,525 | 14,949 | 18,387 | 16,054 |
| 73,400 | 73,450 | 17,541 | 14,963 | 18,403 | 16,068 |
| 73,450 | 73,500 | 17,556 | 14,977 | 18,418 | 16,082 |
| 73,500 | 73,550 | 17,572 | 14,991 | 18,434 | 16,096 |
| 73,550 | 73,600 | 17,587 | 15,005 | 18,449 | 16,110 |
| 73,600 | 73,650 | 17,603 | 15,019 | 18,465 | 16,124 |
| 73,650 | 73,700 | 17,618 | 15,033 | 18,480 | 16,138 |
| 73,700 | 73,750 | 17,634 | 15,047 | 18,496 | 16,152 |
| 73,750 | 73,800 | 17,649 | 15,061 | 18,511 | 16,166 |
| 73,800 | 73,850 | 17,665 | 15,075 | 18,527 | 16,180 |
| 73,850 | 73,900 | 17,680 | 15,089 | 18,542 | 16,194 |
| 73,900 | 73,950 | 17,696 | 15,103 | 18,558 | 16,208 |
| 73,950 | 74,000 | 17,711 | 15,117 | 18,573 | 16,222 |

### 74,000 / 75,000 / 76,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 74,000 | 74,050 | 17,727 | 15,131 | 18,589 | 16,236 |
| 74,050 | 74,100 | 17,742 | 15,145 | 18,604 | 16,250 |
| 74,100 | 74,150 | 17,758 | 15,159 | 18,620 | 16,264 |
| 74,150 | 74,200 | 17,773 | 15,173 | 18,635 | 16,278 |
| 74,200 | 74,250 | 17,789 | 15,187 | 18,651 | 16,292 |
| 74,250 | 74,300 | 17,804 | 15,201 | 18,666 | 16,306 |
| 74,300 | 74,350 | 17,820 | 15,215 | 18,682 | 16,320 |
| 74,350 | 74,400 | 17,835 | 15,229 | 18,697 | 16,334 |
| 74,400 | 74,450 | 17,851 | 15,243 | 18,713 | 16,348 |
| 74,450 | 74,500 | 17,866 | 15,257 | 18,728 | 16,362 |
| 74,500 | 74,550 | 17,882 | 15,271 | 18,744 | 16,376 |
| 74,550 | 74,600 | 17,897 | 15,285 | 18,759 | 16,390 |
| 74,600 | 74,650 | 17,913 | 15,299 | 18,775 | 16,404 |
| 74,650 | 74,700 | 17,928 | 15,313 | 18,790 | 16,418 |
| 74,700 | 74,750 | 17,944 | 15,327 | 18,806 | 16,432 |
| 74,750 | 74,800 | 17,959 | 15,341 | 18,821 | 16,446 |
| 74,800 | 74,850 | 17,975 | 15,355 | 18,837 | 16,460 |
| 74,850 | 74,900 | 17,990 | 15,369 | 18,852 | 16,474 |
| 74,900 | 74,950 | 18,006 | 15,383 | 18,868 | 16,488 |
| 74,950 | 75,000 | 18,021 | 15,397 | 18,883 | 16,502 |
| 75,000 | 75,050 | 18,037 | 15,411 | 18,899 | 16,516 |
| 75,050 | 75,100 | 18,052 | 15,425 | 18,914 | 16,530 |
| 75,100 | 75,150 | 18,068 | 15,439 | 18,930 | 16,544 |
| 75,150 | 75,200 | 18,083 | 15,453 | 18,945 | 16,558 |
| 75,200 | 75,250 | 18,099 | 15,467 | 18,961 | 16,572 |
| 75,250 | 75,300 | 18,114 | 15,481 | 18,976 | 16,586 |
| 75,300 | 75,350 | 18,130 | 15,495 | 18,992 | 16,600 |
| 75,350 | 75,400 | 18,145 | 15,509 | 19,007 | 16,614 |
| 75,400 | 75,450 | 18,161 | 15,523 | 19,023 | 16,628 |
| 75,450 | 75,500 | 18,176 | 15,537 | 19,038 | 16,642 |
| 75,500 | 75,550 | 18,192 | 15,551 | 19,054 | 16,656 |
| 75,550 | 75,600 | 18,207 | 15,565 | 19,069 | 16,670 |
| 75,600 | 75,650 | 18,223 | 15,579 | 19,085 | 16,684 |
| 75,650 | 75,700 | 18,238 | 15,593 | 19,100 | 16,698 |
| 75,700 | 75,750 | 18,254 | 15,607 | 19,116 | 16,712 |
| 75,750 | 75,800 | 18,269 | 15,621 | 19,131 | 16,726 |
| 75,800 | 75,850 | 18,285 | 15,635 | 19,147 | 16,740 |
| 75,850 | 75,900 | 18,300 | 15,649 | 19,162 | 16,754 |
| 75,900 | 75,950 | 18,316 | 15,663 | 19,178 | 16,768 |
| 75,950 | 76,000 | 18,331 | 15,677 | 19,193 | 16,782 |
| 76,000 | 76,050 | 18,347 | 15,691 | 19,209 | 16,796 |
| 76,050 | 76,100 | 18,362 | 15,705 | 19,224 | 16,810 |
| 76,100 | 76,150 | 18,378 | 15,719 | 19,240 | 16,824 |
| 76,150 | 76,200 | 18,393 | 15,733 | 19,255 | 16,838 |
| 76,200 | 76,250 | 18,409 | 15,747 | 19,271 | 16,852 |
| 76,250 | 76,300 | 18,424 | 15,761 | 19,286 | 16,866 |
| 76,300 | 76,350 | 18,440 | 15,775 | 19,302 | 16,880 |
| 76,350 | 76,400 | 18,455 | 15,789 | 19,317 | 16,894 |
| 76,400 | 76,450 | 18,471 | 15,803 | 19,333 | 16,908 |
| 76,450 | 76,500 | 18,486 | 15,817 | 19,348 | 16,922 |
| 76,500 | 76,550 | 18,502 | 15,831 | 19,364 | 16,936 |
| 76,550 | 76,600 | 18,517 | 15,845 | 19,379 | 16,950 |
| 76,600 | 76,650 | 18,533 | 15,859 | 19,395 | 16,964 |
| 76,650 | 76,700 | 18,548 | 15,873 | 19,410 | 16,978 |
| 76,700 | 76,750 | 18,564 | 15,887 | 19,426 | 16,992 |
| 76,750 | 76,800 | 18,579 | 15,901 | 19,441 | 17,006 |
| 76,800 | 76,850 | 18,595 | 15,915 | 19,457 | 17,020 |
| 76,850 | 76,900 | 18,610 | 15,929 | 19,472 | 17,034 |
| 76,900 | 76,950 | 18,626 | 15,943 | 19,488 | 17,048 |
| 76,950 | 77,000 | 18,641 | 15,957 | 19,503 | 17,062 |

* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—Continued**

### 77,000 / 78,000 / 79,000

| If line 39 (taxable income is—) At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **77,000** | | | | | |
| 77,000 | 77,050 | 18,657 | 15,971 | 19,519 | 17,076 |
| 77,050 | 77,100 | 18,672 | 15,985 | 19,534 | 17,090 |
| 77,100 | 77,150 | 18,688 | 15,999 | 19,550 | 17,104 |
| 77,150 | 77,200 | 18,703 | 16,013 | 19,565 | 17,118 |
| 77,200 | 77,250 | 18,719 | 16,027 | 19,581 | 17,132 |
| 77,250 | 77,300 | 18,734 | 16,041 | 19,596 | 17,146 |
| 77,300 | 77,350 | 18,750 | 16,055 | 19,612 | 17,160 |
| 77,350 | 77,400 | 18,765 | 16,069 | 19,627 | 17,174 |
| 77,400 | 77,450 | 18,781 | 16,083 | 19,643 | 17,188 |
| 77,450 | 77,500 | 18,796 | 16,097 | 19,658 | 17,202 |
| 77,500 | 77,550 | 18,812 | 16,111 | 19,674 | 17,216 |
| 77,550 | 77,600 | 18,827 | 16,125 | 19,689 | 17,230 |
| 77,600 | 77,650 | 18,843 | 16,139 | 19,705 | 17,244 |
| 77,650 | 77,700 | 18,858 | 16,153 | 19,720 | 17,258 |
| 77,700 | 77,750 | 18,874 | 16,167 | 19,736 | 17,272 |
| 77,750 | 77,800 | 18,889 | 16,181 | 19,751 | 17,286 |
| 77,800 | 77,850 | 18,905 | 16,195 | 19,767 | 17,300 |
| 77,850 | 77,900 | 18,920 | 16,209 | 19,782 | 17,314 |
| 77,900 | 77,950 | 18,936 | 16,223 | 19,798 | 17,328 |
| 77,950 | 78,000 | 18,951 | 16,237 | 19,813 | 17,342 |
| **78,000** | | | | | |
| 78,000 | 78,050 | 18,967 | 16,251 | 19,829 | 17,356 |
| 78,050 | 78,100 | 18,982 | 16,265 | 19,844 | 17,370 |
| 78,100 | 78,150 | 18,998 | 16,279 | 19,860 | 17,384 |
| 78,150 | 78,200 | 19,013 | 16,293 | 19,875 | 17,398 |
| 78,200 | 78,250 | 19,029 | 16,307 | 19,891 | 17,412 |
| 78,250 | 78,300 | 19,044 | 16,321 | 19,906 | 17,426 |
| 78,300 | 78,350 | 19,060 | 16,335 | 19,922 | 17,440 |
| 78,350 | 78,400 | 19,075 | 16,349 | 19,937 | 17,454 |
| 78,400 | 78,450 | 19,091 | 16,363 | 19,953 | 17,468 |
| 78,450 | 78,500 | 19,106 | 16,377 | 19,968 | 17,482 |
| 78,500 | 78,550 | 19,122 | 16,391 | 19,984 | 17,496 |
| 78,550 | 78,600 | 19,137 | 16,405 | 19,999 | 17,510 |
| 78,600 | 78,650 | 19,153 | 16,419 | 20,015 | 17,524 |
| 78,650 | 78,700 | 19,168 | 16,433 | 20,030 | 17,538 |
| 78,700 | 78,750 | 19,184 | 16,447 | 20,046 | 17,552 |
| 78,750 | 78,800 | 19,199 | 16,461 | 20,061 | 17,566 |
| 78,800 | 78,850 | 19,215 | 16,475 | 20,077 | 17,580 |
| 78,850 | 78,900 | 19,230 | 16,489 | 20,092 | 17,594 |
| 78,900 | 78,950 | 19,246 | 16,503 | 20,108 | 17,608 |
| 78,950 | 79,000 | 19,261 | 16,517 | 20,123 | 17,622 |
| **79,000** | | | | | |
| 79,000 | 79,050 | 19,277 | 16,531 | 20,139 | 17,636 |
| 79,050 | 79,100 | 19,292 | 16,545 | 20,154 | 17,650 |
| 79,100 | 79,150 | 19,308 | 16,559 | 20,170 | 17,664 |
| 79,150 | 79,200 | 19,323 | 16,573 | 20,185 | 17,678 |
| 79,200 | 79,250 | 19,339 | 16,587 | 20,201 | 17,692 |
| 79,250 | 79,300 | 19,354 | 16,601 | 20,216 | 17,706 |
| 79,300 | 79,350 | 19,370 | 16,615 | 20,234 | 17,720 |
| 79,350 | 79,400 | 19,385 | 16,629 | 20,252 | 17,734 |
| 79,400 | 79,450 | 19,401 | 16,643 | 20,270 | 17,748 |
| 79,450 | 79,500 | 19,416 | 16,657 | 20,288 | 17,762 |
| 79,500 | 79,550 | 19,432 | 16,671 | 20,306 | 17,776 |
| 79,550 | 79,600 | 19,447 | 16,685 | 20,324 | 17,790 |
| 79,600 | 79,650 | 19,463 | 16,699 | 20,342 | 17,804 |
| 79,650 | 79,700 | 19,478 | 16,713 | 20,360 | 17,818 |
| 79,700 | 79,750 | 19,494 | 16,727 | 20,378 | 17,832 |
| 79,750 | 79,800 | 19,509 | 16,741 | 20,396 | 17,846 |
| 79,800 | 79,850 | 19,525 | 16,755 | 20,414 | 17,860 |
| 79,850 | 79,900 | 19,540 | 16,769 | 20,432 | 17,874 |
| 79,900 | 79,950 | 19,556 | 16,783 | 20,450 | 17,888 |
| 79,950 | 80,000 | 19,571 | 16,797 | 20,468 | 17,902 |

### 80,000 / 81,000 / 82,000

| If line 39 (taxable income is—) At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **80,000** | | | | | |
| 80,000 | 80,050 | 19,587 | 16,811 | 20,486 | 17,916 |
| 80,050 | 80,100 | 19,602 | 16,825 | 20,504 | 17,930 |
| 80,100 | 80,150 | 19,618 | 16,839 | 20,522 | 17,944 |
| 80,150 | 80,200 | 19,633 | 16,853 | 20,540 | 17,958 |
| 80,200 | 80,250 | 19,649 | 16,867 | 20,558 | 17,972 |
| 80,250 | 80,300 | 19,664 | 16,881 | 20,576 | 17,986 |
| 80,300 | 80,350 | 19,680 | 16,895 | 20,594 | 18,000 |
| 80,350 | 80,400 | 19,695 | 16,909 | 20,612 | 18,014 |
| 80,400 | 80,450 | 19,711 | 16,923 | 20,630 | 18,028 |
| 80,450 | 80,500 | 19,726 | 16,937 | 20,648 | 18,042 |
| 80,500 | 80,550 | 19,742 | 16,951 | 20,666 | 18,056 |
| 80,550 | 80,600 | 19,757 | 16,965 | 20,684 | 18,070 |
| 80,600 | 80,650 | 19,773 | 16,979 | 20,702 | 18,084 |
| 80,650 | 80,700 | 19,788 | 16,993 | 20,720 | 18,098 |
| 80,700 | 80,750 | 19,804 | 17,007 | 20,738 | 18,112 |
| 80,750 | 80,800 | 19,819 | 17,021 | 20,756 | 18,126 |
| 80,800 | 80,850 | 19,835 | 17,035 | 20,774 | 18,140 |
| 80,850 | 80,900 | 19,850 | 17,049 | 20,792 | 18,154 |
| 80,900 | 80,950 | 19,866 | 17,063 | 20,810 | 18,168 |
| 80,950 | 81,000 | 19,881 | 17,077 | 20,828 | 18,182 |
| **81,000** | | | | | |
| 81,000 | 81,050 | 19,897 | 17,091 | 20,846 | 18,196 |
| 81,050 | 81,100 | 19,912 | 17,105 | 20,864 | 18,210 |
| 81,100 | 81,150 | 19,928 | 17,119 | 20,882 | 18,224 |
| 81,150 | 81,200 | 19,943 | 17,133 | 20,900 | 18,238 |
| 81,200 | 81,250 | 19,959 | 17,147 | 20,918 | 18,252 |
| 81,250 | 81,300 | 19,974 | 17,161 | 20,936 | 18,266 |
| 81,300 | 81,350 | 19,990 | 17,175 | 20,954 | 18,280 |
| 81,350 | 81,400 | 20,005 | 17,189 | 20,972 | 18,294 |
| 81,400 | 81,450 | 20,021 | 17,203 | 20,990 | 18,308 |
| 81,450 | 81,500 | 20,036 | 17,217 | 21,008 | 18,322 |
| 81,500 | 81,550 | 20,052 | 17,231 | 21,026 | 18,336 |
| 81,550 | 81,600 | 20,067 | 17,245 | 21,044 | 18,350 |
| 81,600 | 81,650 | 20,083 | 17,259 | 21,062 | 18,364 |
| 81,650 | 81,700 | 20,098 | 17,273 | 21,080 | 18,378 |
| 81,700 | 81,750 | 20,114 | 17,287 | 21,098 | 18,392 |
| 81,750 | 81,800 | 20,129 | 17,301 | 21,116 | 18,406 |
| 81,800 | 81,850 | 20,145 | 17,315 | 21,134 | 18,420 |
| 81,850 | 81,900 | 20,160 | 17,329 | 21,152 | 18,434 |
| 81,900 | 81,950 | 20,176 | 17,343 | 21,170 | 18,448 |
| 81,950 | 82,000 | 20,191 | 17,357 | 21,188 | 18,462 |
| **82,000** | | | | | |
| 82,000 | 82,050 | 20,207 | 17,371 | 21,206 | 18,476 |
| 82,050 | 82,100 | 20,222 | 17,385 | 21,224 | 18,490 |
| 82,100 | 82,150 | 20,238 | 17,399 | 21,242 | 18,504 |
| 82,150 | 82,200 | 20,253 | 17,413 | 21,260 | 18,518 |
| 82,200 | 82,250 | 20,269 | 17,427 | 21,278 | 18,532 |
| 82,250 | 82,300 | 20,284 | 17,441 | 21,296 | 18,546 |
| 82,300 | 82,350 | 20,300 | 17,455 | 21,314 | 18,560 |
| 82,350 | 82,400 | 20,315 | 17,469 | 21,332 | 18,574 |
| 82,400 | 82,450 | 20,331 | 17,483 | 21,350 | 18,588 |
| 82,450 | 82,500 | 20,346 | 17,497 | 21,368 | 18,602 |
| 82,500 | 82,550 | 20,362 | 17,511 | 21,386 | 18,616 |
| 82,550 | 82,600 | 20,377 | 17,525 | 21,404 | 18,630 |
| 82,600 | 82,650 | 20,393 | 17,539 | 21,422 | 18,644 |
| 82,650 | 82,700 | 20,408 | 17,553 | 21,440 | 18,658 |
| 82,700 | 82,750 | 20,424 | 17,567 | 21,458 | 18,672 |
| 82,750 | 82,800 | 20,439 | 17,581 | 21,476 | 18,686 |
| 82,800 | 82,850 | 20,455 | 17,595 | 21,494 | 18,700 |
| 82,850 | 82,900 | 20,470 | 17,609 | 21,512 | 18,714 |
| 82,900 | 82,950 | 20,486 | 17,623 | 21,530 | 18,728 |
| 82,950 | 83,000 | 20,501 | 17,637 | 21,548 | 18,742 |

### 83,000 / 84,000 / 85,000

| If line 39 (taxable income is—) At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **83,000** | | | | | |
| 83,000 | 83,050 | 20,517 | 17,651 | 21,566 | 18,756 |
| 83,050 | 83,100 | 20,532 | 17,665 | 21,584 | 18,770 |
| 83,100 | 83,150 | 20,548 | 17,679 | 21,602 | 18,784 |
| 83,150 | 83,200 | 20,563 | 17,693 | 21,620 | 18,798 |
| 83,200 | 83,250 | 20,579 | 17,707 | 21,638 | 18,812 |
| 83,250 | 83,300 | 20,594 | 17,721 | 21,656 | 18,826 |
| 83,300 | 83,350 | 20,610 | 17,735 | 21,674 | 18,840 |
| 83,350 | 83,400 | 20,625 | 17,749 | 21,692 | 18,854 |
| 83,400 | 83,450 | 20,641 | 17,763 | 21,710 | 18,868 |
| 83,450 | 83,500 | 20,656 | 17,777 | 21,728 | 18,882 |
| 83,500 | 83,550 | 20,672 | 17,791 | 21,746 | 18,896 |
| 83,550 | 83,600 | 20,687 | 17,805 | 21,764 | 18,910 |
| 83,600 | 83,650 | 20,703 | 17,819 | 21,782 | 18,924 |
| 83,650 | 83,700 | 20,718 | 17,833 | 21,800 | 18,938 |
| 83,700 | 83,750 | 20,734 | 17,847 | 21,818 | 18,952 |
| 83,750 | 83,800 | 20,749 | 17,861 | 21,836 | 18,966 |
| 83,800 | 83,850 | 20,765 | 17,875 | 21,854 | 18,980 |
| 83,850 | 83,900 | 20,780 | 17,889 | 21,872 | 18,994 |
| 83,900 | 83,950 | 20,796 | 17,903 | 21,890 | 19,008 |
| 83,950 | 84,000 | 20,811 | 17,917 | 21,908 | 19,022 |
| **84,000** | | | | | |
| 84,000 | 84,050 | 20,827 | 17,931 | 21,926 | 19,036 |
| 84,050 | 84,100 | 20,842 | 17,945 | 21,944 | 19,050 |
| 84,100 | 84,150 | 20,858 | 17,959 | 21,962 | 19,064 |
| 84,150 | 84,200 | 20,873 | 17,973 | 21,980 | 19,078 |
| 84,200 | 84,250 | 20,889 | 17,987 | 21,998 | 19,092 |
| 84,250 | 84,300 | 20,904 | 18,001 | 22,016 | 19,106 |
| 84,300 | 84,350 | 20,920 | 18,015 | 22,034 | 19,120 |
| 84,350 | 84,400 | 20,935 | 18,029 | 22,052 | 19,134 |
| 84,400 | 84,450 | 20,951 | 18,043 | 22,070 | 19,148 |
| 84,450 | 84,500 | 20,966 | 18,057 | 22,088 | 19,162 |
| 84,500 | 84,550 | 20,982 | 18,071 | 22,106 | 19,176 |
| 84,550 | 84,600 | 20,997 | 18,085 | 22,124 | 19,190 |
| 84,600 | 84,650 | 21,013 | 18,099 | 22,142 | 19,204 |
| 84,650 | 84,700 | 21,028 | 18,113 | 22,160 | 19,218 |
| 84,700 | 84,750 | 21,044 | 18,127 | 22,178 | 19,232 |
| 84,750 | 84,800 | 21,059 | 18,141 | 22,196 | 19,246 |
| 84,800 | 84,850 | 21,075 | 18,155 | 22,214 | 19,260 |
| 84,850 | 84,900 | 21,090 | 18,169 | 22,232 | 19,274 |
| 84,900 | 84,950 | 21,106 | 18,183 | 22,250 | 19,288 |
| 84,950 | 85,000 | 21,121 | 18,197 | 22,268 | 19,302 |
| **85,000** | | | | | |
| 85,000 | 85,050 | 21,137 | 18,211 | 22,286 | 19,316 |
| 85,050 | 85,100 | 21,152 | 18,225 | 22,304 | 19,330 |
| 85,100 | 85,150 | 21,168 | 18,239 | 22,322 | 19,344 |
| 85,150 | 85,200 | 21,183 | 18,253 | 22,340 | 19,358 |
| 85,200 | 85,250 | 21,199 | 18,267 | 22,358 | 19,372 |
| 85,250 | 85,300 | 21,214 | 18,281 | 22,376 | 19,386 |
| 85,300 | 85,350 | 21,230 | 18,295 | 22,394 | 19,400 |
| 85,350 | 85,400 | 21,245 | 18,309 | 22,412 | 19,414 |
| 85,400 | 85,450 | 21,261 | 18,323 | 22,430 | 19,428 |
| 85,450 | 85,500 | 21,276 | 18,337 | 22,448 | 19,442 |
| 85,500 | 85,550 | 21,292 | 18,351 | 22,466 | 19,456 |
| 85,550 | 85,600 | 21,307 | 18,365 | 22,484 | 19,470 |
| 85,600 | 85,650 | 21,323 | 18,379 | 22,502 | 19,484 |
| 85,650 | 85,700 | 21,338 | 18,393 | 22,520 | 19,498 |
| 85,700 | 85,750 | 21,354 | 18,407 | 22,538 | 19,512 |
| 85,750 | 85,800 | 21,369 | 18,421 | 22,556 | 19,526 |
| 85,800 | 85,850 | 21,385 | 18,435 | 22,574 | 19,540 |
| 85,850 | 85,900 | 21,400 | 18,449 | 22,592 | 19,554 |
| 85,900 | 85,950 | 21,416 | 18,463 | 22,610 | 19,568 |
| 85,950 | 86,000 | 21,431 | 18,477 | 22,628 | 19,582 |

* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—Continued**

Each table below lists columns: At least | But less than | Single | Married filing jointly* | Married filing separately | Head of a household. ( *This column must also be used by a qualifying widow(er).* )

### 86,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 86,000 | 86,050 | 21,447 | 18,491 | 22,646 | 19,596 |
| 86,050 | 86,100 | 21,462 | 18,505 | 22,664 | 19,610 |
| 86,100 | 86,150 | 21,478 | 18,519 | 22,682 | 19,624 |
| 86,150 | 86,200 | 21,493 | 18,533 | 22,700 | 19,638 |
| 86,200 | 86,250 | 21,509 | 18,547 | 22,718 | 19,652 |
| 86,250 | 86,300 | 21,524 | 18,561 | 22,736 | 19,666 |
| 86,300 | 86,350 | 21,540 | 18,575 | 22,754 | 19,680 |
| 86,350 | 86,400 | 21,555 | 18,589 | 22,772 | 19,694 |
| 86,400 | 86,450 | 21,571 | 18,603 | 22,790 | 19,708 |
| 86,450 | 86,500 | 21,586 | 18,617 | 22,808 | 19,722 |
| 86,500 | 86,550 | 21,602 | 18,631 | 22,826 | 19,736 |
| 86,550 | 86,600 | 21,617 | 18,645 | 22,844 | 19,750 |
| 86,600 | 86,650 | 21,633 | 18,659 | 22,862 | 19,764 |
| 86,650 | 86,700 | 21,648 | 18,673 | 22,880 | 19,778 |
| 86,700 | 86,750 | 21,664 | 18,687 | 22,898 | 19,792 |
| 86,750 | 86,800 | 21,679 | 18,701 | 22,916 | 19,806 |
| 86,800 | 86,850 | 21,695 | 18,715 | 22,934 | 19,820 |
| 86,850 | 86,900 | 21,710 | 18,729 | 22,952 | 19,834 |
| 86,900 | 86,950 | 21,726 | 18,743 | 22,970 | 19,848 |
| 86,950 | 87,000 | 21,741 | 18,757 | 22,988 | 19,862 |

### 87,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 87,000 | 87,050 | 21,757 | 18,771 | 23,006 | 19,876 |
| 87,050 | 87,100 | 21,772 | 18,785 | 23,024 | 19,890 |
| 87,100 | 87,150 | 21,788 | 18,799 | 23,042 | 19,904 |
| 87,150 | 87,200 | 21,803 | 18,813 | 23,060 | 19,918 |
| 87,200 | 87,250 | 21,819 | 18,827 | 23,078 | 19,932 |
| 87,250 | 87,300 | 21,834 | 18,841 | 23,096 | 19,946 |
| 87,300 | 87,350 | 21,850 | 18,855 | 23,114 | 19,960 |
| 87,350 | 87,400 | 21,865 | 18,869 | 23,132 | 19,974 |
| 87,400 | 87,450 | 21,881 | 18,883 | 23,150 | 19,988 |
| 87,450 | 87,500 | 21,896 | 18,897 | 23,168 | 20,002 |
| 87,500 | 87,550 | 21,912 | 18,911 | 23,186 | 20,016 |
| 87,550 | 87,600 | 21,927 | 18,925 | 23,204 | 20,030 |
| 87,600 | 87,650 | 21,943 | 18,939 | 23,222 | 20,044 |
| 87,650 | 87,700 | 21,958 | 18,953 | 23,240 | 20,058 |
| 87,700 | 87,750 | 21,974 | 18,967 | 23,258 | 20,072 |
| 87,750 | 87,800 | 21,989 | 18,981 | 23,276 | 20,086 |
| 87,800 | 87,850 | 22,005 | 18,995 | 23,294 | 20,100 |
| 87,850 | 87,900 | 22,020 | 19,009 | 23,312 | 20,114 |
| 87,900 | 87,950 | 22,036 | 19,023 | 23,330 | 20,128 |
| 87,950 | 88,000 | 22,051 | 19,037 | 23,348 | 20,142 |

### 88,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 88,000 | 88,050 | 22,067 | 19,051 | 23,366 | 20,156 |
| 88,050 | 88,100 | 22,082 | 19,065 | 23,384 | 20,170 |
| 88,100 | 88,150 | 22,098 | 19,079 | 23,402 | 20,184 |
| 88,150 | 88,200 | 22,113 | 19,093 | 23,420 | 20,198 |
| 88,200 | 88,250 | 22,129 | 19,107 | 23,438 | 20,212 |
| 88,250 | 88,300 | 22,144 | 19,121 | 23,456 | 20,226 |
| 88,300 | 88,350 | 22,160 | 19,135 | 23,474 | 20,240 |
| 88,350 | 88,400 | 22,175 | 19,149 | 23,492 | 20,254 |
| 88,400 | 88,450 | 22,191 | 19,163 | 23,510 | 20,268 |
| 88,450 | 88,500 | 22,206 | 19,177 | 23,528 | 20,282 |
| 88,500 | 88,550 | 22,222 | 19,191 | 23,546 | 20,296 |
| 88,550 | 88,600 | 22,237 | 19,205 | 23,564 | 20,310 |
| 88,600 | 88,650 | 22,253 | 19,219 | 23,582 | 20,324 |
| 88,650 | 88,700 | 22,268 | 19,233 | 23,600 | 20,338 |
| 88,700 | 88,750 | 22,284 | 19,247 | 23,618 | 20,352 |
| 88,750 | 88,800 | 22,299 | 19,261 | 23,636 | 20,366 |
| 88,800 | 88,850 | 22,315 | 19,275 | 23,654 | 20,380 |
| 88,850 | 88,900 | 22,330 | 19,289 | 23,672 | 20,394 |
| 88,900 | 88,950 | 22,346 | 19,303 | 23,690 | 20,408 |
| 88,950 | 89,000 | 22,361 | 19,317 | 23,708 | 20,422 |

### 89,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 89,000 | 89,050 | 22,377 | 19,331 | 23,726 | 20,436 |
| 89,050 | 89,100 | 22,392 | 19,345 | 23,744 | 20,450 |
| 89,100 | 89,150 | 22,408 | 19,359 | 23,762 | 20,464 |
| 89,150 | 89,200 | 22,423 | 19,373 | 23,780 | 20,478 |
| 89,200 | 89,250 | 22,439 | 19,387 | 23,798 | 20,494 |
| 89,250 | 89,300 | 22,454 | 19,401 | 23,816 | 20,509 |
| 89,300 | 89,350 | 22,470 | 19,415 | 23,834 | 20,525 |
| 89,350 | 89,400 | 22,485 | 19,429 | 23,852 | 20,540 |
| 89,400 | 89,450 | 22,501 | 19,443 | 23,870 | 20,556 |
| 89,450 | 89,500 | 22,516 | 19,457 | 23,888 | 20,571 |
| 89,500 | 89,550 | 22,532 | 19,471 | 23,906 | 20,587 |
| 89,550 | 89,600 | 22,547 | 19,485 | 23,924 | 20,602 |
| 89,600 | 89,650 | 22,563 | 19,499 | 23,942 | 20,618 |
| 89,650 | 89,700 | 22,578 | 19,513 | 23,960 | 20,633 |
| 89,700 | 89,750 | 22,594 | 19,527 | 23,978 | 20,649 |
| 89,750 | 89,800 | 22,609 | 19,541 | 23,996 | 20,664 |
| 89,800 | 89,850 | 22,625 | 19,555 | 24,014 | 20,680 |
| 89,850 | 89,900 | 22,640 | 19,569 | 24,032 | 20,695 |
| 89,900 | 89,950 | 22,656 | 19,583 | 24,050 | 20,711 |
| 89,950 | 90,000 | 22,671 | 19,597 | 24,068 | 20,726 |

### 90,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 90,000 | 90,050 | 22,687 | 19,611 | 24,086 | 20,742 |
| 90,050 | 90,100 | 22,702 | 19,625 | 24,104 | 20,757 |
| 90,100 | 90,150 | 22,718 | 19,639 | 24,122 | 20,773 |
| 90,150 | 90,200 | 22,733 | 19,653 | 24,140 | 20,788 |
| 90,200 | 90,250 | 22,749 | 19,667 | 24,158 | 20,804 |
| 90,250 | 90,300 | 22,764 | 19,681 | 24,176 | 20,819 |
| 90,300 | 90,350 | 22,780 | 19,695 | 24,194 | 20,835 |
| 90,350 | 90,400 | 22,795 | 19,709 | 24,212 | 20,850 |
| 90,400 | 90,450 | 22,811 | 19,723 | 24,230 | 20,866 |
| 90,450 | 90,500 | 22,826 | 19,737 | 24,248 | 20,881 |
| 90,500 | 90,550 | 22,842 | 19,751 | 24,266 | 20,897 |
| 90,550 | 90,600 | 22,857 | 19,765 | 24,284 | 20,912 |
| 90,600 | 90,650 | 22,873 | 19,779 | 24,302 | 20,928 |
| 90,650 | 90,700 | 22,888 | 19,793 | 24,320 | 20,943 |
| 90,700 | 90,750 | 22,904 | 19,807 | 24,338 | 20,959 |
| 90,750 | 90,800 | 22,919 | 19,821 | 24,356 | 20,974 |
| 90,800 | 90,850 | 22,935 | 19,835 | 24,374 | 20,990 |
| 90,850 | 90,900 | 22,950 | 19,849 | 24,392 | 21,005 |
| 90,900 | 90,950 | 22,966 | 19,863 | 24,410 | 21,021 |
| 90,950 | 91,000 | 22,981 | 19,877 | 24,428 | 21,036 |

### 91,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 91,000 | 91,050 | 22,997 | 19,891 | 24,446 | 21,052 |
| 91,050 | 91,100 | 23,012 | 19,905 | 24,464 | 21,067 |
| 91,100 | 91,150 | 23,028 | 19,919 | 24,482 | 21,083 |
| 91,150 | 91,200 | 23,043 | 19,933 | 24,500 | 21,098 |
| 91,200 | 91,250 | 23,059 | 19,947 | 24,518 | 21,114 |
| 91,250 | 91,300 | 23,074 | 19,961 | 24,536 | 21,129 |
| 91,300 | 91,350 | 23,090 | 19,975 | 24,554 | 21,145 |
| 91,350 | 91,400 | 23,105 | 19,989 | 24,572 | 21,160 |
| 91,400 | 91,450 | 23,121 | 20,003 | 24,590 | 21,176 |
| 91,450 | 91,500 | 23,136 | 20,017 | 24,608 | 21,191 |
| 91,500 | 91,550 | 23,152 | 20,031 | 24,626 | 21,207 |
| 91,550 | 91,600 | 23,167 | 20,045 | 24,644 | 21,222 |
| 91,600 | 91,650 | 23,183 | 20,059 | 24,662 | 21,238 |
| 91,650 | 91,700 | 23,198 | 20,073 | 24,680 | 21,253 |
| 91,700 | 91,750 | 23,214 | 20,087 | 24,698 | 21,269 |
| 91,750 | 91,800 | 23,229 | 20,101 | 24,716 | 21,284 |
| 91,800 | 91,850 | 23,245 | 20,115 | 24,734 | 21,300 |
| 91,850 | 91,900 | 23,260 | 20,129 | 24,752 | 21,315 |
| 91,900 | 91,950 | 23,276 | 20,143 | 24,770 | 21,331 |
| 91,950 | 92,000 | 23,291 | 20,157 | 24,788 | 21,346 |

