UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CR 04-20031 |
| DENNY PATRIDGE, | ) ) ) |
| Defendant. | ) ) |

### GOVERNMENT MOTION IN LIMINE

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and moves this Court to enter an order limiting the defendants sentencing motions to those motions related specifically to sentencing and the Pre-Sentence Report.

1. Federal Rule of Criminal Procedure 33 provides that the judge may grant a new trial "if the interests of justice so require." The motion must be filed within seven days after the verdict "or within such further time as the court may fix within the 7-day period."

2. Federal Rule of Criminal Procedure 45(b) provides that the court may not extend Rule 33's time limit except as provided in Rule 33. Rule 33 does provide that a motion based on newly discovered evidence may be made within three years of the verdict. *See, e.g. United States v Cavender*, 228 F.3d 792, 802 (7th Cir. 2000).

3. A Rule 33 motion will be granted only if the defendant can show that the evidence preponderates against the verdict such that it would be a miscarriage of justice to let it stand. *United States v. Reed*, 875 F.2d 107, 113 (7th Cir. 1989). It is reserved for exceptional circumstances, where legal errors or admissions deprived the defendant of a fair trial. *United States v. Kunziar*, 881 F.2d 466, 470 (7th Cir. 1989). Denials of Rule 33 are reviewed for abuse of discretion, where the interests of justice so require. United States v. Walton, 217 F.3d 443, 450 (7th Cir. 2000).

4. On September 5, 2006, the defendant filed two motions supported by memoranda and exhibits: Motion to Dismiss Pursuant to Supreme Court decision. *Bryan v. U.S.* 524 U.S. 184, 194 (1998) (R.185), and Motion to Dismiss Pursuant to Paperwork Reduction Act of 1995 (R.187).

5. The Court should dismiss these motions; they attack the investigation, the indictment and the verdict. Yet, none of these motions provides newly discovered evidence, and the government emphasizes both "newly" and "evidence." The issues the defendant raises are issues that should have been raised before or during trial.

6. The defendant's allegation that the government violated the paperwork reduction act is not an evidentiary issue with respect to the defendant and trial evidence; the defendant's allegation should have been raised prior to trial, if at all. The defendant's allegation that the government failed to allege and prove certain elements is clearly a post trial issue and it is far too late for the defendant to bring it before the district court at this time.

7. The defendant's pending motions should have been filed as post-trial motions, and cannot be filed more than a year after the defendant's conviction by a jury.

8. The government requests that the Court deny the defendant's pending motions and direct defendant's attention to Rule 33 and Rule 43; further, the government requests that the Court direct the defendant to file only those motions which directly relate to an issue at sentencing unless the defendant has new evidence not presented at trial

WHEREFORE, for the reasons stated, the government urges the Court to deny the Motion to Continue Sentencing Hearing.

>RODGER A. HEATON
>UNITED STATES ATTORNEY
>Central District of Illinois
>
>By: _____
>    HILARY W. FROOMAN
>    Assistant United States Attorney

CERTIFICATE OF SERVICE

    I hereby certify that on September 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jerold W. Barringer
    Attorney at Law
    P.O. Box 213
    Nokomis, IL 62075
    jwbarringer@dtnspeed.net

    s/ Hilary W. Frooman
    HILARY W. FROOMAN, Reg # 6180241
    Assistant United States Attorney
    United States Attorney
    201 S. Vine, Suite 226
    Urbana, Illinois 61802
    217/373-5875
    FAX: 217/373-5891
    hilary.frooman@usdoj.gov