IN THE UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.  CR 04-20031

DENNY R. PATRIDGE

CERTIFICATE OF COUNSEL OF RECORD

    I hereby certify as Counsel of Record in this case that the Motion for Recusal of Michael P. McCuskey, Chief Judge, Memorandum in Support thereof, the Motion for New Trial, Memorandum in Support thereof, are due to bias of the Chief Judge, which is detailed in the affidavit filed with the Memorandum in Support of the Motion for Recusal.  I have read each and fully believe that they are made in good faith.

    Respectfully Submitted

/s/ Jerold Barringer  
Jerold Barringer  
Attorney at Law  
P.O. Box 213  
Nokomis Illinois 62075  
217-563-2646  
IL Bar # 06185092

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Certificate of Counsel of Record has been electronically delivered through the Court's ECF system on September 19, 2006 to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092