IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.  CR 04-20031

DENNY R. PATRIDGE

DEFENDANT'S MOTION FOR NEW TRIAL

The Defendant, by and through his attorney, Jerold Barringer, moves the Court for a New Trial pursuant to Federal Rules of Criminal Procedures 33(a) and (b) based upon the revelation and now fact that Attorney Brent Winters, a key witness for the Defense, was excluded from testifying at the Defendant's trial, as to his advice given to the Defendant, on grounds Mr. Winters was being criminally investigated by the United States Attorney's Office for the Central District of Illinois, and in particular by Hillary Frooman, the prosecutor of the Defendant in this case.  Furthermore, it has recently been revealed to the Defendant that the Honorable Michael P. McCusky, Chief Judge for the Central District of Illinois, and Judge at the Trial of Defendant, in his private capacity and not as a Judge, made a complaint with Jan Paul Miller, then U.S. Attorney, recommending Mr. Winters be investigated and prosecuted for appearing not to have testified in "a more truthful manner."

1

QUESTION PRESENTED

1. WHETHER THE RECENT REVELATION OF FACT JUDGE McCUSKEY WAS THE COMPLAINANT AGAINST ATTORNEY BRENT WINTERS REGARDING THE CRIMINAL INVESTIGATION THE GOVERNMENT RELIED UPON TO PREVENT HIS TESTIMONY FROM BEING PRESENTED AT THE TRIAL OF DEFENDANT TO THE JURY BRINGS THE PARTIALITY OF JUDGE McCUSKEY INTO QUESTION AND RENDERS THE TRIAL A VIOLATION OF DEFENDANT'S RIGHT TO DUE PROCESS, TO A FAIR TRIAL AND VIOLATES THE CONFRONTATION CLAUSE OF THE SIXTH AMENDMENT RIGHTS OF DEFENDANT?

For this reason, the Court clearly had a bias and prejudice against the essential key witness for the Defense and the Defendant and that this bias was articulated by Chief Judge Michael P. McCuskey on more than one occasion, therefore an Order for a new trial should be issued setting aside the outcome of the trial in which Chief Judge Michael P. McCuskey presided. A memorandum in support of this Motion is filed simultaneously herewith.

Respectfully Submitted

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092

CERTIFICATE OF SERVICE


I HEREBY CERTIFY THAT a true and correct copy of this Motion for New Trial has been electronically delivered through the Court's ECF system on September 19, 2006 to:


Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875


/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092