E-FILED
Tuesday, 19 September, 2006  02:16:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.  CR 04-20031

DENNY R. PATRIDGE

AFFIDAVIT OF DENNY PATRIDGE

I, DENNY PATRIDGE, do solemnly affirm that I am over the age of 18 years and competent to testify regarding the forgoing:

I am the Defendant in this action and at all times believed and knew that regarding each of the allegations in the superceding indictment I relied upon numerous persons and their legal advice in each and every step I took with regard to the Internal Revenue Service for tax years 1995, 1996, 1997, 1998, 1999, 2000 and continue to rely to the present day.  One of those persons is attorney Brent Winters.

Prior to the trial in this action, I informed the Government and Court that I would be relying in part on the testimony of Brent Winters to explain to the Jury why he told me to do what I did.

During the trial the Court decided to excuse 5 witnesses from testifying due to their fifth amendment claims advanced by the Government.   This effectively gutted my entire reliance defense and prevented the jury from hearing the truth of the matter.  Many

1

rulings were made by the District Court in the Government's favor, and with little or no explanation on the record. Mr. Winters was one witness who was not allowed to testify as to what he knew in my case. At all times Hilary Frooman was aware of the bias and prejudice Chief Judge Michael P. McCuskey had, and she remained silent.

In April, 2006 Attorney Brent Winters was indicted by the same prosecutor which I have had in my prosecution. Chief Judge Michael P. McCuskey was also assigned to the Winters case.

On August 17, 2006, the prosecutor in my case, Hilary Frooman, filed a Notice in the Winters case that gave notice to Judge McCuskey he had a reason to step down in the Winters case. That reason was that he was the person who instigated the criminal investigation of Brent Winters after July 13, 2000. *See Exhibit 20a attached, page 2*. It is this referral that led to Chief Judge Michael P. McCuskey refusing to allow me to call Mr. Winters as a witness. Judge McCuskey also inquired of Hilary Frooman after the sentencing was conducted in the Larson case, (who the Government has referred to Mr. Larson as a "co-conspirator" with me on more than one occasion), asking how the investigation of Mr. Winters was going. *See Exhibit 20a*. At no time did the Court inform me or my attorney that the Court was both the reason Mr. Winters was being investigated as well as the reason he was not allowed to testify in my trial because of that investigation. I would have asked for recusal had I known Chief Judge Michael P. McCuskey sat in this capacity, which I believe demonstrates bias and prejudice against

me and my witnesses.

    I affirm the foregoing is true and correct to the best of my knowledge and belief.

                                          /s/ Denny Patridge
                                          Denny Patridge

Before me this 19 day of September, 2006

Seal
        Copy

My Commission Expires March 3, 2010

                                          Janet I. Schultz
                                          Notary Signature

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Affidavit of Denny Patridge has been electronically delivered through the Court's ECF system on September 18, 2006 to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092