UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 04-20031 |
| vs. ) | |
| ) | |
| DENNY PATRIDGE, ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT MOTION TO SEAL
## GRAND JURY TRANSCRIPT EXCERPT

Now comes the UNITED STATES OF AMERICA, by and through its attorneys, RODGER A. HEATON, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, HILARY W. FROOMAN, and states as follows:

In its commentary on sentencing guidelines, the government includes excerpt of testimony before the grand jury and testimony in the January 16, 2003 Rule To Show Cause hearing before District Judge Joe Billy McDade regarding grand jury matters. Such testimony has not been made public.

THEREFORE, the government moves that the document entitled Grand Jury Statements in Support of Government Commentary be SEALED.

Respectfully submitted,

RODGER A. HEATON
United States Attorney


s/ Hilary W. Frooman
HILARY W. FROOMAN, Reg # 6180241
Assistant United States Attorney
United States Attorney
Southern District of Illinois
9 Executive Drive, Suite 300
Fairview Heights, IL 62208
618/628-3708
FAX:618/628-3730
hilary.frooman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jerold W. Barringer
P.O. Box 213
Nokomis, IL 62075
jwbarringer@dtnspeed.net

s: Hilary W. Frooman
HILARY W. FROOMAN, Reg # 6180241
Assistant United States Attorney
United States Attorney
Southern District of Illinois
9 Executive Drive, Suite 300
Fairview Heights, IL 62208
618/628-3708
FAX:618/628-3730
hilary.frooman@usdoj.gov