GRAND JURY TESTIMONY
Larry Phillips, June 4, 2003:


PHILLIPS: ...I never did ask him to send documents back to Belize. As I explained earlier, that would be absurd, I would never do that. You don't have records, how can you do an audit?

(Phillips GJ, June 4, 2003, 42-43)

RULE TO SHOW CAUSE HEARING,
Denny Patridge, January 16, 2003

Q:   Did you follow the instructions of your tax advisor precisely?
A.   Yes. We gave him all of the records and he went up to do the audit.
Q:   Did he say why again? Why did he tell you to do this, to show - -
A.   To show good faith; that I was no longer going to use the system. He told me to dump the system or to quit using it. He advised me to take what records I had from the offshore, gather them up, send them back to the offshore representative, make a copy of the receipt or the Fed-Ex and to quit using the system and that's what I did And that was July of 2000.

(RTSC, 1/16/2003, 43-44)

                                      *   *   *


Q:   Mr. Patridge, for Ebba International Trust and Conventus Global trust, one of the things the grand jury subpoenas were the names, addresses and home phone numbers of current and past trustee. You have never provided that, have you?
A:   NO, I guess not. But it wasn't asked for the second time, but I don't remember what - - I don't remember that being an issue. I'm sorry I don't remember being that on there.
Q:   Would you care to see the subpoenas?
A:   I will take your word for it.

                                      *   *   *

Q:   And apparently Exempt - -what's that, Exempt Services Company; is that what it is?
A:   Uh-huh
Q:   Exempt Service Company is noted as a trustee of Conventus Global Trust on one of the loan promissory notes that you provided; is that correct?
A    Are you asking about Exempt Services?

(RTSC, 1/16/2003, 46-4)

A:   July of 2000 is when they asked me to go to the audit. I hired J.K. Harris in April I believe.
Q:   When did you mail those documents back to David Jenkins?
A:   July 2000.
Q:   So that's right when the civil audit began?
A:   Based on advice of counsel because J.K. Harris said Larry Phillips and J.K. Harris said they are not going to accept that, that I should - - to show good faith, I should stop using the system and send everything back.
Q:   And which person gave you that advice?
A:   Larry Phillips from J.K. Harris.
Qd:  Larry Phillips told you to mail everything aback?
A:   Yes.
Q:   Did you keep copies?
A:   No he told me to send everything back and that's what I did.
Q:   What documents did you send back exactly?
A:   I sent back the documents, the Ebba International Trust and the Conventus Trust and the trustees pages from Exempt Services and we resigned from Exempt Services at the time.
Q.   And what about checkbooks?
A.:  Never had any.
Q:   Debit card? I'm sorry, you have to answer verbally.
A.   I'm sorry. Did not have that. Didn't have anything like that.

(RTSC, 1/16/03, 48-49)


EXHIBIT 1