## TAX LOSS

$264,574.22

| | _1996_ | _1997_ | _1998_ | _1999_ |
|---|---|---|---|---|
| Total Tax | $85,608 | $62,062 | $26,041 | $25,502 |
| Individual Income Tax previously paid | ($4,208) | ($2,498) | ($402) | ($5,979) |
| **Tax Due and Owing** | **$81,400** | **$59,564** | **$25,639** | **$19,523** |
| Reduction to Earned Income Credit | $640 | $1,492 | $0 | $0 |
| **Total Tax Due and Owing** | **$82,040** | **$61,056** | **$25,639** | **$19,523** |
| Additional Late Penalty | $100.44 | $179.75 | | |
| Civil Penalty Added | $17,121.60 | $12,412.40 | | |
| Interest | $31,474.71 | $15,027.32 | | |
| **Total Tax Loss** | **$130,736.75** | **$88,675.47** | **$25,639** | **$19,523** |

## RESTITUTION

$168,219.50

| | _1996_ | _1997_ | _1998_ | _1999_ |
|---|---|---|---|---|
| Total Tax | $36,922 | $31,865 | $26,041 | $25,502 |
| Individual Income Tax previously paid | ($4,208) | ($2,498) | ($402) | ($5,979) |
| Trust Income Tax previously paid | | ($326) | | |
| **Tax Due and Owing** | **$32,714** | **$29,041** | **$25,639** | **$19,523** |
| Reduction to Earned Income Credit | $640 | $1,492 | $0 | $0 |
| **Total Tax Due and Owing** | **$33,354** | **$30,533** | **$25,639** | **$19,523** |
| Accuracy Penalty | $6,670.80 | $6,106.60 | | |
| Interest | $26,963.97 | $19,429.13 | | |
| **Total Tax Loss** | **$66,988.77** | **$56,068.73** | **$25,639** | **$19,523** |

EXHIBIT 2