IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                        Case No.  CR 04-20031

DENNY R. PATRIDGE

## NOTICE OF MANDAMUS

The Defendant, Denny Patridge, by and through his attorney, Jerold Barringer, gives Notice to this Court of Defendant's Petition for Writ of Mandamus filed with the United States Court of Appeals for the 7th Circuit as required by 7th Circuit Rules. The Petition was federal expressed overnight on September 23, 2006, and was to be delivered to the Clerk's Office by 9:00 am Monday, September 25, 2006.

The Petition with appropriate Appendix is accompanying this Notice.

                                       Respectfully Submitted

                                       /s/ Jerold Barringer
                                       Jerold Barringer
                                       Attorney at Law
                                       P.O. Box 213
                                       Nokomis Illinois 62075
                                       217-563-2646
                                       IL Bar # 06185092
                                       Jwbarringer@dtnspeed.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of Defendant's Notice has been electronically delivered through the Court's ECF system on September 23, 2006 to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

The Honorable United States District Court
Chief Judge Michael P. McCuskey

                                        /s/ Jerold Barringer
                                        Jerold Barringer
                                        Attorney at Law
                                        P.O. Box 213
                                        Nokomis Illinois 62075
                                        217-563-2646
                                        IL Bar # 06185092
                                        Jwbarringer@dtnspeed.net