IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.   Case No.   CR 04-20031

DENNY R. PATRIDGE

DEFENDANT'S MOTION FOR RECUSAL

The Defendant, by and through his attorney, Jerold Barringer, files this Motion for the Honorable Judge Michael P. McCuskey to be recused pursuant to 28 U.S.C. § 144. See also 28 U.S.C. § 455(b)(1), (2) and (3) from proceeding any further in this case.

Recently it was revealed to Defendant that Attorney Brent Winters, a key witness for the Defense, was excluded from testifying at the Defendant's trial, as to his advice given to the Defendant, on grounds Mr. Winters was being criminally investigated by the United States Attorney's Office for the Central District of Illinois, and in particular by Hillary Frooman, the prosecutor of the Defendant in this case.   Furthermore, it has recently been revealed to the Defendant that the Honorable Michael P. McCusky, Chief Judge for the Central District of Illinois, and Judge at the Trial of Defendant, in his private capacity and not as a Judge, made a complaint with Jan Paul Miller, then U.S. Attorney, recommending Mr. Winters be investigated and prosecuted for appearing not to have testified in "a more truthful manner."

1

There were many issues stemming from the indictment that involved Mr. Winters. It was Mr. Winters that advised Defendant to do many of the actions he took in which the Government addressed as criminal acts. The Court had expressed an opinion unknown to the Defendant or his Counsel that a key witness in the Defense was not truthful and appeared to deserve to be criminally investigated. The Court apparently believed that such an opinion and participation was sufficient to force the Court, Judge McCusky, to recuse himself from the Winters' prosecution, but only after those facts were revealed to the public. Defendant herein is entitled to the same result, recusal of this Honorable Court.

For this reason, the Court clearly had a bias and prejudice against the essential key witness for the Defense and the Defendant and that this bias was articulated by Chief Judge Michael P. McCuskey on more than one occasion, therefore pursuant to 28 U.S.C. § 144 Judge Michael P. McCuskey shall proceed no further and another Judge shall be assigned. A memorandum in support of this Motion is filed simultaneously herewith.

Respectfully Submitted

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Motion for Recusal has been electronically delivered through the Court's ECF system on September 19, 2006 to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092