AO 187 (Rev. 7/87) Exhibit and Witness List

E-FILED
Tuesday, 26 September, 2006 09:38:25 AM
Clerk, U.S. District Court, ILCD

# United States District Court

**FILED** SEP 25 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

US v. Patridge

## Sentencing EXHIBIT AND WITNESS LIST

CASE NUMBER: 04-20031

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P. McCuskey | Hilary Frooman | Jerold Barringer |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9-25-06 | LC | SJ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2 |   | 9-25-06 | ✓ | ✓ | Tax Loss + Restitution Calculations — obj' OK |
| 9 |   | 9-25-06 | ✓ | ✓ | Form from Boarman's Auto Service — no obj |
| 14 |   | 9-25-06 | ✓ | ✓ | Temporary Registration for Plate Form — no obj |
| 107G |   | 9-25-06 | ✓ | ✓ | Wire Deposit from SKNA Nat'l Bank — no obj |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages