AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## FILED
### DISTRICT OF

US v. Patridge

SEP 25 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**Sentencing EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-20031

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P. McCuskey | Hilary Frooman | Jerold Barringer |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 9-25-06 | LC | SJ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| group 1 | | 9-25-06 | ✓ | ✓ | Draft copy - Tax Computation — No obj |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

E-FILED
Tuesday, 26 September, 2006 09:39:20 AM
Clerk, U.S. District Court, ILCD