# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                              (312)435-5850

**To:**   **District Court Clerk's Office**

**Re:**   **Notice of Docketing**

     The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

     Filed on:

     Appellate Court No.:

     Short Caption:

     District Court Judge:

     District Court No.:

     If you have any questions regarding this appeal, please call this office.

**cc:**