UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CR 04-20031 |
| DENNY PATRIDGE, ) | |
| Defendant. ) | |

### GOVERNMENT MOTION IN LIMINE

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney, and requests the Court to enter a motion in limine with respect to a sealed document in this case.

1. On September 25, 2006, at the defendant's sentencing hearing, this court inquired if there was any reason to keep any documents under seal in this case.

2. The government responded that there was not. The government has now reviewed the complete docket sheet and recalls that the Court ordered the government to provide a copy of the Internal Revenue Service "SAR" report for the Court to review in camera.

3. The defendant had requested a copy of the IRS SAR report; the government argued that the defendant had copies of all relevant information in discovery that was in the SAR and other information in the SAR was secret grand jury information. The Court's November 19, 2004 docket entry indicates that:

"This Court has carefully and thoroughly reviewed the document produced and concludes that the document does not contain any Brady materials or any other materials which must be disclosed to Defendant. Accordingly, following this court's in camera review, this court concludes that the document does not need to be produced to the Defendant. The clerk is directed to file the report produced by the Government under seal. For the reasons stated, the government urges the Court to deny the Motion to Continue Sentencing Hearing.

4. Just as it did in November, 2004, the document in question contains secret grand jury information that has not been revealed during this trial.

The government requests that this Court permanently seal the IRS SAR.

Respectfully submitted,

RODGER A. HEATON
United States Attorney

s/ Hilary W. Frooman
HILARY W. FROOMAN, Reg # 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
hilary.frooman@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Jerold W. Barringer
      P.O. Box 213
      Nokomis, IL 62075
      jwbarringer@dtnspeed.net

      s/ Hilary W. Frooman
      HILARY W. FROOMAN, Reg # 6180241
      Assistant United States Attorney
      United States Attorney
      Southern District of Illinois
      9 Executive Drive Suite 300
      Fairview Heights 62208
      hilary.frooman@usdoj.gov