UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DENNY R. PATRIDGE,** )<br>)<br>**Defendant.** ) | Case No. 04-CR-20031 |

**ORDER**

A sentencing hearing was held in this case on September 25, 2006. Prior to the hearing, this court ordered that all previously sealed documents were to be unsealed. Subsequently, on September 27, 2006, the Government filed a Motion in Limine (#212). The Government is seeking an Order which states that Document #38 should remain sealed. The Government stated that this document contains secret grand jury information that was not revealed during the trial in this case and should remain under seal. This court has carefully reviewed the record in this case and the Government's Motion. Following this review, the Government's Motion in Limine (#212) is GRANTED.

Document #38 is the IRS Special Agent's Report, which contained secret grand jury information. On July 28, 2004, Defendant had filed a Motion to Compel Production of Special Agent's Report (#14). This court originally denied the motion, but later agreed to review the Special Agent's Report in camera. This court therefore ordered the Government to produce the document for in camera review. The Government filed a Motion for Reconsideration (#35), which set out reasons and case law supporting its position that disclosure of the report was not required and that Defendant had not shown a need for in camera review. On November 15, 2004, this court denied

the Government's Motion for Reconsideration and ordered the Government to produce the document. This court then conducted an in camera review of the document. On November 19, 2004, following this court's careful and thorough in camera review, this court entered a Text Order finding that the document did not contain Brady materials or other materials which had to be disclosed to Defendant. The Text Order stated that the document did not need to be produced to Defendant and that the clerk was directed to file the document under seal. The IRS Special Agent Report was therefore filed under seal as Document #38.

Based upon Rule 6(e) of the Federal Rules of Criminal Procedure, this court concludes that Document #38 should remain under seal because it contains secret grand jury information.

IT IS THEREFORE ORDERED THAT:

(1) The Government's Motion in Limine (#212) is GRANTED.

(2) Document #38 will remain sealed.

ENTERED this 2nd day of October, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE