IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                                Case No.   CR 04-20031

DENNY R. PATRIDGE

NOTICE OF APPEAL

Denny R. Patridge, by and through his attorney, Jerold Barringer, files his Notice of Appeal of the District Court's Final Order and Judgement entered September 25, 2006 in the within case.   This Notice of Appeal is intended to address the defects in the indictment, superceding indictment, the denial of several Motions to Dismiss for the reasons stated therein, for prosecutorial misconduct, denial of due process in the trial, including denial of Sixth Amendment Right to call witnesses in aid of defense, the District Court's decisions to allow the Government to communicate with it under numerous (over 20) sealed documents never given to Defendant until after September 25, 2006, the refusal to allow Defendant to receive for review the Special Agent Report which remains sealed to this date,  for errors in jury instructions, the error in answering jury questions, the denial for judgment of acquittal each time it was asked for, the denial for a new trial each time it was asked for, the refusal of the Government to tender to Defendants their formula for arriving at the "tax loss" suggestions, the sentencing report and its procedures used, the final report, the Court's conclusions, the final sentence,

1

which version of the guidelines was to be used, the motion for recusal and the decision to disregard and deny such motion, as well as because of all the forgoing, that the trial was simply unfair and in violation of the Sixth Amendment Right of Defendant to a Jury Trial.

## CONCLUSION

WHEREFORE, Defendant Denny R. Patridge appeals the final order and judgment, including but not limited to, all of the above issues, to the Seventh Circuit Court of Appeals.

Respectfully Submitted

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092
Jwbarringer@dtnspeed.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Notice of Appeal has been electronically delivered through the Court's ECF system on October 2, 2006 to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092
Jwbarringer@dtnspeed.net