E-FILED
Monday, 02 October, 2006  03:45:17 PM
Clerk, U.S. District Court, ILCD

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois        Docket No.: 04-20031

Division: Urbana, IL

### Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)

United States of America         v.    DENNY R. PATRIDGE

---

**Current Counsel for Plaintiff (Petitioner):**       **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Hilary Frooman | Name: Jerold Barringer |
| Firm: US Attorney's Office | Firm: |
| Address: 201 S. Vine St. | Address: PO Box 213 |
| Urbana, IL  61801 | Nakomis, IL  62075 |
| Phone: 217-373-5875 | Phone: 217-563-2646 |

---

| | |
|---|---|
| Judge: Michael P. McCuskey | Nature of Suit Code:  Criminal |
| Court Reporter: Lisa Cosimini | Date Filed in District Court: 6/2/04 |
| | Date of Judgment: 9/25/06 |
| | Date of Notice of Appeal: 10/2/06 |

Counsel:    ___Appointed         X  Retained     ___Pro Se

Fee Status:    ___Paid      __X_Due       ___IFP        ___IFP Pending      ___U.S.       ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:      ___Yes       _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**