# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

## CIRCUIT RULE 3(b) NOTICE

Date: October 2, 2006
Re: USA v. Patridge, Denny R.
    Appeal No.: 06-3635

Appeal from the United States District Court for the
Central District of Illinois
No. 04 CR 20031, Michael P. McCuskey, Chief Judge

To:     Jerold W. Barringer, Esq.
        102 S. Pine Street
        P.O. Box 213
        Nokomis, IL  62075

Circuit Rule 3(b) empowers the clerk to dismiss an appeal if the docket fee is not paid within fourteen (14) days of the docketing of the appeal. This appeal was docketed on 10/2/06. The District Court has indicated that as of 10/2/06 the docket fee has not been paid. Depending on your situation, you should:

1. Pay the required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, **if you have not already done so.** The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed on appeal in forma pauperis with the District Court, **if you have not already done so.** An original and three copies of that motion, with proof of service on your opponent, is required. This motion must be supported by a sworn affidavit in the form prescribed by Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedur (as amended 12/1/98), listing the assets and income of the appellant(s).

3. If the motion to proceed on appeal in forma pauperis is denied by the district court, you must either pay the required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, within 14 days after service of notice of the action of the district court, or within 30 days of that date, renew your motion to proceed on appeal in forma pauperis with this court. If the motion is renewed in this court, it must comply with the terms of Fed. R. App. P. 24(a).

If one of the above stated actions is not taken, the appeal will be dismissed.

(1258-020300)
bcc:   John M. Waters