# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

**FILED**
OCT 10 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

October 5, 2006

Before

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| IN RE:<br>   DENNY R. PATRIDGE<br>      Petitioner.<br><br>No. 06-3551 | ] Petition for<br>] Writ of Mandamus<br>] Central District of<br>] Illinois.<br>]<br>] No. 04 CR 20031<br>]<br>] Michael P. McCuskey,<br>]    Chief Judge. |

   Upon consideration of the **PETITION FOR WRIT OF MANDAMUS/PROHIBITION**, filed on September 25, 2006, by counsel for the Petitioner,

   **IT IS ORDERED** that the Petition is **DENIED**.

A True Copy:
Teste:

_____, Deputy
of the United States
Appeals for the
Seventh Circuit.