**E-FILED**
Monday, 16 October, 2006  01:00:16 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

### OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

Gino Agnello
Clerk, U. S. Court of Appeals
Room 2722
219 S. Dearborn St.
Chicago, IL 60604

RE: Filing Fee Paid for USA v Denny R. Patridge
CASE NO. IN U. S. D. C.  04-20031
CASE NO. IN U. S. C. A.  06-3635

Dear Mr. Agnello:

The filing fee of $455.00 for the notice of appeal filed on 10/2/06  has been paid to the Clerk, U. S. District Court on 10/16/06.

Very truly yours,

s/John M. Waters

JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

JMW/skd