IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA,

v.                                              Case No.  CR 04-20031

DENNY R. PATRIDGE

DEFENDANT'S MOTION FOR ORDER STAYING
OF SENTENCE AND JUDGMENT AND RELEASE PENDING APPEAL

Defendant Denny R. Patridge, by and through his attorney, Jerold Barringer, moves this Court pursuant to 18 U.S.C. § 3143(b), Rule 38 of the Federal Rules of Criminal Procedures and pursuant to Rule 9(b) of the Federal Rules of Appellate Procedure, for an Order staying execution of the final sentence and judgment announced by this Court in this case, and order Defendant to remain released pending the outcome of appeal on the issues raised herein with continuation of the bond currently in place. Defendant has filed his notice of appeal and currently awaits transcripts from the Court Reporter in this case.

As more fully stated in the Memorandum filed in Support of this Motion, Defendant is not likely to flee the jurisdiction of this Court, has cooperated fully with pretrial release services office, does not raise a danger to any person or the community, is not appealing to the 7th Circuit for the purpose of delay, and the appeal raises substantial questions that are likely to result in reversal, dismissal, and/or an order for a new trial.

1

The questions raised by Defendant are as follows:

DISMISSAL OF COUNTS 2,3,4,5,6,7

1a  **Whether an indictment for Tax Evasion of the Payment of Taxes under 26 U.S.C. § 7201 can be maintained in the District Court and sustained on Appeal to the 7th Circuit when one of the elements is a "tax deficiency" and that deficiency is under review under section 6330?**
**SEE MEMO PAGE 7**

DISMISSAL OF COUNTS 2,4,5,6,7

1b  **Can requesting a due process hearing be an attempt to evade the payment of taxes owed when the very hearing requested brings into question the validity of that liability?**
**SEE MEMO PAGE 7**

DISMISSAL OF COUNT 3

2  **Whether an indictment of Tax Evasion of the "assessment of taxes" can be maintained and sustained when one of the elements is a "tax deficiency" and that deficiency could not have taken place until after each of the affirmative acts alleged had transpired**?
**SEE MEMO PAGE 18**

DISMISSAL OF COUNTS 2,3,4,5,6,7

3.  **Whether Jury was required to find Defendant was specifically aware of the specific provision of the tax code the Indictment which charged him with violating Counts One, Two and Three**?
**SEE MEMO PAGE 23**

DISMISSAL OF COUNTS 2,3,4,5,6,7

4.  **Whether the Paperwork Reduction Act of 1995 prohibited the Government from subjecting Defendant to penalties under section 7206 and 7201 due to the IRS's refusal and failure to bring Form 1040 for 1996, 1997, 1998 and 1999 into strict compliance with this Act?**
**SEE MEMO PAGE 32**

DISMISSAL OF COUNTS 2,3,4,5,6,7

5.  **Whether the District Court should have granted Defendant's Motion to Dismiss on grounds of Prosecutorial Misconduct on the part of Hilary Frooman?**.
**SEE MEMO PAGE 43**

      REVERSAL AND NEW TRIAL OF COUNTS 2,3,4,5,6,7

6. **Whether the District Court should have recused itself either on its own or by the granting of Defendant's Motion to Recuse**?
**SEE MEMO PAGE 61**

      REVERSAL AND NEW TRIAL OF COUNTS 2,3,4,5,6,7

7. **Whether the sealing of numerous documents between the Government and Court, along with the unsealing of those documents after the sentencing in this case happened, save the Special Agent Report, rendered the entire trial, not public, not fair, and in violation of the Fifth and Sixth Amendment**?
**SEE MEMO PAGE 68**

Therefore, Defendant respectfully request this Court to enter an Order staying execution of its final sentence and order dated September 25, 2006, and to allow Defendant to remain free on the bond executed by the Defendant at the time of arraignment in this case pending the outcome of the appeal to the United States Court of Appeals for the Seventh Circuit.

      Respectfully Submitted

      /s/ Jerold Barringer
      Jerold Barringer
      Attorney at Law
      P.O. Box 213
      Nokomis Illinois 62075
      217-563-2646
      IL Bar # 06185092
      Jwbarringer@dtnspeed.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of Defendant's Motion for Stay of final sentence and judgment and release pending appeal has been electronically delivered through the Court's ECF system on November 13, 2006 to:

Hilary W. Frooman
U.S. Assistant Attorney
201 South Vine
Urbana, Illinois 61801
217-373-5875

/s/ Jerold Barringer
Jerold Barringer
Attorney at Law
P.O. Box 213
Nokomis Illinois 62075
217-563-2646
IL Bar # 06185092
Jwbarringer@dtnspeed.net