# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 28, 2006

**Before**

Hon. FRANK H. EASTERBROOK, *Chief Judge*

| | |
|---|---|
| No. 06-3635 | |
| | Appeal from the United States |
| UNITED STATES OF AMERICA, | District Court for the Central |
| *Plaintiff-Appellees,* | District of Illinois. |
| | |
| *v.* | |
| | No. 04 CR 20031 |
| DENNY R. PATRIDGE, | |
| *Defendant-Appellant.* | |
| | Michael P. McCuskey, |
| | *Chief Judge.* |

**O R D E R**

The district court shall provide an explanation, as required by Fed. R. App. P. 9(a), for its decision to deny the application for release pending appeal. *See United States v. Fields*, 466 F.2d 119, 121 (2d Cir. 1979); *United States v. Thompson*, 452 F.2d 1333, 1336 n.7 (D.C. Cir. 1971). The explanation must reach this court's clerk's office by the close of business tomorrow. If the district court cannot meet this deadline, it must extend Patridge's time to report to prison so that this court will have at least two days after the district court's action to rule on the pending request.