# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 30, 2006



FILED
DEC - 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Hon. FRANK H. EASTERBROOK, *Chief Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff-Appellee,<br><br>No. 06-3635　　　　　　　v.<br><br>DENNY R. PATRIDGE,<br>　　　Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 04 CR 20031<br>]<br>] Michael P. McCuskey,<br>]　　Chief Judge. |

　　Upon consideration of the **APPELLANT'S MOTION FOR RELEASE/STAY AND FOR BAIL PENDING APPEAL**, filed on November 22, 2006, by counsel for the appellant,

　　**IT IS ORDERED** that the motion is **DENIED**.