# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CR04-20031 |
| DENNY R. PATRIDGE, ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW TRANSCRIPTS

The United States of America by its attorneys, Rodger A. Heaton, United States Attorney, Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney for the Central District of Illinois, hereby moves to withdraw transcripts of the jury trial proceedings. The transcripts are docket numbers 225, 226, 227, 228, 229 and 230. A review of these transcripts is necessary for the United States to prepare for an appeal brief in this case *United States v. Denny Patridge.*

WHEREFORE, for the foregoing reasons, the United States moves to withdraw jury trial transcripts docket numbers 225, 226, 227, 228, 229 and 230.

Respectfully submitted,

RODGER A. HEATON
United States Attorney

s/ Hilary W. Frooman
HILARY W. FROOMAN, Reg # 6180241
Assistant United States Attorney
United States Attorney
Southern District of Illinois
9 Executive Drive Suite 300
Fairview Heights 62208
hilary.frooman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Jerold W. Barringer, PO Box 213, Nokomis, IL 62075
Email: jwbarringer@dtnspeed.net

        s/ Hilary W. Frooman
        HILARY W. FROOMAN, Reg # 6180241
        Assistant United States Attorney
        United States Attorney
        Southern District of Illinois
        9 Executive Drive Suite 300
        Fairview Heights 62208
        hilary.frooman@usdoj.gov