

## United States District Court
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

January 22, 2007

**United States of America**

v.                                                                CASE NO.  **04-20031**

**Denny R. Patridge**

### RECEIPT

    RECEIVED from John M. Waters, Clerk, U.S. District Court for the Central District of Illinois transcripts (docket numbers 225, 226, 227, 228, 229 and 230).


Date:  1/22/07                                         s/AUSA Hilary Frooman by mb
                                                                                     Attorney for Plaintiff