UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CR04-20031 |
| DENNY R. PATRIDGE, | ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW TRANSCRIPTS

The United States of America by its attorneys, Rodger A. Heaton, United States Attorney, Central District of Illinois, and Hilary W. Frooman, Assistant United States Attorney for the Central District of Illinois, hereby moves to withdraw transcript of the sentencing proceeding held on 9/25/06. The transcript is docket number 233. A review of this transcript is necessary for the United States to prepare for an appeal brief in this case *United States v. Denny Patridge.*

WHEREFORE, for the foregoing reasons, the United States moves to withdraw sentencing transcript docket number 233.

Respectfully submitted,

RODGER A. HEATON
United States Attorney

s/ Hilary W. Frooman
HILARY W. FROOMAN, Reg # 6180241
Assistant United States Attorney
United States Attorney
Southern District of Illinois
9 Executive Drive Suite 300
Fairview Heights 62208
hilary.frooman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Jerold W. Barringer, PO Box 213, Nokomis, IL 62075
Email: jwbarringer@dtnspeed.net

    s/ Hilary W. Frooman
    HILARY W. FROOMAN, Reg # 6180241
    Assistant United States Attorney
    United States Attorney
    Southern District of Illinois
    9 Executive Drive Suite 300
    Fairview Heights 62208
    hilary.frooman@usdoj.gov