E-FILED
Monday, 22 January, 2007  03:32:50 PM
Clerk, U.S. District Court, ILCD



## United States District Court
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

January 22, 2007

**United States of Amercia**

v.                                    CASE NO. **04-20031**

**Denny R. Patridge**

### RECEIPT

RECEIVED from John M. Waters, Clerk, U.S. District Court for the Central District of Illinois a transcript (docket number 233).

Date: 1/22/07                           s/Hilary Frooman by mb
                                        Attorney for Plaintiff/Defendant