2:04-cr-20031-MPM-DGB   # 238   Page 1 of 2

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
         Sheet 1

E-FILED
Monday, 16 April, 2007 10:58:03 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central **District of** Illinois

UNITED STATES OF AMERICA
v.
DENNY R. PATRIDGE

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 04-20031-001

USM Number:

Jerold W. Barringer
Defendant's Attorney

FILED
SEP 26 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)   2s, 3s, 4s, 5s, 6s, 7s
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 U.S.C. § 7201 | Attempt to Evade/Defeat Tax | 10/15/2000 | 2s-3s |
| 18 U.S.C. § 1343 | Wire Fraud | 10/25/2000 | 4s-5s |
| 18 U.S.C. § 1956(a)(1)(B)(i) | Money Laundering | 10/25/2000 | 6s |

FILED
APR 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has been found not guilty on count(s)   1s

☑ Count(s)   1-7 of Indictment   ☐ is   ☑ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/25/2006
Date of Imposition of Judgment

*Michael P. McCuskey*
Signature of Judge

MICHAEL P. MCCUSKEY            CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

9/26/06
Date

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: J. Ball
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE 9/27/06

Judgment — Page 3 of 7

DEFENDANT: DENNY R. PATRIDGE
CASE NUMBER: 04-20031-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

60 MONTHS. Said term shall consist of 60 months on each of Counts 2s through 7s to be served concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

1. Due to extensive family ties, the Court recommends to the Bureau of Prisons that the defendant be housed in the Midwest for visitation.
2. The Court finds the defendant is not a threat to the public or a threat of flight and recommends placement in a minimum security prison or camp.

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:

   ☑ at  02:00  ☐ a.m.  ☑ p.m.  on  12/1/2006  .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before  p.m. on  _____  .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant ~~delivered~~ Surrendered on  12-1-06  to  FCC  a  Terre Haute, In  , with a certified copy of this judgment.

R.V. Keach, Warden
~~UNITED STATES MARSHAL~~

By  Ra Xuulmg
~~DEPUTY UNITED STATES MARSHAL~~