**E-FILED**
Tuesday, 10 July, 2007   12:16:44 PM
Clerk, U.S. District Court, ILCD



# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

July 10, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. DENNY R. PATRIDGE
D. C. Docket No. 04-20031
U. S. C. A. Docket No. 06-3635

Dear Mr. Agnello:

I am sending you herewith the original/supplemental record on appeal. It consists of the following:

5   Volumes of Pleadings

11 Volumes of Transcript

    Volumes of Depositions

    Volumes of Exhibits:

    Impounded Exhibits:

10   Volumes of Supplemental Record

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: <u>s/S. Doan</u>
    Deputy Clerk

APPEAL, REFER

# U.S. District Court
# United States District Court for the Central District of Illinois (Urbana)
# CRIMINAL DOCKET FOR CASE #: 2:04-cr-20031-MPM-DGB All Defendants
# Internal Use Only

Case title: USA v. Patridge

Date Filed: 06/02/2004
Date Terminated: 09/26/2006

---

Assigned to: Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal

Appeals court case number: '06-3635'

## Defendant

**Denny R Patridge** (1)
*TERMINATED: 09/26/2006*

represented by **Carol A Dison**
BECKETT & WEBBER PC
508 S Broadway
PO Box 17160
Urbana, IL 61803-7160
217-328-0263
Fax: 217-328-0290
Email: Carol@beckettwebber.com

*TERMINATED: 01/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Louis Minns**
MICHAEL LOUIS MINNS PLC
Suite One
9119 S Gessner
Houston, TX 77074
713-777-0772
Fax: 713-777-0453

Email: mike@minnslaw.com
*TERMINATED: 01/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Enid M Williams**
MICHAEL LOUIS MINNS PLC
Suite One
9119 S Gessner
Houston, TX 77074
713-777-0772
Fax: 713-777-0453
Email: ewilliams@minnslaw.com
*TERMINATED: 01/19/2005*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jerold W Barringer**
PO Box 213
Nokomis, IL 62075
217-563-2646
Email: jwbarringer@dtnspeed.net
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

ATTEMPT TO EVADE OR
DEFEAT TAX (From about July
2000, the exact date being
unknown, until the date of the
return of this indictment,
defendant did unlawfully and
willfully evade and defeat, and
attempt to evade and defeat, and
cause evasion, defeat, and
attempted evasion and defeat of
the payment of personal income
tax due and owing to the USA for
the 1996 and 1997 calendar years
in violation of 26 USC 7201)

## Disposition

It is the judgment of the Court the
defendant is committed to the
custody of the BOP for a term of
60 months. Said term shall consist
of 60 months on each of Counts
2s through 7s to be served
concurrently. Upon release from
incarceration, the defendant is
placed on supervised release for a
term of 3 years and under special
conditions. This term shall consist
of 3 years on each of Counts 2s-7s
to be served concurrently.
Defendant is to pay a special
assessment of $600, a Fine of

(2s)

ATTEMPT TO EVADE OR
DEFEAT TAX (From early 1999,
the exact date being unknown, to
approximately October 15, 2000,
defendant did unlawfully and
willfully evade and defeat, and
attempt to evade and defeat, and
cause evasion, defeat and
attempted evasion and defeat of a
large part of his personal income
tax due and owing to the USA for
the 1999 calendar year, and and
failing to file an individual
income tax return, as required by
law in violation of 26 USC 7201)
(3s)

FRAUD BY WIRE, RADIO, OR
TELEVISION (Between
approximately July 2000, to and
including October 25, 2000,
defendant knowingly devised and
intended to devise a scheme and
artifice to defraud the IRS, in that
he transmitted and caused to be
transmitted by means of wire in
interstate or foreign commerce,
signs, signals, pictures and sounds
for the purpose of executing such
scheme or artifice in violation of
18 USC 1343)
(4s-5s)

MONEY LAUNDERING -
FRAUD, OTHER (On or about
the date hereinafter set forth,
defendant did knowingly attempt
to conduct a financial transaction
affecting interstate and foreign

$100,000 and Restitution in the
amount of $168,219.50.

It is the judgment of the Court the
defendant is committed to the
custody of the BOP for a term of
60 months. Said term shall consist
of 60 months on each of Counts
2s through 7s to be served
concurrently. Upon release from
incarceration, the defendant is
placed on supervised release for a
term of 3 years and under special
conditions. This term shall consist
of 3 years on each of Counts 2s-7s
to be served concurrently.
Defendant is to pay a special
assessment of $600, a Fine of
$100,000 and Restitution in the
amount of $168,219.50.

It is the judgment of the Court the
defendant is committed to the
custody of the BOP for a term of
60 months. Said term shall consist
of 60 months on each of Counts
2s through 7s to be served
concurrently. Upon release from
incarceration, the defendant is
placed on supervised release for a
term of 3 years and under special
conditions. This term shall consist
of 3 years on each of Counts 2s-7s
to be served concurrently.
Defendant is to pay a special
assessment of $600, a Fine of
$100,000 and Restitution in the
amount of $168,219.50.

It is the judgment of the Court the
defendant is committed to the
custody of the BOP for a term of
60 months. Said term shall consist
of 60 months on each of Counts

commerce, to wit, a transfer of funds by wire in that on or about October 25, 2000, the defendant caused $100,000 to be wired from Edgar County Bank and the account of Patridge, to an account at SKNA National Bank, which was associated with Sultan Services, Ltd., over which Patridge had authority and control in violation of 18 USC 1956(a)(1)(B)(i)(Count 6) and 18 USC 1956 (a)(1)(A)(ii)(Count 7)) (6s-7s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

26:7206A.F FRAUD AND FALSE STATEMENTS On or about April 12, 1999 dft did willfully make and subscribe a joint U S Individual Income Tax Return Form 1040, for the calendar year 1998, which said income tax return he did not believe to be true and correct as to every material matter, in that the adjusted gross income reported on line 33 was $6,667, when, as he then and there well knew and believed, the total income he received and should have been report on line 33 of his Form 1040 was approximately $86,845 in violation of 26:7206(1) (1)

FRAUD AND FALSE STATEMENTS (On or about

2s through 7s to be served concurrently. Upon release from incarceration, the defendant is placed on supervised release for a term of 3 years and under special conditions. This term shall consist of 3 years on each of Counts 2s-7s to be served concurrently. Defendant is to pay a special assessment of $600, a Fine of $100,000 and Restitution in the amount of $168,219.50.

**Disposition**

Upon motion of Government, Count 1 is dismissed.

April 12, 1999, defendant did
willfully make and subscribe a
joint U.S. Individual Income Tax
Return Form 1040, for the
calendar year 1998, which said
income tax return he did not
believe to be true and correct as to
every material matter, in that the
adjusted gross income reported on           Found not guilty at Jury Trial
line 33 was $6,667, when, as he
then and there well knew and
believed, the total income he
received and should have reported
on line 33 of his Form 1040 was
approximately $86,845 in
violation of 26 USC 7206(1))
(1s)

26:7201.F ATTEMPT TO
EVADE OR DEFEAT TAX From
about July 2000, the exact date
being unknown, until the date of
the return of this indictment, dft
did unlawfully and willfully evade
and defeat, and attempt to evade        Upon motion of Government,
and defeat, and cause evasion,          Count 2 is dismissed.
defeat and attempted evasion and
defeat of the payment of personal
income tax due and owing to the
USA for the 1996 and 1997
calendar years
(2)

26:7201.F ATTEMPT TO
EVADE OR DEFEAT TAX From
early 1999, the exact date being
unknown, to approximately
October 15, 2000, dft did              Upon motion of Government,
unlawfully and willfully evade         Count 3 is dismissed.
and defeat, and attempt to evade
and defeat, and cause evasion,
defeat, and attempted evasion and
defeat of a large part of his
personal income tax due and

owing to the USA for the 1999 calendar year, and failing to file an individual income tax return, as required by law in violation of 26:7201

(3)

18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION Between approximately July 2000 to and including October 25, 2000, dft knowingly devised and intended to devise a scheme and artifice to defraud the IRS, in that he transmitted and caused to be transmitted by means of wire in interstate or foreign commerce, signs, signals, pictures and sounds for the purpose of executing such scheme or artifice in violation of 18:1343

(4-5)

Upon motion of Government, Counts 4-5 are dismissed.

18:1956-4999.F MONEY LAUNDERING - FRAUD, OTHER That on or about the date hereinafter set forth, dft did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, a transfer of funds by wire in that on or about October 25, 2000 , dft caused $100,000 to be wired from Edgar County Bank and the account of Patridge, to an account at SKNA Bank, St Kitts, Nevis, which account #6550052150, was associated with Sultan Services, Ltd, over which Patridge had authority and control in violation of 18:1956(a)(1)(B)(i) (Count 6) and 18:1956(a)(1)(A)(ii) (Count 7)

Upon motion of Government, Counts 6-7 are dismissed.

(6-7)

## Highest Offense Level
## (Terminated)

Felony

## Complaints

**Disposition**

None

---

## Material Witness

**Edward B Bartoli**

represented by **Ralph J Schindler, Jr**
LAW OFFICE OF RALPH J
SCHINDLER JR
Suite 1457
111 W Washington St
Chicago, IL 60602
312-795-9300
*LEAD ATTORNEY*
*Designation: Public Defender or*
*Community Defender*
*Appointment*

**Tiffani D Johnson**
FEDERAL PUBLIC DEFENDER

300 W Main St
Urbana, IL 61801
217-373-0666
Fax: 217-373-0667
Email: tiffani_johnson@fd.org
*LEAD ATTORNEY*
*Designation: Public Defender or*
*Community Defender*
*Appointment*

---

## Material Witness

**Robert Hopper**

represented by **Steven Saltzman**
122 S Michigan Ave

Ste 1850
Chicago, IL 60603
(312) 427-4500
*LEAD ATTORNEY*
*Designation: Public Defender or*
*Community Defender*
*Appointment*

**Tiffani D Johnson**
(See above for address)
*LEAD ATTORNEY*
*Designation: Public Defender or*
*Community Defender*
*Appointment*

---

**Material Witness**

**Karen Ritter**                          represented by **Robert A Loeb**
LAW OFFICE OF ROBERT A
LOEB
SUITE 1938
221 N LASALLE ST
CHICAGO, IL 60601
312-368-0611
*LEAD ATTORNEY*
*Designation: Retained*

---

**Material Witness**

**Brent Winters**                         represented by **Brent A Winters**
LAW OFFICE OF BRENT
WINTERS
11318 Via Vista
Nevada City, CA 95959
217-549-4050
Fax: 530-265-6564
Email:
brentallanwinters@yahoo.com
*TERMINATED: 06/24/2005*
*LEAD ATTORNEY*
*Designation: Waived or Self (Pro*
*Se)*

**H Kent Heller**
HELLER HOLMES &
ASSOCIATES PC
PO Box 889
Mattoon, IL 61938-0889
217-235-0531
Fax: 217-235-0743
Email: kent@hhlawoff.com
*LEAD ATTORNEY*
*Designation: Retained*

---

**Plaintiff**

**USA**                    represented by **Hilary W Frooman**
US ATTY
9 Executive Drive
Suite 300
Fairview Heights, IL 62208
618-628-3708
Email: hilary.frooman@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lea A Carlisle**
US DEPT OF JUSTICE
Tax Division
WCES
PO Box 972
Washington, DC 20044
202-514-5762
Fax: 202-514-9623
Email: lea.a.carlisle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/02/2004 | 1 | INDICTMENT by USA Hilary W Frooman. Counts filed against Denny R Patridge (1) count(s) 1, 2, 3, 4-5, 6-7 (VB, ilcd) (Entered: 06/03/2004) |
| | | |

| 06/03/2004 | 2 | SUMMONS issued as to Denny R Patridge; initial appearance set for 2:00 7/1/04 for Denny R Patridge before Mag. Judge David G. Bernthal, Courtroom C, Urbana, IL. (VB, ilcd) (Entered: 06/03/2004) |
| 06/16/2004 | 3 | SUMMONS executed upon Denny R Patridge on 6/14/04 (KM, ilcd) (Entered: 06/16/2004) |
| 06/17/2004 | 4 | SEALED document by plaintiff USA (MOTION FOR ISSUANCE OF AN INTERNATIONAL LETTER ROGATORY)(SP, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 06/17/2004) |
| 06/17/2004 | 5 | SEALED document by plaintiff USA (MEMORANDUM OF LAW IN SUPPORT OF GOVERNMENT'S MOTION FOR ISSUANCE OF AN INTERNATIONAL LETTER ROGATORY)(SP, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 06/17/2004) |
| 06/21/2004 | 6 | SEALED document by plaintiff USA (INTERNATIONAL LETTER ROGATORY)(SD, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 06/21/2004) |
| 06/21/2004 | 7 | ORDER by Judge Michael P. McCuskey granting documents [4-1] MOTION FOR ISSUANCE OF AN INTERNATIONAL LETTER ROGATORY. SEALED AND PLACED IN VAULT. (SD, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 06/21/2004) |
| 07/01/2004 | ● | Minute Entry for proceedings held before Judge David G. Bernthal. Initial Appearance as to Denny R Patridge held on 7/1/2004. Appearance of Hilary Frooman, AUSA for Government. Appearance of Dft DENNY R. PATRIDGE in person. Dft advised of charges and rights, including right to counsel. Attorney Carol Dison present in court and advises she will file a written entry of appearance as local counsel. Added attorney Carol A Dison for Denny R Patridge. Arraignment held. Dft sworn, advised of charges and penalties. Not Guilty Plea entered by Denny R Patridge (1) Count 1,2,3,4-5,6-7. Written Scheduling Order entered. Final Pretrial Conference set for 7/30/2004 at 9:30 AM; Jury selection and Jury Trial set |

| | | for 8/9/2004 at 8:30 AM in Courtroom A before Judge Michael P. McCuskey. Cause called for Detention Hearing. Government does not object to defendant's release. Dft released on $10,000 unsecured bond with no special conditions. (cc: all counsel, USPO/USMS) (Tape #MU209.) (SKD, ilcd) (Entered: 07/02/2004) |
|---|---|---|
| 07/01/2004 | 8 | SCHEDULING ORDER as to Denny R Patridge. Signed by Judge David G. Bernthal on 7/1/04. (cc: all counsel, USPO, USMS) (SKD, ilcd) (Entered: 07/02/2004) |
| 07/01/2004 | 9 | Unsecured Bond Entered as to Denny R Patridge in amount of $ 10,000. (SKD, ilcd) (Entered: 07/02/2004) |
| 07/01/2004 | 10 | ORDER Setting Conditions of Release as to Denny R Patridge (1) $10,000 unsecured bond . Signed by Judge David G. Bernthal on 7/1/04. (SKD, ilcd) (Entered: 07/02/2004) |
| 07/14/2004 | 11 | NOTICE OF ATTORNEY APPEARANCE: Carol A Dison appearing for Denny R Patridge (SKD, ilcd) (Entered: 07/14/2004) |
| 07/20/2004 | 12 | MOTION to Continue trial setting by Denny R Patridge. (SKD, ilcd) (Entered: 07/20/2004) |
| 07/22/2004 | | NOTICE OF HEARING as to Denny R Patridge: Hearing on motion to continue trial setting [12] set for 7/30/2004 09:30 AM in Courtroom A before Judge Michael P. McCuskey. (MB, ilcd) (Entered: 07/22/2004) |
| 07/27/2004 | | Due to a conflict in the Court's calendar, the final pretrial conference and hearing on the motion to continue are RESET from 9:30 AM 7/30/2004 to 9:00 AM 7/30/2004 and will now be held in Courtroom C before Magistrate Judge David G. Bernthal. (MB, ilcd) (Entered: 07/27/2004) |
| 07/28/2004 | 13 | MOTION for Bill of Particulars by Denny R Patridge. (SKD, ilcd) (Entered: 07/28/2004) |
| 07/28/2004 | 14 | MOTION to Compel Production of Special Agent's Report by Denny R Patridge. (SKD, ilcd) (Entered: 07/28/2004) |
| 07/30/2004 | | Minute Entry for proceedings held before Judge David G. Bernthal. Appearance of Hilary Frooman, AUSA for Government. Appearance of DENNY R. PATRIDGE in person and with counsel Carol Dison. Motion Hearing held on 7/30/2004 re [12] MOTION to Continue by dft. No objection |

