E-FILED
Tuesday, 10 July, 2007  12:08:09 PM
Clerk, U.S. District Court, ILCD



# United States District Court
### Central District of Illinois

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

July 10, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

           RE: USA v. DENNY R. PATRIDGE
           D. C. Docket No. 04-20031
           U. S. C. A. Docket No. 06-3635

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental record on appeal. It consists of the following:

    Volumes of Pleadings

    Volumes of Transcript

    Volumes of Depositions

1 Box of Government and Defendant Trial Exhibits:

1 Volume of In Camera Documents

    Volumes of Supplemental Record

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

           Very truly yours,

           JOHN M. WATERS, CLERK

           BY: s/S. Doan
                Deputy Clerk