

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

July 10, 2007

**06-3635**

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. DENNY R. PATRIDGE
D. C. Docket No. 04-20031
U. S. C. A. Docket No. 06-3635

**FILED**
JUL 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Mr. Agnello:

I am sending you herewith the (original)/supplemental record on appeal. It consists of the following:

  5   Volumes of Pleadings

  11  Volumes of Transcript

      Volumes of Depositions

      Volumes of Exhibits:

      Impounded Exhibits: *LOOSE Pleadings*

  10  Volumes of Supplemental Record

U.S.C.A. — 7th Circuit
**FILED**
JUL 11 2007  DP
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/S. Doan
    Deputy Clerk



# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

July 10, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. DENNY R. PATRIDGE
D. C. Docket No. 04-20031
U. S. C. A. Docket No. 06-3635

Dear Mr. Agnello:

I am sending you herewith the original/supplemental record on appeal. It consists of the following:

    Volumes of Pleadings

    Volumes of Transcript

    Volumes of Depositions

1 Box of Government and Defendant Trial Exhibits:

1 Volume of In Camera Documents

    Volumes of Supplemental Record

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/S. Doan
    Deputy Clerk