

# United States District Court

JOHN M. **WATERS**
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

December 7, 2007

Hilary W. Frooman
U. S. ATTORNEY
Suite 226
201 S Vine St.
Urbana, IL 61801

Jerold W. Barringer
P. O. Box 213
Nokomis, IL 62075

RE: USA. V. DENNY R. PARTRIDGE
CASE NO. 04-20031

Dear Counsel of Record:

    The Clerk has in its possession plaintiffs' exhibits **1, 2, 3, 4, 4A, 5, 6, 7, 8, 9, 11, 11A, 13, 14, 15, 16, 17, 18, 19, 21, 21A, 23, 25, 27, 29, 31, 31A, 33, 35, 37, 39, 39A, 41, 41A, 43, 45, 49, 49A, 49B, 49E, 50, 50B, 50C, 50D, 50E, 52A, 52L, 52N, 52T, 52W, 52X, 53, 54, 55A, 55F, 55H, 55K, 55L, 55R, 55U, 55W, 55X, 55AA, 55BB, 55DD, 55EE, 55FF, 55NN, 59, 60, 61, 62, 64, 65, 66, 68, 69, 80, 81, 82, 83, 84, 85, 89, 90, 91, 93, 94, 95, 101, 106B, 106C, 107B, 108B, 108D, 108E, 108F, 108G, 108H, 108I, 107J, 108L, 108M, 108N, 108O, 108P, 108Q, 109, 109A, 109B, 109C, 109D, 109G, 109H, 110, 110C, 111, 111B, 111C, 111E, 111G, 111H, 112, 114, 115A, 116B, 116C, 116D, 116E, 116F, 120A, 121A, 121B, 122, 122A, 123, 123A, 123B, 125, 125A, 125B, 125C, 125D, 125E, 125F, 125G, 125H, 125I, 125J, 125K, 126A, 126B, 126E, 126F, 128C, 129, 130, 131E, 132, 136, 140, 140A, 140B, 140C, 140D, 140E, 140F, 140G, 141, 141A, 141B, 141C, 141D, 141E, 141F, 143A, 143B, 144A, 144E, 145, 146, 146B, 147, 147A, 150, 151, 152, 153, 154, 155, 156, 157, 158, 163, 163A, 164, 164A, 164B, 164C, 165, 166, 167A, 167B, 168A, 168B, 170, 171, 172, 173, 174, 175, 176, 177, 179A, 179B, 180, 181, 182, 185A, 185B, 185C, 185D, 185E, 185F, 185G, 185H, 186A, 186D, 187A, 187B, 189, 191, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 211, 212, 215, 216, 217, 218, 219, 220** from the jury trial that was held from June 13, 2005 through June 24, 2005**.**

    The Clerk also has defendant's exhibits **38, 39 (cassette tape), 102J (video tape 51), 103, 104** from the jury trial that was held from June 13, 2005 through June 24, 2005**.** The Mandate from the Court of Appeals was filed in this case on December 7, 2007. Please notify this office by **December 21, 2007,** if you wish to have these exhibits returned to you. If the Clerk has not heard from you by this date, the exhibits will be shredded.

                    Sincerely,

                    s/John M. Waters
                    JOHN M. WATERS, CLERK
                    U. S. DISTRICT COURT

JMW/vlb