

# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS<br><br>OFFICE OF THE CLERK<br>218 U.S. COURTHOUSE<br>201 S. VINE STREET<br>URBANA, ILLINOIS 61802 | TEL: 217-373-5830<br>FAX: 217-373-5834 |

December 28, 2007

**UNITED STATES OF AMERICA**

v.                                                              CASE NO. **04-20031**

**DENNY R. PATRIDGE**

<u>RECEIPT</u>

RECEIVED from John M. Waters, Clerk, U.S. District Court for the Central District of Illinois the Government's exhibit 208, poster board.

Date: 12/28/07

s/Staci Klayer for Hilary Frooman
Attorney for Plaintiff/~~Defendant~~