# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 29, 2008

Before

FRANK H. EASTERBROOK, *Chief Judge*

DIANE P. WOOD, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*



FILED
JUN 02 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff-Appellee, <br><br> No. 06-3635             v. <br><br> DENNY R. PATRIDGE, <br>     Defendant-Appellant. | ] Appeal from the United <br> ] States District Court for <br> ] the Central District of <br> ] Illinois. <br> ] <br> ] No. 04 CR 20031 <br> ] <br> ] Michael P. McCuskey, <br> ]     Chief Judge. |

    The following is before the court: **MOTION TO REMOVE FILING BAR**, filed on April 25, 2008, by attorney Jerold W. Barringer.

    On January 25, 2008, the court barred attorney Jerold W. Barringer from making filings in all federal courts in this circuit until he paid the $10,000 sanction imposed upon him. Attorney Barringer has now paid the sanction in full, and the filing bar is lifted. The clerk shall distribute a copy of this order to the clerks of all federal courts in this circuit.