### 92,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 92,000 | 92,050 | 23,307 | 20,171 | 24,806 | 21,362 |
| 92,050 | 92,100 | 23,322 | 20,185 | 24,824 | 21,377 |
| 92,100 | 92,150 | 23,338 | 20,199 | 24,842 | 21,393 |
| 92,150 | 92,200 | 23,353 | 20,213 | 24,860 | 21,408 |
| 92,200 | 92,250 | 23,369 | 20,227 | 24,878 | 21,424 |
| 92,250 | 92,300 | 23,384 | 20,241 | 24,896 | 21,439 |
| 92,300 | 92,350 | 23,400 | 20,255 | 24,914 | 21,455 |
| 92,350 | 92,400 | 23,415 | 20,269 | 24,932 | 21,470 |
| 92,400 | 92,450 | 23,431 | 20,283 | 24,950 | 21,486 |
| 92,450 | 92,500 | 23,446 | 20,297 | 24,968 | 21,501 |
| 92,500 | 92,550 | 23,462 | 20,311 | 24,986 | 21,517 |
| 92,550 | 92,600 | 23,477 | 20,325 | 25,004 | 21,532 |
| 92,600 | 92,650 | 23,493 | 20,339 | 25,022 | 21,548 |
| 92,650 | 92,700 | 23,508 | 20,353 | 25,040 | 21,563 |
| 92,700 | 92,750 | 23,524 | 20,367 | 25,058 | 21,579 |
| 92,750 | 92,800 | 23,539 | 20,381 | 25,076 | 21,594 |
| 92,800 | 92,850 | 23,555 | 20,395 | 25,094 | 21,610 |
| 92,850 | 92,900 | 23,570 | 20,409 | 25,112 | 21,625 |
| 92,900 | 92,950 | 23,586 | 20,423 | 25,130 | 21,641 |
| 92,950 | 93,000 | 23,601 | 20,437 | 25,148 | 21,656 |

### 93,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 93,000 | 93,050 | 23,617 | 20,451 | 25,166 | 21,672 |
| 93,050 | 93,100 | 23,632 | 20,465 | 25,184 | 21,687 |
| 93,100 | 93,150 | 23,648 | 20,479 | 25,202 | 21,703 |
| 93,150 | 93,200 | 23,663 | 20,493 | 25,220 | 21,718 |
| 93,200 | 93,250 | 23,679 | 20,507 | 25,238 | 21,734 |
| 93,250 | 93,300 | 23,694 | 20,521 | 25,256 | 21,749 |
| 93,300 | 93,350 | 23,710 | 20,535 | 25,274 | 21,765 |
| 93,350 | 93,400 | 23,725 | 20,549 | 25,292 | 21,780 |
| 93,400 | 93,450 | 23,741 | 20,563 | 25,310 | 21,796 |
| 93,450 | 93,500 | 23,756 | 20,577 | 25,328 | 21,811 |
| 93,500 | 93,550 | 23,772 | 20,591 | 25,346 | 21,827 |
| 93,550 | 93,600 | 23,787 | 20,605 | 25,364 | 21,842 |
| 93,600 | 93,650 | 23,803 | 20,619 | 25,382 | 21,858 |
| 93,650 | 93,700 | 23,818 | 20,633 | 25,400 | 21,873 |
| 93,700 | 93,750 | 23,834 | 20,647 | 25,418 | 21,889 |
| 93,750 | 93,800 | 23,849 | 20,661 | 25,436 | 21,904 |
| 93,800 | 93,850 | 23,865 | 20,675 | 25,454 | 21,920 |
| 93,850 | 93,900 | 23,880 | 20,689 | 25,472 | 21,935 |
| 93,900 | 93,950 | 23,896 | 20,703 | 25,490 | 21,951 |
| 93,950 | 94,000 | 23,911 | 20,717 | 25,508 | 21,966 |

### 94,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 94,000 | 94,050 | 23,927 | 20,731 | 25,526 | 21,982 |
| 94,050 | 94,100 | 23,942 | 20,745 | 25,544 | 21,997 |
| 94,100 | 94,150 | 23,958 | 20,759 | 25,562 | 22,013 |
| 94,150 | 94,200 | 23,973 | 20,773 | 25,580 | 22,028 |
| 94,200 | 94,250 | 23,989 | 20,787 | 25,598 | 22,044 |
| 94,250 | 94,300 | 24,004 | 20,801 | 25,616 | 22,059 |
| 94,300 | 94,350 | 24,020 | 20,815 | 25,634 | 22,075 |
| 94,350 | 94,400 | 24,035 | 20,829 | 25,652 | 22,090 |
| 94,400 | 94,450 | 24,051 | 20,843 | 25,670 | 22,106 |
| 94,450 | 94,500 | 24,066 | 20,857 | 25,688 | 22,121 |
| 94,500 | 94,550 | 24,082 | 20,871 | 25,706 | 22,137 |
| 94,550 | 94,600 | 24,097 | 20,885 | 25,724 | 22,152 |
| 94,600 | 94,650 | 24,113 | 20,899 | 25,742 | 22,168 |
| 94,650 | 94,700 | 24,128 | 20,913 | 25,760 | 22,183 |
| 94,700 | 94,750 | 24,144 | 20,927 | 25,778 | 22,199 |
| 94,750 | 94,800 | 24,159 | 20,941 | 25,796 | 22,214 |
| 94,800 | 94,850 | 24,175 | 20,955 | 25,814 | 22,230 |
| 94,850 | 94,900 | 24,190 | 20,969 | 25,832 | 22,245 |
| 94,900 | 94,950 | 24,206 | 20,983 | 25,850 | 22,261 |
| 94,950 | 95,000 | 24,221 | 20,997 | 25,868 | 22,276 |

* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—**_Continued_

| If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately * | Head of a house-hold | At least | But less than | Single | Married filing jointly * | Married filing separately * | Head of a house-hold |
| | | **Your tax is—** | | | | | | **Your tax is—** | | | |
| **95,000** | | | | | | **98,000** | | | | | |
| 95,000 | 95,050 | 24,237 | 21,011 | 25,886 | 22,292 | 98,000 | 98,050 | 25,167 | 21,851 | 26,966 | 23,222 |
| 95,050 | 95,100 | 24,252 | 21,025 | 25,904 | 22,307 | 98,050 | 98,100 | 25,182 | 21,865 | 26,984 | 23,237 |
| 95,100 | 95,150 | 24,268 | 21,039 | 25,922 | 22,323 | 98,100 | 98,150 | 25,198 | 21,879 | 27,002 | 23,253 |
| 95,150 | 95,200 | 24,283 | 21,053 | 25,940 | 22,338 | 98,150 | 98,200 | 25,213 | 21,893 | 27,020 | 23,268 |
| 95,200 | 95,250 | 24,299 | 21,067 | 25,958 | 22,354 | 98,200 | 98,250 | 25,229 | 21,907 | 27,038 | 23,284 |
| 95,250 | 95,300 | 24,314 | 21,081 | 25,976 | 22,369 | 98,250 | 98,300 | 25,244 | 21,921 | 27,056 | 23,299 |
| 95,300 | 95,350 | 24,330 | 21,095 | 25,994 | 22,385 | 98,300 | 98,350 | 25,260 | 21,935 | 27,074 | 23,315 |
| 95,350 | 95,400 | 24,345 | 21,109 | 26,012 | 22,400 | 98,350 | 98,400 | 25,275 | 21,949 | 27,092 | 23,330 |
| 95,400 | 95,450 | 24,361 | 21,123 | 26,030 | 22,416 | 98,400 | 98,450 | 25,291 | 21,963 | 27,110 | 23,346 |
| 95,450 | 95,500 | 24,376 | 21,137 | 26,048 | 22,431 | 98,450 | 98,500 | 25,306 | 21,977 | 27,128 | 23,361 |
| 95,500 | 95,550 | 24,392 | 21,151 | 26,066 | 22,447 | 98,500 | 98,550 | 25,322 | 21,991 | 27,146 | 23,377 |
| 95,550 | 95,600 | 24,407 | 21,165 | 26,084 | 22,462 | 98,550 | 98,600 | 25,337 | 22,005 | 27,164 | 23,392 |
| 95,600 | 95,650 | 24,423 | 21,179 | 26,102 | 22,478 | 98,600 | 98,650 | 25,353 | 22,019 | 27,182 | 23,408 |
| 95,650 | 95,700 | 24,438 | 21,193 | 26,120 | 22,493 | 98,650 | 98,700 | 25,368 | 22,033 | 27,200 | 23,423 |
| 95,700 | 95,750 | 24,454 | 21,207 | 26,138 | 22,509 | 98,700 | 98,750 | 25,384 | 22,047 | 27,218 | 23,439 |
| 95,750 | 95,800 | 24,469 | 21,221 | 26,156 | 22,524 | 98,750 | 98,800 | 25,399 | 22,061 | 27,236 | 23,454 |
| 95,800 | 95,850 | 24,485 | 21,235 | 26,174 | 22,540 | 98,800 | 98,850 | 25,415 | 22,075 | 27,254 | 23,470 |
| 95,850 | 95,900 | 24,500 | 21,249 | 26,192 | 22,555 | 98,850 | 98,900 | 25,430 | 22,089 | 27,272 | 23,485 |
| 95,900 | 95,950 | 24,516 | 21,263 | 26,210 | 22,571 | 98,900 | 98,950 | 25,446 | 22,103 | 27,290 | 23,501 |
| 95,950 | 96,000 | 24,531 | 21,277 | 26,228 | 22,586 | 98,950 | 99,000 | 25,461 | 22,117 | 27,308 | 23,516 |
| **96,000** | | | | | | **99,000** | | | | | |
| 96,000 | 96,050 | 24,547 | 21,291 | 26,246 | 22,602 | 99,000 | 99,050 | 25,477 | 22,131 | 27,326 | 23,532 |
| 96,050 | 96,100 | 24,562 | 21,305 | 26,264 | 22,617 | 99,050 | 99,100 | 25,492 | 22,145 | 27,344 | 23,547 |
| 96,100 | 96,150 | 24,578 | 21,319 | 26,282 | 22,633 | 99,100 | 99,150 | 25,508 | 22,159 | 27,362 | 23,563 |
| 96,150 | 96,200 | 24,593 | 21,333 | 26,300 | 22,648 | 99,150 | 99,200 | 25,523 | 22,173 | 27,380 | 23,578 |
| 96,200 | 96,250 | 24,609 | 21,347 | 26,318 | 22,664 | 99,200 | 99,250 | 25,539 | 22,187 | 27,398 | 23,594 |
| 96,250 | 96,300 | 24,624 | 21,361 | 26,336 | 22,679 | 99,250 | 99,300 | 25,554 | 22,201 | 27,416 | 23,609 |
| 96,300 | 96,350 | 24,640 | 21,375 | 26,354 | 22,695 | 99,300 | 99,350 | 25,570 | 22,215 | 27,434 | 23,625 |
| 96,350 | 96,400 | 24,655 | 21,389 | 26,372 | 22,710 | 99,350 | 99,400 | 25,585 | 22,229 | 27,452 | 23,640 |
| 96,400 | 96,450 | 24,671 | 21,403 | 26,390 | 22,726 | 99,400 | 99,450 | 25,601 | 22,243 | 27,470 | 23,656 |
| 96,450 | 96,500 | 24,686 | 21,417 | 26,408 | 22,741 | 99,450 | 99,500 | 25,616 | 22,257 | 27,488 | 23,671 |
| 96,500 | 96,550 | 24,702 | 21,431 | 26,426 | 22,757 | 99,500 | 99,550 | 25,632 | 22,271 | 27,506 | 23,687 |
| 96,550 | 96,600 | 24,717 | 21,445 | 26,444 | 22,772 | 99,550 | 99,600 | 25,647 | 22,285 | 27,524 | 23,702 |
| 96,600 | 96,650 | 24,733 | 21,459 | 26,462 | 22,788 | 99,600 | 99,650 | 25,663 | 22,299 | 27,542 | 23,718 |
| 96,650 | 96,700 | 24,748 | 21,473 | 26,480 | 22,803 | 99,650 | 99,700 | 25,678 | 22,313 | 27,560 | 23,733 |
| 96,700 | 96,750 | 24,764 | 21,487 | 26,498 | 22,819 | 99,700 | 99,750 | 25,694 | 22,327 | 27,578 | 23,749 |
| 96,750 | 96,800 | 24,779 | 21,501 | 26,516 | 22,834 | 99,750 | 99,800 | 25,709 | 22,341 | 27,596 | 23,764 |
| 96,800 | 96,850 | 24,795 | 21,515 | 26,534 | 22,850 | 99,800 | 99,850 | 25,725 | 22,355 | 27,614 | 23,780 |
| 96,850 | 96,900 | 24,810 | 21,529 | 26,552 | 22,865 | 99,850 | 99,900 | 25,740 | 22,369 | 27,632 | 23,795 |
| 96,900 | 96,950 | 24,826 | 21,543 | 26,570 | 22,881 | 99,900 | 99,950 | 25,756 | 22,383 | 27,650 | 23,811 |
| 96,950 | 97,000 | 24,841 | 21,557 | 26,588 | 22,896 | 99,950 | 100,000 | 25,771 | 22,397 | 27,668 | 23,826 |
| **97,000** | | | | | | | | | | | |
| 97,000 | 97,050 | 24,857 | 21,571 | 26,606 | 22,912 | | | | | | |
| 97,050 | 97,100 | 24,872 | 21,585 | 26,624 | 22,927 | | | | | | |
| 97,100 | 97,150 | 24,888 | 21,599 | 26,642 | 22,943 | | | | | | |
| 97,150 | 97,200 | 24,903 | 21,613 | 26,660 | 22,958 | | | | | | |
| 97,200 | 97,250 | 24,919 | 21,627 | 26,678 | 22,974 | | | | | | |
| 97,250 | 97,300 | 24,934 | 21,641 | 26,696 | 22,989 | | | | | | |
| 97,300 | 97,350 | 24,950 | 21,655 | 26,714 | 23,005 | | | | | | |
| 97,350 | 97,400 | 24,965 | 21,669 | 26,732 | 23,020 | | | | | | |
| 97,400 | 97,450 | 24,981 | 21,683 | 26,750 | 23,036 | | | | | | |
| 97,450 | 97,500 | 24,996 | 21,697 | 26,768 | 23,051 | | | | | | |
| 97,500 | 97,550 | 25,012 | 21,711 | 26,786 | 23,067 | | | | | | |
| 97,550 | 97,600 | 25,027 | 21,725 | 26,804 | 23,082 | | | | | | |
| 97,600 | 97,650 | 25,043 | 21,739 | 26,822 | 23,098 | | | | | | |
| 97,650 | 97,700 | 25,058 | 21,753 | 26,840 | 23,113 | | | | | | |
| 97,700 | 97,750 | 25,074 | 21,767 | 26,858 | 23,129 | | | | | | |
| 97,750 | 97,800 | 25,089 | 21,781 | 26,876 | 23,144 | | | | | | |
| 97,800 | 97,850 | 25,105 | 21,795 | 26,894 | 23,160 | | | | | | |
| 97,850 | 97,900 | 25,120 | 21,809 | 26,912 | 23,175 | | | | | | |
| 97,900 | 97,950 | 25,136 | 21,823 | 26,930 | 23,191 | | | | | | |
| 97,950 | 98,000 | 25,151 | 21,837 | 26,948 | 23,206 | | | | | | |

**$100,000 or over — use the Tax Rate Schedules on page 69**

* This column must also be used by a qualifying widow(er).

# 1999 Tax Rate Schedules



Use **only** if your taxable income (Form 1040, line 39) is $100,000 or more. If less, use the **Tax Table**. Even though you cannot use the Tax Rate Schedules below if your taxable income is less than $100,000, all levels of taxable income are shown so taxpayers can see the tax rate that applies to each level.

**Schedule X**—Use if your filing status is **Single**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | | of the amount over– |
|---|---|---|---|---|
| $0 | $25,750 | .......... 15% | | $0 |
| 25,750 | 62,450 | $3,862.50 + | 28% | 25,750 |
| 62,450 | 130,250 | 14,138.50 + | 31% | 62,450 |
| 130,250 | 283,150 | 35,156.50 + | 36% | 130,250 |
| 283,150 | .......... | 90,200.50 + 39.6% | | 283,150 |

**Schedule Y-1**—Use if your filing status is **Married filing jointly** or **Qualifying widow(er)**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | | of the amount over– |
|---|---|---|---|---|
| $0 | $43,050 | .......... 15% | | $0 |
| 43,050 | 104,050 | $6,457.50 + | 28% | 43,050 |
| 104,050 | 158,550 | 23,537.50 + | 31% | 104,050 |
| 158,550 | 283,150 | 40,432.50 + | 36% | 158,550 |
| 283,150 | .......... | 85,288.50 + 39.6% | | 283,150 |

**Schedule Y-2**—Use if your filing status is **Married filing separately**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | | of the amount over– |
|---|---|---|---|---|
| $0 | $21,525 | .......... 15% | | $0 |
| 21,525 | 52,025 | $3,228.75 + | 28% | 21,525 |
| 52,025 | 79,275 | 11,768.75 + | 31% | 52,025 |
| 79,275 | 141,575 | 20,216.25 + | 36% | 79,275 |
| 141,575 | .......... | 42,644.25 + 39.6% | | 141,575 |

**Schedule Z**—Use if your filing status is **Head of household**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | | of the amount over– |
|---|---|---|---|---|
| $0 | $34,550 | .......... 15% | | $0 |
| 34,550 | 89,150 | $5,182.50 + | 28% | 34,550 |
| 89,150 | 144,400 | 20,470.50 + | 31% | 89,150 |
| 144,400 | 283,150 | 37,598.00 + | 36% | 144,400 |
| 283,150 | .......... | 87,548.00 + 39.6% | | 283,150 |

# Instructions for Schedules to Form 1040

## 1999 Instructions for Schedule A, Itemized Deductions

Use Schedule A (Form 1040) to figure your itemized deductions. In most cases, your Federal income tax will be less if you take the **larger** of your itemized deductions or your standard deduction.

If you itemize, you may deduct a part of your medical and dental expenses and unreimbursed employee business expenses, and amounts you paid for certain taxes, interest, contributions, and miscellaneous expenses. You may also deduct certain casualty and theft losses.

 **Do not** include on Schedule A items deducted elsewhere, such as on Schedule C, C-EZ, E, or F.

## A Change To Note

**Expenses To Stop Smoking.** Medical expenses include unreimbursed amounts you paid to participate in a program to stop smoking or for prescription medicines to alleviate nicotine withdrawal. Nonprescription medicines, such as nicotine gum and certain nicotine patches, are not deductible.

## Medical and Dental Expenses

You may deduct only the part of your medical and dental expenses that exceeds 7.5% of the amount on Form 1040, line 34.

**Pub. 502** discusses the types of expenses that may and may not be deducted. It also explains when you may deduct capital expenses and special care expenses for disabled persons.

 If you received a distribution from your medical savings account in 1999, see **Pub. 969** to figure your deduction.

### Examples of Medical and Dental Payments You May Deduct

To the extent you were **not reimbursed,** you may deduct what you paid for:

● Insurance premiums for medical and dental care, including premiums for qualified long-term care contracts as defined in Pub. 502. But see **Limit on Long-Term Care Premiums You May Deduct** on this page. Reduce the insurance premiums by any self-employed health insurance deduction you claimed on Form 1040, line 28.

● Prescription medicines or insulin.

● Medical doctors, osteopathic doctors, dentists, eye doctors, podiatrists, chiropractors, psychiatrists, psychologists, physical therapists, occupational therapists, acupuncturists, and psychoanalysts (medical care only).

● Medical examinations, X-ray and laboratory services, insulin treatment, and whirlpool baths your doctor ordered.

● Nursing help (including your share of the employment taxes paid). If you paid someone to do both nursing and housework, you may deduct only the cost of the nursing help.

● Hospital care (including meals and lodging), clinic costs, and lab fees.

● Qualified long-term care services (see Pub. 502).

● The supplemental part of Medicare insurance (Medicare B).

● Medical treatment at a center for drug or alcohol addiction.

● Medical aids such as eyeglasses, contact lenses, hearing aids, braces, crutches, wheelchairs, and guide dogs, including the cost of maintaining them.

● Lodging expenses (but not meals) while away from home to receive medical care in a hospital or a medical care facility related to a hospital. **Do not** include more than $50 a night for each eligible person.

● Ambulance service and other travel costs to get medical care. If you used your own car, you may claim what you spent for gas and oil to go to and from the place you received the care; or you may claim **10 cents a mile.** Add parking and tolls to the amount you claim under either method.

**Note.** Certain medical expenses paid out of a deceased taxpayer's estate may be claimed on the deceased taxpayer's final return. See Pub. 502 for details.

**Limit on Long-Term Care Premiums You May Deduct.** The amount you may deduct for qualified long-term care contracts (as defined in Pub. 502) depends on the age, at the end of 1999, of the person for whom the premiums were paid.

| IF the person was, at the end of 1999, age . . . | THEN the most you may deduct is . . . |
| --- | --- |
| 40 or under | $ 210 |
| 41–50 | $ 400 |
| 51–60 | $ 800 |
| 61–70 | $ 2,120 |
| 71 or older | $ 2,660 |

### Examples of Medical and Dental Payments You May Not Deduct

● The basic cost of Medicare insurance (Medicare A).

 If you were 65 or older but not entitled to social security benefits, you may deduct premiums you voluntarily paid for Medicare A coverage.

● Cosmetic surgery unless it was necessary to improve a deformity related to a congenital abnormality, an injury from an accident or trauma, or a disfiguring disease.

● Life insurance or income protection policies.

● The Medicare tax on your wages and tips or the Medicare tax paid as part of the self-employment tax or household employment taxes.

● Nursing care for a healthy baby. But you may be able to take a credit for the amount you paid. See the instructions for Form 1040, line 41.

● Illegal operations or drugs.

● Nonprescription medicines.

● Travel your doctor told you to take for rest or a change.

● Funeral, burial, or cremation costs.

A-1

# Line 1

## Medical and Dental Expenses

Enter the total of your medical and dental expenses, after you reduce these expenses by any payments received from insurance or other sources. See **Reimbursements** below.

 Do not forget to include insurance premiums you paid for medical and dental care. But if you claimed the self-employed health insurance deduction on Form 1040, line 28, reduce the premiums by the amount on line 28.

**Whose Medical and Dental Expenses Can You Include?** You may include medical and dental bills you paid for:

- Yourself and your spouse.
- All dependents you claim on your return.
- Your child whom you do not claim as a dependent because of the rules explained in **Pub. 501** for children of divorced or separated parents.
- Any person you could have claimed as a dependent on your return if that person had not received $2,750 or more of gross income or had not filed a joint return.

**Example.** You provided over half of your mother's support but may not claim her as a dependent because she received wages of $2,750 in 1999. You may include on line 1 any medical and dental expenses you paid in 1999 for your mother.

**Reimbursements.** If your insurance company paid the provider directly for part of your expenses, and you paid only the amount that remained, include on line 1 ONLY the amount you paid. If you received a reimbursement in 1999 for medical or dental expenses you paid in 1999, reduce your 1999 expenses by this amount. If you received a reimbursement in 1999 for prior year medical or dental expenses, do not reduce your 1999 expenses by this amount. But if you deducted the expenses in the earlier year and the deduction reduced your tax, you must include the reimbursement in income on Form 1040, line 21. See Pub. 502 for details on how to figure the amount to include.

**Cafeteria Plans.** Do not include on line 1 insurance premiums paid by an employer-sponsored health insurance plan (cafeteria plan) unless the premiums are included in box 1 of your W-2 form(s). Also, do not include any other medical and dental expenses paid by the plan unless the amount paid is included in box 1 of your W-2 form(s).

# Taxes You Paid

## Taxes You May Not Deduct

- Federal income and excise taxes.
- Social security, Medicare, Federal unemployment (FUTA), and railroad retirement (RRTA) taxes.
- Customs duties.
- Federal estate and gift taxes. But see the instructions for line 27 on page A-6.
- Certain state and local taxes, including: general sales tax, tax on gasoline, car inspection fees, assessments for sidewalks or other improvements to your property, tax you paid for someone else, and license fees (marriage, driver's, dog, etc.).

# Line 5

## State and Local Income Taxes

Include on this line the state and local income taxes listed below.

- State and local income taxes withheld from your salary during 1999. Your W-2 form(s) will show these amounts. Forms W-2G, 1099-G, 1099-R, and 1099-MISC may also show state and local income taxes withheld.
- State and local income taxes paid in 1999 for a prior year, such as taxes paid with your 1998 state or local income tax return. **Do not** include penalties or interest.
- State and local estimated tax payments made during 1999, including any part of a prior year refund that you chose to have credited to your 1999 state or local income taxes.
- Mandatory contributions you made to the California, New Jersey, or New York Nonoccupational Disability Benefit Fund, Rhode Island Temporary Disability Benefit Fund, or Washington State Supplemental Workmen's Compensation Fund.

**Do not** reduce your deduction by:

- Any state or local income tax refund or credit you expect to receive for 1999, or
- Any refund of, or credit for, prior year state and local income taxes you actually received in 1999. Instead, see the instructions for Form 1040, line 10.

# Line 6

## Real Estate Taxes

Include taxes (state, local, or foreign) you paid on real estate you own that was not used for business, but only if the taxes are based on the assessed value of the property. Also, the assessment must be made uniformly on property throughout the community,

and the proceeds must be used for general community or governmental purposes. **Pub. 530** explains the deductions homeowners may take.

**Do not** include the following amounts on line 6.

- Itemized charges for services to specific property or persons (for example, a $20 monthly charge per house for trash collection, a $5 charge for every 1,000 gallons of water consumed, or a flat charge for mowing a lawn that had grown higher than permitted under a local ordinance).
- Charges for improvements that tend to increase the value of your property (for example, an assessment to build a new sidewalk). The cost of a property improvement is added to the basis of the property. However, a charge is deductible if it is used only to maintain an existing public facility in service (for example, a charge to repair an existing sidewalk, and any interest included in that charge).

If your mortgage payments include your real estate taxes, you may deduct only the amount the mortgage company actually paid to the taxing authority in 1999.

If you sold your home in 1999, any real estate tax charged to the buyer should be shown in box 5 of **Form 1099-S**. This amount is considered a refund of real estate taxes. See **Refunds and Rebates** next. Any real estate taxes you paid at closing should be shown on your settlement statement.

**Refunds and Rebates.** If you received a refund or rebate in 1999 of real estate taxes you paid in 1999, reduce your deduction by the amount of the refund or rebate. If you received a refund or rebate in 1999 of real estate taxes you paid in an earlier year, do not reduce your deduction by this amount. Instead, you must include the refund or rebate in income on Form 1040, line 21, if you deducted the real estate taxes in the earlier year and the deduction reduced your tax. **Pub. 525** tells you how to figure the amount to include in income.

# Line 7

## Personal Property Taxes

Enter personal property tax you paid, but only if it is based on value alone.

**Example.** You paid a fee for the registration of your car. Part of the fee was based on the car's value and part was based on its weight. You may deduct only the part of the fee that is based on the car's value.

# Line 8

## Other Taxes

If you had any deductible tax not listed on line 5, 6, or 7, list the type and amount of tax. Enter only one total on line 8. Include on this line income tax you paid to a foreign country or U.S. possession.

 You may want to take a credit for the foreign tax instead of a deduction. See the instructions for Form 1040, line 46, for details.

# Interest You Paid

Whether your interest expense is treated as investment interest, personal interest, or business interest depends on how and when you used the loan proceeds. See **Pub. 535** for details.

In general, if you paid interest in 1999 that applies to any period after 1999, you may deduct only amounts that apply for 1999.

# Lines 10 and 11

## Home Mortgage Interest

A **home mortgage** is any loan that is secured by your main home or second home. It includes first and second mortgages, home equity loans, and refinanced mortgages.

A **home** may be a house, condominium, cooperative, mobile home, boat, or similar property. It must provide basic living accommodations including sleeping space, toilet, and cooking facilities.

**Limit on Home Mortgage Interest.** If you took out any mortgages after October 13, 1987, your deduction may be limited. Any additional amounts borrowed after October 13, 1987, on a line-of-credit mortgage you had on that date are treated as a mortgage taken out after October 13, 1987. If you refinanced a mortgage you had on October 13, 1987, treat the new mortgage as taken out on or before October 13, 1987. But if you refinanced for more than the balance of the old mortgage, treat the excess as a mortgage taken out after October 13, 1987.

See **Pub. 936** to figure your deduction in **either 1** or **2** next applies. If you had more than one home at the same time, the dollar amounts in **1** and **2** apply to the total mortgages on both homes.

**1.** You took out any mortgages after October 13, 1987, and used the proceeds for purposes other than to buy, build, or improve your home, and all of these mortgages totaled over $100,000 at any time during 1999. The limit is $50,000 if married filing separately. An example of this type of mortgage is a home equity loan used to pay off credit card bills, buy a car, or pay tuition.

**2.** You took out any mortgages after October 13, 1987, and used the proceeds to buy, build, or improve your home, and these mortgages plus any mortgages you took out on or before October 13, 1987, totaled over $1 million at any time during 1999. The limit is $500,000 if married filing separately.

 If the total amount of all mortgages is more than the fair market value of the home, additional limits apply. See Pub. 936.

## Line 10

Enter on line 10 mortgage interest and points reported to you on **Form 1098.** If this form shows any refund of overpaid interest, do not reduce your deduction by the refund. Instead, see the instructions for Form 1040, line 21.

If you paid more interest to the recipient than is shown on Form 1098, see Pub. 936 to find out if you can deduct the additional interest. If you can, attach a statement explaining the difference and enter "See attached" next to line 10.

**Note.** If you are claiming the **mortgage interest credit** (see the instructions for Form 1040, line 47), subtract the amount shown on line 3 of **Form 8396** from the total deductible interest you paid on your home mortgage. Enter the result on line 10.

## Line 11

If you did not receive a Form 1098 from the recipient, report your deductible mortgage interest on line 11.

If you bought your home from the recipient, be sure to show that recipient's name, identifying no., and address on the dotted lines next to line 11. If the recipient is an individual, the identifying no. is his or her social security number (SSN). Otherwise, it is the employer identification number. You must also let the recipient know your SSN. If you do not show the required information about the recipient or let the recipient know your SSN, you may have to pay a $50 penalty.

If you and at least one other person (other than your spouse if filing a joint return) were liable for and paid interest on the mortgage, and the other person received the Form 1098, attach a statement to your return showing the name and address of that person. Next to line 11, enter "See attached."

# Line 12

## Points Not Reported on Form 1098

Points are shown on your settlement statement. Points you paid **only** to borrow money are generally deductible over the life of the loan. See **Pub. 936** to figure the amount you may deduct. Points paid for other purposes, such as for a lender's services, are not deductible.

**Refinancing.** Generally, you must deduct points you paid to refinance a mortgage over the life of the loan. This is true even if the new mortgage is secured by your main home.

If you used part of the proceeds to **improve your main home,** you may be able to deduct the part of the points related to the improvement in the year paid. See Pub. 936 for details.

 If you paid off a mortgage early, deduct any remaining points in the year you paid off the mortgage.

# Line 13

## Investment Interest

Investment interest is interest paid on money you borrowed that is allocable to property held for investment. It does not include any interest allocable to passive activities or to securities that generate tax-exempt income.

Complete and attach **Form 4952** to figure your deduction.

**Exception.** You do not have to file Form 4952 if **all three** of the following apply.

**1.** Your investment interest expense is not more than your investment income from interest and ordinary dividends.

**2.** You have no other deductible expenses connected with the production of the interest or dividends.

**3.** You have no disallowed investment interest expense from 1998.

**Note.** Alaska Permanent Fund dividends, including those reported on **Form 8814,** are not investment income.

For more details, see **Pub. 550.**

# Gifts to Charity

You may deduct contributions or gifts you gave to organizations that are religious, charitable, educational, scientific, or literary in purpose. You may also deduct what you gave to organizations that work to prevent cruelty to children or animals. Examples of these organizations are:

● Churches, temples, synagogues, mosques, Salvation Army, Red Cross, CARE, Goodwill Industries, United Way, Boy Scouts, Girl Scouts, Boys and Girls Clubs of America, etc.

● Fraternal orders, if the gifts will be used for the purposes listed above.

● Veterans' and certain cultural groups.

● Nonprofit schools, hospitals, and organizations whose purpose is to find a cure for, or help people who have, arthritis, asthma, birth defects, cancer, cerebral palsy, cystic fibrosis, diabetes, heart disease, hemophilia, mental illness or retardation, multiple sclerosis, muscular dystrophy, tuberculosis, etc.

● Federal, state, and local governments if the gifts are solely for public purposes.

 If you do not know whether you may deduct what you gave to an organization, check with that organization or with the IRS.

## Contributions You May Deduct

Contributions may be in cash (keep canceled checks, receipts, or other reliable written records showing the name of the organization and the date and amount given), property, or out-of-pocket expenses you paid to do volunteer work for the kinds of organizations described earlier. If you drove to and from the volunteer work, you may take **14 cents a mile** or the actual cost of gas and oil. Add parking and tolls to the amount you claim under either method. But do not deduct any amounts that were repaid to you.

**Gifts From Which You Benefit.** If you made a gift and received a benefit in return, such as food, entertainment, or merchandise, you may generally only deduct the amount that is more than the value of the benefit. But this rule does not apply to certain membership benefits provided in return for an annual payment of $75 or less. For details, see **Pub. 526.**

   **Example.** You paid $70 to a charitable organization to attend a fund-raising dinner and the value of the dinner was $40. You may deduct only $30.

**Gifts of $250 or More.** You may deduct a gift of $250 or more only if you have a statement from the charitable organization showing the information in **1** and **2** below.

In figuring whether a gift is $250 or more, do not combine separate donations. For example, if you gave your church $25 each week for a total of $1,300, treat each $25 payment as a separate gift. If you made donations through payroll deductions, treat each deduction from each paycheck as a separate gift. See Pub. 526 if you made a separate gift of $250 or more through payroll deduction.

**1.** The amount of any money contributed and a description (but not value) of any property donated.

**2.** Whether the organization did or did not give you any goods or services in return for your contribution. If you did receive any goods or services, a description and estimate of the value must be included. If you received only intangible religious benefits (such as admission to a religious ceremony), the organization must state this, but it does not have to describe or value the benefit.

 You must get the statement by the date you file your return or the due date (including extensions) for filing your return, whichever is earlier. Do not attach the statement to your return. Instead, keep it for your records.

**Limit on the Amount You May Deduct.** See Pub. 526 to figure the amount of your deduction if **any** of the following apply.