| | | by Govt. [12] Motion to Continue GRANTED. The Court finds that by granting the continuance, the ends of justice are met pursuant to 18 USC 3161 (h)(8)(a). Time is excluded from 7/30/04 to 9/8/04. Status Conference set 9/8/2004 at 3:00 PM by personal appearance in Courtroom A before Judge Michael P. McCuskey. Dft's bond to remain in full force and effect. (cc: USPO/USMS) (SKD, ilcd) (Entered: 07/30/2004) |
|---|---|---|
| 07/30/2004 | ◑ | Terminate Deadlines and Hearings as to Denny R Patridge : Pretrial and Jury Trial were VACATED at hearing held 7/30/04 with granting of motion to continue. (KM, ilcd) (Entered: 09/07/2004) |
| 08/06/2004 | ◑15 | RESPONSE to Motion by USA as to Denny R Patridge re [13] MOTION for Bill of Particulars (SKD, ilcd) (Entered: 08/06/2004) |
| 08/06/2004 | ◑16 | RESPONSE by USA re [14] MOTION to Compel Production of Special Agent's Reports (SKD, ilcd) (Entered: 08/06/2004) |
| 08/17/2004 | ◑17 | It is ORDERED that Defendant's [13] Motion for Bill of Particulars is DENIED; Defendant's [14] Motion to Compel Production of Special Agent's Report is DENIED. Entered by Judge Michael P. McCuskey on 8/17/04. (SKD, ilcd) (Entered: 08/17/2004) |
| 09/01/2004 | ◑18 | SUPERSEDING INDICTMENT as to Denny R Patridge (1) count(s) 1s, 2s, 3s, 4s-5s, 6s-7s. (SKD, ilcd) (Entered: 09/03/2004) |
| 09/03/2004 | ◑ | NOTICE OF HEARING as to Denny R Patridge. Arraignment set for 9/8/2004 at 2:00 PM in Courtroom C before Magistrate Judge David G. Bernthal. (SKD, ilcd) (Entered: 09/03/2004) |
| 09/08/2004 | ◑ | ORAL MOTION to Continue Status Hearing by Denny R Patridge. (SKD, ilcd) (Entered: 09/08/2004) |
| 09/08/2004 | ◑ | Minute Entry for proceedings held before Judge Michael P. McCuskey. Appearance of Hilary Frooman, AUSA for Government. Appearance of DENNY R PATRIDGE in person and with counsel Carol Dison. Status Conference held on 9/8/2004. Dft orally moves to continue status hearing for further status; granted. Status Conference set for 10/22/2004 at 10:00 AM by personal appearance in Courtroom A before Judge Michael P. McCuskey. Dft bond remains in full force and effect. The Court finds the ends of justice are met pursuant |

| | | to 18 USC 3161(h)(8)(a). Time is excluded from 7/20/04 to and including 10/22/04. Cause continued generally until 10/22/04. (Court Reporter LC.) (SKD, ilcd) (Entered: 09/08/2004) |
|---|---|---|
| 09/08/2004 | ❾ | Minute Entry for proceedings held before Judge David G. Bernthal. Appearance of Hilary Frooman, AUSA for Government. Appearance of DENNY R PATRIDGE in person and with counsel Carol Dison. Arraignment as to Counts 1s,2s,3s,4s-5s,6s-7s of Superseding Indictment held on 9/8/2004. Dft sworn, advised of charges and penalties. Dft enters PLEA OF NOT GUILTY to superseding indictment. Scheduling order to be entered at a later date. Dft bond to remain in full force and effect. (Tape #C223; 3352-4076.) (SKD, ilcd) (Entered: 09/09/2004) |
| 09/09/2004 | ❾ | TEXT ORDER as to Denny R Patridge. Entered by Judge David G. Bernthal on 9/9/04. The Court notes that the defendant's name in incorrectly typed as "Danny" Patridge on documents #9 Appearance Bond and #10 Order Setting Conditions of Release. The Clerk's Office is directed to correct the documents on their face. (SKD, ilcd) (Entered: 09/09/2004) |
| 09/21/2004 | ❾ | NOTICE OF HEARING: Due to a conflict in the Court's calendar, the status conference set for 10:00 AM, 10/22/2004 as to Denny R Patridge is RESET to 11/3/2004 at 10:00 AM by personal appearance in Courtroom A before Judge Michael P. McCuskey. (MB, ilcd) (Entered: 09/21/2004) |
| 09/28/2004 | ❾19 | NOTICE OF ATTORNEY APPEARANCE: Jerold W Barringer appearing for Denny R Patridge (Barringer, Jerold) (Entered: 09/28/2004) |
| 09/28/2004 | ❾20 | MOTION to Dismiss *Count Two* by Denny R Patridge. (Barringer, Jerold) Modified on 10/3/2006 to show document is STRICKEN pursuant to Text Order of 9/29/04 (SKD, ilcd). (Entered: 09/28/2004) |
| 09/28/2004 | ❾21 | MEMORANDUM in Support by Denny R Patridge re 20 MOTION to Dismiss *Count Two* (Barringer, Jerold) (Entered: 09/28/2004) |
| 09/28/2004 | ❾22 | MOTION to Dismiss *Count Three* by Denny R Patridge. (Barringer, Jerold) (Entered: 09/28/2004) |
| 09/28/2004 | ❾23 | MEMORANDUM in Support by Denny R Patridge re 22 |

| | | |
|---|---|---|
| | | MOTION to Dismiss *Count Three* (Barringer, Jerold) (Entered: 09/28/2004) |
| 09/28/2004 | 24 | MOTION to Dismiss *Counts Four and Five* by Denny R Patridge. (Barringer, Jerold) (Entered: 09/28/2004) |
| 09/28/2004 | 25 | MEMORANDUM in Support by Denny R Patridge re 24 MOTION to Dismiss *Counts Four and Five* (Barringer, Jerold) (Entered: 09/28/2004) |
| 09/28/2004 | 26 | MOTION to Dismiss *Counts Six and Seven* by Denny R Patridge. (Barringer, Jerold) (Entered: 09/28/2004) |
| 09/28/2004 | 27 | MEMORANDUM in Support by Denny R Patridge re 26 MOTION to Dismiss *Counts Six and Seven* (Barringer, Jerold) (Entered: 09/28/2004) |
| 09/29/2004 | | TEXT ORDER entered by Judge Michael P. McCuskey on 9/29/04. On September 28, 2004, Defendant filed a Motion to Dismiss Count Two (#20), Motion to Dismiss Count Three (#22), Motion to Dismiss Counts Four and Five (#24), and Motion to Dismiss Counts Six and Seven (#26). The Government is ordered to file responses to these motions by October 13, 2004. (BB, ilcd) (Entered: 09/29/2004) |
| 09/29/2004 | | TEXT ORDER entered by Judge Michael P. McCuskey on 9/29/04. On 9/28/2004 Attorney Barringer e-filed document 20 as a Motion to Dismiss Count Two. However, that document is actually a duplicate of document 21, Brief in Support of Motion to Dismiss Count Two. Document 20 is, therefore, STRICKEN. Attorney Barringer is directed to e-file the actual Motion to Dismiss Count Two. Once that motion is e-filed, the Government is directed to respond by October 13, 2004. (MB, ilcd) (Entered: 09/29/2004) |
| 09/29/2004 | 28 | AMENDED CERTIFICATE of Service re: 22, 24, 26, and 29 by Denny R Patridge. (Barringer, Jerold) Modified on 9/30/2004 (VB, ilcd). (Entered: 09/29/2004) |
| 09/29/2004 | 29 | MOTION to Dismiss *Count Two* by Denny R Patridge. (Barringer, Jerold) (Entered: 09/29/2004) |
| 09/30/2004 | | TEXT ORDER entered by Judge Michael P. McCuskey. On 9/29/2004 Attorney Barringer e-filed a document entitled 28 Motion to Dismiss Count Two as to Denny R Patridge. That document is actually an Amended Certificate of Service regarding Motions to Dismiss 22 24 26 and 29. The clerk's |

|  |  | office is directed to correct the docket text for document 28 accordingly. (MB, ilcd) (Entered: 09/30/2004) |
|---|---|---|
| 09/30/2004 | ◉ | Notice of Docket Text or Event Modification re 28 MOTION to Dismiss Count Two. This document was e-filed in error as a Motion to Dismiss Count Two by Denny R Patridge. Clerk changed 28 to reflect that the document should have been e-filed as an Amended Certificate of Service re: 22, 24, 26, and 29 by Denny R Patridge. (VB, ilcd) (Entered: 09/30/2004) |
| 10/13/2004 | ◉30 | RESPONSE to Motion by USA as to Denny R Patridge re 24 MOTION to Dismiss *Counts Four and Five*, 26 MOTION to Dismiss *Counts Six and Seven*, 22 MOTION to Dismiss *Count Three*, 29 MOTION to Dismiss *Count Two* (Frooman, Hilary) (Entered: 10/13/2004) |
| 10/20/2004 | ◉31 | MOTION for Leave to File *Reply* by Denny R Patridge. (Attachments: # 1 Exhibit copy of Reply)(Barringer, Jerold) (Entered: 10/20/2004) |
| 10/21/2004 | ◉ | TEXT ORDER granting 31 Motion for Leave to File Reply as to Denny R Patridge. Entered by Judge Michael P. McCuskey on 10/21/2004. (DK2, ilcd) (Entered: 10/21/2004) |
| 10/21/2004 | ◉32 | REPLY TO RESPONSE to Motion by Denny R Patridge re 24 MOTION to Dismiss Counts Four and Five, 20 MOTION to Dismiss Count Two, 26 MOTION to Dismiss Counts Six and Seven, 22 MOTION to Dismiss Count Three (SKD, ilcd) (Entered: 10/21/2004) |
| 11/02/2004 | ◉33 | MOTION to Dismiss *Counts One through Seven* by Denny R Patridge. (Barringer, Jerold) (Entered: 11/02/2004) |
| 11/02/2004 | ◉34 | MEMORANDUM in Support by Denny R Patridge re 33 MOTION to Dismiss *Counts One through Seven for Prosecutorial Misconduct* (Barringer, Jerold) (Entered: 11/02/2004) |
| 11/03/2004 | ◉ | ORAL MOTION for Extension of Time to File Response/Reply to dft motion #33 by USA. (SKD, ilcd) (Entered: 11/03/2004) |
| 11/03/2004 | ◉ | Minute Entry for proceedings held before Judge Michael P. McCuskey. Appearance of Hilary Frooman, AUSA for Government. Appearance of DENNY R. PATRIDGE in person and with counsel Carol Dison, Jerold W. Barringer, Michael Minns and Enid Williams. Status hearing held |

| | | |
|---|---|---|
| | | 11/3/04. Govt orally moves for extension of time to respond to dft motion (#33); granted. Govt allowed until 12/3/04 to file response to #33. Motions filing ddl set for 11/19/2004. Responses due by 12/3/04. Motion Hearing set on all pending motions and for status for oral argument on 12/8/2004 at 10:30 AM in Courtroom A before Judge Michael P. McCuskey. Atty Minns and Williams allowed to appear by telephone if requested. Govt to submit agents reports to the Court by 11/19/04. Court to review agents reports In Camera. Dft bond to remain in full force and effect. (Court Reporter LC.) (SKD, ilcd) (Entered: 11/03/2004) |
| 11/10/2004 | 35 | MOTION for Reconsideration *of In Camera Review* by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 11/10/2004) |
| 11/10/2004 | 36 | ORDER denying 22 Motion to Dismiss; denying 24 Motion to Dismiss; denying 26 Motion to Dismiss; denying 29 Motion to Dismiss. Entered by Judge Michael P. McCuskey on 11/10/2004. See written order. (SP, ilcd) (Entered: 11/10/2004) |
| 11/10/2004 | | NOTICE OF HEARING re: 33 MOTION to Dismiss *Counts One through Seven*: Motion Hearing set for 12/8/2004 at 10:30 AM in Courtroom A before Judge Michael P. McCuskey. (SP, ilcd) (Entered: 11/10/2004) |
| 11/12/2004 | 37 | MOTION in Limine *Regarding Defense "Evidence" and Argument* by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 11/12/2004) |
| 11/15/2004 | | TEXT ORDER. The Government's Motion for Reconsideration of in Camera Review (#35) is DENIED. The Government is ordered to produce the special agent's report for in camera review by Novermber 19, 2004. Entered by Judge Michael P. McCuskey on 11/15/2004. (DK2, ilcd) (Entered: 11/15/2004) |
| 11/19/2004 | | TEXT ORDER entered by Judge Michael P. McCuskey on 11/19/2004. On August 17, 2004, this court entered an Order (17) which denied Defendant's Motion to Compel Production of Special Agent's Report (14). On November 3, 2004, a status conference was held in this case. At the status conference, this court agreed to review the Special Agent's Report in camera. On November 18, 2004, the Government produced the Internal Revenue Service SAR report for in camera review. The |

|  |  | document, which contained secret grand jury information, was signed by Special Agent Bernard J. Coleman and was approved by Donna L. Turner, Supervisory Special Agent, Criminal Investigation. This court has carefully and thoroughly reviewed the document produced and concludes that the document does not contain any Brady materials or any other materials which must be disclosed to Defendant. Accordingly, following this court's in camera review, this court concludes that the document does not need to be produced to Defendant. The clerk is directed to file the report produced by the Government under seal. (DK2, ilcd) (Entered: 11/19/2004) |
|---|---|---|
| 11/19/2004 | 38 | +++ **SEALED DOCUMENT.** (SKD, ilcd) (Entered: 11/19/2004) |
| 11/19/2004 | 39 | MOTION to Unseal Document *(dkt) # 4,5 and 6* by Denny R Patridge. (Barringer, Jerold) (Entered: 11/19/2004) |
| 11/19/2004 | 40 | MEMORANDUM in Support by Denny R Patridge re 39 MOTION to Unseal Document *(dkt) # 4,5 and 6* (Barringer, Jerold) (Entered: 11/19/2004) |
| 11/19/2004 | 41 | MOTION to Produce *Grand Jury Transcript* by Denny R Patridge. (Barringer, Jerold) (Entered: 11/19/2004) |
| 11/19/2004 | 42 | MEMORANDUM in Support by Denny R Patridge re 41 MOTION to Produce *Grand Jury Transcript* (Barringer, Jerold) (Entered: 11/19/2004) |
| 12/03/2004 | 43 | MOTION to Seal Response to Defendant's Motion to Dismiss for Perjury and Prosecutorial Misconduct by USA as to Denny R Patridge. (SKD, ilcd) (Entered: 12/03/2004) |
| 12/03/2004 | 44 | RESPONSE to Motion by USA as to Denny R Patridge re 39 MOTION to Unseal Document *(dkt) # 4,5 and 6* (Frooman, Hilary) Modified on 12/6/2004 to reflect that this document is STRICKEN pursuant to Text Order entered 12/3/04 (VB, ilcd). (Entered: 12/03/2004) |
| 12/03/2004 | 45 | MOTION to Seal *Footnotes* by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 12/03/2004) |
| 12/03/2004 | 46 | REPLY TO RESPONSE to Motion by USA as to Denny R Patridge re 41 MOTION to Produce *Grand Jury Transcript* (Frooman, Hilary) (Entered: 12/03/2004) |
| 12/03/2004 |  | TEXT ORDER entered by Judge Michael P. McCuskey. On |

| | | |
|---|---|---|
| | | 12/3/2004, the Goverment filed a 44 Response to Defendant's Motion to Unseal Document 39. That response 44 contains no signature; therefore, it is STRICKEN. Counsel must refile with the proper signature in accordance with the Administrative Procedures. (MB, ilcd) (Entered: 12/03/2004) |
| 12/03/2004 | 47 | RESPONSE to Motion by Denny R Patridge re 37 MOTION in Limine *Regarding Defense "Evidence" and Argument of term "trust" and other issues* (Barringer, Jerold) (Entered: 12/03/2004) |
| 12/03/2004 | 48 | RESPONSE to Motion by USA as to Denny R Patridge re 39 MOTION to Unseal Document *(dkt) # 4,5 and 6* (Frooman, Hilary) (Entered: 12/03/2004) |
| 12/06/2004 | ❍ | TEXT ORDER entered by Judge Michael P. McCuskey on 12/06/2004. The Government's Motion to Seal Response to Defendant's Motion to Dismiss for Perjury and Prosecutorial Misconduct 43 is GRANTED. Because it contains secret grand jury information, the Government's Response to Defendant's Motion to Dismiss for Perjury and Prosecutorial Misconduct will be filed under seal. The Government's Motion to Seal Footnotes 45 is also GRANTED. Because they contain secret grand jury information, the footnotes to the Government's Response to Defendant's Motion to Unseal Docket Entries #4, 5, and 6 48 will be filed under seal. (DK2, ilcd) (Entered: 12/06/2004) |
| 12/06/2004 | 49 | +++ SEALED DOCUMENT. RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR PERJURY AND PROSECUTORIAL MISCONDUCT (SP, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 12/06/2004) |
| 12/06/2004 | 50 | +++ SEALED DOCUMENT. (SP, ilcd) FOOTNOTES FOR IN CAMERA REVIEW. Modified on 9/26/2006 to unseal document by order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 12/06/2004) |
| 12/07/2004 | 51 | ORDER as to Denny R Patridge (1); denying 33 Motion to Dismiss Counts 1 through 7; granting in part and denying in part 37 Motion in Limine; denying 39 Motion to Unseal Docket Entries; denying 41 Motion to Order Release of Grand Jury Transcript. Entered by Judge Michael P. McCuskey on |