● Your cash contributions or contributions of ordinary income property are more than 30% of the amount on Form 1040, line 34.

● Your gifts of capital gain property are more than 20% of the amount on Form 1040, line 34.

● You gave gifts of property that increased in value or gave gifts of the use of property.

## You May Not Deduct as Contributions

● Travel expenses (including meals and lodging) while away from home unless there was no significant element of personal pleasure, recreation, or vacation in the travel.

● Political contributions.

● Dues, fees, or bills paid to country clubs, lodges, fraternal orders, or similar groups.

● Cost of raffle, bingo, or lottery tickets.

● Cost of tuition.

● Value of your time or services.

● Value of blood given to a blood bank.

● The transfer of a future interest in tangible personal property (generally, until the entire interest has been transferred).

● Gifts to individuals and groups that are run for personal profit.

● Gifts to foreign organizations. But you may be able to deduct gifts to certain U.S. organizations that transfer funds to foreign charities and certain Canadian and Mexican charities. See Pub. 526 for details.

● Gifts to organizations engaged in certain political activities that are of direct financial interest to your trade or business. See Internal Revenue Code section 170(f)(9).

● Gifts to groups whose purpose is to lobby for changes in the laws.

● Gifts to civic leagues, social and sports clubs, labor unions, and chambers of commerce.

● Value of benefits received in connection with a contribution to a charitable organization. See Pub. 526 for exceptions.

# Line 15

## Gifts by Cash or Check

Enter the total contributions you made in cash or by check (including out-of-pocket expenses).

# Line 16

## Other Than by Cash or Check

Enter your contributions of property. If you gave used items, such as clothing or furniture, deduct their fair market value at the time you gave them. Fair market value is what a willing buyer would pay a willing seller when neither has to buy or sell and both are aware of the conditions of the sale.

   If the amount of your deduction is more than $500, you must complete and attach **Form 8283.** For this purpose, the "amount of your deduction" means your deduction BEFORE applying any income limits that could result in a carryover of contributions. If your total deduction is over $5,000, you may also have to get appraisals of the values of the donated property. See Form 8283 and its instructions for details.

**Recordkeeping.** If you gave property, you should keep a receipt or written statement from the organization you gave the property to, or a reliable written record, that shows the organization's name and address, the date and location of the gift, and a description of the property. For each gift of property, you should also keep reliable written records that include:

● How you figured the property's value at the time you gave it. If the value was determined by an appraisal, keep a signed copy of the appraisal.

*(continued on page A-5)*

- The cost or other basis of the property if you must reduce it by any ordinary income or capital gain that would have resulted if the property had been sold at its fair market value.

- How you figured your deduction if you chose to reduce your deduction for gifts of capital gain property.

- Any conditions attached to the gift.

**Note.** If your total deduction for gifts of property is over $500, you gave less than your entire interest in the property, or you made a "qualified conservation contribution," your records should contain additional information. See Pub. 526 for details.

## Line 17

### Carryover From Prior Year

Enter any carryover of contributions that you could not deduct in an earlier year because they exceeded your adjusted gross income limit. See Pub. 526 for details.

# Casualty and Theft Losses

## Line 19

Complete and attach **Form 4684** to figure the amount of your loss to enter on line 19.

You may be able to deduct part or all of each loss caused by theft, vandalism, fire, storm, or similar causes, and car, boat, and other accidents. You may also be able to deduct money you had in a financial institution but lost because of the insolvency or bankruptcy of the institution.

You may deduct nonbusiness casualty or theft losses only to the extent that—

**1.** The amount of **each** separate casualty or theft loss is more than $100, and

**2.** The total amount of **all** losses during the year is more than 10% of the amount on Form 1040, line 34.

Special rules apply if you had both gains and losses from nonbusiness casualties or thefts. See Form 4684 for details.

Use line 22 of Schedule A to deduct the costs of proving that you had a property loss. Examples of these costs are appraisal fees and photographs used to establish the amount of your loss.

For information on Federal disaster area losses, see **Pub. 547.**

# Job Expenses and Most Other Miscellaneous Deductions

**Pub. 529** discusses the types of expenses that may and may not be deducted.

Examples of expenses you may **not** deduct are:

- Political contributions.
- Personal legal expenses.
- Lost or misplaced cash or property.
- Expenses for meals during regular or extra work hours.
- The cost of entertaining friends.
- Expenses of going to or from your regular workplace.
- Travel expenses for employment away from home if that period of employment exceeds 1 year. See Pub. 529 for an exception for certain Federal employees.
- Travel as a form of education.
- Expenses of attending a seminar, convention, or similar meeting unless it is related to your employment.
- Club dues. See Pub. 529 for exceptions.
- Expenses of adopting a child. But you may be able to take a credit for your expenses. See **Form 8839** for details.
- Fines and penalties.
- Expenses of producing tax-exempt income.

## Line 20

### Unreimbursed Employee Expenses

Enter the total job expenses you paid for which you were not reimbursed. (Amounts your employer included in box 1 of your W-2 form are not considered reimbursements.) But you MUST fill in and attach **Form 2106** if:

**1.** You claim any travel, transportation, meal, or entertainment expenses for your job, OR

**2.** Your employer paid you for any of your job expenses reportable on line 20.

 If you used your own vehicle and item **2** does not apply, you may be able to file **Form 2106-EZ** instead.

If you do not have to file Form 2106 or 2106-EZ, list the type and amount of each expense on the dotted lines next to line 20. If you need more space, attach a statement showing the type and amount of each expense. Enter one total on line 20.

Examples of other expenses to include on line 20 are:

- Safety equipment, small tools, and supplies you needed for your job.
- Uniforms required by your employer, and which you may not usually wear away from work.
- Protective clothing required in your work, such as hard hats, safety shoes, and glasses.
- Physical examinations your employer said you must have.
- Dues to professional organizations and chambers of commerce.
- Subscriptions to professional journals.
- Fees to employment agencies and other costs to look for a new job in your present occupation, even if you do not get a new job.
- Certain business use of part of your home. For details, including limits that apply, use TeleTax topic 509 (see page 10) or see **Pub. 587.**
- Certain educational expenses. For details, use TeleTax topic 513 (see page 10) or see **Pub. 508.**

 You may be able to take a credit for your educational expenses instead of a deduction. See **Form 8863** for details.

## Line 21

### Tax Preparation Fees

Enter the fees you paid for preparation of your tax return, including fees paid for filing your return electronically.

## Line 22

### Other Expenses

Enter the total amount you paid to produce or collect taxable income and manage or protect property held for earning income. But **do not** include any personal expenses. List the type and amount of each expense on the dotted lines next to line 22. If you need more space, attach a statement showing the type and amount of each expense. Enter one total on line 22.

Examples of expenses to include on line 22 are:

- Certain legal and accounting fees.
- Clerical help and office rent.
- Custodial (for example, trust account) fees.
- Your share of the investment expenses of a regulated investment company.

*(continued on page A-6)*

- Certain losses on nonfederally insured deposits in an insolvent or bankrupt financial institution. For details, including limits that apply, see **Pub. 529.**

- Casualty and theft losses from property used in performing services as an employee from Form 4684, lines 32 and 38b, or Form 4797, line 18b(1).

- Deduction for repayment of amounts under a claim of right if $3,000 or less.

# Other Miscellaneous Deductions

## Line 27

Only the expenses listed next can be deducted on this line. List the type and amount of each expense on the dotted lines next to line 27. If you need more space, attach a statement showing the type and amount of each expense. Enter one total on line 27.

- Gambling losses, but only to the extent of gambling winnings reported on Form 1040, line 21.

- Casualty and theft losses from income-producing property from Form 4684, lines 32 and 38b, or Form 4797, line 18b(1).

- Federal estate tax on income in respect of a decedent.

- Amortizable bond premium on bonds acquired before October 23, 1986.

- Deduction for repayment of amounts under a claim of right if over $3,000. See **Pub. 525** for details.

- Certain unrecovered investment in a pension.

- Impairment-related work expenses of a disabled person.

For more details, see **Pub. 529.**

# Total Itemized Deductions

## Line 28

Use the worksheet below to figure the amount to enter on line 28 if the amount on Form 1040, line 34, is over $126,600 if single, married filing jointly, head of household, or qualifying widow(er); $63,300 if married filing separately.

---

**Itemized Deductions Worksheet—Line 28**     *Keep for Your Records*     

1. Add the amounts on Schedule A, lines 4, 9, 14, 18, 19, 26, and 27 . . . . . . . . . . . .  **1.** _____
2. Add the amounts on Schedule A, lines 4, 13, and 19, plus any gambling and casualty or theft losses included on line 27 . . . . . . .  **2.** _____

   **CAUTION** Be sure your total gambling and casualty or theft losses are clearly identified on the dotted line next to line 27.

3. Is the amount on line 2 less than the amount on line 1?

   ☐ **No.** **STOP** Your deduction is not limited. Enter the amount from line 1 above on Schedule A, line 28.

   ☐ **Yes.** Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . .  **3.** _____
4. Multiply line 3 above by 80% (.80) . . . . . . . .  **4.** _____
5. Enter the amount from Form 1040, line 34 . . . . . .  **5.** _____
6. Enter: $126,600 if single, married filing jointly, head of household, or qualifying widow(er); $63,300 if married filing separately . . . . . . .  **6.** _____
7. Is the amount on line 6 less than the amount on line 5?

   ☐ **No.** **STOP** Your deduction is not limited. Enter the amount from line 1 above on Schedule A, line 28.

   ☐ **Yes.** Subtract line 6 from line 5 . . . . . . . . . . .  **7.** _____
8. Multiply line 7 above by 3% (.03) . . . . . . . . . .  **8.** _____
9. Enter the **smaller** of line 4 or line 8 . . . . . . . . . . . . . . .  **9.** _____
10. **Total itemized deductions.** Subtract line 9 from line 1. Enter the result here and on Schedule A, line 28 . . . . . . . . . . . . . . . . . . .  **10.** _____

# 1999 Instructions for Schedule B, Interest and Ordinary Dividends

Use Schedule B (Form 1040) if **any** of the following apply.

- You had over $400 in taxable interest.
- Any of the **Special Rules** listed in the instructions for line 1 below apply to you.
- You are claiming the exclusion of interest from series EE or I U.S. savings bonds issued after 1989.
- You had over $400 in ordinary dividends.
- You received ordinary dividends as a nominee.
- You **(1)** had a foreign account; or **(2)** received a distribution from, or were a grantor of, or transferor to, a foreign trust. Part III of the schedule has questions about foreign accounts and trusts.

 You may list more than one payer on each entry space for lines 1 and 5, but be sure to clearly show the amount paid next to the payer's name. Add the separate amounts paid by the payers listed on an entry space and enter the total in the "Amount" column. If you still need more space, attach separate statements that are the same size as the printed schedule. Use the same format as lines 1 and 5, but show your totals on Schedule B. Be sure to put your name and social security number (SSN) on the statements and attach them at the end of your return.

## Part I. Interest

## Line 1

### Interest

Report on line 1 **all** of your taxable interest. List each payer's name and show the amount.

### Special Rules

#### Seller-Financed Mortgages

If you sold your home or other property and the buyer used the property as a personal residence, list first any interest the buyer paid you on a mortgage or other form of seller financing. Be sure to show the buyer's name, address, and SSN. You must also let the buyer know your SSN. If you do not show the buyer's name, address, and SSN, or let the buyer know your SSN, you may have to pay a $50 penalty.

#### Nominees

If you received a **Form 1099-INT** that includes interest you received as a nominee (that is, in your name, but the interest actually belongs to someone else), report the total on line 1. Do this even if you later distributed some or all of this income to others. Under your last entry on line 1, put

a subtotal of all interest listed on line 1. Below this subtotal, enter "Nominee Distribution" and show the total interest you received as a nominee. Subtract this amount from the subtotal and enter the result on line 2.

 If you received interest as a nominee, you must give the actual owner a Form 1099-INT unless the owner is your spouse. You must also file a **Form 1096** and a Form 1099-INT with the IRS. For more details, see the **Instructions for Forms 1099, 1098, 5498, and W-2G.**

#### Accrued Interest

When you buy bonds between interest payment dates and pay accrued interest to the seller, this interest is taxable to the seller. If you received a Form 1099 for interest as a purchaser of a bond with accrued interest, follow the rules earlier under **Nominees** to see how to report the accrued interest on Schedule B. But identify the amount to be subtracted as "Accrued Interest."

#### Tax-Exempt Interest

If you received a **Form 1099-INT** for tax-exempt interest, follow the rules earlier under **Nominees** to see how to report the interest on Schedule B. But identify the amount to be subtracted as "Tax-Exempt Interest."

#### Original Issue Discount (OID)

If you are reporting OID in an amount less than the amount shown on Form 1099-OID, follow the rules earlier under **Nominees** to see how to report the OID on Schedule B. But identify the amount to be subtracted as "OID Adjustment."

#### Amortizable Bond Premium

If you are reducing your interest income on a bond by the amount of amortizable bond premium, follow the rules earlier under **Nominees** to see how to report the interest on Schedule B. But identify the amount to be subtracted as "ABP Adjustment."

## Line 3

### Excludable Interest on Series EE and I U.S. Savings Bonds Issued After 1989

If, during 1999, you cashed series EE or I U.S. savings bonds issued after 1989 and you paid qualified higher education expenses for yourself, your spouse, or your dependents, you may be able to exclude part or all of the interest on those bonds. See **Form 8815** for details.

## Part II. Ordinary Dividends

**Note.** You may have to file Form 5471 if, in 1999, you were an officer or director of a foreign corporation. You may also have to file Form 5471 if, in 1999, you owned 10% or more of the total **(1)** value of a foreign corporation's stock, or **(2)** combined voting power of all classes of a foreign corporation's stock with voting rights. For details, see Form 5471 and its instructions.

## Line 5

### Ordinary Dividends

Report on line 5 **all** of your ordinary dividends. List each payer's name and show the amount.

 Do not report capital gain distributions on line 5. Instead, see the instructions for Form 1040, line 13.

*(continued on page B-2)*

**Nominees**

If you received a **Form 1099-DIV** that includes ordinary dividends you received as a nominee (that is, in your name, but the ordinary dividends actually belong to someone else), report the total on line 5. Do this even if you later distributed some or all of this income to others. Under your last entry on line 5, put a subtotal of all ordinary dividends listed on line 5. Below this subtotal, enter "Nominee Distribution" and show the total ordinary dividends you received as a nominee. Subtract this amount from the subtotal and enter the result on line 6.

 If you received ordinary dividends as a nominee, you must give the actual owner a Form 1099-DIV unless the owner is your spouse. You must also file a **Form 1096** and a Form 1099-DIV with the IRS. For more details, see the **Instructions for Forms 1099, 1098, 5498, and W-2G.**

# Part III. Foreign Accounts and Trusts

## Lines 7a and 7b

### Foreign Accounts

#### Line 7a

Check the "Yes" box on line 7a if **either 1** or **2** below applies to you.

**1.** You own more than 50% of the stock in any corporation that owns one or more foreign bank accounts.

**2.** At any time during the year you had an interest in or signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account).

**Note.** Item **2** does not apply to foreign securities held in a U.S. securities account.

**Exceptions.** Check the "No" box if any of the following applies to you.

● The combined value of the accounts was $10,000 or less during the whole year.

● The accounts were with a U.S. military banking facility operated by a U.S. financial institution.

● You were an officer or employee of a commercial bank that is supervised by the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, or the Federal Deposit Insurance Corporation; the account was in your employer's name; **and** you did not have a personal financial interest in the account.

● You were an officer or employee of a domestic corporation with securities listed on national securities exchanges or with assets of more than $1 million and 500 or more shareholders of record; the account was in your employer's name; you did not have a personal financial interest in the account; and the corporation's chief financial officer has given you written notice that the corporation has filed a current report that includes the account.

See **Form TD F 90-22.1** to find out if you are considered to have an interest in or signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account).

If you checked the "Yes" box on line 7a, file Form TD F 90-22.1 by June 30, 2000, with the **Department of the Treasury** at the address shown on that form. **Do not** attach it to Form 1040.

#### Line 7b

If you checked the "Yes" box on line 7a, enter the name of the foreign country or countries in the space provided on line 7b. Attach a separate statement if you need more space.

# Line 8

## Foreign Trusts

If you received a distribution from a foreign trust, you must provide additional information. For this purpose, a loan of cash or marketable securities is generally considered to be a distribution. See **Form 3520** for details.

If you were the grantor of, or transferor to, a foreign trust that existed during 1999, you may have to file Form 3520.

# 1999 Instructions for Schedule C, Profit or Loss From Business

Use Schedule C (Form 1040) to report income or loss from a business you operated or a profession you practiced as a sole proprietor. Also, use Schedule C to report wages and expenses you had as a statutory employee. An activity qualifies as a business if your primary purpose for engaging in the activity is for income or profit and you are involved in the activity with continuity and regularity. For example, a sporadic activity or a hobby does not qualify as a business. To report income from a nonbusiness activity, see the Instructions for Form 1040, line 21.

Small businesses and statutory employees with expenses of $2,500 or less may be able to file **Schedule C-EZ** instead of Schedule C. See Schedule C-EZ to find out if you qualify to file it.

This activity may subject you to state and local taxes and other requirements such as business licenses and fees. Check with your state and local governments for more information.

## General Instructions

### Other Schedules and Forms You May Have To File

**Schedule A** to deduct interest, taxes, and casualty losses not related to your business.

**Schedule E** to report rental real estate and royalty income or (loss) that is **not** subject to self-employment tax.

**Schedule F** to report profit or (loss) from farming.

**Schedule SE** to pay self-employment tax on income from any trade or business.

**Form 4562** to claim depreciation on assets placed in service in 1999, to claim amortization that began in 1999, or to report information on listed property.

**Form 4684** to report a casualty or theft gain or loss involving property used in your trade or business or income-producing property.

**Form 4797** to report sales, exchanges, and involuntary conversions (not from a casualty or theft) of trade or business property.

**Form 8271** if you are claiming or you are reporting on Schedule C or C-EZ any income, deduction, loss, credit, or other tax benefit from a tax shelter.

**Form 8594** to report certain purchases or sales of groups of assets that constitute a trade or business.

**Form 8824** to report like-kind exchanges.

**Form 8829** to claim expenses for business use of your home.

### Heavy Highway Vehicle Use Tax

If you use certain highway trucks, truck-trailers, tractor-trailers, or buses in your trade or business, you may have to pay a Federal highway motor vehicle use tax. See **Form 2290** to find out if you owe this tax.

### Information Returns

You may have to file information returns for wages paid to employees, certain payments of fees and other nonemployee compensation, interest, rents, royalties, real estate transactions, annuities, and pensions. You may also have to file an information return if you sold $5,000 or more of consumer products to a person on a buy-sell, deposit-commission, or other similar basis for resale. For more information, see the 1999 **Instructions for Forms 1099, 1098, 5498, and W-2G.**

If you received cash of more than $10,000 in one or more related transactions in your trade or business, you may have to file **Form 8300.** For details, see **Pub. 1544.**

### Additional Information

See **Pub. 334** for more information for small businesses.

## Specific Instructions

## Filers of Form 1041

**Do not** complete the block labeled "Social security number." Instead, enter your employer identification number (EIN) on line D.

## Line A

Describe the business or professional activity that provided your principal source of income reported on line 1. If you owned more than one business, you must complete a separate Schedule C for each business. Give the general field or activity and the type of product or service. If your general field or activity is wholesale or retail trade, or services connected with production services (mining, construction, or manufacturing), also give the type of customer or client. For example, "wholesale sale of hardware to retailers" or "appraisal of real estate for lending institutions."

## Line D

You need an employer identification number (EIN) only if you had a Keogh plan or were required to file an employment, excise, estate, trust, or alcohol, tobacco, and firearms tax return. If you need an EIN, file **Form SS-4.** If you do not have an EIN, leave line D blank. **Do not** enter your SSN.

## Line E

Enter your business address. Show a street address instead of a box number. Include the suite or room number, if any. If you conducted the business from your home located at the address shown on Form 1040, page 1, you do not have to complete this line.

## Line F

You must use the cash method on your return unless you kept account books. If you kept such books, you can use the cash method or the accrual method. However, if inventories are required, you must use the accrual method for sales and purchases. Special rules apply to long-term contracts. See Internal Revenue Code section 460 for details. The method used must clearly reflect your income.

If you use the **cash method,** show all items of taxable income actually or constructively received during the year (in cash, property, or services). Income is constructively received when it is credited to your account or set aside for you to use. Also, show amounts actually paid during the year for deductible expenses.

If you use the **accrual method,** report income when you earn it and deduct expenses when you incur them even if you do not pay them during the tax year.

Accrual-basis taxpayers are put on a cash basis for deducting business expenses owed to a related cash-basis taxpayer. Other rules determine the timing of deductions based on economic performance. See **Pub. 538.**

To change your accounting method (including treatment of inventories), you must usually get permission from the IRS. In general, file **Form 3115** within the first 180 days of the tax year in which you want to make the change.

## Line G

Participation, for purposes of the following seven material participation tests, generally includes any work you did in connection with an activity if you owned an interest in the activity at the time you did the work. The capacity in which you did the work does not matter. However, work is not treated as participation if it is work that an owner would not customarily do in the same type of activity and one of your main reasons for doing the work was to avoid the disallowance of losses or credits from the activity under the passive activity rules.

Work you did as an investor in an activity is not treated as participation unless you were directly involved in the day-to-day management or operations of the activity. Work done as an investor includes:

**1.** Studying and reviewing financial statements or reports on operations of the activity.

**2.** Preparing or compiling summaries or analyses of the finances or operations of the activity for your own use.

**3.** Monitoring the finances or operations of the activity in a nonmanagerial capacity.

**Participation by your spouse** during the tax year in an activity you own can be counted as your participation in the activity. This applies even if your spouse did not own an interest in the activity and whether or not you and your spouse file a joint return for the tax year.

**Material Participation.** For purposes of the passive activity rules, you materially participated in the operation of this trade or business activity during 1999 if you meet any of the following seven tests:

**1.** You participated in the activity for more than 500 hours during the tax year.

**2.** Your participation in the activity for the tax year was substantially all of the participation in the activity of all individuals (including individuals who did not own any interest in the activity) for the tax year.

**3.** You participated in the activity for more than 100 hours during the tax year, and you participated at least as much as any other person for the tax year. This includes individuals who did not own any interest in the activity.

**4.** The activity is a significant participation activity for the tax year, and you participated in all significant participation activities for more than 500 hours during the year. An activity is a "significant participation activity" if it involves the conduct of a trade or business, you participated in the activity for more than 100 hours during the tax year, and you did not materially participate under any of the material participation tests (other than this test 4).

**5.** You materially participated in the activity for any 5 of the prior 10 tax years.

**6.** The activity is a personal service activity in which you materially participated for any 3 prior tax years. A personal service activity is an activity that involves performing personal services in the fields of health, law, engineering, architecture, accounting, actuarial science, performing arts, consulting, or any other trade or business in which capital is not a material income-producing factor.

**7.** Based on all the facts and circumstances, you participated in the activity on a regular, continuous, and substantial basis during the tax year. But you do not meet this test if you participated in the activity for 100 hours or less during the tax year. Your participation in managing the activity does not count in determining whether you meet this test if any person (except you) —

**a.** Received compensation for performing management services in connection with the activity, or

**b.** Spent more hours during the tax year than you spent performing management services in connection with the activity (regardless of whether the person was compensated for the services).

If you meet any of the above tests, check the "Yes" box.

If you **do not** meet any of the above tests, check the "No" box. This business is a **passive activity.** If you have a loss from this business, see **Limit on Losses** below. If you have a profit from this business activity but have current year losses from other passive activities or you have prior year unallowed passive activity losses, see the instructions for **Form 8582.**

**Exception for Oil and Gas.** If you are filing Schedule C to report income and deductions from an oil or gas well in which you own a working interest directly or through an entity that does not limit your liability, check the "Yes" box. The activity of owning the working interest is not a passive activity regardless of your participation in the activity.

**Limit on Losses.** If you checked the "No" box and you have a loss from this business, you may have to use Form 8582 to figure your allowable loss, if any, to enter on Schedule C, line 31. Generally, you can deduct losses from passive activities only to the extent of income from passive activities.

For more details, see **Pub. 925.**

## Line H

If you started or acquired this business in 1999, check the box on line H. Also, check the box if you are reopening or restarting this business after temporarily closing it, and you did not file a 1998 Schedule C or C-EZ for this business.

# Part I. Income

## Line 1

Enter gross receipts from your trade or business. Include amounts you received in your trade or business that were properly shown on **Forms 1099-MISC.** If the total amounts that were reported in box 7 of Forms 1099-MISC are more than the total you are reporting on line 1, attach a statement explaining the difference.

**Statutory Employees.** If you received a Form W-2 and the "Statutory employee" box in box 15 of that form was checked, report your income and expenses related to that income on Schedule C or C-EZ. Enter your statutory employee income from box 1 of Form W-2 on line 1 of Schedule C or C-EZ, and **check the box** on that line. Social security and Medicare tax should have been withheld from your earnings; therefore, you do not owe self-employment tax on these earnings.

Statutory employees include full-time life insurance agents, certain agent or commission drivers and traveling salespersons, and certain homeworkers.

If you had both self-employment income and statutory employee income, **do not** combine these amounts on a single Schedule C or C-EZ. In this case, you must file two Schedules C. You cannot use Schedule C-EZ.

**Installment Sales.** Generally, the installment method may not be used to report income from the sale of **(a)** personal property regularly sold under the installment method or **(b)** real property held for resale to customers. But the installment method may be used to report income from sales of

certain residential lots and timeshares if you elect to pay interest on the tax due on that income after the year of sale. See Internal Revenue Code section 453(l)(2)(B) for details. If you make this election, include the interest on Form 1040, line 56. Also, enter "453(l)(3)" and the amount of the interest on the dotted line to the left of line 56.

If you use the installment method, attach a schedule to your return. Show separately for 1999 and the 3 preceding years: gross sales, cost of goods sold, gross profit, percentage of gross profit to gross sales, amounts collected, and gross profit on amounts collected.

## Line 2

Enter such items as returned sales, rebates, and allowances from the sales price.

## Line 6

Report on line 6 amounts from finance reserve income, scrap sales, bad debts you recovered, interest (such as on notes and accounts receivable), state gasoline or fuel tax refunds you got in 1999, credit for Federal tax paid on gasoline or other fuels claimed on your 1998 Form 1040, prizes and awards related to your trade or business, and other kinds of miscellaneous business income. Include amounts you received in your trade or business as shown on **Form 1099-PATR.** Also, include any recapture of the deduction for clean-fuel vehicles used in your business and clean-fuel vehicle refueling property. For more details, see **Pub. 535.**

If the business use percentage of any listed property (defined in the instructions for line 13 on this page) decreased to 50% or less in 1999, report on this line any recapture of excess depreciation, including any section 179 expense deduction. Use **Form 4797** to figure the recapture. Also, if the business use percentage drops to 50% or less on leased listed property (other than a vehicle), include on this line any inclusion amount. See **Pub. 946** to figure the amount.

# Part II. Expenses

**Capitalizing Costs of Property.** If you produced real or tangible personal property or acquired property for resale, certain expenses attributable to the property must be included in inventory costs or capitalized. In addition to direct costs, producers of inventory property must also include part of certain indirect costs in their inventory. Purchasers of personal property acquired for resale must include part of certain indirect costs in inventory only if the average annual gross receipts for the 3 prior tax years exceed $10 million. Also, you must capitalize part of the indirect costs that benefit real or tangible personal property constructed for use in a trade or business, or noninventory property produced for sale to customers. Reduce the amounts on lines 8–26 and Part V by amounts capitalized. For more details, see Pub. 538.

**Exception for Creative Property.** If you are an artist, author, or photographer, you may be exempt from the capitalization rules. However, your personal efforts must have created (or reasonably be expected to create) the property. This exception does not apply to any expense related to printing, photographic plates, motion picture films, video tapes, or similar items. These expenses are subject to the capitalization rules. For more details, see Pub. 538.

## Line 9

Include debts and partial debts from sales or services that were included in income and are definitely known to be worthless. If you later collect a debt that you deducted as a bad debt, include it as income in the year collected. For more details, see **Pub. 535.**

## Line 10

You can deduct the actual expenses of running your car or truck, or take the **standard mileage rate.** You **must** use actual expenses if you used your vehicle for hire (such as a taxicab), or you used more than one vehicle simultaneously in your business (such as in fleet operations). You cannot use actual expenses for a leased vehicle if you previously used the standard mileage rate for that vehicle.

You can use the standard mileage rate for 1999 **only** if:

● You owned the vehicle and use the standard mileage rate for the first year you placed the vehicle in service, or

● You leased the vehicle and are using the standard mileage rate for the entire lease period (except the period, if any, before 1998).

If you deduct actual expenses:

● Include on line 10 the business portion of expenses for gasoline, oil, repairs, insurance, tires, license plates, etc., and

● Show depreciation on line 13 and rent or lease payments on line 20a.

If you use the standard mileage rate, you **cannot** deduct depreciation, rent or lease payments, or your actual operating expenses. To take the standard mileage rate, multiply the number of business miles driven:

● Before April 1, 1999, by 32.5 cents, and

● After March 31, 1999, by 31 cents.

Add to this amount your parking fees and tolls, and enter the total.

For more details, see **Pub. 463.**

**Information on Your Vehicle.** If you claim any car and truck expenses, you must provide certain information on the use of your vehicle by completing one of the following:

● Part IV of Schedule C or Part III of Schedule C-EZ if: **(a)** you are claiming the standard mileage rate, you lease your vehicle, or your vehicle is fully depreciated and **(b)** you are **not** required to file **Form 4562** for any other reason. If you used more than one vehicle during the year, attach your own schedule with the information requested in Part IV of Schedule C, or Part III of Schedule C-EZ, for each additional vehicle.

● Part V of Form 4562 if you are claiming depreciation on your vehicle or you are required to file Form 4562 for any other reason (see the instructions for line 13 below).

## Line 12

Enter your deduction for depletion on this line. If you have timber depletion, attach **Form T.** See Pub. 535 for details.

## Line 13

**Depreciation and Section 179 Expense Deduction.** Depreciation is the annual deduction allowed to recover the cost or other basis of business or investment property having a useful life substantially beyond the tax year. You can also depreciate improvements made to leased business property. However, stock in trade, inventories, and land are not depreciable.

Depreciation starts when you first use the property in your business or for the production of income. It ends when you take the property out of service, deduct all your depreciable cost or other basis, or no longer use the property in your business or for the production of income.

See the Instructions for Form 4562 to figure the amount of depreciation to enter on line 13.

You may also choose under Internal Revenue Code section 179 to expense part of the cost of certain property you bought in 1999 for use in your business. See the Instructions for Form 4562 for more details.

**When To Attach Form 4562.** You must complete and attach Form 4562 **only** if:

● You are claiming depreciation on property placed in service during 1999, or

● You are claiming depreciation on listed property (defined below), regardless of the date it was placed in service, or

● You are claiming a section 179 expense deduction.

If you acquired depreciable property for the first time in 1999, see **Pub. 946.**

**Listed property** generally includes, but is not limited to:

● Passenger automobiles weighing 6,000 pounds or less,

● Any other property used for transportation if the nature of the property lends itself to personal use, such as motorcycles, pickup trucks, etc.,

● Any property used for entertainment or recreational purposes (such as photographic, phonographic, communication, and video recording equipment),

● Cellular telephones or other similar telecommunications equipment, and

● Computers or peripheral equipment.

**Exceptions.** Listed property does not include photographic, phonographic, communication, or video equipment used exclusively in your trade or business or at your regular business establishment. It also does not include any computer or peripheral equipment used exclusively at a regular business establishment and owned or leased by the person operating the establishment. For purposes of these exceptions, a portion of your home is treated as a regular business establishment only if that portion meets the requirements under Internal Revenue Code section 280A(c)(1) for deducting expenses for the business use of your home.

If the business use percentage of any listed property decreased to 50% or less in 1999, see the instructions for line 6 on page C-3.

# Line 14

Deduct contributions to employee benefit programs that are not an incidental part of a pension or profit-sharing plan included on line 19. Examples are accident and health plans, group-term life insurance, and dependent care assistance programs.

Do not deduct on line 14 any contributions you made on your behalf as a self-employed person for an accident and health plan or for group-term life insurance. You may be able to deduct on Form 1040, line 28, part of the amount you paid for health insurance on behalf of yourself, your spouse, and dependents, even if you do not itemize your deductions. See the Form 1040 instructions on page 28 for more details.

# Line 15

Deduct premiums paid for business insurance on line 15. Deduct on line 14 amounts paid for employee accident and health insurance. Do not deduct amounts credited to a reserve for self-insurance or premiums paid for a policy that pays for your lost earnings due to sickness or disability. For more details, see Pub. 535.

# Lines 16a and 16b

**Interest Allocation Rules.** The tax treatment of interest expense differs depending on its type. For example, home mortgage interest and investment interest are treated differently. "Interest allocation" rules require you to allocate (classify) your interest expense so it is deducted (or capitalized) on the correct line of your return and gets the right tax treatment. These rules could affect how much interest you are allowed to deduct on Schedule C or C-EZ.

Generally, you allocate interest expense by tracing how the proceeds of the loan were used. See Pub. 535 for details.

If you paid interest in 1999 that applies to future years, deduct only the part that applies to 1999. If you paid interest on a debt secured by your main home and any of the proceeds from that debt were used in connection with your trade or business, see Pub. 535 to figure the amount that is deductible on Schedule C or C-EZ.

If you have a mortgage on real property used in your business (other than your main home), enter on line 16a the interest you paid for 1999 to banks or other financial institutions for which you received a **Form 1098.** If you did not receive a Form 1098, enter the interest on line 16b.

If you paid more mortgage interest than is shown on Form 1098 or similar statement, see Pub. 535 to find out if you can deduct the additional interest. If you can, enter the amount on line 16a. Attach a statement to your return explaining the difference. Enter "See attached" in the left margin next to line 16a.

If you and at least one other person (other than your spouse if you file a joint return) were liable for and paid interest on the mortgage and the other person received the Form 1098, report your share of the interest on line 16b. Attach a statement to your return showing the name and address of the person who received the Form 1098. In the left margin next to line 16b, enter "See attached."

Do not deduct interest you paid or accrued on debts allocable to investment property. This interest is generally deducted on **Schedule A** (Form 1040). For details, see **Pub. 550.**

# Line 17

Include on this line fees for tax advice related to your business and for preparation of the tax forms related to your business.

# Line 19

Enter your deduction for contributions to a pension, profit-sharing, or annuity plan, or plans for the benefit of your employees. If the plan includes you as a self-employed person, enter contributions made as an employer on your behalf on Form 1040, line 29, not on Schedule C.