| | | 12/7/04. See written Order. (KM, ilcd) (Entered: 12/07/2004) |
|---|---|---|
| 12/07/2004 | ◑ | Per Order 51 entered 12/7/04: The motion hearing set in this case for 12/8/04 at 10:30 AM is CONVERTED to a status conference in Courtroom A before Judge Michael P. McCuskey so that this case may be scheduled for a jury trial. (KM, ilcd) (Entered: 12/07/2004) |
| 12/08/2004 | ◑ | Minute Entry for proceedings held before Judge Michael P. McCuskey on 12/8/04. Status Conference held. Appearance of Hilary Frooman, AUSA for Government. Appearance of DENNY R PATRIDGE in person and with counsel Roger Webber and Jerold Barringer in person; Michael Minns and Enid Williams via phone. Status of case discussed. Final Pretrial Conference set for 1/19/2005 at 1:15 PM; Jury Selection and Jury Trial set for 2/7/2005 at 9:00 AM in Courtroom A before Judge Michael P. McCuskey. Government's Jury Instructions due 1/19/05. Any objections to jury instructions or any additional instructions due 1/28/05. Government to file response to dft's instructions or objections by 2/4/05. Any proposed voir dire questions due 1/19/05. Any objections to voir dire questions due 1/28/05. Witness and exhibit lists due 1/19/05. Any objections to witness and exhibit lists due 1/28/05. Dft's bond to remain in full force and effect. (Court Reporter LC.) (SKD, ilcd) (Entered: 12/09/2004) |
| 01/12/2005 | ◑52 | TRIAL BRIEF by USA as to Denny R Patridge (Frooman, Hilary) (Entered: 01/12/2005) |
| 01/12/2005 | ◑53 | MOTION to Amend/Correct 18 Indictment by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 01/12/2005) |
| 01/13/2005 | ◑54 | MOTION to Withdraw as counsel for Denny R Patridge by Michael Louis Minns and Enid Monique Williams. (KM, ilcd) (Entered: 01/13/2005) |
| 01/13/2005 | ◑ | NOTICE OF HEARING: A hearing on the 54 MOTION to Withdraw as Attorney for Denny R. Patridge by Michael Louis Minns and Enid Monique Williams is set for 1/19/2005 at 1:15 PM. Attorneys Minns and Williams may appear by telephone for this hearing. The court will initiate the call. Remaining counsel and the defendant shall appear in person. The final pretrial conference remains set for 1:15 PM, 1/19/05 and will proceed before Chief Judge Michael P. McCuskey following the hearing on the motion. This case remains set for jury trial |

| | | |
|---|---|---|
| | | at 9:00 AM, February 7, 2005.(MB, ilcd) (Entered: 01/13/2005) |
| 01/14/2005 | 55 | MOTION to Strike by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 01/14/2005) |
| 01/18/2005 | 56 | MOTION to Withdraw as Attorney by Carol A. Dison. by Denny R Patridge. (Dison, Carol) (Entered: 01/18/2005) |
| 01/19/2005 | 57 | Proposed Voir Dire by USA as to Denny R Patridge (Frooman, Hilary) (Entered: 01/19/2005) |
| 01/19/2005 ** | 58 | POSITION by USA as to Denny R Patridge regarding statement of the case. (Frooman, Hilary) (Entered: 01/19/2005) |
| 01/19/2005 | ◕ | NOTICE OF HEARING: A hearing on Attorney Dison's 56 Motion to Withdraw as Attorney for Denny R. Patridge is set for 1/19/2005 at 1:15 PM before Chief Judge Michael P. McCuskey. Attorney Dison will appear by telephone. The Court will initiate the call.(MB, ilcd) (Entered: 01/19/2005) |
| 01/19/2005 | 60 | EXHIBIT LIST by USA as to Denny R Patridge (Frooman, Hilary) (Entered: 01/19/2005) |
| 01/19/2005 | 61 | Proposed Jury Instructions by USA as to Denny R Patridge (Attachments: # 1 Exhibit)(Frooman, Hilary) (Entered: 01/19/2005) |
| 01/19/2005 | ◕ | ORAL MOTION to Continue by Denny R Patridge. (SKD, ilcd) (Entered: 01/19/2005) |
| 01/19/2005 | ◕ | Minute Entry for proceedings held before Judge Michael P. McCuskey on 1/19/05. Personal appearance of Hilary Frooman, AUSA. Personal appearance of DENNY R. PATRIDGE with counsel Jerold Barringer; Carol Dison, Michael Minns and Enid Williams appear via phone. Motion hearing held. #54 Motion to Withdraw atty Minns and Williams; no objection by dft. Motion granted. #56 Motion to Withdraw atty Dison; no objection by dft. Motion granted. #53 Motion to Amend/Correct Indictment by Government; no objection by dft. Motion granted. Court interlineates and amends the Superseding Indictment on the face of the document. #55 Motion to Strike by USA; objection by dft. Motion granted. Special Findings 1-7 on pages 21 and 22 are stricken. Due to lead counsel withdrawing, dft orally moves to continue; Oral Motion granted. Jury trial set 2/7/05 is VACATED. Final Pretrial set 5/27/05 at 10:00 a.m. Jury |

** **01/19/2005    59    WITNESS LIST by USA**

| | | |
|---|---|---|
| ** | | Selection and Jury Trial set the week of June 13, 14, 15, 16, 2005 and the week of June 20, 21, 22, 23 and 24, 2005 before the Honorable Michael P. McCuskey. All Motions due by 3/1/2005. Parties have until 3/22/05 to file responses. Government to amend witness or exhibit lists by 3/1/05. Dft Witness or Exhibit List due by 4/1/05. Any objections to Government's Jury Instructions due by 4/1/05. Dft's additional instructions to be filed by 4/1/05. Any objections by Government to the dft's jury instructions, exhibit or witness list to be filed by 4/22/05. The Court finds that the ends of justice are served pursuant to 18 USC 3161(h)(8)(a). Time is excluded from 1/19/05 until 6/13/05. Dft bond to remain in full force and effect. (Court Reporter LC.) (SKD, ilcd) (Entered: 01/19/2005) |
| 03/01/2005 | 63 | Second MOTION to Dismiss *Counts Two and Three* by Denny R Patridge. (Barringer, Jerold) (Entered: 03/01/2005) |
| 03/01/2005 | 64 | MEMORANDUM in Support by Denny R Patridge re 63 Second MOTION to Dismiss *Counts Two and Three of the Superceding Indictment* (Barringer, Jerold) (Entered: 03/01/2005) |
| 03/01/2005 | 65 | Second MOTION to Dismiss *Counts Four, Five, Six and Seven* by Denny R Patridge. (Barringer, Jerold) Modified on 10/3/2006 to show document is STRICKEN pursuant to Text Order of 3/2/05 (SKD, ilcd). (Entered: 03/01/2005) |
| 03/01/2005 | 66 | EXHIBIT LIST by USA as to Denny R Patridge (Frooman, Hilary) (Entered: 03/01/2005) |
| 03/01/2005 | 67 | MEMORANDUM in Support by Denny R Patridge re 65 Second MOTION to Dismiss *Counts Four, Five, Six and Seven of the Superceding Indictment* (Barringer, Jerold) (Entered: 03/01/2005) |
| 03/01/2005 | 68 | MOTION for Reconsideration *regarding application of Supreme Court decision in Booker/Fanfan* by Denny R Patridge. (Barringer, Jerold) (Entered: 03/01/2005) |
| 03/01/2005 | 69 | MEMORANDUM in Support by Denny R Patridge re 68 MOTION for Reconsideration *regarding application of Supreme Court decision in Booker/Fanfan* (Barringer, Jerold) (Entered: 03/01/2005) |
| 03/01/2005 | 70 | NOTICE *TO THE COURT* by Denny R Patridge (Barringer, |
| ** | 03/01/2005 | 62 WITNESS LIST by USA |

| | | |
|---|---|---|
| | | Jerold) Modified on 10/3/2006 to show document is STRICKEN pursuant to Text Order of 3/2/05 (SKD, ilcd). (Entered: 03/01/2005) |
| 03/02/2005 | ◉ | TEXT ORDER entered by Judge Michael P. McCuskey. On 3/1/05 defendant filed a 65 Second Motion to Dismiss Courts 4 through 7 and a 70 Notice to the Court as to Denny R Patridge. Neither document is signed. Therefore, documents 65 and 70 are STRICKEN. Counsel is advised to refile the documents with the appropriate signature in accordance with the Administrative Procedures. (MB, ilcd) (Entered: 03/02/2005) |
| 03/02/2005 | ◉71 | Second MOTION to Dismiss *Counts Four, Five, Six and Seven of the Superceding Indictment (corrected)* by Denny R Patridge. (Barringer, Jerold) (Entered: 03/02/2005) |
| 03/02/2005 | ◉72 | NOTICE *to the Court* by Denny R Patridge (Barringer, Jerold) (Entered: 03/02/2005) |
| 03/11/2005 | ◉73 | TRANSCRIPT of Motion Hearing as to Denny R Patridge held on 1/19/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 03/11/2005) |
| 03/21/2005 | ◉74 | RESPONSE to Motion by USA as to Denny R Patridge re 65 Second MOTION to Dismiss *Counts Four,Five,Six and Seven*, 68 MOTION for Reconsideration *regarding application of Supreme Court decision in Booker/Fanfan*, 63 Second MOTION to Dismiss *Counts Two and Three* (Frooman, Hilary) (Entered: 03/21/2005) |
| 03/22/2005 | ◉75 | MOTION to Amend/Correct *First Amended Witness List* by USA as to Denny R Patridge. (Attachments: # 1)(Frooman, Hilary) (Entered: 03/22/2005) |
| 04/01/2005 | ◉76 | OBJECTIONS TO PROPOSED JURY INSTRUCTIONS by Denny R Patridge. (Barringer, Jerold) (Entered: 04/01/2005) |
| 04/01/2005 ★★ | ◉77 | Proposed Jury Instructions by Denny R Patridge (Barringer, Jerold) (Entered: 04/01/2005) |
| 04/01/2005 | ◉79 | Proposed Voir Dire by Denny R Patridge (Barringer, Jerold) (Entered: 04/01/2005) |
| 04/12/2005 | ◉80 | +++ SEALED EX PARTE MOTION FOR PERMISSION TO FILE UNDER SEAL filed by USA (KM, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: |

★★    04/01/2005    78    WITNESS LIST by dft Patridge

| | | |
|---|---|---|
| | | 04/12/2005) |
| 04/12/2005 | ◕ | TEXT ORDER entered by Chief Judge Michael P. McCuskey granting 80 Sealed Ex Parte Motion. (MB, ilcd) Modified on 9/26/2006 to unseal entry pursuant to order of the Court at sentencing hearing held 9/25/06(SKD, ilcd). (Entered: 04/12/2005) |
| 04/13/2005 | ◕81 | Certificate of Service by Denny R Patridge *regarding actual service of Exhibit and Witness list to United States* (Barringer, Jerold) (Entered: 04/13/2005) |
| 04/14/2005 | ◕82 | First MOTION for Extension of Time to File Response/Reply by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 04/14/2005) |
| 04/14/2005 | ◕83 | Response by USA as to Denny R Patridge re 77 Proposed Jury Instructions (Attachments: # 1 # 2)(Frooman, Hilary) (Entered: 04/14/2005) |
| 04/15/2005 | ◕ | TEXT ORDER granting 82 Motion for Additional Time to Respond to Defendant's Exhibit List. The Government's objections to Defendant's exhibit list are due May 6, 2005. If Defendant does not provide the Government with the tapes listed on his exhibit list, the Government may request additional time to file its objections. Entered by Judge Michael P. McCuskey on 04/15/2005. (DK2, ilcd) (Entered: 04/15/2005) |
| 04/18/2005 | ◕84 | ORDER Entered by Judge Michael P. McCuskey on 4/18/05. It is therefore ORDERED that Defendant's Second Motion to Dismiss Counts Two and Three (#63) is DENIED. (2) Defendant's Second Motion to Dismiss Counts Four through Seven (#71) is DENIED. (3) Defendant's Motion to Reconsider Order Regarding Jury Trial on All Facts (#68) is DENIED. (4) The Government's Motion to Amend First Amended Witness List (#75) is GRANTED. (5) This case remains scheduled for a final pretrial conference on May 27, 2005, and a jury trial to commence on June 13, 2005. SEE ORDER. (SKD, ilcd) Modified on 4/18/2005 to correct typographical error(SKD, ilcd). (Entered: 04/18/2005) |
| 04/21/2005 | ◕85 | +++ SEALED DOCUMENT. ORDER re: Government's Ex Parte Disclosure of Allegations Concerning a Witness for In Camera Review (SKD, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing |

|  |  | held 9/25/06 (SKD, ilcd). (Entered: 04/21/2005) |
| --- | --- | --- |
| 04/21/2005 | ●86 | +++ SEALED DOCUMENT. THE UNITED STATES OF AMERICA'S EX PARTE DISCLOSURE OF ALLEGATIONS CONCERNING A WITNESS FOR IN CAMERA REVIEW (SKD, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 04/21/2005) |
| 05/05/2005 | ●87 | MOTION to Seal Document by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 05/05/2005) |
| 05/05/2005 | ● | TEXT ORDER granting 87 Motion to Seal Document as to Denny R Patridge (1). The Government's objections to Defendant's trial exhibits are to be filed under seal. Entered by Judge Michael P. McCuskey on 05/05/2005. (DK2, ilcd) (Entered: 05/05/2005) |
| 05/06/2005 | ●88 | +++ SEALED DOCUMENT (GOVERNMENT MOTION TO EXCLUDE DEFENDANT'S EXHIBITS with numerous exhibits): placed in brown box in vault. (SKD, ilcd) Modified on 9/28/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 05/06/2005) |
| 05/23/2005 | ●107 | MOTION for Appointment of Federal Defender by Edward B. Bartoli (Attachments: # 1 Subpoena)(SKD, ilcd) (Entered: 06/10/2005) |
| 05/25/2005 | ●89 | RESPONSE to Motion by Denny R Patridge re 87 MOTION to Seal Document *In Response to Sealed Document* (Barringer, Jerold) Modified by TEXT ORDER dated 5/25/2005 that document 89 is STRICKEN. (KM, ilcd). (Entered: 05/25/2005) |
| 05/25/2005 | ● | TEXT ORDER entered by Chief Judge Michael P. McCuskey STRIKING 89 Response in Opposition to Government's Motion to Exclude Defendant's Exhibits as to Denny R Patridge. The improper format of document 89 only allows the Court to read half of each page of the document. In addition, Attorney Barringer failed to include his bar number, fax number or e-mail address in the signature block on the document, and the signature block has been omitted from the certificate of service. Counsel must put document 89 in a format readable by the Court and include the information omitted before re-filing the document electronically in |