Generally, you must file the applicable form listed below if you maintain a pension, profit-sharing, or other funded-deferred compensation plan. The filing requirement is not affected by whether or not the plan qualified under the Internal Revenue Code, or whether or not you claim a deduction for the current tax year.

**Form 5500.** File this form for a plan that is not a one-participant plan (see below).

**Form 5500-EZ.** File this form for a one-participant plan. A one-participant plan is a plan that only covers you (or you and your spouse).

There is a penalty for failure to timely file these forms.

For more information, see **Pub. 560.**

# Lines 20a and 20b

If you rented or leased vehicles, machinery, or equipment, enter on line 20a the business portion of your rental cost. But if you leased a vehicle for a term of 30 days or more, you may have to reduce your deduction by an amount called the **inclusion amount.**

**You may have to do this if—**

| The lease term began during . . . | And the vehicle's fair market value on the first day of the lease exceeded . . . |
|---|---|
| 1999 . . . . . . . . . | $15,500 |
| 1997 or 1998 . . . . . . | 15,800 |
| 1995 or 1996 . . . . . . | 15,500 |
| 1994 . . . . . . . . . | 14,600 |

If the lease term began before 1994, see Pub. 463 to find out if you have an inclusion amount.

Also see Pub. 463 to figure your inclusion amount.

Enter on line 20b amounts paid to rent or lease other property, such as office space in a building.

## Line 21

Deduct the cost of repairs and maintenance. Include labor, supplies, and other items that do not add to the value or increase the life of the property. Do not deduct the value of your own labor. Do not deduct amounts spent to restore or replace property; they must be capitalized.

## Line 23

You can deduct the following taxes on this line:

• State and local sales taxes imposed on you as the seller of goods or services. If you collected this tax from the buyer, you must also include the amount collected in gross receipts or sales on line 1.

• Real estate and personal property taxes on business assets.

• Social security and Medicare taxes paid to match required withholding from your employees' wages. Also, Federal unemployment tax paid. Reduce your deduction by the amount of the current year credit shown on line 4 of **Form 8846.**

• Federal highway use tax.

**Do not** deduct on this line:

• Federal income taxes, including your self-employment tax. However, you may deduct one-half of your self-employment tax on Form 1040, line 27.

• Estate and gift taxes.

• Taxes assessed to pay for improvements, such as paving and sewers.

• Taxes on your home or personal use property.

• State and local sales taxes on property purchased for use in your business. Instead, treat these taxes as part of the cost of the property.

• State and local sales taxes imposed on the buyer that you were required to collect and pay over to the state or local governments. These taxes are not included in gross receipts or sales nor are they a deductible expense. However, if the state or local government allowed you to retain any part of the sales tax you collected, you must include that amount as income on line 6.

• Other taxes not related to your business.

## Line 24a

Enter your expenses for lodging and transportation connected with overnight travel for business while away from your tax home. Generally, your tax home is your main place of business regardless of where you maintain your family home. You cannot deduct expenses paid or incurred in connection with employment away from home if that period of employment exceeds 1 year. Also, you cannot deduct travel expenses for your spouse, your dependent, or any other individual unless that person is your employee, the travel is for a bona fide business purpose, and the expenses would otherwise be deductible by that person.

Do not include expenses for meals and entertainment on this line. Instead, see the instructions for lines 24b and 24c below.

You cannot deduct expenses for attending a foreign convention unless it is directly related to your trade or business and it is as reasonable for the meeting to be held outside the North American area as within it. These rules apply to both employers and employees. Other rules apply to luxury water travel.

For more details, see Pub. 463.

## Lines 24b and 24c

On line 24b, enter your total business meal and entertainment expenses. Include meals while traveling away from home for business. Instead of the actual cost of your meals while traveling away from home, you may use the standard meal allowance. For more details, see Pub. 463.

Business meal expenses are deductible only if they are **(a)** directly related to or associated with the active conduct of your trade or business, **(b)** not lavish or extravagant, and **(c)** incurred while you or your employee is present at the meal.

You cannot deduct any expense paid or incurred for a facility (such as a yacht or hunting lodge) used for any activity usually considered entertainment, amusement, or recreation.

Also, you cannot deduct membership dues for any club organized for business, pleasure, recreation, or other social purpose. This includes country clubs, golf and athletic clubs, airline and hotel clubs, and clubs operated to provide meals under conditions favorable to business discussion. But it does not include civic or public service organizations, professional organizations (such as bar and medical associations), business leagues, trade associations, chambers of commerce, boards of trade, and real estate boards, unless a principal purpose of the organization is to entertain, or provide entertainment facilities for, members or their guests.

There are exceptions to these rules as well as other rules that apply to sky-box rentals and tickets to entertainment events. See Pub. 463.

Generally, you may deduct only 50% of your business meal and entertainment expenses, including meals incurred while away from home on business. For individuals subject to the Department of Transportation (DOT) hours of service limits, that percentage is increased to 55% for business meals consumed during, or incident to, any period of duty for which those limits are in effect. Individuals subject to the DOT hours of service limits include the following persons:

• Certain air transportation workers (such as pilots, crew, dispatchers, mechanics, and control tower operators) who are under Federal Aviation Administration regulations.

• Interstate truck operators who are under DOT regulations.

• Certain merchant mariners who are under Coast Guard regulations.

However, you may fully deduct meals and entertainment furnished or reimbursed to an employee if you properly treat the expense as wages subject to withholding. You may also fully deduct meals and entertainment provided to a nonemployee to the extent the expenses are includible in the gross income of that person and reported on Form 1099-MISC. See Pub. 463 for more details and other exceptions.

Figure how much of the amount on line 24b is not deductible and enter that amount on line 24c.

## Line 25

Deduct only utility expenses for your trade or business.

**Local Telephone Service.** If you used your home phone for business, do not deduct the base rate (including taxes) of the first phone line into your residence. But you can deduct expenses for any additional costs you incurred for business that are more than the cost of the base rate for the first phone line. For example, if you had a second line, you can deduct the business percentage of the charges for that line, including the base rate charges.

## Line 26

Enter the total salaries and wages for the tax year. Do not include salaries and wages deducted elsewhere on your return or amounts paid to yourself. Reduce your deduction by the current year credits claimed on:

• **Form 5884,** Work Opportunity Credit.

• **Form 8844,** Empowerment Zone Employment Credit.

• **Form 8845,** Indian Employment Credit.

• **Form 8861,** Welfare-to-Work Credit.



If you provided taxable fringe benefits to your employees, such as personal use of a car, do not deduct as wages the amount applicable to depreciation and other expenses claimed elsewhere.

## Line 30

**Business Use of Your Home.** You may be able to deduct certain expenses for business use of your home, subject to limitations. Generally, any amount not allowed as a deduction for 1999 because of the limitations can be carried over to 2000. You must attach **Form 8829** if you claim this deduction.

For details, see the Instructions for Form 8829 and **Pub. 587.**

## Line 31

If you have a loss, the amount of loss you can deduct this year may be limited. Go on to line 32 before entering your loss on line 31. If you answered "No" to Question G on Schedule C, also see the Instructions for Form 8582. Enter the net profit or **deductible** loss here. Combine this amount with any profit or loss from other businesses, and enter the total on Form 1040, line 12, and Schedule SE, line 2. Estates and trusts should enter the total on Form 1041, line 3.

If you have a net profit on line 31, this amount is earned income and may qualify you for the earned income credit. See the Instructions for Form 1040, lines 59a and 59b, on page 38 for more details.

**Statutory Employees.** If you are filing Schedule C to report income and expenses as a statutory employee, include your net profit or deductible loss from line 31 with other Schedule C amounts on Form 1040, line 12. However, **do not** report this amount on Schedule SE, line 2. If you are required to file Schedule SE because of other self-employment income, see the Instructions for Schedule SE.

## Line 32

**At-Risk Rules.** Generally, if you have **(a)** a business loss and **(b)** amounts in the business for which you are **not at risk,** you will have to complete **Form 6198** to figure your allowable loss.

The at-risk rules generally limit the amount of loss (including loss on the disposition of assets) you can claim to the amount you could actually lose in the business.

Check **box 32b** if you have amounts for which you are not at risk in this business, such as the following.

● Nonrecourse loans used to finance the business, to acquire property used in the business, or to acquire the business that are not secured by your own property (other than property used in the business). However, there is an exception for certain nonrecourse financing borrowed by you in connection with holding real property.

● Cash, property, or borrowed amounts used in the business (or contributed to the business, or used to acquire the business) that are protected against loss by a guarantee, stop-loss agreement, or other similar arrangement (excluding casualty insurance and insurance against tort liability).

● Amounts borrowed for use in the business from a person who has an interest in the business, other than as a creditor, or who is related under Internal Revenue Code section 465(b)(3) to a person (other than you) having such an interest.

If all amounts are at risk in this business, check **box 32a** and enter your loss on line 31. But if you answered "No" to Question G, you may need to complete Form 8582 to figure your allowable loss to enter on line 31. See the Instructions for Form 8582 for more details.

If you checked **box 32b,** get Form 6198 to determine the amount of your deductible loss and enter that amount on line 31. But if you answered "No" to Question G, your loss may be further limited. See the Instructions for Form 8582. If your at-risk amount is zero or less, enter zero on line 31. Be sure to attach Form 6198 to your return. If you checked box 32b and you do not attach Form 6198, the processing of your tax return may be delayed.

**Statutory Employees.** Include your deductible loss with other Schedule C amounts on Form 1040, line 12. **Do not** include this amount on Schedule SE, line 2.

Any loss from this business not allowed for 1999 because of the at-risk rules is treated as a deduction allocable to the business in 2000. For more details, see the Instructions for Form 6198 and Pub. 925.

## Part III. Cost of Goods Sold

If you engaged in a trade or business in which the production, purchase, or sale of merchandise was an income-producing factor, merchandise inventories must be taken into account at the beginning and end of your tax year.

**Note.** Certain direct and indirect expenses must be capitalized or included in inventory. See the instructions for Part II.

## Line 33

Your inventories can be valued at cost; cost or market value, whichever is lower; or any other method approved by the IRS.

# Part V. Other Expenses

Include all ordinary and necessary business expenses not deducted elsewhere on Schedule C. List the type and amount of each expense separately in the space provided. Enter the total on lines 48 and 27. Do not include the cost of business equipment or furniture, replacements or permanent improvements to property, or personal, living, and family expenses. Do not include charitable contributions. Also, you may not deduct fines or penalties paid to a government for violating any law. For more details on business expenses, see Pub. 535.

**Amortization.** Include amortization in this part. For amortization that begins in 1999, you must complete and attach Form 4562.

You may amortize:

● The cost of pollution-control facilities.

● Amounts paid for research and experimentation.

● Certain business startup costs.

● Qualified forestation and reforestation costs.

● Amounts paid to acquire, protect, expand, register, or defend trademarks or trade names.

● Goodwill and certain other intangibles.

In general, you **may not** amortize real property construction period interest and taxes. Special rules apply for allocating interest to real or personal property produced in your trade or business.

**At-Risk Loss Deduction.** Any loss from this activity that was not allowed as a deduction last year because of the at-risk rules is treated as a deduction allocable to this activity in 1999.

**Capital Construction Fund. Do not** claim on Schedule C or C-EZ the deduction for amounts contributed to a capital construction fund set up under the Merchant Marine Act of 1936. To take the deduction, reduce the amount that would otherwise be entered as taxable income on Form 1040, line 39, by the amount of the deduction. Next to line 39 enter "CCF" and the amount of the deduction. For more information, see **Pub. 595.**

**Deduction for Clean-Fuel Vehicles and Clean-Fuel Vehicle Refueling Property.** You may deduct part of the cost of qualified clean-fuel vehicle property used in your business and qualified clean-fuel vehicle refueling property. See Pub. 535 for more details.

**Disabled Access Credit and the Deduction for Removing Barriers to Individuals With Disabilities and the Elderly.** You may be able to claim a tax credit of up to $5,000 for eligible expenditures paid or incurred in 1999 to provide access to your business for individuals with disabilities. See **Form 8826** for more details. You can also deduct up to $15,000 of costs paid or incurred in 1999 to remove architectural or transportation barriers to individuals with disabilities and the elderly. However, you cannot take both the credit and the deduction on the same expenditures.

C-7

**Principal Business or Professional Activity Codes**

These codes for the Principal Business or Professional Activity classify sole proprietorships by the type of activity they are engaged in to facilitate the administration of the Internal Revenue Code. These six-digit codes are based on the North American Industry Classification System (NAICS).

Select the category that best describes your primary business activity (for example, Real Estate). Then select the activity that best identifies the principal source of your sales or receipts (for example, real estate agent). Now find the six-digit code assigned to this activity and **enter it on line B of**

**Schedule C or C-EZ** (for example, 531210, the Code for offices of real estate agents and brokers).

**Note.** If your principal source of income is from farming activities, you should file **Schedule F** (Form 1040), Profit or Loss From Farming.

## Accommodation, Food Services, & Drinking Places

### Accommodation
| | |
|---|---|
| 721310 | Rooming & boarding houses |
| 721210 | RV (recreational vehicle) parks & recreational camps |
| 721100 | Travel accommodation (including hotels, motels, & bed & breakfast inns) |

### Food Services & Drinking Places
| | |
|---|---|
| 722410 | Drinking places (alcoholic beverages) |
| 722110 | Full-service restaurants |
| 722210 | Limited-service eating places |
| 722300 | Special food services (including food service contractors & caterers) |

## Administrative & Support and Waste Management & Remediation Services

### Administrative & Support Services
| | |
|---|---|
| 561430 | Business service centers (including private mail centers & copy shops) |
| 561740 | Carpet & upholstery cleaning services |
| 561440 | Collection agencies |
| 561450 | Credit bureaus |
| 561410 | Document preparation services |
| 561300 | Employment services |
| 561710 | Exterminating & pest control services |
| 561210 | Facilities support (management) services |
| 561600 | Investigation & security services |
| 561720 | Janitorial services |
| 561730 | Landscaping services |
| 561110 | Office administrative services |
| 561420 | Telephone call centers (including telephone answering services & telemarketing bureaus) |
| 561500 | Travel arrangement & reservation services |
| 561490 | Other business support services (including repossession services, court reporting, & stenotype services) |
| 561790 | Other services to buildings & dwellings |
| 561900 | Other support services (including packaging & labeling services, & convention & trade show organizers) |

### Waste Management & Remediation Services
| | |
|---|---|
| 562000 | Waste management & remediation services |

## Agriculture, Forestry, Hunting, & Fishing
| | |
|---|---|
| 112900 | Animal production (including breeding of cats and dogs) |
| 114110 | Fishing |
| 113000 | Forestry & logging (including forest nurseries & timber tracts) |
| 114210 | Hunting & trapping |

### Support Activities for Agriculture & Forestry
| | |
|---|---|
| 115210 | Support activities for animal production (including farriers) |
| 115110 | Support activities for crop production (including cotton ginning, soil preparation, planting, & cultivating) |
| 115310 | Support activities for forestry |

## Arts, Entertainment, & Recreation

### Amusement, Gambling, & Recreation Industries
| | |
|---|---|
| 713100 | Amusement parks & arcades |
| 713200 | Gambling industries |
| 713900 | Other amusement & recreation services (including golf courses, skiing facilities, marinas, fitness centers, bowling centers, skating rinks, miniature golf courses) |

### Museums, Historical Sites, & Similar Institutions
| | |
|---|---|
| 712100 | Museums, historical sites, & similar institutions |

### Performing Arts, Spectator Sports, & Related Industries
| | |
|---|---|
| 711410 | Agents & managers for artists, athletes, entertainers, & other public figures |
| 711510 | Independent artists, writers, & performers |
| 711100 | Performing arts companies |
| 711300 | Promoters of performing arts, sports, & similar events |
| 711210 | Spectator sports (including professional sports clubs & racetrack operations) |

## Construction
| | |
|---|---|
| 233110 | Land subdivision & land development |
| 233300 | Nonresidential building construction |
| 233200 | Residential building construction |

### Heavy Construction
| | |
|---|---|
| 234100 | Highway, street, bridge, & tunnel construction |
| 234900 | Other heavy construction |

### Special Trade Contractors
| | |
|---|---|
| 235500 | Carpentry & floor contractors |
| 235710 | Concrete contractors |
| 235310 | Electrical contractors |
| 235400 | Masonry, drywall, insulation, & tile contractors |
| 235210 | Painting & wall covering contractors |
| 235110 | Plumbing, heating, & air-conditioning contractors |
| 235610 | Roofing, siding, & sheet metal contractors |
| 235810 | Water well drilling contractors |
| 235900 | Other special trade contractors |

## Educational Services
| | |
|---|---|
| 611000 | Educational services (including schools, colleges, & universities) |

## Finance & Insurance

### Credit Intermediation & Related Activities
| | |
|---|---|
| 522100 | Depository credit intermediation (including commercial banking, savings institutions, & credit unions) |
| 522200 | Nondepository credit intermediation (including sales financing & consumer lending) |
| 522300 | Activities related to credit intermediation (including loan brokers) |

### Insurance Agents, Brokers, & Related Activities
| | |
|---|---|
| 524210 | Insurance agencies & brokerages |
| 524290 | Other insurance related activities |

### Securities, Commodity Contracts, & Other Financial Investments & Related Activities
| | |
|---|---|
| 523140 | Commodity contracts brokers |
| 523130 | Commodity contracts dealers |
| 523110 | Investment bankers & securities dealers |
| 523210 | Securities & commodity exchanges |
| 523120 | Securities brokers |
| 523900 | Other financial investment activities (including investment advice) |

## Health Care & Social Assistance

### Ambulatory Health Care Services
| | |
|---|---|
| 621610 | Home health care services |
| 621510 | Medical & diagnostic laboratories |
| 621310 | Offices of chiropractors |
| 621210 | Offices of dentists |
| 621330 | Offices of mental health practitioners (except physicians) |
| 621320 | Offices of optometrists |
| 621340 | Offices of physical, occupational & speech therapists, & audiologists |
| 621111 | Offices of physicians (except mental health specialists) |
| 621112 | Offices of physicians, mental health specialists |
| 621391 | Offices of podiatrists |
| 621399 | Offices of all other miscellaneous health practitioners |
| 621400 | Outpatient care centers |
| 621900 | Other ambulatory health care services (including ambulance services, blood, & organ banks) |

### Hospitals
| | |
|---|---|
| 622000 | Hospitals |

### Nursing & Residential Care Facilities
| | |
|---|---|
| 623000 | Nursing & residential care facilities |

### Social Assistance
| | |
|---|---|
| 624410 | Child day care services |
| 624200 | Community food & housing, & emergency & other relief services |
| 624100 | Individual & family services |
| 624310 | Vocational rehabilitation services |

## Information
| | |
|---|---|
| 511000 | Publishing industries |

### Broadcasting & Telecommunications
| | |
|---|---|
| 513000 | Broadcasting & telecommunications |

### Information Services & Data Processing Services
| | |
|---|---|
| 514210 | Data processing services |
| 514100 | Information services (including news syndicates, libraries, & on-line information services) |

### Motion Picture & Sound Recording
| | |
|---|---|
| 512100 | Motion picture & video industries (except video rental) |
| 512200 | Sound recording industries |

## Manufacturing
| | |
|---|---|
| 315000 | Apparel mfg. |
| 312000 | Beverage & tobacco product mfg. |
| 334000 | Computer & electronic product mfg. |
| 335000 | Electrical equipment, appliance, & component mfg. |
| 332000 | Fabricated metal product mfg. |
| 337000 | Furniture & related product mfg. |
| 333000 | Machinery mfg. |
| 339110 | Medical equipment & supplies mfg. |
| 322000 | Paper mfg. |
| 324100 | Petroleum & coal products mfg. |
| 326000 | Plastics & rubber products mfg. |
| 331000 | Primary metal mfg. |
| 323100 | Printing & related support activities |
| 313000 | Textile mills |
| 314000 | Textile product mills |
| 336000 | Transportation equipment mfg. |
| 321000 | Wood product mfg. |
| 339900 | Other miscellaneous mfg. |

### Chemical Manufacturing
| | |
|---|---|
| 325100 | Basic chemical mfg. |
| 325500 | Paint, coating, & adhesive mfg. |
| 325300 | Pesticide, fertilizer, & other agricultural chemical mfg. |
| 325410 | Pharmaceutical & medicine mfg. |
| 325200 | Resin, synthetic rubber, & artificial & synthetic fibers & filaments mfg. |
| 325600 | Soap, cleaning compound, & toilet preparation mfg. |
| 325900 | Other chemical product & preparation mfg. |

### Food Manufacturing
| | |
|---|---|
| 311110 | Animal food mfg. |
| 311800 | Bakeries & tortilla mfg. |
| 311500 | Dairy product mfg. |
| 311400 | Fruit & vegetable preserving & speciality food mfg. |
| 311200 | Grain & oilseed milling |
| 311610 | Animal slaughtering & processing |
| 311710 | Seafood product preparation & packaging |
| 311300 | Sugar & confectionery product mfg. |
| 311900 | Other food mfg. (including coffee, tea, flavorings, & seasonings) |

**Principal Business or Professional Activity Codes** (continued)

## Leather & Allied Product Manufacturing

| | |
|---|---|
| 316210 | Footwear mfg. (including leather, rubber, & plastics) |
| 316110 | Leather & hide tanning & finishing |
| 316990 | Other leather & allied product mfg. |

## Nonmetallic Mineral Product Manufacturing

| | |
|---|---|
| 327300 | Cement & concrete product mfg. |
| 327100 | Clay product & refractory mfg. |
| 327210 | Glass & glass product mfg. |
| 327400 | Lime & gypsum product mfg. |
| 327900 | Other nonmetallic mineral product mfg. |

## Mining

| | |
|---|---|
| 212110 | Coal mining |
| 212200 | Metal ore mining |
| 212300 | Nonmetallic mineral mining & quarrying |
| 211110 | Oil & gas extraction |
| 213110 | Support activities for mining |

## Other Services

### Personal & Laundry Services

| | |
|---|---|
| 812111 | Barber shops |
| 812112 | Beauty salons |
| 812220 | Cemeteries & crematories |
| 812310 | Coin-operated laundries & drycleaners |
| 812320 | Drycleaning & laundry services (except coin-operated) (including laundry & drycleaning drop off & pickup sites) |
| 812210 | Funeral homes & funeral services |
| 812330 | Linen & uniform supply |
| 812113 | Nail salons |
| 812930 | Parking lots & garages |
| 812910 | Pet care (except veterinary) services |
| 812920 | Photofinishing |
| 812190 | Other personal care services (including diet & weight reducing centers) |
| 812990 | All other personal services |

### Repair & Maintenance

| | |
|---|---|
| 811120 | Automotive body, paint, interior, & glass repair |
| 811110 | Automotive mechanical & electrical repair & maintenance |
| 811190 | Other automotive repair & maintenance (including oil change & lubrication shops & car washes) |
| 811310 | Commercial & industrial machinery & equipment (except automotive & electronic) repair & maintenance |
| 811210 | Electronic & precision equipment repair & maintenance |
| 811430 | Footwear & leather goods repair |
| 811410 | Home & garden equipment & appliance repair & maintenance |
| 811420 | Reupholstery & furniture repair |
| 811490 | Other personal & household goods repair & maintenance |

## Professional, Scientific, & Technical Services

| | |
|---|---|
| 541100 | Legal services |
| 541211 | Offices of certified public accountants |
| 541214 | Payroll services |
| 541213 | Tax preparation services |
| 541219 | Other accounting services |

### Architectural, Engineering, & Related Services

| | |
|---|---|
| 541310 | Architectural services |

| | |
|---|---|
| 541350 | Building inspection services |
| 541340 | Drafting services |
| 541330 | Engineering services |
| 541360 | Geophysical surveying & mapping services |
| 541320 | Landscape architecture services |
| 541370 | Surveying & mapping (except geophysical) services |
| 541380 | Testing laboratories |

### Computer Systems Design & Related Services

| | |
|---|---|
| 541510 | Computer systems design & related services |

### Specialized Design Services

| | |
|---|---|
| 541400 | Specialized design services (including interior, industrial, graphic, & fashion design) |

### Other Professional, Scientific, & Technical Services

| | |
|---|---|
| 541800 | Advertising & related services |
| 541600 | Management, scientific, & technical consulting services |
| 541910 | Market research & public opinion polling |
| 541920 | Photographic services |
| 541700 | Scientific research & development services |
| 541930 | Translation & interpretation services |
| 541940 | Veterinary services |
| 541990 | All other professional, scientific, & technical services |

## Real Estate & Rental & Leasing

### Real Estate

| | |
|---|---|
| 531100 | Lessors of real estate (including miniwarehouses & self-storage units) |
| 531210 | Offices of real estate agents & brokers |
| 531320 | Offices of real estate appraisers |
| 531310 | Real estate property managers |
| 531390 | Other activities related to real estate |

### Rental & Leasing Services

| | |
|---|---|
| 532100 | Automotive equipment rental & leasing |
| 532400 | Commercial & industrial machinery & equipment rental & leasing |
| 532210 | Consumer electronics & appliances rental |
| 532220 | Formal wear & costume rental |
| 532310 | General rental centers |
| 532230 | Video tape & disc rental |
| 532290 | Other consumer goods rental |

## Religious, Grantmaking, Civic, Professional, & Similar Organizations

| | |
|---|---|
| 813000 | Religious, grantmaking, civic, professional, & similar organizations |

## Retail Trade

### Building Material & Garden Equipment & Supplies Dealers

| | |
|---|---|
| 444130 | Hardware stores |
| 444110 | Home centers |
| 444200 | Lawn & garden equipment & supplies stores |
| 444120 | Paint & wallpaper stores |
| 444190 | Other building materials dealers |

### Clothing & Accessories Stores

| | |
|---|---|
| 448130 | Children's & infants' clothing stores |
| 448150 | Clothing accessories stores |
| 448140 | Family clothing stores |
| 448310 | Jewelry stores |
| 448320 | Luggage & leather goods stores |

| | |
|---|---|
| 448110 | Men's clothing stores |
| 448210 | Shoe stores |
| 448120 | Women's clothing stores |
| 448190 | Other clothing stores |

### Electronic & Appliance Stores

| | |
|---|---|
| 443130 | Camera & photographic supplies stores |
| 443120 | Computer & software stores |
| 443111 | Household appliance stores |
| 443112 | Radio, television, & other electronics stores |

### Food & Beverage Stores

| | |
|---|---|
| 445310 | Beer, wine, & liquor stores |
| 445220 | Fish & seafood markets |
| 445230 | Fruit & vegetable markets |
| 445100 | Grocery stores (including supermarkets & convenience stores without gas) |
| 445210 | Meat markets |
| 445290 | Other specialty food stores |

### Furniture & Home Furnishing Stores

| | |
|---|---|
| 442110 | Furniture stores |
| 442200 | Home furnishings stores |

### Gasoline Stations

| | |
|---|---|
| 447100 | Gasoline stations (including convenience stores with gas) |

### General Merchandise Stores

| | |
|---|---|
| 452000 | General merchandise stores |

### Health & Personal Care Stores

| | |
|---|---|
| 446120 | Cosmetics, beauty supplies, & perfume stores |
| 446130 | Optical goods stores |
| 446110 | Pharmacies & drug stores |
| 446190 | Other health & personal care stores |

### Motor Vehicle & Parts Dealers

| | |
|---|---|
| 441300 | Automotive parts, accessories, & tire stores |
| 441222 | Boat dealers |
| 441221 | Motorcycle dealers |
| 441110 | New car dealers |
| 441210 | Recreational vehicle dealers (including motor home & travel trailer dealers) |
| 441120 | Used car dealers |
| 441229 | All other motor vehicle dealers |

### Sporting Goods, Hobby, Book, & Music Stores

| | |
|---|---|
| 451211 | Book stores |
| 451120 | Hobby, toy, & game stores |
| 451140 | Musical instrument & supplies stores |
| 451212 | News dealers & newsstands |
| 451220 | Prerecorded tape, compact disc, & record stores |
| 451130 | Sewing, needlework, & piece goods stores |
| 451110 | Sporting goods stores |

### Miscellaneous Store Retailers

| | |
|---|---|
| 453920 | Art dealers |
| 453110 | Florists |
| 453220 | Gift, novelty, & souvenir stores |
| 453930 | Manufactured (mobile) home dealers |
| 453210 | Office supplies & stationery stores |
| 453910 | Pet & pet supplies stores |
| 453310 | Used merchandise stores |
| 453990 | All other miscellaneous store retailers (including tobacco, candle, & trophy shops) |

### Nonstore Retailers

| | |
|---|---|
| 454110 | Electronic shopping & mail-order houses |
| 454310 | Fuel dealers |
| 454210 | Vending machine operators |
| 454390 | Other direct selling establishments (including door-to-door retailing, frozen food plan providers, party plan merchandisers, & coffee-break service providers) |

## Transportation & Warehousing

| | |
|---|---|
| 481000 | Air transportation |
| 485510 | Charter bus industry |
| 484110 | General freight trucking, local |
| 484120 | General freight trucking, long-distance |
| 485210 | Interurban & rural bus transportation |
| 486000 | Pipeline transportation |
| 482110 | Rail transportation |
| 487000 | Scenic & sightseeing transportation |
| 485410 | School & employee bus transportation |
| 484200 | Specialized freight trucking (including household moving vans) |
| 485300 | Taxi & limousine service |
| 485110 | Urban transit systems |
| 483000 | Water transportation |
| 485990 | Other transit & ground passenger transportation |
| 488000 | Support activities for transportation (including motor vehicle towing) |

### Couriers & Messengers

| | |
|---|---|
| 492000 | Couriers & messengers |

### Warehousing & Storage Facilities

| | |
|---|---|
| 493100 | Warehousing & storage (except lessors of miniwarehouses & self-storage units) |

## Utilities

| | |
|---|---|
| 221000 | Utilities |

## Wholesale Trade

### Wholesale Trade, Durable Goods

| | |
|---|---|
| 421600 | Electrical goods |
| 421200 | Furniture & home furnishing |
| 421700 | Hardware, & plumbing & heating equipment & supplies |
| 421940 | Jewelry, watch, precious stone, & precious metals |
| 421300 | Lumber & other construction materials |
| 421800 | Machinery, equipment, & supplies |
| 421500 | Metal & mineral (except petroleum) |
| 421100 | Motor vehicle & motor vehicle parts & supplies |
| 421400 | Professional & commercial equipment & supplies |
| 421930 | Recyclable materials |
| 421910 | Sporting & recreational goods & supplies |
| 421920 | Toy & hobby goods & supplies |
| 421990 | Other miscellaneous durable goods |

### Wholesale Trade, Nondurable Goods

| | |
|---|---|
| 422300 | Apparel, piece goods, & notions |
| 422800 | Beer, wine, & distilled alcoholic beverage |
| 422920 | Books, periodicals, & newspapers |
| 422600 | Chemical & allied products |
| 422210 | Drugs & druggists' sundries |
| 422500 | Farm product raw materials |
| 422910 | Farm supplies |
| 422930 | Flower, nursery stock, & florists' supplies |
| 422400 | Grocery & related products |
| 422950 | Paint, varnish, & supplies |
| 422100 | Paper & paper products |
| 422700 | Petroleum & petroleum products |
| 422940 | Tobacco & tobacco products |
| 422990 | Other miscellaneous nondurable goods |

| | |
|---|---|
| 999999 | Unclassified establishments (unable to classify) |

# 1999 Instructions for Schedule D, Capital Gains and Losses

Use Schedule D (Form 1040) to report:

● The sale or exchange of a capital asset (defined on this page).

● Gains from involuntary conversions (other than from casualty or theft) of capital assets not held for business or profit.

● Capital gain distributions not reported directly on Form 1040, line 13.

● Nonbusiness bad debts.

**Additional Information.** See **Pub. 544** and **Pub. 550** for more details. For a comprehensive filled-in example of Schedule D, see Pub. 550.

*Section references are to the Internal Revenue Code unless otherwise noted.*

## General Instructions

### A Change To Note

If your only capital gains are capital gain distributions from mutual funds (or other regulated investment companies) or real estate investment trusts, you may not need to complete Schedule D. See the instructions for Form 1040, line 13, on page 21 to find out if you can report your capital gain distributions directly on Form 1040, line 13, and use the new **Capital Gain Tax Worksheet** to figure your tax instead of filing Schedule D.

### Other Forms You May Have To File

Use **Form 4797** to report the following:

● The sale or exchange of property used in a trade or business; depreciable and amortizable property; oil, gas, geothermal, or other mineral property; and section 126 property.

● The involuntary conversion (other than from casualty or theft) of property used in a trade or business and capital assets held for business or profit.

● The disposition of noncapital assets other than inventory or property held primarily for sale to customers in the ordinary course of your trade or business.

● Ordinary loss on the sale, exchange, or worthlessness of small business investment company (section 1242) stock.

● Ordinary loss on the sale, exchange, or worthlessness of small business (section 1244) stock.

Use **Form 4684** to report involuntary conversions of property due to casualty or theft.

Use **Form 6781** to report gains and losses from section 1256 contracts and straddles.

Use **Form 8824** if you made one or more "like-kind" exchanges. A like-kind exchange occurs when you exchange business or investment property for property of a like kind. For exchanges of capital assets, include the gain or (loss) from Form 8824, if any, on line 4 or line 11.

### Capital Asset

Most property you own and use for personal purposes, pleasure, or investment is a capital asset. For example, your house, furniture, car, stocks, and bonds are capital assets. A capital asset is any property held by you **except** the following:

**1.** Stock in trade or other property included in inventory or held for sale to customers.

**2.** Accounts or notes receivable for services performed in the ordinary course of your trade or business or as an employee, or from the sale of any property described in **1.**

**3.** Depreciable property used in your trade or business even if it is fully depreciated.

**4.** Real estate used in your trade or business.

**5.** Copyrights, literary, musical, or artistic compositions, letters or memoranda, or similar property: **(a)** created by your personal efforts; **(b)** prepared or produced for you (in the case of letters, memoranda, or similar property); or **(c)** that you received from someone who created them or for whom they were created, as mentioned in **(a)** or **(b),** in a way (such as by gift) that entitled you to the basis of the previous owner.

**6.** U.S. Government publications, including the Congressional Record, that you received from the government, other than by purchase at the normal sales price, or that you got from someone who had received it in a similar way, if your basis is determined by reference to the previous owner's basis.

### Capital Assets Held for Personal Use

Generally, gain from the sale or exchange of a capital asset held for personal use is a capital gain. Report it on Schedule D, Part I or Part II. However, if you converted depreciable property to personal use, all or part of the gain on the sale or exchange of that property may have to be recaptured as ordinary income. Use Part III of Form 4797 to figure the amount of ordinary income recapture. The recapture amount is included on line 31 (and line 13) of Form 4797. **Do not** enter any gain for this property on line 32 of Form 4797. If you are not completing Part III for any other properties, enter "N/A" on line 32. If the total gain is more than the recapture amount, enter "From Form 4797" in column (a) of line 1 or line 8 of Schedule D, skip columns (b) through (e), and in column (f), enter the excess of the total gain over the recapture amount.