| | | |
|---|---|---|
| | | accordance with the Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means. (MB, ilcd) Modified on 5/26/2005 to correct typographical error (SKD, ilcd). (Entered: 05/25/2005) |
| 05/26/2005 | 91 | MOTION to Seal *Government Motion to Quash Trial Subpoena Duces Tecum* by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 05/26/2005) |
| 05/26/2005 | 92 | MOTION in Limine *Regarding Defense Argument to Challenge IRS Authority* by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 05/26/2005) |
| 05/26/2005 | | TEXT ORDER granting 91 Motion to Seal as to Denny R Patridge (1). The Government is allowed to file a Motion to Quash Trial Subpoena Duces Tecum under seal. Entered by Judge Michael P. McCuskey on 05/26/2005. (DK2, ilcd) (Entered: 05/26/2005) |
| 05/26/2005 | 93 | RESPONSE to Motion by Denny R Patridge re 87 MOTION to Seal Document *regarding Government's Motion to Exclude Defendant's Exhibits* (Barringer, Jerold) (Entered: 05/26/2005) |
| 05/26/2005 | 94 | MOTION to Amend/Correct 66 Exhibit List filed by USA, by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 05/26/2005) |
| 05/26/2005 | 95 | EXHIBIT LIST by USA as to Denny R Patridge (Frooman, Hilary) (Entered: 05/26/2005) |
| 05/26/2005 | | Attorney update in case as to Denny R Patridge. Attorney Lea Carlisle for USA added. (SKD, ilcd) (Entered: 05/27/2005) |
| 05/27/2005 | 96 | +++ SEALED MOTION (SKD, ilcd) Modified on 5/31/2005 that MOTION TO QUASH TRIAL SUBPOENA DUCES TECUM is UNSEALED per Pretrial Hearing held 5/27/05. (SKD, ilcd). (Entered: 05/27/2005) |
| 05/27/2005 | | Minute Entry for proceedings held 5/27/05 before Judge Michael P. McCuskey. Appearance of Hilary Frooman, AUSA for Government with Lea Carlisle of US Dept. of Justice, Tax Division. Appearance of DENNY R. PATRIDGE in person and with counsel Jerold Barringer. Cause called for Pretrial Conference. Court advises parties to be present at 8:45 a.m. on 6/13/05 for Jury Trial. Jury trial will be held 6/13/05 to 6/16/05 and 6/20/05 to 6/24/05. Discussion on Government's amended Exhibit List. Court grants 94 Motion to Amend/Correct by |

| | | |
|---|---|---|
| | | USA. Government requests Summary and Expert witness be allowed in the courtroom during trial; Dft objects to expert witness; no objection to summary witness. Court allows Summary and Expert witnesses to be in courtroom during trial. #96 (Motion to Quash Trial Subpoena Duces Tecum by USA) ordered UNSEALED; Granted in part/reserved in part. 92 Motion in Limine is MOOT. Argument regarding dft objections to Government exhibits. Dft given until 6/1/05 to file Amended Exhibit list as to audio and video list; Government to file objections by 6/3/05. Dft has until 6/1/05 to give Government exhibits they don't have; Government has until 6/3/05 to give Dft exhibits they don't have. Pretrial Conference continued to 6/6/2005 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. (Court Reporter LC.) (SKD, ilcd) (Entered: 05/31/2005) |
| 05/27/2005 | ⊙ | TEXT ORDER Entered by Judge David G. Bernthal. The motion for appointment of counsel (#107) is GRANTED. The Federal Defender's Office for the Central District of Illinois is appointed to represent Mr. Bartoli during his involvement in the case captioned, U.S. v Denny R. Patridge, Case No. 04-20031. Tiffani D Johnson for Edward B Bartoli appointed. (SKD, ilcd) Modified on 6/10/2005 to correct typographical error (SKD, ilcd). (Entered: 06/10/2005) |
| 06/02/2005 | ⊙97 | MOTION for Protective Order *of Discovered Material* by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 06/02/2005) |
| 06/03/2005 | ⊙98 | OBJECTION *to Additional Defense Exhibits and Statement of Compliance with Court Discovery Order* by USA as to Denny R Patridge to Order on Motion in Limine,,,,,, Order on Motion to Amend/Correct,,,,,, Pretrial Conference,,,,,, Set Deadlines/Hearings,,,,, (Frooman, Hilary) (Entered: 06/03/2005) |
| 06/05/2005 | ⊙99 | MOTION in Limine by Denny R Patridge. (Barringer, Jerold) (Entered: 06/05/2005) |
| 06/05/2005 | ⊙100 | MOTION to Suppress *Evidence Obtained Through Compelled Circumstances* by Denny R Patridge. (Barringer, Jerold) (Entered: 06/05/2005) |
| 06/06/2005 | ⊙101 | +++ SEALED MOTION THE UNITED STATES OF AMERICA'S EX PARTE MOTION FOR PERMISSION TO |

| | | |
|---|---|---|
| | | FILE UNDER SEAL WITH RESPECT TO WITNESS AND COUNSEL (VB, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 06/06/2005) |
| 06/06/2005 | 102 | AMENDED EXHIBIT LIST by dft Denny R Patridge (SKD, ilcd) (Entered: 06/06/2005) |
| 06/06/2005 | | Minute Entry for proceedings held 6/6/05 before Judge Michael P. McCuskey. Appearance of Hilary Frooman, AUSA for Government and Lea Carlisle of the US Dept. of Justice, Tax Division. Appearance of DENNY R. PATRIDGE in person and with counsel Jerold Barringer. Continuation 5/27/05 Pretrial Conference. The Court advised counsel if there are any more motions filed, they will be held in contempt of court for: #1 failure to be prepared; #2 Failure to follow the Court's orders re: motion deadlines; and #3 If the Court finds any motion to be frivolously or carelessly filed in disregard of the Court's previous order, appropriate sanctions will be imposed. The Court orally orders that counsel must have leave of court before filing any further motions in this case. Argument heard on 99 Motion in Limine filed by Denny R Patridge (1); Motion DENIED. Argument heard on 100 Motion to Suppress filed by Denny R Patridge (1); Motion DENIED. Defendant files Amended Exhibit List in open court. Government to more specifically articulate objections to defendant's exhibits #38 and #39 by 6/8/05. Defendant to respond to Government's objections by 6/10/05. Defendant orally moves to continue Jury Trial; DENIED. Pretrial Conference continued to 6/7/2005 at 9:15 AM in Courtroom A before Chief Judge Michael P. McCuskey. (Court Reporter HM/Mathews Court Reporting Service.) (SKD, ilcd) (Entered: 06/07/2005) |
| 06/07/2005 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey GRANTING 101 Sealed Motion. Modified on 9/26/2006 to unseal entry pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 06/07/2005) |
| 06/07/2005 | 103 | SEALED DOCUMENT. GOVERNMENT REQUEST FOR IN CAMERA REVIEW OF IRS DOCUMENTS (SKD, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 06/07/2005) |
| | | |

| 06/07/2005 | ◉ | Minute Entry for proceedings held 6/7/05 before Judge Michael P. McCuskey. Appearance of Hilary Frooman, AUSA for Government with Lea Carlisle of US Dept of Justice, Tax Division. Appearance of DENNY R PATRIDGE in person and with counsel Jerold Barringer. Continuation of 5/27/05 Pretrial Conference. Defendant directed to provide addresses for witness list to the Court on 6/13/05. Government to provide a witness list with only those witnesses being called on 6/13/05. Court GRANTS 96 Motion to Quash Trial Subpoena Duces Tecum by USA. Argument heard re: 97 Motion for Protective Order by USA; Motion GRANTED. Parties Proposed Voir Dire Questions discussed. (Court Reporter LC.) (SKD, ilcd) Modified on 6/8/2005 to change the word "Conclusion" to the word "Continuation" (VB, ilcd). (Entered: 06/07/2005) |
| 06/08/2005 | ◉ | Notice of Docket Text or Event Modification re 6/7/05 minutes. The minutes were corrected to reflect that the Final Pretrial Conference was a "Continuation" of the Final Pretrial and not a "Conclusion" of the Final Pretrial. (VB, ilcd) (Entered: 06/08/2005) |
| 06/08/2005 | ◉ | Minute Entry for proceedings held before Judge Michael P. McCuskey. Appearances of AUSA Frooman and AUSA Carlisle of the U S Dept of Justice, Tax Division/dft DENNY R PATRIDGE appears with Atty Barringer for Conclusion of Final Pretrial Conference held on 6/8/2005 regarding exhibit lists. Document #88 is GRANTED in part, denied in part and reserved rulings in part. #98 is the same ruling as #88, with dft withdrawing some exhibits and Court grants Govt's objections to additional defense exhibits in part and denied in part. Defendant's witness list to include address (city) to be filed 6/10/05. Govt to file witness list with only the witnesses that will be called to be filed on 6/10/05. This case is in recess until 8:45 6/13/05 for the jury trial. (Court Reporter H M Mathews Court Reporting.) (VB, ilcd) (Entered: 06/08/2005) |
| 06/08/2005 | ◉ 104 | OBJECTION *to Defense Exhibits 38 & 39* by USA as to Denny R Patridge to 102 Exhibit List filed by Denny R Patridge, (Frooman, Hilary) (Entered: 06/08/2005) |
| 06/09/2005 | ◉ 105 | NOTICE by USA as to Denny R Patridge re 103 Sealed Document (Frooman, Hilary) (Entered: 06/09/2005) |
| 06/09/2005 | ◉ 106 | First MOTION for Protective Order by Denny R Patridge. (Attachments: # 1 Exhibit A)(Johnson, Tiffani) Modified on |

| | | |
|---|---|---|
| | | 6/9/2005 to show document STRICKEN pursuant to Text Order of 6/9/05 (SKD, ilcd). (Entered: 06/09/2005) |
| 06/09/2005 | ⊘ | TEXT ORDER entered by Chief Judge Michael P. McCuskey STRIKING 106 Motion for Protective Order. That 106 Motion was filed on behalf of Edward Bartoli, not defendant Patridge, and should be e-filed in Case No. 05-mj-7221. (SKD, ilcd) (Entered: 06/09/2005) |
| 06/09/2005 | ⊘ | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 6/9/05. Pursuant to the 105 Notice filed by the Government, sealed document 103 is MOOT. (MB, ilcd) (Entered: 06/09/2005) |
| 06/09/2005 ** | ⊘108 | First MOTION for Protective Order by Edward B Bartoli (Attachments: # 1 Exhibit A)(SKD, ilcd) (Entered: 06/10/2005) |
| 06/10/2005 | ⊘ | Notice of Docket Text or Event Modification to correct document number in 5/27/05 text order re: Motion to Appoint Counsel (#107) (SKD, ilcd) (Entered: 06/10/2005) |
| 06/10/2005 | ⊘ | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 6/9/05 directing defendant to respond to 108 Motion for Protective Order filed by Edward B. Bartoli by June 15, 2005. (MB, ilcd) (Entered: 06/10/2005) |
| 06/10/2005 | ⊘110 | Certificate of Service by USA as to Denny R Patridge *(Amended)* (Frooman, Hilary) (Entered: 06/10/2005) |
| 06/11/2005 | ⊘111 | NOTICE *to Court of witness list* by Denny R Patridge (Barringer, Jerold) (Entered: 06/11/2005) |
| 06/11/2005 | ⊘112 | OBJECTION *to Government's Objection regarding Defense Exhibit # 38 and 39* by Denny R Patridge (Attachments: # (1) Exhibit Grand Jury Transcript 6-4-2003)(Barringer, Jerold) Modified on 6/17/2005 to place attachment under SEAL pursuant to Jury Trial Minutes of 6/16/05 (SKD, ilcd). (Entered: 06/11/2005) |
| 06/13/2005 | ⊘113 | TRANSCRIPT of Final Pretrial Proceedings as to Denny R Patridge held on 5/27/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 06/13/2005) |
| 06/13/2005 | ⊘114 | First MOTION for Leave to File *Motion of the United States of America to Correct a Previously submitted Jury Instruction* by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: |

**     06/10/05     109    **WITNESS LIST**   by USA

| | | 06/13/2005) |
|---|---|---|
| 06/13/2005 | ❹115 | EXHIBIT LIST by USA as to Denny R Patridge (Frooman, Hilary) (Entered: 06/13/2005) |
| 06/13/2005 | ❹ | Minute Entry for proceedings held 6/13/05 before Judge Michael P. McCuskey. Appearance of Hilary Frooman, AUSA for Government with Lea Carlisle of US Deptartment of Justice, Tax Division. Appearance of DENNY R PATRIDGE in person and with counsel Jerold Barringer. Voir Dire begun. On the Court's own motion, all witnesses are excluded from the courtroom. Jury in for voir dire. Jurors sworn as to qualifications and seated. Statement of case read to jury. Strikes by counsel. Jurors selected and sworn to try the case. Jurors excused until 6/14/05 at 9:30 a.m. Jury Trial continues 6/14/05 at 8:30 a.m. (Court Reporter LC.) (SKD, ilcd) (Entered: 06/14/2005) |
| 06/14/2005 | ❹ | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 6/14/05 GRANTING 114 Motion for Permission to File Previously Omitted Jury Instructions. (MB, ilcd) (Entered: 06/14/2005) |
| 06/14/2005 | ❹116 | MOTION to Amend/Correct 61 Proposed Jury Instructions filed by USA, by USA as to Denny R Patridge. (Attachments: # 1)(Frooman, Hilary) (Entered: 06/14/2005) |
| 06/14/2005 | ❹117 | EMERGENCY MOTION for Appointment of Federal Defender by Robert Hopper (Attachments: # 1 Exhibits)(SKD, ilcd) Modified on 6/14/2005 to add attachment (SKD, ilcd). (Entered: 06/14/2005) |
| 06/14/2005 | ❹ | Notice of Docket Text or Event Modification re attachments to 117 MOTION to Appoint Counsel (SKD, ilcd) (Entered: 06/14/2005) |
| 06/14/2005 | ❹ | TEXT ORDER granting 117 Motion to Appoint Counsel. Tiffani Johnson of the Federal Defender's office is appointed to represent Robert Hopper in this case. Entered by Judge Michael P. McCuskey on 06/14/2005. (DK2, ilcd) (Entered: 06/14/2005) |
| 06/14/2005 | ❹ | Attorney update in case; Attorney Tiffani D Johnson for Robert Hopper added pursuant to Text Order entered 6/14/05. (SKD, ilcd) (Entered: 06/14/2005) |
| 06/14/2005 | ❹ | TEXT ORDER entered by Chief Judge Michael P. McCuskey |

| | | |
|---|---|---|
| | | ~~on 6/14/05 granting 116 Motion to Correct A Previously Submitted Jury Instruction. (MB, ilcd) (Entered: 06/14/2005)~~ |
| 06/14/2005 | ❸ | Minute Entry for proceedings held 6/14/05 before Judge Michael P. McCuskey. Jury Trial continued as to Denny R Patridge with same appearances. Defendant's response to 108 Motion for Protective Order is due 6/15/05. Arguments heard regarding Government's objections to defendant's exhibits 38 and 39; matter continued to 6/15/05 at 9:00 AM. Court allows Government leave to e-file 115 Amended Exhibit List nunc pro tunc as of 4:30 PM on 6/13/05. Statement of case read to jury. Preliminary instructions given to jury. Opening statements heard by Government and defendant. Evidence for Government. Witnesses sworn; testimony heard. Court will hear witnesses Bartoli and Hopper matters at 4:30 PM on 6/16/05; AFPD Tiffani Johnson to appear on their behalf. Court extends defendant's subpoenas as to Government witnesses to 6/23/05. Jury excused to return at 9:15 AM on 6/15/05. Court adjourned to resume at 9:00 AM on 6/15/05. (Court Reporter LC.) (KM, ilcd) Modified on 6/15/2005 due to clerical error (KM, ilcd). (Entered: 06/15/2005) |
| 06/15/2005 | ❸ | NOTICE OF HEARING: A hearing on the 108 Motion for Protective Order as to potential witness Edward B. Bartoli and other miscellaneous matters regarding potential witness Robert Hopper is set for 6/16/2005 at 4:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 06/15/2005) |
| 06/15/2005 | ❹118 | MOTION for Protective Order by Robert Hopper as to Denny R Patridge. (Attachments: # 1 Exhibit A)(Johnson, Tiffani) (Entered: 06/15/2005) |
| 06/15/2005 | ❹119 | First MOTION for Leave to File *Motion Requesting that Defense's Attachment Containing Grand Jury Material be Sealed* by USA as to Denny R Patridge. (Attachments: # 1) (Frooman, Hilary) (Entered: 06/15/2005) |
| 06/15/2005 | ❹120 | First MOTION for Leave to File *Motion With Respect to Grand Jury Investigations and 5th Amendment Privilege of Defense Witnesses* by USA as to Denny R Patridge. (Attachments: # 1)(Frooman, Hilary) (Entered: 06/15/2005) |
| 06/15/2005 | ❹121 | MOTION for Leave to File *Government Notice Ex Parte and Under Seal* by USA as to Denny R Patridge. (Frooman, |