Loss from the sale or exchange of a capital asset held for personal use is not deductible. But if you had a loss from the sale or exchange of real estate held for personal use for which you received a **Form 1099-S,** you must report the transaction on Schedule D even though the loss is not deductible.

For example, you have a loss on the sale of a vacation home that is not your main home and received a Form 1099-S for the transaction. Report the transaction on line 1 or 8, depending on how long you owned the home. Complete columns (a) through (e). Because the loss is not deductible, enter zero in column (f).

### Short Term or Long Term

Separate your capital gains and losses according to how long you held or owned the property. The holding period for short-term capital gains and losses is 1 year or less. The holding period for long-term capital gains and losses is more than 1 year. To figure the holding period, begin counting on the day after you received the property and include the day you disposed of it.

If you disposed of property that you acquired by inheritance, report the disposition as a long-term gain or loss, regardless of how long you held the property.

A nonbusiness bad debt must be treated as a short-term capital loss. See Pub. 550 for what qualifies as a non-business bad debt and how to enter it on Schedule D.

### Capital Gain Distributions

Enter on line 13, column (f), the **total** capital gain distributions paid to you during the year, regardless of how long you held your investment. This amount should be shown in box 2a of **Form 1099-DIV.** Enter on line 13, column (g), the total of the amounts reported to you as the 28% rate gain portion of your total capital gain distributions. This

Cat. No. 24331I

amount should be shown in box 2b of Form 1099-DIV.

If you received a Form 1099-DIV with an amount in box 2c, see the **Unrecaptured Section 1250 Gain Worksheet** for line 25 on page D-7. If you received a Form 1099-DIV with an amount in box 2d, see **Exclusion of Gain on Qualified Small Business Stock (Section 1202)** on page D-4.

If you received capital gain distributions as a nominee (that is, they were paid to you but actually belong to someone else), report on line 13 only the amount that belongs to you. Attach a statement showing the full amount you received and the amount you received as a nominee. See page B-1 of the Instructions for Schedule B (Form 1040) for filing requirements for Forms 1099-DIV and 1096.

## Partnership Interests

A sale or other disposition of an interest in a partnership may result in ordinary income or unrecaptured section 1250 gain. See **Pub. 541** and the worksheet for line 25 on page D-7.

## Sale of Your Home

If you sold or exchanged your main home in 1999, do not report it on your tax return unless your gain exceeds your exclusion amount. Generally, if you meet the two tests below, you can exclude up to $250,000 of gain. If both you and your spouse meet these tests and you file a joint return, you can exclude up to $500,000 of gain (but only one spouse needs to meet the ownership requirement in **Test 1**).

**Test 1.** You owned and used the home as your main home for 2 years or more during the 5-year period ending on the date you sold or exchanged your home.

**Test 2.** You have not sold or exchanged another main home during the 2-year period ending on the date of the sale or exchange of your home (not counting any sales or exchanges before May 7, 1997).

See **Pub. 523** for details, including how to report any taxable gain on Schedule D, if:

● You do not meet one of the above two tests,

● You (or your spouse if married) used any part of the home for business or rental purposes after May 6, 1997, **or**

● Your gain exceeds your exclusion amount.

## Nondeductible Losses

**Do not** deduct a loss from the direct or indirect sale or exchange of property between any of the following.

● Members of a family.

● A corporation and an individual owning more than 50% of the corporation's stock (unless the loss is from a distribution in complete liquidation of a corporation).

● A grantor and a fiduciary of a trust.

● A fiduciary and a beneficiary of the same trust.

● A fiduciary and a beneficiary of another trust created by the same grantor.

● An executor of an estate and a beneficiary of that estate, unless the sale or exchange was to satisfy a pecuniary bequest (i.e., a bequest of a sum of money).

● An individual and a tax-exempt organization controlled by the individual or the individual's family.

See Pub. 544 for more details on sales and exchanges between related parties.

If you disposed of **(a)** an asset used in an activity to which the at-risk rules apply or **(b)** any part of your interest in an activity to which the at-risk rules apply, and you have amounts in the activity for which you are not at risk, see the instructions for **Form 6198.**

If the loss is allowable under the at-risk rules, it may then be subject to the passive activity rules. See **Form 8582** and its instructions for details on reporting capital gains and losses from a passive activity.

## Items for Special Treatment

● Transactions by a securities dealer. See section 1236.

● Bonds and other debt instruments. See Pub. 550 for details.

● Certain real estate subdivided for sale that may be considered a capital asset. See section 1237.

● Gain on the sale of depreciable property to a more than 50% owned entity, or to a trust of which you are a beneficiary. See Pub. 544 for details.

● Gain on the disposition of stock in an interest charge domestic international sales corporation. See section 995(c).

● Gain on the sale or exchange of stock in certain foreign corporations. See section 1248.

● Transfer of property to a partnership that would be treated as an investment company if it were incorporated. See Pub. 541.

● Sales of stock received under a qualified public utility dividend reinvestment plan. See Pub. 550 for details.

● Transfer of appreciated property to a political organization. See section 84.

● In general, no gain or loss is recognized on the transfer of property from an individual to a spouse or a former spouse if the transfer is incident to a divorce. See **Pub. 504.**

● Amounts received on the retirement of a debt instrument generally are treated as

received in exchange for the debt instrument. See Pub. 550.

● Any loss on the disposition of converted wetland or highly erodible cropland that is first used for farming after March 1, 1986, is reported as a long-term capital loss on Schedule D, but any gain is reported as ordinary income on Form 4797.

● Amounts received by shareholders in corporate liquidations. See Pub. 550.

● Cash received in lieu of fractional shares of stock as a result of a stock split or stock dividend. See Pub. 550 for details.

● Mutual fund load charges may not be taken into account in determining gain or loss on certain dispositions of stock in mutual funds if reinvestment rights were exercised. For details, see **Pub. 564.**

## Wash Sales

A wash sale occurs when you sell or otherwise dispose of stock or securities (including a contract or option to acquire or sell stock or securities) at a loss and, within 30 days before or after the sale or disposition, you directly or indirectly:

● Buy substantially identical stock or securities,

● Acquire substantially identical stock or securities in a fully taxable trade, or

● Enter into a contract or option to acquire substantially identical stock or securities.

You **cannot** deduct losses from wash sales unless the loss was incurred in the ordinary course of your business as a dealer in stock or securities. The basis of the substantially identical property (or contract or option to acquire such property) is its cost increased by the disallowed loss. For more details on wash sales, see Pub. 550.

Report a wash sale transaction on line 1 or 8. Enter the full amount of the (loss) in column (f). Directly below the line on which you reported the loss, enter "Wash Sale" in column (a) and enter as a positive amount in column (f) the amount of the loss not allowed.

## Short Sales

A short sale is a contract to sell property you borrowed for delivery to a buyer. At a later date, you either buy substantially identical property and deliver it to the lender or deliver property that you held but did not want to transfer at the time of the sale. Usually, your holding period is the amount of time you actually held the property eventually delivered to the lender to close the short sale. However, your gain when closing a short sale is short term if you **(a)** held substantially identical property for 1 year or less on the date of the short sale, or **(b)** acquired property substantially identical to the property sold short after the short sale but on or before the date you close the short sale.

If you held substantially identical property for more than 1 year on the date of a short sale, any loss realized on the short sale is a long-term capital loss, even if the property used to close the short sale was held 1 year or less.

## Constructive Sale Treatment for Certain Appreciated Positions

Generally, you must recognize gain (but not loss) on the date you enter into a constructive sale of any appreciated position in stock, a partnership interest, or certain debt instruments as if the position were disposed of at fair market value on that date.

You are treated as making a constructive sale of an appreciated position when you (or a related person, in some cases) do one of the following:

● Enter into a short sale of the same or substantially identical property (i.e., a "short sale against the box").

● Enter into an offsetting notional principal contract relating to the same or substantially identical property.

● Enter into a futures or forward contract to deliver the same or substantially identical property.

● Acquire the same or substantially identical property (if the appreciated position is a short sale, offsetting notional principal contract, or a futures or forward contract).

**Exception.** Generally, constructive sale treatment **does not** apply if:

● You closed the transaction before the end of the 30th day after the end of the year in which it was entered into,

● You held the appreciated position to which the transaction relates throughout the 60-day period starting on the date the transaction was closed, **and**

● At no time during that 60-day period was your risk of loss reduced by holding certain other positions.

For details and other exceptions to these rules, see Pub. 550.

## Gain or Loss From Options

Report on Schedule D gain or loss from the closing or expiration of an option that is not a section 1256 contract, but is a capital asset in your hands. If an option you purchased expired, enter the expiration date in column (c) and enter **"EXPIRED"** in column (d). If an option that was granted (written) expired, enter the expiration date in column (b) and enter **"EXPIRED"** in column (e). Fill in the other columns as appropriate. See Pub. 550 for more details.

## Sales of Stock to ESOPs or Certain Cooperatives

If you sold qualified securities (defined in section 1042(c)(1)) held for at least 3 years to an employee stock ownership plan (ESOP) or eligible worker-owned cooperative, you may be able to elect to postpone all or part of the gain on the sale if you bought qualified replacement property (securities) within the period that began 3 months before the sale and ended 12 months after the sale. If you make the election, you must recognize gain on the sale only to the extent the proceeds from the sale exceed the cost of the qualified replacement property. You must reduce the basis of the replacement property by any postponed gain. If you dispose of any replacement property, you may have to recognize all of the postponed gain.

Generally, to qualify for the election, the ESOP or cooperative must own immediately after the sale at least 30% of the outstanding stock of the corporation that issued the qualified securities. Also, the qualified replacement property must have been issued by a domestic operating corporation.

Similar rules apply to the sale of stock of a qualified refiner or processor to an eligible farmers' cooperative. See section 1042(g) for details and exceptions.

You must make the election no later than the due date (including extensions) for filing your tax return for the year in which you sold the stock. If your original return was filed on time, you may make the election on an amended return filed no later than 6 months after the due date of your return (excluding extensions). Write "Filed pursuant to section 301.9100-2" at the top of the amended return, and file it at the same address you used for your original return.

To make the election, report the entire gain realized on the sale on line 8. Directly below the line on which you reported the gain, enter in column (a) "Section 1042 election" and enter as a (loss) in column (f) the amount of the gain you are postponing or expect to postpone. If the actual postponed gain is different from the amount you report, file an amended return.

Also attach the following statements:

**1.** A "statement of election" that indicates you are making an election under section 1042(a) and that includes the following information: **(a)** a description of the securities sold, the date of the sale, the amount realized on the sale, and the adjusted basis of the qualified securities; **(b)** the name of the ESOP or cooperative to which the qualified securities were sold; and **(c)** for a sale that was part of a single, interrelated transaction under a prearranged agreement between taxpayers involving other sales of qualified securities, the names and identifying numbers of the other taxpayers under the agreement

and the number of shares sold by the other taxpayers.

**2.** A notarized "statement of purchase" describing the qualified replacement property, date of purchase, and the cost of the property, and declaring the property to be qualified replacement property for the qualified stock you sold. The statement must have been notarized no later than 30 days after the purchase. If you have not yet purchased the qualified replacement property, you must attach the notarized "statement of purchase" to your income tax return for the year following the election year (or the election will not be valid).

**3.** A verified written statement of the domestic corporation whose employees are covered by the ESOP acquiring the qualified securities, or of any authorized officer of the cooperative, consenting to the taxes under sections 4978 and 4979A on certain dispositions and prohibited allocations of the stock purchased by the ESOP or cooperative.

For details, see section 1042 and Temporary Regulations section 1.1042-1T.

## Specialized Small Business Investment Companies (SSBICs)

If you sold publicly traded securities, you may elect to postpone all or part of the gain on that sale if you bought common stock or a partnership interest in an SSBIC during the 60-day period that began on the date of the sale. An SSBIC is any partnership or corporation licensed by the Small Business Administration under section 301(d) of the Small Business Investment Act of 1958. You must recognize gain to the extent the sale proceeds exceed the cost (not taken into account previously) of your SSBIC stock or partnership interest purchased during the 60-day period that began on the date of the sale. The gain you may elect to postpone is limited to $50,000 a year and $500,000 during your lifetime (reduce these amounts by one-half if you are married filing separately). Reduce the basis of your SSBIC stock or partnership interest by any postponed gain.

You must make the election no later than the due date (including extensions) for filing your tax return for the year in which you sold the securities. If your original return was filed on time, you may make the election on an amended return filed no later than 6 months after the due date of your return (excluding extensions). Write "Filed pursuant to section 301.9100-2" at the top of the amended return, and file it at the same address you used for your original return.

To make the election, report the entire gain realized on the sale on line 1 or 8. Directly below the line on which you reported the gain, enter in column (a) "SSBIC rollover" and enter as a (loss) in column (f)

the amount of the postponed gain. Also attach a schedule showing **(a)** how you figured the postponed gain, **(b)** the name of the SSBIC in which you purchased common stock or a partnership interest, **(c)** the date of that purchase, and **(d)** your new basis in that SSBIC stock or partnership interest.

## Exclusion of Gain on Qualified Small Business Stock (Section 1202)

Section 1202 allows for an exclusion of up to 50% of the eligible gain on the sale or exchange of qualified small business stock. The section 1202 exclusion applies only to qualified small business stock issued after August 10, 1993, and held for more than 5 years. To be **qualified small business stock,** the stock must meet **all** of the following tests:

● It must be stock in a C corporation (i.e., not S corporation stock).

● It must have been originally issued after August 10, 1993.

● As of the date the stock was issued, the corporation was a qualified small business (QSB). A QSB is a domestic C corporation with total gross assets of $50 million or less **(a)** at all times after August 9, 1993, and before the stock was issued and **(b)** immediately after the stock was issued. Gross assets include those of any predecessor of the corporation. All corporations that are members of the same parent-subsidiary controlled group are treated as one corporation.

● You must have acquired the stock at its original issue (either directly or through an underwriter), either in exchange for money or other property, or as pay for services (other than as an underwriter) to the corporation. In certain cases, you may meet the test if you acquired the stock from another person who met the test (such as by gift or inheritance) or through a conversion or exchange of QSB stock you held.

● During substantially all the time you held the stock:

**1.** The corporation was a C corporation,

**2.** At least 80% of the value of the corporation's assets were used in the active conduct of one or more qualified businesses (defined below), and

**3.** The corporation **was not** a foreign corporation, DISC, former DISC, regulated investment company, real estate investment trust, REMIC, FASIT, cooperative, or a corporation that has made (or that has a subsidiary that has made) a section 936 election.

---

**Note.** A specialized small business investment company (SSBIC) is treated as having met test 2 above.

---

A **qualified business** is any business **other than** a—

● Business involving services performed in the fields of health, law, engineering, architecture, accounting, actuarial science, performing arts, consulting, athletics, financial services, or brokerage services.

● Business whose principal asset is the reputation or skill of one or more employees.

● Banking, insurance, financing, leasing, investing, or similar business.

● Farming business (including the raising or harvesting of trees).

● Business involving the production of products for which percentage depletion can be claimed.

● Business of operating a hotel, motel, restaurant, or similar business.

For more details about limits and additional requirements that may apply, see section 1202.

### Pass-Through Entities

If you held an interest in a pass-through entity (a partnership, S corporation, or mutual fund or other regulated investment company) that sold QSB stock, you must have held the interest on the date the pass-through entity acquired the QSB stock and at all times thereafter until the stock was sold to qualify for the exclusion.

### How To Report

Report in column (f) of line 8 the entire gain realized on the sale of QSB stock. In column (g) of line 8, report as 28% rate gain an amount equal to the section 1202 exclusion. Complete all other columns as indicated. Directly below the line on which you reported the gain, enter in column (a) "Section 1202 exclusion" and enter as a (loss) in column (f) the amount of the allowable exclusion.

**Gain From Form 1099-DIV.** If you received a Form 1099-DIV with a gain in box 2d, part or all of that gain (which is also included in box 2a) may be eligible for the section 1202 exclusion. In column (a) of line 8, enter the name of the corporation whose stock was sold. In column (f), enter the amount of your allowable exclusion as a loss. In column (g), enter the amount of your allowable exclusion as a gain.

**Gain From Form 2439.** If you received a Form 2439 with a gain in box 1d, part or all of that gain (which is also included in box 1a) may be eligible for the section 1202 exclusion. In column (a) of line 8, enter the name of the corporation whose stock was sold. In column (f), enter the amount of your allowable exclusion as a loss. In column (g), enter the amount of your allowable exclusion as a gain.

**Alternative Minimum Tax.** You must include 42% of the exclusion amount on **Form**

**6251,** line 14m. Complete Form 6251 to see if you owe this tax.

## Rollover of Gain From QSB Stock

If you sold QSB stock (defined above) that you held for more than 6 months, you may elect to postpone gain if you purchase other QSB stock during the 60-day period that began on the date of the sale. A pass-through entity also may make the election to postpone gain. The benefit of the postponed gain applies to your share of the entity's postponed gain if you held an interest in the entity for the entire period the entity held the QSB stock. If a pass-through entity sold QSB stock held for more than 6 months and you held an interest in the entity for the entire period the entity held the stock, you also may elect to postpone gain if you, rather than the pass-through entity, purchase the replacement QSB stock within the 60-day period.

You must recognize gain to the extent the sale proceeds exceed the cost of the replacement stock. Reduce the basis of the replacement stock by any postponed gain.

You must make the election no later than the due date (including extensions) for filing your tax return for the tax year in which the QSB stock was sold. If your original return was filed on time, you may make the election on an amended return filed no later than 6 months after the due date of your return (excluding extensions). Write "Filed pursuant to section 301.9100-2" at the top of the amended return, and file it at the same address you used for your original return.

To make the election, report the entire gain realized on the sale on line 1 or 8. Directly below the line on which you reported the gain, enter in column (a) "Section 1045 rollover" and enter as a (loss) in column (f) the amount of the postponed gain.

## Undistributed Capital Gains

Include on line 11, column (f), the amount from box 1a of **Form 2439.** This represents your share of the undistributed long-term capital gains of the regulated investment company (including a mutual fund) or real estate investment trust.

Include on line 11, column (g), the amount, if any, from box 1b of Form 2439. If there is an amount in box 1c of Form 2439, see the worksheet for line 25 on page D-7. If there is an amount in box 1d of Form 2439, see **Exclusion of Gain on Qualified Small Business Stock (Section 1202)** on this page.

Enter on Form 1040, line 63, the tax paid as shown in box 2 of Form 2439. Add to the basis of your stock the excess of the amount included in income over the amount of the credit for the tax paid. See Pub. 550 for more details.

## Installment Sales

If you sold property (other than publicly traded stocks or securities) at a gain and you will receive a payment in a tax year after the year of sale, you must report the sale on the installment method unless you elect not to. Use **Form 6252** to report the sale on the installment method. Also use Form 6252 to report any payment received in 1999 from a sale made in an earlier year that you reported on the installment method.

To elect out of the installment method, report the full amount of the gain on Schedule D on a timely filed return (including extensions) for the year of the sale. If your original return was filed on time, you may make the election on an amended return filed no later than 6 months after the due date of your return (excluding extensions). Write "Filed pursuant to section 301.9100-2" at the top of the amended return, and file it at the same address you used for your original return.

# Specific Instructions

## Column (b)—Date Acquired

Enter in this column the date the asset was acquired. Use the trade date for stocks and bonds traded on an exchange or over-the-counter market. For stock or other property sold short, enter the date the stock or property was delivered to the broker or lender to close the short sale.

If you disposed of property that you acquired by inheritance, report the gain or (loss) on line 8 and enter **"INHERITED"** in column (b) instead of the date you acquired the property.

If you sold a block of stock (or similar property) that was acquired through several different purchases, you may report the sale on one line and enter **"VARIOUS"** in column (b). However, you still must report the short-term gain or (loss) on the sale in Part I and the long-term gain or (loss) in Part II.

## Column (c)—Date Sold

Enter in this column the date the asset was sold. Use the trade date for stocks and bonds traded on an exchange or over-the-counter market. For stock or other property sold short, enter the date you sold the stock or property you borrowed to open the short sale transaction.

## Column (d)—Sales Price

Enter in this column either the gross sales price or the net sales price from the sale. If you sold stocks or bonds and you received a **Form 1099-B** or substitute statement from your broker that shows gross sales price, enter that amount in column (d). But if Form 1099-B (or substitute statement) indicates that gross proceeds minus commissions and option premiums were reported to the IRS, enter that net amount in column (d). If you enter the net amount in column (d), **do not** include the commissions and option premiums from the sale in column (e).

You should not have received a Form 1099-B (or substitute statement) for a transaction merely representing the return of your original investment in a nontransferable obligation, such as a savings bond or a certificate of deposit. But if you did, report the amount shown on Form 1099-B (or substitute statement) in both columns (d) and (e).

 Be sure to add all sales price entries on lines 1 and 8, column (d), to amounts on lines 2 and 9, column (d). Enter the totals on lines 3 and 10.

## Column (e)—Cost or Other Basis

In general, the cost or other basis is the cost of the property plus purchase commissions and improvements, minus depreciation, amortization, and depletion. If you inherited the property, got it as a gift, or received it in a tax-free exchange, involuntary conversion, or "wash sale" of stock, you may not be able to use the actual cost as the basis. If you do not use the actual cost, attach an explanation of your basis.

When selling stock, adjust your basis by subtracting all the nontaxable distributions you received before the sale. Also adjust your basis for any stock splits. See Pub. 550 for details on how to figure your basis in stock that split while you owned it.

You can choose to use an average basis for mutual fund shares if you acquired the shares at various times and prices and you left the shares on deposit in an account handled by a custodian or agent who acquired or redeemed those shares. For details on how to figure average basis, see **Pub. 564.**

The basis of property acquired by gift is generally the basis of the property in the hands of the donor. The basis of property acquired from a decedent is generally the fair market value at the date of death. See Pub. 544 for details.

Increase the cost or other basis of an original issue discount (OID) debt instrument by the amount of OID that has been included in gross income for that instrument.

If a charitable contribution deduction is allowed because of a bargain sale of property to a charitable organization, the adjusted basis for purposes of determining gain from the sale is the amount that has the same ratio to the adjusted basis as the amount realized has to the fair market value.

Increase your cost or other basis by any expense of sale, such as broker's fees, commissions, state and local transfer taxes, and option premiums, before making an entry in column (e), unless you reported the net sales price in column (d).

For more details, see **Pub. 551.**

## Column (f)—Gain or (Loss)

You **must** make a separate entry in this column for each transaction reported on lines 1 and 8 and any other line(s) that applies to you. For lines 1 and 8, subtract the amount in column (e) from the amount in column (d). Enter negative amounts in parentheses.

## Column (g)—28% Rate Gain or (Loss)

Enter in column (g) **only** the amount, if any, from Part II, column (f), that is equal to the amount of your section 1202 exclusion from the eligible gain on qualified small business stock (see page D-4) or from collectibles gains and losses. A **collectibles gain or loss** is any long-term gain or loss from the sale or exchange of a collectible that is a capital asset.

**Collectibles** include works of art, rugs, antiques, metals (such as gold, silver, and platinum bullion), gems, stamps, coins, alcoholic beverages, and certain other tangible property.

Also include gain from the sale of an interest in a partnership, S corporation, or trust attributable to unrealized appreciation of collectibles.

## Lines 1 and 8

Enter all sales and exchanges of capital assets, including stocks, bonds, etc., and real estate (if not reported on Form 4684, 4797, 6252, 6781, or 8824). Include these transactions even if you did not receive a Form 1099-B or **Form 1099-S** (or substitute statement) for the transaction. You can use abbreviations to describe the property as long as they are based on the descriptions of the property as shown on Form 1099-B or 1099-S (or substitute statement).

Use **Schedule D-1** if you need more space to list transactions for lines 1 and 8. Use as many Schedules D-1 as you need. Enter on Schedule D, lines 2 and 9, the combined totals from all your Schedules D-1.

 Add the following amounts reported to you for 1999 on Forms 1099-B and 1099-S (or substitute statements): **(a)** proceeds from transactions involving stocks, bonds, and other securities, and **(b)** gross proceeds from real estate transactions, other than the sale of your main home if you had no taxable gain, not reported on another form or schedule. If this total is **more** than the total of lines 3 and 10, attach an explanation of the difference.

**Capital Loss Carryover Worksheet—Line 18**                  *Keep for Your Records*



---

Use this worksheet to figure your capital loss carryovers from 1999 to 2000 if Schedule D, line 18, is a loss and **(a)** that loss is a smaller loss than the loss on Schedule D, line 17, **or (b)** Form 1040, line 37, is a loss. Otherwise, you do not have any carryovers.

---

  **1.** Enter the amount from Form 1040, line 37. If a loss, enclose the amount in parentheses  .  .  .  .    **1.** _____

  **2.** Enter the loss from Schedule D, line 18, as a positive amount  .  .  .  .  .  .  .  .    **2.** _____

  **3.** Combine lines 1 and 2. If zero or less, enter -0-  .  .  .  .  .  .  .  .  .    **3.** _____

  **4.** Enter the **smaller** of line 2 or line 3  .  .  .  .  .  .  .  .  .  .    **4.** _____

      **Note.** If line 7 of Schedule D is a loss, go to line 5; otherwise, enter -0- on line 5 and go to line 9.

  **5.** Enter the loss from Schedule D, line 7, as a positive amount  .  .  .  .  .  .  .  .    **5.** _____

  **6.** Enter any gain from Schedule D, line 16  .  .  .  .  .    **6.** _____

  **7.** Add lines 4 and 6  .  .  .  .  .  .  .  .  .  .  .  .  .  .    **7.** _____

  **8.** **Short-term capital loss carryover to 2000.** Subtract line 7 from line 5. If zero or less, enter -0-.  .  **8.** _____

      **Note.** If line 16 of Schedule D is a loss, go to line 9; otherwise, skip lines 9 through 13.

  **9.** Enter the loss from Schedule D, line 16, as a positive amount  .  .  .  .  .  .    **9.** _____

**10.** Enter any gain from Schedule D, line 7  .  .  .  **10.** _____

**11.** Subtract line 5 from line 4. If zero or less, enter -0-  .  .  .  **11.** _____

**12.** Add lines 10 and 11  .  .  .  .  .  .  .  .  .  .  .    **12.** _____

**13.** **Long-term capital loss carryover to 2000.** Subtract line 12 from line 9. If zero or less, enter -0-  .  **13.** _____

---

## Line 25

Complete the worksheet below if **any** of the following apply to you.

● During 1999, you sold or otherwise disposed of section 1250 property (generally, real property that you depreciated) held more than 1 year.

● You received installment payments in 1999 for section 1250 property held more than 1 year for which you are reporting gain on the installment method.

● You received a Schedule K-1 from an estate or trust, partnership, or S corporation that shows "unrecaptured section 1250 gain" reportable for 1999.

● You received a Form 1099-DIV or Form 2439 from a real estate investment trust or regulated investment company (including a mutual fund) that reports "unrecaptured section 1250 gain" for 1999.

● You reported a long-term capital gain from the sale or exchange of an interest in a partnership that owned section 1250 property.

### Instructions for the Unrecaptured Section 1250 Gain Worksheet

**Lines 1 Through 3.** If you had more than one property described on line 1, complete lines 1 through 3 for each property on a separate worksheet. Enter the total of the line 3 amounts for all properties on line 3 and go to line 4.

**Line 4.** To figure the amount to enter on line 4, follow the steps below.

  *Step 1.* For each installment sale of trade or business property held more than 1 year, figure the **smaller** of **(a)** the depreciation allowed or allowable or **(b)** the total gain

for the sale. This is the **smaller** of line 22 or line 24 of the 1999 Form 4797 (or the comparable lines of Form 4797 for the year of sale) for each property sold.

  *Step 2.* Then, reduce that amount by any section 1250 ordinary income recapture for that sale. This is the amount from line 26g of the 1999 Form 4797 (or the comparable line of Form 4797 for the year of sale) for each property sold. The result is your total unrecaptured section 1250 gain that must be allocated to the installment payments received from the sale.

  *Step 3.* Generally, the amount of section 1231 gain on each installment payment is treated as unrecaptured section 1250 gain until the total unrecaptured section 1250 gain figured in step 2 has been used in full. However, if the amount you treated as unrecaptured section 1250 gain for any installment payment received after May 6, 1997, and before August 24, 1999, is less than the amount that would have been so treated under the previous sentence, you must use the smaller amount to figure any remaining unrecaptured section 1250 gain. Therefore, the amount of gain treated as unrecaptured section 1250 gain for each installment payment received after August 23, 1999, is the **smaller** of **(a)** the amount from line 26 or line 37 of the 1999 Form 6252, whichever applies, that is allocable to that installment payment or **(b)** your total unrecaptured section 1250 gain for the sale, reduced by the amount of gain treated as unrecaptured section 1250 gain for all prior installment payments. This method also may be used to figure the amount of unrecaptured section 1250 gain allocable to 1999 installment payments received before August 24. For more details, see Regulations section 1.453-12.

  *Step 4.* Enter on line 4 the total unrecaptured section 1250 gain allocable to **all** installment payments received in 1999.

**Line 10.** To figure the amount to enter on line 10, follow the applicable instructions below.

  *Installment Sales.* Follow the steps below to figure the amount to include on line 10:

● **Step 1.** For each installment sale of property held more than 1 year (but not included on line 4), figure **(a)** the depreciation allowed or allowable or **(b)** the total gain for the sale. This is the **smaller** of line 22 or line 24 of the 1999 Form 4797 (or the comparable lines of Form 4797 for the year of sale) for each property sold.

● **Step 2.** Reduce the amount from step 1 by any section 1250 ordinary income recapture for that sale. This is the amount from line 26g of the 1999 Form 4797 (or the comparable line of Form 4797 for the year of sale) for each property sold. The result is your total unrecaptured section 1250 gain that must be allocated to the installment payments received from the sale.

● **Step 3.** Generally, the amount of capital gain on each installment payment is treated as unrecaptured section 1250 gain until the total unrecaptured section 1250 gain figured in step 2 has been used in full. However, if the amount you treated as unrecaptured section 1250 gain for any installment payment received after May 6, 1997, and before August 24, 1999, is less than the amount that would have been so treated under the previous sentence, you must use the smaller amount to figure any remaining unrecaptured section 1250 gain. Therefore, the amount of gain treated as unrecaptured section 1250 gain for each installment payment received after August 23, 1999, is the

**Unrecaptured Section 1250 Gain Worksheet—Line 25**  *Keep for Your Records*



 **TIP**   If any of the following apply, you do not have to complete all of the worksheet. Instead, follow the instructions below:

- Go to line 4 if your only unrecaptured section 1250 gain is from an installment sale of trade or business property held more than 1 year that you are reporting on Form 6252.
- Go to line 5 if your only unrecaptured section 1250 gain is from a Schedule K-1 reporting such gain from a partnership or an S corporation.
- Go to line 10 if your only unrecaptured section 1250 gain is from a sale (including an installment sale) or other disposition of section 1250 property held more than 1 year, but that is not being reported in Part I of Form 4797.
- Go to line 10 if your only unrecaptured section 1250 gain is from the sale or exchange of an interest in a partnership.
- Go to line 11 if your only unrecaptured section 1250 gain is from a Schedule K-1, Form 1099-DIV, or Form 2439 reporting such gain from an estate, trust, real estate investment trust, or regulated investment company (including a mutual fund).

1. If you had a section 1250 property in Part III of Form 4797 for which you made an entry in column (g) of Part I of Form 4797 (but not on Form 6252), enter the **smaller** of line 22 or line 24 of Form 4797 for that property. If you had more than one such property, see instructions . . . . . . .   **1.** _____

2. Enter the amount from Form 4797, line 26g, for the property for which you made an entry on line 1   **2.** _____

3. Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . .   **3.** _____

4. Enter the total unrecaptured section 1250 gain included on line 26 or line 37 of Form(s) 6252 from installment sales of trade or business property held more than 1 year (see instructions) .   **4.** _____

5. Enter the total of any amounts reported to you on Schedules K-1 from a partnership or an S corporation as "unrecaptured section 1250 gain" . . . . . . . . . . . . . .   **5.** _____

6. Add lines 3 through 5 . . . . . . . . . . . . . . . . . . .   **6.** _____

7. Enter the **smaller** of line 6 or the gain, if any, from Form 4797, line 7 . . .   **7.** _____

8. Enter the amount, if any, from Form 4797, line 8 . . . . . . . . .   **8.** _____

9. Subtract line 8 from line 7. If zero or less, enter -0-   **9.** _____

10. Enter the total unrecaptured section 1250 gain from sales (including installment sales) or other dispositions of section 1250 property held more than 1 year (but not included on any of the above lines). Also include gain from the sale or exchange of an interest in a partnership attributable to section 1250 gain (see instructions) . . . . . . . . . . . . . . . . .   **10.** _____

11. Enter the total of any amounts reported to you on Schedules K-1 and Forms 1099-DIV and 2439 as "unrecaptured section 1250 gain" from an estate, trust, real estate investment trust, or mutual fund (or other regulated investment company) . . . . . . . . . . . . . .   **11.** _____

12. Add lines 9 through 11 . . . . . . . . . . . . . . . . . .   **12.** _____

13. Enter the gain or (loss) from Schedule D, line 15 . . . . . .   **13.** _____

14. Enter the (loss), if any, from Schedule D, line 7. If Schedule D, line 7, is zero or a gain, enter -0- . . . . . . . . . . . . .   **14.** _____

15. Combine lines 13 and 14. If the result is zero or a gain, enter -0-. If the result is a (loss), enter it as a positive amount . . . . . . . . . . . . . . . . . . . .   **15.** _____

16. Subtract line 15 from line 12. If zero or less, enter -0-. Enter the result on Schedule D, line 25 . . . . . . . . . . . . . . . . . . . . . . . .   **16.** _____

**smaller** of (a) the amount from line 26 or line 37 of the 1999 Form 6252, whichever applies, that is allocable to that installment payment or (b) your total unrecaptured section 1250 gain for the sale, reduced by the amount of gain treated as unrecaptured section 1250 gain for all prior installment payments. This method also may be used to figure the amount of unrecaptured section 1250 gain allocable to 1999 installment payments received before August 24. For more details, see Regulations section 1.453-12.

- **Step 4.** Include on line 10 the total unrecaptured section 1250 gain allocable to **all** installment payments received in 1999.

*Other Sales or Dispositions of Section 1250 Property.* For each sale of property

held more than 1 year (but not included on line 1), figure the **smaller** of (a) the depreciation allowed or allowable or (b) the total gain for the sale. This is the **smaller** of line 22 or line 24 of the 1999 Form 4797 (or the comparable lines of Form 4797 for the year of sale) for each property sold. Then, reduce that amount by any section 1250 ordinary income recapture for that sale. This is the amount from line 26g of the 1999 Form 4797 (or the comparable line of Form 4797 for the year of sale) for each property sold. The result is your total unrecaptured section 1250 gain that must be included on line 10.