| | | |
|---|---|---|
| | | Hilary) (Entered: 06/15/2005) |
| 06/15/2005 | ◉ | TEXT ORDER granting 119 Motion for Leave to File as to Denny R Patridge (1); granting 120 Motion for Leave to File as to Denny R Patridge (1); granting 121 Motion for Leave to File as to Denny R Patridge (1). Entered by Judge Michael P. McCuskey on 06/15/2005. (DK2, ilcd) (Entered: 06/15/2005) |
| 06/15/2005 | ◉122 | SEALED DOCUMENT. GOVERNMENT'S NOTICE TO THE COURT CONCERNING DEFENDANT'S WITNESSES AND ADDITIONAL FIFTH AMMENDMENT ISSUES (SP, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 06/15/2005) |
| 06/15/2005 | ◉123 | RESPONSE to Motion by Denny R Patridge re 108 MOTION for Protective Order *of Edward Bartoli* (Barringer, Jerold) (Entered: 06/15/2005) |
| 06/15/2005 | ◉ | Minute Entry for proceedings held 6/15/05 before Judge Michael P. McCuskey. Jury Trial continued as to Denny R Patridge with same appearances. Matter heard re: Dft exhibits #38 and #39. Court allows dft exhibit 39 into evidence. Government is directed to modify dft's exhibit 38 and submit to Court with modifications. Dft response to #108 Motion for Protective Order to be filed conventionally with the Court and to be e-filed by the end of the day. Jury in. Witnesses sworn, testimony heard. Jury out until 9:00 a.m. on 6/16/05. Government provided Court with modified transcript (dft exhibit 38). Dft conventionally provided Court with a copy of his response in opposition to Edward Bartoli (#108). Court adjourned to resume at 8:45 a.m. on 6/16/05. (Court Reporter LC.) (SKD, ilcd) (Entered: 06/16/2005) |
| 06/16/2005 | ◉124 | MOTION to Seal *Grand Jury Testimony (Attach to R119)* by USA as to Denny R Patridge. (Frooman, Hilary) Modified on 6/16/2005 to show document is STRICKEN pursuant to Text Order entered 6/16/05(SKD, ilcd). (Entered: 06/16/2005) |
| 06/16/2005 | ◉125 | MOTION to Seal *Grand Jury Testimony (attachment to 119)* by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 06/16/2005) |
| 06/16/2005 | ◉126 | MOTION in Limine *Regarding Defense Witnesses and Fifth Amendment Privilege (Attachment to R120)* by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 06/16/2005) |

| 06/16/2005 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 6/16/05 striking 124 Motion to Seal as to Denny R Patridge due to a filing error. (MB,ilcd) (Entered: 06/16/2005) |
|---|---|---|
| 06/16/2005 | | Minute Entry for proceedings held 6/16/05 before Judge Michael P. McCuskey. Jury Trial continued as to Denny R Patridge with same appearances. Jury In. Witnesses sworn, testimony heard. Limiting Instruction given to jury re: dft exhibit #39. Jury excused until 9:15 on 6/20/05. Motion Hearing held. Same appearances, including Tiffani Johnson, AFPD, on behalf of witnesses Hopper and Bartoli. Defense counsel is directed to efile a response to the Government's Motion in Limine (#126) and to the Motion for Protective Order by Robert Hopper (#118) no later than midnight, June 18, 2005. In his response, defense counsel Barringer should set forth all witnesses which he believes he will call who may assert a Fifth Amendment privilege and what testimony, if any, these witnesses may provide which would not fall within the privilege. The court will conduct a hearing on these issues at 4:00 p.m. on June 20, 2005, after the jury is dismissed for the day. The Government's Motion to Seal (#125) is GRANTED. The clerk is directed to place under seal the grand jury transcript filed by defense counsel as an attachment to docket #112. Court adjourned to resume at 9:00 a.m. on 6/20/05. (Court Reporter LC.) (SKD, ilcd) (Entered: 06/17/2005) |
| 06/16/2005 | 127 | SEALED DOCUMENT (Attachment to document #112 Grand Jury Transcript . (SKD, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 06/17/2005) |
| 06/17/2005 | 128 | MOTION for Leave to File *Notice With Respect to Defense Witness* by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 06/17/2005) |
| 06/18/2005 | 129 | RESPONSE to Motion by Denny R Patridge re 126 MOTION in Limine *Regarding Defense Witnesses and Fifth Amendment Privilege (Attachment to R120)* (Barringer, Jerold) (Entered: 06/18/2005) |
| 06/19/2005 | 130 | Exhibit by Denny R Patridge. (Barringer, Jerold) (Entered: 06/19/2005) |
| 06/20/2005 | | TEXT ORDER granting 128 Motion for Leave to File Notice Under Seal as to Defense Witness. Entered by Judge Michael |

| | | |
|---|---|---|
| | | P. McCuskey on 6/20/05. (BB, ilcd) (Entered: 06/20/2005) |
| 06/20/2005 | 131 | SEALED DOCUMENT. NOTICE WITH RESPECT TO DEFENSE WITNESS(Attachments: # 1 Exhibit 1) (SKD, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 06/20/2005) |
| 06/20/2005 | | Minute Entry for proceedings held 6/20/05 before Judge Michael P. McCuskey. Jury Trial continued as to Denny R. Patridge with same appearances. Jury in. Evidence for Government continued. Witness sworn, testimony heard. Judge McCuskey went to the emergency room and was admitted to the hospital. Jury excused until 1:00 p.m. 6/21/05. Jury Trial adjourned to resume at 1:00 p.m. 6/21/05. (Court Reporter LC.) (SKD, ilcd) (Entered: 06/21/2005) |
| 06/21/2005 | | Minute Entry for proceedings held 6/21/05 before Judge Michael P. McCuskey. Jury Trial continued as to Denny R Patridge with same appearances. Jury In. Witnesses sworn, testimony heard. Jurors excused until 9:00 AM on 6/22/05. Hearing held regarding witnesses. Same appearances as trial with additional appearances by attorney Tiffani Johnson, on behalf of witnesses Bartoli and Hopper, and attorney Robert Loeb via telephone, on behalf of potential witness Karen Ritter. Attorney Loeb to advise the Court in writing of his client's intentions as to invoking the 5th Amendment. Counsel is allowed to overnight or fax document, with hard copy to follow, to Court. Attorney Johnson to file any additional information by 6/23/05. Hearing continued as to witness issues to 4:30 PM on 6/23/05 with attorney Loeb allowed to appear via telephone and attorney Johnson to appear in person along with defendant Patridge and attorneys Barringer, Frooman and Carlisle. Court adjourned with trial to resume at 9:00 a.m. on 6/22/05. (Court Reporter LC.) (KM, ilcd) Modified on 6/23/2005 to correct typographical error (KM, ilcd). (Entered: 06/22/2005) |
| 06/21/2005 | | NOTICE OF HEARING as to Denny R Patridge. Motion Hearing regarding witnesses set for 6/23/2005 at 4:30 PM with attorney Loeb allowed to appear via telephone. Attorney Johnson is to appear in person along with defendant Patridge and attorneys Barringer, Frooman and Carlisle in Courtroom A before Chief Judge Michael P. McCuskey. (KM, ilcd) (Entered: 06/22/2005) |

| 06/22/2005 | ❍ | TEXT ORDER as to potential witness Brent Winters. Clerk's office is to advise Mr. Winters that if he intends to invoke the Fifth Amendment, he is to put it in writing by 6/23/05 and personally appear at hearing set for 6/24/05 at 4:30 PM. Entered by Judge Michael P. McCuskey on 6/22/05. (Deputy clerk mailed a copy of the NEF and telephoned Brent Winters to inform of this text order.) (KM, ilcd) (Entered: 06/22/2005) |
|---|---|---|
| 06/22/2005 | ❍ 132 | MEMORANDUM in Support of Invocation of Fifth Amendment Rights by Witness Karen Ritter as to Denny R Patridge. (KM, ilcd) (Entered: 06/22/2005) |
| 06/22/2005 | ❍ | Minute Entry for proceedings held 6/22/05 before Judge Michael P. McCuskey. Jury Trial continued as to Denny R Patridge with same appearances. Jury In. Witnesses sworn, testimony heard. Jury excused until 8:30 a.m. on 6/23/05. Hearing held regarding witness. Same appearances as trial. Witness Michael Vallone appears personally with attorney Robert Sticht. Mr. Sticht is allowed to appear for this limited purpose. Oral motion to invoke the 5th Amendment by Mr. Vallone. Argument heard from Atty Sticht re: 5th amendment. Argument heard by Atty Barringer. The Court grants the oral motion and quashes subpoena for Michael Vallone. Court admits Vallone Exhibits 1 and 2. Court adjourned with trial to resume at 8:15 a.m. on 6/23/05. (Court Reporter LC.) (SKD, ilcd) (Entered: 06/23/2005) |
| 06/22/2005 | ❍ 133 | Witness Vallone EXHIBIT LIST (SKD, ilcd) (Entered: 06/23/2005) |
| 06/23/2005 | ❍ 134 | First MOTION to Quash *SUBPOENA AND MEMORANDUM IN SUPPORT OF HIS INVOCATION OF FIFTH AMENDMENT* by Edward B Bartoli as to Denny R Patridge. (Johnson, Tiffani) (Entered: 06/23/2005) |
| 06/23/2005 | ❍ 135 | First MOTION to Quash *SUBPOENA AND MEMORANDUM IN SUPPORT OF HIS INVOCATION OF FIFTH AMENDMENT* by Robert Hopper as to Denny R Patridge. (Johnson, Tiffani) (Entered: 06/23/2005) |
| 06/23/2005 | ❍ 136 | NOTICE *BY WITNESS ROBERT W. HOPPER OF HIS AVAILABILITY TO APPEAR TODAY VIA TELEPHONE* by Robert Hopper as to Denny R Patridge (Johnson, Tiffani) (Entered: 06/23/2005) |
| 06/23/2005 | ❍ 137 | NOTICE *NOTICE BY WITNESS EDWARD BARTOLI OF HIS* |

| | | |
|---|---|---|
| | | *AVAILABILITY TO APPEAR TODAY VIA TELEPHONE AND OF HIS SURGERY SCHEDULED FOR JUNE 28, 2005* by Edward B Bartoli as to Denny R Patridge (Attachments: # 1 Exhibit A)(Johnson, Tiffani) (Entered: 06/23/2005) |
| 06/23/2005 | ◎138 | MOTION for Protective Order *RE: 5TH AMENDMENT BRENT WINTERS* (Winters, Brent) Modified on 6/23/2005 to correct typographical error (SKD, ilcd). (Entered: 06/23/2005) |
| 06/23/2005 | ◉ | NOTICE OF HEARING as to Denny R Patridge. Motion Hearing re: #138 Motion for Protective Order by Witness Winters set for 6/24/2005 at 4:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. (SKD, ilcd) (Entered: 06/23/2005) |
| 06/23/2005 | ◉ | Minute Entry for proceedings held 6/23/05 before Judge Michael P. McCuskey. Jury Trial continued as to Denny R Patridge with same appearances. Jury In. Witnesses sworn, testimony heard. Goverment rests. Jury out. Oral motion for judgment of acquittal pursuant to Rule 29 by defendant. Arguments heard. Oral motion DENIED as to all counts. Jury In. Evidence for Defendant. Jury excused until 8:30 a.m. on 6/24/05. Hearing held regarding witness Karen Ritter (#132). Atty Robert Loeb appeared on behalf of Ms. Ritter via phone. Same appearances as trial. Arguments heard re: Ms. Ritter's invocation of 5th Amendment rights. Court allows the quashing of subpoena for Karen Ritter. Hearing held re: witnesses Edward Bartoli and Robert Hopper. Both potential witnesses appeared by phone. AFPD Tiffani Johnson appeared personally. Same appearances as trial. Arguments heard as to invocation of 5th amendment rights. Court GRANTS 108 Motion for Protective Order by Edward B. Bartoli. 118 Motion for Protective Order by Robert Hopper is GRANTED. 134 Motion to Quash Subpoena by Edward Bartoli is Granted; 135 Motion to Quash Subpoena by Robert Hopper is Granted. Court quashes subpoenas for witnesses Hopper and Bartoli. Court adjourned with trial to resume at 8:15 a.m. on 6/24/05. (Court Reporter LC.) (SKD, ilcd) (Entered: 06/24/2005) |
| 06/23/2005 | ◉ | TEXT ORDER entered by Judge Michael P. McCuskey. The Court orders if defense calls Vernita Boyd, that they will need to furnish her an additional witness fee since she did appear on 6/13/05. If she is provided with an additional statutory witness fee in the appropriate amount, which does not include wages or per diem, then she must appear pursuant to that subpoena. |

| | | |
|---|---|---|
| | | Moreover, any attorney fees that she has incurred relative to the subpoena are personal matters for Ms. Boyd. The Court is not assessing costs to any of the parties in the case as a result of any subpoena confusion involving Ms. Boyd. (SKD, ilcd) Modified on 6/24/2005 to correct typographical error (SKD, ilcd). (Entered: 06/24/2005) |
| 06/24/2005 | ⊕139 | NOTICE *of appearance by counsel for Brent Winters* by Brent Winters as to Denny R Patridge re 138 MOTION for Protective Order *RE: 5TH AMENDMENT BRENT WINTERS*, Notice of Hearing (Heller, H) (Entered: 06/24/2005) |
| 06/24/2005 | ⊕ | Notice of Docket Text Modification re Text Order of 6/23/05 to reflect correction of typographical error in that "wages as per diem" was changed to state "wages or per diem". (SKD, ilcd) (Entered: 06/24/2005) |
| 06/24/2005 | ⊕ | Minute Entry for proceedings held 6/24/05 before Judge Michael P. McCuskey. Jury Trial continued as to Denny R Patridge with same appearances. Juror #148 provides the Court with "Disability Certificate" and asks to be excused. The Court excuses Juror #148 and Alternate 1 seated as 12th Juror. Jury In. Evidence for Defendant continued. Witnesses sworn, testimony heard. Jury excused until 6/27/05 at 9:15 a.m. Recess. Reconvene. Appearance for Government by Hilary Frooman, AUSA. Appearance of dft Denny Patridge with counsel Jerold Barringer. Appearance of Witness Brent Winters with Atty H. Kent Heller. Arguments heard re: #138 Motion for Protective Order re: 5th Amendment. Court's Proposed Jury Instructions given to AUSA Frooman and Mr. Barringer. Counsel to efile by midnight 6/25/05 any objections to each of Court's Instructions stating their status of each instruction. Counsel to produce at 4:30 p.m. on 6/27/05 any objections they have to opposing counsel's objections to Court's Jury Instructions. Court adjourned with trial to resume 6/27/05 at 9:00 a.m. (Court Reporter LC.) (SKD, ilcd) (Entered: 06/27/2005) |
| 06/24/2005 | ⊕143 | NOTICE/Disability Certificate re: Juror #148 (SKD, ilcd) (Entered: 06/27/2005) |
| 06/25/2005 | ⊕140 | OBJECTION *TO COURT'S PROPOSED INSTRUCTIONS* by USA as to Denny R Patridge (Frooman, Hilary) (Entered: 06/25/2005) |
| | | |