*Sale or Exchange of a Partnership Interest Held More Than 1 Year.* Include on line 10 your share of the partnership's un-

recaptured section 1250 gain that would result if the partnership had transferred all of its section 1250 property in a fully taxable transaction immediately before you sold or exchanged your interest in that partnership. If you recognized less than all of the realized gain, the partnership will be treated as having transferred only a proportionate amount of each section 1250 property.

# 1999 Instructions for Schedule E, Supplemental Income and Loss

Use Schedule E (Form 1040) to report income or loss from rental real estate, royalties, partnerships, S corporations, estates, trusts, and residual interests in REMICs.

You may attach your own schedule(s) to report income or loss from any of these sources. Use the same format as on Schedule E.

Enter separately on Schedule E the total income and the total loss for each part. Enclose loss figures in (parentheses).

## Part I

### Income or Loss From Rental Real Estate and Royalties

Use Part I to report:

• Income and expenses from rentals of real estate (including personal property leased with real estate), and

• Royalty income and expenses.

See the instructions for lines 3 and 4 to determine if you should report your rental real estate and royalty income on **Schedule C, Schedule C-EZ,** or **Form 4835** instead of Schedule E.

If you own a part interest in a rental real estate property, report only your part of the income and expenses on Schedule E.

If you have more than three rental real estate or royalty properties, complete and attach as many Schedules E as you need to list them. Complete lines 1 and 2 for each property. But fill in the "Totals" column on only one Schedule E. The figures in the "Totals" column on that Schedule E should be the combined totals of all your Schedules E.

If you are also using page 2 of Schedule E, use the same Schedule E on which you entered the combined totals for Part I.

**Personal Property. Do not** use Schedule E to report income and expenses from the rental of personal property, such as equipment or vehicles. Instead, use Schedule C or C-EZ if you are in the business of renting personal property. You are in the business of renting personal property if the primary purpose for renting the property is income or profit and you are involved in the rental activity with continuity and regularity.

If your rental of personal property is not a business, see the Instructions for Form 1040, lines 21 and 32, to find out how to report the income and expenses.

## Filers of Form 1041

If you are a fiduciary filing Schedule E with Form 1041, enter the estate's or trust's employer identification number (EIN) in the block for "Your social security number."

## Line 1

For rental real estate property only, show:

• The kind of property you rented (for example, brick duplex).

• The street address, city or town, and state. You do not have to give the ZIP code.

• Your percentage of ownership in the property, if less than 100%.

## Line 2

If you rented out a dwelling unit that you also used for **personal purposes** during the year, you may not be able to deduct all the expenses for the rental part. "Dwelling unit" (unit) means a house, apartment, condominium, or similar property.

A day of **personal use** is any day, or part of a day, that the unit was used by:

• You for personal purposes.

• Any other person for personal purposes, if that person owns part of the unit (unless rented to that person under a "shared equity" financing agreement).

• Anyone in your family (or in the family of someone else who owns part of the unit), unless the unit is rented at a fair rental price to that person as his or her main home.

• Anyone who pays less than a fair rental price for the unit.

• Anyone under an agreement that lets you use some other unit.

**Do not** count as personal use:

• Any day you spent working substantially full time repairing and maintaining the unit, even if family members used it for recreational purposes on that day.

• The days you used the unit as your main home before or after renting it or offering it for rent, if you rented or tried to rent it for at least 12 consecutive months (or for a period of less than 12 consecutive months at the end of which you sold or exchanged it).

Check "Yes" if you or your family used the unit for personal purposes in 1999 more than the **greater** of:

**1.** 14 days, or

**2.** 10% of the total days it was rented to others at a fair rental price.

Otherwise, check "No."

If you checked "No," you can deduct all your expenses for the rental part, subject to the **At-Risk Rules** and the **Passive Activity Loss Rules** explained on pages E-3 and E-4.

If you checked "Yes" and rented the unit out for fewer than 15 days, do not report the rental income and do not deduct any rental expenses. If you itemize deductions on Schedule A, you may deduct allowable interest, taxes, and casualty losses.

If you checked "Yes" and rented the unit out for at least 15 days, you may NOT be able to deduct all your rental expenses. You can deduct all of the following expenses for the rental part on Schedule E:

• Mortgage interest.

• Real estate taxes.

• Casualty losses.

• Other rental expenses not related to your use of the unit as a home, such as advertising expenses and rental agents' fees.

If any income is left after deducting these expenses, you can deduct other expenses, including depreciation, up to the amount of remaining income. You can carry over to 2000 the amounts you cannot deduct.

See **Pub. 527** for more details.

## Line 3

If you received rental income from real estate (including personal property leased with real estate) but you were not in the real estate business, report the income on line 3. Include income received for renting a room or other space. If you received services or

property instead of money as rent, report the fair market value as rental income.

Be sure to enter the total of all your rents in the "Totals" column even if you have only one property.

If you provided significant services to the renter, such as maid service, report the rental activity on Schedule C or C-EZ, not on Schedule E. Significant services **do not** include the furnishing of heat and light, cleaning of public areas, trash collection, or similar services.

If you were in the real estate sales business, include on line 3 only the rent received from real estate (including personal property leased with real estate) you held for investment or speculation. Do not use Schedule E to report income and expenses from rentals of real estate held for sale to customers in the ordinary course of your real estate sales business. Instead, use Schedule C or C-EZ for these rentals.

For more details on rental income, use TeleTax topic 414 (see page 10 of the Form 1040 instructions) or see Pub. 527.

**Rental Income From Farm Production or Crop Shares.** Report farm rental income and expenses on Form 4835 if:

● You received rental income based on crops or livestock produced by the tenant, **and**

● You did not manage or operate the farm to any great extent.

# Line 4

Report on line 4 **royalties** from oil, gas, or mineral properties (not including operating interests); copyrights; and patents. Enter your total royalties in the "Totals" column.

If you received $10 or more in royalties during 1999, you should receive a **Form 1099-MISC** or similar statement, showing the amount of royalties you received. The payer must send this statement to you by January 31, 2000.

If you are in business as a self-employed writer, inventor, artist, etc., report your royalty income and expenses on Schedule C or C-EZ.

You may be able to treat amounts received as "royalties" for transfer of a patent or amounts received on the disposal of coal and iron ore as the sale of a capital asset. For details, see **Pub. 544.**

Enter on line 4 the gross amount of royalty income, even if state or local taxes were withheld from oil or gas payments you received. Include taxes withheld by the producer on line 16.

# General Instructions for Lines 5 Through 21

Enter your rental and royalty expenses for each property in the appropriate column. You can deduct all ordinary and necessary expenses, such as taxes, interest, repairs, insurance, management fees, agents' commissions, and depreciation.

Do not deduct the value of your own labor or amounts paid for capital investments or capital improvements.

Enter your total expenses for mortgage interest (line 12), total expenses before depreciation expense or depletion (line 19), and depreciation expenses or depletion (line 20) in the "Totals" column even if you have only one property.

**Renting Out Part of Your Home.** If you rent out only part of your home or other property, deduct the part of your expenses that applies to the rented part.

**Credit or Deduction for Access Expenditures.** You may be able to claim a tax credit for eligible expenditures paid or incurred in 1999 to provide access to your business for individuals with disabilities. See **Form 8826** for details.

You can also deduct up to $15,000 of qualified costs paid or incurred in 1999 to remove architectural or transportation barriers to individuals with disabilities and the elderly.

You cannot take both the credit and the deduction for the same expenditures. See **Pub. 535** for details.

# Line 6

You may deduct ordinary and necessary auto and travel expenses related to your rental activities, including 50% of meal expenses incurred while traveling away from home. You generally can deduct either your actual expenses or take the standard mileage rate. You **must** use actual expenses if you use more than one vehicle simultaneously in your rental activities (as in fleet operations). You cannot use actual expenses for a leased vehicle if you previously used the standard mileage rate for that vehicle.

You can use the standard mileage rate for 1999 **only** if:

● You owned the vehicle and use the standard mileage rate for the first year you placed the vehicle in service, or

● You leased the vehicle and are using the standard mileage rate for the entire lease period (except the period, if any, before 1998).

If you deduct actual auto expenses:

● Include on line 6 the rental activity portion of the cost of gasoline, oil, repairs, insurance, tires, etc., and

● Show auto rental or lease payments on line 18 and depreciation on line 20.

If you want to take the standard mileage rate, multiply the number of miles you drove your auto in connection with your rental activities:

● **Before** April 1, 1999, by 32.5 cents; and

● **After** March 31, 1999, by 31 cents.

Include this amount and your parking fees and tolls on line 6.

If you claim any auto expenses (actual or the standard mileage rate), you must provide the information requested in Part V of **Form 4562** and attach Form 4562 to your return.

See Pub. 527 and **Pub. 463** for more details.

# Line 10

Include on line 10 fees for tax advice and the preparation of tax forms related to your rental real estate or royalty properties.

Do not deduct legal fees paid or incurred to defend or protect title to property, to recover property, or to develop or improve property. Instead, you must capitalize these fees and add them to the property's basis.

# Lines 12 and 13

In general, to determine the interest expense allocable to your rental activities, you must have records to show how the proceeds of each debt were used. Specific tracing rules apply for allocating debt proceeds and repayment. See Pub. 535 for details.

If you have a mortgage on your rental property, enter on line 12 the amount of interest you paid for 1999 to banks or other financial institutions. Be sure to fill in the "Totals" column.

Do not deduct prepaid interest when you paid it. You can deduct it only in the year to which it is properly allocable. Points, including loan origination fees, charged only for the use of money must be deducted over the life of the loan.

If you paid $600 or more in interest on a mortgage, the recipient should send you a **Form 1098** or similar statement by January 31, 2000, showing the total interest received from you during 1999.

If you paid more mortgage interest than is shown on your Form 1098 or similar statement, see Pub. 535 to find out if you can deduct the additional interest. If you can, enter the entire amount on line 12. Attach a statement to your return explaining the dif-

ference. Write "See attached" in the left margin next to line 12.

**Note.** If the recipient was not a financial institution or you did not receive a Form 1098 from the recipient, report your deductible mortgage interest on line 13.

If you and at least one other person (other than your spouse if you file a joint return) were liable for and paid interest on the mortgage, and the other person received Form 1098, report your share of the interest on line 13. Attach a statement to your return showing the name and address of the person who received Form 1098. In the left margin next to line 13, write "See attached."

# Line 14

You may deduct the cost of repairs made to keep your property in good working condition. Repairs generally do not add significant value to the property or extend its life. Examples of repairs are fixing a broken lock or painting a room. Improvements that increase the value of the property or extend its life, such as replacing a roof or renovating a kitchen, must be capitalized and depreciated (i.e., they cannot be deducted in full in the year they are paid or incurred). See the instructions for line 20.

# Line 17

You may deduct the actual cost of ordinary and necessary telephone calls that are related to your rental activities or royalty income (e.g., calls to the renter). However, the base rate (including taxes and other charges) for local telephone service for the first telephone line into your residence is a personal expense and is not deductible.

# Line 20

Depreciation is the annual deduction you must take to recover the cost or other basis of business or investment property having a useful life substantially beyond the tax year. Land is not depreciable.

Depreciation starts when you first use the property in your business or for the production of income. It ends when you take the property out of service, deduct all your depreciable cost or other basis, or no longer use the property in your business or for the production of income.

See the Instructions for Form 4562 to figure the amount of depreciation to enter on line 20. Be sure to fill in the "Totals" column.

You must complete and attach Form 4562 **only** if you are claiming:

● Depreciation on property first placed in service during 1999;

● Depreciation on listed property (defined in the Instructions for Form 4562), including a vehicle, regardless of the date it was placed in service; or

● A section 179 expense deduction or amortization of costs that began in 1999.

See Pub. 527 for more information on depreciation of residential rental property. See **Pub. 946** for a more comprehensive guide to depreciation.

If you own mineral property or an oil, gas, or geothermal well, you may be able to take a deduction for depletion. See Pub. 535 for details.

# Line 22

## At-Risk Rules

Generally, you must complete **Form 6198** to figure your allowable loss if you have:

● A loss from an activity carried on as a trade or business or for the production of income, **and**

● Amounts in the activity for which you are not at risk.

The at-risk rules generally limit the amount of loss (including loss on the disposition of assets) you can claim to the amount you could actually lose in the activity. However, the at-risk rules do not apply to losses from an activity of holding real property, if you acquired your interest in the activity before 1987 and the property was placed in service before 1987. The activity of holding mineral property does not qualify for this exception.

In most cases, you are **not** at risk for amounts such as:

● Nonrecourse loans used to finance the activity, to acquire property used in the activity, or to acquire your interest in the activity that are not secured by your own property (other than property used in the activity). However, there is an exception for certain nonrecourse financing borrowed by you in connection with holding real property. See **Qualified nonrecourse financing** below.

● Cash, property, or borrowed amounts used in the activity (or contributed to the activity, or used to acquire your interest in the activity) that are protected against loss by a guarantee, stop-loss agreement, or other similar arrangement (excluding casualty insurance and insurance against tort liability).

● Amounts borrowed for use in the activity from a person who has an interest in the activity (other than as a creditor) or who is related, under Internal Revenue Code section 465(b)(3), to a person (other than you) having such an interest.

**Qualified nonrecourse financing** is treated as an amount at risk if it is secured by real property used in an activity of holding real property that is subject to the at-risk rules. Qualified nonrecourse financing is financing for which no one is personally liable for repayment and is:

● Borrowed by you in connection with holding real property,

● Not convertible from a debt obligation to an ownership interest, **and**

● Loaned or guaranteed by any Federal, state, or local government, or borrowed by you from a **qualified person.**

A **qualified person** is a person who actively and regularly engages in the business of lending money, such as a bank or savings and loan association. A qualified person **cannot** be:

● Related to you (unless the nonrecourse financing obtained is commercially reasonable and on the same terms as loans involving unrelated persons), or

● The seller of the property (or a person related to the seller), or

● A person who receives a fee due to your investment in real property (or a person related to that person).

If you have amounts for which you are not at risk, use Form 6198 to determine the amount of your deductible loss. Enter that amount in the appropriate column of Schedule E, line 22. In the space to the left of line 22, write "Form 6198." Attach Form 6198 to your return.

# Line 23

**Note. Do not** complete line 23 if the amount on line 22 is from royalty properties.

If you have a rental real estate loss from a passive activity (defined later), the amount of loss you can deduct may be limited by the passive activity loss rules. You may need to complete **Form 8582** to figure the amount of loss, if any, to enter on line 23.

If your rental real estate loss is not from a passive activity **OR** you meet the following exception, you do not have to complete Form 8582. Enter the loss from line 22 on line 23.

**Exception for Certain Rental Real Estate Activities.** If you meet **ALL THREE** of the following conditions, your rental real estate losses are not limited by the passive activity loss rules. If you **do not** meet **ALL THREE** of these conditions, see the Instructions for Form 8582 to find out if you must complete and attach Form 8582.

**1.** Rental real estate activities are your only passive activities.

**2.** You do not have any prior year unallowed losses from any passive activities.

**3. All** of the following apply if you have an overall net loss from these activities:

● You actively participated (defined later) in all of the rental real estate activities; **and**

● If married filing separately, you lived apart from your spouse all year; **and**

● Your overall net loss from these activities is $25,000 or less ($12,500 or less if married filing separately); **and**

● You have no current or prior year unallowed credits from passive activities; **and**

● Your modified adjusted gross income (defined later) is $100,000 or less ($50,000 or less if married filing separately).

**Active Participation.** You can meet the active participation requirement without regular, continuous, and substantial involvement in real estate activities. But you must have participated in making management decisions or arranging for others to provide services (such as repairs) in a significant and bona fide sense. Such management decisions include:

● Approving new tenants.

● Deciding on rental terms.

● Approving capital or repair expenditures.

● Other similar decisions.

You are not considered to actively participate if, at any time during the tax year, your interest (including your spouse's interest) in the activity was less than 10% by value of all interests in the activity.

**Modified Adjusted Gross Income.** This is your adjusted gross income from Form 1040, line 33, without taking into account:

● Any passive activity loss.

● Rental real estate losses allowed under the exception for real estate professionals (explained on this page).

● Taxable social security or equivalent railroad retirement benefits.

● Deductible contributions to an IRA or certain other qualified retirement plans under Internal Revenue Code section 219.

● The student loan interest deduction.

● The deduction for one-half of self-employment tax.

● The exclusion of amounts received under an employer's adoption assistance program.

However, if you file **Form 8815,** include in your modified adjusted gross income the savings bond interest excluded on line 14 of that form.

## Passive Activity Loss Rules

The passive activity loss rules may limit the amount of losses you can deduct. These rules apply to losses in Parts I, II, and III, and line 39 of Schedule E.

Losses from passive activities may be subject first to the at-risk rules. Losses deductible under the at-risk rules are then subject to the passive activity loss rules.

You generally can deduct losses from passive activities only to the extent of income from passive activities. An exception applies to certain rental real estate activities (as previously explained).

**Passive Activity.** A passive activity is any business activity in which you **do not** materially participate and any rental activity, except as provided on this page. If you are a limited partner, you generally are not treated as having materially participated in the partnership's activities for the year.

The rental of real or personal property is generally a rental activity under the passive activity loss rules, but exceptions apply. If your rental of property is not treated as a rental activity, you must determine whether it is a trade or business activity, and if so, whether you materially participated in the activity for the tax year.

See the Instructions for Form 8582 to determine whether you materially participated in the activity and for the definition of "rental activity."

See **Pub. 925** for special rules that apply to rentals of:

● Substantially nondepreciable property.

● Property incidental to development activities.

● Property to activities in which you materially participate.

**Exception for Real Estate Professionals.** If you were a real estate professional in 1999, any rental real estate activity in which you materially participated is not a passive activity. You were a **real estate professional** only if you met **both** of the following conditions:

**1.** More than half of the personal services you performed in trades or businesses were performed in real property trades or businesses in which you materially participated, and

**2.** You performed more than 750 hours of services in real property trades or businesses in which you materially participated.

For purposes of this rule, each interest in rental real estate is a separate activity, unless you elect to treat all your interests in rental real estate as one activity. To make this election, attach a statement to your original tax return that declares you are a qualifying taxpayer for the year and you are making the election under Internal Revenue Code

section 469(c)(7)(A). The election applies for the year made and all later years in which you are a real estate professional. You may revoke the election only if your facts and circumstances materially change.

If you are married filing jointly, either you or your spouse must separately meet both of the above conditions, without taking into account services performed by the other spouse.

A real property trade or business is any real property development, redevelopment, construction, reconstruction, acquisition, conversion, rental, operation, management, leasing, or brokerage trade or business. Services you performed as an employee are not treated as performed in a real property trade or business unless you owned more than 5% of the stock (or more than 5% of the capital or profits interest) in the employer.

If you were a real estate professional for 1999, complete line 42 on page 2 of Schedule E.

**Other Exceptions.** The rental of your home that you also used for personal purposes is not a passive activity. See the instructions for line 2.

A working interest in an oil or gas well that you hold directly or through an entity that does not limit your liability is not a passive activity even if you do not materially participate.

Royalty income not derived in the ordinary course of a trade or business reported on Schedule E generally is not considered income from a passive activity.

For more details on passive activities, see the Instructions for Form 8582 and Pub. 925.

# Parts II and III

If you need more space in Part II or III to list your income or losses, attach a continuation sheet using the same format as shown in Part II or III. However, be sure to complete the "Totals" columns for lines 28a and 28b, or lines 33a and 33b, as appropriate. If you also completed Part I on more than one Schedule E, use the same Schedule E on which you entered the combined totals in Part I.

**Tax Shelter Registration Number.** Complete and attach **Form 8271** if you are reporting any deduction, loss, credit, other tax benefit, or income from an interest purchased or otherwise acquired in a tax shelter.

Form 8271 is used to report the name, tax shelter registration number, and identifying number of the tax shelter. There is a $250 penalty if you do not report the registration number of the tax shelter on your tax return.

**Tax Preference Items.** If you are a partner, a shareholder in an S corporation, or a beneficiary of an estate or trust, you must take into account your share of preferences and adjustments from these entities for the alternative minimum tax on **Form 6251** or Schedule I of **Form 1041.**

# Part II

## Income or Loss From Partnerships and S Corporations

If you are a member of a partnership or joint venture or a shareholder in an S corporation, use Part II to report your share of the partnership or S corporation income (even if not received) or loss.

You should receive a **Schedule K-1** from the partnership or the S corporation. You should also receive a copy of the Partner's or Shareholder's Instructions for Schedule K-1. Your copy of Schedule K-1 and its instructions will tell you where on your return to report your share of the items. If you did not receive these instructions with your Schedule K-1, see page 7 of the Form 1040 instructions for how to get a copy. **Do not** attach Schedules K-1 to your return. Keep them for your records.

If you are treating items on your tax return differently from the way the partnership or S corporation reported them on its return, you may have to file **Form 8082.**

**Special Rules Apply That Limit Losses.** Please note the following:

● If you have a current year loss, or a prior year unallowed loss, from a partnership or an S corporation, see **At-Risk Rules** and **Passive Activity Loss Rules** on pages E-3 and E-4.

Partners and S corporation shareholders should get a separate statement of income, expenses, deductions, and credits for each activity engaged in by the partnership and S corporation. If you are subject to the at-risk rules for any activity, use Form 6198 to figure the amount of any deductible loss. If the activity is nonpassive, enter any deductible loss from Form 6198 on the appropriate line in Part II, column (i), of Schedule E.

● If you have a passive activity loss, you generally need to complete Form 8582 to figure the amount of the allowable loss to enter in Part II, column (g), for that activity. But if you are a **general** partner or an S corporation shareholder reporting your share of a partnership or an S corporation loss from a rental real estate activity, **and** you meet **ALL THREE** of the conditions listed in the instructions for line 23, you do not

have to complete Form 8582. Instead, enter your allowable loss in Part II, column (g).

If you have passive activity income, complete Part II, column (h), for that activity.

If you have nonpassive income or losses, complete Part II, columns (i) through (k), as appropriate.

## Partnerships

See the Schedule K-1 instructions before entering on your return other partnership items from a passive activity or income or loss from any publicly traded partnership.

If you have other partnership items, such as depletion, from a nonpassive activity, show each item on a separate line in Part II. You may deduct unreimbursed ordinary and necessary expenses you paid on behalf of the partnership if you were required to pay these expenses under the partnership agreement. Enter deductible **unreimbursed partnership expenses** from nonpassive activities on a separate line in Part II, column (i). However, enter on Schedule A any unreimbursed partnership expenses deductible as itemized deductions.

Report allowable interest expense paid or incurred from debt-financed acquisitions in Part II or on Schedule A depending on the type of expenditure to which the interest is allocated. See Pub. 535 for details.

If you claimed a credit for Federal tax on gasoline or other fuels on your 1998 Form 1040 based on information received from the partnership, enter as income in column (h) or column (k), whichever applies, the amount of the credit claimed in 1998.

If you have losses or deductions from a prior year that you could not deduct because of the at-risk or basis rules, and the amounts are now deductible, do not combine the prior year amounts with any current year amounts to arrive at a net figure to report on Schedule E. Instead, report the prior year amounts and the current year amounts on separate lines of Schedule E.

Part or all of your share of partnership income or loss from the operation of the business may be considered net earnings from self-employment that must be reported on **Schedule SE.** Enter the amount from Schedule K-1 (Form 1065), line 15a, on Schedule SE, after you reduce this amount by any allowable expenses attributable to that income.

**Contributions of Property to Foreign Partnerships.** If you are a U.S. person who contributed property after August 5, 1997, to a foreign partnership in exchange for a partnership interest, you may have to file **Form 8865** if:

● Immediately after the contribution, you owned, directly or indirectly, at least a 10% interest in the partnership, **or**

● The fair market value of the property you contributed to the partnership in exchange for a partnership interest, when added to other contributions of property you made to the partnership during the preceding 12-month period, exceeds $100,000.

Also, you may have to file Form 8865 to report certain dispositions by a foreign partnership of property you previously contributed to that partnership if you were a partner at the time of the disposition. For more details, including penalties that may apply, see Form 8865 and its separate instructions.

## S Corporations

If you are a shareholder in an S corporation, your share of the corporation's aggregate losses and deductions (combined income, losses, and deductions) is limited to the adjusted basis of your corporate stock and any debt the corporation owes you. Any loss or deduction not allowed this year because of the basis limitation may be carried forward and deducted in a later year subject to the basis limitation for that year.

If you are claiming a deduction for your share of an aggregate loss, attach to your return a computation of the adjusted basis of your corporate stock and of any debt the corporation owes you. See the Schedule K-1 instructions for more information.

After applying the basis limitation, the deductible amount of your aggregate losses and deductions may be further reduced by the at-risk rules and the passive activity loss rules explained earlier.

If you have losses or deductions from a prior year that you could not deduct because of the basis or at-risk limitations, and the amounts are now deductible, **do not** combine the prior year amounts with any current year amounts to arrive at a net figure to report on Schedule E. Instead, report the prior year amounts and the current year amounts on separate lines of Schedule E.

Distributions of prior year accumulated earnings and profits of S corporations are dividends and are reported on Form 1040, line 9.

Interest expense relating to the acquisition of shares in an S corporation may be fully deductible on Schedule E. For details, see Pub. 535.

Your share of the net income of an S corporation is NOT subject to self-employment tax.

# Part III

## Income or Loss From Estates and Trusts

If you are a beneficiary of an estate or trust, use Part III to report your part of the income

(even if not received) or loss. You should receive a **Schedule K-1** (Form 1041) from the fiduciary. Your copy of Schedule K-1 and its instructions will tell you where on your return to report the items from Schedule K-1. **Do not** attach Schedule K-1 to your return. Keep it for your records.

If you are treating items on your tax return differently from the way the estate or trust reported them on its return, you may have to file Form 8082.

If you have estimated taxes credited to you from a trust (Schedule K-1, line 14a), write "ES payment claimed" and the amount on the dotted line next to line 36. **Do not** include this amount in the total on line 36. Instead, enter the amount on Form 1040, line 58.

A U.S. person who transferred property to a foreign trust may have to report the income received by the trust as a result of the transferred property if, during 1999, the trust had a U.S. beneficiary. For details, see **Form 3520.**

# Part IV

## Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)

If you are the holder of a residual interest in a real estate mortgage investment conduit (REMIC), use Part IV to report your total share of the REMIC's taxable income or loss for each quarter included in your tax year. You should receive **Schedule Q** (Form 1066) and instructions from the REMIC for each quarter. **Do not** attach Schedules Q to your return. Keep them for your records.

If you are treating REMIC items on your tax return differently from the way the REMIC reported them on its return, you may have to file Form 8082.

If you are the holder of a residual interest in more than one REMIC, attach a continuation sheet using the same format as in Part IV. Enter the totals of columns (d) and (e) on line 38 of Schedule E. If you also completed Part I on more than one Schedule E, use the same Schedule E on which you entered the combined totals in Part I.

REMIC income or loss is not income or loss from a passive activity.

---

**Note.** If you are the holder of a regular interest in a REMIC, do not use Schedule E to report the income you received. Instead, report it on Form 1040, line 8a.

---

**Column (c).** Report the total of the amounts shown on Schedule(s) Q, line 2c. This is the **smallest** amount you are allowed to report

as your taxable income (Form 1040, line 39). It is also the **smallest** amount you are allowed to report as your alternative minimum taxable income (AMTI) (Form 6251, line 21).

If the amount in column (c) is larger than your taxable income would otherwise be, enter the amount from column (c) on Form 1040, line 39. Similarly, if the amount in column (c) is larger than your AMTI would otherwise be, enter the amount from column (c) on Form 6251, line 21. Write "Sch. Q" on the dotted line to the left of this amount on Forms 1040 and 6251.

---

**Note.** These rules also apply to estates and trusts that hold a residual interest in a REMIC. Be sure to make the appropriate entries on the comparable lines on Form 1041.

---

 Do not include the amount shown in column (c) in the total on line 38 of Schedule E.

---

**Column (e).** Report the total of the amounts shown on Schedule(s) Q, line 3b. If you itemize your deductions on Schedule A, include this amount on line 22.

# Part V

## Summary

---

# Line 41

You will not be charged a penalty for underpayment of estimated tax if:

   **1.** Your gross farming or fishing income for 1998 or 1999 is at least two-thirds of your gross income, and

   **2.** You file your 1999 tax return and pay the tax due by March 1, 2000.

---

# 1999 Instructions for Schedule F, Profit or Loss From Farming

Use Schedule F (Form 1040) to report farm income and expenses. File it with Form 1040, 1041, 1065, or 1065-B.

This activity may subject you to state and local taxes and other requirements such as business licenses and fees. Check with your state and local governments for more information.

**Additional Information. Pub. 225** has samples of filled-in forms and schedules, and lists important dates that apply to farmers.

## General Instructions

### Other Schedules and Forms You May Have To File

**Schedule E** to report rental income from pastureland that is based on a flat charge. Report this income in Part I of Schedule E. But report on line 10 of Schedule F pasture income received from taking care of someone else's livestock.

**Schedule J** to figure your tax by averaging your farm income over the previous 3 years. Doing so may reduce your tax.

**Schedule SE** to pay self-employment tax on income from any trade or business, including farming.

**Form 4562** to claim depreciation on assets placed in service in 1999, to claim amortization that began in 1999, or to report information on vehicles and other listed property.

**Form 4684** to report a casualty or theft gain or loss involving farm business property including livestock held for draft, breeding, sport, or dairy purposes.

See Pub. 225 for more information on how to report various farm losses, such as losses due to death of livestock or damage to crops or other farm property.

**Form 4797** to report sales, exchanges, or involuntary conversions (other than from a casualty or theft) of certain farm property. Also, use this form to report sales of livestock held for draft, breeding, sport, or dairy purposes.

**Form 4835** to report rental income based on farm production or crop shares if you did not materially participate (for self-employment tax purposes) in the management or operation of the farm. This income is not subject to self-employment tax. See Pub. 225.

**Form 8824** to report like-kind exchanges.

### Heavy Highway Vehicle Use Tax

If you use certain highway trucks, truck-trailers, tractor-trailers, or buses in your trade or business, you may have to pay a Federal highway motor vehicle use tax. See **Form 2290** to find out if you owe this tax.

### Information Returns

You may have to file information returns for wages paid to employees, certain payments of fees and other nonemployee compensation, interest, rents, royalties, annuities, and pensions. You may also have to file an information return if you sold $5,000 or more of consumer products to a person on a buy-sell, deposit-commission, or other similar basis for resale. For more information, see the 1999 **Instructions for Forms 1099, 1098, 5498, and W-2G.**

If you received cash of more than $10,000 in one or more related transactions in your farming business, you may have to file **Form 8300.** For details, see **Pub. 1544.**

### Estimated Tax

If you had to make estimated tax payments in 1999 and you underpaid your estimated tax, you will not be charged a penalty if **both** of the following apply:

**1.** Your gross farming or fishing income for 1998 or 1999 is at least two-thirds of your gross income, **and**

**2.** You file your 1999 tax return and pay the tax due by March 1, 2000.

For more details, see Pub. 225.

## Specific Instructions

### Filers of Forms 1041, 1065, and 1065-B

**Do not** complete the block labeled "Social security number (SSN)." Instead, enter your employer identification number (EIN) on line D.

### Lines A and B

On line A, enter your principal crop or activity for the current year.

On line B, enter one of the 14 principal agricultural activity codes listed in Part IV on page 2 of Schedule F. Select the code that best describes the source of most of your income.

### Line C

Under the **cash method,** include all income in the year you actually get it. Generally, deduct expenses when you pay them. If you use the cash method, check the box labeled "Cash." Complete Parts I and II of Schedule F.

Under the **accrual method,** include income in the year you earn it. It does not matter when you get it. Deduct expenses when you incur them. If you use the accrual method, check the box labeled "Accrual." Complete Parts II, III, and line 11 of Schedule F.

Other rules apply that determine the timing of deductions based on economic performance. See **Pub. 538** for details.

**Farming syndicates** cannot use the cash method of accounting. A farming syndicate may be a partnership, any other noncorporate group, or an S corporation **if:**

**1.** The interests in the business have ever been for sale in a way that would require registration with any Federal or state agency, or

**2.** More than 35% of the loss during any tax year is shared by limited partners or limited entrepreneurs. A **limited partner** is one who can lose only the amount invested or required to be invested in the partnership. A **limited entrepreneur** is a person who does not take any active part in managing the business.

F-1

Cat. No. 24333E

## Line D

You need an employer identification number (EIN) only if you had a Keogh plan or were required to file an employment, excise, estate, trust, partnership, or alcohol, tobacco, and firearms tax return. If you need an EIN, file **Form SS-4.**

If you do not have an EIN, leave line D blank. **Do not** enter your SSN.

## Line E

**Material Participation.** For the definition of material participation for purposes of the passive activity rules, see the instructions for **Schedule C** (Form 1040), line G, on page C-2.

If you meet any of the material participation tests described in the line G instructions for Schedule C, check the "Yes" box.

If you are a retired or disabled farmer, you are treated as materially participating in a farming business if you materially participated 5 of the 8 years preceding your retirement or disability. Also, a surviving spouse is treated as materially participating in a farming activity if the real property used for farming meets the estate tax rules for special valuation of farm property passed from a qualifying decedent, and the surviving spouse actively manages the farm.

Check the "No" box if you did not materially participate. If you checked "No" and you have a loss from this business, see **Limit on Losses** below. If you have a profit from this business activity but have current year losses from other passive activities or prior year unallowed passive activity losses, see the instructions for **Form 8582.**

**Limit on Losses.** If you checked the "No" box on line E and you have a loss from this business, you may have to use Form 8582 to figure your allowable loss, if any, to enter on Schedule F, line 36. Generally, you can deduct losses from passive activities only to the extent of income from passive activities.

For more details, see **Pub. 925.**

# Part I. Farm Income—Cash Method

In Part I, show income received for items listed on lines 1 through 10. Generally, count both the cash actually or constructively received and the fair market value of goods or other property received for these items. Income is constructively received when it is credited to your account or set aside for you to use. However, farm produc-

tion flexibility contract payments received under the Federal Agriculture Improvement and Reform Act of 1996 are required to be included in income only in the year of actual receipt.

If you ran the farm yourself and received rents based on farm production or crop shares, report these rents as income on line 4.

## Sales of Livestock Because of Weather-Related Conditions

If you sold livestock because of drought, flood, or other weather-related conditions, you can elect to report the income from the sale in the year after the year of sale if **all** of the following apply:

● Your main business is farming.

● You can show that you sold the livestock only because of weather-related conditions.

● Your area qualified for Federal aid.