| 06/26/2005 | ⊕141 | OBJECTIONS TO PROPOSED JURY INSTRUCTIONS by Denny R Patridge. (Barringer, Jerold) (Entered: 06/26/2005) |
|---|---|---|
| 06/26/2005 | ⊕142 | OBJECTIONS TO PROPOSED JURY INSTRUCTIONS by Denny R Patridge. (Barringer, Jerold) (Entered: 06/27/2005) |
| 06/27/2005 | ⊕144 | Certificate of Service by USA as to Denny R Patridge re 140 Objection *(Amended)* (Frooman, Hilary) (Entered: 06/27/2005) |
| 06/27/2005 | ⊕145 | Response by USA as to Denny R Patridge re 141 Objections to Proposed Jury Instructions, 142 Objections to Proposed Jury Instructions (Frooman, Hilary) (Entered: 06/27/2005) |
| 06/27/2005 | ⊕ | Minute Entry for proceedings held 6/27/05 before Judge Michael P. McCuskey. Jury Trial continued as to Denny R Patridge with same appearances. Jury In. Evidence for Defendant continued. Witnesses sworn, testimony heard. Jury excused until 9:15 a.m. on 6/28/05. Jury Instruction conference held. Court adjourned with trial to resume 6/28/05 at 9:00 a.m. (Court Reporter LC.) (SKD, ilcd) (Entered: 06/28/2005) |
| 06/28/2005 | ⊕ | Minute Entry for proceedings held 6/28/05 before Judge Michael P. McCuskey. Jury Trial continued as to Denny R Patridge with same appearances. Jury In. Evidence for Defendant continued. Witness sworn, testimony heard. Defendant rests. Rebuttal evidence heard. Witness sworn; testimony heard. Jury excused until 8:30 a.m. on 6/29/05. Jury Instruction conference continued. Court adjourned with trial to resume 6/29/05 at 8:15 a.m. (Court Reporter LC.) (KM, ilcd) (Entered: 06/29/2005) |
| 06/29/2005 | ⊕ | Minute Entry for proceedings held 6/29/05 before Judge Michael P. McCuskey. Jury Trial continued as to Denny R Patridge with same appearances. New instructions discussed. Jury In. Rebuttal evidence continued. Witnesses sworn, testimony heard. Government rests. Jury out. Dft renews oral Motion for Judgment of Acquittal. Arguments heard. Oral Motion DENIED. Oral motion by defendant re: Selective Prosecution; DENIED. Jury instruction conference held. Jury In. Instructions passed to Jury. Instructions given to Jury. Closing Statements by Government. Closing Statements by Defendant. Rebuttal argument by Government. Bailiff sworn. Jury out to deliberate. Alternate dismissed. Recess. Reconvene with same appearances. Question from Jury. Statements by counsel. Answer given to Jury. Recess. Reconvene with same |

| | | |
|---|---|---|
| | | appearances. Jury In. Jury excused until 6/30/05 at 9:00 a.m. Court adjourned until further communication from Jury. (Court Reporter LC.) (SKD, ilcd) (Entered: 06/30/2005) |
| 06/29/2005 | 146 | Jury Question #1 as to Denny R Patridge (SKD, ilcd) (Entered: 06/30/2005) |
| 06/29/2005 | 147 | Court's Response to Jury Question #1 (SKD, ilcd) (Entered: 06/30/2005) |
| 06/29/2005 | 148 | Jury Instructions as GIVEN re: Denny R. Patridge(SKD, ilcd) (Entered: 06/30/2005) |
| 06/29/2005 | 153 | Courts Jury Instructions as Given/Refused/Withdrawn (SKD, ilcd) (Entered: 07/08/2005) |
| 06/30/2005 | | Minute Entry for proceedings held 6/30/05 before Judge Michael P. McCuskey. Reconvene with same appearances. Jury in with verdict. Finding DENNY R. Patridge Not Guilty as to Count 1 of the Superseding Indictment; finding the defendant Guilty as to Counts 2-7 of the Superseding Indictment. Jury excused. Judgment of conviction entered as to Counts 2-7. Order on Implementation of Sentencing Guidelines to be entered. Sentencing set for 11/21/2005 at 10:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Government has no objection to defendant remaining on bond. Conditions of bond to remain in full force and effect. Oral motion by dft to contact jurors; DENIED. (Court Reporter LC.) (SKD, ilcd) (Entered: 06/30/2005) |
| 06/30/2005 | 149 | JURY VERDICT as to Denny R Patridge (1) Guilty on Count 2s,3s,4s-5s,6s; Not Guilty on Count 1s. (SKD, ilcd) (Entered: 06/30/2005) |
| 06/30/2005 | 150 | ORDER ON IMPLEMENTATION OF SENTENCING GUIDELINES as to Denny R Patridge . Entered by Judge Michael P. McCuskey on 6/30/05. (SKD, ilcd) (Entered: 06/30/2005) |
| 06/30/2005 | 151 | EXHIBIT LIST by USA (SKD, ilcd) (Entered: 06/30/2005) |
| 06/30/2005 | 152 | EXHIBIT LIST by Denny R Patridge (SKD, ilcd) (Entered: 06/30/2005) |
| 07/12/2005 | 154 | MOTION for Acquittal *as to Counts Two, Three, Four, Five, Six and Seven*, MOTION to Dismiss *Counts Two, Three, Four, Five, Six and Seven*, MOTION for New Trial *as to Counts* |

| | | |
|---|---|---|
| | | *Two, Three, Four,Five, Six and Seven* by Denny R Patridge. (Barringer, Jerold) (Entered: 07/12/2005) |
| 07/12/2005 | 155 | MEMORANDUM in Support by Denny R Patridge re 154 MOTION for Acquittal *as to Counts Two, Three, Four, Five, Six and Seven* MOTION to Dismiss *Counts Two, Three, Four, Five, Six and Seven* MOTION to Dismiss *Counts Two, Three, Four, Five, Six and Seven* MOTION for New Trial *as to Counts Two, Three, Four,Five, Six and Seven* MOTION for New Trial *as to Counts Two, Three, Four,Five, Six and Seven and on Rule of Lenity and Insufficient Evidence Grounds* (Barringer, Jerold) (Entered: 07/12/2005) |
| 07/22/2005 | 156 | ORDER Entered by Judge Michael P. McCuskey on 7/22/05. It is ORDERED that 154 Motion for Acquittal, Motion to Dismiss, and Motion for New Trial is DENIED. This case remains scheduled for a sentencing hearing on November 21, 2005 at 10:00 a.m. See Written Order. (SKD, ilcd) (Entered: 07/22/2005) |
| 08/18/2005 | 157 | MOTION Restraint of Assets by USA as to Denny R Patridge. (Attachments: # 1 # 2)(Frooman, Hilary) (Entered: 08/18/2005) |
| 08/23/2005 | 158 | RESPONSE to Motion by Denny R Patridge re 157 MOTION Restraint of Assets *with Declaration of Denny Patridge* (Attachments: # 1 Exhibit In Support of Response# 2 Exhibit Letter from Offshore Bank Exhibit 1# 3 Exhibit IRS Lien on Defendant Exhibit 2# 4 Exhibit Letter from New "Settlement Officer" Exhibit 3# 5 Exhibit DOJ Public Letter Falsely Claiming Court Ordered Restitution on Defendant Exhibit 4) (Barringer, Jerold) (Entered: 08/23/2005) |
| 08/24/2005 | 159 | Response by USA as to Denny R Patridge re 158 Response to Motion, (Frooman, Hilary) (Entered: 08/24/2005) |
| 08/24/2005 | ● | Minute Entry for proceedings held 8/24/05 before Judge Michael P. McCuskey. Appearance for Government by AUSA Hilary Frooman in person. Appearance for defendant by attorney Jerold Barringer via telephone. Status Conference held. Motion Hearing set regarding Government's Motion for Restraint of Assets for 8/31/2005 at 1:15 PM in Courtroom A before Chief Judge Michael P. McCuskey. (No Court Reporter and not taped.) (KM, ilcd) (Entered: 08/24/2005) |
| 08/24/2005 | ● | TEXT ORDER entered by Judge Michael P. McCuskey on |

| | | |
|---|---|---|
| | | 8/24/05 as to Denny R Patridge. Defendant Patridge does not need to be present at motion hearing set for 8/31/2005 at 1:15 PM. (KM, ilcd) (Entered: 08/24/2005) |
| 08/31/2005 | ● | Minute Entry for proceedings held on 8/31/2005 before Chief Judge Michael P. McCuskey : Appearance by AUSA Hilary Frooman for Govt. Dft Patridge not present. Atty Jerold Barringer present on behalf of dft. Cause called for hearing on MOTION Restraint of Assets filed by USA. 157 Motion Restraint of Assets as to Denny R Patridge (1) taken under advisement. The Court holds 157 in abeyance until after dft complies with presentence investigation report requirements. (Court Reporter LC) (SP, ilcd) (Entered: 08/31/2005) |
| 09/01/2005 | ●160 | TRANSCRIPT of Proceedings as to Denny R Patridge held on 8/31/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 09/01/2005) |
| 10/13/2005 | ●161 | First MOTION to Continue *Sentencing Hearing* by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 10/13/2005) |
| 10/14/2005 | ● | TEXT ORDER entered by Chief Judge Michael P. McCuskey directing counsel for the defendant to respond to the Government's 161 Motion for Continuance of Sentencing Hearing by 10/28/2005. Miscellenaous deadline set for 10/28/2005. (MB, ilcd) (Entered: 10/14/2005) |
| 10/28/2005 | ●162 | RESPONSE to Motion by Denny R Patridge re 161 First MOTION to Continue *Sentencing Hearing* (Barringer, Jerold) (Entered: 10/28/2005) |
| 10/31/2005 | ● | TEXT ORDER entered by Chief Judge Michael P. McCuskey GRANTING 161 Motion to Continue as to Denny R Patridge. The sentencing hearing set for 10:00 AM, November 22, 2005 is VACATED. This case is set for a telephone status conference on November 16, 2005, at 1:15 PM so that a new date for the sentencing hearing can be set. (MB, ilcd) (Entered: 10/31/2005) |
| 11/16/2005 | ● | Minute Entry for proceedings held on 11/16/2005 before Chief Judge Michael P. McCuskey : Appearance by AUSA Hilary Frooman for Govt. Defendant DENNY PATRIDGE appeared by telephone with counsel, Atty Gerald Barringer, also by telephone. Status Conference held. The Court denies defendant's request to limit Govt's presentation of evidence at sentencing. Govt allowed to proceed pursuant to U.S |

| | | Sentencing Guidelines. Sentencing set for 4/24/2006 and 4/25/2006 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. Defendant's bond to remain in effect. (Court Reporter LC) (SP, ilcd) (Entered: 11/16/2005) |
|---|---|---|
| 03/21/2006 | ⊕ | NOTICE OF HEARING: A telephone status conference to reset the sentencing hearing as to Denny R Patridge is set for 3/30/2006 at 4:45 PM by telephone (court will place call) before Chief Judge Michael P. McCuskey. Counsel for the defendant shall furnish a telephone number to the Court as to where the defendant can be reached for this status conference. (MB, ilcd) (Entered: 03/21/2006) |
| 03/30/2006 | ⊕ | Minute Entry for proceedings held 3/30/06 before Judge Michael P. McCuskey. Appearance of Hilary Frooman, AUSA for Government. Appearance of DENNY R PATRIDGE and counsel Jerold Barringer via telephone. Status Conference held. Sentencing set for 5/8/2006 and 5/9/06 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. The Court directs defendant to be present on 5/8/06 and 5/9/06. Defendant's bond to remain in full force and effect. The sentencing previously set 4/24/06 and 4/25/06 are VACATED. (Court Reporter LC.) (SKD, ilcd) (Entered: 03/31/2006) |
| 04/07/2006 | ⊕163 | MOTION to Continue *Sentence Hearing* by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 04/07/2006) |
| 04/12/2006 | ⊕ | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 4/12/2006 GRANTING 163 Motion to Continue Sentencing Hearing as to Denny R Patridge. The sentencing hearing set for 5/8/2006 at 9:30 AM is VACATED. A telephone status hearing to reset the sentencing hearing is set for 1:30 PM, 5/8/2006 before Chief Judge Michael P. McCuskey. The Court will initiate the call. (MB, ilcd) (Entered: 04/12/2006) |
| 05/08/2006 | ⊕ | Minute Entry for proceedings held 5/8/06 before Judge Michael P. McCuskey. Appearance of Richard Cox, AUSA for Government. Appearance of DENNY R PATRIDGE with counsel Jerold Barringer, both via phone. Telephone Status hearing held. The sentencing set for today is vacated and reset to 9/25/2006 and 9/26/06 at 9:30 AM and, if necessary, the morning of 9/27/06 in Courtroom A before Chief Judge Michael P. McCuskey. Defendant's bond to remain in effect. Court advised defendant Patridge he will be taken into custody |

| | | at the conclusion of Sentencing. (Court Reporter LC.) (SKD, ilcd) (Entered: 05/08/2006) |
|---|---|---|
| 05/30/2006 | 164 | TRANSCRIPT of Proceedings from Jury Trial as to Denny R Patridge re: Testimony of Mark Miller held on 6/14/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 05/30/2006) |
| 05/30/2006 | 165 | TRANSCRIPT of Proceedings from Jury Trial as to Denny R Patridge re: Testimony of Craig Bergschneider held on 6/16/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) Modified on 5/30/2006 to correct date (SKD, ilcd). (Entered: 05/30/2006) |
| 05/30/2006 | 166 | TRANSCRIPT of Proceedings from Jury Trial as to Denny R Patridge re: Testimony of David Schermann held on 6/22/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) Modified on 5/30/2006 to correct date (SKD, ilcd). (Entered: 05/30/2006) |
| 05/30/2006 | 167 | TRANSCRIPT of Proceedings from Jury Trial as to Denny R Patridge re: Testimony of Bernard Coleman held on 6/22/05 and 6/23/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 05/30/2006) |
| 05/30/2006 | 168 | TRANSCRIPT of Proceedings from Jury Trial as to Denny R Patridge re: Testimony of Bernard Coleman held on 6/24/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 05/30/2006) |
| 05/30/2006 | 169 | TRANSCRIPT of Proceedings from Jury Trial as to Denny R Patridge re: Testimony of David Schermann held on 6/24/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 05/30/2006) |
| 05/30/2006 | 170 | TRANSCRIPT of Proceedings from Jury Trial as to Denny R Patridge re: Testimony of Mark Miller held on 6/24/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 05/30/2006) |
| 05/30/2006 | 171 | TRANSCRIPT of Proceedings from Jury Trial as to Denny R Patridge re: Testimony of Vernita Boyd held on 6/27/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 05/30/2006) |
| 05/30/2006 | 172 | TRANSCRIPT of Proceedings from Jury Trial as to Denny R Patridge re: Testimony of Craid Bergschneider held on 6/27/05 |

| | | |
|---|---|---|
| | | before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 05/30/2006) |
| 05/30/2006 | 173 | TRANSCRIPT of Proceedings from Jury Trial as to Denny R Patridge re: Cross-Examination Testimony of Denny R Patridge held on 6/28/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 05/30/2006) |
| 05/31/2006 | 174 | Receipt by US Attorney for withdrawing transcripts #164-#173 as to Denny R Patridge. (KM, ilcd) (Entered: 05/31/2006) |
| 05/31/2006 | | Remark: Transcripts #164-#173 returned by US Attorney's office. (KM, ilcd) (Entered: 05/31/2006) |
| 06/07/2006 | 175 | TRANSCRIPT of Proceedings as to Denny R Patridge telephone status call held on 5/8/2006 before Chief Judge Michael P. McCuskey. Court Reporter: LC. (SP, ilcd) (Entered: 06/07/2006) |
| 08/18/2006 | 176 | MOTION to Continue *Sentencing Hearing* by Denny R Patridge. (Barringer, Jerold) (Entered: 08/18/2006) |
| 08/23/2006 | | TEXT ORDER as to Denny R Patridge re 176 MOTION to Continue Sentencing Hearing filed by Denny R Patridge. The Government is directed to file its response to Defendant's Motion by August 30, 2006. A hearing on the Motion to Continue will be held on September 1, 2006, at 10:00 a.m. Hilary Frooman may appear by telephone. Entered by Chief Judge Michael P. McCuskey on 08/23/2006. (DK2, ilcd) (Entered: 08/23/2006) |
| 08/23/2006 | | Set/Reset Deadlines/Hearings as to Denny R Patridge: Miscellaneous Deadline of 8/30/06 for the Government to respond to defendant's 176 Motion. Motion hearing set for 9/1/2006 at 10:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 08/23/2006) |
| 08/29/2006 | | NOTICE OF HEARING: Due to a conflict in the Court's calendar, the hearing on defendant's 176 MOTION to Continue Sentencing Hearing is RESET from 9/1/2006 at 10:00 AM to 9/6/2006 at 4:00 PM before Chief Judge Michael P. McCuskey. All parties may appear by telephone for this hearing. (MB, ilcd) (Entered: 08/29/2006) |
| 08/30/2006 | 177 | RESPONSE to Motion by USA as to Denny R Patridge re 176 MOTION to Continue *Sentencing Hearing* (Frooman, Hilary) |