## Forms 1099 or CCC-1099-G

If you received Forms 1099 or CCC-1099-G showing amounts paid to you, first determine if the amounts are to be included with farm income. Then, use the following chart to determine where to report the income on Schedule F. Include the Form 1099 or CCC-1099-G amounts with any other income reported on that line.

| Information return | Where to report |
|---|---|
| Form 1099-PATR . . . | Line 5a |
| Form 1099-A . . . . | Line 7b |
| Form 1099-MISC (for crop insurance) | Line 8a |
| Forms 1099-G or CCC-1099-G (for disaster payments) | Line 8a |
| Forms 1099-G or CCC-1099-G (for other agricultural program payments) | Line 6a |

You may also receive **Form 1099-MISC** for other types of income. In this case, report it on whichever line best describes the income. For example, if you received a Form 1099-MISC for custom farming work, include this amount on line 9, "Custom hire (machine work) income."

## Lines 1 and 2

On line 1, show amounts received from sales of livestock and other items bought for resale. On line 2, show the cost or other basis of the livestock and other items you actually sold.

## Line 4

Show amounts received from sales of livestock, produce, grains, and other products you raised.

## Lines 5a and 5b

If you received distributions from a cooperative in 1999, you should receive **Form 1099-PATR.** On line 5a, show your total distributions from cooperatives. This includes patronage dividends, nonpatronage distributions, per-unit retain allocations, and redemption of nonqualified notices and per-unit retain allocations.

Show patronage dividends (distributions) received in cash, and the dollar amount of qualified written notices of allocation. If you received property as patronage dividends, report the fair market value of the property as income. Include cash advances received from a marketing cooperative. If you received per-unit retains in cash, show the amount of cash. If you received qualified per-unit retain certificates, show the stated dollar amount of the certificate.

Do not include as income on line 5b patronage dividends from buying personal or family items, capital assets, or depreciable assets. Enter these amounts on line 5a only. If you do not report patronage dividends from these items as income, you must subtract the amount of the dividend from the cost or other basis of these items.

## Lines 6a and 6b

Enter on line 6a the TOTAL of the following amounts:

● Price support payments.

● Market gain from the repayment of a secured Commodity Credit Corporation (CCC) loan for less than the original loan amount.

● Diversion payments.

● Cost-share payments (sight drafts).

● Payments in the form of materials (such as fertilizer or lime) or services (such as grading or building dams).

These amounts are government payments you received, usually reported to you on **Form 1099-G.** You may also receive Form CCC-1099-G from the Department of Agri-

culture showing the amounts and types of payments made to you.

On line 6b, report only the taxable amount. For example, do not report the market gain shown on Form CCC-1099-G on line 6b if you elected to report CCC loan proceeds as income in the year received (see **Lines 7a Through 7c** below). No gain results from redemption of the commodity because you previously reported the CCC loan proceeds as income. You are treated as repurchasing the commodity for the amount of the loan repayment. However, if you did not report the CCC loan proceeds under the election, you must report the market gain on line 6b.

## Lines 7a Through 7c

**Commodity Credit Corporation Loans.** Generally, you do not report CCC loan proceeds as income. However, if you pledge part or all of your production to secure a CCC loan, you may elect to report the loan proceeds as income in the year you receive them, instead of the year you sell the crop. If you make this election (or made the election in a prior year), report loan proceeds you received in 1999 on line 7a. Attach a statement to your return showing the details of the loan(s).

**Forfeited CCC Loans.** Include the full amount forfeited on line 7b, even if you reported the loan proceeds as income.

If you **did not** elect to report the loan proceeds as income, also include the forfeited amount on line 7c.

If you did elect to report the loan proceeds as income, you generally will not have an entry on line 7c. But if the amount forfeited is different from your basis in the commodity, you may have an entry on line 7c.

For more information on the tax consequences of electing to report CCC loan proceeds as income or forfeiting CCC loans, see Pub. 225.

## Lines 8a Through 8d

In general, you must report crop insurance proceeds in the year you receive them. Federal crop disaster payments are treated as crop insurance proceeds. However, if 1999 was the year of damage, you may elect to include certain proceeds in income for 2000. To make this election, check the box on line 8c and attach a statement to your return. See Pub. 225 for a description of the proceeds for which an election may be made and for what you must include in your statement.

Generally, if you elect to defer any eligible crop insurance proceeds, you must defer all such crop insurance proceeds (including Federal disaster payments).

Enter on line 8a the TOTAL crop insurance proceeds you received in 1999, even if you elect to include them in income for 2000.

Enter on line 8b the taxable amount of the proceeds you received in 1999. Do not include proceeds you elect to include in income for 2000.

Enter on line 8d the amount, if any, of crop insurance proceeds you received in 1998 and elected to include in income for 1999.

## Line 9

Enter on this line the income you received for custom hire (machine work).

## Line 10

Use this line to report income not shown on lines 1 through 9. For example, include the following income items on line 10:

● Illegal Federal irrigation subsidies. See Pub. 225.

● Bartering income.

● Income from discharge of indebtedness. Generally, if a debt is canceled or forgiven, you must include the canceled amount in income. If a Federal, agency, financial institution, or credit union canceled or forgave a debt you owed of $600 or more, it should send you a **Form 1099-C,** or similar statement, by January 31, 2000, showing the amount of debt canceled in 1999. However, certain solvent farmers may exclude discharged qualified farm indebtedness from income. For information on whether you must include any discharge of indebtedness in income, see Pub. 225.

● State gasoline or fuel tax refund you got in 1999.

● The amount of credit for Federal tax paid on fuels claimed on your 1998 Form 1040.

● The amount of credit for alcohol used as a fuel that was entered on **Form 6478.**

● Any recapture of excess depreciation, including any section 179 expense deduction, if the business use percentage of any listed property decreased to 50% or less in 1999. Use **Form 4797** to figure the recapture. See the instructions for Schedule C (Form 1040), line 13, on page C-3 for the definition of listed property.

● The inclusion amount on leased listed property (other than vehicles) when the business use percentage drops to 50% or less. See **Pub. 946** to figure the amount.

● Any recapture of the deduction for clean-fuel vehicles used in your business and clean-fuel vehicle refueling property.

For details on how to figure recapture, see **Pub. 535.**

● The gain or loss on the sale of commodity futures contracts if the contracts were made to protect you from price changes. These are a form of business insurance and are considered hedges. If you had a loss in a closed futures contract, enclose it in parentheses.

 For property acquired and hedging positions established, you must clearly identify on your books and records both the hedging transaction and the item(s) or aggregate risk that is being hedged.

Purchase or sales contracts are not true hedges if they offset losses that already occurred. If you bought or sold commodity futures with the hope of making a profit due to favorable price changes, do not report the profit or loss on this line. Report it on **Form 6781.**

## Part II. Farm Expenses

**Do not** deduct:

● Personal or living expenses (such as taxes, insurance, or repairs on your home) that do not produce farm income.

● Expenses of raising anything you or your family used.

● The value of animals you raised that died.

● Inventory losses.

● Personal losses.

If you were repaid for any part of an expense, you must subtract the amount you were repaid from the deduction.

**Capitalizing Costs of Property.** If you produced real or tangible personal property or acquired property for resale, certain expenses must be included in inventory costs or capitalized. These expenses include the direct costs of the property and the share of any indirect costs allocable to that property. However, these rules generally do not apply to:

**1.** Expenses of raising animals,

**2.** Expenses of producing any plant that has a preproductive period of 2 years or less, or

**3.** Expenses of replanting certain crops if they were lost or damaged by reason of freezing temperatures, disease, drought, pests, or casualty.

**Note.** Exceptions **1** and **2** above do not apply to tax shelters, farm syndicates, or partnerships required to use the accrual method of

accounting under Internal Revenue Code section 447 or 448.

But you may be able to deduct rather than capitalize the expenses of producing a plant with a preproductive period of more than 2 years. See **Election To Deduct Certain Preproductive Period Expenses** on this page.

Do not reduce your deductions on lines 12 through 34e by the preproductive period expenses you are required to capitalize. Instead, enter the total amount capitalized in parentheses on line 34f. See **Preproductive Period Expenses** on page F-6 for more details.

**If you revoked an election made before 1989** to deduct preproductive period expenses for animals, you must continue to apply the alternative depreciation rules to property placed in service while your election was in effect. Also, the expenses you previously chose to deduct will have to be recaptured as ordinary income when you dispose of the animals.

**Election To Deduct Certain Preproductive Period Expenses.** If the preproductive period of any plant you produce is more than 2 years, you may choose to currently deduct the expenses rather than capitalize them. But you may not make this election for the costs of planting or growing citrus or almond groves that are incurred before the end of the 4th tax year beginning with the tax year you planted them in their permanent grove. By deducting the preproductive period expenses for which you may make this election, you are treated as having made the election.

**Note.** In the case of a partnership or S corporation, the election must be made by the partner or shareholder. This election may not be made by tax shelters, farm syndicates, or partners in partnerships required to use the accrual method of accounting under Internal Revenue Code section 447 or 448.

If you make the election to deduct preproductive expenses for plants, any gain you realize when disposing of the plants is ordinary income up to the amount of the preproductive expenses you deducted. Also, the alternative depreciation rules apply to property placed in service in any tax year your election is in effect. Unless you obtain the consent of the IRS, you must make this election for the first tax year in which you engage in a farming business involving the production of property subject to the capitalization rules. You may not revoke this election without the consent of the IRS.

For more information, see Pub. 225.

**Prepaid Farm Supplies.** Generally, if you use the cash method of accounting and your prepaid farm supplies are more than 50% of your other deductible farm expenses, your deduction for those supplies may be limited. Prepaid farm supplies include expenses for feed, seed, fertilizer, and similar farm supplies not used or consumed during the year. They also include the cost of poultry that would be allowable as a deduction in a later tax year if you were to **(a)** capitalize the cost of poultry bought for use in your farm business and deduct it ratably over the lesser of 12 months or the useful life of the poultry and **(b)** deduct the cost of poultry bought for resale in the year you sell or otherwise dispose of it.

If the limit applies, you can deduct prepaid farm supplies that do not exceed 50% of your other deductible farm expenses in the year of payment. You can deduct the excess only in the year you use or consume the supplies (other than poultry, which is deductible as explained above). For exceptions and more details on these rules, see Pub. 225.

## Line 12

You can deduct the actual expenses of running your car or truck, or take the standard mileage rate. You **must** use actual expenses if you used your vehicle for hire or you used more than one vehicle simultaneously in your business (such as in fleet operations). You cannot use actual expenses for a leased vehicle if you previously used the standard mileage rate for that vehicle.

You can use the standard mileage rate for 1999 **only** if:

● You owned the vehicle and use the standard mileage rate for the first year you placed the vehicle in service, or

● You leased the vehicle and are using the standard mileage rate for the entire lease period (except the period, if any, before 1998).

If you deduct actual expenses:

● Include on line 12 the business portion of expenses for gasoline, oil, repairs, insurance, tires, license plates, etc., and

● Show depreciation on line 16 and rent or lease payments on line 26a.

If you choose to take the standard mileage rate, you **cannot** deduct depreciation, rent or lease payments, or your actual operating expenses. To take the standard mileage rate, multiply the number of business miles driven:

● Before April 1, 1999, by 32.5 cents, and

● After March 31, 1999, by 31 cents.

Add to this amount your parking fees and tolls, and enter the total on line 12.

If you claim any car or truck expenses (actual or the standard mileage rate), you must provide the information requested in Part V of **Form 4562.** Be sure to attach Form 4562 to your return.

For more details, see **Pub. 463.**

## Line 14

Deductible soil and water conservation expenses generally are those that are paid to conserve soil and water or to prevent erosion of land used for farming. These expenses include (but are not limited to) the cost of leveling, grading and terracing, contour furrowing, the construction, control, and protection of diversion channels, drainage ditches, earthen dams, watercourses, outlets and ponds, the eradication of brush, and the planting of windbreaks.

These expenses can be deducted only if they are consistent with a conservation plan approved by the Natural Resources Conservation Service (NRCS) of the Department of Agriculture for the area in which your land is located. If no plan exists, the expenses must be consistent with a plan of a comparable state agency. You cannot deduct the expenses if they were paid or incurred for land used in farming in a foreign country.

Do not deduct expenses you pay or incur to drain or fill wetlands, to prepare land for center pivot irrigation systems, or to clear land.

The amount you deduct may not exceed 25% of your gross income from farming (excluding certain gains from selling assets such as farm machinery and land). If your conservation expenses are more than the limit, the excess may be carried forward and deducted in later tax years. However, the amount deductible for any 1 year may not exceed the 25% gross income limit for that year.

For more details, see Pub. 225.

## Line 15

Enter amounts paid for custom hire or machine work (the machine operator furnished the equipment). Do not include amounts paid for rental or lease of equipment that you operated yourself. You should report those amounts on line 26a.

## Line 16

You can deduct depreciation of buildings, improvements, cars and trucks, machinery, and other farm equipment of a permanent nature.

Do not deduct depreciation on your home, furniture or other personal items, livestock you bought or raised for resale, or other property in your inventory.

You may also choose under Internal Revenue Code section 179 to expense a portion of the cost of certain tangible property you bought in 1999 for use in your business.

For more details, including when you must complete and attach Form 4562, see the instructions for Schedule C (Form 1040), line 13, on page C-3.

## Line 17

Deduct contributions to employee benefit programs that are not an incidental part of a pension or profit-sharing plan included on line 25. Examples are accident and health plans, group-term life insurance, and dependent care assistance programs.

Do not include on line 17 any contributions you made on your behalf as a self-employed person to an accident and health plan or for group-term life insurance. You may be able to deduct on Form 1040, line 28, part of the amount you paid for health insurance on behalf of yourself, your spouse, and dependents even if you do not itemize your deductions. See page 28 of the Form 1040 instructions for more details.

## Line 18

Generally, you cannot currently deduct expenses for feed to be consumed by your livestock in a later tax year. See **Prepaid Farm Supplies** on page F-4.

## Line 20

Do not include the cost of transportation incurred in purchasing livestock held for resale as freight paid. Instead, add these costs to the cost of the livestock, and deduct them when the livestock is sold.

## Line 22

Deduct on this line premiums paid for farm business insurance. Deduct on line 17 amounts paid for employee accident and health insurance.

Amounts credited to a reserve for self-insurance or premiums paid for a policy that pays for your lost earnings due to sickness or disability are not deductible.

## Lines 23a and 23b

**Interest Allocation Rules.** The tax treatment of interest expense differs depending on its type. For example, home mortgage interest and investment interest are treated differently. "Interest allocation" rules require you to allocate (classify) your interest expense so it is deducted on the correct line of your return and gets the right tax treatment. These rules could affect how much interest you are allowed to deduct on Schedule F.

Generally, you allocate interest expense by tracing how the proceeds of the loan are used. See Pub. 535 for details.

If you paid interest on a debt secured by your main home and any of the proceeds from that debt were used in your farming business, see Pub. 535 to figure the amount that is deductible on Schedule F.

If you have a mortgage on real property used in your farming business (other than your main home), enter on line 23a the interest you paid for 1999 to banks or other financial institutions for which you received a **Form 1098.**

If you did not receive a Form 1098 from the recipient, report your mortgage interest on line 23b.

If you paid more mortgage interest than is shown on Form 1098 or similar statement, see Pub. 535 to find out if you can deduct the additional interest. If you can, enter the amount on line 23a. Attach a statement to your return explaining the difference and write "See attached" in the left margin next to line 23a.

If you and at least one other person (other than your spouse if you file a joint return) were liable for and paid interest on the mortgage and the other person received the Form 1098, report your share of the interest on line 23b. Attach a statement to your return showing the name and address of the person who received the Form 1098. In the left margin next to line 23b, write "See attached."

On line 23b, enter the interest on other loans related to this farm. Do not deduct interest you prepaid in 1999 for later years; include only the part that applies to 1999.

## Line 24

Enter the amounts you paid for farm labor. Do not include amounts paid to yourself. Reduce your deduction by the current year credits claimed on:

- **Form 5884,** Work Opportunity Credit.
- **Form 8844,** Empowerment Zone Employment Credit.
- **Form 8845,** Indian Employment Credit.
- **Form 8861,** Welfare-to-Work Credit.

Count the cost of boarding farm labor but not the value of any products they used from the farm. Count only what you paid household help to care for farm laborers.

 If you provided taxable fringe benefits to your employees, such as personal use of a car, do not include in farm labor the amounts you depreciated or deducted elsewhere.

## Line 25

Enter your deduction for contributions to employee pension, profit-sharing, or annuity plans. If the plan included you as a self-employed person, see the instructions for Schedule C (Form 1040), line 19, on page C-4.

## Lines 26a and 26b

If you rented or leased vehicles, machinery, or equipment, enter on line 26a the business portion of your rental cost. But if you leased a vehicle for a term of 30 days or more, you may have to reduce your deduction by an **inclusion amount.** For details, see the instructions for Schedule C (Form 1040), lines 20a and 20b, on page C-4.

Enter on line 26b amounts paid to rent or lease other property such as pasture or farm land.

## Line 27

Enter amounts you paid for repairs and maintenance of farm buildings, machinery, and equipment. You can also include what you paid for tools of short life or minimal cost, such as shovels and rakes.

**Do not** deduct repairs or maintenance on your home.

## Line 31

You may deduct the following taxes on this line:

- Real estate and personal property taxes on farm business assets.
- Social security and Medicare taxes you paid to match what you are required to withhold from farm employees' wages and any Federal unemployment tax paid.
- Federal highway use tax.

**Do not** deduct on this line:

- Federal income taxes including your self-employment tax. However, you may deduct one-half of your self-employment tax on Form 1040, line 27.
- Estate and gift taxes.
- Taxes assessed for improvements, such as paving and sewers.
- Taxes on your home or personal use property.

● State and local sales taxes on property purchased for use in your farm business. Instead, treat these taxes as part of the cost of the property.

● Other taxes not related to the farm business.

---

## Line 32

Enter amounts you paid for gas, electricity, water, etc., for business use on the farm. Do not include personal utilities.

You cannot deduct the base rate (including taxes) of the first telephone line into your residence, even if you use it for business. See the instructions for Schedule C (Form 1040), line 25, on page C-5.

---

## Lines 34a Through 34f

Include all ordinary and necessary farm expenses not deducted elsewhere on Schedule F, such as advertising, office supplies, etc. Do not include fines or penalties paid to a government for violating any law.

**Amortization.** You can amortize qualifying forestation and reforestation costs over an 84-month period. You can also amortize certain business startup costs over a period of at least 60 months. For more details, see Pub. 535. For amortization that begins in 1999, you must complete and attach Form 4562.

**At-Risk Loss Deduction.** Any loss from this activity that was not allowed as a deduction last year because of the at-risk rules is treated as a deduction allocable to this activity in 1999.

**Bad Debts.** See the instructions for Schedule C (Form 1040), line 9, on page C-3.

**Business Use of Your Home.** You may be able to deduct certain expenses for business use of your home, subject to limitations. Use the worksheet in **Pub. 587** to figure your allowable deduction. **Do not use Form 8829.**

**Deduction for Clean-Fuel Vehicles and Clean-Fuel Vehicle Refueling Property.** You may deduct part of the cost of qualified clean-fuel vehicle property used in your business and qualified clean-fuel vehicle refueling property. See Pub. 535 for more details.

**Legal and Professional Fees.** You can deduct on this line fees for tax advice related to your farm business and for preparation of the tax forms related to your farm business.

**Travel, Meals, and Entertainment.** Generally, you can deduct expenses for farm business travel and 50% of your business meals and entertainment. But there are exceptions and limitations. See the instructions for Schedule C (Form 1040), lines 24a through 24c, on page C-5.

**Preproductive Period Expenses.** Enter in parentheses on line 34f, preproductive period expenses that are capitalized. If you had preproductive period expenses in 1999 and you decided to capitalize these expenses, you MUST enter the total of these expenses in parentheses on line 34f and write "263A" in the space to the left of the total.

If you entered an amount in parentheses on line 34f because you have preproductive period expenses you are capitalizing, subtract the amount on line 34f from the total of lines 12 through 34e. Enter the result on line 35.

For more information, see **Capitalizing Costs of Property** on page F-3 and Pub. 225.

---

## Line 36

If you have a loss, the amount of loss you can deduct this year may be limited. Go on to line 37 before entering your loss on line 36. If you answered "No" to Question E on Schedule F, also see the Instructions for Form 8582. Enter the net profit or **deductible** loss here and on Form 1040, line 18, and Schedule SE, line 1. Estates and trusts should enter the net profit or deductible loss here and on Form 1041, line 6. Partnerships should stop here and enter the profit or loss on this line and on Form 1065, line 5 (or Form 1065-B, line 7).

If you have a net profit on line 36, this amount is earned income and may qualify you for the earned income credit if you meet certain conditions. See the Instructions for Form 1040, lines 59a and 59b, on page 38 for more details.

---

## Line 37

**At-Risk Rules.** Generally, if you have **(a)** a loss from a farming activity and **(b)** amounts in the activity for which you are **not at risk,** you will have to complete **Form 6198** to figure your allowable loss.

The at-risk rules generally limit the amount of loss (including loss on the disposition of assets) you can claim to the amount you could actually lose in the activity.

Check **box 37b** if you have amounts for which you are not at risk in this activity, such as the following:

● Nonrecourse loans used to finance the activity, to acquire property used in the activity, or to acquire the activity that are not secured by your own property (other than property used in the activity). However, there is an exception for certain nonrecourse financing borrowed by you in connection with holding real property.

● Cash, property, or borrowed amounts used in the activity (or contributed to the activity, or used to acquire the activity) that are protected against loss by a guarantee, stop-loss agreement, or other similar arrangement (excluding casualty insurance and insurance against tort liability).

● Amounts borrowed for use in the activity from a person who has an interest in the activity, other than as a creditor, or who is related under Internal Revenue Code section 465(b)(3) to a person (other than you) having such an interest.

If all amounts are at risk in this business, check **box 37a** and enter your loss on line 36. But if you answered "No" to Question E, you may need to complete Form 8582 to figure your allowable loss to enter on line 36. See the Instructions for Form 8582 for more details.

If you checked **box 37b**, get Form 6198 to determine the amount of your deductible loss and enter that amount on line 36. But if you answered "No" to Question E, your loss may be further limited. See the Instructions for Form 8582. If your at-risk amount is zero or less, enter zero on line 36. Be sure to attach Form 6198 to your return. If you checked box 37b and you fail to attach Form 6198, the processing of your tax return may be delayed.

Any loss from this activity not allowed for 1999 because of the at-risk rules is treated as a deduction allocable to the activity in 2000.

For more details, see Pub. 925. Also, see the Instructions for Form 6198.

---

# Part III. Farm Income—Accrual Method

If you use the accrual method, report farm income when you earn it, not when you receive it. Generally, you must include animals and crops in your inventory if you use this method. See Pub. 538 for exceptions, inventory methods, how to change methods of accounting, and for rules that require certain costs to be capitalized or included in inventory.

## Line 38

Enter the amount earned from the sale of livestock, produce, grains, and other products you raised.

## Lines 39a Through 41c

See the instructions for lines 5a through 7c beginning on page F-2.

## Lines 43 and 44

See the instructions for lines 9 and 10 on page F-3.

# 1999 Instructions for Schedule J, Farm Income Averaging

Use Schedule J (Form 1040) to elect to figure your 1999 tax by averaging, over the previous 3 years, all or part of your 1999 taxable income from your trade or business of farming. Making this election may give you a lower tax if your 1999 income from farming is high and your taxable income for one or more of the 3 prior years was low.

## General Instructions



**CAUTION** If you owe alternative minimum tax (AMT) for 1999 (figured without regard to farm income averaging), filing Schedule J will not reduce your total tax for 1999. Filing Schedule J may, however, increase your credit for prior year minimum tax in a later tax year.

You will need copies of your income tax returns for 1996, 1997, and 1998 to figure your tax on Schedule J. If you do not have copies of those returns, you can get them by filing **Form 4506.** See your Form 1040 instruction booklet to find out how to get this form.

This election does not aply when figuring your tentative minimum tax on **Form 6251** (i.e., you cannot average your AMT farm income). In addition, you do not have to recompute, because of this election, the tax liability of any minor child who was required to use your tax rates in the prior years.

## Specific Instructions

### Line 2

#### Elected Farm Income

To figure elected farm income, first figure your taxable income from farming. **Taxable income from farming** includes all income, gains, losses, and deductions attributable to any farming business. However, it does not include gain from the sale or other disposition of land. Generally, farm income, gains, losses, and deductions are reported on:

- Schedule D,
- Schedule E, Part II,
- Schedule F, and
- Form 4797.

Your **elected farm income** is the amount of your taxable income from farming that you choose to include on line 2. You do not have to include all of your taxable income from farming on line 2. It may be to your advantage to include less than the full amount, depending on how the amount you include on line 2 affects your tax bracket for the current and prior 3 tax years.

If your taxable income from farming is more than the amount shown on line 1, you should not enter on line 2 more than the amount shown on line 1. Otherwise, you may not receive the maximum benefit from income averaging.

**Farming Business.** A farming business is the trade or business of cultivating land or raising or harvesting any agricultural or horticultural commodity. This includes:

- Operating a nursery or sod farm.
- Raising or harvesting of trees bearing fruits, nuts, or other crops.
- Raising ornamental trees (but not ever-green trees that are more than 6 years old when severed from the roots).
- Raising, shearing, feeding, caring for, training, and managing animals.

A farming business **does not** include:

- Contract harvesting of an agricultural or horticultural commodity grown or raised by another.
- Merely buying or reselling plants or animals grown or raised by another.

### Line 4

Figure the tax on the amount on line 3 using the **1999** Tax Table, Tax Rate Schedules, or Capital Gain Tax Worksheet from your 1999 Form 1040 instruction booklet, or use Schedule D. Enter the tax on line 4.

### Lines 5, 9, and 13

If you used the 1998 Schedule J to figure your tax and included the amount from line 22 of that Schedule J on your 1998 Form 1040, line 40, enter the amount from the appropriate line of that Schedule J on lines 5, 9, and 13. Otherwise, enter your taxable income for the applicable year. If you did not file a tax return for 1996, 1997, or 1998, enter the amount you would have reported as your taxable income had you filed a return. If you filed your 1996, 1997, or 1998 tax return using TeleFile, enter your taxable income from line J of your TeleFile Tax Record. If you amended your return or the IRS made changes to it, enter the corrected amount.

**Note. Do not** enter less than zero on line 5, 9, or 13.

Cat. No. 25514J

# Line 8

Figure the tax on the amount on line 7
using either:

- The 1996 Tax Rate Schedules below, or
- The Capital Gain Tax Worksheet below.

## 1996 Tax Rate Schedules

**Schedule X**—Use if your filing status is **Single**

| If the amount on Schedule J, line 7, is: Over— | But not over— | Enter on Schedule J, line 8 | of the amount over— |
|---|---|---|---|
| $0 | $24,000 | ......... 15% | $0 |
| 24,000 | 58,150 | **$3,600.00 +** 28% | 24,000 |
| 58,150 | 121,300 | 13,162.00 + 31% | 58,150 |
| 121,300 | 263,750 | 32,738.50 + 36% | 121,300 |
| 263,750 | ......... | 84,020.50 + 39.6% | 263,750 |

**Schedule Y-2**—Use if your filing status is **Married filing separately**

| If the amount on Schedule J, line 7, is: Over— | But not over— | Enter on Schedule J, line 8 | of the amount over— |
|---|---|---|---|
| $0 | $20,050 | ......... 15% | $0 |
| 20,050 | 48,450 | **$3,007.50 +** 28% | 20,050 |
| 48,450 | 73,850 | 10,959.50 + 31% | 48,450 |
| 73,850 | 131,875 | 18,833.50 + 36% | 73,850 |
| 131,875 | ......... | 39,722.50 + 39.6% | 131,875 |

**Schedule Y-1**—Use if your filing status is **Married filing jointly** or **Qualifying widow(er)**

| If the amount on Schedule J, line 7, is: Over— | But not over— | Enter on Schedule J, line 8 | of the amount over— |
|---|---|---|---|
| $0 | $40,100 | ......... 15% | $0 |
| 40,100 | 96,900 | **$6,015.00 +** 28% | 40,100 |
| 96,900 | 147,700 | 21,919.00 + 31% | 96,900 |
| 147,700 | 263,750 | 37,667.00 + 36% | 147,700 |
| 263,750 | ......... | 79,445.00 + 39.6% | 263,750 |

**Schedule Z**—Use if your filing status is **Head of household**

| If the amount on Schedule J, line 7, is: Over— | But not over— | Enter on Schedule J, line 8 | of the amount over— |
|---|---|---|---|
| $0 | $32,150 | ......... 15% | $0 |
| 32,150 | 83,050 | **$4,822.50 +** 28% | 32,150 |
| 83,050 | 134,500 | 19,074.50 + 31% | 83,050 |
| 134,500 | 263,750 | 35,024.00 + 36% | 134,500 |
| 263,750 | ......... | 81,554.00 + 39.6% | 263,750 |

## 1996 Capital Gain Tax Worksheet (keep for your records)

Use this worksheet to figure the tax on line 8 of Schedule J **only** if **(a)** Schedule D applies for 1996 and both lines 17 and 18 of Schedule D (as refigured) are gains, or **(b)** you reported capital gain distributions directly on your 1996 Form 1040, line 13, **and:**

| Your filing status is: AND | Schedule J, line 7, is over: | Your filing status is: AND | Schedule J, line 7, is over: |
|---|---|---|---|
| Single . . . . . . . . . . . | $58,150 | Married filing separately . . . . . . . . | $48,450 |
| Married filing jointly or Qualifying widow(er) . | $96,900 | Head of household . . . . . . . . . . | $83,050 |

1. Enter the amount from Schedule J, line 7 . . . . . . . . . . . . . . . . . . . . . . . **1.** _____
2. If Schedule D applies for 1996, enter the **smaller** of Schedule D, line 17 or line 18 (as refigured). Otherwise, enter the capital gain distributions reported on your 1996 Form 1040, line 13 . . . . . . . . . . . . . . **2.** _____
3. If you filed a 1996 Form 4952, enter the amount from Form 4952, line 4e . . . **3.** _____
4. Subtract line 3 from line 2. If zero or less, **stop here; you cannot** use this worksheet to figure the tax. Instead, use the 1996 Tax Rate Schedules above . . . . . . . . . . . . . . . . . **4.** _____
5. Subtract line 4 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . **5.** _____
6. Enter $24,000 if single; $40,100 if married filing jointly or qualifying widow(er); $20,050 if married filing separately; or $32,150 if head of household . . . . . . . . . . **6.** _____
7. Enter the **larger** of line 5 or line 6 . . . . . . . . . . . . . . . . . . . . **7.** _____
8. Subtract line 7 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . **8.** _____
9. Figure the tax on the amount on line 7. Use the 1996 Tax Rate Schedules above . . **9.** _____
10. Multiply line 8 by 28% (.28) . . . . . . . . . . . . . . . . . . . . . . . . **10.** _____
11. Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11.** _____
12. Figure the tax on the amount on line 1. Use the 1996 Tax Rate Schedules above . . **12.** _____
13. **Tax.** Enter the **smaller** of line 11 or line 12 here and on Schedule J, line 8 . . . . . . **13.** _____

## Line 12

Figure the tax on the amount on line 11 using either:

- The 1997 Tax Rate Schedules below, or
- The Schedule D you filed for 1997 (but use the 1997 Tax Rate Schedules below instead of the Tax Table when figuring the tax on Schedule D, lines 33 and 53).

## 1997 Tax Rate Schedules

**Schedule X**—Use if your filing status is **Single**

| If the amount on Schedule J, line 11, is: Over— | But not over— | Enter on Schedule J, line 12 | | of the amount over— |
|---|---|---|---|---|
| $0 | $24,650 | ......... 15% | | $0 |
| 24,650 | 59,750 | $3,697.50 + | 28% | 24,650 |
| 59,750 | 124,650 | 13,525.50 + | 31% | 59,750 |
| 124,650 | 271,050 | 33,644.50 + | 36% | 124,650 |
| 271,050 | ......... | 86,348.50 + | 39.6% | 271,050 |

**Schedule Y-2**—Use if your filing status is **Married filing separately**

| If the amount on Schedule J, line 11, is: Over— | But not over— | Enter on Schedule J, line 12 | | of the amount over— |
|---|---|---|---|---|
| $0 | $20,600 | ......... 15% | | $0 |
| 20,600 | 49,800 | $3,090.00 + | 28% | 20,600 |
| 49,800 | 75,875 | 11,266.00 + | 31% | 49,800 |
| 75,875 | 135,525 | 19,349.25 + | 36% | 75,875 |
| 135,525 | ......... | 40,823.25 + | 39.6% | 135,525 |

**Schedule Y-1**—Use if your filing status is **Married filing jointly** or **Qualifying widow(er)**

| If the amount on Schedule J, line 11, is: Over— | But not over— | Enter on Schedule J, line 12 | | of the amount over— |
|---|---|---|---|---|
| $0 | $41,200 | ......... 15% | | $0 |
| 41,200 | 99,600 | $6,180.00 + | 28% | 41,200 |
| 99,600 | 151,750 | 22,532.00 + | 31% | 99,600 |
| 151,750 | 271,050 | 38,698.50 + | 36% | 151,750 |
| 271,050 | ......... | 81,646.50 + | 39.6% | 271,050 |

**Schedule Z**—Use if your filing status is **Head of household**

| If the amount on Schedule J, line 11, is: Over— | But not over— | Enter on Schedule J, line 12 | | of the amount over— |
|---|---|---|---|---|
| $0 | $33,050 | ......... 15% | | $0 |
| 33,050 | 85,350 | $4,957.50 + | 28% | 33,050 |
| 85,350 | 138,200 | 19,601.50 + | 31% | 85,350 |
| 138,200 | 271,050 | 35,985.00 + | 36% | 138,200 |
| 271,050 | ......... | 83,811.00 + | 39.6% | 271,050 |

# Line 16

Figure the tax on the amount on line 15 using either:

- The 1998 Tax Rate Schedules below, or
- The Schedule D you filed for 1998 (but use the 1998 Tax Rate Schedules below instead of the Tax Table when figuring the tax on Schedule D, lines 33 and 53).