| | | (Entered: 08/30/2006) |
|---|---|---|
| 08/30/2006 | ●178 | MOTION to Compel *Discovery* by Denny R Patridge. (Barringer, Jerold) (Entered: 08/30/2006) |
| 08/30/2006 | ●179 | MEMORANDUM *in support of Motion to Compel Discovery* by Denny R Patridge re 178 MOTION to Compel *Discovery* filed by Denny R Patridge (Barringer, Jerold) (Entered: 08/30/2006) |
| 08/30/2006 | ●180 | MOTION to Continue *Time to Object to Sentencing Report* by Denny R Patridge. (Barringer, Jerold) (Entered: 08/30/2006) |
| 08/30/2006 | ●181 | MOTION to Dismiss *Superceding Indictment for Intentional Violation of 5th and 6th Amendment Rights* by Denny R Patridge. (Barringer, Jerold) (Entered: 08/30/2006) |
| 08/30/2006 | ●182 | MEMORANDUM *in Support of Dismissal* by Denny R Patridge re 181 MOTION to Dismiss *Superceding Indictment for Intentional Violation of 5th and 6th Amendment Rights* filed by Denny R Patridge (Attachments: # 1 Exhibit Assistant U.S. Attorney Notice filed in Criminal Case 06-20023, Central District of Illinois, Regarding Complaint filed by Court with Former U.S. Attorney against Attorney Brent Winters and Suggestion of Recusal)(Barringer, Jerold) (Entered: 08/30/2006) |
| 08/31/2006 | ● | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 08/31/2006. The Government is directed to file a Response to the Motions [178, 180, 181] filed by Defendant by Tuesday, September 5, 2006. All pending motions will be heard at the motion hearing scheduled for September 6, 2006, at 4:00 p.m. (DK2, ilcd) (Entered: 08/31/2006) |
| 09/01/2006 | ●183 | NOTICE by Denny R Patridge re 182 Memorandum, (Attachments: # 1 Exhibit 2a CDP Transcript# 2 Exhibit Aegis Indictment# 3 Exhibit 6a Kansas Missouri# 4 Exhibit 3a Wall Street Journal Raid on JK Harris regarding Power of Attorney# 5 Exhibit 5a Attorney General News Release)(Barringer, Jerold) (Entered: 09/01/2006) |
| 09/05/2006 | ●184 | RESPONSE to Motion by USA as to Denny R Patridge re 180 MOTION to Continue *Time to Object to Sentencing Report*, 178 MOTION to Compel *Discovery*, 181 MOTION to Dismiss *Superceding Indictment for Intentional Violation of 5th and 6th Amendment Rights* (Attachments: # 1)(Frooman, Hilary) |

| | | (Entered: 09/05/2006) |
|---|---|---|
| 09/05/2006 | ❑185 | MOTION to Dismiss *Pursuant to Supreme Court decision Bryan v. U.S., 524 U.S. 184, 194 (1998)* by Denny R Patridge. (Barringer, Jerold) (Entered: 09/05/2006) |
| 09/05/2006 | ❑186 | MEMORANDUM by Denny R Patridge re 185 MOTION to Dismiss *Pursuant to Supreme Court decision Bryan v. U.S., 524 U.S. 184, 194 (1998)* filed by Denny R Patridge (Barringer, Jerold) (Entered: 09/05/2006) |
| 09/05/2006 | ❑187 | MOTION to Dismiss *Pursuant to Paperwork Reduction Act of 1995* by Denny R Patridge. (Barringer, Jerold) (Entered: 09/05/2006) |
| 09/05/2006 | ❑188 | MEMORANDUM by Denny R Patridge re 187 MOTION to Dismiss *Pursuant to Paperwork Reduction Act of 1995* filed by Denny R Patridge (Attachments: # 1 Exhibit 8a 1990 Form 1040# 2 Exhibit 9a 1994 Form 1040# 3 Exhibit 10a 1996 Form 1040# 4 Exhibit 11a 1997 Form 1040# 5 Exhibit 12a 1999 Form 1040# 6 Exhibit 13a 1998 PRA-IRS-OMB Application Form 83-I# 7 Exhibit 14a 1996 Instruction Booklet Form 1040# 8 Exhibit 15a 1997 Instruction Booklet Form 1040# 9 Exhibit 16a 1999 Instruction Booklet Form 1040)(Barringer, Jerold) (Entered: 09/05/2006) |
| 09/06/2006 | ❑189 | MOTION in Limine by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 09/06/2006) |
| 09/06/2006 | ❑ | Minute Entry for proceedings held 9/6/06 before Chief Judge Michael P. McCuskey. Appearance of Hilary Frooman, AUSA for Government. Appearance of DENNY R PATRIDGE, with counsel Jerold Barringer. All parties appeared via telephone. Motion Hearing held. Court makes the following rulings: 176 MOTION to Continue Sentencing Hearing filed by Denny R Patridge is DENIED; 178 MOTION to Compel Discovery filed by Denny R Patridge is DENIED; 180 MOTION to Continue Time to Object to Sentencing Report filed by Denny R Patridge is DENIED; 181 MOTION to Dismiss Superceding Indictment for Intentional Violation of 5th and 6th Amendment Rights filed by Denny R Patridge is DENIED; 185 MOTION to Dismiss Pursuant to Supreme Court decision Bryan v. U.S., 524 U.S. 184, 194 (1998) filed by Denny R Patridge is DENIED; 187 MOTION to Dismiss Pursuant to Paperwork Reduction Act of 1995 filed by Denny R Patridge |

| | | |
|---|---|---|
| | | is DENIED. Sentencing remains set on 9/25/2006 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey and will continue into 9/26/06 if necessary. Defendants bond remains in full force and effect and the Court directs defendant to be personally present on 9/25/06 at 9:30 a.m.. Written order to be entered. (Court Reporter LC.) (SKD, ilcd) (Entered: 09/07/2006) |
| 09/07/2006 | 190 | ORDER as to Denny R Patridge entered by Chief Judge Michael P. McCuskey. It is ORDERED that Defendant's Motions to Dismiss 181, 185 and 187 are DENIED. Defendant's Motion to Continue Sentencing 176, Motion to Compel Discovery 178 and Motion for Extension/Continuance of Time for Objection to Presentence Report 180 are DENIED. See Order. (SKD, ilcd) (Entered: 09/07/2006) |
| 09/19/2006 | 191 | MOTION for Recusal *of Chief Judge Michael P. McCuskey* by Denny R Patridge. (Barringer, Jerold) (Entered: 09/19/2006) |
| 09/19/2006 | 192 | MEMORANDUM by Denny R Patridge re 191 MOTION for Recusal *of Chief Judge Michael P. McCuskey* filed by Denny R Patridge (Attachments: # 1 Exhibit 20a Government Informational Notice# 2 Affidavit 21a Affidavit of Denny Patridge)(Barringer, Jerold) (Entered: 09/19/2006) |
| 09/19/2006 | 193 | Certificate of Service by Denny R Patridge re 191 MOTION for Recusal *of Chief Judge Michael P. McCuskey CERTIFICATE OF COUNSEL OF RECORD PURSUANT TO 28 U.S.C SECTION 144* (Barringer, Jerold) (Entered: 09/19/2006) |
| 09/19/2006 | 194 | MOTION for New Trial *REGARDING ISSUE OF RECUSAL* by Denny R Patridge. (Barringer, Jerold) (Entered: 09/19/2006) |
| 09/19/2006 | 195 | MEMORANDUM by Denny R Patridge re 194 MOTION for New Trial *REGARDING ISSUE OF RECUSAL* filed by Denny R Patridge (Attachments: # 1 Exhibit 20a Government Informational Notice# 2 Affidavit 21a Denny Patridge) (Barringer, Jerold) (Entered: 09/19/2006) |
| 09/19/2006 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 09/19/2006. The Government is directed to respond to Defendant's Motion for Recusal 191 and Motion for New Trial 194 by Thursday, September 21, 2006. (DK2, ilcd) (Entered: 09/19/2006) |

| 09/20/2006 | ⊜196 | OBJECTION *to Text Order entered at the direction of the Court dated September 19, 2006* by Denny R Patridge to Order (Barringer, Jerold) (Entered: 09/20/2006) |
| 09/21/2006 | ⊜197 | COMMENTARIES ON SENTENCING FACTORS by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 09/21/2006) |
| 09/21/2006 | ⊜198 | MOTION to Seal by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 09/21/2006) |
| 09/22/2006 | ⊜ | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 9/22/2006 ~~GRANTING~~ 198 Motion to Seal Grand Jury Transcript Excerpt. (MB, ilcd) (Entered: 09/22/2006) |
| 09/22/2006 | ⊜199 | +++ SEALED DOCUMENT. GRAND JURY TESTIMONY (SKD, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 09/22/2006) |
| 09/22/2006 | ⊜200 | SEALED DOCUMENT. TAX LOSS/RESTITUTION TABLE (SKD, ilcd) Modified on 9/26/2006 to unseal document pursuant to order of the Court at sentencing hearing held 9/25/06 (SKD, ilcd). (Entered: 09/22/2006) |
| 09/23/2006 | ⊜201 | NOTICE *of filing of Petition for Writ of Mandamus/Prohibition with 7th Circuit U.S. Court of Appeals* by Denny R Patridge (Attachments: # 1 Supplement Petition for Writ of Mandamus/Prohibition# 2 Appendix App. 1 through 4# 3 Appendix App. 5 though 7# 4 Appendix App. 8 through 16# 5 Appendix App. 17 through 20# 6 Appendix App. 21 through 22)(Barringer, Jerold) (Entered: 09/23/2006) |
| 09/25/2006 | ⊜202 | RESPONSE to Motion by USA as to Denny R Patridge re 194 MOTION for New Trial *REGARDING ISSUE OF RECUSAL* (Frooman, Hilary) (Entered: 09/25/2006) |
| 09/25/2006 | ⊜203 | OPINION Entered by Judge Michael P. McCuskey on 9/25/06. It is ORDERED that (1) The clerk is directed to file the transcript from the August 23, 2006, proceeding in Case No. 06-CR-20023, United States v. Tylman et al., as part of the record in this case. (2) Defendant's Motion for Recusal (#191) is DENIED. (3) Because there is no basis for recusal in this case, there is also no basis for granting Defendant's request for a new trial. Accordingly, Defendant's Motion for New Trial (#194) is DENIED.(4) This case will proceed to sentencing on |

| | | |
|---|---|---|
| | | September 25, 2006, at 9:30 a.m. as previously ordered. SEE OPINION. (SKD, ilcd) (Entered: 09/25/2006) |
| 09/25/2006 | 204 | TRANSCRIPT of Proceedings as to case #06-20023 USA v Tylman et al held on 8/23/06 before Chief Judge Michael P. McCuskey. Court Reporter: LC. Filed of record pursuant to Opinion entered 9/25/06. (SKD, ilcd) (Entered: 09/25/2006) |
| 09/25/2006 | 0 | Minute Entry for proceedings held 9/25/06 before Chief Judge Michael P. McCuskey. Appearance of Hilary Frooman, AUSA for Government. Appearance of DENNY R PATRIDGE in person, with counsel Jerold Barringer. Opinion entered and read in open court. 191 Motion for Recusal and 194 Motion for New Trial are DENIED. Clerk directed to file transcript from 8/23/06 proceeding in Case #06-20023 USA v Tylman et al as part of the record in this case. Court orders all previously sealed documents are to be unsealed. Arguments heard re: Document 201 Notice of filing of Petition for Writ of Mandamus with 7th Circuit by defendant. Parties acknowledge receipt of Presentence Investigation Report. No objections by Government. Objections stated by defendant. Evidence for Government. Witnesses sworn, testimony heard. Recommendations by counsel heard. Upon Motion of Government, Counts 1-7 of original Indictment [1] are dismissed. Sentencing Denny R. Patridge on Counts 2s-7s of Superseding Indictment: It is the judgment of the Court the defendant is committed to the custody of the BOP for a term of 60 months. Said term shall consist of 60 months on each of Counts 2s through 7s to be served concurrently. Upon release from incarceration, the defendant is placed on supervised release for a term of 3 years and under special conditions. This term shall consist of 3 years on each of Counts 2s-7s to be served concurrently. Defendant is to pay a special assessment of $600, a Fine of $100,000 and Restitution in the amount of $168,219.50. Appeal rights given. Defendants bond to remain in effect. Defendant to self report to the Bureau of Prisons by 2:00 p.m. on 12/1/06. (Court Reporter LC.) (SKD, ilcd) (Entered: 09/26/2006) |
| 09/25/2006 | 205 | EXHIBIT LIST by USA as to Denny R Patridge (SKD, ilcd) (Entered: 09/26/2006) |
| 09/25/2006 | 206 | EXHIBIT LIST by Denny R Patridge (SKD, ilcd) (Entered: 09/26/2006) |
| | | |

| | | |
|---|---|---|
| 09/25/2006 | 207 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Denny R Patridge (SKD, ilcd) (Entered: 09/26/2006) |
| 09/25/2006 | 208 | +++ **SENTENCING RECOMMENDATION** as to Denny R Patridge. (SKD, ilcd) (Entered: 09/26/2006) |
| 09/26/2006 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 09/26/2006. Because sentencing has been completed, this court finds MOOT 157 Motion for Restraint of Assets and 189 Motion in Limine. (DK2, ilcd) (Entered: 09/26/2006) |
| 09/26/2006 | 209 | NOTICE of Docketing from Court of Appeals re 201 Notice of Filing Petition for Writ of Mandamus by Denny Patridge. USCA case number is 06-3551. (VB, ilcd) (Entered: 09/26/2006) |
| 09/26/2006 | 210 | JUDGMENT entered by Judge Michael P. McCuskey on 9/26/06. (VB, ilcd) (Entered: 09/26/2006) |
| 09/26/2006 | 211 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Denny R Patridge (VB, ilcd) (Entered: 09/26/2006) |
| 09/27/2006 | 212 | MOTION in Limine by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 09/27/2006) |
| 10/02/2006 | 213 | ORDER Entered by Judge Michael P. McCuskey. It is ORDERED that (1) the Government's Motion in Limine 212 is GRANTED. (2) Document #38 will remain sealed. See Order. (SKD, ilcd) (Entered: 10/02/2006) |
| 10/02/2006 | 214 | NOTICE OF APPEAL by Denny R Patridge (Barringer, Jerold) (Entered: 10/02/2006) |
| 10/02/2006 | 215 | Short Record of Appeal as to Denny R Patridge sent to US Court of Appeals re 214 Notice of Appeal - Final Judgment (SKD, ilcd) (Entered: 10/02/2006) |
| 10/03/2006 | 216 | USCA Case Number as to Denny R Patridge 06-3635 assigned for 214 Notice of Appeal - Final Judgment filed by Denny R Patridge. (SKD, ilcd) (Entered: 10/03/2006) |

APPEAL, REFER

# U.S. District Court
## United States District Court for the Central District of Illinois (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-20031-MPM-DGB-1
### Internal Use Only

Case title: USA v. Patridge

Date Filed: 06/02/2004
Date Terminated: 09/26/2006

---

Assigned to: Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal

### Defendant (1)

**Denny R Patridge**
*TERMINATED: 09/26/2006*

represented by **Carol A Dison**
BECKETT & WEBBER PC
508 S Broadway
PO Box 17160
Urbana, IL 61803-7160
217-328-0263
Fax: 217-328-0290
Email: Carol@beckettwebber.com
*TERMINATED: 01/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Louis Minns**
MICHAEL LOUIS MINNS PLC
Suite One
9119 S Gessner
Houston, TX 77074
713-777-0772
Fax: 713-777-0453
Email: mike@minnslaw.com
*TERMINATED: 01/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Enid M Williams**
MICHAEL LOUIS MINNS PLC
Suite One

9119 S Gessner
Houston, TX 77074
713-777-0772
Fax: 713-777-0453
Email: ewilliams@minnslaw.com
*TERMINATED: 01/19/2005*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jerold W Barringer**
PO Box 213
Nokomis, IL 62075
217-563-2646
Email: jwbarringer@dtnspeed.net
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

ATTEMPT TO EVADE OR DEFEAT
TAX (From about July 2000, the exact
date being unknown, until the date of
the return of this indictment, defendant
did unlawfully and willfully evade and
defeat, and attempt to evade and defeat,
and cause evasion, defeat, and
attempted evasion and defeat of the
payment of personal income tax due
and owing to the USA for the 1996 and
1997 calendar years in violation of 26
USC 7201)
(2s)

ATTEMPT TO EVADE OR DEFEAT
TAX (From early 1999, the exact date
being unknown, to approximately
October 15, 2000, defendant did
unlawfully and willfully evade and
defeat, and attempt to evade and defeat,
and cause evasion, defeat and attempted
evasion and defeat of a large part of his
personal income tax due and owing to
the USA for the 1999 calendar year, and
and failing to file an individual income
tax return, as required by law in
violation of 26 USC 7201)
(3s)

## Disposition

It is the judgment of the Court the
defendant is committed to the custody
of the BOP for a term of 60 months.
Said term shall consist of 60 months on
each of Counts 2s through 7s to be
served concurrently. Upon release from
incarceration, the defendant is placed on
supervised release for a term of 3 years
and under special conditions. This term
shall consist of 3 years on each of
Counts 2s-7s to be served concurrently.
Defendant is to pay a special
assessment of $600, a Fine of $100,000
and Restitution in the amount of
$168,219.50.