## 1998 Tax Rate Schedules

**Schedule X**—Use if your filing status is **Single**

| If the amount on Schedule J, line 15, is: Over— | But not over— | Enter on Schedule J, line 16 | | of the amount over— |
|---|---|---|---|---|
| $0 | $25,350 | ......... 15% | | $0 |
| 25,350 | 61,400 | $3,802.50 + | 28% | 25,350 |
| 61,400 | 128,100 | 13,896.50 + | 31% | 61,400 |
| 128,100 | 278,450 | 34,573.50 + | 36% | 128,100 |
| 278,450 | ......... | 88,699.50 + | 39.6% | 278,450 |

**Schedule Y-2**—Use if your filing status is **Married filing separately**

| If the amount on Schedule J, line 15, is: Over— | But not over— | Enter on Schedule J, line 16 | | of the amount over— |
|---|---|---|---|---|
| $0 | $21,175 | ......... 15% | | $0 |
| 21,175 | 51,150 | $3,176.25 + | 28% | 21,175 |
| 51,150 | 77,975 | 11,569.25 + | 31% | 51,150 |
| 77,975 | 139,225 | 19,885.00 + | 36% | 77,975 |
| 139,225 | ......... | 41,935.00 + | 39.6% | 139,225 |

**Schedule Y-1**—Use if your filing status is **Married filing jointly** or **Qualifying widow(er)**

| If the amount on Schedule J, line 15, is: Over— | But not over— | Enter on Schedule J, line 16 | | of the amount over— |
|---|---|---|---|---|
| $0 | $42,350 | ......... 15% | | $0 |
| 42,350 | 102,300 | $6,352.50 + | 28% | 42,350 |
| 102,300 | 155,950 | 23,138.50 + | 31% | 102,300 |
| 155,950 | 278,450 | 39,770.00 + | 36% | 155,950 |
| 278,450 | ......... | 83,870.00 + | 39.6% | 278,450 |

**Schedule Z**—Use if your filing status is **Head of household**

| If the amount on Schedule J, line 15, is: Over— | But not over— | Enter on Schedule J, line 16 | | of the amount over— |
|---|---|---|---|---|
| $0 | $33,950 | ......... 15% | | $0 |
| 33,950 | 87,700 | $5,092.50 + | 28% | 33,950 |
| 87,700 | 142,000 | 20,142.50 + | 31% | 87,700 |
| 142,000 | 278,450 | 36,975.50 + | 36% | 142,000 |
| 278,450 | ......... | 86,097.50 + | 39.6% | 278,450 |

# Lines 18, 19, and 20

If you used the 1998 Schedule J to figure your tax and included the amount from line 22 of that Schedule J on your 1998 Form 1040, line 40, enter the amount from the appropriate line of that Schedule J on lines 18, 19, and 20. Otherwise, enter your tax for the applicable year. If you filed your 1996, 1997, or 1998 tax return using TeleFile, enter your tax from line J of your TeleFile Tax Record. If you amended your return or the IRS made changes to it, enter the corrected amount.

# 1999 Instructions for Schedule SE, Self-Employment Tax

Use Schedule SE (Form 1040) to figure the tax due on net earnings from self-employment. The Social Security Administration uses the information from Schedule SE to figure your benefits under the social security program. This tax applies no matter how old you are and even if you are already getting social security or Medicare benefits.

**Additional Information.** See **Pub. 533** for more details.

# General Instructions

## A Change To Note

For 1999, the maximum amount of self-employment income subject to social security tax is $72,600.

## Who Must File Schedule SE

You must file Schedule SE if:

**1.** You were self-employed and your net earnings from self-employment from other than church employee income were $400 or more, or

**2.** You had church employee income of $108.28 or more—see **Employees of Churches and Church Organizations** below.

## Who Must Pay Self-Employment (SE) Tax?

### Self-Employed Persons

You must pay SE tax if you had net earnings of $400 or more as a self-employed person. If you are in business for yourself or you are a farmer, you are self-employed.

You must also pay SE tax on your share of certain partnership income and your guaranteed payments. See **Partnership Income or Loss** on page SE-2.

### Employees of Churches and Church Organizations

If you had church employee income of $108.28 or more, you must pay SE tax. **Church employee income** is wages you received as an employee (other than as a minister or member of a religious order) from a church or qualified church-controlled organization that has a certificate in effect electing an exemption from employer social security and Medicare taxes.

### Ministers and Members of Religious Orders

In most cases, you must pay SE tax on salaries and other income for services you performed as a minister, a member of a religious order who has not taken a vow of poverty, or a Christian Science practitioner. But if you filed **Form 4361** and received IRS approval, you will be exempt from paying SE tax on those net earnings. If you had no other income subject to SE tax, write "Exempt–Form 4361" on line 50 of Form 1040. However, if you had other earnings of $400 or more subject to SE tax, see line A at the top of Long Schedule SE.

**Note.** If you have ever filed **Form 2031** to elect social security coverage on your earnings as a minister, you cannot revoke that election now.

If you must pay SE tax, include this income on line 2 of either Short or Long Schedule SE. But do not report it on line 5a of Long Schedule SE; it is not considered church employee income. Also, include on line 2:

● The rental value of a home or an allowance for a home furnished to you (including payments for utilities) and

● The value of meals and lodging provided to you, your spouse, and your dependents for your employer's convenience.

However, **do not** include on line 2:

● Retirement benefits you received from a church plan after retirement, or

● The rental value of a home or an allowance for a home furnished to you (including payments for utilities) after retirement.

If you were a duly ordained minister who was an employee of a church and you must pay SE tax, the unreimbursed business expenses that you incurred as a church employee are allowed only as an itemized deduction for income tax purposes. Subtract the allowable amount from your SE earnings when figuring your SE tax.

If you were a U.S. citizen or resident alien serving outside the United States as a minister or member of a religious order and you must pay SE tax, you may not reduce your net earnings by the foreign housing exclusion or deduction.

For more details, see **Pub. 517.**

## Members of Certain Religious Sects

If you have conscientious objections to social security insurance because of your membership in and belief in the teachings of a religious sect recognized as being in existence at all times since December 31, 1950, and which has provided a reasonable level of living for its dependent members, you are exempt from SE tax if you received IRS approval by filing **Form 4029.** In this case, do not file Schedule SE. Instead, write "Exempt–Form 4029" on Form 1040, line 50. See Pub. 517 for more details.

## U.S. Citizens Employed by Foreign Governments or International Organizations

You must pay SE tax on income you earned as a U.S. citizen employed by a foreign government (or, in certain cases, by a wholly owned instrumentality of a foreign government or an international organization under the International Organizations Immunities Act) for services performed in the United States, Puerto Rico, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands (CNMI), or the Virgin Islands. Report income from this employment on Schedule SE (Section A or B), line 2. If you performed services elsewhere as an employee of a foreign government or an international organization, those earnings are exempt from SE tax.

## U.S. Citizens or Resident Aliens Living Outside the United States

If you are a self-employed U.S. citizen or resident alien living outside the United States, in most cases you must pay SE tax. You may not reduce your foreign earnings from self-employment by your foreign earned income exclusion.

**Exception.** The United States has social security agreements with many countries to eliminate dual taxes under two social security systems. Under these agreements, you must generally pay social security and Medicare taxes to only the country you live in.

The United States now has social security agreements with the following countries:

SE-1

Cat. No. 24334P

Austria, Belgium, Canada, Finland, France, Germany, Greece, Ireland, Italy, Luxembourg, the Netherlands, Norway, Portugal, Spain, Sweden, Switzerland, and the United Kingdom. Additional agreements are expected in the future. For more information, contact:

> Social Security Administration
> Office of International Programs
> P.O. Box 17741
> Baltimore, MD 21235

## More Than One Business

If you were a farmer and had at least one other business or you had two or more businesses, your net earnings from self-employment are the combined net earnings from all of your businesses. If you had a loss in one business, it reduces the income from another. Figure the combined SE tax on one Schedule SE.

## Joint Returns

Show the name of the spouse with SE income on Schedule SE. If both spouses have SE income, each must file a separate Schedule SE. However, if one spouse qualifies to use Short Schedule SE and the other has to use Long Schedule SE, both can use the **same** form. One spouse should complete the front and the other the back.

Include the total profits or losses from all businesses on Form 1040, as appropriate. Enter the combined SE tax on Form 1040, line 50.

## Community Income

In most cases, if any of the income from a business (including farming) is community income, all of the income from that business is SE earnings of the spouse who carried on the business. The facts in each case will determine which spouse carried on the business. If you and your spouse are partners in a partnership, see **Partnership Income or Loss** below.

If you and your spouse had community income and file separate returns, attach Schedule SE to the return of the spouse with the SE income. Also, attach Schedule(s) C, C-EZ, or F.

 Community income included on Schedule(s) C, C-EZ, or F must be divided for income tax purposes on the basis of the community property laws.

## Fiscal Year Filers

If your tax year is a fiscal year, use the tax rate and earnings base that apply at the time the fiscal year begins. Do not prorate the tax or earnings base for a fiscal year that over-

laps the date of a rate or earnings base change.

# Specific Instructions

Read the chart on page 1 of Schedule SE to see if you can use **Section A,** Short Schedule SE, or if you must use **Section B,** Long Schedule SE. For either section, you need to know what to include as net earnings from self-employment. Read the following instructions to see what to include as net earnings and how to fill in lines 1 and 2 of either Short or Long Schedule SE. Enter all negative amounts in parentheses.

# Net Earnings From Self-Employment

## What Is Included in Net SE Earnings?

In most cases, net earnings include your net profit from a farm or nonfarm business. If you were a partner in a partnership, see the following instructions.

## Partnership Income or Loss

If you were a general or limited partner in a partnership, include on line 1 or line 2, whichever applies, the amount from line 15a of Schedule K-1 (Form 1065) or the amount identified as net earnings from self-employment in box 9 of Schedule K-1 (Form 1065-B). General partners should reduce this amount before entering it on Schedule SE by any section 179 expense deduction claimed, unreimbursed partnership expenses claimed, and depletion claimed on oil and gas properties. If you reduce the amount you enter on Schedule SE, attach an explanation.

If a partner died and the partnership continued, include in SE income the deceased's distributive share of the partnership's ordinary income or loss through the end of the month in which he or she died. See Internal Revenue Code section 1402(f).

If you were married and both you and your spouse were partners in a partnership, each of you must pay SE tax on your own share of the partnership income. Each of you must file a Schedule SE and report the partnership income or loss on **Schedule E** (Form 1040), Part II, for income tax purposes.

SE income belongs to the person who is the member of the partnership and cannot be treated as SE income by the nonmember spouse even in community property states.

## Share Farming

You are considered self-employed if you produced crops or livestock on someone

else's land for a share of the crops or livestock produced (or a share of the proceeds from the sale of them). This applies even if you paid another person (an agent) to do the actual work or management for you. Report your net earnings for income tax purposes on **Schedule F** (Form 1040) and for SE tax purposes on Schedule SE. For more details, see **Pub. 225.**

## Other Income and Losses Included in Net Earnings From Self-Employment

● Rental income from a farm if, as landlord, you materially participated in the production or management of the production of farm products on this land. This income is farm earnings. To determine whether you materially participated in farm management or production, do not consider the activities of any agent who acted for you. The material participation tests are explained in Pub. 225.

● Cash or a payment-in-kind from the Department of Agriculture for participating in a land diversion program.

● Payments for the use of rooms or other space when you also provided substantial services. Examples are hotel rooms, boarding houses, tourist camps or homes, parking lots, warehouses, and storage garages.

● Income from the retail sale of newspapers and magazines if you were age 18 or older and kept the profits.

● Amounts received by current or former self-employed insurance agents and salespersons that are:

**1.** Paid after retirement but figured as a percentage of commissions received from the paying company before retirement;

**2.** Renewal commissions; or

**3.** Deferred commissions paid after retirement for sales made before retirement.

However, certain termination payments received by former insurance salespersons are not included in net earnings from self-employment (as explained below).

● Income of certain crew members of fishing vessels with crews of normally fewer than 10 people. See **Pub. 595** for details.

● Fees as a state or local government employee if you were paid only on a fee basis and the job was not covered under a Federal-state social security coverage agreement.

● Interest received in the course of any trade or business, such as interest on notes or accounts receivable.

● Fees and other payments received by you for services as a director of a corporation.

● Recapture amounts under sections 179 and 280F that you included in gross income because the business use of the property dropped to 50% or less. Do not include

amounts you recaptured on the disposition of property. See **Form 4797.**

● Fees you received as a professional fiduciary. This may also apply to fees paid to you as a nonprofessional fiduciary if the fees relate to active participation in the operation of the estate's business, or the management of an estate that required extensive management activities over a long period of time.

● Gain or loss from section 1256 contracts or related property by an options or commodities dealer in the normal course of dealing in or trading section 1256 contracts.

## Income and Losses Not Included in Net Earnings From Self-Employment

● Salaries, fees, etc., subject to social security or Medicare tax that you received for performing services as an employee, including services performed as a public official (except as a fee basis government employee as explained earlier under **Other Income and Losses Included in Net Earnings From Self-Employment**) or as an employee or employee representative under the railroad retirement system.

● Fees received for services performed as a notary public. If you have no other income subject to SE tax, write "Exempt-Notary" on Form 1040, line 50. However, if you have other earnings of $400 or more subject to SE tax, write "Exempt-Notary" and, in parentheses, the amount of your net profit as a notary public from Schedule C or Schedule C-EZ on the dotted line to the left of line 3, Schedule SE. Subtract that amount from the total of lines 1 and 2 and enter the result on line 3.

● Income you received as a retired partner under a written partnership plan that provides for lifelong periodic retirement payments if you had no other interest in the partnership and did not perform services for it during the year.

● Income from real estate rentals if you did not receive the income in the course of a trade or business as a real estate dealer. Report this income on Schedule E.

● Income from farm rentals (including rentals paid in crop shares) if, as landlord, you did not materially participate in the production or management of the production of farm products on the land. See Pub. 225 for more details.

● Dividends on shares of stock and interest on bonds, notes, etc., if you did not receive the income in the course of your trade or business as a dealer in stocks or securities.

● Gain or loss from:

**1.** The sale or exchange of a capital asset;

**2.** The sale, exchange, involuntary conversion, or other disposition of property unless the property is stock in trade or other property that would be includible in inventory, or held primarily for sale to customers in the ordinary course of the business; or

**3.** Certain transactions in timber, coal, or domestic iron ore.

● Net operating losses from other years.

● Termination payments you received as a former insurance salesperson if **ALL** of the following conditions are met.

**1.** The payment was received from an insurance company because of services you performed as an insurance salesperson for the company.

**2.** The payment was received after termination of your agreement to perform services for the company.

**3.** You did not perform any services for the company after termination and before the end of the year in which you received the payment.

**4.** You entered into a covenant not to compete against the company for at least a 1-year period beginning on the date of termination.

**5.** The amount of the payment depended primarily on policies sold by or credited to your account during the last year of the agreement, or the extent to which those policies remain in force for some period after termination, or both.

**6.** The amount of the payment did not depend to any extent on length of service or overall earnings from services performed for the company (regardless of whether eligibility for the payment depended on length of service).

### Statutory Employee Income

If you were required to check the box on line 1 of Schedule C or C-EZ because you were a statutory employee, **do not** include the net profit or (loss) from line 31 of that Schedule C (or the net profit from line 3 of Schedule C-EZ) on line 2 of Short or Long Schedule SE. But if you file Long Schedule SE, be sure to include statutory employee social security wages and tips from Form W-2 on line 8a.

## Optional Methods

### How Can the Optional Methods Help You?

**Social Security Coverage.** The optional methods may give you credit toward your social security coverage even though you have a loss or a small amount of income from self-employment.

**Earned Income Credit.** Using the optional methods may qualify you to claim the earned income credit or give you a larger credit if your net SE earnings (determined without using the optional methods) are less than $1,600. Figure the earned income credit with and without using the optional methods to see if the optional methods will benefit you.

**Child and Dependent Care Credit.** The optional methods may also help you qualify for this credit or give you a larger credit if your net SE earnings (determined without using the optional methods) are less than $1,600. Figure this credit with and without using the optional methods to see if the optional methods will benefit you.

**Note.** Using the optional methods may give you the benefits described above but they may also increase your SE tax.

### Farm Optional Method

You may use this method to figure your net earnings from farm self-employment if your gross farm income was $2,400 or less **OR** your net farm profits (defined below) were less than $1,733. There is no limit on how many years you can use this method.

Under this method, you report on line 15, Part II, two-thirds of your gross farm income, up to $1,600, as your net earnings. This method can increase or decrease your net SE farm earnings even if the farming business had a loss.

You may change the method after you file your return. That is, you can change from the regular to the optional method or from the optional to the regular method.

For a farm partnership, figure your share of gross income based on the partnership agreement. With guaranteed payments, your share of the partnership's gross income is your guaranteed payments plus your share of the gross income after it is reduced by all guaranteed payments made by the partnership. If you were a limited partner, include only guaranteed payments for services you actually rendered to or on behalf of the partnership.

**Net farm profits** is the total of the amounts from Schedule F (Form 1040), line 36, and Schedule K-1 (Form 1065), line 15a, from farm partnerships.

### Nonfarm Optional Method

You may be able to use this method to figure your net earnings from nonfarm self-employment if your nonfarm profits (defined below) were less than $1,733 and also less than 72.189% of your gross nonfarm income. To use this method, you also must be regularly self-employed. You meet this requirement if your actual net earnings from self-employment were $400 or more in 2 of the 3 years preceding the year you use the nonfarm method. The net earnings of $400 or more could be from either farm or nonfarm earnings or both. The net earnings include your distributive share of partnership income or loss subject to SE tax. Use of the nonfarm optional method from nonfarm

self-employment is limited to 5 years. The 5 years do not have to be consecutive.

Under this method, you report on line 17, Part II, two-thirds of your gross nonfarm income, up to $1,600, as your net earnings. But **you may not report less than your actual net earnings** from nonfarm self-employment.

You may change the method after you file your return. That is, you can change from the regular to the optional method or from the optional to the regular method.

Figure your share of gross income from a nonfarm partnership in the same manner as a farm partnership. See **Farm Optional Method** on page SE-3 for details.

**Net nonfarm profits** is the total of the amounts from Schedule C (Form 1040), line 31 (or Schedule C-EZ (Form 1040), line 3), Schedule K-1 (Form 1065), line 15a (from other than farm partnerships), and Schedule K-1 (Form 1065-B), box 9.

## Using Both Optional Methods

If you can use both methods, you may report less than your total actual net earnings from farm and nonfarm self-employment, but you **cannot** report less than your actual net earnings from nonfarm self-employment alone.

If you use both methods to figure net earnings, you **cannot** report more than $1,600 of net SE earnings.

## Major Categories of Federal Income and Outlays for Fiscal Year 1998

On or before the first Monday in February of each year, the President is required by law to submit to the Congress a budget proposal for the fiscal year that begins the following October. The budget plan sets forth the President's proposed receipts, spending, and the surplus or deficit for the Federal government. The plan includes recommendations for new legislation as well as recommendations to change, eliminate, and add programs. After receipt of the President's proposal, the Congress reviews the proposal and makes changes. It first passes a budget resolution setting its own targets for receipts, outlays, and the surplus or deficit. Individual spending and revenue bills are then enacted consistent with the goals of the budget resolution.

In fiscal year 1998 (which began on October 1, 1997, and ended on September 30, 1998), Federal income was $1,722 billion and outlays were $1,653 billion, leaving a surplus of $69 billion.

### Federal Income

Income and social insurance taxes are, by far, the largest source of receipts. In 1998, individuals paid $829 billion in income taxes and corporations paid $189 billion. Social security and other insurance and retirement contributions were $572 billion. Excise taxes were $58 billion. The remaining $75 billion of receipts were from Federal Reserve deposits, customs duties, estate and gift taxes, and other miscellaneous receipts.

### Federal Outlays

All outlays were financed by tax receipts. Government receipts finance a wide range of public services. The following is the breakdown of total outlays for fiscal year 1998*:

**1. Social security, Medicare, and other retirement:** $650 billion. These programs were about 37% of total outlays. They provide income support for the retired and disabled and medical care for the elderly.

**2. National defense, veterans, and foreign affairs:** $323 billion. About 15% of total outlays were to equip, modernize, and pay our armed forces and to fund other national defense activities; about 2% went for veterans benefits and services; and about 1% went for international activities, including military and economic assistance to foreign countries and the maintenance of U.S. embassies abroad.

**3. Net interest:** $243 billion. About 14% of total outlays were for net interest payments on the debt held by the public.

**4. Physical, human, and community development:** $144 billion. About 8% of total outlays were for agriculture; natural resources and environmental programs; transportation programs; aid for elementary and secondary education and direct assistance to college students; job training programs; deposit insurance, commerce and housing credit, and community development; and space, energy, and general science programs.

**5. Social programs:** $303 billion. The Federal Government spent about 12% of total outlays to fund Medicaid, food stamps, temporary assistance for needy families, supplemental security income, and related programs. About 6% was spent for health research and public health programs, unemployment compensation, assisted housing, and social services.

**6. Law enforcement and general government:** $36 billion. About 2% of total outlays were for judicial activities, Federal law enforcement, and prisons; and to provide for the general costs of the Federal Government, including the collection of taxes and legislative activities.

**7. Surplus to pay down the debt:** The $69 billion surplus, about 4% of Federal income, was used to pay down the debt held by the public.

---

**Note.** Detail may not add to totals due to rounding.

---

**Income and Outlays.** These pie charts show the relative sizes of the major categories of Federal income and outlays for fiscal year 1998.



Income

Social security, Medicare, and unemployment and other retirement taxes
33%

Personal income taxes
48%

Corporate income taxes
11%

Excise, customs, estate, gift, and miscellaneous taxes
8%

Outlays

6. Law enforcement and general government 2%

7. Surplus to pay down the debt 4%

1. Social security, Medicare, and other retirement 37%

5. Social programs 17%

2. National defense, veterans, and foreign affairs 18%

4. Physical, human, and community development 8%

3. Net interest on the debt 14%

---

* The percentages on this page exclude undistributed offsetting receipts, which were -$47 billion in fiscal year 1998. In the budget, these receipts are offset against spending in figuring the outlay totals shown above. These receipts are for the U.S. Government's share of its employee retirement programs, rents and royalties on the Outer Continental Shelf, and proceeds from the spectrum auction.

# Index to Instructions

## A
Address Change . . . . . . . **18 and 51**
Addresses of Internal Revenue Service
  Centers . . . . . . . **Back Cover**
Adjusted Gross Income . . . . **26–29**
Adoption Expenses—
  Credit for . . . . . . . . **35**
  Employer-Provided Benefits for . **20**
Advance Earned Income Credit Payments . **37**
After School Child Care Expenses . . **32**
Alimony Paid . . . . . . . **29**
Alimony Received . . . . . . **21**
Alternative Minimum Tax . . . **35–36**
Amended Return . . . . . . **51**
Amount You Owe . . . . . **49–50**
Annuities . . . . . . . **22–24**
At-Risk Rules . . . **C-6*, E-3*, and F-6***
Attachments to the Return . . . . **50**

## B
Blindness—Proof of . . . . . **29**
Business Income and Expenses (Schedule C) . **C-1***
Business Use of Home . . . **A-5*, C-6*, and F-6***

## C
Capital Gains and Losses (Schedule D) . **D-1***
Capital Gain Distributions . . **13, 20, 22, and D-1***
Casualty and Theft Losses . . . **A-5***
Charity—Gifts to . . . . . . **A-4***
Child and Dependent Care Expenses—
  Credit for . . . . . . . . **32**
Child Tax Credits . . . **13, 19, 33–34, and 48**
Children of Divorced or Separated
  Parents—Exemption for . . . **19**
Community Property States . . **19–20**
Contributions To Reduce the Public Debt . **51**
Corrective Distributions . . . . **20**
Customer Service Standards . . . **5**

## D
Day-Care Center Expenses . . . . **32**
Death of a Taxpayer . . . . . **51**
Debt, Gift To Reduce the Public . . **51**
Dependent Care Benefits . . . **20**
Dependents—
  Exemptions for . . . . . . **19**
  Standard Deduction . . . . **30**
  Who Can Be Claimed as . . . **19**
Direct Deposit of Refund . . . **48–49**
Disclosure, Privacy Act, and Paperwork Reduction
  Act Notice . . . . . . . **54**
Dividends—
  Nominee . . . . . . . . **B-2***
  Other Distributions . . . . **20–21**
Divorced or Separated Parents—Children of . **19**
Dual-Status Aliens . . . . . **14**

## E
Earned Income Credit (EIC) . . **13 and 38–47**
  Nontaxable Earned Income . . . **40**
Education—
  Credits . . . . . . **35 and A-5***
  Expenses . . . . **26–28, 35, and A-5***
  Recapture of Education Credits . **13 and 31**
Elderly Persons—
  Expenses for Care of . . . . **32**
  Standard Deduction . . . . **30**
Electronic Filing (e-file) . . . **6 and 52**
Employee Business Expenses . . . **A-5***
Estates and Trusts . . . . . **E-5***
Estimated Tax . . . **37, 49–50, and 51**
Excess Salary Deferrals . . . . **20**
Excess Social Security and RRTA Tax Withheld . **48**
Exemptions . . . . . . **18–19**
Extension of Time To File . . **14 and 48**

## F
Farm Income and Expenses (Schedule F) . **F-1***
Farm Income Averaging (Schedule J) . . **J-1***
Filing Requirements . . . . **14–15**
Filing Status . . . . . . . **18**
Foreign Accounts and Trusts . . . **B-2***
Foreign-Source Income . . . . **19**

Foreign Tax Credit . . . . . **35**
Form W-2 . . . . . . . . **20**
Forms W-2, 1098, and 1099, Where To
  Report Certain Items From . . **16–17**
Forms, How To Get . . . . . **7**

## G
Gambling . . . . . . **25 and A-6***
Gifts to Charity . . . . . . **A-4***
Golden Parachute Payments . . . **37**
Group-Term Life Insurance, Uncollected Tax on . **37**

## H
Head of Household . . . . . **18**
Health Insurance Deduction—
  Self-Employed . . . . **13 and 28–29**
Help With Unresolved Tax Issues . . **5**
Home, Sale of . . . . . . . **D-2***
Household Employment Taxes . . . **37**

## I
Income . . . . . . . . **19–26**
Income Tax Withholding (Federal) . **37 and 51**
Individual Retirement Arrangements (IRAs)—
  Contributions to (line 23) . **13 and 26**
  Distributions from (lines 15a and 15b) . **22**
  Nondeductible Contributions to . **22 and 26**
Injured Spouse Claim . . . . . **48**
Innocent Spouse Relief . . . . **5**
Installment Payments . . . **12 and 49**
Interest—
  Late Payment of Tax . . . . **53**
  Penalty on Early Withdrawal of Savings . . **29**
Interest Income—
  Exclusion of Savings Bond Interest . . **B-1***
  Nominee . . . . . . . . **B-1***
  Taxable . . . . . **20 and B-1***
  Tax-Exempt . . . . . **20 and B-1***
Interest You Paid . . . . . . **A-3***
Itemized Deductions or Standard Deduction . **30–31**

## K
Keogh Retirement Plan—Deduction for . . **29**

## L
Line Instructions for Form 1040 . . **18–50**
Long-Term Care Insurance . . **28 and A-1***
Lump-Sum Distributions . . . **24**

## M
Medical and Dental Expenses . . . **A-1***
Medical Savings Accounts (MSAs) . . **28**
Mileage Rates, Standard . **13, A-1*, A-4*, and C-3***
Miscellaneous Itemized Deductions . **A-5* and A-6***
Mortgage Interest Credit . . **35 and A-3***
Moving Expenses . . . . . . **28**

## N
Name Change . . . . . . **18 and 51**
National Debt, Gift To Reduce the . . **51**
Nonresident Alien . . . . **14 and 18**

## O
Order Blank for Forms and Publications . . **55**
Original Issue Discount (OID) . . . **B-1***
Other Income . . . . . . **24–26**
Other Taxes . . . . . . **35–37**

## P
Partnerships . . . . . . . **E-5***
Partnership Expenses, Unreimbursed . **E-5***
Passive Activity—
  Losses . . . . **C-2*, E-4*, and F-2***
  Material Participation . . **C-2* and F-2***
Payments . . . . . . . **37–48**
Penalty—
  Early Withdrawal of Savings . . **29**
  Estimated Tax . . . . . **49–50**
  Frivolous Return . . . . . **53**
  Late Filing . . . . . . **53**
  Late Payment . . . . . . **53**
  Other . . . . . . . . **53**

Pensions and Annuities . . . . **22–24**
Preparer—Tax Return . . . . . **50**
Presidential Election $3 Check-Off . . **18**
Private Delivery Services . . . . **17**
Public Debt, Gift To Reduce the . . **51**
Publications, How To Get . . . . **7**

## Q
Qualified State Tuition Program Earnings . **16 and 25**

## R
Railroad Retirement Benefits—
  Treated as a Pension . . . . **22**
  Treated as Social Security . . . **24**
Records—How Long To Keep . . . **4**
Refund . . . . . . . . **48–49**
Refund Information . . . . . **10**
Refund Offset . . . . . . . **48**
Refunds, Credits, or Offsets of State and
  Local Income Taxes . . . . **21**
Rental Income and Expenses (Schedule E) . **E-1***
Retirement Plan Deduction, Keogh . . **29**
Rights of Taxpayers . . . . . **21**
Rollovers . . . . . . **22 and 24**
Roth IRAs . . . . . **13 and 22**
Rounding Off to Whole Dollars . . **20**
Royalties . . . . . . . . **E-1***

## S
Sale of Home . . . . . . . **D-2***
Schedules, Instructions for . . . **A-1***
Scholarship and Fellowship Grants . . **20**
S Corporations . . . . . . **E-5***
Self-Employment Tax—
  Income Subject to . . . . . **SE-2***
  Deduction for One-Half of . . . **28**
Signing Your Return . . . . . **50**
Social Security and Equivalent Railroad
  Retirement Benefits . . . . **24**
Social Security Number . . **18 and 51**
Standard Deduction or Itemized Deductions . **30–31**
State and Local Income Taxes—Taxable
  Refunds, Credits, or Offsets of . . **21**
Statutory Employees . . **20, C-2*, and C-6***
Student Loan Interest Deduction . **13 and 26–28**

## T
Tax and Credits . . . . . **29–35**
  Figured by the IRS . . . . . **31**
  Other Taxes—
    Alternative Minimum Tax . . **35–36**
    Lump-Sum Distributions . . . **24**
    IRAs, Other Retirement Plans, and MSAs, . **36–37**
    Recapture . . . . . . . **37**
    Section 72(m)(5) . . . . . **37**
    Self-Employment Tax . . . **SE-1***
Tax Rate Schedules . . . . . **69**
Tax Table . . . . . . **57–68**
Taxes You Paid . . . . . . **A-2***
Taxpayer Advocate, Office of . . . **5**
Telephone Assistance—
  Federal Tax Information . . **10–12**
  TeleTax Information . . . **10–11**
Tip Income . . . . . **20 and 36**
Tips Reported to Employer, Uncollected Tax on . **36**
Trusts—Foreign . . . . . . **B-2***

## U
Unemployment Compensation . . . **24**
U.S. Citizens and Resident Aliens
  Living Abroad . . . . **14 and 19**

## W
What if You Cannot Pay? . . . **12 and 49**
When Should You File? . . . . **14**
Where Do You File? . . **14 and Back Cover**
Who Must File . . . . . **14–15**
Who Should File . . . . . . **14**
Widows and Widowers, Qualifying . . **18**
Winnings—Prizes, Gambling, and Lotteries
  (Other Income) . . . . . **24–26**
Withholding—Federal Income Tax . **37 and 51**

* These items may not be included in this package. To reduce printing costs, we have sent you only the forms you may need based on what you filed last year.

 **Where Do You File?**

If an envelope addressed to "Internal Revenue Service Center" came with this booklet, please use it. If you do not have one or if you moved during the year, mail your return to the **Internal Revenue Service Center** shown that applies to you.

 Envelopes without enough postage will be returned to you by the post office. If your envelope contains more than five pages or is oversized, it may need additional postage. Also, include your complete return address.

| IF you live in... | THEN use this address if you: | |
| --- | --- | --- |
| | Are requesting a refund... | Are not requesting a refund... |
| Florida, Georgia, South Carolina | Internal Revenue Service Center Atlanta, GA 39901-0102 | Internal Revenue Service Center Atlanta, GA 39901-0002 |
| New Jersey, New York (*New York City and counties of Nassau, Rockland, Suffolk, and Westchester*) | Internal Revenue Service Center Holtsville, NY 00501-0102 | Internal Revenue Service Center Holtsville, NY 00501-0002 |
| New York (*all other counties*), Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont | Internal Revenue Service Center Andover, MA 05501-0102 | Internal Revenue Service Center Andover, MA 05501-0002 |
| Illinois, Iowa, Minnesota, Missouri, Wisconsin | Internal Revenue Service Center Kansas City, MO 64999-0102 | Internal Revenue Service Center Kansas City, MO 64999-0002 |
| Delaware, District of Columbia, Maryland, Pennsylvania, Virginia | Internal Revenue Service Center Philadelphia, PA 19255-0102 | Internal Revenue Service Center Philadelphia, PA 19255-0002 |
| Indiana, Kentucky, Michigan, Ohio, West Virginia | Internal Revenue Service Center Cincinnati, OH 45999-0102 | Internal Revenue Service Center Cincinnati, OH 45999-0002 |
| Kansas, New Mexico, Oklahoma, Texas | Internal Revenue Service Center Austin, TX 73301-0102 | Internal Revenue Service Center Austin, TX 73301-0002 |
| Alaska, Arizona, California (*counties of Alpine, Amador, Butte, Calaveras, Colusa, Contra Costa, Del Norte, El Dorado, Glenn, Humboldt, Lake, Lassen, Marin, Mendocino, Modoc, Napa, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sonoma, Sutter, Tehama, Trinity, Yolo, and Yuba*), Colorado, Idaho, Montana, Nebraska, Nevada, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming | Internal Revenue Service Center Ogden, UT 84201-0102 | Internal Revenue Service Center Ogden, UT 84201-0002 |
| California (*all other counties*), Hawaii | Internal Revenue Service Center Fresno, CA 93888-0102 | Internal Revenue Service Center Fresno, CA 93888-0002 |
| Alabama, Arkansas, Louisiana, Mississippi, North Carolina, Tennessee | Internal Revenue Service Center Memphis, TN 37501-0102 | Internal Revenue Service Center Memphis, TN 37501-0002 |
| All APO and FPO addresses, American Samoa, nonpermanent residents of Guam or the Virgin Islands*, Puerto Rico (*or if excluding income under Internal Revenue Code section 933*), a foreign country: U.S. citizens and those filing Form 2555, 2555-EZ, or 4563 | Internal Revenue Service Center Philadelphia, PA 19255-0215 USA | Internal Revenue Service Center Philadelphia, PA 19255-0215 USA |

* Permanent residents of Guam should use: Department of Revenue and Taxation, Government of Guam, P.O. Box 23607, GMF, GU 96921; permanent residents of the Virgin Islands should use: V.I. Bureau of Internal Revenue, 9601 Estate Thomas, Charlotte Amalie, St. Thomas, VI 00802.

# What's Inside?

Instructions for Form 1040
**When to file (page 14)**
**What's new for 1999 (page 13)**
**Commissioner's message (page 4)**
**How to comment on forms (page 54)**
**How to avoid common mistakes (page 50)**
**Help with unresolved tax issues (page 5)**
**Free tax help (pages 7 and 52)**
**How to get forms and publications (page 7)**
**Tax table (page 57)**
**How to make a gift to reduce the public debt (page 51)**