It is the judgment of the Court the
defendant is committed to the custody
of the BOP for a term of 60 months.
Said term shall consist of 60 months on
each of Counts 2s through 7s to be
served concurrently. Upon release from
incarceration, the defendant is placed on
supervised release for a term of 3 years
and under special conditions. This term
shall consist of 3 years on each of
Counts 2s-7s to be served concurrently.
Defendant is to pay a special
assessment of $600, a Fine of $100,000
and Restitution in the amount of
$168,219.50.

It is the judgment of the Court the

FRAUD BY WIRE, RADIO, OR
TELEVISION (Between approximately
July 2000, to and including October 25,
2000, defendant knowingly devised and
intended to devise a scheme and artifice
to defraud the IRS, in that he
transmitted and caused to be transmitted
by means of wire in interstate or foreign
commerce, signs, signals, pictures and
sounds for the purpose of executing
such scheme or artifice in violation of
18 USC 1343)
(4s-5s)

MONEY LAUNDERING - FRAUD,
OTHER (On or about the date
hereinafter set forth, defendant did
knowingly attempt to conduct a
financial transaction affecting interstate
and foreign commerce, to wit, a transfer
of funds by wire in that on or about
October 25, 2000, the defendant caused
$100,000 to be wired from Edgar
County Bank and the account of
Patridge, to an account at SKNA
National Bank, which was associated
with Sultan Services, Ltd., over which
Patridge had authority and control in
violation of 18 USC 1956(a)(1)(B)(i)
(Count 6) and 18 USC 1956(a)(1)(A)(ii)
(Count 7))
(6s-7s)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

26:7206A.F FRAUD AND FALSE
STATEMENTS On or about April 12,
1999 dft did willfully make and
subscribe a joint U S Individual Income
Tax Return Form 1040, for the calendar
year 1998, which said income tax return
he did not believe to be true and correct
as to every material matter, in that the
adjusted gross income reported on line
33 was $6,667, when, as he then and
there well knew and believed, the total

defendant is committed to the custody
of the BOP for a term of 60 months.
Said term shall consist of 60 months on
each of Counts 2s through 7s to be
served concurrently. Upon release from
incarceration, the defendant is placed on
supervised release for a term of 3 years
and under special conditions. This term
shall consist of 3 years on each of
Counts 2s-7s to be served concurrently.
Defendant is to pay a special
assessment of $600, a Fine of $100,000
and Restitution in the amount of
$168,219.50.

It is the judgment of the Court the
defendant is committed to the custody
of the BOP for a term of 60 months.
Said term shall consist of 60 months on
each of Counts 2s through 7s to be
served concurrently. Upon release from
incarceration, the defendant is placed on
supervised release for a term of 3 years
and under special conditions. This term
shall consist of 3 years on each of
Counts 2s-7s to be served concurrently.
Defendant is to pay a special
assessment of $600, a Fine of $100,000
and Restitution in the amount of
$168,219.50.

## Disposition

Upon motion of Government, Count 1
is dismissed.

income he received and should have
been report on line 33 of his Form 1040
was approximately $86,845 in violation
of 26:7206(1)

(1)

FRAUD AND FALSE STATEMENTS
(On or about April 12, 1999, defendant
did willfully make and subscribe a joint
U.S. Individual Income Tax Return
Form 1040, for the calendar year 1998,
which said income tax return he did not
believe to be true and correct as to
every material matter, in that the
adjusted gross income reported on line                Found not guilty at Jury Trial
33 was $6,667, when, as he then and
there well knew and believed, the total
income he received and should have
reported on line 33 of his Form 1040
was approximately $86,845 in violation
of 26 USC 7206(1))

(1s)

26:7201.F ATTEMPT TO EVADE OR
DEFEAT TAX From about July 2000,
the exact date being unknown, until the
date of the return of this indictment, dft
did unlawfully and willfully evade and
defeat, and attempt to evade and defeat,              Upon motion of Government, Count 2
and cause evasion, defeat and attempted              is dismissed.
evasion and defeat of the payment of
personal income tax due and owing to
the USA for the 1996 and 1997
calendar years

(2)

26:7201.F ATTEMPT TO EVADE OR
DEFEAT TAX From early 1999, the
exact date being unknown, to
approximately October 15, 2000, dft did
unlawfully and willfully evade and
defeat, and attempt to evade and defeat,
and cause evasion, defeat, and                        Upon motion of Government, Count 3
attempted evasion and defeat of a large              is dismissed.
part of his personal income tax due and
owing to the USA for the 1999 calendar
year, and failing to file an individual
income tax return, as required by law in
violation of 26:7201

(3)

18:1343.F FRAUD BY WIRE, RADIO,
OR TELEVISION Between

approximately July 2000 to and
including October 25, 2000, dft
knowingly devised and intended to
devise a scheme and artifice to defraud
the IRS, in that he transmitted and
caused to be transmitted by means of
wire in interstate or foreign commerce,
signs, signals, pictures and sounds for
the purpose of executing such scheme
or artifice in violation of 18:1343
(4-5)

Upon motion of Government, Counts 4-
5 are dismissed.

18:1956-4999.F MONEY
LAUNDERING - FRAUD, OTHER
That on or about the date hereinafter set
forth, dft did knowingly conduct and
attempt to conduct a financial
transaction affecting interstate and
foreign commerce, to wit, a transfer of
funds by wire in that on or about
October 25, 2000 , dft caused $100,000
to be wired from Edgar County Bank
and the account of Patridge, to an
account at SKNA Bank, St Kitts, Nevis,
which account #6550052150, was
associated with Sultan Services, Ltd,
over which Patridge had authority and
control in violation of 18:1956(a)(1)(B)
(i) (Count 6) and 18:1956(a)(1)(A)(ii)
(Count 7)
(6-7)

Upon motion of Government, Counts 6-
7 are dismissed.

## Highest Offense Level (Terminated)

Felony

## Complaints

**Disposition**

None

## Material Witness

**Edward B Bartoli**                    represented by **Ralph J Schindler, Jr**
                                        LAW OFFICE OF RALPH J
                                        SCHINDLER JR
                                        Suite 1457
                                        111 W Washington St
                                        Chicago, IL 60602
                                        312-795-9300
                                        *LEAD ATTORNEY*

*Designation: Public Defender or*
*Community Defender Appointment*

**Tiffani D Johnson**
FEDERAL PUBLIC DEFENDER
300 W Main St
Urbana, IL 61801
217-373-0666
Fax: 217-373-0667
Email: tiffani_johnson@fd.org
*LEAD ATTORNEY*
*Designation: Public Defender or*
*Community Defender Appointment*

**Material Witness**

**Robert Hopper**                    represented by **Steven Saltzman**
122 S Michigan Ave
Ste 1850
Chicago, IL 60603
(312) 427-4500
*LEAD ATTORNEY*
*Designation: Public Defender or*
*Community Defender Appointment*

**Tiffani D Johnson**
(See above for address)
*LEAD ATTORNEY*
*Designation: Public Defender or*
*Community Defender Appointment*

**Material Witness**

**Karen Ritter**                    represented by **Robert A Loeb**
LAW OFFICE OF ROBERT A LOEB
SUITE 1938
221 N LASALLE ST
CHICAGO, IL 60601
312-368-0611
*LEAD ATTORNEY*
*Designation: Retained*

**Material Witness**

**Brent Winters**                    represented by **Brent A Winters**
LAW OFFICE OF BRENT WINTERS
11318 Via Vista

Nevada City, CA 95959
217-549-4050
Fax: 530-265-6564
Email: brentallanwinters@yahoo.com
*TERMINATED: 06/24/2005*
*LEAD ATTORNEY*
*Designation: Waived or Self (Pro Se)*

**H Kent Heller**
HELLER HOLMES & ASSOCIATES
PC
PO Box 889
Mattoon, IL 61938-0889
217-235-0531
Fax: 217-235-0743
Email: kent@hhlawoff.com
*LEAD ATTORNEY*
*Designation: Retained*

---

**Plaintiff**

**USA**                                          represented by **Hilary W Frooman**
US ATTY
9 Executive Drive
Suite 300
Fairview Heights, IL 62208
618-628-3708
Email: hilary.frooman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lea A Carlisle**
US DEPT OF JUSTICE
Tax Division
WCES
PO Box 972
Washington, DC 20044
202-514-5762
Fax: 202-514-9623
Email: lea.a.carlisle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|-----|-------------|
| 10/03/2006 | ◯216 | USCA Case Number as to Denny R Patridge 06-3635 assigned for 214 Notice of Appeal - Final Judgment filed by Denny R Patridge. (SKD, ilcd) (Entered: 10/03/2006) |
| | | |

| 10/03/2006 | ❂217 | ORDER of USCA re CIRCUIT RULE 3(b) NOTICE as to Denny R Patridge re 214 Notice of Appeal - Final Judgment. See notice. (VB, ilcd) (Entered: 10/04/2006) |
| 10/10/2006 | ❂218 | ORDER of USCA (certified copy) as to Denny R Patridge re 214 Notice of Appeal - Final Judgment. Petition for Writ of Mandamus is denied. (KM, ilcd) (Entered: 10/10/2006) |
| 10/16/2006 | ❂219 | USCA Appeal Fees received $ 455, receipt number U5250 as to Denny R Patridge re 214 Notice of Appeal - Final Judgment. (SKD, ilcd) Modified on 10/16/2006 to add attachment (SKD, ilcd). (Entered: 10/16/2006) |
| 10/16/2006 | ❂ | Notice of Docket Text or Event Modification re 219 USCA Appeal Fees: Attachment added. (SKD, ilcd) (Entered: 10/16/2006) |
| 11/13/2006 | ❂220 | MOTION for Bond *and to Stay Execution of Sentence and Final Judgment pending appeal to the United States Court of Appeals for the Seventh Circuit* by Denny R Patridge. (Barringer, Jerold) (Entered: 11/13/2006) |
| 11/13/2006 | ❂221 | MEMORANDUM in Support by Denny R Patridge re 220 MOTION for Bond *and to Stay Execution of Sentence and Final Judgment pending appeal to the United States Court of Appeals for the Seventh Circuit* (Barringer, Jerold) (Entered: 11/13/2006) |
| 11/14/2006 | ❂ | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 11/14/2006. Following this court's careful and thorough review of Defendant Denny R. Patridge's Motion for Order Staying Sentence and Judgment and Release Pending Appeal 220 and 70-page Memorandum in Support 221, Defendant's Motion 220 is DENIED. This court's order requiring Defendant to self report on December 1, 2006, remains in full force and effect. (DK2, ilcd) (Entered: 11/14/2006) |
| 11/28/2006 | ❂223 | ORDER of USCA as to Denny R Patridge. The District Court shall provide an explanation for its decision to deny the defendant's application for release pending appeal. See order. (SKD, ilcd) (Entered: 11/30/2006) |
| 11/29/2006 | ❂222 | OPINION entered by Chief Judge Michael P. McCuskey on 11/29/06 outlining in detail its ruling on defendant's 220 Motion for Bond and to Stay Execution of Sentence and Final Judgment pending appeal to the United States Court of Appeals for the Seventh Circuit in compliance with the Seventh Circuit's Order dated 11/28/06. (MB, ilcd) (Entered: 11/29/2006) |
| 12/04/2006 | ❂224 | ORDER of USCA as to Denny R Patridge. It is ORDERED that Appellant's Motion for Release/Stay and for Bail Pending Appeal is DENIED. (SKD, ilcd) (Entered: 12/04/2006) |
| 01/10/2007 | ❂225 | TRANSCRIPT of Voir Dire Proceedings as to Denny R Patridge held on June 13, 2005 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 01/11/2007) |
| 01/10/2007 | ❂226 | TRANSCRIPT of Proceedings as to Denny R Patridge re: Testimony of Michael Helfer held on June 14, 2005 and Excerpt from Jury Trial - |

| | | Continued Testimony of Michael Helfer held on June 15, 2005 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) Modified on 1/19/2007 to add 6/15/05 transcript information (SKD, ilcd). (Entered: 01/11/2007) |
|---|---|---|
| 01/10/2007 | 227 | TRANSCRIPT of Proceedings as to Denny R Patridge re: Testimony of Larry Phillips held on June 15, 2005 and Excerpt from Jury Trial - Continued Testimony of Larry Phillips held on 6/16/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd). Modified on 1/19/2007 to add 6/16/05 transcript information (SKD, ilcd). (Entered: 01/11/2007) |
| 01/10/2007 | 228 | TRANSCRIPT of Proceedings as to Denny R Patridge of Hearing re: Brent Winters held on June 24, 2005 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 01/11/2007) |
| 01/10/2007 | 229 | TRANSCRIPT of Proceedings as to Denny R Patridge re: Testimony of Bobbie Mickey held on June 27, 2005 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 01/11/2007) |
| 01/10/2007 | 230 | TRANSCRIPT of Proceedings re: Direct Examination Testimony of Denny R Patridge held on June 28, 2005 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 01/11/2007) |
| 01/19/2007 | 231 | MOTION to Withdraw Document 228 Transcript, 230 Transcript, 225 Transcript, 227 Transcript, 229 Transcript, 226 Transcript, by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 01/19/2007) |
| 01/19/2007 | | Notice of Docket Text or Event Modification re 226 Transcript. Added information re: 6/15/05 transcript (SKD, ilcd) (Entered: 01/19/2007) |
| 01/19/2007 | | Notice of Docket Text or Event Modification re 227 Transcript. Added 6/16/05 transcript information. (SKD, ilcd) (Entered: 01/19/2007) |
| 01/22/2007 | | TEXT ORDER Entered by Judge Michael P. McCuskey granting 231 Motion to Withdraw Transcripts (docket numbers 225, 226, 227, 228, 229 and 230) as to Denny R Patridge (1). (SKD, ilcd) (Entered: 01/22/2007) |
| 01/22/2007 | 232 | Receipt by USA for transcripts (docket numbers 225, 226, 227, 228, 229 and 230) as to Denny R Patridge. (SKD, ilcd) (Entered: 01/22/2007) |
| 01/22/2007 | 233 | TRANSCRIPT of Sentencing Proceedings as to Denny R Patridge held on 9/25/06 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 01/22/2007) |
| 01/22/2007 | 234 | MOTION to Withdraw Document 233 Transcript by USA as to Denny R Patridge. (Frooman, Hilary) (Entered: 01/22/2007) |
| 01/22/2007 | | TEXT ORDER Entered by Judge Michael P. McCuskey granting 234 Motion to Withdraw Transcript (docket number 233) as to Denny R Patridge (1). (SKD, ilcd) (Entered: 01/22/2007) |
| 01/22/2007 | 235 | Receipt for transcript (docket number 233) by USA as to Denny R |

| | | Patridge. (SKD, iled) (Entered: 01/22/2007) |
|---|---|---|
| 01/25/2007 | | Remark: Received from AUSA Transcript numbers 225, 226, 227, 228, 229, 230 and 233 (SKD, iled) (Entered: 01/25/2007) |
| 02/20/2007 | 236 | TRANSCRIPT of Proceedings as to Denny R Patridge (Excerpt From Jury Trial: Testimony of James Pogue) held on June 23, 2005 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 02/20/2007) |
| 02/20/2007 | 237 | TRANSCRIPT of Proceedings as to Denny R Patridge (Excerpt From Jury Trial:Testimony of James Pogue) held on June 23, 2005 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 02/20/2007) |
| 04/16/2007 | 238 | Judgment Returned Executed as to Denny R Patridge on 12/1/06 at FCC in Terre Haute, IN. (SKD, iled) (Entered: 04/16/2007) |
| 07/10/2007 | 239 | Request from USCA for Long Record re 214 Notice of Appeal - Final Judgment. (SKD, iled) (Entered: 07/10/2007) |